IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No.1:23-CV-01004-RP |
| | § | |
| BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ANGELA COLMENERO, *in her official capacity as Interim Texas Attorney General,* and/or KENNETH PAXTON, *in his official capacity as The Attorney General of Texas (currently suspended),* and THE TEXAS OFFICE OF ATTORNEY GENERAL. | § | |
| Defendants. | § | |

**PLAINTIFF BERNHARDT TIEDE, II'S NOTICE OF SUPPLEMENTAL SUPPORTIVE EVIDENCE FOR PLAINTIFF'S FIRST OPPOSED AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff wishes to provide the Court with Supplemental Evidence supporting Plaintiff's TRO motion currently pending before the Court.

### A. ADDITIONAL EVIDENCE

1. Declaration of Jennette Cross, MD, *Attached as Petitioner's Exhibit A*;

2. Dr. Cross' Declaration's Exhibits, including Mr. Tiede's medical records;

3. Additional Supporting Authority for Granting Plaintiff's TRO, *Attached as Petitioner's Exhibit B*.

Dated: August 30, 2023

                                  LAW OFFICE OF JODI COLE, PLLC
                                  *Counsel for Bernhardt Tiede, II*
                                  203 East Murphy Street
                                  Alpine, Texas 79830
                                  Telephone:   (432) 837-4266
                                  Facsimile:    (512) 692-2575

                                  By: */s/ Jodi Cole*
                                  Jodi Cole, Esq.
                                  Texas Bar No. 24045602
                                  jcole@jodicole.com


## Certificate of Service

Counsel certifies that a certified copy of this Notice and all exhibits will be email to Abigail Carter and her assistant, the Assistant Attorney General of Texas who has been assigned to represent all Defendants.

                                  By:     */s/ Jodi Cole*
                                                Jodi Cole, Esq.