

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION No.1:23-CV-1004 - RP |
| | § | |
| | § | |
| BRYAN COLLIER, *in his official* | § | |
| *capacity as Executive Director of* | § | |
| *Texas Department of Criminal Justice*, | § | |
| THE TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, ANGELA COLMENERO, *in her official* | § | |
| *capacity as Interim Texas Attorney General,* | § | |
| and/or KENNETH PAXTON, *in his official capacity* | § | |
| *as The Attorney General of Texas (currently* | § | |
| *suspended),* and THE TEXAS OFFICE OF | § | |
| ATTORNEY GENERAL. | § | |
| | § | |
| *Defendants.* | § | |

## DECLARATION OF JENNETTE CROSS, MD

Pursuant to 28 U.S.C. Section 1746, I, Jennette Cross, M.D., declare as follows:

1. I am a family physician who currently works for Doctor on Demand by Included Health, from September 2016 to present. Prior to this position, I was a physician for the Austin Diagnostic Clinic from November 2010- to May 2016.

2. While working in at the Austin Diagnostic Clinic, I treated Mr. Bernhardt Tiede, II, as his general practitioner, while he was living in Austin, Texas from 2014 to 2016.

3. My curriculum vitae is attached as *Exhibit 1.*

4. I am very familiar with Mr. Tiede based on my experience treating him as his personal doctor.

5.  Mr. Tiede's lawyer, Jodi Cole, contacted me and requested that I review the medical records for Mr. Tiede by TDCJ, released to her office on Wednesday, August 16, 2023. *See Medical Records, Attached as Exhibit 2.*

6.  Ms. Cole also shared the exhibits to Mr. Tiede's federal complaint in Case No. 1:23-CV-1004-RP with me.

7.  Ms. Cole reported that Mr. Tiede had a health crisis which necessitated a trip to the Huntsville Memorial Hospital's Emergency Room on Wednesday, June 21, 2023.

8.   All signs and symptoms contained in Mr. Tiede's medical records and photographic evidence indicate that Mr. Tiede may have suffered a stroke.

9.  Ms.  Cole reported that Mr. Tiede is being housed in a TDCJ cell that has no air-conditioning and is subjected to extreme heat that interferes with Mr. Tiede's rest, recovery, sleep, and day to day activities.

10. Based on my observation of Mr. Tiede's medical records, memory of treating him as a patient, along with seeing the photograph of his face and videotaped evidence of Mr. Tiede's face, it is my professional opinion that Mr. Tiede likely had a stroke.

11. Based on my observations and medical training, the distribution of facial weakness, and the description of his acute health crisis indicates that Mr. Tiede likely had a  type of brainstem stroke rather than Bell's Palsy.

12. Mr. Tiede's multiple EKGs indicate that Mr. Tiede has additionally likely had a heart attack in the past, although the medical records do not mention Mr. Tiede having a heart attack specifically.

13. Mr. Tiede's medical records do not contain ER records from the day of his health crisis; nor do they include Neurology consultation notes, despite an Urgent Neurology

2

consult request. TDCJ notes around the time of the health crisis do not appear fully reliable. For example, the initial note describing Mr. Tiede's health crisis contains an inaccurate description of facial droop (wrong side of the face was noted). Additionally, follow up visits after the ER evaluation were via Telehealth, and contained limited exam findings which could have further distinguished a stroke from Bells Palsy.

14. Mr. Tiede's medical records indicate that Mr. Tiede has diabetes and hypertension, conditions that are not showing positive response to TDCJ medical treatments, but rather indicates that his conditions are not being well treated or maintained.  Although some medical records purport that some of Mr. Tiede's conditions are "controlled," the actual readings indicate otherwise. Other medical records document that Mr. Tiede's conditions are uncontrolled, but no changes are made in medical management in order to better treat those conditions.

15. Mr. Tiede's multiple medical conditions make him medically vulnerable to extreme heat in his housing quarters.

16. If Mr. Tiede is not immediately moved to housing that is kept air conditioned, the medical conditions that led to his current stroke could result in further injury, which may be more severe, permanent, and irreversible, including death.

17. If Mr. Tiede is housed in housing that reaches above 95 degrees Fahrenheit, it is reasonable to expect Mr. Tiede to experience a heat-related death.  We know that age over 65-years, diabetes, and cardiovascular conditions increase risk for heat-related deaths.  Mr. Tiede has all of these risk factors. Additionally, this does not take into account the uncontrolled nature of Mr. Tiede's medical conditions, or Mr. Tiede's recent suspected stroke.

18. It is my professional opinion that Mr. Tiede is in danger of a heat-related death if he is not immediately moved to TDCJ housing that maintains air-conditioning and heating designed to maintain reasonable human being body temperatures.

19. I am providing this declaration in my personal capacity, not as a representative of any past or present employer.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on August 29th, 2023.

/s/ _____
           Jennette Cross, M.D.

# Jennette L Cross, MD

EXHIBIT

1

**Professional Address**
Doctor On Demand by Included Health
San Francisco, CA

**Home Address**
2403 Columbine Dr.
Durango, CO 81301
832.330.5039
jennette@thepeculiarform.com

## LICENSURE

- Alabama Medical License MD.35469
- Colorado Medical License DR.0056894
- Georgia Medical License 93203
- Illinois Medical License 036.141614
- Iowa Medical License MD-43792
- Kansas Medical License 04-39424
- Kentucky Medical License C0859
- Louisiana Medical License 304340
- Minnesota Medical License 61274
- Mississippi Medical License 24689
- Missouri Medical License 2016034911
- Nebraska Medical License 29599
- North Dakota Medial License 14395
- Oklahoma Medical License 32563
- South Dakota Medical License 10159
- Tennessee Medical License 66421
- Texas Medical License M7925
- Utah Medical License 9903554-1205
- Wisconsin Medical License 66300-20

## CERTIFICATIONS

- Board Certified in Family Medicine since 2007
- Basic Life Support

## EDUCATION

June, 2004 – July, 2007
**University of New Mexico –** Albuquerque, New Mexico
Family & Community Medicine Residency Program

July, 2000 – May, 2004
**Baylor College of Medicine –** Houston, Texas
Doctor of Medicine

- *Certificate, Biomedical Ethics Track*
- *Certificate, International Health Track*

August, 1992 – May 1998
**University of Texas at Austin** – Austin, Texas
Bachelor of Science in Zoology

- *High Honors*

## WORK EXPERIENCE

September 2016 – current
**Physician**
Doctor On Demand, Telemedicine
San Francisco, CA

- Telemedicine services for all ages for acute and chronic care needs
- *Virtual Primary Care Program, 1/1/2022- present,* Providing longitudinal Primary and Chronic Care services within a virtual platform
- *Quality Review Committee Physician Representative* performing quality reviews of providers, along with recommendations for Performance Improvement Plans. Reviewing national guidelines in an effort to improve company protocols.
- *Mentor Program Participant* providing outreach and support to newly hired physicians
- *Clinical Trainer* instructing newly hired physicians on company clinical policies, visit flow, and Electronic Medical Record use.

November, 2010 – 6/2016
**Associate Physician**
Austin Diagnostic Clinic
Austin, Texas

- Outpatient clinical services for adult and adolescent patients with an emphasis on preventative medicine, a special focus on women's healthcare issues, and full spectrum care for chronic medical problems.
- Medication assisted weight loss
- *Chair for the ADC Customer Service Task Force* working to maximize patient experience at ADC through patient survey administration and interpretation, Interdepartmental evaluations, and by improving employee satisfaction

July, 2008 – June 2010
**Assistant Professor**
Baylor College of Medicine, Baylor Family Medicine Clinic
Houston, Texas

- Outpatient clinical services for pediatric and adult patients with an emphasis on preventative medicine, a special focus on women's healthcare issues, and full spectrum care for chronic medical problems.
- Medication assisted weight loss
- Supervision of Physician Assistants
- *Director for the Compassion & the Art of Medicine Elective* at Baylor College of Medicine

April, 2008 – June 2010
**Assistant Professor**
Baylor College of Medicine, Family Medicine Residency obstetrics service at Ben Taub Hospital
Houston, Texas

- Attending physician for residents performing functions of inpatient hospital triage, admissions, deliveries, and post-partum care of mothers and newborns

November, 2007 – July 2008
**Assistant Professor**
Baylor College of Medicine, Harris County Hospital District Community Clinic
Houston, Texas

- Outpatient clinical services for pediatric and adult patients
- Clinic serviced primarily under-served Spanish and Vietnamese speaking population

July, 2004 – June 2007
**Family & Community Medicine Resident**
University of New Mexico Hospital
Albuquerque, New Mexico

- Outpatient clinical services for pediatric and adult patients
- Inpatient hospital consultations and admissions
- Inpatient hospital triage, admissions, deliveries, and post-partum care of mothers and newborns
- Longitudinal care of Nursing Home residents
- Medical Student Preceptor in clinical setting 2007
- Additional training in Women's Health issues, including abortion and colposcopy
- Additional electives included Integrative Medicine, Dermatology, and Urgent Care

June, 2006 – July 2006
**International Rural Rotation**
Santa Fe, Argentina and Las Lomitas, Argentina

- Diagnosed and treated patients in a variety of rural indigenous communities under the supervision of local physicians and residents

April, 2004 – May 2004
**Child Family Health International**
Oaxaca, Mexico

- Diagnosed and treated patients in a variety of rural community health centers under the supervision of local physicians

## RESEARCH

July, 2007
**Community Project for Family & Community Medicine**

- Age-specific patient-oriented handouts for clinic use providing information regarding HPV, HPV vaccines, routine cervical screening, and cytology results

July, 2003 – May, 2004
**Ethical Consideration of Concealment of Medication in Food**

- *Literature review, not published*

June, 1996 – July, 1998
**Molecular Genetics Lab** – The University of Texas at Austin
Research Assistant

- Cross-transformed Drosophila lines to locate position of DNA insertions and create stable lines
- Created design to flight-test Drosophila lines

## PUBLICATIONS

**Changing Hospital Policy from the Wards: An Introduction to Health Policy Education.**
*AcademicMedicine. 83(4):352-356, April 2008.*
Jacobsohn, Vanessa MD; DeArman, Maria MD; Moran, Patrick DO; **Cross, Jennette MD**; Dietz, Deidre MD; Allen, Rebekah MD; Bachofer, Sally MD; Dow-Velarde, Lily PhD; Kaufman, Arthur MD

**Complementation of physiological and behavioral defects by a slowpoke Ca2+-activated K+ channel transgene.**
*Journal of Neurochemistry 75(3), 1310-1319. (2000)*
Brenner, Robert; Yu, Joyce Y; Brewer, Lawrence; Larimer, James L; **Wilbur, Jennette L** and Atkinson, Nigel S

**Molecular separation of two behavioral phenotypes by a mutation affecting the promoters of a Ca-activated K channel.**
*The Journal of Neuroscience 20(8): 2988-2993. (2000)*
Nigel Atkinson, Robert Brenner, Karpagam Srinivasan, Whei meih Chang, and **Wilbur, Jennette**

**Behavioral and Electrophysiological Analysis of Ca-activated K channel transgenes in Drosophila.**
*Annals of the New York Academy of Sciences. 860(1): 296-305. (1998)*
Atkinson, NS, Brenner, R, Bohm, RA, Yu, JY, **Wilbur, J L**

## EXTRACURRICULAR

June, 2002 – July, 2002
**Centro Linguistico**
Oaxaca, Mexico

- Studied Spanish language and culture to improve communication skills with Spanish-speaking patient population

June, 2001 – July, 2001
**MEDICC Program**
Havana, Cuba

- Introduced to Cuba's healthcare system by working alongside local physicians and through visits to medical facilities and social healthcare sites

## COMMUNITY SERVICE & EDUCATION

| | |
|---|---|
| 3/2013 | **News Interview, KVUE.** 'Importance of a Good Night Sleep' |
| 9/2011 | **News Interview, KXAN.** 'Importance of Flu Vaccination'<br>https://www.youtube.com/watch?v=4Lxc2b1BtFE |
| 8/2009 – 6/2010 | **Compassion and the Art of Medicine**<br>Director for a Baylor College of Medicine elective that encourages medical students and health care professionals to become more compassionate and more effective health care providers by applying the principles of medical humanism to everyday clinical practice |
| 8/2008, 8/2009 | **ALSO Course**, Instructor for evidence-based curriculum teaching Advanced Life Support in Obstetrics, Family Medicine, Baytown, TX |
| 11/2008 | **Caring for Yourself on the Go,** Presentation to professional women focusing on preventative healthcare services, Williams Company, Houston, TX |
| 7/2003 – 6/2004 | **Wilderness Medical Society,** Baylor College of Medicine, Houston, TX *Co-founder* |
| 7/2003 – 6/2004 | **Family Medicine Interest Group,** Baylor College of Medicine, Houston, TX *Workshop Coordinator* |
| 7/2001 – 7/2002 | **HOMES Student-run Homeless Clinic,** Houston, TX *Committee Chair* |
| 7/2001 – 7/2002 | **Baylor World Health,** Baylor College of Medicine, Houston, TX *Co-chair* |
| 3/1999 – 4/1999 | **Global Volunteers,** Tanzania, Africa, *Volunteer* |

## PROFESSIONAL MEMBERSHIPS & HONORS

| | |
|---|---|
| 2022 | **Top Doctor** |
| 2012 – 2014 | **Super Doctor, Rising Star** |
| 2011 – 2012 | **Compassionate Doctor Recognition** |
| 2008 – 2012 | **Patients' Choice Award** |
| 2011 – present | **Texas Medical Association** |
| 2004 | **American Academy of Family Physicians** |
| 2009 – 2010 | **Society of Teachers of Family Medicine** |
| 2008 – 2009 | **AAFP Active Teacher in Family Medicine** |
| 2004 – 2007 | **New Mexico Medical Association** |
| 2000 – 2007 | **American Medical Student Association** |
| 2003 – 2004 | **Wilderness Medicine Society** |
| 1998 | **Phi Beta Kappa** |
| 1998 | **College Scholar** |
| 1996 | **Golden Key Honor Society** |



EXHIBIT
2

## Patient Restriction History

Patient: TIEDE, BERNHARDT I   MRN: 864378   DOB: 08/02/1958   Sex: MALE   Race: WHITE

| DetailID | Action | Order Provider | Section | Element | Restriction | Start Date | # Days | Exp. Date | Cont | Data | Units | Entry User |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10570786 | ADD | BARBER, MARK A | | | Reviewed: No Changes Needed | 02/10/2023 | | | | | | (96407)BARBER,MARK |
| 10472712 | ADD | BARBER, MARK A | | | Reviewed: No Changes Needed | 12/30/2022 | | | | | | (96407)BARBER,MARK |
| 9234877 | ADD | WAGNER, PAMELA K | II | Row Assignment | Ground Floor Only | 07/27/2021 | | | Yes | | | (59004)WAGNER,PAMELA |
| 8888865 | ADD | WAGNER, PAMELA K | | | Reviewed: No Changes Needed | 03/15/2021 | | | | | | (59004)WAGNER,PAMELA |
| 8884252 | ADD | WAGNER, PAMELA K | | | RESEND | 03/11/2021 | | | | | | (59004)WAGNER,PAMELA |
| 8808204 | ADD | WAGNER, PAMELA K | | | Reviewed: No Changes Needed | 02/02/2021 | | | | | | (59004)WAGNER,PAMELA |
| 8527948 | ADD | WAGNER, PAMELA K | | | Reviewed: No Changes Needed | 10/05/2020 | | | | | | (59004)WAGNER,PAMELA |
| 8398717 | ADD | WAGNER, PAMELA K | | | RESEND Reviewed: No Changes Needed | 08/03/2020 | | | | | | (59004)WAGNER,PAMELA |
| 8044963 | ADD | WAGNER, PAMELA K | | | RESEND | 02/10/2020 | | | | | | (59004)WAGNER,PAMELA |
| 7674387 | ADD | WAGNER, PAMELA K | | | Reviewed: No Changes Needed | 10/11/2019 | | | | | | (59004)WAGNER,PAMELA |
| 7478612 | ADD | WAGNER, PAMELA K | | | RESEND | 08/15/2019 | | | | | | (59004)WAGNER,PAMELA |
| 6910149 | ADD | BARBER, MARK A | | | Reviewed: No Changes Needed | 03/01/2019 | | | | | | (96407)BARBER,MARK |
| 5243427 | ADD | RUSSELL, JANET M | | | Reviewed: No Changes Needed | 10/13/2017 | | | | | | (79230)MORELAND,JANET |
| 365370 | ADD | UNKNOWN, UNKNOWN | PULHES | E-MODIFIER | B | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365369 | ADD | UNKNOWN, UNKNOWN | PULHES | E-CODE | B | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365368 | ADD | UNKNOWN, UNKNOWN | PULHES | E-DESIG | 2 | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365367 | ADD | UNKNOWN, UNKNOWN | PULHES | P-MODIFIER | P | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365366 | ADD | UNKNOWN, UNKNOWN | PULHES | P-CODE | M | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365365 | ADD | UNKNOWN, UNKNOWN | PULHES | P-DESIG | 3 | 08/17/2016 | | | | | | MAINFRAME UPLOAD |
| 365364 | ADD | UNKNOWN, UNKNOWN | II | Extended Medical Hours | Extended Medical Hours | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365363 | ADD | UNKNOWN, UNKNOWN | II | | Psych Non-KOP | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365362 | ADD | UNKNOWN, UNKNOWN | III | | 20b. Psych - No Temperature Extremes | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365361 | ADD | UNKNOWN, UNKNOWN | III | | 20a. Medical - No Temperature Extremes | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365360 | ADD | UNKNOWN, UNKNOWN | III | | 19b. Psych - No Work in Direct Sunlight | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365359 | ADD | UNKNOWN, UNKNOWN | III | | 19a. Medical - No Work in Direct Sunlight | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365358 | ADD | UNKNOWN, UNKNOWN | III | | 12. No Climbing | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |
| 365357 | ADD | UNKNOWN, UNKNOWN | II | Bunk Assignment | Lower Only | 08/17/2016 | | | Yes | | | MAINFRAME UPLOAD |

User Name: LEWIS, THERESA A

[1]

Run Date: 8/16/2023 9:46:21 AM

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Name:   **TIEDE, BERNHARDT I**

| | |
|---|---|
| MRN: **864378** | DOB: **08/02/1958** |
| Age: **65 years** | Begin/End Range: **02/01/2022 - 11/15/1999** |
| SSN: **000005040** | No. Of Admissions: **0** |
| Sex: **Male** | First Admission Date: **02/01/2022** |
| Race: **WHITE** | Last Admission Date: **11/15/1999** |
| Language: **ENGLISH** | Date of Death: |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
GR00068 /NDU1/HS04        TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12:43:45
                          HEALTH SUMMARY FOR CLASSIFICATION          08/17/2016

     NAME: TIEDE,BERNHARDT II              DOB: 08/02/1958      P U L H E S
     TDCJ#: 00864378  SID#: 05931666       WGT: 235 LBS         - - - - - - -
     UNIT: ND      HOUSING: GTR-02         HGT: 6'02"           |3|1|1|1|2|1|

     JOB: TRANSIENT PEND INITIAL UCC                            |M|A|A|A|B|A|

                                                                |P| | | |P| |

                                                                - - - - - - -
```

I.   FACILITY ASSIGNMENT (CHECK ONE)
X  A. NO RESTRICTION
___ B. BARRIER-FREE FACILITY
___ C. SINGLE LEVEL FACILITY
___ D. SUITABLE FOR TRUSTEE CAMP?    X YES___NO

II.  HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)                B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION                        ___ 1. NO RESTRICTION
___ 2. SINGLE CELL ONLY                     00 2. LOWER ONLY
___ 3. SPECIAL HOUSING (HOUSING WITH
         LIKE MEDICAL CONDITION             00 5. M EXT HRS
___ 4. CELL BLOCK ONLY                      ___ 6. EXTENDED HOURS INSULIN
C. ROW ASSIGNMENT (CHECK ONE)               D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION                        ___ 1. NO RESTRICTION
___ 2. GROUND FLOOR ONLY                    ___ 2. PHOP ORDERED
                                            ___ 3. UTILITY USE

III. WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
___ 1. MEDICALLY UNASSIGNED           ___ 15. NO FOOD SERVICE
___ 2. PSYCHIATRICALLY UNASSIGNED     ___ 16. NO REPETITIVE USE OF HANDS
___ 3. SEDENTARY WORK ONLY            ___ 17. NO WALK WET/UNEVEN SURFACES
___ 4. FOUR HOUR WORK RESTRICTION     ___ 18. DO NOT ASSIGN TO MEDICAL
___ 6. EXCUSE FROM SCHOOL             00 19. NO WORK IN DIRECT SUNLIGHT
___ 7. LIMITED STANDING               00 20. NO TEMPERATURE EXTREMES
___ 8. NO WALKING > ___ YARDS         ___ 21. NO HUMIDITY EXTREMES
___ 9. NO LIFTING > ___ LBS.          ___ 22. NO EXPOSURE TO ENVIRONMENT POLLUTANTS
___ 10. NO BENDING AT WAIST           ___ 23. NO WORK WITH CHEMICALS OR IRRITANTS
___ 11. NO REPETITIVE SQUATTING       ___ 24. NO WORK REQUIRING SAFETY BOOTS
00 12. NO CLIMBING                    ___ 25. NO WORK AROUND MACHINE WITH MOVING PART

___ 13. LIMITED SITTING               ___ 26. NO WORK EXPOSURE TO LOUD NOISES
___ 14. NO REACHING OVER SHOULDER

IV.  DISCIPLINARY PROCESS (CHECK ONE)
X  A. NO RESTRICTIONS
___ B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
___ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V.   INDIVIDUALIZED TREATMENT PLAN (CHECK ALL TTHAT APPLY)
X  A. NO RESTRICTION          C. MENTAL HEALTH REPRESENTATIVE REQUIRED
___ B. MEDICAL REPRESENTATIVE REQUIRED

VI.  TRANSPORTATION RESTRICTIONS (CHECK ONE)
X  A. NO RESTRICTION     ___ C. WHEELCHAIR VAN     ___ E. VAN
___ B. EMS AMBULANCE     ___ D. MULTI-PATIENT VEHICLE(MPV)

SEITZ NEW           NP        08/17/2016
PRINTED NAME AND TITLE OF REVIEWER    DATE        SIGNATURE OF REVIEWER

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**Date:   02/10/2023 12:57**
**From:   MARK BARBER DO**
**Facility: ESTELLE (E2)**

**To:   MCADAMS, DONNA G;**
**Subject:   cozaar**
**Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: ESTELLE (E2) (878)**

**Non-formulary medication orders should not be entered into the EHR until nonformulary approval is obtained.   This form is only for prescribers to send to a designated agent to enter the request into Forvus. Complete details can be found in the Pharmacy Policy and Procedure Manual (P&P 05-10).**

PERSON COMPLETING REQUEST:     Barber
PHONE NUMBER:
EXTENSION:

PATIENT NAME:          TIEDE, BERNHARDT
TDCJ NUMBER:          864378
UNIT:          ESTELLE (E2)
NAME OF UNIT PRESCRIBER:

CONSULTANT PRESCRIBER (YES OR NO):

NAME OF SERVICE (E.G., UTMB GI):

DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):     cozaar 100 mg qd   x 30 days RF indefinite.

RENEWAL :   YES __x__        NO   ____He is on Cozaar 50 currently

DIAGNOSIS (RELATED TO REQUEST):          Diabetes, HTN, high blood pressure on 4 medications

JUSTIFICATION:               ACE allergy

FORMULARY AGENT(S) TRIED (INCLUDE   DATE, DURATION, COMPLIANCE):

LIST DRUG ALLERGIES:          ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSTIC TESTS (INCLUDE DATE):

*     IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE PRESCRIBER TO CONTACT THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.   THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE REGIONAL/DISTRICT MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR FOR REVIEW.   IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD ALSO CALL THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR (P&P# 05-10).

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**Date:   01/23/2023 13:03**
**From:   REBECCA ARMSTRONG LVN**
**Facility: ESTELLE (E2)**

**To:   BUILDING SCHEDULING GROUP;**
**Subject:   Non-form**
**Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: ESTELLE (E2) (878)**

**Non-formulary medication orders should not be entered into the EHR until nonformulary approval is obtained.   This form is only for prescribers to send to a designated agent to enter the request into Forvus. Complete details can be found in the Pharmacy Policy and Procedure Manual (P&P 05-10).**

PERSON COMPLETING REQUEST:    R. Armstrong, LVN
PHONE NUMBER:
EXTENSION:

PATIENT NAME:        TIEDE, BERNHARDT
TDCJ NUMBER:        864378
UNIT:             ESTELLE (E2)
NAME OF UNIT PRESCRIBER:

CONSULTANT PRESCRIBER (YES OR NO): Y

NAME OF SERVICE (E.G., UTMB GI):    Dental

DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):        Biotin    10cc BID, KOP x 30 days

RENEWAL :    YES _____        NO __x__

DIAGNOSIS (RELATED TO REQUEST):   Dry mouth

- JUSTIFICATION:        PT has a dry mouth - prescribed saliva substitute mouth rinse

FORMULARY AGENT(S) TRIED (INCLUDE   DATE, DURATION, COMPLIANCE):  N/A

LIST DRUG ALLERGIES:        ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSITIC TESTS (INCLUDE DATE):

*   IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE PRESCRIBER TO CONTACT THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.   THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE REGIONAL/DISTRICT MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR FOR REVIEW.   IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD ALSO CALL THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR (P&P# 05-10).

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   02/27/2022 13:22
From:   DONNA BURTON LVN
Facility: ESTELLE (E2)

To:   COLEMAN, REBECCA L;
Subject:   TIEDE #864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: ESTELLE (E2) (878)

### VISUAL **CORRECTIONAL   MANAGED CARE**
### VISUAL ACUITY TEST

**Patient Name:   TIEDE, BERNHARDT** **TDCJ#:**   864378 **Date:**
**Facility:**   ESTELLE (E2)
**Most recent vitals from 2/27/2022:** BP: 156 / 87 (Sitting)   Wt. 240.4 Lbs. Height 75 In. Pulse:   82
(Sitting) Resp.:   18 / min Temp: 98.4 (Forehead)
**Age:**   63

| Patient Language:   **ENGLISH** | Name of Interpreter: |
|---|---|

REASON FOR THE EXAM:

Related Health Problems:

| Diabetes | Yes: X | No: |
|---|---|---|
| Hypertension | Yes: X | No: |
| Infections Disease | Yes: | No: X |
| Other/Program Participation:   N/A | | |

Eyewear Status:

| Wears glasses: | Yes: X | No: | |
|---|---|---|---|
| Wear contacts | Yes: | No:   X | |
| In possession at this time | Yes: | No:   X | N/A |
| In good condition | Yes: | No: | N/A X |
| Lost | Yes: | No: | N/A X |
| Broken beyond unit repair | Yes: | No: | N/A X |
| TDCJ issued: | Yes: X | No: | |
| Date issued: 11-30-07 (HAS FREE WORLD GLASSES THAT ARE OLD) | | | |

| **FAR VISION (20 FEET OPTICAL CHART)** | | | |
|---|---|---|---|
| WITHOUT GLASSES | | WITH GLASSES | |
| RIGHT EYE: | 20/50 | RIGHT EYE: | BLURRED |
| LEFT EYE: | 20/25 | LEFT EYE: | BLURRED |
| BOTH EYES: | 20/25 | BOTH EYES: | BLURRED |

**NEAR VISION (ROSENBAUM NEAR CARD)**

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | BLURRED | RIGHT EYE: | BLURRED |
| LEFT EYE: | BLURRED | LEFT EYE: | 20/400 |
| BOTH EYES: | BLURRED | BOTH EYES: | 20/400 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**PATIENT VISION COMPLAINT**: FLOATERS

**DISPOSITION (X one below):**

| | |
|---|---|
| Does not meet criteria | |
| MD/MLP Referral | XXX |
| Meets criteria | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:39 AM

Date:   04/28/2021 11:19
From:   CAROL COMPEAN
Facility: CONNALLY (CY)

To:   JULIE GREEN V CCA;
Subject:   Please schedule pt size Lg knee high hose #864378 Tiede
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

Please see attached note.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   03/15/2021 10:28
From:   LINDA QUIROGA R.N.
Facility: CONNALLY (CY)

To:   SHEILA PIEPRZYCA L L.V.N.;
Subject:   tiede, bernhardt tdcj#864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   02/02/2021 13:02
From:   LANELLE ROELL R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA;
Subject:   CCC
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   02/02/2021 10:15
From:   LANELLE ROELL R.N.
Facility: CONNALLY (CY)

To:   JULIE GREEN V CCA;
Subject:   supplies
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   12/08/2020 10:51
From:   ROSE ALEMAN CCA
Facility: CONNALLY (CY)

To:   JULIE GREEN V CCA;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM


Date:   10/05/2020 14:40
From:   VINCENT RAMIREZ R.N.
Facility: CONNALLY (CY)

To:   ESTELLA GARZA; CRISELDA GARZA;
Subject:   NEW ORDERS
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

SEE ATTACHMENT

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/17/2020 12:51
From:   LINDA QUIROGA R.N.
Facility: CONNALLY (CY)

To:   ESTELLA GARZA;
Subject:   tiede, beernhardt tdcj#864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/13/2020 15:33
From:   LINDA QUIROGA R.N.
Facility: CONNALLY (CY)

To:   ESTELLA GARZA;
Subject:   tiede tdcj#864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/13/2020 15:33
From:   LINDA QUIROGA R.N.
Facility: CONNALLY (CY)

To:   ESTELLA GARZA;
Subject:   tiede tdcj#864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attacheed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/04/2020 11:01
From:   CRISELDA GARZA
Facility: CONNALLY (CY)

To:   STARR OLIVARES V;
Subject:  Tiede Bernhardt
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

Please see attached.

Thank you,
C. Garza CCA

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/04/2020 05:48
From:   CRISELDA GARZA
Facility: CONNALLY (CY)

To:   PAMELA WAGNER K NP; STARR OLIVARES V;
Subject:   Tiede, Bernhardt
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

You listed REG Dt. on his ITP note.   He is listed as DFH.   Please advise or make the necessary corrections.

Thank you,
C. Garza, CCA

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/03/2020 15:57
From:   LINDA QUIROGA R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA;
Subject:   tiede, bernhardt tdcj#864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM


Date:   05/06/2020 08:00
From:   ESTELLA GARZA
Facility: CONNALLY (CY)

To:   SHEILA PIEPRZYCA L L.V.N.;
Subject:   TIEDE, BERNHARDT 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   03/16/2020 16:46
From:   SARAH SMITH L.V.N.
Facility: CONNALLY (CY)

To:   DEBORAH MCLARTY K CCA;
Subject:   Medication order
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

Please see attached

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   02/11/2020 12:24
From:   DEBORAH MCLARTY CCA
Facility: CONNALLY (CY)

To:   JULIE GREEN V CCA; ESTELLA GARZA;
Subject:   TIEDE, BERNHARDT    864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

BP checks 1x week x6 wees.
Chart review in 7 weeks.

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM


Date:   02/10/2020 15:19
From:   VINCENT RAMIREZ R.N.
Facility: CONNALLY (CY)

To:   ESTELLA GARZA; CRISELDA GARZA; DEBORAH MCLARTY K CCA;
Subject:   NEW ORDERS
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

SEE ATTACHMENT

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   02/10/2020 14:48
From:   PAMELA WAGNER NP
Facility: CONNALLY (CY)

To:   DEBORAH MCLARTY K CCA;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

Non-form

PERSON COMPLETING REQUEST:
PHONE NUMBER:
EXTENSION:

PATIENT NAME:        TIEDE, BERNHARDT
TDCJ NUMBER:        864378
UNIT:            CONNALLY (CY)
NAME OF UNIT PRESCRIBER:P Wagner

CONSULTANT PRESCRIBER (YES OR NO):

NAME OF SERVICE (E.G., UTMB GI):   UTMB-CMC

DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):   Losartan 25mg day

RENEWAL :   YES ____        NO __X__

DIAGNOSIS (RELATED TO REQUEST): HTN uncontrolled

JUSTIFICATION: BP not at goal with current dose and pt on Metoprolol 100mg BID

FORMULARY AGENT(S) TRIED (INCLUDE   DATE, DURATION, COMPLIANCE):

LIST DRUG ALLERGIES:        ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSITIC TESTS (INCLUDE DATE):

*   IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE PRESCRIBER TO CONTACT THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.   THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE REGIONAL/DISTRICT MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR FOR REVIEW.   IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD ALSO CALL THE REGIONAL/DISTRICT PHYSICIAN OR MENTAL HEALTH SERVICES DIRECTOR (P&P# 05-10).

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   01/14/2020 13:56
From:   DANA DISMUKE R.N.
Facility: CONNALLY (CY)

To:   DEBORAH MCLARTY K CCA; CRISELDA GARZA;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/11/2019 13:32
From:   VINCENT RAMIREZ R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA;
Subject:   NEW ORDERS
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

SEE ATTACHMENT

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/30/2019 10:18
From:   VINCENT RAMIREZ R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA;
Subject:   NEW ORDERS
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

SEE ATTACHMENT

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/15/2019 09:39
From:   JOLLY HERRERA R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA; ESTELLA GARZA;
Subject:   tiede, bernhardt tdcj# 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   08/15/2019 09:38
From:   JOLLY HERRERA R.N.
Facility: CONNALLY (CY)

To:   CRISELDA GARZA; ESTELLA GARZA;
Subject:   tiede, bernhardt tdcj# 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: CONNALLY (CY) (867)

please see attached

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/25/2018 15:02
From:   JAMMIE BARKER RN, FNP-BC
Facility: TELFORD (TO)

To:   SARA THOMPSON;
Subject:   RE:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

------Original Message------
Date:   10/25/2018 14:39
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT       TDCJ #:   864378       FACILITY:   TELFORD (TO)**

| | | |
|---|---|---|
| **This patient missed the scheduled clinic visit for today, 10/24/2018, due to:   CCC HTN, LIPIDS, DIABETES** | | |
| | No Show | |
| | Refusal | |
| X | Segregation Patient - No Show due to no escort available | |
| | Patient left clinic without being seen by the provider | |
| **Please review chart information and advise of needed reschedules or other actions.** | | |
| | Reschedule | |
| | Do Not Reschedule | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/25/2018 14:39
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT        TDCJ #:   864378       FACILITY:   TELFORD (TO)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 10/24/2018, due to:   CCC HTN, LIPIDS, DIABETES** | |
| | No Show |
| | Refusal |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/01/2018 13:47
From:   JAMMIE BARKER RN, FNP-BC
Facility: TELFORD (TO)

To:   SARA THOMPSON;
Subject:   RE: CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

------Original Message------
Date:   10/01/2018 09:35
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:   CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT      TDCJ #:   864378      FACILITY:   TELFORD (TO)**

| | This patient missed the scheduled clinic visit for today 9/30/2018, due to: |
|---|---|
| | No Show |
| XX | Refusal   BETO PHOTO |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| x | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/01/2018 09:35
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:  CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:  TIEDE, BERNHARDT       TDCJ #:  864378       FACILITY:  TELFORD (TO)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today9/30/2018, due to:** | |
| | No Show |
| **XX** | Refusal   BETO PHOTO |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   12/11/2017 10:11
From:   JANET MORELAND PA-C
Facility: TELFORD (TO)

To:   SARA THOMPSON;
Subject:   RE: CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

------Original Message------
Date:   11/27/2017 09:11
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JANET MORELAND M PA-C;
Subject:   CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:  TIEDE, BERNHARDT      TDCJ #:   864378      FACILITY:   TELFORD (TO)**

| | This patient missed the scheduled clinic visit for today, 11/22/2017, due to: |
|---|---|
| | No Show |
| X | Refusal   BETO PHOTO |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| X | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   11/27/2017 09:11
From:   SARA THOMPSON CCA
Facility: TELFORD (TO)

To:   JANET MORELAND M PA-C;
Subject:  CHAIN REFUSAL
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:  TIEDE, BERNHARDT      TDCJ #:   864378      FACILITY:   TELFORD (TO)**

| | | |
|---|---|---|
| **This patient missed the scheduled clinic visit for today, 11/22/2017, due to:** | | |
| | No Show | |
| X | Refusal   BETO PHOTO | |
| | Segregation Patient - No Show due to no escort available | |
| | Patient left clinic without being seen by the provider | |
| **Please review chart information and advise of needed reschedules or other actions.** | | |
| | Reschedule | |
| | Do Not Reschedule | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   11/28/2016 11:13
From:   JAMMIE BARKER RN, FNP-BC
Facility: TELFORD (TO)

To:   PETRONELLA BRIDGES;
Subject:   RE: TIEDE 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

------Original Message------
Date:   11/28/2016 11:05
From:   PETRONELLA BRIDGES CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:   TIEDE 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT      TDCJ #:   864378      FACILITY:   TELFORD (TO)**

| | This patient missed the scheduled clinic visit for today, 11/28/2016, due to: |
|---|---|
| | No Show |
| X | Refusal BETO/PHOTO 11/30/16 (FULL DILATION EYE EXAM MARCH 2016 AUSTIN, IRIS SCAN GURNEY UNIT AUG 2016) |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| | **Please review chart information and advise of needed reschedules or other actions.** |
| | Reschedule |
| X | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   11/28/2016 11:05
From:   PETRONELLA BRIDGES CCA
Facility: TELFORD (TO)

To:   JAMMIE BARKER L RN, FNP-BC;
Subject:   TIEDE 864378
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT        TDCJ #:   864378        FACILITY:   TELFORD (TO)**

| | |
|---|---|
| **This patient missed the scheduled clinic visit for today, 11/28/2016, due to:** | |
| | No Show |
| X | Refusal BETO/PHOTO 11/30/16 (FULL DILATION EYE EXAM MARCH 2016 AUSTIN, IRIS SCAN GURNEY UNIT AUG 2016) |
| | Segregation Patient - No Show due to no escort available |
| | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
| | Reschedule |
| | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/31/2016 08:20
From:   LINDA WALDEN D.O.
Facility: TELFORD (TO)

To:   LESLIE PICKENS;
Subject:   RE:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

------Original Message------
Date:   10/31/2016 08:13
From:   LESLIE PICKENS R.N.
Facility: TELFORD (TO)

To:   LINDA WALDEN L D.O.;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT        TDCJ #:   864378       FACILITY:   TELFORD (TO)**

| This patient missed the scheduled clinic visit for today, 10/31/2016, due to: | |
|---|---|
| X | No Show     FUNGUS TO NECK |
|  | Refusal |
|  | Segregation Patient - No Show due to no escort available |
|  | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
|  | Reschedule |
| x | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Date:   10/31/2016 08:13
From:   LESLIE PICKENS R.N.
Facility: TELFORD (TO)

To:   LINDA WALDEN L D.O.;
Subject:
Re:   BERNHARDT TIEDE -   MRN: 864378 - UOA: TELFORD (TO) (952)

MISSED CLINIC VISIT REPORT

**PATIENT:   TIEDE, BERNHARDT        TDCJ #:   864378        FACILITY:   TELFORD (TO)**

| **This patient missed the scheduled clinic visit for today, 10/31/2016, due to:** | |
|---|---|
| X | No Show     FUNGUS TO NECK |
|   | Refusal |
|   | Segregation Patient - No Show due to no escort available |
|   | Patient left clinic without being seen by the provider |
| **Please review chart information and advise of needed reschedules or other actions.** | |
|   | Reschedule |
|   | Do Not Reschedule |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
## Unit Provider Emergency Room Note

Name:  TIEDE, BERNHARDT I                                      Date:    06/22/2023 20:03
TDCJ#:  864378                                                Facility:  ESTELLE (E2)

Age:  64          DOB: 08/02/1958      Sex:  Male        Race: WHITE              DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 6/22/2023:**

| BP: 157 / 83 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 77 (Sitting) | Resp: 16 / min | Temp: 97.8 (Oral) | O2 Sat: 100% RA |

**Allergies:**  ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:53:57PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:00PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:17PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:02PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP   As Needed (PRN) | EXPIRATION DATE: 9/10/2023 07:07:00AM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 06/13/2023 11:54:53PM<br>ORDERING PROVIDER: BECK, DENE Y<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:06PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:07PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:02PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Unit Provider Emergency Room Note

Name:  TIEDE, BERNHARDT I
TDCJ#:  864378

Date:   06/22/2023 20:03
Facility:  ESTELLE (E2)

Days KOP

ORDERING FACILITY: ESTELLE (E2)

**S:** The patient presents for right sided facial numbness that began yesterday at approximately 6pm. The patient states that around 10 pm last night his symptoms spontaneously resolved. Then at approximately 1600 today his symptoms returned. The patient denies headache or blurry vision. However, the patient does describe dizziness. The patient does not complain of any other neurologic deficits.

**O: VSS PE Normal**

Neuro exam. Left facial droop. Pt can bilateral wrinkle forehead. Difficulty closing left eye. Numbness to right face. Symmetric upper and lower strength. No pronator drift.

**A:** The patient is a 64 yo male who presents for right sided facial numbness but has left sided facial droop.

**P:** Pt also complains of dizziness. Bell's Palsy was considered as a possible etiology however, the patient has incongruent symptoms. The may be central in nature.  Pt requires a higher level of care to rule out any central neurologic pathology.

Electronically Signed by NEWMAN, DONNELL S. MD on 06/23/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
## Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I          Date:  06/22/2023 19:51
TDCJ#:  864378                     Facility:  ESTELLE (E2)

Age:  64       DOB: 08/02/1958      Sex:  Male        Race: WHITE          DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 6/22/2023:**

| BP: 158 / 72 (Sitting) | Weight: 237 Lbs. | Height: 75 In. | BMI: 30 (% Diff: +3.45) |
|---|---|---|---|
| Pulse: 79 (Sitting) | Resp: 17 / min | Temp: 97.4 (Forehead) | O2 Sat: 99% RA |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications:**

| Medication | Expiration / Refills | Last Date Given / Ordering |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:53:57PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:00PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:17PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:02PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP   As Needed (PRN) | EXPIRATION DATE: 9/10/2023 07:07:00AM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 06/13/2023 11:54:53PM<br>ORDERING PROVIDER: BECK, DENE Y<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:06PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:07PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:02PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R |

HSM-16 (08/16)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
**Urgent / Emergent Care Record**

Name:  TIEDE, BERNHARDT I                    Date:   06/22/2023 19:51
TDCJ#:  864378                               Facility:  ESTELLE (E2)

ORDERING FACILITY: ESTELLE (E2)

---

**SIGNIFICANT MEDICAL HISTORY:**

**Chronic Care:**
    Chronic Obstructive Pulmonary Disease, Copd, Emphysema First Observed 3/27/2013 02:03PM
    Type 2 Diabetes Mellitus First Observed 8/17/2016 07:42AM
    Hyperlipidemia, Unspecified First Observed 8/17/2016 07:42AM
    Essential (primary) Hypertension (htn) First Observed 8/17/2016 07:42AM

**Dental:**
    Perio Type Iv First Observed 9/21/2016 12:02PM
    Dental Examination First Observed 9/21/2016 12:02PM
    Gingival/periodontal First Observed 1/31/2017 07:14AM
    Hard Tissue Disease First Observed 2/11/2019 08:16AM

**Not Specified:**
    Other Disorders Of Muscle First Observed 3/22/2021 12:45PM

---

| Quantitative Pain Scale:   Place an "X" below | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| Qualitative Description of Pain | |
|---|---|
| Location: | PT. DENIES PAIN | Onset: |
| Duration: | |
| Aggravating Factors: | |
| Alleviating Factors: | |
| Pain Character: | Dull | Sharp | Throbbing | Other: |
| Frequency: | Constant | Intermittent | Other: |
| Radiating: | No | Yes | Location: |
| | |

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Verbal Response | Motor Response | Total Score |
|---|---|---|---|---|---|
| 1948 | NJ | 4 | 5 | 6 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I      Date:   06/22/2023 19:51
TDCJ#:  864378      Facility:  ESTELLE (E2)

| | CARDIAC | | N/A | PULMONARY | X | N/A | GI | X | N/A | SKIN | X | N/A | NEURO | | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **N** | **Apical Pulse** | | | **Respirations** | | | Denies Problems | | | Cold | X | | Alert | | | |
| **U** | X | Regular | | Normal | | | Nausea | | | Warm | X | | Oriented X: | | 3 | |
| **R** | | Irregular | | Shallow | | | Vomiting | | | Hot | | | Confused | | | |
| **S** | | JVD | | Labored | | | Diarrhea | | | Dry | | | Lethargic | | | |
| **I** | **Peripheral Pulses** | | | Nasal Flaring | | | Rectal Bleeding | | | Moist | | | Unresponsive | | | |
| **N** | Upper | | | Grunting | | | Constipation | | | Diaphoretic | | | **Arm Strength** | | | |
| **G** | X | R | L | X | Retractions | | | Incontinent | | | Normal | X | R | L | X | Normal |
| | Lower | | | Hyperventilating | | | | Date | | Pale | | R | L | | Weak |
| **A** | X | R | L | X | Use of accessory | | | Last BM: | | | Mottled | | R | L | | Flaccid |
| **S** | **Bleeding** | | | muscles | | | **Abdomen** | | | Cyanotic | | **Leg Strength** | | | |
| **S** | X | None | | **Lungs** | | | Soft | | | Jaundiced | X | R | L | X | Normal |
| **E** | | Controlled | | R | L | Clear | Firm | | | Flushed | | R | L | | Weak |
| **S** | | Excessive | | R | L | Crackles | Distended | | | Intact | | R | L | | Flaccid |
| **S** | Location: | | | R | L | Wheezes | Obese | | | **Ortho** | | N/A | **Pupils** | | |
| **M** | Est. Blood Loss | | | R | L | Diminish | Tender | | | Deformity | | X | Equal | | |
| **E** | cc: | | | R | L | Absent | Location: | | | Swelling | | | Unequal | | |
| **N** | **Capillary Refill** | | | **GU** | X | N/A | Rebound | | | Location | X | R | L | X | Reactive |
| **T** | X | Normal | | Burning | | | **Bowel Sounds** | | | **ROM** | | | | | Nonreactive |
| | | Delayed | | Frequency | | | Normoactive | | | Full | | R | L | | Dilated |
| | **Edema** | | | Urine Odor | | | Hyperactive | | | Limited | | R | L | | Constricted |
| | Upper | | | Hematuria | | | Hypoactive | | | Absent | | R | L | | Fixed |
| | 0  1+  2+  3+ | | | Incontinent | | | Absent | | | | | | | | |
| | 0 | R | L | 0 | Anuric | | | NG/G tube | | | | Name | | | Time |
| | Lower | | | Vag. Discharge | | | Initial Assessment | | | | | | | | |
| | 0  1+  2+  3+ | | | Vag. Bleeding | | | Completed By: | | | **N.JAMES, RN** | | | | **1948** | |
| | 0 | R | L | 0 | Catheter | | | | | | | | | | |

| **\*\*Contact Provider\*\*** | | | |
|---|---|---|---|
| Name of Provider Notified: | D. NEWMAN,MD | Time: | 2015 |
| Provider Orders: SEND PT. OUT 911 TO R/O STROKE. | | | |
| | | | |
| | | | |
| | | | |
| Orders obtained  and read back/verified by:  (Name) | N.JAMES, RN | | |

HSM-16 (08/16)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I                    Date:   06/22/2023 19:51
TDCJ#: 864378                                Facility:  ESTELLE (E2)

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 1934 | PT. ARRIVES TO RMF ER, V/S OBTAINED AND PT. ASSESSED | NJ |
| 1955 | DR. NEWMAN ASSESSES PT. | NJ |
| 2015 | DR. NEWMAN ORDERS PT. SENT OUT 911 FOR STROKE PROTOCOL. | NJ |
| 2016 | 911 NOTIFIED. | NJ |
| 2018 | ATTEMPTED TO NOTIFY CMC UR – NO ANSWER, WILL TRY AGAIN LATER. | NJ |
| 2023 | HMH NOTIFIED-REPORT GIVEN TO ADAM. | NJ |
| 2031 | CMC UR NOTIFIED (ANGIE). | NJ |

**Details of abnormal findings and ongoing assessment and care.**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|-----------|-----|-------|------|-----|-----|-----|------|------|---------|--------|-----|-----|-----|-----|
| 6/22/2023 07:52PM | 157/83 (SI) | 77 (SI) | 16 | | | | 97.8 (OR) | | 0.00 | 100 RA | | | | |

| VITAL SIGNS | | | | | | | | |
|------|------|------|-------|------|------|-------|------|----------|
| Time | Temp | BP | Pulse | Resp | SpO2 | FS/BS | FHT | Initials |
| 1934 | 97.8 | 157/83 | 77 | 16 | 100%RA | 274 | N/A | NJ |
| 2033 | 97.8 | 195/83 | 83 | 16 | 100%RA | N/A | N/A | NJ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| PEAK FLOW | | | X | N/A |
|------|--------------|--------------|--------------|---------------------------|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

| MEDICATIONS | | | | | | | | |
|------|------------|------|-------|------|----------|--------------|------|----------|
| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

HSM-16 (08/16)                                                                    4 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I                   Date:   06/22/2023 19:51
TDCJ#: 864378                               Facility:  ESTELLE (E2)

| I. V. THERAPY | | | | | | | Intake | | Output | |
|---|---|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | | Urine | |
| 1 | LAC | 20 | | | | | IV | | Emesis | |
| | | | | | | | NG | | NG | |
| | | | | | | | Other: | | Other: | |

❖ **Do not release a patient from the clinic without a provider's order if the patient's SpO2 is less than 90% or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.**

NUR - URGENT/EMERGENT CARE RECORD

Responded to patient OUTSIDE the medical department: No

Arrival in medical department:
    HUB facility where patient was seen:   Estelle  (E2)
    Date/Time of arrival:   06/22/2023 19:34
    Mode of arrival:   Ambulatory
    Condition on arrival:   Stable
    Chief complaint:   LEFT SIDE FACIAL DROOP
    Symptom / Problem category:   Other: LEFT SIDE FACIAL DROOP
    Standing Delegated Order implemented:   No

Discharge condition:
    Condition on discharge:   Stable
    Date / time of discharge:   06/22/2023 19:55

Discharge disposition provided to officer and patient:
    Medical observation

*Nursing encounter capture:*
    Nursing visit:
        Patient Order Added: #NURSING LEVEL 4 EMERGENCY VISIT (F) Procedure Date: 06/22/2023 19:55:16 User:
JAMES, NICHOLAS L

**Details of abnormal findings and ongoing assessment and care.**

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**Urgent / Emergent Care Record**

Name:  TIEDE, BERNHARDT I                         Date:   06/22/2023 19:51
TDCJ#:  864378                                    Facility:  ESTELLE (E2)

| Time | Nursing Notes con't |
|------|---------------------|
| **2057-PT. DEPARTS UNIT VIA STRETCHER WITH EMS AND SECURITY STAFF.** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|-----------|-------------|----------|
| 6/22/2023 09:00PM | PROVIDER4-EMERGENCY OFFICE VISIT (F) | |

Electronically Signed by JAMES, NICHOLAS L. RN on 06/22/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I  Date:   06/22/2023 19:14
TDCJ#:  864378  Facility:  ESTELLE (E2)

Age:  64  DOB: 08/02/1958  Sex:  Male  Race: WHITE  DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 6/22/2023:**

| BP: 158 / 72 (Sitting) | Weight: 237 Lbs. | Height: 75 In. | BMI: 30 (% Diff: +3.45) |
|---|---|---|---|
| Pulse: 79 (Sitting) | Resp: 17 / min | Temp: 97.4 (Forehead) | O2 Sat: 99% RA |

**Allergies:**  ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:53:57PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:00PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:17PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:02PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP   As Needed (PRN) | EXPIRATION DATE: 9/10/2023 07:07:00AM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 06/13/2023 11:54:53PM<br>ORDERING PROVIDER: BECK, DENE Y<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:06PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:07PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:02PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R |

HSM-16 (08/16)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
**Urgent / Emergent Care Record**

Name:  TIEDE, BERNHARDT I        Date:  06/22/2023 19:14

TDCJ#:  864378        Facility:  ESTELLE (E2)

ORDERING FACILITY: ESTELLE (E2)

---

**SIGNIFICANT MEDICAL HISTORY:**

**Chronic Care:**
    Chronic Obstructive Pulmonary Disease, Copd, Emphysema First Observed 3/27/2013 02:03PM
    Type 2 Diabetes Mellitus First Observed 8/17/2016 07:42AM
    Hyperlipidemia, Unspecified First Observed 8/17/2016 07:42AM
    Essential (primary) Hypertension (htn) First Observed 8/17/2016 07:42AM

**Dental:**
    Perio Type Iv First Observed 9/21/2016 12:02PM
    Dental Examination First Observed 9/21/2016 12:02PM
    Gingival/periodontal First Observed 1/31/2017 07:14AM
    Hard Tissue Disease First Observed 2/11/2019 08:16AM

**Not Specified:**
    Other Disorders Of Muscle First Observed 3/22/2021 12:45PM

---

| Quantitative Pain Scale:   Place an "X" below | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | 1 | | 2 | x | 3 | | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 |

| Qualitative Description of Pain | | | | | | |
|---|---|---|---|---|---|---|
| Location: | Right side of face | | | Onset: | unknown | |
| Duration: | Since yesterday | | | | | |
| Aggravating Factors: | | None | | | | |
| Alleviating Factors: | | none | | | | |
| Pain Character: | | Dull | | Sharp | | Throbbing | Other: | "numbness/ Tingling" |
| Frequency: | | Constant | | x | Intermittent | Other: |
| Radiating: | | x | No | | Yes | Location: |

| GLASGOW COMA SCALE | | |
|---|---|---|
| **Eye Opening** | **Best Verbal Response** | **Best Motor Response** |
| Spontaneous = 4 | Oriented = 5 | Obeys Command = 6 |
| To voice = 3 | Confused = 4 | Localizes pain = 5 |
| To pain = 2 | Inappropriate words = 3 | Withdraws to pain = 4 |
| None = 1 | Incomprehensible sounds = 2 | Flexion to pain = 3 |
| | None = 1 | Extension to pain = 2 |
| | | None = 1 |

| Time | Initials | Eye Opening | Verbal Response | Motor Response | Total Score |
|---|---|---|---|---|---|
| 1905 | AB | 4 | 5 | 6 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I       Date:  06/22/2023 19:14
TDCJ#:  864378       Facility:  ESTELLE (E2)

| | **CARDIAC** | x | N/A | **PULMONARY** | x | N/A | **GI** | x | N/A | **SKIN** | | N/A | **NEURO** | | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **N** | **Apical Pulse** | | | **Respirations** | | | Denies Problems | | | Cold | | x | **Alert** | | | |
| **U** | x | Regular | | x | Normal | | Nausea | | x | Warm | | x | Oriented X: | | | 4 |
| **R** | | Irregular | | | Shallow | | Vomiting | | | Hot | | | Confused | | | |
| **S** | | JVD | | | Labored | | Diarrhea | | | Dry | | | Lethargic | | | |
| **I** | **Peripheral Pulses** | | | Nasal Flaring | | | Rectal Bleeding | | | Moist | | | Unresponsive | | | |
| **N** | Upper | | | Grunting | | | Constipation | | | Diaphoretic | | | **Arm Strength** | | | |
| **G** | x | R | | L | x | Retractions | | Incontinent | | | Normal | x | R | L | x | Normal |
| | Lower | | | Hyperventilating | | | | | Date | Pale | | R | L | | Weak |
| **A** | x | R | | L | x | Use of accessory | | Last BM: | | | Mottled | | R | L | | Flaccid |
| **S** | **Bleeding** | | | muscles | | | **Abdomen** | | | Cyanotic | | **Leg Strength** | | | |
| **S** | x | None | | **Lungs** | | | Soft | | | Jaundiced | x | R | L | x | Normal |
| **E** | | Controlled | x | R | L | x | Clear | Firm | | | Flushed | | R | L | | Weak |
| **S** | | Excessive | | R | L | | Crackles | Distended | | | Intact | | R | L | | Flaccid |
| **S** | Location: | | R | L | | Wheezes | Obese | | | Ortho | x | N/A | **Pupils** | | |
| **M** | Est. Blood Loss | | R | L | | Diminish | Tender | | | Deformity | x | Equal | | | |
| **E** | cc: | | R | L | | Absent | Location: | | | Swelling | | Unequal | | | |
| **N** | **Capillary Refill** | | **GU** | x | N/A | Rebound | | | Location | x | R | L | x | Reactive |
| **T** | x | Normal | | Burning | | | **Bowel Sounds** | | | **ROM** | | | Nonreactive |
| | | Delayed | | Frequency | | | Normoactive | | | Full | | R | L | | Dilated |
| | **Edema** | | | Urine Odor | | | Hyperactive | | | Limited | | R | L | | Constricted |
| | Upper | | | Hematuria | | | Hypoactive | | | Absent | | R | L | | Fixed |
| | 0 1+ 2+ 3+ | | | Incontinent | | | Absent | | | | | | | | |
| | 0 | R | | L | 0 | Anuric | | NG/G tube | | | Name | | | Time |
| | Lower | | | Vag. Discharge | | | Initial Assessment | | | | | | |
| | 0 1+ 2+ 3+ | | | Vag. Bleeding | | | Completed By: | | | **A.  Boyce, RN** | | **1905** |
| | 0 | R | | L | 0 | Catheter | | | | | | | | |

| **\*\*Contact Provider\*\*** | | | |
|---|---|---|---|
| Name of Provider Notified: | M. Walker, NP | Time: | 1910 |
| Provider Orders: Send offender to the RMF ER for evaluation by the provider | | | |
| Orders obtained  and read back/verified by:  (Name) | A.  Boyce, RN | | |

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**Urgent / Emergent Care Record**

Name:  TIEDE, BERNHARDT I                     Date:   06/22/2023 19:14
TDCJ#:  864378                                Facility:  ESTELLE (E2)

| Time | Nursing Notes | Initials |
|------|---------------|----------|
| 1905 | Offender ambulatory to the infirmary with C/O "I think I'm having a stroke". NAD. VSS. Respirations even and unlabored. Lungs CTA bilaterally. PERRL. A&Ox4. NO weakness noted in the upper or lower extremities. No deficits noted neurologically. FSBS 214. Offender states he had numbness/ tingling yesterday afternoon that lasted for a couple hours then had right sided facial drooping, but it went away without treatment. States the numbness/ tingling started again approx. 3:45 PM today. States he has some problems with his balance when he is having the numbness/ tingling but not any problem with strength. | AB, RN |
| 1910 | On call provider notified and orders received. Security notified. Report called to the RMF Er. | AB, RN |
| 1920 | Offender taken to RMF ER via wheelchair by security. | AB, RN |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Details of abnormal findings and ongoing assessment and care.**

| VITAL SIGNS | | | | | | | | |
|------|------|------|-------|------|------|-------|------|----------|
| Time | Temp | BP | Pulse | Resp | SpO2 | FS/BS | FHT | Initials |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| PEAK FLOW | | | x | N/A |
|------|-------------|-------------|-------------|---------------------|
| Time | Peak Flow #1 | Peak Flow #2 | Peak Flow #3 | Peak Flow Personal Best |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

* Continue hourly peak flow measurements for patients with respiratory distress for the duration of the clinic visit.

| MEDICATIONS | | | | | | | | |
|------|------------|------|-------|------|----------|--------------|------|----------|
| Time | Medication | Dose | Route | Site | Initials | Outcome Eval | Time | Initials |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**Urgent / Emergent Care Record**

Name:  TIEDE, BERNHARDT I                    Date:   06/22/2023 19:14
TDCJ#: 864378                                Facility:  ESTELLE (E2)

|  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| I. V. THERAPY | | | | | | | Intake | | Output | |
|---|---|---|---|---|---|---|---|---|---|---|
| Site # | Location | Gauge | IVF | Rate | Time | Initials | PO | | Urine | |
|  |  |  |  |  |  |  | IV | | Emesis | |
|  |  |  |  |  |  |  | NG | | NG | |
|  |  |  |  |  |  |  | Other: | | Other: | |

❖ **Do not release a patient from the clinic without a provider's order if the patient's SpO2 is less than 90% or peak flow is less than 80% of personal best.  Normal adult peak flow without existing disease is 300-500.**

NUR - URGENT/EMERGENT CARE RECORD

Responded to patient OUTSIDE the medical department: No

Arrival in medical department:
    HUB facility where patient was seen:   Estelle  (E2)
    Date/Time of arrival:   06/22/2023 19:02
    Mode of arrival:    Ambulatory
    Condition on arrival:   Stable
    Chief complaint:   Facial tingling/ Numbness
    Symptom / Problem category:    Other: Numbness/ tingling to the right side of face
    Standing Delegated Order implemented:    No

Discharge condition:
    Condition on discharge:    Stable
    Date / time of discharge:   06/22/2023 19:20

Discharge disposition provided to officer and patient:
    Transfer to HUB facility: Estelle  (E2)

*Nursing encounter capture:*
    Nursing visit:
       Patient Order Added: #NURSING LEVEL 4 EMERGENCY VISIT (F) Procedure Date: 06/22/2023 19:23:54 User:
BOYCE, ADRIENE L

**Details of abnormal findings and ongoing assessment and care.**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Urgent / Emergent Care Record

Name:  TIEDE, BERNHARDT I                          Date:   06/22/2023 19:14
TDCJ#:  864378                                     Facility:  ESTELLE (E2)

| Time | Nursing Notes con't |
|------|---------------------|
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |

Electronically Signed by BOYCE, ADRIENE L. RN on 06/22/2023.
Electronically Signed by WALKER, MARTHA J. APRN, FNP on 06/23/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 23H-189C0473     Requisition: C87544919004
Drawn:07/07/23 04:40    Received:07/08/23 01:46     Reported: 07/08/23 04:15
```

```
Procedure: THYROID STIMULATING HORMONE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| THYROID STIMULATING HORMONE | 0.63 | | mIU/L | 0.45-4.70 | HG |

```
    Biotin has been reported to cause a negative bias, interpret results
    relative to patient's use of biotin.
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```
---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 23H-189C0474     Requisition: C87544919006
Drawn:07/07/23 04:40    Received:07/08/23 01:46    Reported: 07/08/23 14:24


Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| CREATININE URINE | 68.8 | | mg/dL | | HG |
| MICROALBUMIN URINE | 293 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 426 | H | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```
---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician    : BARBER, MARK
Facility     : ESTELLE (E2)
               264 FM 3478
               HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 23E-188H0089 | Requisition: C87544919001 | | | | |
| Drawn:07/07/23 04:40 | Received:07/07/23 13:15 | | Reported: 07/07/23 13:49 | | |
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 7.99 | | 10*3/uL | 4.20-10.70 | EST |
| RED BLOOD CELL COUNT | 4.55 | | 10*6/uL | 4.26-5.52 | EST |
| HEMOGLOBIN | 12.5 | | g/dL | 12.2-16.4 | EST |
| HEMATOCRIT | 37.6 | L | % | 38.4-49.3 | EST |
| MEAN CORPUSCULAR VOLUME | 82.6 | | fL | 81.7-95.6 | EST |
| MEAN CORPUSCULAR HGB | 27.5 | | pg | 26.1-32.7 | EST |
| MEAN CORP HGB CONCENTRATION | 33.2 | | g/dL | 31.2-35.0 | EST |
| RED CELL DISTRIBUTION WIDTH SD | 38.8 | | fL | 38.5-51.6 | EST |
| RED CELL DISTRIBUTION WIDTH CV | 13.2 | | % | 12.1-15.4 | EST |
| PLATELET COUNT | 292 | | 10*3/uL | 150-328 | EST |
| MEAN PLATELET VOLUME | 10.5 | | fL | 9.8-13.0 | EST |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | EST |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | EST |
| NEUTROPHIL PERCENT ADIFF | 60.0 | | % | | EST |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.30 | | % | | EST |
| LYMPHOCYTE PERCENT ADIFF | 29.4 | | % | | EST |
| MONOCYTE PERCENT ADIFF | 6.3 | | % | | EST |
| EOSINOPHIL PERCENT ADIFF | 3.9 | | % | | EST |
| BASOPHIL PERCENT ADIFF | 0.1 | | % | | EST |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 4.80 | | 10*3/uL | 1.99-6.95 | EST |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | EST |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.35 | | 10*3/uL | 1.09-3.23 | EST |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.50 | | 10*3/uL | 0.36-1.02 | EST |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.31 | | 10*3/uL | 0.06-0.53 | EST |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 23E-188C0390     Requisition: C87544919002
Drawn:07/07/23 04:40   Received:07/07/23 13:15   Reported: 07/07/23 18:52

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 138 | | mmol/L | 135-145 | EST |
| POTASSIUM SERUM | 4.3 | | mmol/L | 3.5-5.0 | EST |
| CHLORIDE SERUM | 101 | | mmol/L | 98-108 | EST |
| CO2 TOTAL | 27 | | mmol/L | 23-31 | EST |
| ANION GAP, BLOOD | 10 | | | 2-16 | EST |
| BLOOD UREA NITROGEN | 20 | | mg/dL | 7-23 | EST |
| GLUCOSE | 333 | H | mg/dL | 70-110 | EST |
| CREATININE SERUM | 1.08 | | mg/dL | 0.60-1.25 | EST |
| BILIRUBIN TOTAL | 0.4 | | mg/dL | 0.1-1.1 | EST |
| CALCIUM, SERUM | 8.6 | | mg/dL | 8.6-10.6 | EST |
| PROTEIN TOTAL SERUM | 7.1 | | g/dL | 6.3-8.2 | EST |
| ALBUMIN, SERUM | 4.4 | | g/dL | 3.5-5.0 | EST |
| ALKALINE PHOSPHATASE, TOTAL | 106 | | U/L | 34-122 | EST |
| ALANINE AMINO TRANSFERASE | 20 | | U/L | 5-50 | EST |
| SGOT) ASPARATE AMINO TRANSFER | 26 | | U/L | 13-40 | EST |
| EGFR | 68.8 | | mL/min/-1.73m2 | | EST |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2) requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either:

Print Date: 07/07/2023 19:08                          Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Pathological abnormalities or Markers of kidney damage (including abnormalities in the composition of the blood or urine or abnormalities in imaging tests).

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320      Anthony Okorodudu, Ph.D.
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 23E-188C0390    Requisition: C87544919005
Drawn:07/07/23 04:40    Received:07/07/23 13:15    Reported: 07/07/23 18:52
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 104 | L | mg/dL | 120-200 | EST |
| HIGH DENSITY LIPOPROTEIN CHOL | 21 | L | mg/dL | >40 | EST |
| HDL CHOLESTEROL RATIO | 5.0 | | | <=5.0 | EST |
| TRIGLYCERIDES | 249 | H | mg/dL | 30-170 | EST |
| LOW DENSITY LIPOPROTEIN CHOL | 33 | | mg/dL | <=160 | EST |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 50 | | mg/dL | 5-60 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician   : BARBER, MARK
Facility    : ESTELLE (E2)
              264 FM 3478
              HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 23E-188C0391     Requisition: C87544919003
Drawn:07/07/23 04:40    Received:07/07/23 13:15    Reported: 07/07/23 16:48

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 8.0 | H | % | 4.0-5.7 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male

---

Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 23E-188C0169    Requisition:
Drawn:07/06/23 14:10    Received:07/07/23 12:23    Reported: 07/07/23 17:36

| Procedure: URINALYSIS MICROSCOPIC | | | | | |
|---|---|---|---|---|---|
| RED BLOOD CELLS URINE | 0 | | HPF | 0-3 | EST |
| WHITE BLOOD CELLS URINE | 0 | | HPF | 0-5 | EST |
| BACTERIA | Negative | | | Negative | EST |

Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| **Accession: 23E-188C0169** | **Requisition: C87544919007** | | | | |
| Drawn:07/06/23 14:10 | Received:07/07/23 12:23 | Reported: 07/07/23 17:36 | | | |
| Procedure: UA PHY CHARACTERISTIC + CHEM | | | | | |
| APPEARANCE | Clear | | | Clear | EST |
| COLOR | Yellow | | | Yellow, Straw | EST |
| PH URINE | 6.0 | | | 4.8-8.0 | EST |
| SPECIFIC GRAVITY URINE | 1.025 | | | 1.003-1.030 | EST |
| GLUCOSE QUALITATIVE U | >1000 mg/dL | A | | Negative | EST |
| BLOOD URINE | Negative | | | Negative | EST |
| KETONES URINE | Negative | | | Negative | EST |
| PROTEIN URINE, URINALYSIS | 100 mg/dL | A | | Negative | EST |
| UROBILINOGEN URINE | 1 EU/dL | | | 0-1.0 EU/dL | EST |
| BILIRUBIN URINE | Negative | | | Negative | EST |
| NITRITE URINE | Negative | | | Negative | EST |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

```
Tech          : BOYCE ADRIENE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10419015510     Requisition:
Drawn:06/22/23 18:59    Received:06/22/23 20:54     Reported: 06/22/23 21:10

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 214 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10410596200     Requisition:
Drawn:02/05/23 14:59    Received:02/05/23 22:25     Reported: 02/05/23 22:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 224 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10410426851   Requisition: | | | | |
| Drawn:02/04/23 15:36   Received:02/04/23 19:40   Reported: 02/04/23 19:56 | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 281 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10410309403     Requisition:
Drawn:02/03/23 14:34   Received:02/03/23 20:33   Reported: 02/03/23 20:49
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 251 | H | mg/dL | 70-110 |
|    Pt on sliding scale | | | | |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : LANG CHERYL
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10410189468     Requisition:
Drawn:02/02/23 16:05    Received:02/02/23 16:10      Reported: 02/02/23 16:26

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 165 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : BOYD BREANNA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10410070976    Requisition:
Drawn:02/01/23 13:51   Received:02/01/23 14:00    Reported: 02/01/23 14:15

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 139 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : HILL REBECCA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1049978281 | Requisition: | | | |
| Drawn:01/31/23 13:43 | Received:01/31/23 21:35 | | Reported: 01/31/23 21:50 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 230 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : HILL REBECCA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1049838382 | Requisition: | | | |
| Drawn:01/30/23 14:48 | Received:01/30/23 20:21 | | Reported: 01/30/23 20:37 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 327 | H | mg/dL | 70-110 |

---

```
L     Low, H    High, A     Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1049720314 | Requisition: | | | |
| Drawn:01/29/23 15:40 | Received:01/29/23 18:20 | | Reported: 01/29/23 18:36 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 186 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1049618204      Requisition:
Drawn:01/28/23 14:32    Received:01/28/23 21:23    Reported: 01/28/23 21:39

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 234 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 1049485661 | Requisition: | | | |
| Drawn:01/27/23 15:50 | Received:01/27/23 18:10 | | Reported: 01/27/23 18:25 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 262 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1049368132      Requisition:
Drawn:01/26/23 14:28    Received:01/26/23 19:54    Reported: 01/26/23 20:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 248 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1049250449     Requisition:
Drawn:01/25/23 14:47    Received:01/25/23 20:32    Reported: 01/25/23 20:48

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 222 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1049133085      Requisition:
Drawn:01/24/23 15:06   Received:01/24/23 20:57    Reported: 01/24/23 21:13

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 208 | H | mg/dL | 70-110 |

    Pt on sliding scale

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : BOYD BREANNA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 1049015439      Requisition:
Drawn:01/23/23 15:03   Received:01/23/23 20:03    Reported: 01/23/23 20:19
```

```
Procedure: FINGERSTICK GLUCOSE
FINGERSTICK GLUCOSE          202          H    mg/dL    70-110
     Pt on sliding scale
```

---

```
L    Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1049010287     Requisition:
Drawn:01/22/23 17:13    Received:01/23/23 00:11    Reported: 01/23/23 00:27

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 161 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1048893436     Requisition:
Drawn:01/21/23 14:21   Received:01/22/23 00:30    Reported: 01/22/23 00:45

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 192 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech       : CHAUDHRY IKRAM
Facility   : ESTELLE (E2)
             264 FM 3478
             HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1048776523      Requisition:
Drawn:01/21/23 02:04    Received:01/21/23 04:05     Reported: 01/21/23 04:20

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 201 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : HILL REBECCA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 1048664196      Requisition:
Drawn:01/20/23 16:09   Received:01/20/23 20:34    Reported: 01/20/23 20:50
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 117 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : GONDEK ROBERT
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1048659369 | Requisition: | | | |
| Drawn:01/20/23 01:51 | Received:01/20/23 04:19 | | Reported: 01/20/23 04:34 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 235 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : GONDEK ROBERT
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1048546388      Requisition:
Drawn:01/19/23 18:32   Received:01/19/23 19:11    Reported: 01/19/23 19:28

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 178 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : GONDEK ROBERT
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1048541980 | Requisition: | | | |
| Drawn:01/19/23 01:35 | Received:01/19/23 04:47 | | Reported: 01/19/23 05:02 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 176 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech      : NORTHCUTT MICHELLE
Facility  : ESTELLE (E2)
            264 FM 3478
            HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1048428628     Requisition:
Drawn:01/18/23 14:14   Received:01/18/23 17:59   Reported: 01/18/23 18:15

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 232 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : CHAUDHRY IKRAM
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1048425464      Requisition:
Drawn:01/18/23 02:54    Received:01/18/23 06:37    Reported: 01/18/23 06:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 159 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SANFORD KIMBERLY
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1048376778 | Requisition: | | | |
| Drawn:01/17/23 14:42 | Received:01/17/23 22:44 | | Reported: 01/17/23 23:00 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 170 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : LANG CHERYL
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 1048193856      Requisition:
Drawn:01/16/23 14:12    Received:01/16/23 19:26    Reported: 01/16/23 19:41
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 338 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech        : FRAZIER CHRISTEN
Facility    : ESTELLE (E2)
              264 FM 3478
              HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 1048189101      Requisition:
Drawn:01/16/23 02:21    Received:01/16/23 04:29    Reported: 01/16/23 04:45

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 359 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech       : NORTHCUTT MICHELLE
Facility   : ESTELLE (E2)
             264 FM 3478
             HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1048074704     Requisition:
Drawn:01/15/23 16:11    Received:01/15/23 16:37    Reported: 01/15/23 16:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 312 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : GONDEK ROBERT
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 1048071835 | Requisition: | | | |
| Drawn:01/15/23 02:12 | Received:01/15/23 04:59 | | Reported: 01/15/23 05:14 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 137 | H | mg/dL | 70-110 |

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 1047958357     Requisition:
Drawn:01/14/23 14:36   Received:01/14/23 19:07    Reported: 01/14/23 19:23

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 202 | H | mg/dL | 70-110 |
|     Pt on sliding scale | | | | |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : GONDEK ROBERT
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 1047954175     Requisition:
Drawn:01/14/23 02:04   Received:01/14/23 04:51    Reported: 01/14/23 05:06

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 159 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1047901642       Requisition:
Drawn:01/13/23 15:30    Received:01/13/23 22:37    Reported: 01/13/23 22:52

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 216 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : HILL REBECCA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 1047737111      Requisition:
Drawn:01/12/23 15:17   Received:01/12/23 21:22     Reported: 01/12/23 21:37

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 242 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : NORTHCUTT MICHELLE
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 1047605687     Requisition: | | | | |
| Drawn:01/11/23 14:44   Received:01/11/23 19:44     Reported: 01/11/23 20:00 | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 284 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT ESTELLE (E2)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : BURTON DONNA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 1047495725      Requisition:
Drawn:01/10/23 15:03     Received:01/10/23 21:12     Reported: 01/10/23 21:28

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 174 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

---

```
Ordering
Physician   : BARBER, MARK
Facility    : ESTELLE (E2)
              264 FM 3478
              HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 23E-006H0107 | Requisition: C86950101001 | | | | |
| Drawn:01/06/23 02:14 | Received:01/06/23 13:14 | | Reported: 01/06/23 14:03 | | |
| | | | | | |
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 5.63 | | 10*3/uL | 4.20-10.70 | EST |
| RED BLOOD CELL COUNT | 4.09 | L | 10*6/uL | 4.26-5.52 | EST |
| HEMOGLOBIN | 11.9 | L | g/dL | 12.2-16.4 | EST |
| HEMATOCRIT | 35.0 | L | % | 38.4-49.3 | EST |
| MEAN CORPUSCULAR VOLUME | 85.6 | | fL | 81.7-95.6 | EST |
| MEAN CORPUSCULAR HGB | 29.1 | | pg | 26.1-32.7 | EST |
| MEAN CORP HGB CONCENTRATION | 34.0 | | g/dL | 31.2-35.0 | EST |
| RED CELL DISTRIBUTION WIDTH SD | 39.7 | | fL | 38.5-51.6 | EST |
| RED CELL DISTRIBUTION WIDTH CV | 13.1 | | % | 12.1-15.4 | EST |
| PLATELET COUNT | 329 | H | 10*3/uL | 150-328 | EST |
| MEAN PLATELET VOLUME | 10.2 | | fL | 9.8-13.0 | EST |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | EST |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | EST |
| NEUTROPHIL PERCENT ADIFF | 48.3 | | % | | EST |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.20 | | % | | EST |
| LYMPHOCYTE PERCENT ADIFF | 36.1 | | % | | EST |
| MONOCYTE PERCENT ADIFF | 11.2 | | % | | EST |
| EOSINOPHIL PERCENT ADIFF | 3.7 | | % | | EST |
| BASOPHIL PERCENT ADIFF | 0.5 | | % | | EST |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 2.72 | | 10*3/uL | 1.99-6.95 | EST |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | EST |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.03 | | 10*3/uL | 1.09-3.23 | EST |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.63 | | 10*3/uL | 0.36-1.02 | EST |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.21 | | 10*3/uL | 0.06-0.53 | EST |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 23E-006C0353 | Requisition: C86950101006 | | | | |
| Drawn:01/06/23 02:14 | Received:01/06/23 13:14 | | Reported: 01/06/23 15:58 | | |

```
Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 140 | | mg/dL | 120-200 | EST |
| HIGH DENSITY LIPOPROTEIN CHOL | 21 | L | mg/dL | >40 | EST |
| HDL CHOLESTEROL RATIO | 6.7 | H | | <=5.0 | EST |
| TRIGLYCERIDES | 227 | H | mg/dL | 30-170 | EST |
| LOW DENSITY LIPOPROTEIN CHOL | 74 | | mg/dL | <=160 | EST |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 45 | | mg/dL | 5-60 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 23H-006I0460     Requisition: C86950101007
Drawn:01/06/23 02:14   Received:01/06/23 20:35   Reported: 01/07/23 12:09

Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 133.3 | | mg/dL | | HG |
| MICROALBUMIN URINE | 435 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 326 | H | mg/g of- creati- nine | 0-30 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```
---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 23H-006C2863     Requisition: C86950101004
Drawn:01/06/23 02:14    Received:01/06/23 20:35    Reported: 01/06/23 21:52
```

```
Procedure: THYROID STIMULATING HORMONE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| THYROID STIMULATING HORMONE | 2.10 | | mIU/L | 0.45-4.70 | HG |

    Biotin has been reported to cause a negative bias, interpret results
    relative to patient's use of biotin.

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Michael Laposata, MD, PhD
```
---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 23E-006C0354    Requisition:
Drawn:01/06/23 02:14    Received:01/06/23 13:14    Reported: 01/06/23 17:33

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| Procedure: URINALYSIS MICROSCOPIC | | | | | |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | EST |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | EST |
| BACTERIA | Negative | | | Negative | EST |

Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 23E-006C0354     Requisition: C86950101005
Drawn:01/06/23 02:14    Received:01/06/23 13:14    Reported: 01/06/23 17:33
```

Procedure: UA PHY CHARACTERISTIC + CHEM

| Test Name | Result | ABN Flag | Reference Range | LAB ID |
|---|---|---|---|---|
| APPEARANCE | Clear | | Clear | EST |
| COLOR | Yellow | | Yellow, Straw | EST |
| PH URINE | 6.0 | | 4.8-8.0 | EST |
| SPECIFIC GRAVITY URINE | 1.025 | | 1.003-1.030 | EST |
| GLUCOSE QUALITATIVE U | 250 mg/dL | A | Negative | EST |
| BLOOD URINE | Negative | | Negative | EST |
| KETONES URINE | Negative | | Negative | EST |
| PROTEIN URINE, URINALYSIS | 100 mg/dL | A | Negative | EST |
| UROBILINOGEN URINE | 0.2 EU/dL | | 0-1.0 EU/dL | EST |
| BILIRUBIN URINE | Negative | | Negative | EST |
| NITRITE URINE | Negative | | Negative | EST |
| LEUKOCYTE ESTERASE URINE | Negative | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : EVERETT, ERICA
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 23E-006C0355     Requisition: C87021367001
Drawn:01/06/23 02:14    Received:01/06/23 13:14    Reported: 01/06/23 14:48
```

```
Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 7.9 | H | % | 4.0-5.7 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 23E-006C0353    Requisition: C86950101002
Drawn:01/06/23 02:14   Received:01/06/23 13:14    Reported: 01/06/23 15:58
```

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM SERUM | 135 | | mmol/L | 135-145 | EST |
| POTASSIUM SERUM | 4.0 | | mmol/L | 3.5-5.0 | EST |
| CHLORIDE SERUM | 99 | | mmol/L | 98-108 | EST |
| CO2 TOTAL | 26 | | mmol/L | 23-31 | EST |
| ANION GAP, BLOOD | 10 | | | 2-16 | EST |
| BLOOD UREA NITROGEN | 18 | | mg/dL | 7-23 | EST |
| GLUCOSE | 278 | H | mg/dL | 70-110 | EST |
| CREATININE SERUM | 1.15 | | mg/dL | 0.60-1.25 | EST |
| BILIRUBIN TOTAL | 0.5 | | mg/dL | 0.1-1.1 | EST |
| CALCIUM, SERUM | 8.5 | L | mg/dL | 8.6-10.6 | EST |
| PROTEIN TOTAL SERUM | 7.0 | | g/dL | 6.3-8.2 | EST |
| ALBUMIN, SERUM | 4.6 | | g/dL | 3.5-5.0 | EST |
| ALKALINE PHOSPHATASE, TOTAL | 111 | | U/L | 34-122 | EST |
| ALANINE AMINO TRANSFERASE | 17 | | U/L | 5-50 | EST |
| SGOT) ASPARATE AMINO TRANSFER | 29 | | U/L | 13-40 | EST |
| EGFR | 64.0 | | mL/min/-1.73m2 | | EST |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|---|---|---|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2) requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either:

Print Date: 01/06/2023 16:08                                      Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
_____

Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320


_____

Test Name                   Result        ABN  Unit      Reference      LAB
                                          Flag           Range          ID
_____

    Pathological abnormalities or Markers of kidney damage (including
    abnormalities in the composition of the blood or urine or abnormalities in
    imaging tests).


Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.

_____

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
_____
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
_____
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320

_____
Test Name                  Result      ABN  Unit    Reference     LAB
                                       Flag         Range         ID
_____
Accession: 22H-098C3033      Requisition: C82943445004
Drawn:04/08/22 05:48    Received:04/08/22 23:56    Reported: 04/09/22 00:49

Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE    1.69           mIU/L    0.45-4.70     HG
    Biotin has been reported to cause a negative bias, interpret results
    relative to patient's use of biotin.


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
_____

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 22E-098C0452     Requisition: C82943445002
Drawn:04/08/22 05:48   Received:04/08/22 14:12   Reported: 04/08/22 15:16

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 136 | | mmol/L | 135-145 | EST |
| POTASSIUM SERUM | 4.6 | | mmol/L | 3.5-5.0 | EST |
| CHLORIDE SERUM | 95 | L | mmol/L | 98-108 | EST |
| CO2 TOTAL | 26 | | mmol/L | 23-31 | EST |
| ANION GAP, BLOOD | 15 | | | 2-16 | EST |
| BLOOD UREA NITROGEN | 21 | | mg/dL | 7-23 | EST |
| GLUCOSE | 432 | H | mg/dL | 70-110 | EST |
| CREATININE SERUM | 1.05 | | mg/dL | 0.60-1.25 | EST |
| BILIRUBIN TOTAL | 0.3 | | mg/dL | 0.1-1.1 | EST |
| CALCIUM, SERUM | 8.9 | | mg/dL | 8.6-10.6 | EST |
| PROTEIN TOTAL SERUM | 7.1 | | g/dL | 6.3-8.2 | EST |
| ALBUMIN, SERUM | 4.3 | | g/dL | 3.5-5.0 | EST |
| ALKALINE PHOSPHATASE, TOTAL | 118 | | U/L | 34-122 | EST |
| ALANINE AMINO TRANSFERASE | 20 | | U/L | 5-50 | EST |
| SGOT) ASPARATE AMINO TRANSFER | 37 | | U/L | 13-40 | EST |
| EGFR | 71.3 | | mL/min/-1.73m2 | | EST |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2) requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either:

Print Date: 04/08/2022 15:23                                          Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
_____
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320

_____
Test Name                   Result        ABN  Unit      Reference      LAB
                                          Flag           Range          ID
_____
    Pathological abnormalities or Markers of kidney damage (including
    abnormalities in the composition of the blood or urine or abnormalities in
    imaging tests).


Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
_____

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 22E-098C0452      Requisition: C82943445006
Drawn:04/08/22 05:48    Received:04/08/22 14:12    Reported: 04/08/22 16:36
```

```
Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 161 | | mg/dL | 120-200 | EST |
| HIGH DENSITY LIPOPROTEIN CHOL | 19 | L | mg/dL | >40 | EST |
| HDL CHOLESTEROL RATIO | 8.5 | H | | <=5.0 | EST |
| TRIGLYCERIDES | 667 | H | mg/dL | 30-170 | EST |
| LOW DENSITY LIPOPROTEN CHOL | | | | | EST |

```
    Unable to calculate LDL due to elevated triglyceride level greater than 400
    mg/dL.
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 133 | H | mg/dL | 5-60 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320      Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician   : BARBER, MARK
Facility    : ESTELLE (E2)
              264 FM 3478
              HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 22E-098C0452    Requisition:
Drawn:04/08/22 05:48    Received:04/08/22 14:12    Reported: 04/08/22 16:36
```

Procedure: LOW-DENSITY LIPOPROTEIN, DIRECT

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| LOW-DENSITY LIPOPROTEIN, DIRE-CT | 58 | | mg/dL | <130 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 22E-098C0454    Requisition:
Drawn:04/08/22 05:48    Received:04/08/22 14:12    Reported: 04/08/22 17:30

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| Procedure: URINALYSIS MICROSCOPIC | | | | | |
| RED BLOOD CELLS URINE | 1 | | HPF | 0-3 | EST |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | EST |
| BACTERIA | Negative | | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```
---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 22E-098C0453     Requisition: C82943445003
Drawn:04/08/22 05:48    Received:04/08/22 14:12    Reported: 04/08/22 20:06

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 10.8 | H | % | 4.0-5.7 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```
---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : BARBER, MARK
Facility     : ESTELLE (E2)
               264 FM 3478
               HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 22H-098I0507     Requisition: C82943445007
Drawn:04/08/22 05:48    Received:04/08/22 23:57    Reported: 04/09/22 12:58
```

```
Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 112.2 | | mg/dL | | HG |
| MICROALBUMIN URINE | 467 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 416 | H | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 22E-098H0137 | Requisition: C82943445001 | | | | |
| Drawn:04/08/22 05:48 | Received:04/08/22 14:12 | | Reported: 04/08/22 14:22 | | |
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 4.75 | | 10*3/uL | 4.20-10.70 | EST |
| RED BLOOD CELL COUNT | 4.52 | | 10*6/uL | 4.26-5.52 | EST |
| HEMOGLOBIN | 12.9 | | g/dL | 12.2-16.4 | EST |
| HEMATOCRIT | 37.6 | L | % | 38.4-49.3 | EST |
| MEAN CORPUSCULAR VOLUME | 83.2 | | fL | 81.7-95.6 | EST |
| MEAN CORPUSCULAR HGB | 28.5 | | pg | 26.1-32.7 | EST |
| MEAN CORP HGB CONCENTRATION | 34.3 | | g/dL | 31.2-35.0 | EST |
| RED CELL DISTRIBUTION WIDTH SD | 37.4 | L | fL | 38.5-51.6 | EST |
| RED CELL DISTRIBUTION WIDTH CV | 12.4 | | % | 12.1-15.4 | EST |
| PLATELET COUNT | 338 | H | 10*3/uL | 150-328 | EST |
| MEAN PLATELET VOLUME | 10.2 | | fL | 9.8-13.0 | EST |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | EST |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | EST |
| NEUTROPHIL PERCENT ADIFF | 46.4 | | % | | EST |
| IMMATURE GRANULOCYTE PERCENT ADIFF | 0.60 | | % | | EST |
| LYMPHOCYTE PERCENT ADIFF | 37.1 | | % | | EST |
| MONOCYTE PERCENT ADIFF | 8.8 | | % | | EST |
| EOSINOPHIL PERCENT ADIFF | 6.7 | | % | | EST |
| BASOPHIL PERCENT ADIFF | 0.4 | | % | | EST |
| NEUTROPHIL ABSOLUTE COUNT ADIFF | 2.20 | | 10*3/uL | 1.99-6.95 | EST |
| IMMATURE GRANULOCYTE ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.00-0.06 | EST |
| LYMPHOCYTE ABSOLUTE COUNT ADIFF | 1.76 | | 10*3/uL | 1.09-3.23 | EST |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.42 | | 10*3/uL | 0.36-1.02 | EST |
| EOSINOPHIL ABSOLUTE COUNT ADIFF | 0.32 | | 10*3/uL | 0.06-0.53 | EST |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : BARBER, MARK
Facility      : ESTELLE (E2)
                264 FM 3478
                HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 22E-098C0454      Requisition: C82943445005
Drawn:04/08/22 05:48    Received:04/08/22 14:12    Reported: 04/08/22 17:30
```

Procedure: UA PHY CHARACTERISTIC + CHEM

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | EST |
| COLOR | Yellow | | | Yellow, Straw | EST |
| PH URINE | 6.0 | | | 4.8-8.0 | EST |
| SPECIFIC GRAVITY URINE | 1.015 | | | 1.003-1.030 | EST |
| GLUCOSE QUALITATIVE U | >1000 mg/dL | A | | Negative | EST |
| BLOOD URINE | Negative | | | Negative | EST |
| KETONES URINE | Trace | A | | Negative | EST |
| PROTEIN URINE, URINALYSIS | 100 mg/dL | A | | Negative | EST |
| UROBILINOGEN URINE | 0.2 EU/dL | | | 0-1.0 EU/dL | EST |
| BILIRUBIN URINE | Negative | | | Negative | EST |
| NITRITE URINE | Negative | | | Negative | EST |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320      Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : NWANKWO, CATHERINE
Facility     : ESTELLE (E2)
               264 FM 3478
               HUNTSVILLE  TX  77320
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 22E-084C0451     Requisition: C82910646001
Drawn:03/25/22 09:47    Received:03/25/22 15:52    Reported: 03/25/22 18:41
```

Procedure: FECAL IMMUNOCHEMICAL TEST
    <100 ng/mL = Negative (does not assure absence of lesion).

| Test Name | Result | Reference Range | LAB ID |
|---|---|---|---|
| FECAL IMMUNOCHEMICAL TEST | Negative | Negative | EST |

Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 21H-294H0916     Requisition: C76685570001
Drawn:10/21/21 00:19    Received:10/21/21 17:39     Reported: 10/21/21 17:53

Procedure: CBC WITH DIFF

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| WHITE BLOOD CELL COUNT | 5.43 | | 10*3/uL | 4.20-10.70 |
| RED BLOOD CELL COUNT | 4.24 | L | 10*6/uL | 4.26-5.52 |
| HEMOGLOBIN | 12.0 | L | g/dL | 12.2-16.4 |
| HEMATOCRIT | 36.7 | L | % | 38.4-49.3 |
| MEAN CORPUSCULAR VOLUME | 86.6 | | fL | 81.7-95.6 |
| MEAN CORPUSCULAR HGB | 28.3 | | pg | 26.1-32.7 |
| MEAN CORP HGB CONCENTRATION | 32.7 | | g/dL | 31.2-35.0 |
| RED CELL DISTRIBUTION WIDTH SD | 40.1 | | fL | 38.5-51.6 |
| RED CELL DISTRIBUTION WIDTH CV | 12.7 | | % | 12.1-15.4 |
| PLATELET COUNT | 333 | H | 10*3/uL | 150-328 |
| MEAN PLATELET VOLUME | 10.1 | | fL | 9.8-13.0 |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | |
| NEUTROPHIL PERCENT ADIFF | 45.4 | | % | |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.20 | | % | |
| LYMPHOCYTE PERCENT ADIFF | 37.6 | | % | |
| MONOCYTE PERCENT ADIFF | 11.2 | | % | |
| EOSINOPHIL PERCENT ADIFF | 5.0 | | % | |
| BASOPHIL PERCENT ADIFF | 0.6 | | % | |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 2.47 | | 10*3/uL | 1.99-6.95 |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.04 | | 10*3/uL | 1.09-3.23 |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.61 | | 10*3/uL | 0.36-1.02 |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.27 | | 10*3/uL | 0.06-0.53 |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 |

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 21H-294C2063    Requisition:
Drawn:10/21/21 00:19   Received:10/21/21 17:35    Reported: 10/21/21 19:02
```

```
Procedure: EXTRA TUBE SST
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-294C2058      Requisition: C76685570002
Drawn:10/21/21 00:19   Received:10/21/21 17:42   Reported: 10/21/21 18:44

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| SODIUM SERUM | 140 | | mmol/L | 135-145 |
| POTASSIUM SERUM | 4.5 | | mmol/L | 3.5-5.0 |
| CHLORIDE SERUM | 102 | | mmol/L | 98-108 |
| CO2 TOTAL | 26 | | mmol/L | 23-31 |
| ANION GAP, BLOOD | 12 | | | 2-16 |
| BLOOD UREA NITROGEN | 19 | | mg/dL | 7-23 |
| GLUCOSE | 172 | H | mg/dL | 70-110 |
| CREATININE SERUM | 1.13 | | mg/dL | 0.60-1.25 |
| BILIRUBIN TOTAL | 0.3 | | mg/dL | 0.1-1.1 |
| CALCIUM, SERUM | 9.4 | | mg/dL | 8.6-10.6 |
| PROTEIN TOTAL SERUM | 7.2 | | g/dL | 6.3-8.2 |
| ALBUMIN, SERUM | 4.5 | | g/dL | 3.5-5.0 |
| ALKALINE PHOSPHATASE, TOTAL | 87 | | U/L | 34-122 |
| ALANINE AMINO TRANSFERASE | 14 | | U/L | 5-50 |
| SGOT) ASPARATE AMINO TRANSFER | 25 | | U/L | 13-40 |
| EGFR | 65.5 | | mL/min/-1.73m2 | |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2) requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either:

Print Date: 10/21/2021 18:53                          Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Pathological abnormalities or Markers of kidney damage (including abnormalities in the composition of the blood or urine or abnormalities in imaging tests).

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-294I0293    Requisition: C76685570005
Drawn:10/21/21 00:19   Received:10/21/21 17:36   Reported: 10/22/21 12:05
```

Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| CREATININE URINE | 42.0 | | mg/dL | |
| MICROALBUMIN URINE | 199 | H | ug/mL | 0-45 |
| ALBUMIN URINE /MMOL CREATININE | 474 | H | mg/g of-creati-nine | 0-30 |

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-294C2059    Requisition: C76685570006
Drawn:10/21/21 00:19   Received:10/21/21 17:36   Reported: 10/21/21 18:11
```

| Procedure: URINALYSIS | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | |
| COLOR | Straw | A | | Yellow | |
| PH URINE | 6.0 | | | 4.8-8.0 | |
| SPECIFIC GRAVITY URINE | 1.009 | | | 1.003-1.030 | |
| GLUCOSE QUALITATIVE U | 50 mg/dL | A | | Normal | |
| BLOOD URINE | Negative | | | Negative | |
| KETONES URINE | Negative | | | Negative | |
| PROTEIN URINE, URINALYSIS | 30 mg/dL | A | | Negative | |
| UROBILINOGEN URINE | Normal | | | Normal | |
| BILIRUBIN URINE | Negative | | | Negative | |
| NITRITE URINE | Negative | | | Negative | |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | |
| BACTERIA | Negative | | | Negative | |

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-294C2058     Requisition: C76685570004
Drawn:10/21/21 00:19    Received:10/21/21 17:42    Reported: 10/21/21 18:44
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| CHOLESTEROL | 161 | | mg/dL | 120-200 |
| HIGH DENSITY LIPOPROTEIN CHOL | 26 | L | mg/dL | >40 |
| HDL CHOLESTEROL RATIO | 6.2 | H | | <=5.0 |
| TRIGLYCERIDES | 226 | H | mg/dL | 30-170 |
| LOW DENSITY LIPOPROTEIN CHOL | 90 | | mg/dL | <=160 |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 45 | | mg/dL | 5-60 |

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-294C2058      Requisition: C76685570003
Drawn:10/21/21 00:19    Received:10/21/21 17:42    Reported: 10/21/21 18:45

Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE    1.40                  mIU/L    0.45-4.70

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From KorvaLabs

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : MALE
```

---

```
Ordering
Physician     : ZALZALA, SAJAD (1639311509)
Test Site     : Connally
                899 FM 632 Kenedy  TX 78119
```

---

| Test Name | Result | ABN |
| --- | --- | --- |
| | | Flag |

---

```
Reference #: 148609784      Kit ID: 702123013007
Drawn:09/20/21 00:00    Received:09/23/21 00:00     Reported: 09/23/21 00:00
```

Procedure: COV19 Coronavirus Covid-19 RNA Detection Test by RT-qPCR

COV19        NEGATIVE

    Disclaimer
    A Not Detected (Negative) test result does not preclude 2019-nCoV infection
    and should not be used as the sole basis for treatment or other patient
    management decisions. Negative results must be combined with clinical
    observations, patient history, and epidemiological information.

    This diagnostic test is pending FDA review of validation and is being
    distributed prior to such review in accordance with FDA general guidance
    policies on coronavirus testing. Results are for the presumptive
    identification of 2019-nCoV RNA. KorvaLabs, Inc is certified under the
    Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to
    perform high complexity clinical laboratory testing.

    Test performed and validated by KorvaLabs, Inc. CLIA # 05D2141174
    Test developed and marketed by Curative-Korva

    KorvaLabs, Inc
    430 S Cataract Ave
    San Dimas, CA 91773        Daniel Chan, PhD

---

L    Low, H    High, A    Abnormal Alpha

```
Print Date: 09/27/2021 16:07                        Page: 1/1
Lab ordered and reviewed outside the Pearl EHR.  Electronic signature not required.
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From KorvaLabs
```
_____
Patient Name  : TIEDE, BERNHARDT
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : MALE
_____
Ordering
Physician     : ZALZALA, SAJAD (1639311509)
Test Site     : Connally
                899 FM 632 Kenedy  TX 78119

_____
Test Name    Result                    ABN
                                       Flag
_____
Reference #: 139812058      Kit ID: 164610945762
Drawn:08/31/21 00:00   Received:09/01/21 00:00   Reported: 09/02/21 00:00

Procedure: COV19 Coronavirus Covid-19 RNA Detection Test by RT-qPCR

COV19        NEGATIVE

    Disclaimer
    A Not Detected (Negative) test result does not preclude 2019-nCoV infection
    and should not be used as the sole basis for treatment or other patient
    management decisions. Negative results must be combined with clinical
    observations, patient history, and epidemiological information.

    This diagnostic test is pending FDA review of validation and is being
    distributed prior to such review in accordance with FDA general guidance
    policies on coronavirus testing. Results are for the presumptive
    identification of 2019-nCoV RNA. KorvaLabs, Inc is certified under the
    Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to
    perform high complexity clinical laboratory testing.

    Test performed and validated by KorvaLabs, Inc. CLIA # 05D2141174
    Test developed and marketed by Curative-Korva

    KorvaLabs, Inc
    430 S Cataract Ave
    San Dimas, CA 91773        Daniel Chan, PhD
_____

L    Low, H    High, A    Abnormal Alpha
```

Print Date: 09/03/2021 14:15                              Page: 1/1
Lab ordered and reviewed outside the Pearl EHR.  Electronic signature not required.

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958   SSN: 000005040          Page: 128

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-232C1980     Requisition: C77961958006
Drawn:08/20/21 01:41   Received:08/20/21 16:51    Reported: 08/20/21 18:06
```

| Procedure: URINALYSIS | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Straw | A | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.012 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 500 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | 30 mg/dL | A | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | 0 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-232C1978     Requisition: C77961958001
Drawn:08/20/21 01:41   Received:08/20/21 16:50    Reported: 08/20/21 17:47

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 136 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.6 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 100 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 22 | L | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 14 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 15 | | mg/dL | 7-23 | HG |
| GLUCOSE | 289 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.15 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.4 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.2 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.2 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.6 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 89 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE | 10 | | U/L | 5-50 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 19 | | U/L | 13-40 | HG |
| EGFR | 64.2 | | mL/min/-1.73m2 | | HG |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2) requires estimation of kidney damage for at least three months as defined by

structural or functional abnormalities of the kidney, manifested by either:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

---

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Pathological abnormalities or Markers of kidney damage (including abnormalities in the composition of the blood or urine or abnormalities in imaging tests).

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-232C1978     Requisition: C77961958004
Drawn:08/20/21 01:41    Received:08/20/21 16:50    Reported: 08/20/21 17:47
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 176 | | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 24 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 7.3 | H | | <=5.0 | HG |
| TRIGLYCERIDES | 299 | H | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 92 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 60 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 21H-232C1979     Requisition: C77961958002
Drawn:08/20/21 01:41    Received:08/20/21 16:50    Reported: 08/20/21 18:35
```

```
Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 9.0 | H | % | 4.0-5.7 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 21H-232I0251      Requisition: C77961958005
Drawn:08/20/21 01:41    Received:08/20/21 16:51    Reported: 08/21/21 14:32

Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 46.5 | | mg/dL | | HG |
| MICROALBUMIN URINE | 69 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 148 | H | mg/g of-creati-nine | 0-30 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex   : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-232C1978      Requisition: C77961958003
Drawn:08/20/21 01:41    Received:08/20/21 16:50    Reported: 08/20/21 18:19

Procedure: THYROID STIMULATING HORMONE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| THYROID STIMULATING HORMONE | 1.43 | | mIU/L | 0.45-4.70 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-210C2099      Requisition: C80002633002
Drawn:07/29/21 01:14    Received:07/29/21 18:01    Reported: 07/29/21 18:59

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 140 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.4 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 103 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 28 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 9 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 21 | | mg/dL | 7-23 | HG |
| GLUCOSE | 155 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.02 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.3 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.4 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 6.9 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.4 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 69 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE | 14 | | U/L | 5-50 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 20 | | U/L | 13-40 | HG |
| EGFR | 74.0 | | mL/min/-1.73m2 | | HG |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2)
requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
    Pathological abnormalities or Markers of kidney damage (including
    abnormalities in the composition of the blood or urine or abnormalities in
    imaging tests).
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-210C2099     Requisition: C80002633005
Drawn:07/29/21 01:14    Received:07/29/21 18:01     Reported: 07/29/21 18:59
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| CHOLESTEROL | 138 | | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 30 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 4.6 | | | <=5.0 | HG |
| TRIGLYCERIDES | 265 | H | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 55 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 53 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-210C2101     Requisition: C80002633007
Drawn:07/29/21 01:14   Received:07/29/21 18:01   Reported: 07/29/21 18:52
```

| Procedure: URINALYSIS | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Straw | A | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.014 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 150 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| INTERFERENCE FROM ASCORBIC ACID MAY CAUSE FALSE NEGATIVE RESULT | | | | | |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-210I0284     Requisition: C80002633006
Drawn:07/29/21 01:14   Received:07/29/21 18:01   Reported: 07/30/21 12:23
```

```
Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 58.3 | | mg/dL | | HG |
| MICROALBUMIN URINE | 88 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 151 | H | mg/g of-creati-nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 21H-210H0859    Requisition: C80002633001
Drawn:07/29/21 01:14    Received:07/29/21 18:01    Reported: 07/29/21 18:15

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 7.90 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.36 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 12.4 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 37.9 | L | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 86.9 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 28.4 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.7 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 39.8 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.6 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 277 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.1 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 57.6 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.30 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 29.0 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 8.6 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 4.2 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.3 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 4.56 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.29 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.68 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.33 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 21H-210C2099      Requisition: C80002633004
Drawn:07/29/21 01:14    Received:07/29/21 18:01    Reported: 07/29/21 19:32
```

```
Procedure: THYROID STIMULATING HORMONE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| THYROID STIMULATING HORMONE | 1.45 | | mIU/L | 0.45-4.70 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

```
Lab Data Imported From UTMB - Galveston Lab System
_____
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
_____
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

_____
Test Name                   Result        ABN  Unit     Reference      LAB
                                          Flag           Range          ID
_____
Accession: 21H-210C2100      Requisition: C80002633003
Drawn:07/29/21 01:14    Received:07/29/21 18:01    Reported: 07/29/21 23:04

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
GLYCOSYLATED HEMOGLOBIN (A1C)  8.2          H    %        4.0-5.7        HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
_____

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10422036842    Requisition:
Drawn:07/27/21 16:01   Received:07/27/21 17:21   Reported: 07/27/21 17:37
```

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 309 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:39 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10422034137     Requisition:
Drawn:07/27/21 03:47    Received:07/27/21 05:13     Reported: 07/27/21 05:29

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 151 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PIEPRZICA TRICA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10422030744    Requisition:
Drawn:07/26/21 15:56   Received:07/26/21 16:09    Reported: 07/26/21 16:25

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 360 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10422028711    Requisition:
Drawn:07/26/21 04:03   Received:07/26/21 04:52   Reported: 07/26/21 05:08

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 214 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422026142      Requisition:
Drawn:07/25/21 15:30    Received:07/25/21 17:02     Reported: 07/25/21 17:18

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 323 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422023470     Requisition:
Drawn:07/25/21 04:11    Received:07/25/21 05:03    Reported: 07/25/21 05:19

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 241 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10422020131    Requisition:
Drawn:07/24/21 14:54   Received:07/24/21 15:19    Reported: 07/24/21 15:34

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 228 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10422018305     Requisition:
Drawn:07/24/21 04:00   Received:07/24/21 04:32     Reported: 07/24/21 04:47

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 261 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech        : QUIROGA LINDA
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10422015987      Requisition:
Drawn:07/23/21 15:25    Received:07/23/21 17:32      Reported: 07/23/21 17:47

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 291 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422012793      Requisition:
Drawn:07/23/21 04:11   Received:07/23/21 04:33   Reported: 07/23/21 04:49

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 257 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10422010149     Requisition:
Drawn:07/22/21 15:39    Received:07/22/21 17:04    Reported: 07/22/21 17:19

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 234 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech      : PFEIL SHIRLEY
Facility  : CONNALLY (CY)
            899 FM 632
            KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422007626    Requisition:
Drawn:07/22/21 03:07    Received:07/22/21 04:34    Reported: 07/22/21 04:49

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 225 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422005495     Requisition:
Drawn:07/21/21 15:23    Received:07/21/21 17:42    Reported: 07/21/21 17:57

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 153 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10422001933     Requisition:
Drawn:07/21/21 03:52   Received:07/21/21 04:10    Reported: 07/21/21 04:26

Procedure: FINGERSTICK GLUCOSE
FINGERSTICK GLUCOSE            321           H    mg/dL     70-110
```

---

```
L    Low, H   High, A   Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10422000052     Requisition:
Drawn:07/20/21 16:14    Received:07/20/21 17:37    Reported: 07/20/21 17:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 141 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421996630    Requisition:
Drawn:07/20/21 03:59   Received:07/20/21 04:18   Reported: 07/26/21 15:16

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 292 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421996629     Requisition:
Drawn:07/20/21 03:57    Received:07/20/21 04:18    Reported: 07/26/21 15:16
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 307 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421995157      Requisition:
Drawn:07/19/21 15:27    Received:07/19/21 18:00    Reported: 07/19/21 18:16

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 200 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --      Sex  : Male
```

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421991265     Requisition:
Drawn:07/19/21 03:47   Received:07/19/21 03:57   Reported: 07/19/21 04:13

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 177 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421988407      Requisition:
Drawn:07/18/21 15:55   Received:07/18/21 16:13    Reported: 07/18/21 16:29
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 148 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421986119     Requisition:
Drawn:07/18/21 04:34    Received:07/18/21 04:44    Reported: 07/18/21 05:00

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 264 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421983871    Requisition:
Drawn:07/17/21 15:22    Received:07/17/21 17:15    Reported: 07/17/21 17:31

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 291 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421981096      Requisition:
Drawn:07/17/21 03:53   Received:07/17/21 04:36    Reported: 07/17/21 04:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 192 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421977957     Requisition:
Drawn:07/16/21 15:40    Received:07/16/21 15:54    Reported: 07/16/21 16:10

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 399 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421975163     Requisition:
Drawn:07/16/21 04:08   Received:07/16/21 05:04   Reported: 07/16/21 05:20

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 172 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421973031    Requisition:
Drawn:07/15/21 16:26   Received:07/15/21 17:45   Reported: 07/26/21 15:01
```

```
Procedure: FINGERSTICK GLUCOSE
FINGERSTICK GLUCOSE          462          H     mg/dL     70-110
     Pt on sliding scale
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421973030    Requisition:
Drawn:07/15/21 16:24   Received:07/15/21 17:45    Reported: 07/26/21 15:04

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 457 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421969580     Requisition:
Drawn:07/15/21 03:36   Received:07/15/21 04:38    Reported: 07/15/21 04:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 208 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421967362     Requisition:
Drawn:07/14/21 16:21   Received:07/14/21 17:39     Reported: 07/14/21 17:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 320 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421964660    Requisition:
Drawn:07/14/21 04:16   Received:07/14/21 05:16    Reported: 07/14/21 05:32

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 207 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421960715    Requisition:
Drawn:07/13/21 15:35    Received:07/13/21 15:45    Reported: 07/13/21 16:00

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 176 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421958374     Requisition:
Drawn:07/13/21 03:28    Received:07/13/21 03:56    Reported: 07/13/21 04:12

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 181 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421956526    Requisition:
Drawn:07/12/21 15:14    Received:07/12/21 17:36    Reported: 07/12/21 17:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 412 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421953085     Requisition:
Drawn:07/12/21 03:41    Received:07/12/21 04:12    Reported: 07/12/21 04:28

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 209 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421951345      Requisition:
Drawn:07/11/21 16:12   Received:07/11/21 17:36   Reported: 07/11/21 17:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 210 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421948176    Requisition:
Drawn:07/11/21 03:47    Received:07/11/21 05:05    Reported: 07/11/21 05:20

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 272 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421944853     Requisition:
Drawn:07/10/21 15:48     Received:07/10/21 16:07     Reported: 07/10/21 16:23

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 241 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421942153      Requisition:
Drawn:07/10/21 03:59   Received:07/10/21 04:11     Reported: 07/10/21 04:27

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 214 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421940739    Requisition:
Drawn:07/09/21 15:45    Received:07/09/21 18:04    Reported: 07/09/21 18:20

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 339 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421937482     Requisition:
Drawn:07/09/21 03:41    Received:07/09/21 05:15    Reported: 07/09/21 05:30

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 224 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421934935     Requisition:
Drawn:07/08/21 15:12   Received:07/08/21 17:47    Reported: 07/08/21 18:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 223 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421931966     Requisition:
Drawn:07/08/21 04:19     Received:07/08/21 04:54     Reported: 07/08/21 05:09

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 232 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421928930     Requisition:
Drawn:07/07/21 16:00   Received:07/07/21 17:04    Reported: 07/07/21 17:20

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 262 | H | mg/dL | 70-110 |

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421925879 | Requisition: | | | |
| Drawn:07/07/21 03:01 | Received:07/07/21 04:15 | | Reported: 07/07/21 04:30 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 269 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421923600      Requisition:
Drawn:07/06/21 15:19    Received:07/06/21 16:39      Reported: 07/06/21 16:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 141 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421920336    Requisition:
Drawn:07/06/21 03:48    Received:07/06/21 04:25    Reported: 07/06/21 04:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 238 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421918826      Requisition:
Drawn:07/05/21 14:33    Received:07/05/21 18:03     Reported: 07/05/21 18:19

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 212 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --      Sex   : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421915219     Requisition:
Drawn:07/05/21 04:10    Received:07/05/21 04:42    Reported: 07/05/21 04:58

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 150 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421911890      Requisition:
Drawn:07/04/21 14:55    Received:07/04/21 15:20      Reported: 07/04/21 15:36

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 210 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421909818    Requisition:
Drawn:07/04/21 04:10    Received:07/04/21 04:42    Reported: 07/04/21 04:57

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 219 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421907570      Requisition:
Drawn:07/03/21 15:47     Received:07/03/21 17:12      Reported: 07/03/21 17:27

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 177 | H | mg/dL | 70-110 |

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 10421904942 | Requisition: | | | |
| Drawn:07/03/21 03:44 | Received:07/03/21 05:20 | | Reported: 07/03/21 05:36 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 221 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421902744      Requisition:
Drawn:07/02/21 16:43    Received:07/02/21 17:52    Reported: 07/02/21 18:08

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 277 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421899102     Requisition:
Drawn:07/02/21 04:25   Received:07/02/21 04:36   Reported: 07/02/21 04:52

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 197 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421897095     Requisition:
Drawn:07/01/21 17:04    Received:07/01/21 17:31    Reported: 07/01/21 17:47

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 220 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421894131     Requisition:
Drawn:07/01/21 05:05   Received:07/01/21 05:22     Reported: 07/01/21 05:37

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech       : SMITH SARAH
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421891193     Requisition:
Drawn:06/30/21 15:00    Received:06/30/21 17:23    Reported: 06/30/21 17:39

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 150 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421887965      Requisition:
Drawn:06/30/21 04:04    Received:06/30/21 04:35    Reported: 06/30/21 04:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421886010     Requisition:
Drawn:06/29/21 15:56   Received:06/29/21 17:39    Reported: 06/29/21 17:55

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 262 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421883121     Requisition:
Drawn:06/29/21 04:29   Received:06/29/21 05:21    Reported: 06/29/21 05:36

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 186 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421879764     Requisition:
Drawn:06/28/21 15:52    Received:06/28/21 16:47    Reported: 06/28/21 17:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 450 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421877130     Requisition:
Drawn:06/28/21 04:00   Received:06/28/21 04:37   Reported: 06/28/21 04:53
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 225 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421874487     Requisition:
Drawn:06/27/21 15:12   Received:06/27/21 16:47     Reported: 06/27/21 17:02

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 181 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421871418      Requisition:
Drawn:06/27/21 03:56    Received:06/27/21 04:21      Reported: 06/27/21 04:37

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 134 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 10421869370      Requisition:
Drawn:06/26/21 16:04    Received:06/26/21 17:28    Reported: 06/26/21 17:44
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|--------------------------------|------|---|-------|--------|
| FINGERSTICK GLUCOSE | 354 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421866177    Requisition:
Drawn:06/26/21 03:37   Received:06/26/21 04:19    Reported: 06/26/21 04:35

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 203 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 10421863926 | Requisition: | | | |
| Drawn:06/25/21 15:55   Received:06/25/21 17:26   Reported: 06/25/21 17:42 | | | | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 447 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421860814     Requisition:
Drawn:06/25/21 03:35   Received:06/25/21 04:38    Reported: 06/25/21 04:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 172 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421857828      Requisition:
Drawn:06/24/21 15:35    Received:06/24/21 15:53    Reported: 06/24/21 16:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 182 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421855846      Requisition:
Drawn:06/24/21 04:30   Received:06/24/21 05:07     Reported: 06/24/21 05:23

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 249 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421853490     Requisition:
Drawn:06/23/21 16:35     Received:06/23/21 17:39     Reported: 06/23/21 17:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 172 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech        : SALDANA ELIZABETH
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421850721    Requisition:
Drawn:06/23/21 05:01   Received:06/23/21 05:01    Reported: 06/23/21 05:17

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 187 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech        : PIEPRZICA TRICA
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421847287      Requisition:
Drawn:06/22/21 14:51   Received:06/22/21 16:24    Reported: 06/22/21 16:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 164 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421844170     Requisition:
Drawn:06/22/21 02:21    Received:06/22/21 02:32    Reported: 06/22/21 02:48

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 197 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421842572      Requisition:
Drawn:06/21/21 15:11    Received:06/21/21 17:25    Reported: 06/21/21 17:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 147 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421838957     Requisition:
Drawn:06/21/21 02:25    Received:06/21/21 04:12     Reported: 06/21/21 04:28

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 153 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421838549      Requisition:
Drawn:06/20/21 14:22    Received:06/21/21 03:13     Reported: 06/21/21 03:28

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 168 | H | mg/dL | 70-110 |

---

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421834086      Requisition:
Drawn:06/20/21 04:44    Received:06/20/21 04:46    Reported: 06/20/21 05:02

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 206 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421830714     Requisition:
Drawn:06/19/21 14:21    Received:06/19/21 14:34    Reported: 06/19/21 14:49

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 293 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421828973     Requisition:
Drawn:06/19/21 04:38    Received:06/19/21 04:39    Reported: 06/19/21 04:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 170 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421826859      Requisition:
Drawn:06/18/21 17:16    Received:06/18/21 18:01     Reported: 06/18/21 18:17

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 210 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

---

L     Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421822991     Requisition:
Drawn:06/18/21 04:07    Received:06/18/21 04:19    Reported: 06/18/21 04:35

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 156 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

---

L     Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421821067     Requisition:
Drawn:06/17/21 17:15   Received:06/17/21 17:44   Reported: 06/17/21 18:01

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 162 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10421817866      Requisition:
Drawn:06/17/21 04:36   Received:06/17/21 04:56   Reported: 06/17/21 05:13
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 178 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421815389    Requisition:
Drawn:06/16/21 15:01   Received:06/16/21 17:29    Reported: 06/16/21 17:44

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 136 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421811538      Requisition:
Drawn:06/16/21 02:30     Received:06/16/21 03:22     Reported: 06/16/21 03:37

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 178 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421809394      Requisition:
Drawn:06/15/21 14:20    Received:06/15/21 17:05     Reported: 06/15/21 17:21

Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 201 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421808036     Requisition:
Drawn:06/15/21 07:35    Received:06/15/21 07:44    Reported: 06/15/21 08:00

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 196 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : DISMUKE DANA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421804386      Requisition:
Drawn:06/14/21 17:30    Received:06/14/21 17:43     Reported: 06/14/21 17:59

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 126 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

---

L      Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421801554     Requisition:
Drawn:06/14/21 05:06   Received:06/14/21 05:08     Reported: 06/14/21 05:23
```

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 161 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 10421798699     Requisition:
Drawn:06/13/21 14:53    Received:06/13/21 16:37    Reported: 06/13/21 16:53
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 134 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421795397     Requisition:
Drawn:06/13/21 02:21   Received:06/13/21 02:35   Reported: 06/13/21 02:50
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 209 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421793588      Requisition:
Drawn:06/12/21 16:31   Received:06/12/21 16:41    Reported: 06/12/21 16:57

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 195 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421791167      Requisition:
Drawn:06/12/21 05:09    Received:06/12/21 05:39      Reported: 06/12/21 05:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 123 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421787596     Requisition:
Drawn:06/11/21 15:04    Received:06/11/21 15:22    Reported: 06/11/21 15:37

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 154 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 10421786157     Requisition:
Drawn:06/11/21 05:28   Received:06/11/21 05:32   Reported: 06/11/21 05:47
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

---

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421783419     Requisition:
Drawn:06/10/21 17:51    Received:06/10/21 17:53    Reported: 06/10/21 18:10

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 275 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421780101     Requisition:
Drawn:06/10/21 04:04   Received:06/10/21 04:36    Reported: 06/10/21 04:52
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 174 | H | mg/dL | 70-110 |

---

L     Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421776860     Requisition:
Drawn:06/09/21 15:36    Received:06/09/21 15:38    Reported: 06/09/21 15:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 357 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421774861 | Requisition: | | | |
| Drawn:06/09/21 03:52 | Received:06/09/21 05:10 | | Reported: 06/09/21 05:25 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 205 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421772426     Requisition:
Drawn:06/08/21 15:57    Received:06/08/21 17:31     Reported: 06/08/21 17:47

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 180 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421769219    Requisition:
Drawn:06/08/21 03:50   Received:06/08/21 04:21    Reported: 06/08/21 04:37

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 176 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech       : PIEPRZICA TRICA
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421766709    Requisition:
Drawn:06/07/21 15:11   Received:06/07/21 17:04   Reported: 06/07/21 17:19
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 173 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : KREINDL SHEENA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421763689     Requisition:
Drawn:06/07/21 03:19    Received:06/07/21 04:27    Reported: 06/07/21 04:42

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 187 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421760981     Requisition:
Drawn:06/06/21 15:07    Received:06/06/21 16:19    Reported: 06/06/21 16:35
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 164 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421758149     Requisition:
Drawn:06/06/21 03:01   Received:06/06/21 04:18    Reported: 06/06/21 04:33

Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 226 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421755888    Requisition:
Drawn:06/05/21 16:01    Received:06/05/21 17:05    Reported: 06/05/21 17:21

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 190 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421752742    Requisition:
Drawn:06/05/21 03:05    Received:06/05/21 04:09    Reported: 06/05/21 04:24

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 202 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421750792    Requisition:
Drawn:06/04/21 15:32   Received:06/04/21 17:28    Reported: 06/04/21 17:44

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 172 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --      Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421747621      Requisition:
Drawn:06/04/21 03:03   Received:06/04/21 04:17    Reported: 06/04/21 04:33
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 187 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421745770     Requisition:
Drawn:06/03/21 15:44    Received:06/03/21 17:38    Reported: 06/03/21 17:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 146 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421742292      Requisition:
Drawn:06/03/21 03:52   Received:06/03/21 04:26    Reported: 06/03/21 04:42

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 192 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421740331     Requisition:
Drawn:06/02/21 15:59    Received:06/02/21 17:39    Reported: 06/02/21 17:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 118 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421736260 | Requisition: | | | |
| Drawn:06/02/21 03:34 | Received:06/02/21 03:38 | | Reported: 06/02/21 03:54 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 206 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421734322     Requisition:
Drawn:06/01/21 15:46    Received:06/01/21 17:19    Reported: 06/01/21 17:35

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 268 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech       : PFEIL SHIRLEY
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421731260     Requisition:
Drawn:06/01/21 04:00    Received:06/01/21 04:39    Reported: 06/01/21 04:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 194 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421729091    Requisition:
Drawn:05/31/21 15:32   Received:05/31/21 18:05    Reported: 05/31/21 18:20

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 135 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech       : VIDAURRI VIRGINIA
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10421725861      Requisition:
Drawn:05/31/21 03:53   Received:05/31/21 04:35    Reported: 05/31/21 04:51
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 132 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421723926      Requisition:
Drawn:05/30/21 15:08    Received:05/30/21 17:39    Reported: 05/30/21 17:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 84 | | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10421720352     Requisition:
Drawn:05/30/21 03:50   Received:05/30/21 04:35    Reported: 05/30/21 04:51
```

```
Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 146 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421718193     Requisition:
Drawn:05/29/21 15:32    Received:05/29/21 17:04    Reported: 05/29/21 17:19

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 144 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421715357    Requisition:
Drawn:05/29/21 04:07  Received:05/29/21 05:08    Reported: 05/29/21 05:24
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 148 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421712632     Requisition:
Drawn:05/28/21 14:58   Received:05/28/21 17:24    Reported: 05/28/21 17:39

Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 204 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech       : PFEIL SHIRLEY
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421710251 | Requisition: | | | |
| Drawn:05/28/21 04:02 | Received:05/28/21 05:30 | Reported: 05/28/21 05:45 | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 141 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421706735     Requisition:
Drawn:05/27/21 16:02    Received:05/27/21 16:42    Reported: 05/27/21 16:57

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 244 | H | mg/dL | 70-110 |

---

L     Low, H     High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421704537    Requisition:
Drawn:05/27/21 03:37   Received:05/27/21 04:48   Reported: 05/27/21 05:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 178 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421702195 | Requisition: | | | |
| Drawn:05/26/21 15:52 | Received:05/26/21 17:59 | Reported: 05/26/21 18:15 | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421699264    Requisition:
Drawn:05/26/21 04:24   Received:05/26/21 05:07   Reported: 05/26/21 05:23

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 216 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421696562     Requisition:
Drawn:05/25/21 15:55   Received:05/25/21 17:19     Reported: 05/25/21 17:34

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 154 | H | mg/dL | 70-110 |

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421693777     Requisition:
Drawn:05/25/21 04:07   Received:05/25/21 04:46     Reported: 05/25/21 05:02

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 181 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421691336      Requisition:
Drawn:05/24/21 15:53   Received:05/24/21 17:54    Reported: 05/24/21 18:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 133 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421688123     Requisition:
Drawn:05/24/21 04:00   Received:05/24/21 04:36    Reported: 05/24/21 04:52

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 194 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --      Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421685074      Requisition:
Drawn:05/23/21 15:05    Received:05/23/21 16:46    Reported: 05/23/21 17:01

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 111 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421682542     Requisition:
Drawn:05/23/21 04:08    Received:05/23/21 05:11      Reported: 05/23/21 05:27

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 178 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech       : MARTINEZ TRACY
Facility   : CONNALLY (CY)
             899 FM 632
             KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421679789     Requisition:
Drawn:05/22/21 14:51   Received:05/22/21 16:48    Reported: 05/22/21 17:04

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 112 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421677026     Requisition:
Drawn:05/22/21 03:44    Received:05/22/21 04:21     Reported: 05/22/21 04:36

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 192 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 10421675159 | Requisition: | | | |
| Drawn:05/21/21 15:40 | Received:05/21/21 17:21 | | Reported: 05/21/21 17:36 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 246 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421671156      Requisition:
Drawn:05/21/21 03:12    Received:05/21/21 04:17    Reported: 05/21/21 04:32

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 184 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421669417      Requisition:
Drawn:05/20/21 15:50   Received:05/20/21 17:54    Reported: 05/20/21 18:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 118 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10421665687    Requisition:
Drawn:05/20/21 02:54   Received:05/20/21 04:24   Reported: 05/20/21 04:40

Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 170 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421661581     Requisition:
Drawn:05/19/21 15:25   Received:05/19/21 15:29    Reported: 05/19/21 15:44

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 175 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421659951      Requisition:
Drawn:05/19/21 04:02    Received:05/19/21 04:59    Reported: 05/19/21 05:15

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 248 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421656739     Requisition:
Drawn:05/18/21 16:09    Received:05/18/21 16:14     Reported: 05/18/21 16:30

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 144 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| Accession: 10421653315 | Requisition: | | | |
| Drawn:05/18/21 04:01 | Received:05/18/21 04:16 | | Reported: 05/18/21 04:32 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421650886     Requisition:
Drawn:05/17/21 15:46   Received:05/17/21 17:06    Reported: 05/17/21 17:22
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 296 | H | mg/dL | 70-110 |

---

```
L    Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421648449      Requisition:
Drawn:05/17/21 03:59   Received:05/17/21 05:13      Reported: 05/17/21 05:29

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 173 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421646363       Requisition:
Drawn:05/16/21 15:22     Received:05/16/21 17:24      Reported: 05/16/21 17:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 113 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421642929      Requisition:
Drawn:05/16/21 03:59   Received:05/16/21 04:31   Reported: 05/16/21 04:47
```

```
Procedure: FINGERSTICK GLUCOSE
FINGERSTICK GLUCOSE          188           H     mg/dL     70-110
     Pt on sliding scale
```

---

```
L    Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421640615     Requisition:
Drawn:05/15/21 15:09   Received:05/15/21 16:41   Reported: 05/15/21 16:56
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 139 | H | mg/dL | 70-110 |

---

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421638120      Requisition:
Drawn:05/15/21 04:03    Received:05/15/21 05:34      Reported: 05/15/21 05:50

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 170 | H | mg/dL | 70-110 |
| Pt on sliding scale | | | | |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421635577     Requisition:
Drawn:05/14/21 15:55   Received:05/14/21 17:32     Reported: 05/14/21 17:48

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 119 | H | mg/dL | 70-110 |
|---------------------|-----|---|-------|--------|

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech      : MARTINEZ JAYME
Facility  : CONNALLY (CY)
            899 FM 632
            KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421632482      Requisition:
Drawn:05/14/21 03:07   Received:05/14/21 04:39    Reported: 05/14/21 04:55

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 172 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421630358      Requisition:
Drawn:05/13/21 16:23    Received:05/13/21 17:52      Reported: 05/13/21 18:07

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 246 | H | mg/dL | 70-110 |

L     Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : KREINDL SHEENA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421627085     Requisition:
Drawn:05/13/21 01:43     Received:05/13/21 04:18     Reported: 05/13/21 04:33

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 136 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 21H-133H0864 | Requisition: C77961935002 | | | | |
| Drawn:05/13/21 01:40 | Received:05/13/21 18:20 | | Reported: 05/13/21 18:34 | | |
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 9.71 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.64 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 13.0 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 40.3 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 86.9 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 28.0 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.3 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 40.7 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.9 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 320 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 9.7 | L | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 62.7 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.20 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 24.7 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 9.5 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 2.7 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.2 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 6.09 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.40 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.92 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.26 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-133C2042     Requisition: C77961935001
Drawn:05/13/21 01:40    Received:05/13/21 18:20    Reported: 05/13/21 21:32

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
    Reference Ranges
    Normal: <5.7%
    Prediabetes: 5.7 - 6.4%
    Diabetes: > 6.5%
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 7.8 | H | % | 4.0-5.7 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421623860       Requisition:
Drawn:05/12/21 15:34    Received:05/12/21 15:54    Reported: 05/12/21 16:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 196 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421621625     Requisition:
Drawn:05/12/21 03:06   Received:05/12/21 04:17    Reported: 05/12/21 04:32

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 198 | H | mg/dL | 70-110 |
|   Pt on sliding scale | | | | |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech        : DEAL LESLIE
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421619788     Requisition:
Drawn:05/11/21 16:13    Received:05/11/21 17:26     Reported: 05/11/21 17:42

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 158 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421617159     Requisition:
Drawn:05/11/21 04:27   Received:05/11/21 05:14    Reported: 05/11/21 05:30

Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 184 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421614486     Requisition:
Drawn:05/10/21 16:12    Received:05/10/21 17:37     Reported: 05/10/21 17:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 125 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421610967      Requisition:
Drawn:05/10/21 03:26    Received:05/10/21 04:47    Reported: 05/10/21 05:02

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 238 | H | mg/dL | 70-110 |

---

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421608445     Requisition:
Drawn:05/09/21 15:14    Received:05/09/21 17:02    Reported: 05/09/21 17:17

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 250 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421605580      Requisition:
Drawn:05/09/21 03:17    Received:05/09/21 04:38    Reported: 05/09/21 04:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 91 | | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : DISMUKE DANA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421603175     Requisition:
Drawn:05/08/21 15:41    Received:05/08/21 17:05     Reported: 05/08/21 17:20

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 268 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : PFEIL SHIRLEY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421600713     Requisition:
Drawn:05/08/21 03:46    Received:05/08/21 05:25    Reported: 05/08/21 05:40

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 149 | H | mg/dL | 70-110 |

L    Low, H   High, A   Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421597905      Requisition:
Drawn:05/07/21 15:54    Received:05/07/21 16:55      Reported: 05/07/21 17:11

Procedure: FINGERSTICK GLUCOSE

| | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 292 | H | mg/dL | 70-110 |

L      Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : WHITE DEBORAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421595504      Requisition:
Drawn:05/07/21 04:26    Received:05/07/21 05:14    Reported: 05/07/21 05:30

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 131 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421593129      Requisition:
Drawn:05/06/21 15:56   Received:05/06/21 17:32    Reported: 05/06/21 17:48

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 375 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421591202    Requisition:
Drawn:05/06/21 04:05    Received:05/06/21 09:17    Reported: 05/06/21 09:32

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 196 | H | mg/dL | 70-110 |

    Pt on sliding scale

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421586819      Requisition:
Drawn:05/05/21 15:38    Received:05/05/21 17:12      Reported: 05/05/21 17:28

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 370 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421583158      Requisition:
Drawn:05/05/21 03:39   Received:05/05/21 04:23    Reported: 05/05/21 04:39

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 223 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421580031    Requisition:
Drawn:05/04/21 15:29   Received:05/04/21 15:33    Reported: 05/04/21 15:48

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 340 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421578242 | Requisition: | | | |
| Drawn:05/04/21 02:56 | Received:05/04/21 04:49 | | Reported: 05/04/21 05:04 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 234 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : PIEPRZICA TRICA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421576106      Requisition:
Drawn:05/03/21 15:27    Received:05/03/21 17:35    Reported: 05/03/21 17:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 370 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421573093    Requisition:
Drawn:05/03/21 03:21    Received:05/03/21 04:45    Reported: 05/03/21 05:00

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 168 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| | | | | |

---

Accession: 10421570679     Requisition:
Drawn:05/02/21 15:11    Received:05/02/21 17:22     Reported: 05/02/21 17:38

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 134 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : WHITE DEBORAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421566684     Requisition:
Drawn:05/02/21 02:01   Received:05/02/21 02:15    Reported: 05/02/21 02:30
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 255 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421565459    Requisition:
Drawn:05/01/21 15:00   Received:05/01/21 17:41   Reported: 05/01/21 17:57
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 170 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421560088      Requisition:
Drawn:04/30/21 15:17   Received:04/30/21 17:47    Reported: 04/30/21 18:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 237 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421557126     Requisition:
Drawn:04/30/21 04:11   Received:04/30/21 05:24    Reported: 04/30/21 05:40
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 195 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421553098      Requisition:
Drawn:04/29/21 15:39   Received:04/29/21 15:42    Reported: 04/29/21 15:57
```

```
Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 142 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421550985    Requisition:
Drawn:04/29/21 04:02    Received:04/29/21 04:45    Reported: 04/29/21 05:01

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 239 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421548767    Requisition:
Drawn:04/28/21 15:32   Received:04/28/21 17:35   Reported: 04/28/21 17:50
```

```
Procedure: FINGERSTICK GLUCOSE
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 191 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421545974    Requisition:
Drawn:04/28/21 03:29   Received:04/28/21 04:45    Reported: 04/28/21 05:01

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 230 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421543997     Requisition:
Drawn:04/27/21 15:18    Received:04/27/21 18:04    Reported: 04/27/21 18:20

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 183 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421540770    Requisition:
Drawn:04/27/21 03:33   Received:04/27/21 05:02    Reported: 04/27/21 05:18

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 214 | H | mg/dL | 70-110 |

    Pt on sliding scale

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421538342    Requisition:
Drawn:04/26/21 15:31   Received:04/26/21 17:27    Reported: 04/26/21 17:43

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 205 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech        : CRAWFORD CYRESIA
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421535483      Requisition:
Drawn:04/26/21 03:24    Received:04/26/21 04:59    Reported: 04/26/21 05:15

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 205 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421532542      Requisition:
Drawn:04/25/21 15:00    Received:04/25/21 16:41    Reported: 04/25/21 16:56

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 167 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421527743     Requisition:
Drawn:04/24/21 15:49    Received:04/24/21 17:24    Reported: 04/24/21 17:40

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 187 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

```
Accession: 10421524744    Requisition:
Drawn:04/24/21 04:20   Received:04/24/21 05:12    Reported: 04/24/21 05:27
```

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 260 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421522776    Requisition:
Drawn:04/23/21 15:19    Received:04/23/21 17:45    Reported: 04/23/21 18:00

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 131 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421519237      Requisition:
Drawn:04/23/21 04:42    Received:04/23/21 05:20      Reported: 04/23/21 05:36

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 204 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421516740     Requisition:
Drawn:04/22/21 15:02     Received:04/22/21 17:38     Reported: 04/22/21 17:54

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 150 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421514105      Requisition:
Drawn:04/22/21 04:01    Received:04/22/21 04:54    Reported: 04/22/21 05:10

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 229 | H | mg/dL | 70-110 |
|     Pt on sliding scale | | | | |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421512026 | Requisition: | | | |
| Drawn:04/21/21 16:11 | Received:04/21/21 18:01 | | Reported: 04/21/21 18:17 | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 129 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421508781      Requisition:
Drawn:04/21/21 04:38    Received:04/21/21 05:28      Reported: 04/21/21 05:44

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 213 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421505970     Requisition:
Drawn:04/20/21 15:50    Received:04/20/21 16:59     Reported: 04/20/21 17:15

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 122 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421501285      Requisition:
Drawn:04/19/21 15:14    Received:04/19/21 17:48    Reported: 04/19/21 18:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 147 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421495759 | Requisition: | | | |
| Drawn:04/18/21 15:21 | Received:04/18/21 17:34 | Reported: 04/18/21 17:50 | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 124 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : ROELL LANELLE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421489687      Requisition:
Drawn:04/17/21 15:27    Received:04/17/21 16:41    Reported: 04/17/21 16:56

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 152 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421484220      Requisition:
Drawn:04/16/21 15:49   Received:04/16/21 17:36      Reported: 04/16/21 17:51

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 148 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421478202     Requisition:
Drawn:04/15/21 15:26    Received:04/15/21 16:38     Reported: 04/15/21 16:53

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 176 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421473976     Requisition:
Drawn:04/14/21 15:44    Received:04/14/21 18:19     Reported: 04/14/21 18:34

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 152 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421466871      Requisition:
Drawn:04/13/21 15:11    Received:04/13/21 15:15    Reported: 04/13/21 15:31

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 131 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421461652      Requisition:
Drawn:04/12/21 15:10    Received:04/12/21 15:59    Reported: 04/12/21 16:14

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 134 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421456893    Requisition:
Drawn:04/11/21 15:26   Received:04/11/21 16:30    Reported: 04/11/21 16:46

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 396 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421452232      Requisition:
Drawn:04/10/21 15:47   Received:04/10/21 17:29   Reported: 04/10/21 17:45

| Procedure: FINGERSTICK GLUCOSE | | | | |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 262 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421448156     Requisition:
Drawn:04/09/21 15:14   Received:04/10/21 00:52    Reported: 04/10/21 01:07

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 258 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : CRAWFORD CYRESIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421441869      Requisition:
Drawn:04/08/21 15:06    Received:04/08/21 17:53    Reported: 04/08/21 18:08

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 281 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421436170     Requisition:
Drawn:04/07/21 15:06    Received:04/07/21 17:32    Reported: 04/07/21 17:47

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 313 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421431730      Requisition:
Drawn:04/07/21 03:17    Received:04/07/21 03:19    Reported: 04/07/21 03:35

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 149 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421428896      Requisition:
Drawn:04/06/21 15:12    Received:04/06/21 16:08      Reported: 04/06/21 16:24

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 347 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421426954     Requisition:
Drawn:04/06/21 04:12    Received:04/06/21 05:12    Reported: 04/06/21 05:27

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 212 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : SALINAS LISA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421423750     Requisition:
Drawn:04/05/21 15:17    Received:04/05/21 15:59    Reported: 04/05/21 16:15

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 122 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421421541    Requisition:
Drawn:04/05/21 04:32    Received:04/05/21 04:51    Reported: 04/05/21 05:06

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 216 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : MEJIA ANTONIO
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 10421419616      Requisition:
Drawn:04/04/21 15:51    Received:04/04/21 17:44    Reported: 04/04/21 18:00

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 138 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421413683      Requisition:
Drawn:04/03/21 15:36    Received:04/03/21 17:20      Reported: 04/03/21 17:35

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 239 | H | mg/dL | 70-110 |

L     Low, H    High, A     Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421410629     Requisition:
Drawn:04/03/21 04:10     Received:04/03/21 04:54     Reported: 04/03/21 05:09

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 176 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : QUIROGA LINDA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421408811     Requisition:
Drawn:04/02/21 16:02    Received:04/02/21 17:50    Reported: 04/02/21 18:06

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 187 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ JAYME
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421405765     Requisition:
Drawn:04/02/21 03:48   Received:04/02/21 05:21     Reported: 04/02/21 05:36

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 214 | H | mg/dL | 70-110 |

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Tech          : MARTINEZ TRACY
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421403731     Requisition:
Drawn:04/01/21 16:28    Received:04/01/21 17:47    Reported: 04/01/21 18:03

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 138 | H | mg/dL | 70-110 |

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SALDANA ELIZABETH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

```
Accession: 10421398314     Requisition:
Drawn:03/31/21 16:20    Received:03/31/21 17:44    Reported: 03/31/21 17:59
```

| Procedure: FINGERSTICK GLUCOSE | | | | |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 151 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

```
Tech          : CRUZ GLORIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421395652    Requisition:
Drawn:03/31/21 04:12   Received:03/31/21 05:41    Reported: 03/31/21 05:56

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 177 | H | mg/dL | 70-110 |

    Pt on sliding scale

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

Accession: 10421392745     Requisition:
Drawn:03/30/21 15:53    Received:03/30/21 17:34    Reported: 03/30/21 17:50

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|
| FINGERSTICK GLUCOSE | 117 | H | mg/dL | 70-110 |

L    Low, H   High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Tech          : VIDAURRI VIRGINIA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| Accession: 10421389086 | Requisition: | | | |
| Drawn:03/30/21 03:57 | Received:03/30/21 04:31 | | Reported: 03/30/21 04:47 | |
| | | | | |
| Procedure: FINGERSTICK GLUCOSE | | | | |
| FINGERSTICK GLUCOSE | 191 | H | mg/dL | 70-110 |

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : SMITH SARAH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

Accession: 10421387167     Requisition:
Drawn:03/29/21 16:20    Received:03/29/21 17:29    Reported: 03/29/21 17:45

Procedure: FINGERSTICK GLUCOSE

| FINGERSTICK GLUCOSE | 139 | H | mg/dL | 70-110 |
|---|---|---|---|---|

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
―――――――――――――――――――――――――――――――――――――――――――――――――

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```
―――――――――――――――――――――――――――――――――――――――――――――――――

```
Ordering
Physician     : OBI, JOSEPH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```
―――――――――――――――――――――――――――――――――――――――――――――――――

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

―――――――――――――――――――――――――――――――――――――――――――――――――

```
Accession: 21H-085C2185     Requisition: C78502304002
Drawn:03/26/21 01:56    Received:03/26/21 18:30    Reported: 03/26/21 20:16


Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
GLYCOSYLATED HEMOGLOBIN (A1C)  8.0          H    %        4.0-6.0        HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```
―――――――――――――――――――――――――――――――――――――――――――――――――

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : OBI, JOSEPH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-085C2184      Requisition: C78502304003
Drawn:03/26/21 01:56    Received:03/26/21 18:29    Reported: 03/26/21 19:11

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 141 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.2 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 103 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 26 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 12 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 19 | | mg/dL | 7-23 | HG |
| GLUCOSE | 152 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.02 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.4 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 8.7 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 6.6 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.0 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 64 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE | 12 | | U/L | 5-50 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 21 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 74.0 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 89.7 | | mL/min/-1.73m2 | | HG |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

---

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : OBI, JOSEPH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either: Pathological abnormalities or Markers of kidney damage (including abnormalities in the composition of the blood or urine or abnormalities in imaging tests).

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : OBI, JOSEPH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-085C2184    Requisition: C78502304004
Drawn:03/26/21 01:56   Received:03/26/21 18:29   Reported: 03/26/21 19:11
```

```
Procedure: MAGNESIUM
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| MAGNESIUM SERUM | 2.3 | | mg/dL | 1.7-2.4 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : OBI, JOSEPH
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-085C2184     Requisition: C78502304005
Drawn:03/26/21 01:56    Received:03/26/21 18:29    Reported: 03/26/21 20:02

Procedure: VITAMIN B12, LEVEL
    Biotin has been reported to cause a positive bias, interpret results
    relative to patient's use of biotin.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| VITAMIN B12 | 258 | | pg/mL | 240-930 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

FINGERSTICK GLUCOSE TEST PERFORMED AT CONNALLY (CY)

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Tech          : DEAL LESLIE
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 10421358225     Requisition:
Drawn:03/24/21 13:35    Received:03/24/21 13:37    Reported: 03/24/21 13:52

Procedure: FINGERSTICK GLUCOSE

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| FINGERSTICK GLUCOSE | 173 | H | mg/dL | 70-110 |

---

L    Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX   78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 21H-076C2120     Requisition: C78380044002
Drawn:03/17/21 01:40    Received:03/17/21 18:04    Reported: 03/17/21 19:05
```

Procedure: PROSTATIC SPECIFIC ANTIGEN
    Biotin has been reported to cause a negative bias, interpret results
    relative to patient's use of biotin.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| PROSTATIC SPECIFIC ANTIGEN | 0.38 | | ng/mL | <=4.00 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21E-075C0688     Requisition: C78380044001
Drawn:03/16/21 07:36    Received:03/16/21 16:49    Reported: 03/16/21 17:24

Procedure: FECAL IMMUNOCHEMICAL TEST
    <100 ng/mL = Negative (does not assure absence of lesion).

FECAL IMMUNOCHEMICAL TEST     Negative                    Negative     EST


Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 21H-012C1771    Requisition: C76030823015
Drawn:01/12/21 02:02    Received:01/12/21 16:44    Reported: 01/12/21 17:14
```

Procedure: URINALYSIS

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.014 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 500 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | 100 mg/dL | A | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | 1 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | 1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |
| MUCOUS, URINE | Slight | A | LPF | Negative | HG |
| HYALINE CAST | 1 | | LPF | <=2 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-012C1769    Requisition: C76030823013
Drawn:01/12/21 02:02    Received:01/12/21 16:44    Reported: 01/12/21 18:00
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL) | | | | | |
| CHOLESTEROL | 106 | L | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 30 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 3.5 | | | <=5.0 | HG |
| TRIGLYCERIDES | 170 | | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 42 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 34 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-012C1769     Requisition: C76030823010
Drawn:01/12/21 02:02    Received:01/12/21 16:44     Reported: 01/12/21 18:00

---

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 136 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 3.7 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 101 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 25 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 10 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 20 | | mg/dL | 7-23 | HG |
| GLUCOSE | 144 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.07 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.6 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.1 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.0 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.3 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 73 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE | 13 | | U/L | 5-50 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 22 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 70.0 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 84.9 | | mL/min/-1.73m2 | | HG |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least three months.  Stages 1 to 5, with or without kidney disease, indicate chronic kidney disease.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

---

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

requires estimation of kidney damage for at least three months as defined by structural or functional abnormalities of the kidney, manifested by either: Pathological abnormalities or Markers of kidney damage (including abnormalities in the composition of the blood or urine or abnormalities in imaging tests).

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 21H-012I0254     Requisition: C76030823014
Drawn:01/12/21 02:02    Received:01/12/21 16:44    Reported: 01/13/21 10:38


Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 89.0 | | mg/dL | | HG |
| MICROALBUMIN URINE | 269 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 302 | H | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 21H-012C1769     Requisition: C76030823012
Drawn:01/12/21 02:02     Received:01/12/21 16:44     Reported: 01/12/21 18:35

Procedure: THYROID STIMULATING HORMONE

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| THYROID STIMULATING HORMONE | 2.27 | | mIU/L | 0.45-4.70 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 21H-012H0868 | Requisition: C76030823009 | | | | |
| Drawn:01/12/21 02:02 | Received:01/12/21 16:44 | | Reported: 01/12/21 16:55 | | |
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 7.97 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.41 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 12.6 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 38.5 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 87.3 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 28.6 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.7 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 40.0 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.7 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 283 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.3 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 58.5 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.30 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 27.4 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 10.2 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 3.3 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.3 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 4.68 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.18 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.81 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.26 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX   78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 21H-012C1770     Requisition: C76030823011
Drawn:01/12/21 02:02     Received:01/12/21 16:44     Reported: 01/12/21 17:44
```

```
Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
GLYCOSYLATED HEMOGLOBIN (A1C)  8.2          H     %        4.0-6.0          HG
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 20H-318C1925      Requisition: C76030823008
Drawn:11/13/20 01:30    Received:11/13/20 17:40    Reported: 11/13/20 21:01

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 7.6 | H | % | 4.0-6.0 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 20H-267C1430     Requisition: C72578646006
Drawn:09/23/20 01:35   Received:09/23/20 16:38   Reported: 09/23/20 18:15
```

Procedure: URINALYSIS

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 7.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.017 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 50 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| Interference from ascorbic acid may cause false negative results. | | | | | |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | 30 mg/dL | A | | Negative | HG |
| UROBILINOGEN URINE | 2.0 mg/dL | A | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | 2 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |
| MUCOUS, URINE | Slight | A | LPF | Negative | HG |
| EPITHELIAL CELLS/ HPF | <1 | | HPF | <=2 | HG |
| ASCORBIC ACID | 20 mg/dL | | | | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 20H-267H0695     Requisition: C72578646001
Drawn:09/23/20 01:35     Received:09/23/20 16:38     Reported: 09/23/20 17:24

Procedure: CBC WITH DIFF

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.68 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.38 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 12.9 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 38.4 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 87.7 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 29.5 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 33.6 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 41.1 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.8 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 264 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.6 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 62.7 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT ADIFF | 0.20 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 22.9 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 10.1 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 3.8 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.3 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADIFF | 5.43 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADIFF | 1.99 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.88 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADIFF | 0.33 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 20H-267C1429 | Requisition: C72578646003 | | | | |
| Drawn:09/23/20 01:35 | Received:09/23/20 16:38 | | Reported: 09/23/20 21:28 | | |
| | | | | | |
| Procedure: THYROID STIMULATING HORMONE | | | | | |
| THYROID STIMULATING HORMONE | 1.75 | | mIU/L | 0.45-4.70 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 20H-267I0162     Requisition: C72578646005
Drawn:09/23/20 01:35   Received:09/23/20 16:38   Reported: 09/24/20 13:23
```

```
Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 124.7 | | mg/dL | | HG |
| MICROALBUMIN URINE | 117 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 94 | H | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 20H-267C1429    Requisition: C72578646004
Drawn:09/23/20 01:35   Received:09/23/20 16:38   Reported: 09/23/20 19:12
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 84 | L | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 25 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 3.4 | | | <=5.0 | HG |
| TRIGLYCERIDES | 145 | | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 30 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 29 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 20H-267C1429     Requisition: C72578646002
Drawn:09/23/20 01:35    Received:09/23/20 16:38    Reported: 09/23/20 19:12

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 143 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.2 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 101 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 25 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 17 | H | | 2-16 | HG |
| BLOOD UREA NITROGEN | 15 | | mg/dL | 7-23 | HG |
| GLUCOSE | 123 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 0.94 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.7 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.0 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.1 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.5 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 70 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE | 17 | | U/L | 5-50 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 26 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 81.3 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 98.6 | | mL/min/-1.73m2 | | HG |

Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.

For Determination of stages one and two (with eGFR 60-90 mL/min/1.73 m2)
Print Date: 09/23/2020 19:23                                              Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

---

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:
Pathological abnormalities or Markers of kidney damage (including
abnormalities in the composition of the blood or urine or abnormalities in
imaging tests).


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
CONNALLY (CY)
                              MEDICAL
                                 ,

                         LABORATORY DIRECTOR

                              URINALYSIS
MRN        : 864378   Accession:76138682      Age  :62 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(   )   -
Admitting MD: PAMELA K WAGNER NP             Phone:
Attending MD: UNKNOWN  UNKNOWN               Phone:
Referring MD:                                Phone:
Ordering MD :                                Phone:


Tech        : LINDA  QUIROGA R.N.       Verifier:LINDA  QUIROGA R.N.
Collection Time: 08/13/2020 12:10
Result Time  : 08/13/2020 12:10
Report Time  : 08/13/2020 12:13
Comment: clear yellow
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| SG | 1.010 | | 1.010 - 1.025 | |
| PH | 6.0 | | 5.5 - 7.0 | |
| LEUKOCYTES | neg | | NEG | |
| NITRITES | neg | | NEG | |
| PROTEIN | trace | A | NEG | mg/dL |
| GLUCOSE | 250 | A | NEG | mg/dL |
| KETONE | neg | | NEG | mg/dL |
| UROBILI | 0.2 | | 0.2 - 1.0 | mg/dL |
| BILIRUBIN | neg | | NEG | |
| BLOOD | neg | | NEG | |
| WBC | | | - | |
| RBC | | | - | |
| EPITHELIAL | | | - | |
| BACTERIA | | | - | |
| CASTS | | | - | |
| MUCOUS | | | - | |
| CRYSTALS | | | - | |
| ICTOTEST | | | - | |

```
This document has been sent for signature, but has not yet been reviewed
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 20H-217I0277   Requisition: C76030823006 | | | | | |
| Drawn:08/04/20 02:27   Received:08/04/20 17:11   Reported: 08/05/20 12:34 | | | | | |

```
Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 62.6 | | mg/dL | | HG |
| MICROALBUMIN URINE | 14 | | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 22 | | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 20H-217C1854     Requisition: C76030823005
Drawn:08/04/20 02:27   Received:08/04/20 17:09   Reported: 08/04/20 17:52
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL) | | | | | |
| CHOLESTEROL | 96 | L | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 23 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 4.2 | | | <=5.0 | HG |
| TRIGLYCERIDES | 210 | H | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 31 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 42 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 20H-217C1854      Requisition: C76030823002
Drawn:08/04/20 02:27    Received:08/04/20 17:09    Reported: 08/04/20 17:52

Procedure: COMP. METABOLIC PANEL (80053)
    Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
    Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2)
requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:
Pathological abnormalities or Markers of kidney damage (including
abnormalities in the composition of the blood or urine or abnormalities in
imaging tests).

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 139 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 3.7 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 101 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 26 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 12 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 18 | | mg/dL | 7-23 | HG |
| GLUCOSE | 125 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.04 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.4 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 8.9 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 6.7 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.2 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 71 | | U/L | 34-122 | HG |

Print Date: 08/04/2020 18:08                          Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SGOT) ASPARATE AMINO TRANSFER | 30 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 72.4 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 87.7 | | mL/min/-1.73m2 | | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 20H-217H0725     Requisition: C76030823001
Drawn:08/04/20 02:27    Received:08/04/20 17:42     Reported: 08/04/20 17:50

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Procedure: CBC WITH DIFF | | | | | |
| WHITE BLOOD CELL COUNT | 6.58 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.34 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 12.7 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 38.6 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 88.9 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 29.3 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.9 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 40.9 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.6 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 256 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.2 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 51.6 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.20 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 34.8 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 9.1 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 3.8 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.5 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADI-FF | 3.40 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADI-FF | 2.29 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.60 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADI-FF | 0.25 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

| | |
|---|---|
| Patient Name | : TIEDE, BERNHARDT I |
| Patient Id | : 864378 |
| Patient Phone | : |
| Date of Birth | : 08/02/1958 |
| SS# | : --    Sex  : Male |

---

| | |
|---|---|
| Ordering | |
| Physician | : WAGNER, PAMELA |
| Facility | : CONNALLY (CY) |
| | 899 FM 632 |
| | KENEDY  TX  78119 |

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 20H-217C1856 | Requisition: C76030823007 | | | | |
| Drawn:08/04/20 02:27 | Received:08/04/20 17:11 | Reported: 08/04/20 18:07 | | | |
| | | | | | |
| Procedure: URINALYSIS | | | | | |
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.010 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 50 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | 2 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex   : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 20H-217C1854     Requisition: C76030823004
Drawn:08/04/20 02:27    Received:08/04/20 17:09    Reported: 08/04/20 18:28

Procedure: THYROID STIMULATING HORMONE

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| THYROID STIMULATING HORMONE | 1.93 | | mIU/L | 0.45-4.70 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 20H-217C1855     Requisition: C76030823003
Drawn:08/04/20 02:27    Received:08/04/20 17:11    Reported: 08/05/20 00:29
```

```
Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
GLYCOSYLATED HEMOGLOBIN (A1C)  8.2           H    %       4.0-6.0      HG
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From KorvaLabs

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : MALE
```

---

```
Ordering
Physician     : LAZAR, ALEXANDER (1376643593)
Test Site     : Connally
                899 FM 632 Kenedy, TX 78119
```

---

| Test Name | Result | ABN Flag |
|-----------|--------|----------|

---

Reference #: 5109148      Kit ID: 518339989603
Drawn:07/30/20 00:00   Received:08/01/20 00:00    Reported: 08/02/20 00:00

Procedure: COV19 Coronavirus Covid-19 RNA Detection Test by RT-qPCR

COV19          NEGATIVE

    Disclaimer
    A Not Detected (Negative) test result does not preclude 2019-nCoV infection
    and should not be used as the sole basis for treatment or other patient
    management decisions. Negative results must be combined with clinical
    observations, patient history, and epidemiological information.

    This diagnostic test is pending FDA review of validation and is being
    distributed prior to such review in accordance with FDA general guidance
    policies on coronavirus testing. Results are for the presumptive
    identification of 2019-nCoV RNA. KorvaLabs, Inc is certified under the
    Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to
    perform high complexity clinical laboratory testing.

    Test performed and validated by KorvaLabs, Inc. CLIA # 05D2141174
    Test developed and marketed by Curative-Korva

    KorvaLabs, Inc
    430 S Cataract Ave
    San Dimas, CA 91773        Daniel Chan, PhD

---

L     Low, H    High, A   Abnormal Alpha

Print Date: 08/03/2020 15:15                         Page: 1/1
Lab ordered and reviewed outside the Pearl EHR.  Electronic signature not required.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From KorvaLabs

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : MALE

---

Ordering
Physician     : LAZAR, ALEXANDER (1376643593)
Test Site     : Connally
                899 FM 632 Kenedy, TX 78119

---

| Test Name | Result | ABN |
| --- | --- | --- |
| | | Flag |

---

Reference #: 1538001      Kit ID: 770560820679
Drawn:06/08/20 00:00    Received:06/10/20 14:59    Reported: 06/11/20 10:11

Procedure: COV19 Coronavirus Covid-19 RNA Detection Test by RT-qPCR

COV19        NEGATIVE

    Disclaimer
    A Not Detected (Negative) test result does not preclude 2019-nCoV infection
    and should not be used as the sole basis for treatment or other patient
    management decisions. Negative results must be combined with clinical
    observations, patient history, and epidemiological information.

    This diagnostic test is pending FDA review of validation and is being
    distributed prior to such review in accordance with FDA general guidance
    policies on coronavirus testing. Results are for the presumptive
    identification of 2019-nCoV RNA. KorvaLabs, Inc is certified under the
    Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to
    perform high complexity clinical laboratory testing.

    Test performed and validated by KorvaLabs, Inc. CLIA # 05D2141174
    Test developed and marketed by Curative-Korva

    KorvaLabs, Inc
    430 S Cataract Ave
    San Dimas, CA 91773        Daniel Chan, PhD

---

L     Low, H    High, A    Abnormal Alpha

Print Date: 06/12/2020 14:36                    Page: 1/1
Lab ordered and reviewed outside the Pearl EHR.  Electronic signature not required.

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 20H-120C1219     Requisition: C71767051009
Drawn:04/29/20 01:41   Received:04/29/20 21:53   Reported: 04/29/20 22:29
```

| Procedure: GLYCOSYLATED HEMOGLOBIN (A1C) | | | | | |
|---|---|---|---|---|---|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 8.1 | H | % | 4.0-6.0 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Michael Laposata, MD, PhD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : ONYEMAECHI, CYRIL
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 20E-079C0877     Requisition: C74649636002
Drawn:03/19/20 04:04   Received:03/19/20 19:36   Reported: 03/19/20 20:19
```

```
Procedure: FECAL IMMUNOCHEMICAL TEST
    <100 ng/mL = Negative (does not assure absence of lesion).
```

| Test Name | Result | | Reference Range | LAB ID |
|---|---|---|---|---|
| FECAL IMMUNOCHEMICAL TEST | Negative | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male

---

Ordering
Physician   : ONYEMAECHI, CYRIL
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 20A-078A0052       Requisition: C74649636003
Drawn:03/18/20 01:10    Received:03/20/20 09:48    Reported: 03/20/20 14:37

Procedure: PSA, FREE AND TOTAL

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|
| PSA, FREE | 0.2 | | ng/mL | |
| PROSTATE SPECIFIC ANTIGEN | 0.5 | | ng/mL | 0.0-4.0 |

   INTERPRETIVE INFORMATION: Prostate Specific Antigen

   The Roche PSA electrochemiluminescent immunoassay was used.
   Results obtained with different test methods or kits cannot be
   used interchangeably. The Roche PSA method is approved for use as
   an aid in the detection of prostate cancer when used in
   conjunction with a digital rectal exam in men age 50 and older.
   The Roche PSA method is also indicated for the serial measurement
   of PSA to aid in the prognosis and management of prostate cancer
   patients. Elevated PSA concentrations can only suggest the
   presence of prostate cancer until biopsy is performed. PSA
   concentrations can also be elevated in benign prostatic
   hyperplasia or inflammatory conditions of the prostate. PSA is
   generally not elevated in healthy men or men with non-prostatic
   carcinoma.

| PSA-PERCENT FREE | 40 | | % | |
|---|---|---|---|---|

   INTERPRETIVE INFORMATION: Prostate Specific Antigen, Free
   Percentage

   ARUP uses the Roche Free PSA electrochemiluminescent immunoassay
   method in conjunction with the Roche PSA electrochemiluminescent
   immunoassay method to determine the free PSA percentage. Values
   obtained with different assay methods should not be used
   interchangeably. The free PSA percentage is an aid in
   distinguishing prostate cancer from benign prostatic conditions in
   men age 50 and older with a total PSA between 3 and 10 ng/mL and
   negative digital rectal examination findings. Prostatic biopsy is
   required for the diagnosis of cancer.

   In patients with total PSA concentrations of 4-10 ng/mL, the
   probability of finding prostate cancer on needle biopsy by age in
   years is:

| %fPSA | 50-59 | 60-69 | 70 or older |
|---|---|---|---|
| 0 - 10% | 49% | 58% | 65% |
| 11 - 18% | 27% | 34% | 41% |
| 19 - 25% | 18% | 24% | 30% |
| Greater than 25% | 9% | 12% | 16% |

   Other factors may help determine the actual risk of prostate

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Ordering
Physician     : ONYEMAECHI, CYRIL
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

```
    cancer in individual patients.
    Performed by ARUP Laboratories,
    500 Chipeta Way, SLC,UT 84108 800-522-2787
    www.aruplab.com, Julio Delgado, MD, Lab. Director
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```
---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 20H-035C1871     Requisition: C71767051008
Drawn:02/04/20 02:02    Received:02/04/20 17:49    Reported: 02/04/20 19:40
```

```
Procedure: URINALYSIS
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.010 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 500 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | 2 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | 0 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```
---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX   78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 20H-035C1869     Requisition: C71767051005
Drawn:02/04/20 02:02     Received:02/04/20 17:46     Reported: 02/04/20 19:00
```

```
Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE   2.80                mIU/L   0.45-4.70   HG
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX   78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 20H-035I0257    Requisition: C71767051007
Drawn:02/04/20 02:02   Received:02/04/20 17:49   Reported: 02/05/20 12:39
```

```
Procedure: MICROALBUMIN URINE
    Normal: <30 mg/g creatinine
    Microalbuminuria: 30 - 299 mg/g creatinine
    Clinical albuminuria: > 300 mg/g creatinine
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 77.0 | | mg/dL | | HG |
| MICROALBUMIN URINE | 22 | | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 29 | | mg/g of- creati- nine | 0-30 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 20H-035C1869      Requisition: C71767051003
Drawn:02/04/20 02:02    Received:02/04/20 17:46    Reported: 02/04/20 18:26

Procedure: COMP. METABOLIC PANEL (80053)
    Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
    Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|----------------------|--------------------|-----------------------|
| >90                  | Stage one          | Normal                |
| 60-89                | Stage two          | Decreased GFR         |
| 30-59                | Stage three        | Stage three           |
| 15-29                | Stage four         | Stage four            |
| <15 (or dialysis)    | Stage five         | Stage five            |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2)
requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:
Pathological abnormalities or Markers of kidney damage (including
abnormalities in the composition of the blood or urine or abnormalities in
imaging tests).

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SODIUM SERUM | 140 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.3 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 100 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 28 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 12 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 14 | | mg/dL | 7-23 | HG |
| GLUCOSE | 206 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.16 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.5 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.2 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.3 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.4 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 87 | | U/L | 34-122 | HG |

Print Date: 02/04/2020 18:38                                    Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SGOT) ASPARATE AMINO TRANSFER | 36 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 64.0 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 77.6 | | mL/min/-1.73m2 | | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 20H-035C1869     Requisition: C71767051006
Drawn:02/04/20 02:02    Received:02/04/20 17:46    Reported: 02/04/20 18:26
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL) | | | | | |
| CHOLESTEROL | 136 | | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 26 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 5.2 | H | | <=5.0 | HG |
| TRIGLYCERIDES | 357 | H | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 39 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 71 | H | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 20H-035H0791      Requisition: C71767051002
Drawn:02/04/20 02:02     Received:02/04/20 17:17      Reported: 02/04/20 17:23

Procedure: CBC WITH DIFFERENTIAL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| WHITE BLOOD CELL COUNT | 8.20 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.70 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 13.5 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 41.9 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 89.1 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 28.7 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.2 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 42.5 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 13.0 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 252 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.5 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 54.9 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT ADIFF | 0.20 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 30.6 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 10.1 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 3.8 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.4 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADIFF | 4.50 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADIFF | 2.51 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.83 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADIFF | 0.31 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.01-0.09 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Barbara J. Bryant, MD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 20H-035C1870    Requisition: C71767051004
Drawn:02/04/20 02:02    Received:02/04/20 17:47    Reported: 02/04/20 20:38
```

```
Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 8.4 | H | % | 4.0-6.0 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
_____

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
_____

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119

_____

Test Name                  Result        ABN  Unit   Reference      LAB
                                         Flag         Range          ID
_____

Accession: 19H-302C2046      Requisition: C71767051001
Drawn:10/29/19 01:08    Received:10/29/19 18:23    Reported: 10/29/19 21:07


Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
GLYCOSYLATED HEMOGLOBIN (A1C)  7.6           H    %      4.0-6.0        HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
_____


L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 19H-266C1997     Requisition: C71611316010
Drawn:09/23/19 02:06   Received:09/23/19 21:59    Reported: 09/23/19 22:54
```

Procedure: THYROID STIMULATING HORMONE

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| THYROID STIMULATING HORMONE | 0.88 | | mIU/L | 0.45-4.70 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 19H-266H0850    Requisition: C71611316008 | | | | | |
| Drawn:09/23/19 02:06    Received:09/23/19 21:59    Reported: 09/23/19 22:06 | | | | | |
| Procedure: CBC WITH DIFFERENTIAL | | | | | |
| WHITE BLOOD CELL COUNT | 11.54 | H | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 5.14 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 14.9 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 44.6 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 86.8 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 29.0 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 33.4 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 39.7 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.6 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 289 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.0 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 77.3 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT - ADIFF | 0.30 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 13.4 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 7.8 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 1.0 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.2 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADIFF | 8.92 | H | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE- COUNT ADIFF | 0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADIFF | 1.55 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.90 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADIFF | 0.12 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 19H-266I0299     Requisition: C71611316012
Drawn:09/23/19 02:06     Received:09/23/19 21:59     Reported: 09/24/19 15:28

Procedure: MICROALBUMIN URINE

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| CREATININE URINE | 169.0 | | mg/dL | | HG |
| MICROALBUMIN URINE | 122 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 8157 | H | ug/mmol-creati-nine | 0-3,500 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

```
Ordering
Physician   : WAGNER, PAMELA
Facility    : CONNALLY (CY)
              899 FM 632
              KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 19H-266C1998    Requisition: C71611316013
Drawn:09/23/19 02:06   Received:09/23/19 21:59   Reported: 09/23/19 22:26
```

Procedure: URINALYSIS

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 6.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.016 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | 500 mg/dL | A | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | 80 mg/dL | A | | Negative | HG |
| PROTEIN URINE, URINALYSIS | 30 mg/dL | A | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | <1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 19H-266C1997    Requisition: C71611316011
Drawn:09/23/19 02:06    Received:09/23/19 21:59    Reported: 09/23/19 22:22
```

Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOLESTEROL | 117 | L | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 29 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 4.0 | | | <=5.0 | HG |
| TRIGLYCERIDES | 176 | H | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 53 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 35 | | mg/dL | 5-60 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

| | |
|---|---|
| Patient Name | : TIEDE, BERNHARDT I |
| Patient Id | : 864378 |
| Patient Phone | : |
| Date of Birth | : 08/02/1958 |
| SS# | : --    Sex   : Male |

---

| | |
|---|---|
| Ordering Physician | : WAGNER, PAMELA |
| Facility | : CONNALLY (CY) |
| | 899 FM 632 |
| | KENEDY TX  78119 |

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 19H-266C1997    Requisition: C71611316009
Drawn:09/23/19 02:06    Received:09/23/19 21:59    Reported: 09/23/19 22:22

Procedure: COMP. METABOLIC PANEL (80053)
    Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
    Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|---|---|---|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.

Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2)
requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:
Pathological abnormalities or Markers of kidney damage (including
abnormalities in the composition of the blood or urine or abnormalities in
imaging tests).

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM SERUM | 135 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.0 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 95 | L | mmol/L | 98-108 | HG |
| CO2 TOTAL | 26 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 14 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 12 | | mg/dL | 7-23 | HG |
| GLUCOSE | 174 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 0.90 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.9 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.4 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.6 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.7 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 89 | | U/L | 34-122 | HG |
| ALANINE AMINOTRANSFERASE (SGPT | 24 | | U/L | | HG |

Print Date: 09/23/2019 22:38    Page: 1/2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| SGOT) ASPARATE AMINO TRANSFER | 21 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 85.8 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 104.0 | | mL/min/-1.73m2 | | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

| | | |
|---|---|---|
| Patient Name | : | TIEDE, BERNHARDT I |
| Patient Id | : | 864378 |
| Patient Phone | : | |
| Date of Birth | : | 08/02/1958 |
| SS# | : | --      Sex   : Male |

---

| | | |
|---|---|---|
| Ordering | | |
| Physician | : | WAGNER, PAMELA |
| Facility | : | CONNALLY (CY) |
| | | 899 FM 632 |
| | | KENEDY TX 78119 |

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 19H-219C1948      Requisition: C71611316002
Drawn:08/07/19 00:58    Received:08/07/19 21:14    Reported: 08/07/19 22:09

Procedure: COMP. METABOLIC PANEL (80053)
    Association of Glomerular Filtration Rate (GFR) and Staging of Kidney
    Disease*

| GFR (mL/min/1.73 m2) | With Kidney Damage | Without Kidney Damage |
|---|---|---|
| >90 | Stage one | Normal |
| 60-89 | Stage two | Decreased GFR |
| 30-59 | Stage three | Stage three |
| 15-29 | Stage four | Stage four |
| <15 (or dialysis) | Stage five | Stage five |

*Each stage assumes the associated GFR level has been in effect for at least
three months.  Stages 1 to 5, with or without kidney disease, indicate
chronic kidney disease.
Notes: Determination of stages one and two (with eGFR >59mL/min/1.73 m2)
requires estimation of kidney damage for at least three months as defined by
structural or functional abnormalities of the kidney, manifested by either:
Pathological abnormalities or Markers of kidney damage (including
abnormalities in the composition of the blood or urine or abnormalities in
imaging tests).

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM SERUM | 142 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.0 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 101 | | mmol/L | 98-108 | HG |
| CO2 TOTAL | 27 | | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 14 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 16 | | mg/dL | 7-23 | HG |
| GLUCOSE | 113 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.19 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.6 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.3 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.6 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.7 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 81 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE(SGPT | 28 | | U/L | 9-51 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 28 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 62.1 | | mL/min/-1.73m2 | | HG |
| | 75.3 | | | | HG |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex  : Male
```

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
|           | 1.73m2 |          |      |                 |        |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 19H-219C1948     Requisition: C71611316004
Drawn:08/07/19 00:58    Received:08/07/19 21:14    Reported: 08/07/19 22:43
```

```
Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE     2.02              mIU/L    0.45-4.70    HG
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male

---

Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 19H-219C1949 | Requisition: C71611316003 | | | | |
| Drawn:08/07/19 00:58 | Received:08/07/19 21:08 | Reported: 08/07/19 22:24 | | | |
| Procedure: GLYCOSYLATED HEMOGLOBIN (A1C) | | | | | |
| GLYCOSYLATED HEMOGLOBIN (A1C) | 7.2 | H | % | 4.0-6.0 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Barbara J. Bryant, MD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 19H-219H0701     Requisition:
Drawn:08/07/19 00:58     Received:08/07/19 21:08     Reported: 08/07/19 21:25

Procedure: CBC WITH DIFFERENTIAL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 8.69 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.90 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 14.2 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 43.9 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR VOLUME | 89.6 | | fL | 81.7-95.6 | HG |
| MEAN CORPUSCULAR HGB | 29.0 | | pg | 26.1-32.7 | HG |
| MEAN CORP HGB CONCENTRATION | 32.3 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 41.8 | | fL | 38.5-51.6 | HG |
| RED CELL DISTRIBUTION WIDTH CV | 12.9 | | % | 12.1-15.4 | HG |
| PLATELET COUNT | 285 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 10.1 | | fL | 9.8-13.0 | HG |
| NUCLEATED RBC PERCENT | 0.0 | | /100 WB-Cs | 0.0-10.0 | HG |
| NUCLEATED RBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| NEUTROPHIL PERCENT ADIFF | 54.0 | | % | | HG |
| IMMATURE GRANULOCYTE PERCENT ADIFF | 0.30 | | % | | HG |
| LYMPHOCYTE PERCENT ADIFF | 32.1 | | % | | HG |
| MONOCYTE PERCENT ADIFF | 9.7 | | % | | HG |
| EOSINOPHIL PERCENT ADIFF | 3.7 | | % | | HG |
| BASOPHIL PERCENT ADIFF | 0.2 | | % | | HG |
| NEUTROPHIL ABSOLUTE COUNT ADIFF | 4.69 | | 10*3/uL | 1.99-6.95 | HG |
| IMMATURE GRANULOCYTE ABSOLUTE COUNT ADIFF | 0.03 | | 10*3/uL | 0.00-0.06 | HG |
| LYMPHOCYTE ABSOLUTE COUNT ADIFF | 2.79 | | 10*3/uL | 1.09-3.23 | HG |
| MONOCYTE ABSOLUTE COUNT ADIFF | 0.84 | | 10*3/uL | 0.36-1.02 | HG |
| EOSINOPHIL ABSOLUTE COUNT ADIFF | 0.32 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHIL ABSOLUTE COUNT ADIFF | <0.03 | | 10*3/uL | 0.01-0.09 | HG |

---

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX   78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 19H-219I0281     Requisition: C71611316006
Drawn:08/07/19 00:58   Received:08/07/19 21:00   Reported: 08/08/19 12:24
```

```
Procedure: MICROALBUMIN URINE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE URINE | 195.2 | | mg/dL | | HG |
| MICROALBUMIN URINE | 46 | H | ug/mL | 0-45 | HG |
| ALBUMIN URINE /MMOL CREATININE | 2663 | | ug/mmol-creatinine | 0-3,500 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --     Sex   : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY  TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 19H-219C1950    Requisition: C71611316007
Drawn:08/07/19 00:58   Received:08/07/19 21:00    Reported: 08/07/19 22:13
```

| Procedure: URINALYSIS | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | Clear | | | Clear | HG |
| COLOR | Yellow | | | Yellow | HG |
| PH URINE | 5.0 | | | 4.8-8.0 | HG |
| SPECIFIC GRAVITY URINE | 1.018 | | | 1.003-1.030 | HG |
| GLUCOSE QUALITATIVE U | Normal | | | Normal | HG |
| BLOOD URINE | Negative | | | Negative | HG |
| KETONES URINE | Negative | | | Negative | HG |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | HG |
| UROBILINOGEN URINE | Normal | | | Normal | HG |
| BILIRUBIN URINE | Negative | | | Negative | HG |
| NITRITE URINE | Negative | | | Negative | HG |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | HG |
| RED BLOOD CELLS URINE | <1 | | HPF | 0-3 | HG |
| WHITE BLOOD CELLS URINE | 1 | | HPF | 0-5 | HG |
| BACTERIA | Negative | | | Negative | HG |
| MUCOUS, URINE | Slight | A | LPF | Negative | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Barbara J. Bryant, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : WAGNER, PAMELA
Facility      : CONNALLY (CY)
                899 FM 632
                KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: 19H-219C1948     Requisition: C71611316005
Drawn:08/07/19 00:58   Received:08/07/19 21:14    Reported: 08/07/19 22:09

| Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL) | | | | | |
|---|---|---|---|---|---|
| CHOLESTEROL | 132 | | mg/dL | 120-200 | HG |
| HIGH DENSITY LIPOPROTEIN CHOL | 32 | L | mg/dL | >40 | HG |
| HDL CHOLESTEROL RATIO | 4.1 | | | <=5.0 | HG |
| TRIGLYCERIDES | 158 | | mg/dL | 30-170 | HG |
| LOW DENSITY LIPOPROTEIN CHOL | 68 | | mg/dL | <=160 | HG |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 32 | | mg/dL | 5-60 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Barbara J. Bryant, MD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: DL335793K      Requisition: 67798105
Drawn:04/16/19 05:55   Received:04/17/19 04:24   Reported: 04/17/19 05:52
```

Procedure: CBC (INCLUDES DIFF/PLT)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| WHITE BLOOD CELL COUNT | 6.6 | | Thousand/uL | 3.8-10.8 | IG |
| RED BLOOD CELL COUNT | 4.64 | | Million/uL | 4.20-5.80 | IG |
| HEMOGLOBIN | 13.5 | | g/dL | 13.2-17.1 | IG |
| HEMATOCRIT | 40.2 | | % | 38.5-50.0 | IG |
| MCV | 86.6 | | fL | 80.0-100.0 | IG |
| MCH | 29.1 | | pg | 27.0-33.0 | IG |
| MCHC | 33.6 | | g/dL | 32.0-36.0 | IG |
| RDW | 13.0 | | % | 11.0-15.0 | IG |
| PLATELET COUNT | 280 | | Thousand/uL | 140-400 | IG |
| MPV | 9.6 | | fL | 7.5-12.5 | IG |
| ABSOLUTE NEUTROPHILS | 3597 | | cells/uL | 1500-7800 | IG |
| ABSOLUTE LYMPHOCYTES | 2006 | | cells/uL | 850-3900 | IG |
| ABSOLUTE MONOCYTES | 640 | | cells/uL | 200-950 | IG |
| ABSOLUTE EOSINOPHILS | 323 | | cells/uL | 15-500 | IG |
| ABSOLUTE BASOPHILS | 33 | | cells/uL | 0-200 | IG |
| NEUTROPHILS | 54.5 | | % | | IG |
| LYMPHOCYTES | 30.4 | | % | | IG |
| MONOCYTES | 9.7 | | % | | IG |
| EOSINOPHILS | 4.9 | | % | | IG |
| BASOPHILS | 0.5 | | % | | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 04/17/2019 06:08                        Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 04/23/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: DL335793K | Requisition: 67798105 | | | | |
| Drawn:04/16/19 05:55 | Received:04/17/19 04:24 | | Reported: 04/17/19 06:30 | | |
| Procedure: LIPID PANEL, STANDARD | | | | | |
| CHOLESTEROL, TOTAL | 120 | | mg/dL | <200 | IG |
| HDL CHOLESTEROL | 29 | L | mg/dL | >40 | IG |
| TRIGLYCERIDES | 303 | H | mg/dL | <150 | IG |
| LDL-CHOLESTEROL | 59 | | mg/dL (- calc) | | IG |

```
    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)
```

| CHOL/HDLC RATIO | 4.1 | | (calc) | <5.0 | IG |
|---|---|---|---|---|---|
| NON HDL CHOLESTEROL | 91 | | mg/dL (- calc) | <130 | IG |

```
    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445     ROBERT L BRECKENRIDGE,MD
```

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 04/17/2019 06:53                        Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 04/23/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: DL341006K        Requisition: 70061848
Drawn:04/16/19 05:55   Received:04/17/19 06:16    Reported: 04/17/19 07:46
```

Procedure: URINALYSIS, COMPLETE

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| COLOR | YELLOW | | | YELLOW | IG |
| APPEARANCE | CLEAR | | | CLEAR | IG |
| SPECIFIC GRAVITY | 1.019 | | | 1.001-1.035 | IG |
| PH | < OR = 5.0 | | | 5.0-8.0 | IG |
| GLUCOSE | TRACE | A | | NEGATIVE | IG |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | IG |
| KETONES | NEGATIVE | | | NEGATIVE | IG |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE | IG |
| PROTEIN | NEGATIVE | | | NEGATIVE | IG |
| NITRITE | NEGATIVE | | | NEGATIVE | IG |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE | IG |
| WBC | NONE SEEN | | /HPF | < OR = 5 | IG |
| RBC | NONE SEEN | | /HPF | < OR = 2 | IG |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | /HPF | < OR = 5 | IG |
| BACTERIA | NONE SEEN | | /HPF | NONE SEEN | IG |
| HYALINE CAST | NONE SEEN | | /LPF | NONE SEEN | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

```
L    Low, H   High, A   Abnormal Alpha
```

```
Print Date: 04/17/2019 08:08                      Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 04/23/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: DL335793K        Requisition: 67798105
Drawn:04/16/19 05:55   Received:04/17/19 04:24   Reported: 04/17/19 12:14
```

```
Procedure: MICROALBUMIN, RANDOM URINE (W/CREATININE)
CREATININE, RANDOM URINE       115            mg/dL    20-320        IG
MICROALBUMIN                   2.0            mg/dL                  IG
    Reference Range
    Not established
MICROALBUMIN/CREATININE RATIO- 17            mcg/mg - <30           IG
, RANDOM URINE                               creat
```

```
    The ADA defines abnormalities in albumin
    excretion as follows:

    Category          Result (mcg/mg creatinine)

    Normal                  <30
    Microalbuminuria        30-299
    Clinical albuminuria    > OR = 300

    The ADA recommends that at least two of three
    specimens collected within a 3-6 month period be
    abnormal before considering a patient to be
    within a diagnostic category.

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445      ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A   Abnormal Alpha
```

```
Print Date: 04/17/2019 12:38                          Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 04/23/2019.
##And No Others##
```

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958   SSN: 000005040          Page: 438

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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     Sex   : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: DL335793K       Requisition: 67798105
Drawn:04/16/19 05:55   Received:04/17/19 04:24   Reported: 04/17/19 07:07
```

```
Procedure: HEMOGLOBIN A1c
HEMOGLOBIN A1c          7.6          H    % of to-  <5.7          IG
                                          tal Hgb
```

For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled and a value greater than or equal to 7% indicates suboptimal control. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

```
Test Performed at:  IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX  75063-2445     ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 04/17/2019 07:23                        Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 04/23/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

Lab Data Imported From and Tests Performed By:
Quest  972-916-3200

---

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male

---

Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Accession: DL335793K        Requisition: 67798105
Drawn:04/16/19 05:55    Received:04/17/19 04:24    Reported: 04/17/19 06:30

Procedure: TSH

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| TSH | 1.89 | | mIU/L | 0.40-4.50 | IG |

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD

---

L     Low, H    High, A    Abnormal Alpha

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```
---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: DL335793K       Requisition: 67798105
Drawn:04/16/19 05:55   Received:04/17/19 04:24   Reported: 04/17/19 06:30
```

Procedure: COMPREHENSIVE METABOLIC PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLUCOSE | 205 | H | mg/dL | 65-99 | IG |

> Fasting reference interval
>
> For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| UREA NITROGEN (BUN) | 23 | | mg/dL | 7-25 | IG |
| CREATININE | 1.18 | | mg/dL | 0.70-1.25 | IG |

> For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| eGFR NON-AFR. AMERICAN | 67 | | mL/min/-1.73m2 | > OR = 60 | IG |
| eGFR AFRICAN AMERICAN | 77 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | NOT APPLICABLE | | (calc) | 6-22 | IG |
| SODIUM | 139 | | mmol/L | 135-146 | IG |
| POTASSIUM | 4.4 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 102 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 26 | | mmol/L | 20-32 | IG |
| CALCIUM | 9.2 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 6.7 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 4.3 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.4 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 1.8 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.6 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 71 | | U/L | 40-115 | IG |
| AST | 15 | | U/L | 10-35 | IG |
| ALT | 11 | | U/L | 9-46 | IG |

```
Print Date: 04/17/2019 06:53                    Page: 1/2
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
     Test Performed at:  IG
     QUEST DIAGNOSTICS-IRVING
     4770 REGENT BLVD.
     IRVING, TX  75063-2445      ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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     Sex   : Male
```

```
Ordering
Physician     : BARBER, MARK
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: DL341005K         Requisition: 69426109
Drawn:04/16/19 05:55   Received:04/17/19 06:15    Reported: 04/17/19 10:58

Procedure: PSA, TOTAL
PSA, TOTAL                    0.5                  ng/mL    < OR = 4.0    IG
     The total PSA value from this assay system is
     standardized against the WHO standard. The test
     result will be approximately 20% lower when compared
     to the equimolar-standardized total PSA (Beckman
     Coulter). Comparison of serial PSA results should be
     interpreted with this fact in mind.

     This test was performed using the Siemens
     chemiluminescent method. Values obtained from
     different assay methods cannot be used
     interchangeably. PSA levels, regardless of
     value, should not be interpreted as absolute
     evidence of the presence or absence of disease.

     Test Performed at:  IG
     QUEST DIAGNOSTICS-IRVING
     4770 REGENT BLVD.
     IRVING, TX  75063-2445     ROBERT L BRECKENRIDGE,MD
```

```
L     Low, H    High, A    Abnormal Alpha
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

TELFORD (TO)

                              LABORATORY
                                  ,

                          LABORATORY DIRECTOR


MRN         : 864378   Accession:69530516      Age  :60 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(   )  -
Admitting MD: UNKNOWN   UNKNOWN               Phone:
Attending MD: UNKNOWN   UNKNOWN               Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech        : WANDA L MULDROW            Verifier:WANDA L MULDROW
Collection Time: 03/08/2019 10:18
Result Time   : 03/08/2019 10:18
Report Time   : 03/08/2019 10:19
Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| OCCULT 1 | NEG |   | NEG |  |
| OCCULT 2 | NEG | A | NEG |  |
| OCCULT 3 | NEG |   | NEG |  |


This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: DL932511G | Requisition: 64470629 | | | | |
| Drawn:01/15/19 04:45 | Received:01/16/19 04:50 | | Reported: 01/16/19 06:34 | | |
| Procedure: CBC (INCLUDES DIFF/PLT) | | | | | |
| WHITE BLOOD CELL COUNT | 6.9 | | Thousand/uL | 3.8-10.8 | IG |
| RED BLOOD CELL COUNT | 4.68 | | Million/uL | 4.20-5.80 | IG |
| HEMOGLOBIN | 13.7 | | g/dL | 13.2-17.1 | IG |
| HEMATOCRIT | 40.2 | | % | 38.5-50.0 | IG |
| MCV | 85.9 | | fL | 80.0-100.0 | IG |
| MCH | 29.3 | | pg | 27.0-33.0 | IG |
| MCHC | 34.1 | | g/dL | 32.0-36.0 | IG |
| RDW | 12.9 | | % | 11.0-15.0 | IG |
| PLATELET COUNT | 271 | | Thousand/uL | 140-400 | IG |
| MPV | 10.1 | | fL | 7.5-12.5 | IG |
| ABSOLUTE NEUTROPHILS | 3657 | | cells/uL | 1500-7800 | IG |
| ABSOLUTE LYMPHOCYTES | 2236 | | cells/uL | 850-3900 | IG |
| ABSOLUTE MONOCYTES | 628 | | cells/uL | 200-950 | IG |
| ABSOLUTE EOSINOPHILS | 359 | | cells/uL | 15-500 | IG |
| ABSOLUTE BASOPHILS | 21 | | cells/uL | 0-200 | IG |
| NEUTROPHILS | 53 | | % | | IG |
| LYMPHOCYTES | 32.4 | | % | | IG |
| MONOCYTES | 9.1 | | % | | IG |
| EOSINOPHILS | 5.2 | | % | | IG |
| BASOPHILS | 0.3 | | % | | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L    Low, H    High, A    Abnormal Alpha
```

```
Print Date: 01/16/2019 06:53                          Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 01/17/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: DL925937G      Requisition: 67768433
Drawn:01/15/19 04:45   Received:01/16/19 02:02     Reported: 01/16/19 05:21

Procedure: HEMOGLOBIN A1c

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| HEMOGLOBIN A1c | 6.3 | H | % of to-tal Hgb | <5.7 | IG |

```
    For someone without known diabetes, a hemoglobin
    A1c value between 5.7% and 6.4% is consistent with
    prediabetes and should be confirmed with a
    follow-up test.

    For someone with known diabetes, a value <7%
    indicates that their diabetes is well controlled. A1c
    targets should be individualized based on duration of
    diabetes, age, comorbid conditions, and other
    considerations.

    This assay result is consistent with an increased risk
    of diabetes.

    Currently, no consensus exists regarding use of
    hemoglobin A1c for diagnosis of diabetes for children.


    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

L     Low, H    High, A    Abnormal Alpha

```
Print Date: 01/16/2019 05:38                           Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 01/17/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| **Accession: DL932511G** | **Requisition: 64470629** | | | | |
| Drawn:01/15/19 04:45 | Received:01/16/19 04:50 | | Reported: 01/16/19 07:11 | | |
| Procedure: COMPREHENSIVE METABOLIC PANEL | | | | | |
| GLUCOSE | 134 | H | mg/dL | 65-99 | IG |

Fasting reference interval

For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| UREA NITROGEN (BUN) | 12 | | mg/dL | 7-25 | IG |
| CREATININE | 1.10 | | mg/dL | 0.70-1.25 | IG |

For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | 73 | | mL/min/-1.73m2 | > OR = 60 | IG |
| eGFR AFRICAN AMERICAN | 84 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | NOT APPLICABLE | | (calc) | 6-22 | IG |
| SODIUM | 141 | | mmol/L | 135-146 | IG |
| POTASSIUM | 3.8 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 104 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 25 | | mmol/L | 20-32 | IG |
| CALCIUM | 8.8 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 6.8 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 4.5 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.3 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 2.0 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.5 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 77 | | U/L | 40-115 | IG |
| AST | 16 | | U/L | 10-35 | IG |
| ALT | 11 | | U/L | 9-46 | IG |

```
Print Date: 01/16/2019 07:23                      Page: 1/2
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Unit Flag | Reference Range | LAB ID |
|-----------|--------|---------------|-----------------|--------|

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L    Low, H    High, A    Abnormal Alpha
```

```
Print Date: 01/16/2019 07:23                          Page: 2/2
Electronically Signed by WALDEN, LINDA L. D.O. on 01/17/2019.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```
---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: DL457038E       Requisition: 62599933
Drawn:10/02/18 06:08    Received:10/03/18 01:19    Reported: 10/03/18 04:33

Procedure: TSH
TSH                        1.75            mIU/L    0.40-4.50    IG

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445     ROBERT L BRECKENRIDGE,MD
```
---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 10/03/2018 04:53                          Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: DL457044E      Requisition: 62599882
Drawn:10/02/18 06:08   Received:10/03/18 01:26   Reported: 10/03/18 02:45
```

Procedure: HEMOGLOBIN A1c

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| HEMOGLOBIN A1c | 7.2 | H | % of total Hgb | <5.7 | IG |

```
    For someone without known diabetes, a hemoglobin A1c
    value of 6.5% or greater indicates that they may have
    diabetes and this should be confirmed with a follow-up
    test.

    For someone with known diabetes, a value <7% indicates
    that their diabetes is well controlled and a value
    greater than or equal to 7% indicates suboptimal
    control. A1c targets should be individualized based on
    duration of diabetes, age, comorbid conditions, and
    other considerations.

    Currently, no consensus exists regarding use of
    hemoglobin A1c for diagnosis of diabetes for children.


    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 10/03/2018 03:08                          Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958   SSN: 000005040          Page: 450

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```
---
```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```
---
```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: DL457038E       Requisition: 62599933
Drawn:10/02/18 06:08   Received:10/03/18 01:19   Reported: 10/03/18 03:58
```

Procedure: COMPREHENSIVE METABOLIC PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| GLUCOSE | 157 | H | mg/dL | 65-99 | IG |

Fasting reference interval

For someone without known diabetes, a glucose value >125 mg/dL indicates that they may have diabetes and this should be confirmed with a follow-up test.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| UREA NITROGEN (BUN) | 15 | | mg/dL | 7-25 | IG |
| CREATININE | 1.17 | | mg/dL | 0.70-1.25 | IG |

For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | 67 | | mL/min/-1.73m2 | > OR = 60 | IG |
| eGFR AFRICAN AMERICAN | 78 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | NOT APPLICABLE | | (calc) | 6-22 | IG |
| SODIUM | 141 | | mmol/L | 135-146 | IG |
| POTASSIUM | 3.9 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 104 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 27 | | mmol/L | 20-32 | IG |
| CALCIUM | 8.9 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 6.8 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 4.3 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.5 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.7 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 58 | | U/L | 40-115 | IG |
| AST | 22 | | U/L | 10-35 | IG |
| ALT | 22 | | U/L | 9-46 | IG |

```
Print Date: 10/03/2018 04:08                    Page: 1/2
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Unit<br>Flag | Reference<br>Range | LAB<br>ID |
|---|---|---|---|---|

---

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445      ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: DL457038E       Requisition: 62599933
Drawn:10/02/18 06:08   Received:10/03/18 01:19   Reported: 10/03/18 09:22
```

```
Procedure: URINALYSIS, COMPLETE
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| COLOR | YELLOW | | | YELLOW | IG |
| APPEARANCE | CLEAR | | | CLEAR | IG |
| SPECIFIC GRAVITY | 1.018 | | | 1.001-1.035 | IG |
| PH | 5.5 | | | 5.0-8.0 | IG |
| GLUCOSE | TRACE | A | | NEGATIVE | IG |
| BILIRUBIN | NEGATIVE | | | NEGATIVE | IG |
| KETONES | NEGATIVE | | | NEGATIVE | IG |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE | IG |
| PROTEIN | NEGATIVE | | | NEGATIVE | IG |
| NITRITE | NEGATIVE | | | NEGATIVE | IG |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE | IG |
| WBC | 0-5 | | /HPF | < OR = 5 | IG |
| RBC | NONE SEEN | | /HPF | < OR = 2 | IG |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | /HPF | < OR = 5 | IG |
| BACTERIA | NONE SEEN | | /HPF | NONE SEEN | IG |
| HYALINE CAST | NONE SEEN | | /LPF | NONE SEEN | IG |
| COMMENT: | See Below | | | | IG |

```
     This urine was analyzed for the presence of WBC,
     RBC, bacteria, casts, and other formed elements.
     Only those elements seen were reported.



     Test Performed at:  IG
     QUEST DIAGNOSTICS-IRVING
     4770 REGENT BLVD.
     IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 10/03/2018 09:38                           Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958   SSN: 000005040          Page: 463

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| Accession: DL457038E | Requisition: 62599933 | | | | |
| Drawn:10/02/18 06:08 | Received:10/03/18 01:19 | | Reported: 10/03/18 05:45 | | |
| Procedure: CBC (INCLUDES DIFF/PLT) | | | | | |
| WHITE BLOOD CELL COUNT | 6.2 | | Thousand/uL | 3.8-10.8 | IG |
| RED BLOOD CELL COUNT | 4.65 | | Million/uL | 4.20-5.80 | IG |
| HEMOGLOBIN | 13.6 | | g/dL | 13.2-17.1 | IG |
| HEMATOCRIT | 40.3 | | % | 38.5-50.0 | IG |
| MCV | 86.7 | | fL | 80.0-100.0 | IG |
| MCH | 29.2 | | pg | 27.0-33.0 | IG |
| MCHC | 33.7 | | g/dL | 32.0-36.0 | IG |
| RDW | 12.8 | | % | 11.0-15.0 | IG |
| PLATELET COUNT | 248 | | Thousand/uL | 140-400 | IG |
| MPV | 9.6 | | fL | 7.5-12.5 | IG |
| ABSOLUTE NEUTROPHILS | 2852 | | cells/uL | 1500-7800 | IG |
| ABSOLUTE LYMPHOCYTES | 2461 | | cells/uL | 850-3900 | IG |
| ABSOLUTE MONOCYTES | 608 | | cells/uL | 200-950 | IG |
| ABSOLUTE EOSINOPHILS | 248 | | cells/uL | 15-500 | IG |
| ABSOLUTE BASOPHILS | 31 | | cells/uL | 0-200 | IG |
| NEUTROPHILS | 46 | | % | | IG |
| LYMPHOCYTES | 39.7 | | % | | IG |
| MONOCYTES | 9.8 | | % | | IG |
| EOSINOPHILS | 4.0 | | % | | IG |
| BASOPHILS | 0.5 | | % | | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 10/03/2018 06:08                        Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: DL457038E        Requisition: 62599933
Drawn:10/02/18 06:08    Received:10/03/18 01:19    Reported: 10/03/18 03:58
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Procedure: LIPID PANEL, STANDARD | | | | | |
| CHOLESTEROL, TOTAL | 129 | | mg/dL | <200 | IG |
| HDL CHOLESTEROL | 30 | L | mg/dL | >40 | IG |
| TRIGLYCERIDES | 229 | H | mg/dL | <150 | IG |
| LDL-CHOLESTEROL | 70 | | mg/dL (-calc) | | IG |

```
    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOL/HDLC RATIO | 4.3 | | (calc) | <5.0 | IG |
| NON HDL CHOLESTEROL | 99 | | mg/dL (-calc) | <130 | IG |

```
    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L    Low, H   High, A   Abnormal Alpha
```

```
Print Date: 10/03/2018 04:08                        Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 10/04/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : RUSSELL, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: DL312562C        Requisition: 62599882
Drawn:07/10/18 07:26   Received:07/11/18 04:51   Reported: 07/11/18 07:59
```

```
Procedure: HEMOGLOBIN A1c
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| HEMOGLOBIN A1c | 7.8 | H | % of to-tal Hgb | <5.7 | IG |

For someone without known diabetes, a hemoglobin A1c value of 6.5% or greater indicates that they may have diabetes and this should be confirmed with a follow-up test.

For someone with known diabetes, a value <7% indicates that their diabetes is well controlled and a value greater than or equal to 7% indicates suboptimal control. A1c targets should be individualized based on duration of diabetes, age, comorbid conditions, and other considerations.

Currently, no consensus exists regarding use of hemoglobin A1c for diagnosis of diabetes for children.

```
Test Performed at:  IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX  75063-2445    ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 07/11/2018 08:08                        Page: 1/1
Electronically Signed by RUSSELL, JANET M. PA-C on 07/12/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Report Status: Complete

Accession: DL625534Y       Requision: 62599882
Drawn:03/27/18 07:07   Received:03/28/18 01:43   Reported: 03/28/18 04:04

Procedure: HEMOGLOBIN A1c
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| HEMOGLOBIN A1c | 8.1 | H | % of to-tal Hgb | <5.7 | IG |

```
    For someone without known diabetes, a hemoglobin A1c
    value of 6.5% or greater indicates that they may have
    diabetes and this should be confirmed with a follow-up
    test.

    For someone with known diabetes, a value <7% indicates
    that their diabetes is well controlled and a value
    greater than or equal to 7% indicates suboptimal
    control. A1c targets should be individualized based on
    duration of diabetes, age, comorbid conditions, and
    other considerations.

    Currently, no consensus exists regarding use of
    hemoglobin A1c for diagnosis of diabetes for children.


    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063     ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 03/28/2018 04:23                         Page: 1/1
Electronically Signed by MORELAND, JANET M. PA-C on 03/29/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Report Status: Complete

Accession: DL622304W      Requistion: 62599882
Drawn:01/16/18 08:17   Received:01/19/18 01:40   Reported: 01/19/18 04:54

Procedure: HEMOGLOBIN A1c
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| HEMOGLOBIN A1c | 8.0 | H | % of to-tal Hgb | <5.7 | IG |

```
    For someone without known diabetes, a hemoglobin A1c
    value of 6.5% or greater indicates that they may have
    diabetes and this should be confirmed with a follow-up
    test.

    For someone with known diabetes, a value <7% indicates
    that their diabetes is well controlled and a value
    greater than or equal to 7% indicates suboptimal
    control. A1c targets should be individualized based on
    duration of diabetes, age, comorbid conditions, and
    other considerations.

    Currently, no consensus exists regarding use of
    hemoglobin A1c for diagnosis of diabetes for children.


    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 01/19/2018 05:08                        Page: 1/1
Electronically Signed by MORELAND, JANET M. PA-C on 01/29/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

Report Status: Complete

Accession: DL048745U      Requistion: 62599899
Drawn:10/17/17 06:37    Received:10/18/17 06:41    Reported: 10/18/17 10:15

Procedure: LIPID PANEL

| CHOLESTEROL, TOTAL | 156 | | mg/dL | <200 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: LIPID PANEL

| HDL CHOLESTEROL | 25 | L | mg/dL | >40 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: LIPID PANEL

| TRIGLYCERIDES | 216 | H | mg/dL | <150 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: LIPID PANEL

| LDL-CHOLESTEROL | 97 | | mg/dL (-calc) | | IG |

```
    Reference range: <100

    Desirable range <100 mg/dL for patients with CHD or
    diabetes and <70 mg/dL for diabetic patients with
    known heart disease.
```

Print Date: 10/18/2017 10:23                         Page: 1/5

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```
---
```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```
---
```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: LIPID PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CHOL/HDLC RATIO | 6.2 | H | (calc) | <5.0 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: LIPID PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| NON HDL CHOLESTEROL | 131 | H | mg/dL (-calc) | <130 | IG |

```
    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: COMPREHENSIVE METABOLIC PANEL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| GLUCOSE | 172 | H | mg/dL | 65-99 | IG |

```
                Fasting reference interval

    For someone without known diabetes, a glucose
    value >125 mg/dL indicates that they may have
```

Print Date: 10/18/2017 10:23                    Page: 2/5

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| diabetes and this should be confirmed with a follow-up test. | | | | | |
| UREA NITROGEN (BUN) | 18 | | mg/dL | 7-25 | IG |
| CREATININE | 1.07 | | mg/dL | 0.70-1.33 | IG |
| For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American. | | | | | |
| eGFR NON-AFR. AMERICAN | 76 | | mL/min/-1.73m2 | > OR = 60 | IG |
| eGFR AFRICAN AMERICAN | 88 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | NOT APPLICABLE | | (calc) | 6-22 | IG |
| SODIUM | 140 | | mmol/L | 135-146 | IG |
| POTASSIUM | 3.6 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 103 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 26 | | mmol/L | 20-31 | IG |
| CALCIUM | 9.0 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 7.0 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 4.3 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.7 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.7 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 66 | | U/L | 40-115 | IG |
| AST | 32 | | U/L | 10-35 | IG |
| ALT | 28 | | U/L | 9-46 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

```
Procedure: URINALYSIS, COMPLETE
```

| | | | |
|---|---|---|---|
| COLOR | YELLOW | YELLOW | IG |
| APPEARANCE | CLEAR | CLEAR | IG |
| SPECIFIC GRAVITY | 1.014 | 1.001-1.035 | IG |
| PH | 6.0 | 5.0-8.0 | IG |
| GLUCOSE | NEGATIVE | NEGATIVE | IG |

```
Print Date: 10/18/2017 10:23                    Page: 3/5
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:40 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician    : MORELAND, JANET
Facility     : TELFORD (TO)
               HWY 98 S OF I30
               NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| BILIRUBIN | NEGATIVE | | | NEGATIVE | IG |
| KETONES | NEGATIVE | | | NEGATIVE | IG |
| OCCULT BLOOD | NEGATIVE | | | NEGATIVE | IG |
| PROTEIN | NEGATIVE | | | NEGATIVE | IG |
| NITRITE | NEGATIVE | | | NEGATIVE | IG |
| LEUKOCYTE ESTERASE | NEGATIVE | | | NEGATIVE | IG |
| WBC | NONE SEEN | | /HPF | < OR = 5 | IG |
| RBC | NONE SEEN | | /HPF | < OR = 2 | IG |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | /HPF | < OR = 5 | IG |
| BACTERIA | NONE SEEN | | /HPF | NONE SEEN | IG |
| HYALINE CAST | NONE SEEN | | /LPF | NONE SEEN | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: CBC (INCLUDES DIFF/PLT)

| Test Name | Result | Unit | Reference Range | LAB ID |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 7.1 | Thousand/uL | 3.8-10.8 | IG |
| RED BLOOD CELL COUNT | 4.68 | Million/uL | 4.20-5.80 | IG |
| HEMOGLOBIN | 14.0 | g/dL | 13.2-17.1 | IG |
| HEMATOCRIT | 40.4 | % | 38.5-50.0 | IG |
| MCV | 86.3 | fL | 80.0-100.0 | IG |
| MCH | 29.9 | pg | 27.0-33.0 | IG |
| MCHC | 34.7 | g/dL | 32.0-36.0 | IG |
| RDW | 13.0 | % | 11.0-15.0 | IG |
| PLATELET COUNT | 293 | Thousand/uL | 140-400 | IG |
| MPV | 9.8 | fL | 7.5-12.5 | IG |
| ABSOLUTE NEUTROPHILS | 3749 | cells/uL | 1500-7800 | IG |
| ABSOLUTE LYMPHOCYTES | 2521 | cells/uL | 850-3900 | IG |
| ABSOLUTE MONOCYTES | 618 | cells/uL | 200-950 | IG |
| ABSOLUTE EOSINOPHILS | 192 | cells/uL | 15-500 | IG |
| ABSOLUTE BASOPHILS | 21 | cells/uL | 0-200 | IG |
| NEUTROPHILS | 52.8 | % | | IG |
| LYMPHOCYTES | 35.5 | % | | IG |
| MONOCYTES | 8.7 | % | | IG |
| EOSINOPHILS | 2.7 | % | | IG |

---

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| BASOPHILS | 0.3 | | % | | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

Procedure: TSH

| | | | | | |
|---|---|---|---|---|---|
| TSH | 1.49 | | mIU/L | 0.40-4.50 | IG |

```
    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063    ROBERT L BRECKENRIDGE,MD
```

---

```
L    Low, H   High, A   Abnormal Alpha
```

Print Date: 10/18/2017 10:23                          Page: 5/5
Electronically Signed by MORELAND, JANET M. PA-C on 01/05/2018.
##And No Others##

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958  SSN: 000005040          Page: 463

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Report Status: Complete

Accession: DL048743U      Requistion: 62599882
Drawn:10/17/17 06:37   Received:10/18/17 06:39   Reported: 10/18/17 08:04

Procedure: HEMOGLOBIN A1c
HEMOGLOBIN A1c            7.8            H   % of to-   <5.7        IG
                                            tal Hgb

    For someone without known diabetes, a hemoglobin A1c
    value of 6.5% or greater indicates that they may have
    diabetes and this should be confirmed with a follow-up
    test.

    For someone with known diabetes, a value <7% indicates
    that their diabetes is well controlled and a value
    greater than or equal to 7% indicates suboptimal
    control. A1c targets should be individualized based on
    duration of diabetes, age, comorbid conditions, and
    other considerations.

    Currently, no consensus exists regarding use of
    hemoglobin A1c for diagnosis of diabetes for children.


    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063     ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A    Abnormal Alpha
```

```
Print Date: 10/18/2017 08:08                          Page: 1/1
Electronically Signed by MORELAND, JANET M. PA-C on 01/05/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : WALDEN, LINDA
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Report Status: Complete

```
Accession: DL812775M      Requistion: 59528968
Drawn:05/16/17 08:40   Received:05/17/17 04:22   Reported: 05/17/17 06:45
```

Procedure: HEMOGLOBIN A1c

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| HEMOGLOBIN A1c | 9.0 | H | % of to-tal Hgb | <5.7 | IG |

For someone without known diabetes, a hemoglobin A1c
value of 6.5% or greater indicates that they may have
diabetes and this should be confirmed with a follow-up
test.

For someone with known diabetes, a value <7% indicates
that their diabetes is well controlled and a value
greater than or equal to 7% indicates suboptimal
control. A1c targets should be individualized based on
duration of diabetes, age, comorbid conditions, and
other considerations.

Currently, no consensus exists regarding use of
hemoglobin A1c for diagnosis of diabetes for children.

Test Performed at:  IG
QUEST DIAGNOSTICS-IRVING
4770 REGENT BLVD.
IRVING, TX  75063      ROBERT L BRECKENRIDGE,MD

```
L     Low, H     High, A    Abnormal Alpha
```

```
Print Date: 05/17/2017 07:08                      Page: 1/1
Electronically Signed by WALDEN, LINDA L. D.O. on 05/17/2017.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

TELFORD (TO)

MEDICAL

,

LABORATORY DIRECTOR


```
MRN        : 864378   Accession:59826639      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(   )  -
Admitting MD: UNKNOWN  UNKNOWN                 Phone:
Attending MD: UNKNOWN  UNKNOWN                 Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech        : WANDA L MULDROW          Verifier:WANDA L MULDROW
Collection Time: 03/22/2017 10:25
Result Time    : 03/22/2017 10:25
Report Time    : 03/22/2017 10:25
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| OCCULT 1 | NEG | | NEG | |
| OCCULT 2 | NEG | | NEG | |
| OCCULT 3 | NEG | | NEG | |


This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Report Status: Complete

Accession: DL680787C      Requistion: 57200193
Drawn:10/27/16 05:39   Received:10/28/16 03:27   Reported: 10/28/16 07:08

| Procedure | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Procedure: LIPID PANEL | | | | | |
| CHOLESTEROL, TOTAL | 129 | | mg/dL | 125-200 | IG |
| Procedure: LIPID PANEL | | | | | |
| HDL CHOLESTEROL | 29 | L | mg/dL | > OR = 40 | IG |
| Procedure: LIPID PANEL | | | | | |
| TRIGLYCERIDES | 141 | | mg/dL | <150 | IG |
| Procedure: LIPID PANEL | | | | | |
| LDL-CHOLESTEROL | 72 | | mg/dL (- calc) | <130 | IG |

    Desirable range <100 mg/dL for patients with CHD or
    diabetes and <70 mg/dL for diabetic patients with
    known heart disease.

| | | | | | |
|---|---|---|---|---|---|
| Procedure: LIPID PANEL | | | | | |
| CHOL/HDLC RATIO | 4.4 | | (calc) | < OR = 5.0 | IG |
| Procedure: LIPID PANEL | | | | | |
| NON HDL CHOLESTEROL | 100 | | mg/dL (- calc) | | IG |

    Target for non-HDL cholesterol is 30 mg/dL higher than
    LDL cholesterol target.

| Procedure: COMPREHENSIVE METABOLIC PANEL | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 105 | H | mg/dL | 65-99 | IG |

              Fasting reference interval

| | | | | | |
|---|---|---|---|---|---|
| UREA NITROGEN (BUN) | 17 | | mg/dL | 7-25 | IG |

Print Date: 10/28/2016 07:23                          Page: 1/3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex   : Male
```

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| CREATININE | 1.15 | | mg/dL | 0.70-1.33 | IG |

For patients >49 years of age, the reference limit for Creatinine is approximately 13% higher for people identified as African-American.

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| eGFR NON-AFR. AMERICAN | 70 | | mL/min/-1.73m2 | > OR = 60 | IG |
| eGFR AFRICAN AMERICAN | 81 | | mL/min/-1.73m2 | > OR = 60 | IG |
| BUN/CREATININE RATIO | NOT APPLICABLE | | (calc) | 6-22 | IG |
| SODIUM | 138 | | mmol/L | 135-146 | IG |
| POTASSIUM | 4.0 | | mmol/L | 3.5-5.3 | IG |
| CHLORIDE | 100 | | mmol/L | 98-110 | IG |
| CARBON DIOXIDE | 28 | | mmol/L | 20-31 | IG |
| CALCIUM | 9.5 | | mg/dL | 8.6-10.3 | IG |
| PROTEIN, TOTAL | 7.2 | | g/dL | 6.1-8.1 | IG |
| ALBUMIN | 4.4 | | g/dL | 3.6-5.1 | IG |
| GLOBULIN | 2.8 | | g/dL (c-alc) | 1.9-3.7 | IG |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | (calc) | 1.0-2.5 | IG |
| BILIRUBIN, TOTAL | 0.9 | | mg/dL | 0.2-1.2 | IG |
| ALKALINE PHOSPHATASE | 71 | | U/L | 40-115 | IG |
| AST | 18 | | U/L | 10-35 | IG |
| ALT | 14 | | U/L | 9-46 | IG |

Procedure: URINALYSIS MICROSCOPIC

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WBC | 0-5 | | /HPF | < OR = 5 | IG |
| RBC | 0-2 | | /HPF | < OR = 2 | IG |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | /HPF | < OR = 5 | IG |
| BACTERIA | NONE SEEN | | /HPF | NONE SEEN | IG |
| HYALINE CAST | NONE SEEN | | /LPF | NONE SEEN | IG |

Procedure: HEMOGLOBIN A1c

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| HEMOGLOBIN A1c | 6.6 | H | % of to-tal Hgb | <5.7 | IG |

According to ADA guidelines, hemoglobin A1c <7.0% represents optimal control in non-pregnant diabetic patients. Different metrics may apply to specific patient populations. Standards of Medical Care in Diabetes-2013. Diabetes Care. 2013;36:s11-s66

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From and Tests Performed By:
Quest  972-916-3200
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : 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    Sex  : Male
```

---

```
Ordering
Physician     : MORELAND, JANET
Facility      : TELFORD (TO)
                HWY 98 S OF I30
                NEW BOSTON  TX  75570
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
    For the purpose of screening for the presence of
    diabetes
    <5.7%      Consistent with the absence of diabetes
    5.7-6.4%   Consistent with increased risk for diabetes
               (prediabetes)
    >or=6.5%   Consistent with diabetes

    This assay result is consistent with diabetes
    mellitus.

    Currently, no consensus exists for use of hemoglobin
    A1c for diagnosis of diabetes for children.

    Test Performed at:  IG
    QUEST DIAGNOSTICS-IRVING
    4770 REGENT BLVD.
    IRVING, TX  75063     ROBERT L BRECKENRIDGE,MD
```

---

```
L     Low, H    High, A   Abnormal Alpha
```

Print Date: 10/28/2016 07:23                    Page: 3/3
Electronically Signed by MORELAND, JANET M. PA-C on 11/03/2016.
##And No Others##

Chart Export for: TIEDE, BERNHARDT I          DOB: 08/02/1958   SSN: 000005040          Page: 469

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

GURNEY (ND)

MEDICAL
,

LABORATORY DIRECTOR


```
MRN        : 864378   Accession:57145644    Age  :58 Years
Patient Name: TIEDE, BERNHARDT I           Sex  :Male
Home Phone  :                              Work :(   )   -
Admitting MD: UNKNOWN   UNKNOWN            Phone:
Attending MD:                              Phone:
Referring MD:                              Phone:
Ordering MD :                              Phone:


Tech        : PAIGE M BOND CCA             Verifier:PAIGE M BOND CCA
Collection Time: 09/06/2016 08:27
Result Time    : 09/06/2016 08:27
Report Time    : 09/06/2016 08:27
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| OCCULT 1 | neg | | NEG | |
| OCCULT 2 | neg | | NEG | |
| OCCULT 3 | neg | | NEG | |


This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician    : SEITZ, KAREN
Facility     : GURNEY (ND)
               FM 3328
               TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 16E-231C0121     Requistion: C56892404018
Drawn:08/18/16 08:50    Received:08/18/16 13:51    Reported: 08/18/16 15:29
```

```
Procedure: UA PHY CHARACTERISTIC + CHEM
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| APPEARANCE | Cloudy | A | | Clear | EST |
| COLOR | Yellow | | | Yellow, Straw | EST |
| PH URINE | 5.5 | | | 4.8-8.0 | EST |
| SPECIFIC GRAVITY URINE | >=1.030 | | | 1.003-1.030 | EST |
| GLUCOSE QUALITATIVE U | 100 mg/dL | A | | Negative | EST |
| BLOOD URINE | Negative | | | Negative | EST |
| KETONES URINE | Trace | A | | Negative | EST |
| PROTEIN URINE, URINALYSIS | Negative | | | Negative | EST |
| UROBILINOGEN URINE | 0.2 EU/dL | | | 0-1.0 EU/dL | EST |
| BILIRUBIN URINE | Negative | | | Negative | EST |
| NITRITE URINE | Negative | | | Negative | EST |
| LEUKOCYTE ESTERASE URINE | Negative | | | Negative | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

Accession: 16H-231C1952      Requistion: C56892404002
Drawn:08/18/16 08:39    Received:08/18/16 21:47    Reported: 08/18/16 22:50

Procedure: PROSTATIC SPECIFIC ANTIGEN

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| PROSTATIC SPECIFIC ANTIGEN | 0.56 | | ng/mL | <=4.00 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Timothy C Allen, MD

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

---

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 16E-231C0120     Requistion: C56892404005
Drawn:08/18/16 08:39    Received:08/18/16 13:51    Reported: 08/18/16 15:57


Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)
GLYCOSYLATED HEMOGLOBIN (A1C)  6.4            H     % NGSP    4.0-6.0        EST


Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 16E-231C0119    Requistion: C56892404008
Drawn:08/18/16 08:39   Received:08/18/16 13:51    Reported: 08/18/16 15:12
```

| Procedure: LIPID PANEL (80061)(TOTAL CHOLESTEROL, TRIGLYCERIDES, HDL) | | | | | |
|---|---|---|---|---|---|
| CHOLESTEROL | 199 | | mg/dL | 120-200 | EST |
| HIGH DENSITY LIPOPROTEIN CHOL | 34 | L | mg/dL | >40 | EST |
| HDL CHOLESTEROL RATIO | 5.9 | H | | <=5.0 | EST |
| TRIGLYCERIDES | 332 | H | mg/dL | 30-170 | EST |
| LOW DENSITY LIPOPROTEIN CHOL | 99 | | mg/dL | <=160 | EST |
| VLDL(LOW DENSITY LIPOPRO(CHOL) | 66 | H | mg/dL | 5-60 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician    : SEITZ, KAREN
Facility     : GURNEY (ND)
               FM 3328
               TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 16E-231C0119    Requistion: C56892404004
Drawn:08/18/16 08:39   Received:08/18/16 13:51    Reported: 08/18/16 15:12
```

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM SERUM | 143 | | mmol/L | 135-145 | EST |
| POTASSIUM SERUM | 4.2 | | mmol/L | 3.5-5.0 | EST |
| CHLORIDE SERUM | 102 | | mmol/L | 98-108 | EST |
| CO2 TOTAL | 29 | | mmol/L | 23-31 | EST |
| ANION GAP, BLOOD | 12 | | | 2-16 | EST |
| BLOOD UREA NITROGEN | 18 | | mg/dL | 7-23 | EST |
| GLUCOSE | 91 | | mg/dL | 70-110 | EST |
| CREATININE SERUM | 1.37 | H | mg/dL | 0.60-1.25 | EST |
| BILIRUBIN TOTAL | 0.8 | | mg/dL | 0.1-1.1 | EST |
| CALCIUM, SERUM | 10.1 | | mg/dL | 8.6-10.6 | EST |
| PROTEIN TOTAL SERUM | 8.1 | | g/dL | 6.3-8.2 | EST |
| ALBUMIN, SERUM | 4.8 | | g/dL | 3.5-5.0 | EST |
| ALKALINE PHOSPHATASE, TOTAL | 76 | | U/L | 34-122 | EST |
| ALANINE AMINO TRANSFERASE(SGPT | 34 | | U/L | 9-51 | EST |
| SGOT) ASPARATE AMINO TRANSFER | 31 | | U/L | 13-40 | EST |
| EGFR NON-AFRICAN AMERICAN | 53.4 | | mL/min/-1.73m2 | | EST |
| EGFR AFRICAN AMERICAN | 64.7 | | mL/min/-1.73m2 | | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320    Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

```
Accession: 16H-231C1952      Requistion: C56892404006
Drawn:08/18/16 08:39    Received:08/18/16 21:47    Reported: 08/18/16 22:50
```

```
Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE    1.81                  mIU/L    0.45-4.70    HG
```

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --   Sex  : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: 16E-231H0044      Requision: C56892404003
Drawn:08/18/16 08:39    Received:08/18/16 13:51      Reported: 08/18/16 14:22

Procedure: CBC WITH DIFFERENTIAL

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 10.73 | H | x10E3/uL | 4.20-10.70 | EST |
| RED BLOOD CELL COUNT | 5.22 | | x10E6/uL | 4.26-5.52 | EST |
| HEMOGLOBIN | 15.3 | | g/dL | 12.2-16.4 | EST |
| HEMATOCRIT | 44.2 | | % | 38.4-49.3 | EST |
| MEAN CORPUSCULAR HGB | 29.3 | | pg | 26.1-32.7 | EST |
| MEAN CORPUSCULAR VOLUME | 84.7 | | fL | 81.7-95.6 | EST |
| MEAN CORP HGB CONCENTRATION | 34.6 | | g/dL | 31.2-35.0 | EST |
| RED CELL DISTRIBUTION WIDTH | 12.3 | | % | 12.1-15.4 | EST |
| RED CELL DISTRIBUTION WIDTH SD | 37.0 | L | fL | 38.5-51.6 | EST |
| PLATELET COUNT | 351 | H | x10E3/uL | 150-328 | EST |
| MEAN PLATELET VOLUME | 10.3 | | fL | 9.8-13.0 | EST |
| PERCENT SEGMENTED NEUTROPHILS | 60.1 | | % | | EST |
| LYMPH PERCENT | 26.7 | | % | | EST |
| MONOCYTE PERCENT | 10.5 | | % | | EST |
| EOSINOPHIL PERCENT | 2.3 | | % | | EST |
| BASOPHIL PERCENT | 0.3 | | % | | EST |
| IMMATURE GRANS FOR AUTODIFF | 0.10 | | % | | EST |
| ABSOLUTE SEGMENTED NEUTROPHILS | 6.45 | | x10E3/uL | 1.99-6.95 | EST |
| LYMPHOCYTE ABSOLUTE | 2.86 | | x10E3/uL | 1.10-3.20 | EST |
| MONOCYTE ABSOLUTE | 1.13 | H | x10E3/uL | 0.40-1.00 | EST |
| EOSINOPHILS ABSOLUTE | 0.25 | | x10E3/uL | 0.06-0.53 | EST |
| BASOPHILS ABSOLUTE | 0.03 | | x10E3/uL | 0.00-0.09 | EST |
| ABSOLUTE IMMATURE GRANULOCYTES | 0.01 | | x10E3/uL | 0.00-0.06 | EST |

```
Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```

---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 16H-230C1552     Requistion: C56877150002
Drawn:08/17/16 07:17    Received:08/17/16 20:52    Reported: 08/17/16 21:59

Procedure: GALV ONLY - HIV  TYPE 1 AND 2 ANTIBODY TESTING
    HIV Interpretive Data:

    Negative:  0.00-1.00
    Reactive:  >1.00
HIV 1/2 ANTIBODY QUANTITATIVE  0.05                                 HG
HIV 1/2 TESTING                Negative              Negative       HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Timothy C Allen, MD
```

---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
```
---

```
Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
```
---

```
Ordering
Physician    : SEITZ, KAREN
Facility     : GURNEY (ND)
               FM 3328
               TENN. COLONY  TX  75861
```
---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

---

```
Accession: 16E-230C0307     Requistion: C56877150001
Drawn:08/17/16 07:17   Received:08/17/16 14:27    Reported: 08/17/16 16:47

Procedure: ADC OR ESTELLE ONLY - RPR
RPR (QUALITATIVE)             Nonreactive                  Nonreactive    EST


Test Performed at: EST
UTMB Lab Estelle TDCJ
264 FM 3478 Road
Huntsville, TX 77320     Anthony Okorodudu, Ph.D.
```
---

```
L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

```
Lab Data Imported From UTMB - Galveston Lab System
_____

Patient Name  : TIEDE, BERNHARDT I
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex   : Male
_____

Ordering
Physician     : SEITZ, KAREN
Facility      : GURNEY (ND)
                FM 3328
                TENN. COLONY  TX  75861

_____

Test Name                    Result       ABN  Unit    Reference      LAB
                                          Flag                 Range   ID
_____

Accession: 16H-230C1550      Requistion: C56855710001
Drawn:08/17/16 07:17    Received:08/17/16 20:52    Reported: 08/17/16 22:24

Procedure: HCV ANTIBODY
HCV ANTIBODY                 Negative                               HG
HCV ANTIBODY QUANTITATIVE    0.01                                   HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Timothy C Allen, MD
_____


L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                    Date:   08/08/2023 12:44
TDCJ#:  864378                               Facility:  ESTELLE (E2)

Age:  65          DOB: 08/02/1958     Sex:  Male          Race: WHITE               DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 8/8/2023:**

| BP: 182 / 79 (Sitting) | Weight: 243 Lbs. | Height: 75 In. | BMI: 30 (% Diff: +3.45) |
|---|---|---|---|
| Pulse: 112 (Sitting) | Resp: 18 / min | Temp: 98.2 (Forehead) | O2 Sat: 96% RA |

**Allergies**:  ACE INHIBITORS

## Current Medications:

**ALBUTEROL HFA INH 6.7G 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP  As Needed (PRN)

REFILLS: 1 / 1

EXPIRATION DATE: 2/05/2024 01:03:00PM

RX ID: 33221740
LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

REFILLS: 6 / 11

EXPIRATION DATE: 2/05/2024 01:01:00PM

RX ID: 33221707
LAST DATE GIVEN KOP: 07/10/2023 03:12:42PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP

REFILLS: 1 / 11

EXPIRATION DATE: 6/17/2024 01:03:00PM

RX ID: 33848608
LAST DATE GIVEN KOP: 07/28/2023 06:22:31PM

ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**CLOPIDOGREL 75MG TABLET \***
1 TABS ORAL EVERY MORNING for 30 Days KOP

TIA

REFILLS: 1 / 2

EXPIRATION DATE: 9/21/2023 01:16:00PM

RX ID: 33848746
LAST DATE GIVEN KOP: 07/28/2023 06:22:34PM

ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

REFILLS: 6 / 11

EXPIRATION DATE: 2/05/2024 01:01:00PM

RX ID: 33221709
LAST DATE GIVEN KOP: 07/10/2023 03:12:39PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 40MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

REFILLS: 7 / 11

EXPIRATION DATE: 12/25/2023 01:15:00PM

RX ID: 33033463
LAST DATE GIVEN KOP: 07/28/2023 06:22:27PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP

REFILLS: 6 / 11

EXPIRATION DATE: 2/05/2024 01:01:00PM

RX ID: 33221708
LAST DATE GIVEN KOP: 07/10/2023 03:12:46PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP  As Needed (PRN)

REFILLS: 2 / 2

EXPIRATION DATE: 9/10/2023 07:07:00AM

RX ID: 33789113
LAST DATE GIVEN KOP: 07/15/2023 06:44:33PM

ORDERING PROVIDER: BECK, DENE Y
ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP

NF# 896539A [INDEF]

REFILLS: 7 / 11

EXPIRATION DATE: 12/25/2023 01:15:00PM

RX ID: 33033472
LAST DATE GIVEN KOP: 07/28/2023 06:22:24PM

ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days

REFILLS: 6 / 11

RX ID: 33221706
LAST DATE GIVEN KOP: 07/13/2023 02:44:31PM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                          Date:   08/08/2023 12:44
TDCJ#: 864378                                      Facility:  ESTELLE (E2)

KOP

EXPIRATION DATE: 2/05/2024 01:01:00PM        ORDERING PROVIDER: BARBER, MARK A
                                             ORDERING FACILITY: ESTELLE (E2)

## Current Restrictions/PULHES:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 07/27/2021 | WAGNER, PAMELA K | Row Assignment Ground Floor Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12. No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

```
          P  U  L  H  E  S
DES:  3   1   1   1   2   1
COD:  M   A   A   A   B   A
MOD:  P   -   -   P   -   .
```

## Current Chronic Problems:

CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA [J44.9] first observed 03/27/2013 (Active)
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 08/17/2016 (Active)
HYPERLIPIDEMIA, UNSPECIFIED [E78.5] first observed 08/17/2016 (Active)
TYPE 2 DIABETES MELLITUS [E11] first observed 08/17/2016 (Active)

## Stopped Meds:

**ALBUTEROL HFA INH 6.7G 200PF**
PROVIDER: BARBER, MARK A
REFILLS: 1 / 1

2 PUFFS INHALATION 4 TIMES DAILY for 180 Days
KOP   As Needed (PRN)

START DATE:02/10/2023 13:03 PM
EXPIRATION DATE: 2/05/2024 13:03 PM
RX ID:33221740

**AMLODIPINE 10MG TABLET**
PROVIDER: BARBER, MARK A
REFILLS: 6 / 11

1 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:02/10/2023 13:01 PM
EXPIRATION DATE: 2/05/2024 13:01 PM
RX ID:33221707

**ATORVASTATIN 80MG TABLET**
PROVIDER: ROBERTSON, NATHANIEL R
REFILLS: 1 / 11

1 TABS ORAL EVERY EVENING for 30 Days KOP

START DATE:06/23/2023 13:03 PM
EXPIRATION DATE: 6/17/2024 13:03 PM
RX ID:33848608

**DULOXETINE DR 60MG CAPSULE**
PROVIDER: BARBER, MARK A
REFILLS: 6 / 11

1 CAPS ORAL EVERY EVENING for 30 Days KOP

START DATE:02/10/2023 13:01 PM
EXPIRATION DATE: 2/05/2024 13:01 PM
RX ID:33221709

**FUROSEMIDE 40MG TABLET**
PROVIDER: BARBER, MARK A
REFILLS: 7 / 11

1 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:12/30/2022 13:15 PM
EXPIRATION DATE: 12/25/2023 13:15 PM
RX ID:33033463

**GLIPIZIDE 10MG TABLET**
PROVIDER: BARBER, MARK A
REFILLS: 6 / 11

2 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:02/10/2023 13:01 PM
EXPIRATION DATE: 2/05/2024 13:01 PM
RX ID:33221708

**metFORMIN HCL 1000MG TABLET**
PROVIDER: BARBER, MARK A
REFILLS: 6 / 11

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:02/10/2023 13:01 PM
EXPIRATION DATE: 2/05/2024 13:01 PM
RX ID:33221706

## Started Meds:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:   TIEDE, BERNHARDT I       Date:   08/08/2023 12:44
TDCJ#:  864378       Facility:  ESTELLE (E2)

**ALBUTEROL HFA INH 6.7G 200PF**      2 PUFFS INHALATION 4 TIMES DAILY for 180 Days     START DATE:08/08/2023 12:50 PM
                                    KOP   As Needed (PRN)
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:50 PM
REFILLS: 0 / 1                                                      RX ID:34057339

**AMLODIPINE 10MG TABLET**      1 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:08/08/2023 12:50 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:50 PM
REFILLS: 0 / 11                                                      RX ID:34057342

**ATORVASTATIN 80MG TABLET**      1 TABS ORAL EVERY EVENING for 30 Days KOP     START DATE:08/08/2023 12:49 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:49 PM
REFILLS: 0 / 11                                                      RX ID:34057338

**DULOXETINE DR 60MG CAPSULE**      1 CAPS ORAL EVERY EVENING for 30 Days KOP     START DATE:08/08/2023 12:51 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:51 PM
REFILLS: 0 / 11                                                      RX ID:34057343

**FUROSEMIDE 40MG TABLET**      1 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:08/08/2023 12:51 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:51 PM
REFILLS: 0 / 11                                                      RX ID:34057344

**GLIPIZIDE 10MG TABLET**      2 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:08/08/2023 12:50 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:50 PM
REFILLS: 0 / 11                                                      RX ID:34057340

**metFORMIN HCL 1000MG TABLET**      1 TABS ORAL TWICE DAILY for 30 Days KOP     START DATE:08/08/2023 12:50 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:50 PM
REFILLS: 0 / 11                                                      RX ID:34057341

**TERAZOSIN 10MG CAPSULE**      1 CAPS ORAL EVERY EVENING for 30 Days KOP     START DATE:08/08/2023 12:48 PM
PROVIDER: OSA, JOHN                                                       EXPIRATION DATE: 8/02/2024 12:48 PM
REFILLS: 0 / 11                                                      RX ID:34057345


**Stopped Meds:**

**ALBUTEROL HFA INH 6.7G 200PF**      2 PUFFS INHALATION 4 TIMES DAILY for 180 Days     START DATE:02/10/2023 13:03 PM
                                    KOP   As Needed (PRN)
PROVIDER: BARBER, MARK A                                                      EXPIRATION DATE: 2/05/2024 13:03 PM
REFILLS: 1 / 1                                                       RX ID:33221740

**AMLODIPINE 10MG TABLET**      1 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:02/10/2023 13:01 PM
PROVIDER: BARBER, MARK A                                                       EXPIRATION DATE: 2/05/2024 13:01 PM
REFILLS: 6 / 11                                                      RX ID:33221707

**ATORVASTATIN 80MG TABLET**      1 TABS ORAL EVERY EVENING for 30 Days KOP     START DATE:06/23/2023 13:03 PM
PROVIDER: ROBERTSON, NATHANIEL R                                        EXPIRATION DATE: 6/17/2024 13:03 PM
REFILLS: 1 / 11                                                       RX ID:33848608

**DULOXETINE DR 60MG CAPSULE**      1 CAPS ORAL EVERY EVENING for 30 Days KOP     START DATE:02/10/2023 13:01 PM
PROVIDER: BARBER, MARK A                                                       EXPIRATION DATE: 2/05/2024 13:01 PM
REFILLS: 6 / 11                                                      RX ID:33221709

**FUROSEMIDE 40MG TABLET**      1 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:12/30/2022 13:15 PM
PROVIDER: BARBER, MARK A                                                       EXPIRATION DATE: 12/25/2023 13:15 PM
REFILLS: 7 / 11                                                      RX ID:33033463

**GLIPIZIDE 10MG TABLET**      2 TABS ORAL EVERY MORNING for 30 Days KOP     START DATE:02/10/2023 13:01 PM
PROVIDER: BARBER, MARK A                                                       EXPIRATION DATE: 2/05/2024 13:01 PM
REFILLS: 6 / 11                                                      RX ID:33221708

**metFORMIN HCL 1000MG TABLET**      1 TABS ORAL TWICE DAILY for 30 Days KOP     START DATE:02/10/2023 13:01 PM
PROVIDER: BARBER, MARK A                                                       EXPIRATION DATE: 2/05/2024 13:01 PM
REFILLS: 6 / 11                                                      RX ID:33221706

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                     Date:   08/08/2023 12:44
TDCJ#:  864378                                Facility:  ESTELLE (E2)

**Started Meds:**

**PREDNISONE 20MG TABLET**                    1 TABS ORAL EVERY MORNING for 5 Days KOP        START DATE:08/08/2023 12:55 PM
PROVIDER: OSA, JOHN                                                                          EXPIRATION DATE: 8/13/2023 12:55 PM
REFILLS: 0 / 0                                                                               RX ID:34057374

| CHEMISTRY | 07/07/2023 04:40 | 01/06/2023 02:14 |
|---|---|---|
| HGBA1C | 8.0 [H] | 7.9 [H] |
| ALBUMIN | 4.4 | 4.6 |
| ALK PHOS | 106 | 111 |
| ALT | 20 | 17 |
| ANION GAP | 10 | 10 |
| AST | 26 | 29 |
| BILI T | 0.4 | 0.5 |
| BUN | 20 | 18 |
| CALCIUM | 8.6 | 8.5 [L] |
| CHLORIDE | 101 | 99 |
| CHOL | 104 [L] | 140 |
| CO2 TOTAL | 27 | 26 |
| CREATININE | 1.08 | 1.15 |
| GLU | 333 [H] | 278 [H] |
| HDL | 21 [L] | 21 [L] |
| HDL CHOL | 5.0 | 6.7 [H] |
| LDL | 33 | 74 |
| POTASSIUM | 4.3 | 4.0 |
| SODIUM | 138 | 135 |
| TOTAL PROTEIN | 7.1 | 7.0 |
| TRIGLYCERIDES | 249 [H] | 227 [H] |
| VLDL | 50 | 45 |
| eGFR | 68.8 | 64.0 |

| FINGERSTICK GLUCOSE | 06/22/2023 18:59 | 02/05/2023 14:59 | 02/04/2023 15:36 | 02/03/2023 14:34 | 02/02/2023 16:05 | 02/01/2023 13:51 |
|---|---|---|---|---|---|---|
| FS GLU | 214 [H] | 224 [H] | 281 [H] | 251 [H] | 165 [H] | 139 [H] |

| HEMATOLOGY | 07/07/2023 04:40 | 01/06/2023 02:14 |
|---|---|---|
| ABSOLUTE I | <0.03 | <0.03 |
| BASO ABS | <0.03 | 0.03 |
| BASO% | 0.1 | 0.5 |
| EOSINO ABS | 0.31 | 0.21 |
| EOSINO% | 3.9 | 3.7 |
| GRAN IMMATURE | 0.30 | 0.20 |
| HCT | 37.6 [L] | 35.0 [L] |
| HEMOGLOBIN | 12.5 | 11.9 [L] |
| LYMPH ABS | 2.35 | 2.03 |
| LYMPH% | 29.4 | 36.1 |
| MCHC | 33.2 | 34.0 |
| MCV | 82.6 | 85.6 |
| MEAN CORP HGB | 27.5 | 29.1 |
| MEAN PLATELET V | 10.5 | 10.2 |
| MONO ABS | 0.50 | 0.63 |
| MONO% | 6.3 | 11.2 |
| NEUTRO SEG | 4.80 | 2.72 |
| NRBC ABSOL | <0.01 | <0.01 |
| PERCENT NU | 0.0 | 0.0 |
| PERCENT SE | 60.0 | 48.3 |
| PLT | 292 | 329 [H] |
| RBC | 4.55 | 4.09 [L] |
| RDW | 13.2 | 13.1 |
| RED CELL D | 38.8 | 39.7 |
| WBC | 7.99 | 5.63 |

| TB SKIN TEST | 03/09/2023 |
|---|---|

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                    Date:    08/08/2023 12:44
TDCJ#:  864378                               Facility:  ESTELLE (E2)

|  | 10:38 |  |
|---|---|---|
| PPD READING | 0.00 |  |

| THYROID | 07/07/2023 04:40 | 01/06/2023 02:14 |
|---|---|---|
| TSH | 0.63 | 2.10 |

| URINALYSIS | 07/06/2023 14:10 | 01/06/2023 02:14 |
|---|---|---|
| APPEARANCE | Clear | Clear |
| BACTERIA | Negative | Negative |
| BILIRUBIN URINE | Negative | Negative |
| BLOOD URINE | Negative | Negative |
| COLOR | Yellow | Yellow |
| GLUCOSE QUAL UR | >1000 mg/dL [A] | 250 mg/dL [A] |
| KETONES URINE | Negative | Negative |
| LEUKOCYTE ESTER | Negative | Negative |
| NITRITE URINE | Negative | Negative |
| PH URINE | 6.0 | 6.0 |
| PROTEIN URINE | 100 mg/dL [A] | 100 mg/dL [A] |
| RBC URINE | 0 | <1 |
| SPEC GRAVITY UR | 1.025 | 1.025 |
| UROBILINOGEN UR | 1 EU/dL | 0.2 EU/dL |
| WBC URINE | 0 | <1 |

| URINE CHEMISTRY | 07/07/2023 04:40 | 01/06/2023 02:14 |
|---|---|---|
| ALB/CREAT UR | 426 [H] | 326 [H] |
| CREATININE UR | 68.8 | 133.3 |
| MICROALBUMIN UR | 293 [H] | 435 [H] |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2023 12:26PM | 182/79 (SI) | 112 (SI) | 18 | 243 LB |  | 30 | 98.2 (FH) |  | 0.00 | 96 RA |  |  |  |  |
| 6/23/2023 10:52AM | 179/86 (SI) | 75 (SI) | 18 | 236 LB |  | 29 | 98.1 (AX) |  | 0.00 | 100 RA |  |  |  |  |
| 6/23/2023 02:29AM | 152/77 (SI) | 86 (SI) | 17 | 237 LB | 75 IN | 30 | 98.8 (FH) |  | 0.00 | 100 RA |  |  |  |  |
| 6/22/2023 07:52PM | 157/83 (SI) | 77 (SI) | 16 |  |  |  | 97.8 (OR) |  | 0.00 | 100 RA |  |  |  |  |
| 6/22/2023 07:13PM | 158/72 (SI) | 79 (SI) | 17 | 237 LB | 75 IN | 30 | 97.4 (FH) |  | 0.00 | 99 RA |  |  |  |  |
| 5/31/2023 06:53AM | 137/85 (SI) | 68 (SI) |  |  |  |  |  |  | 0.00 | RA |  |  |  |  |
| 2/10/2023 12:51PM | 149/79 (SI) | 84 (SI) | 18 | 231 LB |  | 29 | 98 (OR) |  | 0.00 | 98 RA |  |  |  |  |
| 1/23/2023 11:46AM | 137/82 (SI) | 84 (SI) |  |  |  |  |  |  | 0.00 | RA |  |  |  |  |
| 1/9/2023 08:24AM | 148/87 (SI) | 106 (SI) |  |  |  |  |  |  | 0.00 | RA |  |  |  |  |

## MED - CHRONIC CARE CLINIC

**Visit information:**
Telehealth:   No
Reason for visit:   COPD, Diabetes Type 2, Hyperlipidemia, Hypertension
Chief complaint(s):   " I AM WORRIED ABOUT MY  BELL PALSY"

**Subjective:**
Lifestyle compliance:
Reported compliance to prescribed diet:   Most of the time
Reported exercise compliance:   Most of the time
Reported compliance to KOP medications:   Most of the time
Non-KOP medication compliance:   YES
Weight gain/loss:   STABLE
Chronic problem(s):

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                    Date:    08/08/2023 12:44
TDCJ#:  864378                               Facility:  ESTELLE (E2)

COPD
   Age at diagnosis:   2013
   History of exacerbation:   NO
   History of intubation:   NO
   History of hospitalization(s) for COPD:   NO
   Treatment history:   YES
   Complaints since last visit:   NONE
Hyperlipidemia
   Age at diagnosis:   2016
   History of hypothyroidism:   NO
   Known end organ damage:   NO
   Cardiac risk factors:   Hypertension, Sedentary lifestyle
   History of chest pain or SOB:   NO
Hypertension
   Age at diagnosis:   2016
   Known end organ damage:   NO
   History of chest pain or SOB:   NO
   Treatment history:   YES
   Cardiac risk factors:   Diabetes, Hyperlipidemia, Sedentary lifestyle
   B/P well controlled:   No

**Assessment / Diagnostic plan (all chronic problems):**
COPD
   Continue present management
   Controlled
Hyperlipidemia
   Continue present management
   Not at goal
Hypertension
   Continue present management
   Not at goal

**General plan:**
Diet order:
   Therapeutic Diet order:
   Patient Order Added: DIET ORDER-DIET FOR HEALTH W/BEDTIME SNACK (DFH)DB Order Date:
08/08/2023 13:06:38 User: OSA, JOHN
Exercise / Education:
   Exercise:
     The health benefits of daily aerobic exercise discussed with patient
     A patient-specific exercise regimen tailored to physical limitations explained
     Limited physical activity due to medical restrictions
   Education:
     Patient understands treatment plan and importance of keeping f/u appointments
     Stressed importance of medication compliance, adherence to diet, exercise, and all diagnostic procedures
     Discussed disease-specific pathophysiology and long-term health outcome options
     Diet counseling completed
Patient problem list has been reviewed and updated as necessary: Yes
PULHES / Restrictions: No changes necessary
Continuity of Care / Discharge Planning: Patient will  NOT  require continuity of care planning by TCOOMMI prior to
discharge from TDCJ.
   Disposition:
   Schedule next CCC visit:
     Reminder Completed: CCC R/S FROM NO SHOW
     Reminder Date:   02/04/2024 13:06
     To Do User Type:   NURSE PRACTITIONER

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Name:  TIEDE, BERNHARDT I                    Date:    08/08/2023 12:44
TDCJ#:  864378                               Facility:  ESTELLE (E2)

    To Do User:   OSA, JOHN
    Reminder Created: CCC CHRONIC CLINIC REMINDER

  Provider encounter capture:
    Full CCC Visit:
      Patient Order Added: CHRONIC CARE PROVIDER3-EXTENDED OFFICE VISIT (F) Order Date: 08/08/2023
13:06:41 User: OSA, JOHN
**CCC**

Reviewed chart and discussed POC.   Developed Bell palsy few weeks ago, still have inability to blow or whistle and
deviation of angle of mouth to the right side, having difficulty controlling his saliva.

1.   Will order few days of prednisone.

2.   Will continue to monitor for abnormal clinical presentations.

3.   RTC in one month for a follow up for Bell palsy

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 2/5/2024 02:45PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/30/2024 02:37PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 7/30/2024 02:37PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 7/30/2024 02:37PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 7/30/2024 02:37PM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 7/30/2024 02:37PM | ALBUMIN-CREATININE RATIO, URINE (UACR,MICROALB)CKDELCRDBBP | |
| 7/30/2024 02:37PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 7/30/2024 02:37PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 7/30/2024 02:37PM | *PROSTATE SPECIFIC ANTIGEN (PSA), SERUM | |
| 7/30/2024 02:37PM | FECAL IMMUNOCHEMICAL TEST (FIT)IP0 | |

Electronically Signed by OSA, JOHN APRN, FNP on 08/08/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP Chart Review Note

Name:  TIEDE, BERNHARDT I                          Date:   07/27/2023 14:59
TDCJ#:  864378                                     Facility:  ESTELLE (E2)

Age:  64          DOB: 08/02/1958     Sex:  Male          Race: WHITE          DOI: 3/26/1999

**Patient Language:  ENGLISH**

**Most recent vitals from 6/23/2023:**

| BP: 179 / 86 (Sitting) | Weight: 236 Lbs. | Height: 75 In. | BMI: 29 (% Diff: -3.33) |
|---|---|---|---|
| Pulse: 75 (Sitting) | Resp: 18 / min | Temp: 98.1 (Axillary) | O2 Sat: 100% RA |

**Allergies:**  <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

| | | |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/10/2023 03:12:42PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 11 / 11 | LAST DATE GIVEN KOP: 07/10/2023 03:12:30PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 6/17/2024 01:03:00PM<br>REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 06/28/2023 07:16:41PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **CLOPIDOGREL 75MG TABLET \***<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>TIA | EXPIRATION DATE: 9/21/2023 01:16:00PM<br>REFILLS: 1 / 2 | LAST DATE GIVEN KOP: 06/28/2023 07:16:45PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/10/2023 03:12:39PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 06/28/2023 07:16:20PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/10/2023 03:12:46PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP   As Needed (PRN) | EXPIRATION DATE: 9/10/2023 07:07:00AM<br>REFILLS: 1 / 2 | LAST DATE GIVEN KOP: 07/15/2023 06:44:33PM<br>ORDERING PROVIDER: BECK, DENE Y<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 06/28/2023 07:16:36PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/13/2023 02:44:31PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP Chart Review Note

Name:  TIEDE, BERNHARDT I                                Date:   07/27/2023 14:59
TDCJ#:  864378                                           Facility:  ESTELLE (E2)

**METOPROLOL 100MG TABLET**          EXPIRATION DATE: 8/01/2023 01:24:00AM          LAST DATE GIVEN KOP: 07/10/2023 03:12:34PM
1 TABS ORAL TWICE DAILY for 30       REFILLS: 11 / 11                               ORDERING PROVIDER: ROBERTSON, NATHANIEL R
Days KOP
                                                                                    ORDERING FACILITY: ESTELLE (E2)

**TERAZOSIN 10MG CAPSULE**           EXPIRATION DATE: 8/01/2023 01:24:00AM          LAST DATE GIVEN KOP: 07/10/2023 03:12:27PM
1 CAPS ORAL EVERY EVENING for 30     REFILLS: 11 / 11                               ORDERING PROVIDER: ROBERTSON, NATHANIEL R
Days KOP
                                                                                    ORDERING FACILITY: ESTELLE (E2)

Pt scheduled.  No show.  Reschedule.

Electronically Signed by BARBER, MARK A. DO on 07/27/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Clinic Note

Name:  TIEDE, BERNHARDT I                                    Date:    06/25/2023 10:29
TDCJ#:  864378                                               Facility:  ESTELLE (E2)

Age:  64          DOB: 08/02/1958          Sex:  Male          Race: WHITE          DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 6/23/2023:**

| BP: 179 / 86 (Sitting) | Weight: 236 Lbs. | Height: 75 In. | BMI: 29 (% Diff: -3.33) |
| Pulse: 75 (Sitting) | Resp: 18 / min | Temp: 98.1 (Axillary) | O2 Sat: 100% RA |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:53:57PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 6/17/2024 01:03:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **CLOPIDOGREL 75MG TABLET ***<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>TIA | EXPIRATION DATE: 9/21/2023 01:16:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:00PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:17PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:02PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP   As Needed (PRN) | EXPIRATION DATE: 9/10/2023 07:07:00AM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 06/13/2023 11:54:53PM<br>ORDERING PROVIDER: BECK, DENE Y<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 06/05/2023 03:00:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 06/12/2023 09:54:06PM<br>ORDERING PROVIDER: BARBER, MARK A |

1 of 4

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Clinic Note

Name:  TIEDE, BERNHARDT I
TDCJ#:  864378

Date:   06/25/2023 10:29
Facility:  ESTELLE (E2)

ORDERING FACILITY: ESTELLE (E2)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 10 / 11

LAST DATE GIVEN KOP: 06/05/2023 03:00:07PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 10 / 11

LAST DATE GIVEN KOP: 06/05/2023 03:00:02PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

*PATIENT OUTPATIENT CLINIC PROGRESS NOTE*

*Late Entry*
*DOS 06232023*

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

**S:**

**Here to be seen for:**
Follow-up after FWH / HG admit or ER visit
Ed at hmh on 06220223

**O:**
Vitals, Labs and Imaging Reviewed; Any abnormalities are noted below,

**Physical Exam**

| Physical Exam: | Normal: | Abnormal: | Comments: |
|---|---|---|---|
| General: | x | | NAD AMB w/o device |
| HEENT: | | | No gross CLAD / NP and / or OP E/E |
| Lungs: | | | CTAB No WRC |
| CV: | | | RRR No MRG |
| Abdomen: | | | Soft, NT |
| Back | | | Pain / Muscle spasm / Decreased ROM / Rad to LE |
| **Extremities:** | | | |
| Right UE | | | Decreased ROM / Crepitus / Pain |
| Left UE | | | Decreased ROM / Crepitus / Pain |
| Right LE | | | Edema / Discoloration |
| Left LE | | | Edema / Discoloration |
| **Neuro:** | | x | AOx3, No tremor, +left sided facial weakness No vocal change No dysphagia |

2 of 4

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Clinic Note

Name:  TIEDE, BERNHARDT I                    Date:   06/25/2023 10:29
TDCJ#: 864378                                Facility:  ESTELLE (E2)

| Skin: | | | Intact |
|---|---|---|---|
| Psych: | x | | Calm, cooperative |
| Other: | | | |

## Assessment and Plan is as follows:
## Review/Update TDCJ Restrictions/PULHES:

**#NIDDM**
**#1ST TIA (VS Bell's palsy), 1.5 DAYS AGO, seen at HMH with NEG MRI**
**#VERTIGO- world is spinning**
**#FACIAL DROOPING on the left**

**Please email scheduling to reschedule appointments for:**
None

**Diet:**
No changes indicated.

**Referrals:**
Will call for Urgent Neuro via MPV / Van

**Rx:**

**Started Meds:**

| **ATORVASTATIN 80MG TABLET** | 1 TABS ORAL EVERY EVENING for 30 Days KOP | START DATE:06/23/2023 13:03 PM |
|---|---|---|
| PROVIDER: ROBERTSON, NATHANIEL R | | EXPIRATION DATE: 6/17/2024 13:03 PM |
| REFILLS: 0 / 11 | | |

No statins in stock
Will add Plavix

**Started Meds:**

| **CLOPIDOGREL 75MG TABLET \*** | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:06/23/2023 13:16 PM |
|---|---|---|
| PROVIDER: ROBERTSON, NATHANIEL R | | EXPIRATION DATE: 9/21/2023 13:16 PM |
| REFILLS: 0 / 2 | | |

**Labs:**
None

**Imaging:**
None

**Passes and restrictions:**
No changes

**Equipment issued / ordered:**
None

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Clinic Note

Name:  TIEDE, BERNHARDT I                        Date:    06/25/2023 10:29
TDCJ#:  864378                                   Facility:  ESTELLE (E2)

**Follow Up / Disposition:**
PRN via SCR
ER warnings given

**Future:**
None

**Pasted from RMF ED, Epic, or FWH note:**
None

MED - CLINIC NOTE

   Provider encounter capture:
      In-office visit:
         NO copay
            Patient Order Added: PROVIDER3-EXTENDED OFFICE VISIT (F) Order Date: 06/25/2023 10:34:28 User:
ROBERTSON, NATHANIEL R
            Electronically Signed by ROBERTSON, NATHANIEL R. MD on 06/25/2023.
            ##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I           Date:  02/10/2023 12:48
TDCJ#:864378                               Facility:  ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958    Sex:  Male    Race: WHITE    DOI: 3/26/1999

| Patient Language: ENGLISH | |
|---|---|

**Most recent vitals from 1/23/2023:**

| BP: 137 / 82 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 84 (Sitting) | Resp: | Temp: | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |

**Allergies:** ACE INHIBITORS

## Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 01/27/2023 03:53:54PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 8/01/2023 01:25:00AM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:19:54PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**BIOTENE MOUTHWASH 8OZ #**
10 ML MUCOUS MEM TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 2/22/2023 12:17:00PM
REFILLS: 0 / 0

**\*\*\* PHARMACY HOLD \*\*\***

LAST DATE GIVEN KOP:
ORDERING PROVIDER: AL KAYALY, AHMED

ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

EXPIRATION DATE: 4/22/2023 08:08:00AM
REFILLS: 3 / 5

LAST DATE GIVEN KOP: 01/24/2023 03:21:13PM
ORDERING PROVIDER: EVERETT, ERICA L

ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 40MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 12/25/2023 01:15:00PM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:20:06PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 01/27/2023 03:53:45PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 6/02/2023 02:08:00PM
REFILLS: 3 / 6

LAST DATE GIVEN KOP: 02/01/2023 06:19:57PM
ORDERING PROVIDER: BECK, DENE Y

ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]

EXPIRATION DATE: 12/25/2023 01:15:00PM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:20:02PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 01/27/2023 03:54:03PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 02/03/2023 02:44:21PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30

EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 6 / 11

LAST DATE GIVEN KOP: 02/03/2023 02:44:18PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I                     Date:   02/10/2023 12:48
TDCJ#:864378                                                    Facility:  ESTELLE (E2)

Days KOP

ORDERING FACILITY: ESTELLE (E2)

### Current Restrictions/PULHES:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 07/27/2021 | WAGNER, PAMELA K | Row Assignment Ground Floor Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

```
        P  U  L  H  E  S
DES:    3  1  1  1  2  1
COD:    M  A  A  A  B  A
MOD:    P  -  -  -  P  -
```

### *Current Chronic Problems*:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA [J44.9] first observed 03/27/2013 (Active)
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 08/17/2016 (Active)
HYPERLIPIDEMIA, UNSPECIFIED [E78.5] first observed 08/17/2016 (Active)
TYPE 2 DIABETES MELLITUS [E11] first observed 08/17/2016 (Active)

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/2023 11:46AM | 137/82 (SI) | 84 (SI) | | | | | | | 0.00 | RA | | | | |
| HGBA1C | | 7.9 [H] | | 10.8 [H] | | | | | | | | | | |
| ALT | | 17 | | 20 | | | | | | | | | | |
| AST | | 29 | | 37 | | | | | | | | | | |
| CHOL | | 140 | | 161 | | | | | | | | | | |
| LDL | | 74 | | | | | | | | | | | | |
| HEMOGLOBIN | | 11.9 [L] | | 12.9 | | | | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I         Date:  02/10/2023 12:48
TDCJ#:864378                        Facility:  ESTELLE (E2)

| | | |
|---|---|---|
| **TSH** | 2.10 | 1.69 |
| **MICROALBUMIN UR** | 435 [H] | 467 [H] |

## MED - CHRONIC CARE CLINIC

**Visit information:**
Telehealth:   Yes
Reason for visit:   COPD, Diabetes Type 2, Hyperlipidemia, Hypertension

**Subjective:**
Lifestyle compliance:
   Reported compliance to prescribed diet:   Some of the time
Chronic problem(s):
   COPD
      Comments:   stable
   Diabetes
      Type of Diabetes:   Type 2 - Non-insulin dependent
   Hyperlipidemia
      Cardiac risk factors:   Sedentary lifestyle
   Hypertension
      Cardiac risk factors:   Sedentary lifestyle

**Assessment / Diagnostic plan (all chronic problems):**
COPD
   Continue present management
Diabetes - Type 2 - Non-Insulin-Dependent
   Continue present management
Hyperlipidemia
   Continue present management
Hypertension
   Continue present management

**General plan:**
Diet order:
   Therapeutic Diet order:
      Patient Order Added: DIET ORDER-DIET FOR HEALTH W/BEDTIME SNACK (DFH)DB Order Date:
02/10/2023 12:50:58 User: BARBER, MARK A
   Patient problem list has been reviewed and updated as necessary: Yes
   PULHES / Restrictions: No changes necessary
   Continuity of Care / Discharge Planning: Patient will  NOT  require continuity of care planning by TCOOMMI prior to
discharge from TDCJ.
   Disposition:
      Schedule next CCC visit:
         Reminder Completed: CCC CHRONIC CLINIC REMINDER
         Reminder Date:   08/09/2023 12:50
         To Do User Type:   PHYSICIAN
         To Do User:   BARBER, MARK A
         Reminder Created: CCC CHRONIC CLINIC REMINDER

Provider encounter capture:
   Full CCC Visit:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I                     Date:   02/10/2023 12:48
TDCJ#:864378                                         Facility:  ESTELLE (E2)

Patient Order Added: TELEHEALTH CHRONIC CARE INTERMEDIATE OFFICE VISIT (F) Order Date:
02/10/2023 12:51:00 User: BARBER, MARK A

**Restrictions / PULHES Data:**
**02/10/2023 12:51 - BARBER, MARK A  DO Reviewed and Current No Changes Needed.**

**Passes Data:**
**02/10/2023 12:51 - BARBER, MARK A  DO**

**Reviewed: No Changes Needed**

Nonform submitted for cozaar dose increase

**ALB/CREAT UR**                  326 [H]          416 [H]

Inmate working on weight loss.

**Stopped Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: ROBERTSON, NATHANIEL R<br>REFILLS: 6 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:07/30/2022 23:52 PM<br>EXPIRATION DATE: 7/25/2023 23:52 PM |
| **DULOXETINE DR 60MG CAPSULE**<br>PROVIDER: EVERETT, ERICA L<br>REFILLS: 3 / 5 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:10/24/2022 08:08 AM<br>EXPIRATION DATE: 4/22/2023 08:08 AM |
| **GLIPIZIDE 10MG TABLET**<br>PROVIDER: BECK, DENE Y<br>REFILLS: 3 / 6 | 2 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:11/04/2022 14:08 PM<br>EXPIRATION DATE: 6/02/2023 14:08 PM |
| **metFORMIN HCL 1000MG TABLET**<br>PROVIDER: ROBERTSON, NATHANIEL R<br>REFILLS: 6 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:07/30/2022 23:52 PM<br>EXPIRATION DATE: 7/25/2023 23:52 PM |

**Started Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:02/10/2023 13:01 PM<br>EXPIRATION DATE: 2/05/2024 13:01 PM |
| **DULOXETINE DR 60MG CAPSULE**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 11 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:02/10/2023 13:01 PM<br>EXPIRATION DATE: 2/05/2024 13:01 PM |
| **GLIPIZIDE 10MG TABLET**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 11 | 2 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:02/10/2023 13:01 PM<br>EXPIRATION DATE: 2/05/2024 13:01 PM |
| **metFORMIN HCL 1000MG TABLET**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:02/10/2023 13:01 PM<br>EXPIRATION DATE: 2/05/2024 13:01 PM |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br><br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 2 | 1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | START DATE:02/10/2023 13:01 PM<br><br>EXPIRATION DATE: 5/11/2023 13:01 PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

| | |
|---|---|
| Patient Name: TIEDE, BERNHARDT I | Date:  02/10/2023 12:48 |
| TDCJ#:864378 | Facility:  ESTELLE (E2) |

**Stopped Meds:**

**AMLODIPINE 10MG TABLET**
PROVIDER: ROBERTSON, NATHANIEL R
REFILLS: 6 / 11

1 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:07/30/2022 23:52 PM
EXPIRATION DATE: 7/25/2023 23:52 PM

**DULOXETINE DR 60MG CAPSULE**
PROVIDER: EVERETT, ERICA L
REFILLS: 3 / 5

1 CAPS ORAL EVERY EVENING for 30 Days KOP

START DATE:10/24/2022 08:08 AM
EXPIRATION DATE: 4/22/2023 08:08 AM

**GLIPIZIDE 10MG TABLET**
PROVIDER: BECK, DENE Y
REFILLS: 3 / 6

2 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:11/04/2022 14:08 PM
EXPIRATION DATE: 6/02/2023 14:08 PM

**metFORMIN HCL 1000MG TABLET**
PROVIDER: ROBERTSON, NATHANIEL R
REFILLS: 6 / 11

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:07/30/2022 23:52 PM
EXPIRATION DATE: 7/25/2023 23:52 PM

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/3/2023 01:03PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 7/3/2023 01:03PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 7/3/2023 01:03PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 7/3/2023 01:03PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 7/3/2023 01:03PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 7/3/2023 01:03PM | ALBUMIN-CREATININE RATIO, URINE (UACR,MICROALB)CKDELCRDBBP | |
| 7/3/2023 01:03PM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |

**Started Meds:**

**ALBUTEROL HFA INH 6.7G 200PF**

2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)

START DATE:02/10/2023 13:03 PM

PROVIDER: BARBER, MARK A
REFILLS: 0 / 1

EXPIRATION DATE: 2/05/2024 13:03 PM

Electronically Signed by BARBER, MARK A. DO on 02/10/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I            Date:  12/30/2022 13:10
TDCJ#:864378                                Facility:  ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958    Sex:  Male    Race: WHITE    DOI: 3/26/1999

| Patient Language: ENGLISH | |
|---|---|

**Most recent vitals from 10/19/2022:**

| BP: 138 / 80 (Sitting) | Weight: | | Height: 75 In. | | BMI: |
|---|---|---|---|---|---|
| Pulse: 94 (Sitting) | Resp: | | Temp: | | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | | PF 2: | | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | | PF 2: | | PF 3: |

**Allergies:** ACE INHIBITORS

## Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/27/2022 05:55:54PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/01/2023 01:25:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/07/2022 07:15:17PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 4/22/2023 08:08:00AM
REFILLS: 2 / 5
LAST DATE GIVEN KOP: 12/27/2022 05:56:42PM
ORDERING PROVIDER: EVERETT, ERICA L
ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/07/2022 07:15:08PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/27/2022 05:55:45PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 6/02/2023 02:08:00PM
REFILLS: 2 / 6
LAST DATE GIVEN KOP: 12/07/2022 07:15:22PM
ORDERING PROVIDER: BECK, DENE Y
ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/13/2023 12:45:00PM
REFILLS: 10 / 11
LAST DATE GIVEN KOP: 12/21/2022 06:13:54PM
ORDERING PROVIDER: NWANKWO, CATHERINE I
ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2023 11:52:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/27/2022 05:55:58PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/07/2022 07:15:14PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 12/07/2022 07:15:27PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R
ORDERING FACILITY: ESTELLE (E2)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I

TDCJ#:864378

Date:   12/30/2022 13:10

Facility:  ESTELLE (E2)

## Current Restrictions/PULHES:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 07/27/2021 | WAGNER, PAMELA K | Row Assignment Ground Floor Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12. No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

|  | P | U | L | H | E | S |
|---|---|---|---|---|---|---|
| **DES:** | 3 | 1 | 1 | 1 | 2 | 1 |
| **COD:** | M | A | A | A | B | A |
| **MOD:** | P | - | - | - | P | - |

### *Current Chronic Problems*:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA [J44.9] first observed 03/27/2013 (Active)
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 08/17/2016 (Active)
HYPERLIPIDEMIA, UNSPECIFIED [E78.5] first observed 08/17/2016 (Active)
TYPE 2 DIABETES MELLITUS [E11] first observed 08/17/2016 (Active)

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2022 06:58AM | 138/80 (SI) | 94 (SI) | | | | | | | 0.00 | RA | | | | |

| | |
|---|---|
| **ALT** | **20** |
| **AST** | **37** |
| **CREATININE** | **1.05** |
| **HGBA1C** | **10.8 [H]** |
| **HEMOGLOBIN** | **12.9** |
| **TSH** | **1.69** |

## MED - CHRONIC CARE CLINIC

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I             Date:   12/30/2022 13:10
TDCJ#:864378                                 Facility:  ESTELLE (E2)

**Visit information:**
  Telehealth:   Yes
  Reason for visit:   COPD, Diabetes Type 2, Hyperlipidemia, Hypertension

**Subjective:**
  Lifestyle compliance:
    Reported compliance to prescribed diet:   Some of the time
  Chronic problem(s):
    COPD
      Comments:   stable

    Diabetes
      Type of Diabetes:   Type 2 - Non-insulin dependent
    Hyperlipidemia
      Cardiac risk factors:   Sedentary lifestyle
    Hypertension
      Cardiac risk factors:   Sedentary lifestyle

**Assessment / Diagnostic plan (all chronic problems):**
  Diabetes - Type 2 - Non-Insulin-Dependent
    Continue present management
  Hyperlipidemia
    Continue present management
  Hypertension
    Continue present management

**General plan:**
  Diet order:
    Therapeutic Diet order:
      Patient Order Added: DIET ORDER-DIET FOR HEALTH W/BEDTIME SNACK (DFH)DB Order Date:
12/30/2022 13:14:06 User: BARBER, MARK A
    Patient problem list has been reviewed and updated as necessary: Yes
    PULHES / Restrictions: No changes necessary
    Continuity of Care / Discharge Planning: Patient will  NOT  require continuity of care planning by TCOOMMI prior to
discharge from TDCJ.
    Disposition:
      Schedule next CCC visit:
        Reminder Completed: CCC CHRONIC CLINIC REMINDER
        Reminder Date:   02/28/2023 13:14
        To Do User Type:   PHYSICIAN
        To Do User:   BARBER, MARK A
        Reminder Created: CCC CHRONIC CLINIC REMINDER

  Provider encounter capture:
    Full CCC Visit:
      Patient Order Added: TELEHEALTH CHRONIC CARE INTERMEDIATE OFFICE VISIT (F) Order Date:
12/30/2022 13:14:07 User: BARBER, MARK A

**Restrictions / PULHES Data:**
**12/30/2022 13:14 - BARBER, MARK A  DO Reviewed and Current No Changes Needed.**

**Passes Data:**
**12/30/2022 13:14 - BARBER, MARK A  DO**

**Reviewed: No Changes Needed**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I        Date:  12/30/2022 13:10
TDCJ#:864378        Facility:  ESTELLE (E2)

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 12/30/2022 01:14PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 12/30/2022 01:14PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 12/30/2022 01:14PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 12/30/2022 01:14PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 12/30/2022 01:14PM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 12/30/2022 01:14PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 12/30/2022 01:14PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | |

**Stopped Meds:**

**FUROSEMIDE 20MG TABLET**        1 TABS ORAL TWICE DAILY for 30 Days KOP        START DATE:08/06/2022 01:24 AM
PROVIDER: ROBERTSON, NATHANIEL R                                    EXPIRATION DATE: 8/01/2023 01:24 AM
REFILLS: 5 / 11

**LOSARTAN 50MG TABLET #**        1 TABS ORAL EVERY MORNING for 30 Days KOP        START DATE:02/18/2022 12:45 PM
PROVIDER: NWANKWO, CATHERINE I        Special Instructions: NF# 896539A [INDEF]        EXPIRATION DATE: 2/13/2023 12:45 PM
REFILLS: 10 / 11

**Started Meds:**

**FUROSEMIDE 40MG TABLET**        1 TABS ORAL EVERY MORNING for 30 Days KOP        START DATE:12/30/2022 13:15 PM
PROVIDER: BARBER, MARK A                                    EXPIRATION DATE: 12/25/2023 13:15 PM
REFILLS: 0 / 11

**LOSARTAN 50MG TABLET #**        1 TABS ORAL EVERY MORNING for 30 Days KOP        START DATE:12/30/2022 13:15 PM
PROVIDER: BARBER, MARK A        Special Instructions: NF# 896539A [INDEF]        EXPIRATION DATE: 12/25/2023 13:15 PM
REFILLS: 0 / 11

Electronically Signed by BARBER, MARK A. DO on 12/30/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   11/03/2022 08:07
TDCJ#:864378                                        Facility:  ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958    Sex:  Male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/19/2022:**

| BP: 138 / 80 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 94 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/27/2022 07:37:32PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/06/2022 06:09:46PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 4/22/2023 08:08:00AM <br> REFILLS: 0 / 5 | LAST DATE GIVEN KOP: 10/27/2022 07:38:11PM <br> ORDERING PROVIDER: EVERETT, ERICA L <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/08/2022 05:52:45PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **GEMFIBROZIL 600MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/27/2022 07:37:50PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET** <br> 2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 11/04/2022 02:08:00PM <br> REFILLS: 6 / 6 | LAST DATE GIVEN KOP: 10/05/2022 05:43:03PM <br> ORDERING PROVIDER: NWANKWO, CATHERINE I <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **IBUPROFEN 800MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP   As Needed (PRN) | EXPIRATION DATE: 12/23/2022 08:06:00AM <br> REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 10/27/2022 07:38:04PM <br> ORDERING PROVIDER: EVERETT, ERICA L <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP <br> NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM <br> REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 10/18/2022 06:52:52PM <br> ORDERING PROVIDER: NWANKWO, CATHERINE I <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/27/2022 07:37:39PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:42:59PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM <br> REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:43:07PM <br> ORDERING PROVIDER: ROBERTSON, NATHANIEL R <br><br> ORDERING FACILITY: ESTELLE (E2) |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                     Date:   11/03/2022 08:07
TDCJ#:864378                                         Facility:  ESTELLE (E2)


MED - CHART REVIEW: SCR for med refill.


**Started Meds:**

**GLIPIZIDE 10MG TABLET**                  2 TABS ORAL EVERY MORNING for 30 Days KOP        START DATE:11/04/2022 14:08 PM
PROVIDER: BECK, DENE Y                                                                      EXPIRATION DATE: 6/02/2023 14:08 PM
REFILLS: 0 / 6


Provider encounter capture:
MD/MLP Chart Review
Patient Order Added: MD/MLP-CHART REVIEW Procedure Date: 11/03/2022 08:08:06 User: BECK, DENE Y


Electronically Signed by BECK, DENE Y. APRN, FNP on 11/03/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM


## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date: 10/24/2022 08:05
TDCJ#:864378      Facility: ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958    Sex: Male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/19/2022:**

| BP: 138 / 80 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 94 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **ACETAMINOPHEN 325MG TABLET**<br>2 TABS ORAL 3 TIMES DAILY for 10 Days KOP | EXPIRATION DATE: 10/29/2022 12:04:00PM<br>REFILLS: 0 / 0 | LAST DATE GIVEN KOP: 10/20/2022 06:12:22PM<br>ORDERING PROVIDER: CHILUVOJU, PAVAN<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/06/2022 06:09:46PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/08/2022 05:52:45PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GEMFIBROZIL 600MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:18PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 11/04/2022 02:08:00PM<br>REFILLS: 6 / 6 | LAST DATE GIVEN KOP: 10/05/2022 05:43:03PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 10/18/2022 06:52:52PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:28PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:42:59PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:43:07PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |

MED - CHART REVIEW

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   10/24/2022 08:05
TDCJ#:864378                              Facility:  ESTELLE (E2)

Provider encounter capture: renewed ibuprofen for sciatica
MD/MLP Chart Review
Patient Order Added: MD/MLP-CHART REVIEW Procedure Date: 10/24/2022 08:06:11 User: EVERETT, ERICA L

**Started Meds:**

**IBUPROFEN 800MG TABLET**                1 TABS ORAL TWICE DAILY for 30 Days KOP   As          START DATE:10/24/2022 08:06 AM
                                          Needed (PRN)
PROVIDER: EVERETT, ERICA L                                                                     EXPIRATION DATE: 12/23/2022 08:06 AM
REFILLS: 0 / 1

Electronically Signed by EVERETT, ERICA L. APRN, FNP on 10/24/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   06/10/2022 14:34
TDCJ#:864378                  Facility:   ESTELLE (E2)

Age: 63 year    DOB: 08/02/1958     Sex: Male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 4/26/2022:**

| BP: 160 / 80 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 66 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/22/2022 02:50:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 05/21/2022 05:31:57PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:45:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2022 05:54:21PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 10/21/2022 10:47:00AM<br>REFILLS: 1 / 5 | LAST DATE GIVEN KOP: 05/25/2022 02:55:11PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2022 05:54:29PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GEMFIBROZIL 600MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2022 01:24:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2022 05:54:00PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 11/04/2022 02:08:00PM<br>REFILLS: 2 / 6 | LAST DATE GIVEN KOP: 06/09/2022 05:54:24PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 05/21/2022 05:31:54PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2022 02:46:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 05/25/2022 02:55:06PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:49:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2022 05:54:13PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2022 05:54:09PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                Date:   06/10/2022 14:34
TDCJ#:864378                                    Facility:  ESTELLE (E2)

PCR for the request for Ibuprofen. Request denied.

Electronically Signed by OLUWAFEMI, TAMARA M. APRN, FNP on 06/10/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   05/25/2022 14:28
TDCJ#:864378                                          Facility:  ESTELLE (E2)

Age: 63 year   DOB: 08/02/1958      Sex:  Male      Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 4/26/2022:**

| BP: 160 / 80 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 66 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/22/2022 02:50:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 05/21/2022 05:31:57PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:45:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/08/2022 02:54:56PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 10/21/2022 10:47:00AM<br>REFILLS: 1 / 5 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/08/2022 02:54:44PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GEMFIBROZIL 600MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2022 01:24:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 04/30/2022 05:39:45PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 11/04/2022 02:08:00PM<br>REFILLS: 1 / 6 | LAST DATE GIVEN KOP: 05/08/2022 02:54:41PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 05/21/2022 05:31:54PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2022 02:46:00PM<br>REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 04/30/2022 05:39:52PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:49:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/08/2022 02:54:52PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/08/2022 02:54:37PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |

Per SCR wants IBU 800mg
      Offender age 63 yo DM2 (poorly controlled-HgBA1c=10.8), HTN, HLD both POORLY CONTROLLED,
Although BUN/creat are normal he has PROTEINURIA Last CCC visit  July 2021 at the Connally Unit. Next
CCC JAN 2023 with MLP. DOI is MARCH

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   05/25/2022 14:28
TDCJ#:864378                              Facility:  ESTELLE (E2)

On IBU 800mg for several years although NSAID's are relatively CONTRAINDICATED in his condition..

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2022 06:07AM | 160/80 (SI) | 66 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/24/2022 10:40AM | 158/79 (SI) | 95 (SI) | 18 | 245 LB | | 31 | 98 (OR) | | 0.00 | 98 RA | | | | |
| 2/27/2022 01:13PM | 158/87 (SI) | 82 (SI) | 18 | 240.4 LB | 75 IN | 30 | 98.4 (FH) | | 0.00 | 99 RA | | | | |
| 11/30/2021 07:07AM | 166/79 (SI) | 65 (SI) | | | | | 97.2 (FH) | | 0.00 | RA | | | | |
| 10/27/2021 09:02AM | 178/82 (SI) | 102 (SI) | 18 | 242 LB | | 30 | 97.3 (OR) | | 0.00 | RA | | | | |
| 9/8/2021 08:14AM | 151/79 (SI) | 70 (SI) | | | | | 97.3 (FH) | | 0.00 | RA | | | | |

| CHEMISTRY | 04/08/2022 05:48 | 10/21/2021 00:19 | 08/20/2021 01:41 | 07/29/2021 01:14 |
|---|---|---|---|---|
| ALBUMIN | 4.3 | 4.5 | 4.6 | 4.4 |
| ALK PHOS | 118 | 87 | 89 | 69 |
| ALT | 20 | 14 | 10 | 14 |
| ANION GAP | 15 | 12 | 14 | 9 |
| AST | 37 | 25 | 19 | 20 |
| BILI T | 0.3 | 0.3 | 0.4 | 0.3 |
| BUN | 21 | 19 | 15 | 21 |
| CALCIUM | 8.9 | 9.4 | 9.2 | 9.4 |
| CHLORIDE | 95 [L] | 102 | 100 | 103 |
| CO2 TOTAL | 26 | 26 | 22 [L] | 28 |
| CREATININE | 1.05 | 1.13 | 1.15 | 1.02 |
| GLU | 432 [H] | 172 [H] | 289 [H] | 155 [H] |
| POTASSIUM | 4.6 | 4.5 | 4.6 | 4.4 |
| SODIUM | 136 | 140 | 136 | 140 |
| TOTAL PROTEIN | 7.1 | 7.2 | 7.2 | 6.9 |
| eGFR | 71.3 | 65.5 | 64.2 | 74.0 |
| CHOL | 161 | 161 | 176 | 138 |
| HDL | 19 [L] | 26 [L] | 24 [L] | 30 [L] |
| HDL CHOL | 8.5 [H] | 6.2 [H] | 7.3 [H] | 4.6 |
| TRIGLYCERIDES | 667 [H] | 226 [H] | 299 [H] | 265 [H] |
| VLDL | 133 [H] | 45 | 60 | 53 |
| HGBA1C | 10.8 [H] | | 9.0 [H] | 8.2 [H] |
| LDL | | 90 | 92 | 55 |

| FINGERSTICK GLUCOSE | 07/27/2021 16:01 | 07/27/2021 03:47 | 07/26/2021 15:56 | 07/26/2021 04:03 | 07/25/2021 15:30 | 07/25/2021 04:11 |
|---|---|---|---|---|---|---|
| FS GLU | 309 [H] | 151 [H] | 360 [H] | 214 [H] | 323 [H] | 241 [H] |

| HEMATOLOGY | 04/08/2022 05:48 | 10/21/2021 00:19 | 07/29/2021 01:14 |
|---|---|---|---|
| ABSOLUTE I | 0.03 | <0.03 | <0.03 |
| BASO ABS | <0.03 | 0.03 | <0.03 |
| BASO% | 0.4 | 0.6 | 0.3 |
| EOSINO ABS | 0.32 | 0.27 | 0.33 |
| EOSINO% | 6.7 | 5.0 | 4.2 |
| GRAN IMMATURE | 0.60 | 0.20 | 0.30 |
| HCT | 37.6 [L] | 36.7 [L] | 37.9 [L] |
| HEMOGLOBIN | 12.9 | 12.0 [L] | 12.4 |
| LYMPH ABS | 1.76 | 2.04 | 2.29 |
| LYMPH% | 37.1 | 37.6 | 29.0 |
| MCHC | 34.3 | 32.7 | 32.7 |
| MCV | 83.2 | 86.6 | 86.9 |
| MEAN CORP HGB | 28.5 | 28.3 | 28.4 |
| MEAN PLATELET V | 10.2 | 10.1 | 10.1 |
| MONO ABS | 0.42 | 0.61 | 0.68 |
| MONO% | 8.8 | 11.2 | 8.6 |
| NEUTRO SEG | 2.20 | 2.47 | 4.56 |
| NRBC ABSOL | <0.01 | <0.01 | <0.01 |
| PERCENT NU | 0.0 | 0.0 | 0.0 |
| PERCENT SE | 46.4 | 45.4 | 57.6 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   05/25/2022 14:28
TDCJ#:864378      Facility:  ESTELLE (E2)

| | | | |
|---|---|---|---|
| PLT | 338 [H] | 333 [H] | 277 |
| RBC | 4.52 | 4.24 [L] | 4.36 |
| RDW | 12.4 | 12.7 | 12.6 |
| RED CELL D | 37.4 [L] | 40.1 | 39.8 |
| WBC | 4.75 | 5.43 | 7.90 |

| | |
|---|---|
| MISC | 03/25/2022 09:47 |
| FIT | Negative |

| | |
|---|---|
| RADIOLOGY | 11/02/2021 06:44 |
| NARRATIVE | SEE CHART |

| | |
|---|---|
| TB SKIN TEST | 03/24/2022 06:36 |
| PPD READING | 0.00 |

| | | | | |
|---|---|---|---|---|
| THYROID | 04/08/2022 05:48 | 10/21/2021 00:19 | 08/20/2021 01:41 | 07/29/2021 01:14 |
| TSH | 1.69 | 1.40 | 1.43 | 1.45 |

| | | | | |
|---|---|---|---|---|
| URINALYSIS | 04/08/2022 05:48 | 10/21/2021 00:19 | 08/20/2021 01:41 | 07/29/2021 01:14 |
| APPEARANCE | Clear | Clear | Clear | Clear |
| BACTERIA | Negative | Negative | Negative | Negative |
| BILIRUBIN URINE | Negative | Negative | Negative | Negative |
| BLOOD URINE | Negative | Negative | Negative | Negative |
| COLOR | Yellow | Straw [A] | Straw [A] | Straw [A] |
| GLUCOSE QUAL UR | >1000 mg/dL [A] | 50 mg/dL [A] | 500 mg/dL [A] | 150 mg/dL [A] |
| KETONES URINE | Trace [A] | Negative | Negative | Negative |
| LEUKOCYTE ESTER | Negative | Negative | Negative | Negative |
| NITRITE URINE | Negative | Negative | Negative | Negative |
| PH URINE | 6.0 | 6.0 | 6.0 | 6.0 |
| **PROTEIN URINE** | **100 mg/dL [A]** | **30 mg/dL [A]** | **30 mg/dL [A]** | **Negative** |
| RBC URINE | 1 | <1 | <1 | <1 |
| SPEC GRAVITY UR | 1.015 | 1.009 | 1.012 | 1.014 |
| UROBILINOGEN UR | 0.2 EU/dL | Normal | Normal | Normal |
| WBC URINE | <1 | <1 | 0 | <1 |

| | | | | |
|---|---|---|---|---|
| URINE CHEMISTRY | 04/08/2022 05:48 | 10/21/2021 00:19 | 08/20/2021 01:41 | 07/29/2021 01:14 |
| ALB/CREAT UR | 416 [H] | 474 [H] | 148 [H] | 151 [H] |
| CREATININE UR | 112.2 | 42.0 | 46.5 | 58.3 |
| MICROALBUMIN UR | 467 [H] | 199 [H] | 69 [H] | 88 [H] |

| | | |
|---|---|---|
| VIROLOGY | 09/20/2021 00:00 | 08/31/2021 00:00 |
| COVID-19 | NEGATIVE | NEGATIVE |

| | |
|---|---|
| Misc Lab Results | 04/08/2022 05:48 |
| LOW-DENSIT | 58 |

**\*\*\*SCHEDULE CCC FOR DM , HTN, HLD  after 1 June**
**NSAID warning added to EMR**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   05/25/2022 14:28
TDCJ#:864378                                              Facility:  ESTELLE (E2)

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 5/25/2022 02:41PM | MD/MLP-CHART REVIEW | |

<span style="color:red">Electronically Signed by WILLIAMS, BETTY J. MD on 05/25/2022.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
#### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   04/11/2022 07:23
TDCJ#:864378                              Facility:  ESTELLE (E2)

Age: 63 year    DOB: 08/02/1958     Sex:  Male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 3/24/2022:**

| BP: 158 / 79 (Sitting) | Weight: 245 Lbs. | Height: 75 In. | BMI: 31 (% Diff: +3.33) |
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 98 (Oral) | O2 Sat: 98% RA |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 30
Days KOP

EXPIRATION DATE: 4/23/2022 10:48:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 04/06/2022 06:19:52PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 03/24/2022 02:50:14PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/06/2022 06:18:22PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**DULOXETINE DR 30MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 4/23/2022 10:48:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 03/29/2022 03:32:21PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 10/21/2022 10:47:00AM
REFILLS: 0 / 5

LAST DATE GIVEN KOP:
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/06/2022 06:18:06PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/06/2022 06:18:24PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 11/04/2022 02:08:00PM
REFILLS: 0 / 6

LAST DATE GIVEN KOP:
ORDERING PROVIDER: NWANKWO, CATHERINE I

ORDERING FACILITY: ESTELLE (E2)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP   As Needed (PRN)

EXPIRATION DATE: 5/23/2022 10:48:00AM
REFILLS: 0 / 1

LAST DATE GIVEN KOP: 03/29/2022 03:31:58PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]

EXPIRATION DATE: 2/13/2023 12:45:00PM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 03/19/2022 05:32:46PM
ORDERING PROVIDER: NWANKWO, CATHERINE I

ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 03/26/2022 05:23:48PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/06/2022 06:18:16PM
ORDERING PROVIDER: WAGNER, PAMELA K

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   04/11/2022 07:23
TDCJ#:864378                              Facility:  ESTELLE (E2)

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**          EXPIRATION DATE: 8/04/2022 02:47:00PM          LAST DATE GIVEN KOP: 04/06/2022 06:18:19PM
1 CAPS ORAL EVERY EVENING for 30          REFILLS: 8 / 11                                   ORDERING PROVIDER: WAGNER, PAMELA K
Days KOP

ORDERING FACILITY: CONNALLY (CY)

<mark>Poorly controlled diabetes.  Schedule a CCC.  Labs already completed.</mark>

Electronically Signed by BARBER, MARK A. DO on 04/11/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:  03/24/2022 10:40
TDCJ#:864378      Facility:  ESTELLE (E2)

Age: 63 year   DOB:  08/02/1958     Sex:  Male
Race:  WHITE   DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 2/27/2022:**

| BP: 156 / 87 (Sitting) | Weight: 240.4 Lbs. | Height: 75 In. | BMI: 30 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 98.4 (Forehead) | O2 Sat: 99% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** ACE INHIBITORS

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/22/2022 02:50:00PM <br> REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 02/23/2022 06:21:15PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:45:00PM <br> REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/08/2022 05:17:06PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM <br> REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/08/2022 05:17:11PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **GEMFIBROZIL 600MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2022 01:24:00PM <br> REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/02/2022 05:44:43PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP <br> NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 03/19/2022 05:32:46PM <br> ORDERING PROVIDER: NWANKWO, CATHERINE I <br><br> ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2022 02:46:00PM <br> REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 02/23/2022 06:21:20PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:49:00PM <br> REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/07/2022 02:21:40AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/04/2022 02:47:00PM <br> REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/08/2022 05:17:00PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |

Today's Problem:
3/24/2022

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I          Date:   03/24/2022 10:40
TDCJ#:864378                              Facility:  ESTELLE (E2)

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | x | YES |
|---|---|---|

S:      wants pain meds.  Venlafaxine not helping.  Wants more prednisone.  "They helped tremendously"

O:

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2022 10:40AM | 158/79 (SI) | 95 (SI) | 18 | 245 LB | | 31 | 98 (OR) | | 0.00 | 98 RA | | | | |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2022 01:13PM | 156/87 (SI) | 82 (SI) | 18 | 240.4 LB | 75 IN | 30 | 98.4 (FH) | | 0.00 | 99 RA | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **GLU** | | 172 [H] | 289 [H] | 155 [H] | | 152 [H] | | |
| **LDL** | | 90 | 92 | 55 | | | | |
| **TRIGLYCERIDES** | | 226 [H] | 299 [H] | 265 [H] | | | | |
| **HGBA1C** | | | 9.0 [H] | 8.2 [H] | 7.8 [H] | 8.0 [H] | | |

Ambulatory, no distress

A:     1.  Diabetes
       2. Sciatica.

Plan is as follows:

Review/Update TDCJ Restrictions/PULHES:

Schedule CCC in one month.

### Procedures Ordered:
| Date Time | Description | Comments |
|---|---|---|
| 3/24/2022 10:43AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 3/24/2022 10:43AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 3/24/2022 10:43AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 3/24/2022 10:43AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 3/24/2022 10:43AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 3/24/2022 10:43AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |

2 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I        Date:   03/24/2022 10:40
TDCJ#:864378                            Facility:  ESTELLE (E2)

3/24/2022 10:43AM    MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP

**Started Meds:**

| | | |
|---|---|---|
| **ACETAMINOPHEN 325MG TABLET**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 0 | 2 TABS ORAL 3 TIMES DAILY for 30 Days KOP | START DATE:03/24/2022 10:48 AM<br>EXPIRATION DATE: 4/23/2022 10:48 AM |
| **DULOXETINE DR 30MG CAPSULE**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 0 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:03/24/2022 10:48 AM<br>EXPIRATION DATE: 4/23/2022 10:48 AM |
| **DULOXETINE DR 60MG CAPSULE**<br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 5 | 1 CAPS ORAL EVERY EVENING for 30 Days KOP | START DATE:04/24/2022 10:47 AM<br>EXPIRATION DATE: 10/21/2022 10:47 AM |
| **IBUPROFEN 800MG TABLET**<br><br>PROVIDER: BARBER, MARK A<br>REFILLS: 0 / 1 | 1 TABS ORAL TWICE DAILY for 30 Days KOP   As Needed (PRN) | START DATE:03/24/2022 10:48 AM<br><br>EXPIRATION DATE: 5/23/2022 10:48 AM |

Would consider giving him more steroids (in future) as he suggested if his labs are stable.  I spent time today discussing the risks of prednisone in detail.  To include liver damage, kidney damage and even possible death.

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/24/2022 10:51AM | TELEHEALTH PROVIDER EXTENDED OFFICE VISIT (F) | |

Electronically Signed by BARBER, MARK A. DO on 03/24/2022.
##And No Others##

3 of 3

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:41 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

==========================================================================
NURSING VISUAL ACUITY VISIT
Entered On: 02/27/2022 17:46:58
Entered By: BURTON, DONNA L. LVN

VAT COMPLETED, EMAIL SENT TO PROVIDER

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I            Date:   12/01/2021 13:01
TDCJ#:864378                                Facility:  CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958    Sex:  Male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 11/30/2021:**

| BP: 166 / 79 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 65 (Sitting) | Resp: | Temp: 97.2 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/24/2021 11:21:58AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/07/2021 09:29:48AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/07/2021 09:29:42AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/04/2021 01:37:59PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 3 / 6
LAST DATE GIVEN KOP: 11/24/2021 11:21:56AM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 9 / 11
LAST DATE GIVEN KOP: 11/11/2021 04:03:54PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 10/27/2021 05:05:29PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/07/2021 09:29:51AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/07/2021 09:29:54AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 8 / 11
COMPLIANCE: 87.35 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**Started Meds:**

**IBUPROFEN 800MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 2
1 TABS ORAL TWICE DAILY for 30 Days KOP
START DATE:12/01/2021 13:01 PM
EXPIRATION DATE: 3/01/2022 13:01 PM

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                  Date:   12/01/2021 13:01

TDCJ#:864378                                      Facility:  CONNALLY (CY)

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 12/1/2021 01:03PM | MD/MLP-CHART REVIEW | |

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 12/01/2021.</span>

<span style="color:red">##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I       Date: 10/27/2021 13:47
TDCJ#:864378       Facility: CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958     Sex: Male
Race: WHITE    DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 10/27/2021:**

| BP: 178 / 82 (Sitting) | Weight: 242 Lbs. | Height: 75 In. | BMI: 30 (% Diff: -6.25) |
|---|---|---|---|
| Pulse: 102 (Sitting) | Resp: 18 / min | Temp: 97.3 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** ACE INHIBITORS

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 09/25/2021 11:46:11AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:40PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:31PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/03/2021 03:13:22PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 2 / 6
LAST DATE GIVEN KOP: 10/22/2021 03:28:03PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 11/30/2021 09:00:00AM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 09/30/2021 04:34:43PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 10/17/2021 03:43:16PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 09/29/2021 04:10:52PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:45PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PREDNISONE 20MG TABLET**
2 TABS ORAL EVERY MORNING for 5 Days KOP
EXPIRATION DATE: 11/01/2021 07:39:00AM
REFILLS: 0 / 0
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

1 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                Date:   10/27/2021 13:47
TDCJ#:864378                                    Facility:  CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/08/2021 03:23:42PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TRIAMCINOLONE 40MG/ML 1ML VIAL**
40 MG INJECTION  ONCE for 1 Days
40MG = 1ML IM

EXPIRATION DATE: 10/28/2021 09:12:00AM
REFILLS: 0 / 0

COMPLIANCE: 0.00 %

ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days

EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 7 / 11

COMPLIANCE: 87.16 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

Today's Problem:   Pt a walk in for lt knee pain. Pt reports he has been in his cell x3 days.
10/27/2021

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | YES |
|---|---|

S:  As above.

O: Alert oriented male in NAD. ENT: unremarkable. Lungs: CTA, respirations even and unlabored. Cardio: S1S2 no gallops murmurs or rubs. Lt knee with 2+ edema, no warmth or erythema.

A: Lt knee pain

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 10/27/2021 01:50PM | KNEE X RAY | Lt knee 2+ / 3+ swelling. No warmth erythema or drainage. Denies injury or trauma. Pt ambulates without assitance. |
| 10/27/2021 01:50PM | $PROVIDER2-INTERMEDIATE OFFICE VISIT WITH *COPAY* (F) | |

**Started Meds:**

**TRIAMCINOLONE 40MG/ML 1ML VIAL**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 0

40 MG INJECTION  ONCE for 1 Days
Special Instructions: IM

START DATE:10/27/2021 13:57 PM
EXPIRATION DATE: 10/28/2021 13:57 PM

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 10/27/2021.
##And No Others##</span>

2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   10/27/2021 07:38
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958      Sex:  Male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 9/8/2021:**

| BP: 151 / 79 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 70 (Sitting) | Resp: | Temp: 97.3 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 09/25/2021 11:46:11AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:40PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:31PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/03/2021 03:13:22PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 2 / 6
LAST DATE GIVEN KOP: 10/22/2021 03:28:03PM
ORDERING PROVIDER: OBI, JOSEPH C

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 11/30/2021 09:00:00AM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 09/30/2021 04:34:43PM
ORDERING PROVIDER: OBI, JOSEPH C

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 10/17/2021 03:43:16PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 09/29/2021 04:10:52PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:45PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/08/2021 03:23:42PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 7 / 11
COMPLIANCE: 87.16 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                Date:   10/27/2021 07:38
TDCJ#:864378                                     Facility:  CONNALLY (CY)

**Started Meds:**

**PREDNISONE 20MG TABLET**                    2 TABS ORAL EVERY MORNING for 5 Days KOP         START DATE:10/27/2021 07:39 AM
PROVIDER: WAGNER, PAMELA K                                                                    EXPIRATION DATE: 11/01/2021 07:39 AM
REFILLS: 0 / 0

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 10/27/2021 07:39AM | MD/MLP-CHART REVIEW | |

Electronically Signed by WAGNER, PAMELA K. NP on 10/27/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

CONNALLY (CY)


Patient Name: TIEDE, BERNHARDT I
MRN: 864378


========================================================================
DELIVERY OF SPECIALTY SUPPLIES
Entered On: 10/05/2021 07:15:20
Entered By: GREEN, JULIE R. CCA


rec'd
Please issue pt one pair large thigh high ted hose.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   09/30/2021 09:08
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958    Sex:  Male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 9/8/2021:**

| BP: 151 / 79 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 70 (Sitting) | Resp: | Temp: 97.3 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
   EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 2 / 11
   LAST DATE GIVEN KOP: 09/25/2021 11:46:11AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
   EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 1 / 11
   LAST DATE GIVEN KOP: 09/09/2021 12:40:44PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
   EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 1 / 11
   LAST DATE GIVEN KOP: 09/09/2021 12:41:22PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
   EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 2 / 11
   LAST DATE GIVEN KOP: 09/01/2021 04:03:16PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
   EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 1 / 6
   LAST DATE GIVEN KOP: 09/25/2021 11:46:17AM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
   EXPIRATION DATE: 11/30/2021 09:00:00AM
REFILLS: 1 / 2
   LAST DATE GIVEN KOP: 09/04/2021 11:12:28AM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
   EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 7 / 11
   LAST DATE GIVEN KOP: 09/15/2021 04:05:38PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
   EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 2 / 11
   LAST DATE GIVEN KOP: 09/29/2021 04:10:52PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
   EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 1 / 11
   LAST DATE GIVEN KOP: 09/09/2021 12:41:11PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
   EXPIRATION DATE: 10/25/2021 02:51:00PM
REFILLS: 2 / 2
   LAST DATE GIVEN KOP: 08/27/2021 03:51:19PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
   EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 1 / 11
   LAST DATE GIVEN KOP: 09/09/2021 12:40:57PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
   EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 6 / 11
   COMPLIANCE: 88.48 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   09/30/2021 09:08
TDCJ#:864378                              Facility:  CONNALLY (CY)

Please issue pt one pair large thigh high ted
hose.
Pass current

**Procedures Ordered:**

| Date Time | Description |
|---|---|
| 9/30/2021 09:10AM | MD/MLP-CHART I |

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 09/30/2021.
Electronically Signed by GREEN, JULIE R. CCA on 09/30/2021.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM



# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I  Date: 09/01/2021 08:56
TDCJ#:864378  Facility: CONNALLY (CY)

Age: 63 year  DOB: 08/02/1958  Sex: Male  Race: WHITE  DOI: 3/26/1999
**Most recent vitals from 7/26/2021:**

| BP: 154 / 68 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98.8 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 08/27/2021 03:51:09PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/29/2021 11:29:58AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 08/08/2021 09:42:31AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 0 / 6
LAST DATE GIVEN KOP: 08/27/2021 03:50:50PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 08/13/2021 03:49:42PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 08/27/2021 03:51:12PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 10/25/2021 02:51:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 08/27/2021 03:51:19PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 5 / 11
COMPLIANCE: 88.27 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   09/01/2021 08:56
TDCJ#:864378                              Facility:  CONNALLY (CY)

**Started Meds:**

**IBUPROFEN 800MG TABLET**          1 TABS ORAL TWICE DAILY for 30 Days KOP          START DATE:09/01/2021 09:00 AM
PROVIDER: OBI, JOSEPH C                                                             EXPIRATION DATE: 11/30/2021 09:00 AM
REFILLS: 0 / 2

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 9/1/2021 09:02AM | MD/MLP-CHART REVIEW | |

<span style="color:red">Electronically Signed by OBI, JOSEPH C. NP on 09/01/2021.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/24/2021 09:44
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 63 year   DOB: 08/02/1958   Sex:  Male   Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 7/26/2021:**

| BP: 154 / 68 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98.8 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 07/30/2021 03:58:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/08/2021 09:42:31AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/24/2022 02:49:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 07/27/2021 03:10:47PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 08/13/2021 03:49:42PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/02/2021 03:53:47PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 10/25/2021 02:51:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 07/30/2021 03:58:14PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 5 / 11
COMPLIANCE: 88.31 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/24/2021 09:44
TDCJ#:864378                              Facility:  CONNALLY (CY)

| CHEMISTRY | 08/20/2021 01:41 | 07/29/2021 01:14 | 05/13/2021 01:40 | 03/26/2021 01:56 |
|---|---|---|---|---|
| GLU | 289 [H] | 155 [H] | | 152 [H] |

| URINALYSIS | 08/20/2021 01:41 | 07/29/2021 01:14 | 01/12/2021 02:02 | 09/23/2020 01:35 |
|---|---|---|---|---|
| APPEARANCE | Clear | Clear | Clear | Clear |
| BACTERIA | Negative | Negative | Negative | Negative |
| BILIRUBIN URINE | Negative | Negative | Negative | Negative |
| BLOOD URINE | Negative | Negative | Negative | Negative |
| COLOR | Straw [A] | Straw [A] | Yellow | Yellow |
| GLUCOSE QUAL UR | 500 mg/dL [A] | 150 mg/dL [A] | 500 mg/dL [A] | 50 mg/dL [A] |

| URINE CHEMISTRY | 08/20/2021 01:41 | 07/29/2021 01:14 | 01/12/2021 02:02 | 09/23/2020 01:35 |
|---|---|---|---|---|
| ALB/CREAT UR | 148 [H] | 151 [H] | 302 [H] | 94 [H] |
| CREATININE UR | 46.5 | 58.3 | 89.0 | 124.7 |
| MICROALBUMIN UR | 69 [H] | 88 [H] | 269 [H] | 117 [H] |

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**          1 TABS ORAL EVERY MORNING for 30 Days KOP          START DATE:03/29/2021 14:49 PM
PROVIDER: OBI, JOSEPH C                                                                EXPIRATION DATE: 3/24/2022 14:49 PM
REFILLS: 5 / 11

**Started Meds:**

**GLIPIZIDE 10MG TABLET**          2 TABS ORAL EVERY MORNING for 30 Days KOP          START DATE:08/24/2021 09:48 AM
PROVIDER: OBI, JOSEPH C                                                                EXPIRATION DATE: 3/22/2022 09:48 AM
REFILLS: 0 / 6

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 8/24/2021 09:50AM | MD/MLP-CHART REVIEW | |

Electronically Signed by OBI, JOSEPH C. NP on 08/24/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I              Date:   08/23/2021 08:32
TDCJ#:864378                                                 Facility:  CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958      Sex:  Male      Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 7/26/2021:**

| BP: 154 / 68 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98.8 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 07/30/2021 03:58:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/08/2021 09:42:31AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/24/2022 02:49:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 07/27/2021 03:10:47PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 08/13/2021 03:49:42PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/02/2021 03:53:47PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 10/25/2021 02:51:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 07/30/2021 03:58:14PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 5 / 11
COMPLIANCE: 88.24 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/23/2021 08:32
TDCJ#:864378                              Facility:  CONNALLY (CY)

| CHEMISTRY | 08/20/2021 01:41 | 07/29/2021 01:14 | 05/13/2021 01:40 | 03/26/2021 01:56 |
|---|---|---|---|---|
| ALBUMIN | 4.6 | 4.4 | | 4.0 |
| ALK PHOS | 89 | 69 | | 64 |
| ALT | 10 | 14 | | 12 |
| ANION GAP | 14 | 9 | | 12 |

| | | | | |
|---|---|---|---|---|
| VLDL | 60 | 53 | | |
| eGFR | 64.2 | 74.0 | | |
| HGBA1C | 9.0 [H] | 8.2 [H] | | |

| HEMATOLOGY | 07/29/2021 01:14 | 05/13/2021 01:40 | 01/12/2021 02:02 | 09/23/2020 01:35 |
|---|---|---|---|---|
| HCT | 37.9 [L] | 40.3 | 38.5 | 38.4 |
| HEMOGLOBIN | 12.4 | 13.0 | 12.6 | 12.9 |
| MCHC | 32.7 | 32.3 | 32.7 | 33.6 |

| THYROID | 08/20/2021 01:41 | 07/29/2021 01:14 | 01/12/2021 02:02 | 09/23/2020 01:35 |
|---|---|---|---|---|
| TSH | 1.43 | 1.45 | 2.27 | 1.75 |

| URINE CHEMISTRY | 08/20/2021 01:41 | 07/29/2021 01:14 | 01/12/2021 02:02 | 09/23/2020 01:35 |
|---|---|---|---|---|
| ALB/CREAT UR | 148 [H] | 151 [H] | 302 [H] | 94 [H] |
| CREATININE UR | 46.5 | 58.3 | 89.0 | 124.7 |
| MICROALBUMIN UR | 69 [H] | 88 [H] | 269 [H] | 117 [H] |

HLD elevated Triglycerides will continue Gemfibrozil.

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 8/23/2021 08:34AM | MD/MLP-CHART REVIEW | |

Electronically Signed by WAGNER, PAMELA K. NP on 08/23/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  08/04/2021 13:22
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 63 year    DOB: 08/02/1958     Sex:  male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 7/26/2021:**

| | | | |
|---|---|---|---|
| BP: 154 / 68 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98.8 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 7/22/2022 02:50:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP: 07/30/2021 03:58:20PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 09:53:00AM
    REFILLS: 11 / 11
    LAST DATE GIVEN KOP: 08/02/2021 03:53:16PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 8/04/2022 02:45:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP:
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
    EXPIRATION DATE: 7/22/2022 02:50:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP: 07/30/2021 03:57:56PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/04/2022 02:47:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP:
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 09:54:00AM
    REFILLS: 11 / 11
    LAST DATE GIVEN KOP: 08/02/2021 03:53:27PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 3/24/2022 02:49:00PM
    REFILLS: 4 / 11
    LAST DATE GIVEN KOP: 07/27/2021 03:10:47PM
    ORDERING PROVIDER: OBI, JOSEPH C
    ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/17/2021 05:27:00PM
    REFILLS: 2 / 2
    LAST DATE GIVEN KOP: 07/18/2021 01:03:03PM
    ORDERING PROVIDER: ONYEMAECHI, CYRIL C
    ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
    EXPIRATION DATE: 2/11/2022 01:17:00PM
    REFILLS: 5 / 11
    LAST DATE GIVEN KOP: 07/17/2021 10:54:52AM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 7/25/2022 02:46:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP: 08/02/2021 03:53:47PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/04/2022 02:49:00PM
    REFILLS: 0 / 11
    LAST DATE GIVEN KOP:
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 02:58:00PM
    REFILLS: 11 / 11
    LAST DATE GIVEN KOP: 07/08/2021 04:02:02PM
    ORDERING PROVIDER: WAGNER, PAMELA K

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   08/04/2021 13:22
TDCJ#:864378      Facility:  CONNALLY (CY)

ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
DAILY for 30 Days KOP

EXPIRATION DATE: 10/25/2021 02:51:00PM
REFILLS: 0 / 2

LAST DATE GIVEN KOP: 07/30/2021 03:58:14PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 0 / 11

LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 11 / 11

LAST DATE GIVEN KOP: 08/02/2021 03:54:00PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days

EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 4 / 11

COMPLIANCE: 91.04 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

| CHEMISTRY | 07/29/2021 01:14 | 05/13/2021 01:40 | 03/26/2021 01:56 | 01/12/2021 02:02 |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 4.0 | 4.3 |
| ALK PHOS | 69 | | 64 | 73 |
| ALT | 14 | | 12 | 13 |
| ANION GAP | 9 | | 12 | 10 |

| **SODIUM** | **140** | | **141** | **136** |
|---|---|---|---|---|
| TOTAL PROTEIN | 6.9 | | 6.6 | 7.0 |
| TRIGLYCERIDES | 265 [H] | | | 170 |
| VLDL | 53 | | | 34 |
| eGFR | 74.0 | | 74.0 | 70.0 |
| HGBA1C | 8.2 [H] | 7.8 [H] | 8.0 [H] | 8.2 [H] |

New DX HLD

| **SODIUM** | **140** | | **141** | **136** |
|---|---|---|---|---|
| TOTAL PROTEIN | 6.9 | | 6.6 | 7.0 |
| TRIGLYCERIDES | 265 [H] | | | 170 |
| VLDL | 53 | | | 34 |
| eGFR | 74.0 | | 74.0 | 70.0 |
| HGBA1C | 8.2 [H] | 7.8 [H] | 8.0 [H] | 8.2 [H] |

New Dx Hyperlipidemia

**Stopped Meds:**

**ATORVASTATIN 20MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11

1 TABS ORAL EVERY EVENING for 30 Days KOP

START DATE:07/27/2021 14:50 PM
EXPIRATION DATE: 7/22/2022 14:50 PM

**Started Meds:**

**GEMFIBROZIL 600MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:08/04/2021 13:24 PM
EXPIRATION DATE: 7/30/2022 13:24 PM

**Procedures Ordered:**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   08/04/2021 13:22
TDCJ#:864378                                        Facility:  CONNALLY (CY)

| Date Time | Description | Comments |
|---|---|---|
| 8/4/2021 01:24PM | MD/MLP-CHART REVIEW | |

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 08/04/2021.</span>
<span style="color:red">##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I              Date:  07/27/2021 14:22
TDCJ#:864378                                  Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE    DOI: 3/26/1999

| Patient Language: ENGLISH | |
|---|---|

| Most recent vitals from 7/26/2021: | | | |
|---|---|---|---|
| BP: 154 / 68 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 88 (Sitting) | Resp: 18 / min | Temp: 98.8 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |

| Allergies: ACE INHIBITORS |
|---|

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/08/2021 04:01:45PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/08/2021 04:01:49PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/13/2021 03:22:18PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/08/2021 04:01:53PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/24/2022 02:49:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 07/02/2021 03:19:17PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/17/2021 05:27:00PM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 07/18/2021 01:03:03PM
ORDERING PROVIDER: ONYEMAECHI, CYRIL C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 07/17/2021 10:54:52AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/02/2021 03:19:10PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/08/2021 04:02:02PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**NOVOLIN N 100U/ML 10ML VIAL**
15 UNITS SUBCUTANEO EVERY EVENING for 30 Days
CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
EXPIRATION DATE: 3/24/2022 02:34:00PM
REFILLS: 4 / 11
COMPLIANCE: 0.00 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I                  Date:   07/27/2021 14:22
TDCJ#:864378                                       Facility:  CONNALLY (CY)

**NOVOLIN R 100U/ML SS 10ML VIAL**
1 UNITS SUBCUTANEO SLIDING
SCALE for 30 Days
BS 150-200=2 UNITS, 201-250=4 UNITS,
251-300=6 UNITS, 301-350=8 UNITS,
351-400=10 UNITS, 401-450=12 UNITS,
451-500=14 UNITS, >500 UA FOR
KETONES CALL MD.

EXPIRATION DATE: 4/28/2022 03:37:00PM
REFILLS: 2 / 11

COMPLIANCE: 0.00 %
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 11 / 11

LAST DATE GIVEN KOP: 07/08/2021 04:02:04PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days

EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 4 / 11

COMPLIANCE: 90.48 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

## Current Chronic Problems:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA [J44.9] first observed 03/27/2013 (Active)
ESSENTIAL (PRIMARY) HYPERTENSION (HTN) [I10] first observed 08/17/2016 (Active)
HYPERLIPIDEMIA, UNSPECIFIED [E78.5] first observed 08/17/2016 (Active)
TYPE 2 DIABETES MELLITUS [E11] first observed 08/17/2016 (Active)

### MED - CHRONIC CARE CLINIC

**Visit information:**
   Telehealth:   No
   Reason for visit:   COPD, Diabetes Type 2, Hyperlipidemia, Hypertension
   Chief complaint(s):   Pt requesting med refills and to be taken off insulin

**History:**
   Past medical history:   DM  COPD HTN HLD
   Past surgical history:   None
   Employment history:   Unemployed
   Substance abuse:   Alcohol or drug abuse
   History of smoking tobacco:   No
   Family history:   HTN Diabetes
   Substance(s) used:   Alcohol
   Frequency of use:   Occasional

**Subjective:**
   Lifestyle compliance
      Reported compliance to prescribed diet:   Most of the time
      Reported exercise compliance:   Some of the time
      Reported compliance to KOP medications:   Most of the time
      Non-KOP medication compliance:   88%
      Weight gain/loss:   Stable
   Chronic problem(s):
      COPD
         Tobacco (pack-years):   0
         History of exacerbation:   NO
         History of intubation:   No
         History of hospitalization(s) for COPD:   NO

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I                  Date:  07/27/2021 14:22
TDCJ#:864378                                      Facility:  CONNALLY (CY)

    Treatment history:   None
    Complaints since last visit:   None
Diabetes
    Type of Diabetes:   Type 2 - Insulin dependent
    Other cardiac risk factors:   Hyperlipidemia, Hypertension
    Treatment history for Diabetes:   Pt on insulin started 6 months ago
    Known end organ damage:   No
    Hypoglycemia / Hyperglycemia since last visit:   No
    Detail - End Organ Damage:   No
    Influenza Vaccine current:   Yes
    Pneumococcal Vaccine current:   No
    Dilated retinoscopy in past year:   No
    Daily exam of feet:   Some days
    Peripheral sensation / monofilament test in past year:   No
Hyperlipidemia
    History of hypothyroidism:   No
    Known end organ damage:   No
    Cardiac risk factors:   Hypertension
    History of chest pain or SOB:   No
Hypertension
    Known end organ damage:   None
    History of chest pain or SOB:   Denies
    Cardiac risk factors:   Diabetes, Hyperlipidemia
    B/P well controlled:   Yes
    Comments:   EKG: 100120 NSR Lt axis deviation Inferior infarct age undetermined Abnormal EKG 73

**Objective:**
Physical exam:
  General:
    Appears in no acute distress
    Appears well-nourished
    Appears stated age
  Head:
    Normocephalic
    Atraumatic
  Neck:
    Supple
    No adenopathy
    Thyroid non-enlarged, non-tender, no nodules
  Eyes:
    PERRLA
    Extraocular movement intact
    Bilateral fundi (undilated exam) normal
    Conjunctivae clear
  Ears:
    External ears appear normal
    Canals unobstructed and normal in appearance
    TMs shiny, translucent, mobile
  Nose:
    Septum appears normal
    Mucosa normal
  Mouth / Throat:
    Oropharynx clear
    Oral mucosa hydrated and without lesions
    Tonsils non-enlarged and without exudate
  Chest / Axilla:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I          Date:  07/27/2021 14:22
TDCJ#:864378                              Facility:  CONNALLY (CY)

    No axillary nodes
    No chest deformity
  Cardiac:
    Regular rate and rhythm
    Normal S1 and S2
    No murmurs
    No gallop
  Pulmonary:
    Lungs clear to auscultation
    No wheezes
    No rhonchi
    No crackles
  Back / Spine:
    No deformity seen
    No CVA (costovertebral angle) tenderness
  Abdomen:
    Bowel sounds present
    Soft, non-tender to palpation
    No hepatosplenomegaly
  Upper extremities:
    Fingernails appear normal
  Lower extremities:
    No deformities seen
  Neurological:
    Alert and oriented X 3
  Skin / Integumentary:    Intact
  Vision / Hearing:   Pt wears glasses

**Assessment / Diagnostic plan (all chronic problems):**
  COPD
    Continue present management
    Controlled
  Diabetes - Type 2 - Insulin-Dependent
    Not at goal
    Will draw lab to see if able to take pt off insulin
  Hyperlipidemia
    Continue present management
    At goal
  Hypertension
    Continue present management
    At goal

**General plan:**
  Diet order:
    Therapeutic Diet order: 64111
    Patient Order Added: DIET ORDER-DIET FOR HEALTH W/BEDTIME SNACK (DFH)DB Order Date:
07/27/2021 14:42:23 User: WAGNER, PAMELA K
    Patient problem list has been reviewed and updated as necessary: Yes
    PULHES / Restrictions: No changes necessary
    Continuity of Care / Discharge Planning: Patient will  NOT  require continuity of care planning by TCOOMMI prior to
discharge from TDCJ.
    Disposition:
      Schedule next CCC visit:
        Reminder Completed: CCC REMINDER - DIABETES TYPE II
        Reminder Completed: CCC REMINDER - HYPERLIPIDEMIA
        Reminder Completed: CCC REMINDER - HYPERTENSION

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I  
TDCJ#:864378

Date:  07/27/2021 14:22  
Facility:  CONNALLY (CY)

Reminder Date:   01/23/2022 14:41  
To Do User Type:   NURSE PRACTITIONER  
To Do User:   WAGNER, PAMELA K  
Reminder Created: CCC CHRONIC CLINIC REMINDER

Provider encounter capture:  
Full CCC Visit: 77937  
Patient Order Added: CHRONIC CARE PROVIDER3-EXTENDED OFFICE VISIT (F) Order Date: 07/27/2021  
14:42:30 User: WAGNER, PAMELA K

| CHEMISTRY | 05/13/2021 01:40 | 03/26/2021 01:56 | 01/12/2021 02:02 | 11/13/2020 01:30 |
|---|---|---|---|---|
| HGBA1C | 7.8 [H] | 8.0 [H] | 8.2 [H] | 7.6 [H] |

No indication for Insulin

**Stopped Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 11 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:08/13/2020 14:58 PM<br>EXPIRATION DATE: 8/08/2021 14:58 PM |
| **ATORVASTATIN 80MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 11 / 11 | 1 TABS ORAL EVERY EVENING for 30 Days KOP | START DATE:08/17/2020 10:30 AM<br>EXPIRATION DATE: 8/12/2021 10:30 AM |
| **NOVOLIN N 100U/ML 10ML VIAL**<br><br>PROVIDER: OBI, JOSEPH C<br><br><br>REFILLS: 4 / 11 | 15 UNITS SUBCUTANEO EVERY EVENING for 30 Days<br>Special Instructions: CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING | START DATE:03/29/2021 14:34 PM<br><br>EXPIRATION DATE: 3/24/2022 14:34 PM |
| **NOVOLIN R 100U/ML SS 10ML VIAL**<br>PROVIDER: WAGNER, PAMELA K<br><br><br><br>REFILLS: 2 / 11 | 1 UNITS SUBCUTANEO SLIDING SCALE for 30 Days<br>Special Instructions: BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD. | START DATE:05/03/2021 15:37 PM<br>EXPIRATION DATE: 4/28/2022 15:37 PM |

**Started Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:07/27/2021 14:50 PM<br>EXPIRATION DATE: 7/22/2022 14:50 PM |
| **ASPIRIN EC 81MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:08/09/2021 14:45 PM<br>EXPIRATION DATE: 8/04/2022 14:45 PM |
| **ATORVASTATIN 20MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY EVENING for 30 Days KOP | START DATE:07/27/2021 14:50 PM<br>EXPIRATION DATE: 7/22/2022 14:50 PM |
| **FUROSEMIDE 20MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/09/2021 14:47 PM<br>EXPIRATION DATE: 8/04/2022 14:47 PM |
| **metFORMIN HCL 1000MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:07/30/2021 14:46 PM<br>EXPIRATION DATE: 7/25/2022 14:46 PM |
| **METOPROLOL 100MG TABLET** | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/09/2021 14:49 PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Chronic Care Clinic Note

Patient Name: TIEDE, BERNHARDT I                     Date:   07/27/2021 14:22
TDCJ#:864378                                         Facility:  CONNALLY (CY)

PROVIDER: WAGNER, PAMELA K                                          EXPIRATION DATE: 8/04/2022 14:49 PM
REFILLS: 0 / 11

**PREDNISONE 20MG TABLET**              2 TABS ORAL EVERY MORNING for 5 Days KOP      START DATE:07/27/2021 14:51 PM
PROVIDER: WAGNER, PAMELA K                                          EXPIRATION DATE: 8/01/2021 14:51 PM
REFILLS: 0 / 0

**SODIUM CL 0.65% NAS SPRAY 45ML**      1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days   START DATE:07/27/2021 14:51 PM
                                        KOP

PROVIDER: WAGNER, PAMELA K                                          EXPIRATION DATE: 10/25/2021 14:51 PM
REFILLS: 0 / 2

**TERAZOSIN 10MG CAPSULE**              1 CAPS ORAL EVERY EVENING for 30 Days KOP    START DATE:08/09/2021 14:47 PM
PROVIDER: WAGNER, PAMELA K                                          EXPIRATION DATE: 8/04/2022 14:47 PM
REFILLS: 0 / 11

**Restrictions / PULHES Data:**
**07/27/2021 14:52 - WAGNER, PAMELA K  NP**
**ADD II - Row Assignment: Ground Floor Only Continuous = 'Y'**

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 7/27/2021 02:52PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 7/27/2021 02:52PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 7/27/2021 02:52PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 7/27/2021 02:52PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 7/27/2021 02:52PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 7/27/2021 02:52PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | |
| 7/27/2021 02:52PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 1/10/2022 02:52PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |
| 1/10/2022 02:52PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 1/10/2022 02:52PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 1/10/2022 02:52PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 1/10/2022 02:52PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 1/10/2022 02:52PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | |
| 1/10/2022 02:52PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 1/10/2022 02:52PM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) | |

Electronically Signed by WAGNER, PAMELA K. NP on 07/27/2021.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL**, 15 UNITS SUBCUTANEO QPM - EVERY EVENING  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML 10ML VIAL**, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 7-24-21 | 1522 | 153 | N R | 15/2 | Sg | LA | E Dominguez |
| 7-22-21 | 0308 | 225 | Reg | 4 | SQ | RA | E Dominguez |
| 7-22-21 | 1540 | 234 | N, R | 15, 4 | Sg | RA | E Dominguez |
| 7-23-21 | 0410 | 257 | N R | 6 | SC | RA | H Guerra |
| 7-23-21 | 1525 | 291 | N/R | 15/6 | SQ | LA | R Deal, LVN |
| 7-24-21 | 0400 | 261 | Reg | 6 units | SQ | RA | U. Vidauri, RN |
| 7/24/21 | 1455 | 228 | N/R | 15/4 | SQ | RA | R Deal, LVN |
| 7-25-21 | 0411 | 241 | N/R | 4 units | SQ | LA | U. Vidauri, RN |
| 7/25/21 | 1530 | 323 | N/R | 15/8 | SQ | RA | R Deal, LVN |
| 7-26-21 | 0403 | 214 | Reg | 4 units | SQ | LA | U. Vidauri, RN |
| 7-26-21 | 1600 | 360 | N/R | 15/10 | SQ | RA | |
| 7/27/21 | 0344 | 151 | R | 2 | SQ | LA | E Dominguez |
| 7/27/21 | | | | | SQ | RA | |

orders

D/C

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
## DIABETIC FLOW SHEET

Offender Name:  TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:

**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34

*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE**  Order Date: 05/03/2021

Expire Date: 04/28/2022 15:37

*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| Date Ordered: | | LA = Left Arm | RA = Right Arm |
| | | LT = Left Thigh | RT = Right Thigh |
| Date Expired: | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 7-13-21 | 1534 | 176 | N-R | 15-2 | SQ | RUA | Prempin |
| 7-14-21 | 0414 | 207 | R | 4 | SQ | LLQ | |
| 7/14/21 | 1620 | 320 | N\R | 15\8 | SQ | RABD | S. Deal, LVN |
| 7-15-21 | 0336 | 208 | Reg | 4 units | SQ | LA | V. Vidaurri, RN |
| 7/15/21 | 1623 | 462 | N\R | 15\14 | SQ | RA | S. Deal, LVN |
| 7-16-21 | 0408 | 172 | Reg | 2 units | SQ | LA | V. Vidaurri, RN |
| 7/16/21 | 1540 | 399 | N\R | 15\10 | SQ | RA | |
| 7-17-21 | 0352 | 192 | R | 2 | SQ | LA | |
| 7/17/21 | 1523 | 291 | N\R | 15\6 | SQ | RA | |
| 7-18-21 | 0433 | 264 | R | 6 | SQ | LLQ | |
| 7-18-21 | 1555 | 148 | N | 15 | SQ | RABD | Dominguez |
| 7-19-21 | 0341 | 177 | R | 2 | SQ | LLQ | |
| 7/19/21 | 1523 | 200 | N\R | 15\2 | SQ | RA | |
| 7-20-21 | 0559 | 272 | Reg | 6 units | SQ | LA | V. Vidaurri, RN |
| 7/20/21 | 1613 | 141 | N | 15 | SQ | RABD | S. Deal, LVN |
| 7-21-21 | 0352 | 321 | Reg | 8 units | SQ | RA | V. Vidaurri, RN |

HSM-79 (Rev 3/19)

X |||||||||||||||||||||||||||||||||||

1 of 1

#

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:41 AM

## CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE**  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| Date Ordered: | | LA = Left Arm | RA = Right Arm |
| | | LT = Left Thigh | RT = Right Thigh |
| Date Expired: | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| | | | S = Self Administration |

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 7-6-21 | 0348 | 238 | Reg | 4 units | SQ | LA | V. Vidaurri RN |
| 7/6/21 | 1518 | 141 | N | 15 | SQ | RA | Salih RN |
| 7-7-21 | 0301 | 269 | Reg | 6 units | SQ | LA | V. Vidaurri, RN |
| 7-7-21 | 1500 | 262 | N R | 15-6 | SQ | RA | Piepsuia |
| 7-8-21 | 0420 | 232 | R | 4 | SQ | LA | G. |
| 7-8-21 | 1510 | 223 | N R | 15 4 | SQ | LA | Saline |
| 7-9-21 | 0342 | 224 | R | 4 | SQ | LA | |
| 7/9/21 | 1543 | 339 | N R | 15 8 | SQ | RA | |
| 7-10-21 | 0359 | 214 | Reg | 4 units | SQ | L abd | V. Vidaurri RN |
| 7/10/21 | 1548 | 241 | N R | 15 4 | SQ | RA | Salih RN |
| 7-11-21 | 0347 | 272 | Reg | 6 units | SQ | L abd | V. Vidaurri RN |
| 7/11/21 | 1610 | 210 | N R | 15 4 | SQ | RA | Salih RN |
| 7-12-21 | 0341 | 209 | Reg | 4 units | SQ | LA | V. Vidaurri, RN |
| 7-12-21 | 1515 | 412 | N - R | 15-12 | SQ | R abd | Salih |
| 7-13-21 | 0327 | 181 | R | 2 | SQ | LUQ | G. |
| 7-13-21 | | | | | | | Saline |

X

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE**  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 6-28-21 | 0400 | 225 | Reg | 4 units | SQ | Dabd | U. Vidauni, RN |
| 6-28-21 | 1502 | 450 | N/R | 15/12 | SQ | Labd | Selene |
| 6-29-21 | 0430 | 186 | N/R | 2 | SC | Labd | Jefford |
| 6-29-21 | 1556 | 262 | N-R | 15-6 | SQ | RA | Seller |
| 6-30-21 | 0403 | 167 | R | 2 | SC | LA | Jefford |
| 6/30/21 | 1457 | 150 | N/R | 15/2 | SQ | RA | U. Vidauni RN |
| 7-01-21 | 0505 | 167 | Reg | 2 units | SQ | LA | U. Vidauni, RN |
| 7/1/21 | 1705 | 220 | N/R | 15/4 | SC | RABD | Selene RN |
| 7-2-21 | 0425 | 197 | Reg | 2 units | SQ | RA | U. Vidauni, RN |
| 7-2-21 | 1443 | 277 | N/R | 15/6 | SC | LA | Selene |
| 7-3-21 | 0344 | 221 | N/R | 4 | SC | RA | Jefford |
| 7/3/21 | 1517 | 177 | N/R | 15/2 | SQ | UA | |
| 7-4-21 | 0410 | 219 | Reg | 4 units | SQ | RA | U. Vidauni, RN |
| 7-4-21 | 1455 | 210 | N/R | 15/4 | SQ | UA | Selene RN |
| 7-5-21 | 0410 | 150 | Reg | 2 units | SQ | RA | U. Vidauni, RN |
| 7/5/21 | 1433 | 212 | N/R | 15/4 | SQ | LA | Selene RN |

HSM-79 (Rev 3/19)                                                                1 of 1

X |||||||||||||||||||||||||||||||||||||||||||||||||||    #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

CONNALLY (CY)


Patient Name: TIEDE, BERNHARDT I
MRN: 864378


========================================================================
DELIVERY OF SPECIALTY SUPPLIES
Entered On: 06/22/2021 07:55:54
Entered By: GREEN, JULIE V. CCA


delivered knee high

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:  TIEDE, BERNHARDT I          TDCJ#:    864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE**  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 6-20-21 | 0444 | 206 | R | 4 | SC | LA | A Phil |
| 6/20/2 | 1623 | 168 | N, R | 15, 2 | SQ | RABD | DN |
| 6/21/21 | 0235 | 153 | N/R | #02 | SC | LA | Phil |
| 6/21/21 | 1509 | 147 | N | 15 | SQ | RA | |
| 6-22-21 | 0221 | 197 | Reg | 2 units | SQ | LA | V. Vidaurri RN |
| 6/22/21 | 1450 | 164 | N/R | 15/2 | SQ | RA | R. Deal, LVN |
| 6-23-21 | 0501 | 987 | Reg | 2 units | SQ | LA | V. Vidaurri RN |
| 6-23-21 | 1634 | 172 | N, R | 15, 2 | SQ | RA | E. Domingo |
| 6-24-21 | 0430 | 249 | R | 4 | SC | LA | A Phil |
| 6-24-21 | 1535 | 192 | N, R | 15, 2 | SQ | RA | E. Domingo |
| 6-25-21 | 0336 | 172 | Reg | 2 | SQ | LA | E. Domingo |
| 6/25/21 | 1525 | 447 | N/R | 15/12 | SQ | RA | R. Deal, LVN |
| 6-26-21 | 0337 | 203 | Reg | 4 units | SQ | Dabd | V. Vidaurri, RN |
| 6/26/21 | 1602 | 354 | N/R | 15/8 | SQ | LA | R. Deal, LVN |
| 6-27-21 | 0356 | 134 | | | | | V. Vidaurri RN |
| 6/27/21 | 1515 | 191 | N/R | 15/2 | SQ | RA | R. Deal, LVN |

HSM-79 (Rev 3/19)                                                                      1 of 1

X |||||||||||||||||||||||||||||||||||||||||||||||||||||||||                      #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   06/14/2021 11:41
TDCJ#:864378               Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958      Sex:  male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 6/1/2021:**

| BP: 146 / 80 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 59 (Sitting) | Resp: | Temp: 97.3 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2021 03:57:05AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2021 03:56:57AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/12/2021 09:48:51AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2021 03:56:51AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 3/24/2022 02:49:00PM <br> REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 05/27/2021 03:37:54PM <br> ORDERING PROVIDER: OBI, JOSEPH C <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/17/2021 05:27:00PM <br> REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 05/23/2021 09:44:46AM <br> ORDERING PROVIDER: ONYEMAECHI, CYRIL C <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP <br> NF# 896539A [INDEF] | EXPIRATION DATE: 2/11/2022 01:17:00PM <br> REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 05/17/2021 03:35:21PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 05/29/2021 11:00:07AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM <br> REFILLS: 10 / 11 | LAST DATE GIVEN KOP: 06/09/2021 03:57:01AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **NOVOLIN N 100U/ML 10ML VIAL** <br> 15 UNITS SUBCUTANEO EVERY EVENING for 30 Days <br> CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING | EXPIRATION DATE: 3/24/2022 02:34:00PM <br> REFILLS: 2 / 11 | COMPLIANCE: 0.00 % <br> ORDERING PROVIDER: OBI, JOSEPH C <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **NOVOLIN R 100U/ML SS 10ML VIAL** <br> 1 UNITS SUBCUTANEO SLIDING SCALE for 30 Days <br> BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, | EXPIRATION DATE: 4/28/2022 03:37:00PM <br> REFILLS: 1 / 11 | COMPLIANCE: 0.00 % <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   06/14/2021 11:41
TDCJ#:864378                             Facility:  CONNALLY (CY)

451-500=14 UNITS, >500 UA FOR
KETONES CALL MD.

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1

LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 10 / 11

LAST DATE GIVEN KOP: 06/09/2021 03:57:08AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days

EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 2 / 11

COMPLIANCE: 90.36 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

Please give pt knee high embolism socking 1 pair

**Started Meds:**

**PREDNISONE 20MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 0

2 TABS ORAL EVERY MORNING for 5 Days KOP

START DATE:06/14/2021 11:43 AM
EXPIRATION DATE: 6/19/2021 11:43 AM

**Procedures Ordered:**
| Date Time | Description | Comments |
|---|---|---|
| 6/14/2021 11:44AM | MD/MLP-CHART REVIEW | |

**Passes Data:**
**06/14/2021 11:45 - WAGNER, PAMELA K  NP**

**Add - MEDICAL SUPPLIES: Compression Stockings  # of Days: 180 Exp. Date: 12/11/2021**

Electronically Signed by WAGNER, PAMELA K. NP on 06/14/2021.
Electronically Signed by GREEN, JULIE V. CCA on 06/21/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING** Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE** Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 6/12/21 | 1630 | 195 | N\R | 15/2 | SQ | RA | A. Deal, LVN |
| 6-13-21 | 0221 | 209 | Reg | 4 units | SQ | LA | V. Vidauni, RN |
| 6/13/21 | 1451 | 134 | N | 15 | SQ | RA | |
| 6-14-21 | 0506 | 166 | Reg | 2 units | SQ | LA | V. Vidauni, RN |
| 6-14-21 | 1730 | 126 | N | 15 | SQ | RA | J. Dominguez |
| 6/15-21 | 0735 | 196 | N | 2 | SQ | LA | J. Dominguez |
| 6-15-21 | 1420 | 201 | N R | N8-14 | SC | RA | |
| 6-16-21 | 0230 | 178 | R | 2 | SC | LA | A. Jule |
| 6/16/21 | 1500 | 136 | N | 15 | SQ | LA | A. Deal, LVN |
| 6-17-21 | 0436 | 178 | Reg | 2 units | SQ | LA | V. Vidauni, RN |
| 6/17/21 | 1715 | 162 | N | 15/2 | SQ | RT | A. Deal, LVN |
| 6-18-21 | 0407 | 156 | Reg | 2 units | SQ | LA | V. Vidauni, RN |
| 6/18/21 | 1715 | 210 | N/R | 15/4 | SQ | RA | |
| 6-19-21 | Am | — | N S | | | | A. Jule |
| 6-19-21 | 0437 | 170 | N/R | 2 | SC | LA | A. Jule |
| 6/19/21 | 1420 | 293 | N R | 15/6 | SQ | RA | |

X |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||     #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE** Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 6-4-21 | 1530 | 172 | N/R | 15/2 | SS | RA | |
| 6/5/21 | 0306 | 202 | N/R | 4 | SC | LA | A Peule |
| 6/6/21 | 1601 | 190 | N/R | 15/2 | SC | RA | |
| 6/6/21 | 0300 | 224 | N/R | 4 | SC | LA | A Peule |
| 6/6/21 | 1500 | 164 | N/R | 15/2 | SC | RA | |
| 6/7/21 | 0315 | 187 | N/R | 2 | SC | LA | A Peule |
| 6/7/21 | 1511 | 193 | N-R | 15-2 | sq | RA | |
| 6-8-21 | 0350 | 176 | Reg | 2units | SQ | LA | V. Vidauni, RN |
| 6/8/21 | 1556 | 180 | N/R | 15/2 | SQ | LA | |
| 6-9-21 | 0352 | 205 | Reg | 4units | SQ | LA | V. Vidauni, RN |
| 6-9-21 | 1530 | 357 | N/R | 15/10 | SQ | RA | |
| 6-10-21 | 0404 | 174 | N R | 2 | SC | LA | |
| 6/10/21 | 1750 | 275 | N/R | 15/6 | SC | RA | |
| 6/11/21 | 0557 | 167 | N R | 2 | SC | LA | A Peule |
| 6/11/21 | 1502 | 154 | N R | 15/2 | SQ | RA | |
| 6-12-21 | 0509 | 123 | + | | | | V. Vidauni, RN |

HSM-79 (Rev 3/19)          1 of 1

X |||||||||||||||||||||||||||||||          #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## DIABETIC FLOW SHEET

Offender Name:   TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL,** 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| Date Ordered: | | LA = Left Arm | RA = Right Arm |
| | | LT = Left Thigh | RT = Right Thigh |
| Date Expired: | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 5/27/21 | 1002 | 244 | N/R | 15/4 | SQ | LA | |
| 5/28/21 | 0403 | 141 | | | | | H.Fuli R |
| 5/28/21 | 1500 | 204 | N/R | 15/4 | SQ | RA | RR Coahlin RN |
| 5-29-21 | 0407 | 148 | | | | | V.Vidaurri RN |
| 5/29 | 1535 | 144 | N | 15 | SQ | LA | Arija |
| 5-30-21 | 0850 | 146 | | | | | V.Vidaurri RN |
| 5/31/21 | 1506 | 84 | N | 15 | SQ | RA | |
| 5-31-21 | 0353 | 132 | | | | | V.Vidaurri RN |
| 5/31/21 | 1530 | 135 | N | 15 | SQ | RA | |
| 6-1-21 | 0400 | 194 | N/R | 15/2 | SC | LA | A.Faye |
| 6/1/21 | 1545 | 268 | N/R | 15/6 | SQ | RA | |
| 6/2/21 | 0335 | 206 | N/R | 4 | SC | LA | H.Fuli R |
| 6/2/21 | 1600 | 117 | N | 15 | SQ | RA | Arija |
| 6-3-21 | 0352 | 192 | Reg | 2 units | SQ | LA | V.Vidaurri RN |
| 6/3/21 | 1543 | 146 | N | 15 | SQ | RA | |
| 6-4-21 | 0303 | 187 | Reg | 2 units | SQ | LA | V.Vidaurri RN |

HSM-79 (Rev 3/19)                                                                1 of 1

X |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||| #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   05/19/2021 17:26
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 3/24/2021:**

| BP: 140 / 68 (Sitting) | Weight: 259 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 99.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
    EXPIRATION DATE: 8/08/2021 02:58:00PM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 05/09/2021 01:24:26PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
    EXPIRATION DATE: 8/08/2021 09:53:00AM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 05/09/2021 01:24:30PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30
Days KOP
    EXPIRATION DATE: 8/12/2021 10:30:00AM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 05/13/2021 04:02:50PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
    EXPIRATION DATE: 8/08/2021 09:54:00AM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 05/09/2021 01:24:36PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
    EXPIRATION DATE: 3/24/2022 02:49:00PM
    REFILLS: 1 / 11
    LAST DATE GIVEN KOP: 04/28/2021 03:43:58PM
    ORDERING PROVIDER: OBI, JOSEPH C
    ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]
    EXPIRATION DATE: 2/11/2022 01:17:00PM
    REFILLS: 3 / 11
    LAST DATE GIVEN KOP: 05/17/2021 03:35:21PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
    EXPIRATION DATE: 7/29/2021 03:01:00PM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 04/29/2021 03:33:15PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
    EXPIRATION DATE: 8/08/2021 02:58:00PM
    REFILLS: 9 / 11
    LAST DATE GIVEN KOP: 05/09/2021 01:24:43PM
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**NOVOLIN N 100U/ML 10ML VIAL**
15 UNITS SUBCUTANEO EVERY
EVENING for 30 Days
CHECK BLOOD SUGAR VIA
FINGERSTICKS EVERY MORNING
AND EVERY EVENING
    EXPIRATION DATE: 3/24/2022 02:34:00PM
    REFILLS: 1 / 11
    COMPLIANCE: 0.00 %
    ORDERING PROVIDER: OBI, JOSEPH C
    ORDERING FACILITY: CONNALLY (CY)

**NOVOLIN R 100U/ML SS 10ML VIAL**
1 UNITS SUBCUTANEO SLIDING
SCALE for 30 Days
BS 150-200=2 UNITS, 201-250=4 UNITS,
251-300=6 UNITS, 301-350=8 UNITS,
351-400=10 UNITS, 401-450=12 UNITS,
451-500=14 UNITS, >500 UA FOR
KETONES CALL MD.
    EXPIRATION DATE: 4/28/2022 03:37:00PM
    REFILLS: 0 / 11
    COMPLIANCE: 0.00 %
    ORDERING PROVIDER: WAGNER, PAMELA K
    ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
    EXPIRATION DATE: 7/23/2021 10:55:00AM
    REFILLS: 1 / 1
    LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
    ORDERING PROVIDER: SMITH, REGINALD G

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I       Date:   05/19/2021 17:26

TDCJ#:864378                       Facility:  CONNALLY (CY)

for 180 Days KOP   As Needed (PRN)

                                                 ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP      EXPIRATION DATE: 8/08/2021 09:53:00AM      LAST DATE GIVEN KOP: 05/09/2021 01:24:49PM
REFILLS: 9 / 11                            ORDERING PROVIDER: WAGNER, PAMELA K

                                                 ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days      EXPIRATION DATE: 3/19/2022 01:37:00PM      COMPLIANCE: 87.72 %
REFILLS: 1 / 11                            ORDERING PROVIDER: OBI, JOSEPH C
                                                 ORDERING FACILITY: CONNALLY (CY)

**Started Meds:**

**IBUPROFEN 800MG TABLET**      1 TABS ORAL TWICE DAILY for 30 Days KOP      START DATE:05/19/2021 17:27 PM
PROVIDER: ONYEMAECHI, CYRIL C                                      EXPIRATION DATE: 8/17/2021 17:27 PM
REFILLS: 0 / 2

Electronically Signed by ONYEMAECHI, CYRIL C. NP on 05/19/2021.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## DIABETIC FLOW SHEET

| Offender Name: | TIEDE, BERNHARDT I | TDCJ#: | 864378 |

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL**, 15 UNITS SUBCUTANEO QPM - EVERY EVENING  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGER STICK EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL**, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 5/19/21 | 1526 | 175 | N/R | 15/2 | SQ | LABD | |
| 5/20/21 | 0854 | 170 | R | 2 | SQ | RTABD | |
| 5/20 | 1550 | 14 | N | 15 | SQ | RA | Arya |
| 5-21-21 | 0312 | 184 | Reg | 2 units | SQ | LA | V. Vidaurri RN |
| 5/21/21 | 1540 | 246 | N/R | 15/4 | SQ | RA | |
| 5/22/21 | 0345 | 192 | N/R | 2 | SC | LA | L Auel |
| 5-22-21 | 1500 | 112 | N | 15 | SQ | RA | Dominguez |
| 5-23-21 | 0410 | 178 | N/R | 2 | SC | LA | L Auel |
| 5-23-21 | 1505 | 111 | N | 15 | SQ | RA | Dominguez |
| 5/24/21 | 0403 | 194 | R | 2 | SQ | LA | Ings |
| 5/24/21 | 1553 | 133 | N | 15 | SQ | RA | |
| 5-25-21 | 0407 | 181 | Reg | 2 units | SQ | Labd | V. Vidaurri RN |
| 5/25/21 | 1555 | 154 | N/R | 15/2 | SQ | RABD | |
| 5-26-21 | 0424 | 216 | Reg | 4 units | SQ | Labd | Vidaurri RN |
| 5/26/21 | 1530 | 161 | N/R | 15/2 | SQ | LA | Siller |
| 5/27/21 | 0337 | 178 | N/R | 2 | SC | RA | L Auel |

HSM-79 (Rev 3/19)

X |||||||||||||||||||||||||||||||||||||||||||||||||

1 of 1

#

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## DIABETIC FLOW SHEET

B22

Offender Name: **TIEDE, BERNHARDT I**          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING** Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
Special Instructions: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, ▓▓▓▓ SUBCUTANEO SLIDESCALE - SLIDING SCALE** Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
Special Instructions: BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 5/11/21 | 1614 | 158 | N/R | 15/2 | SQ | LABD | ~ |
| 5/12/21 | 0305 | 198 | R | 2 | SQ | RABD | ~ |
| 5/12/21 | 1637 | 190 | N/R | 6/2 | SQ | UABD | ~ |
| 5/13/21 | 0145 | 136 | N/R | 2 | SQ | | ~ |
| 5/13/21 | 1624 | EDIT 274 246 | N/R | 15,4 | SQ | RA | ~ |
| 5/14/21 | 0309 | 172 | R | 2 | SQ | LA | ~ |
| 5/14 | 1555 | 119 | N | 15 | SQ | RA | ~ |
| 5/15/21 | 0403 | 170 | R | 2 | SQ | LA | ~ |
| 5/15/21 | 1509 | 139 | R | 1.5 | SQ | RA | ~ |
| 5/16/21 | 0359 | 188 | N | 2 | SQ | LA | ~ |
| 5/16 | 1525 | 113 | N | 15 | SQ | LA | ~ |
| 5/17/21 | 0359 | 172 | R | 2 | SQ | | ~ |
| 5-17-21 | 1545 | 296 | N, R | 15, 6 | SQ | RA | ~ |
| 5-18-21 | 0409 | 167 | NR | 2 | SQ | LABD | ~ |
| 5-18-21 | 1600 | 144 | N | 15 | SQ | LABD | ~ |
| 5-19-21 | 0405 | 248 | R | 4 | SQ | LABD | ~ |

X ||||||||||||||||||||||||||||||||||||||||||||   #

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

B20

Offender Name:  TIEDE, BERNHARDT I          TDCJ#:  864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* ██████████████████████████ EVERY MORNING AND EVERY EVENING
**NOVOLIN R 100U/ML SS 10ML VIAL, 1 UNITS SUBCUTANEO SLIDESCALE - SLIDING SCALE**  Order Date: 05/03/2021
Expire Date: 04/28/2022 15:37
*Special Instructions:* BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8 UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS, >500 UA FOR KETONES CALL MD.

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 5-3-21 | 1529 | 370 | N-R | 15-10 | SQ | Ltabd | Preparta |
| 5-4-21 | 0257 | 234 | R | 4 | SQ | RUQ | C.W |
| 5-4-21 | 1500 | 340 | N/R | 15/8 | SQ | UL | Guline |
| 5-5-21 | 0338 | 223 | R | 4 | SQ | LLD | C.W |
| 5/5/21 | 1536 | 370 | N/R | 15/10 | SQ | RABD | Bradson |
| 5/6/21 | 0410 | 96 | | 2 | SQ | LABD | |
| 5/6/21 | 1555 | 375 | N/R | 15/10 | SQ | RA | Bradelyn |
| 5-7-21 | 0623 | 131 | | | | | Vidauni R |
| 5-7-21 | 1554 | 296 | N,R | 15,6 | SQ | LA | E.Dominguez |
| 5-8-21 | 0346 | 149 | N/R | | | LUB | |
| 5-8-21 | 1530 | 268 | N/R | 15/6 | SQ | RA | E.Dominguez |
| 5/9/21 | 0315 | 91 | N,R | | | | Bradelyn |
| 5-9-21 | 1515 | 250 | N,R | 15,4 | SQ | LA | E.Dominguez |
| 5-10-21 | 0311 | 238 | R | 4 | SQ | RA | |
| 5/10/21 | 1612 | 125 | N | 15 | SQ | LA | |
| 5-11-21 | 0427 | 184 | Reg | 2 units | SQ | | D. Vidauni, R |

HSM-79 (Rev 3/19)                                                    1 of 1

X ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖                    #

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:42 AM

CONNALLY (CY)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

=========================================================================
DELIVERY OF SPECIALTY SUPPLIES
Entered On: 04/30/2021 10:17:38
Entered By: GREEN, JULIE V. CCA

rec'd
Please schedule pt size Lg knee high hose.

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name: TIEDE, BERNHARDT I       TDCJ#: 864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021  Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 4-30-21 | 0412 | 195 | — | | | | |
| 4/30/21 | 1516 | 237 | N | 15 | SQ | LABD | |
| 5/1/21 | | | | | | | |
| 5/1/21 | 1501 | 170 | N | 15 | SQ | RABD | |
| 5/2 | 0702 | 255 | — | | | | |
| 5/2/21 | 1506 | 134 | N | 15 | SQ | LA | |
| 5-3-21 | 0321 | 168 | — | | | | |
| 5/3/21 | 1529 | 270 | N | 15 | SQ | LABD | |
| | | New Orders | | | | | |
| | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   04/28/2021 09:40
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958     Sex:  male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 3/24/2021:**

| BP: 140 / 68 (Sitting) | Weight: 259 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 99.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
     EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 8 / 11
     LAST DATE GIVEN KOP: 04/09/2021 03:06:05PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
     EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 8 / 11
     LAST DATE GIVEN KOP: 04/09/2021 03:06:08PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30
Days KOP
     EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 8 / 11
     LAST DATE GIVEN KOP: 04/14/2021 03:59:50PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
     EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 8 / 11
     LAST DATE GIVEN KOP: 04/09/2021 03:05:55PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
     EXPIRATION DATE: 3/24/2022 02:49:00PM
REFILLS: 1 / 11
     LAST DATE GIVEN KOP: 03/31/2021 03:19:01PM
ORDERING PROVIDER: OBI, JOSEPH C

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
     EXPIRATION DATE: 5/17/2021 12:08:00PM
REFILLS: 2 / 2
     LAST DATE GIVEN KOP: 04/18/2021 10:02:35AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]
     EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 2 / 11
     LAST DATE GIVEN KOP: 04/18/2021 10:02:32AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
     EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 9 / 11
     LAST DATE GIVEN KOP: 03/31/2021 03:19:04PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
     EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 8 / 11
     LAST DATE GIVEN KOP: 04/09/2021 03:06:01PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**NOVOLIN N 100U/ML 10ML VIAL**
15 UNITS SUBCUTANEO EVERY
EVENING for 30 Days
CHECK BLOOD SUGAR VIA
FINGERSTICKS EVERY MORNING
AND EVERY EVENING
     EXPIRATION DATE: 3/24/2022 02:34:00PM
REFILLS: 1 / 11
     COMPLIANCE: 0.00 %
ORDERING PROVIDER: OBI, JOSEPH C

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)
     EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
     LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
     EXPIRATION DATE: 8/08/2021 09:53:00AM
     LAST DATE GIVEN KOP: 04/09/2021 03:06:10PM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  04/28/2021 09:40
TDCJ#:864378      Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| 1 CAPS ORAL EVERY EVENING for 30 Days KOP | REFILLS: 8 / 11 | ORDERING PROVIDER: WAGNER, PAMELA K |
| | | ORDERING FACILITY: CONNALLY (CY) |
| **VENLAFAXINE ER 75MG CAPSULE** | EXPIRATION DATE: 3/19/2022 01:37:00PM | COMPLIANCE: 86.11 % |
| 1 CAPS ORAL AT BEDTIME for 30 Days | REFILLS: 1 / 11 | ORDERING PROVIDER: OBI, JOSEPH C |
| | | ORDERING FACILITY: CONNALLY (CY) |

**Started Meds:**

| | | |
|---|---|---|
| **PREDNISONE 20MG TABLET** | 5 TABS ORAL EVERY MORNING for 5 Days KOP | START DATE:04/28/2021 09:40 AM |
| PROVIDER: WAGNER, PAMELA K | | EXPIRATION DATE: 5/03/2021 09:40 AM |
| REFILLS: 0 / 0 | | |

Please schedule pt size Lg knee high hose.

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 4/28/2021 09:43AM | PROVIDER1-BRIEF OFFICE VISIT (F) | |

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 04/28/2021.
Electronically Signed by GREEN, JULIE V. CCA on 04/28/2021.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I            Date:   04/14/2021 07:45
TDCJ#:864378                                Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 3/24/2021:**

| BP: 140 / 68 (Sitting) | Weight: 259 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 99.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 04/09/2021 03:06:05PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 04/09/2021 03:06:08PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 03/15/2021 04:47:59AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 04/09/2021 03:05:55PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 3/24/2022 02:49:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 03/31/2021 03:19:01PM<br>ORDERING PROVIDER: OBI, JOSEPH C<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 5/17/2021 12:08:00PM<br>REFILLS: 2 / 2 | LAST DATE GIVEN KOP: 03/18/2021 06:32:08AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/11/2022 01:17:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 03/18/2021 06:32:16AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 03/31/2021 03:19:04PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 04/09/2021 03:06:01PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **NOVOLIN N 100U/ML 10ML VIAL**<br>15 UNITS SUBCUTANEO EVERY EVENING for 30 Days<br>CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING | EXPIRATION DATE: 3/24/2022 02:34:00PM<br>REFILLS: 0 / 11 | COMPLIANCE: 0.00 %<br>ORDERING PROVIDER: OBI, JOSEPH C<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM<br>REFILLS: 1 / 1 | LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE** | EXPIRATION DATE: 8/08/2021 09:53:00AM | LAST DATE GIVEN KOP: 04/09/2021 03:06:10PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   04/14/2021 07:45
TDCJ#:864378                                        Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| 1 CAPS ORAL EVERY EVENING for 30 Days KOP | REFILLS: 8 / 11 | ORDERING PROVIDER: WAGNER, PAMELA K |
| | | ORDERING FACILITY: CONNALLY (CY) |
| **VENLAFAXINE ER 75MG CAPSULE** | EXPIRATION DATE: 3/19/2022 01:37:00PM | COMPLIANCE: 81.82 % |
| 1 CAPS ORAL AT BEDTIME for 30 Days | REFILLS: 0 / 11 | ORDERING PROVIDER: OBI, JOSEPH C |
| | | ORDERING FACILITY: CONNALLY (CY) |

CR to f/u with K level, HgbA1C.
Normal K level
Pt now on insulin therapy regimen

A: DM

P:
Continue DM treatment, as prescribed

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 4/14/2021 07:50AM | MD/MLP-CHART REVIEW | |

Electronically Signed by OBI, JOSEPH C. NP on 04/14/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

Offender Name:  TIEDE, BERNHARDT I        TDCJ#:  864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING** Order Date: 03/29/2021  Expire Date:
03/24/2022 14:34
*Special Instructions:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ EVERY MORNING AND EVERY EVENING

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 4-14-21 | AM | | No Show | | | | V. Vidaurri, RN |
| 4-14-21 | 1635 | 152 | N | 15 | SQ | LA | a Domingo |
| 4-15-21 | AM | | No Show | | | | V. Vidaurri, RN |
| 4-15-21 | 1520 | 176 | N | 15 | SQ | RA | a Domingo |
| 4-15-21 | | | | | | | J. Silva |
| 4-16-21 | AM | | No show | | | | c.m |
| 4-16-21 | 1520 | [14] | N | 15 | SQ | LA | JR Deal, LVN |
| 4-17-21 | AM | | No Show | | | | V. Vidaurri, RN |
| 4-17-21 | 1528 | 152 | N | 15 | SQ | RA | c.m |
| 4-18-21 | AM | | No Show | | | | V. Vidaurri, RN |
| 4-18-21 | 1520 | 124 | N | 15 | SQ | LA | c.m |
| 4-19-21 | AM | | No Show | | | | V. Vidaurri, RN |
| 4-19-21 | 1515 | 147 | N | 15 | SQ | RA | a Domingo |
| 4-20-21 | AM | | No show | | | | c.m |
| 4-20-21 | 1510 | 122 | N | 15 | SQ | LA | a Domingo |
| 4-21-21 | 0440 | 213 | | | SQ | R | c.m |

HSM-79 (Rev 3/19)

X |||||||||||||||||||||||||||||||||||||||||||||||     #

1 of 1

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**DIABETIC FLOW SHEET**

Offender Name:  TIEDE, BERNHARDT I          TDCJ#:   864378

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING**  Order Date: 03/29/2021   Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 4-6-21 | 1510 | 347 | N | 15 | SQ | Habd | L. Sylvester |
| 4-7-21 | 0319 | 149 | | | | | Cw |
| 4-7-21 | 1510 | 313 | N | 15 | SQ | Rt | Anza |
| 4-8-21 | AM | — | no show | | | | V. Vidaurri, RN |
| 4-8-21 | 1500 | 281 | N | 15 | SQ | RLA | Cw |
| 4-9-21 | Am | — | no show | | | | |
| 4-9-21 | | | | | | | |
| 4-9-21 | 1515 | 258 | N | 15 | SQ | LABD | L. Sylm |
| 4-10-21 | AM | — | no show | | | | |
| 4-10-21 | 1514 | 262 | N | 15 | SQ | RABD | |
| 4-11-21 | | | | | | | |
| 4-11-21 | 1526 | 396 | N | 15 | SQ | LA | |
| 4-12-21 | Am | — | NO Show | | | | |
| 4-12-21 | 1508 | 134 | N | 15 | SQ | RA | S. Deol, LVN |
| 4-13-21 | AM | — | no show | | | | V. Vidaurri, RN |
| 4-13-21 | 1513 | 131 | N | 15 | SQ | LA | S. Deol, LVN |

HSM-79 (Rev 3/19)

1 of 1

X |||||||||||||||||||||||||||||||||||||||   #

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   03/29/2021 14:13
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958     Sex:  male     Race: WHITE    DOI: 3/26/1999

**Most recent vitals from 3/24/2021:**

| | | | |
|---|---|---|---|
| BP: 140 / 68 (Sitting) | Weight: 259 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 99.5 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
    EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 03/15/2021 04:47:59AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
    EXPIRATION DATE: 3/19/2022 01:39:00PM
REFILLS: 0 / 11
    LAST DATE GIVEN KOP: 03/26/2021 03:32:54PM
ORDERING PROVIDER: OBI, JOSEPH C

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 5/17/2021 12:08:00PM
REFILLS: 1 / 2
    LAST DATE GIVEN KOP: 03/18/2021 06:32:08AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
    EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 1 / 11
    LAST DATE GIVEN KOP: 03/18/2021 06:32:16AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 8 / 11
    LAST DATE GIVEN KOP: 03/02/2021 07:12:50PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
    EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
    LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
    EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 7 / 11
    LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
    EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 0 / 11
    COMPLIANCE: 50.00 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   03/29/2021 14:13
Facility:  CONNALLY (CY)

CR to f/u with lab results. Pt in office on 03/24/2021 complaining of leg cramps.  Requested potassium supplement since he was on daily Lasix po. Potassium supplement started for only five days. To start NPH if HgbA1C > or = 8%

| GLU | 152 [H] | 144 [H] | | 123 [H] |
|---|---|---|---|---|
| MAGNESIUM | 2.3 | | | |

| MAGNESIUM | 2.3 | | | |
|---|---|---|---|---|
| POTASSIUM | 4.2 | | | |

| SODIUM | 141 | 136 | | 143 |
|---|---|---|---|---|
| TOTAL PROTEIN | 6.6 | 7.0 | | 7.1 |
| HGBA1C | 8.0 [H] | 8.2 [H] | 7.6 [H] | |

| FINGERSTICK GLUCOSE | 03/24/2021 13:35 |
|---|---|
| FS GLU | 173 [H] |

| VITAMIN | 03/26/2021 01:56 |
|---|---|
| VITB12 | 258 |
| VITAMIN-C BL | |

Plan:
Start NPH insulin every PM
Check BG via fingerstick AM and PM
Recheck HgbA1C result after 05/15/2021 lab results.
Evaluate med compliance and lifestyle changes on next CCC- diabetes on 07/26/2021

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**
PROVIDER: OBI, JOSEPH C
REFILLS: 0 / 11

1 TABS ORAL EVERY MORNING for 30 Days KOP

START DATE:03/24/2021 13:39 PM
EXPIRATION DATE: 3/19/2022 13:39 PM

**Started Meds:**

**NOVOLIN N 100U/ML 10ML VIAL**

PROVIDER: OBI, JOSEPH C

REFILLS: 0 / 11

15 UNITS SUBCUTANEO EVERY EVENING for 30 Days
Special Instructions: CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

START DATE:03/29/2021 14:34 PM

EXPIRATION DATE: 3/24/2022 14:34 PM

**Procedures Ordered:**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   03/29/2021 14:13
TDCJ#:864378                              Facility:  CONNALLY (CY)

| Date Time | Description | Comments |
|---|---|---|
| 3/29/2021 02:35PM | MD/MLP-CHART REVIEW | |

Electronically Signed by OBI, JOSEPH C. NP on 03/29/2021.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

12B-20

| Offender Name: | TIEDE, BERNHARDT I | TDCJ#: | 864378 |
|---|---|---|---|

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING** Order Date: 03/29/2021 Expire Date:
03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| | | LA = Left Arm | RA = Right Arm |
| Date Ordered: | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left abdomen | Rt/abd = Right abdomen |
| Date Expired: | | | |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 3-29-21 | 1621 | 139 | N | 15 | SQ | RABD | _illegible_, LVN |
| 3-30-21 | 0357 | 191 | | accu V only | | | V. Vidaurri, RN |
| 3-30-21 | 1553 | 117 | N | 15 | SQ | LABD | _illegible_, LVN |
| 3-31-21 | 0411 | 177 | | | | | |
| 3-31-21 | 1621 | 151 | N | 15 | SQ | Labd | Dominguez LVN |
| 4-1-21 | Ams | | | NO Show | | | |
| 4-1-21 | 1627 | 138 | N | 15 | SQ | LABD | |
| 4-2-21 | 0348 | 214 | | | SQ | | |
| 4-2-21 | 1601 | 187 | N | 15 | SQ | RA | |
| 4-3-21 | 0409 | 176 | | | | | |
| 4-3-21 | 1535 | 239 | N | 15 | SQ | LA | _illegible_, LVN |
| 4-4-21 | 0425 | 118 | | | | | |
| 4-4-21 | 1555 | 134 | N | 15 | SQ | RA | _illegible_, LVN |
| 4-5-21 | 0412 | 216 | | | | | |
| 4-5-21 | 1516 | 122 | N | 15 | SQ | Habd | Suber (LVN) |
| 4-6-21 | 0411 | 212 | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:  03/24/2021 13:05
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 62 year   DOB:  08/02/1958     Sex:  male
Race:  WHITE   DOI:  3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 3/24/2021:**

| BP: 140 / 68 (Sitting) | Weight: 259 Lbs. | Height: 75 In. | BMI: 32 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 99.5 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET** <br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET** <br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/15/2021 04:47:59AM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET** <br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET** <br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/15/2021 01:25:00PM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/18/2021 06:31:59AM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET** <br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 5/17/2021 12:08:00PM <br>REFILLS: 1 / 2 | LAST DATE GIVEN KOP: 03/18/2021 06:32:08AM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #** <br>1 TABS ORAL EVERY MORNING for 30 Days KOP <br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/11/2022 01:17:00PM <br>REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 03/18/2021 06:32:16AM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET** <br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/02/2021 07:12:50PM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET** <br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM <br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM <br>ORDERING PROVIDER: WAGNER, PAMELA K <br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF** <br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP  As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM <br>REFILLS: 1 / 1 | LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM <br>ORDERING PROVIDER: SMITH, REGINALD G <br><br>ORDERING FACILITY: CONNALLY (CY) |

1 of 4

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:   03/24/2021 13:05
TDCJ#:864378      Facility:  CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

Today's Problem:
3/24/2021

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S: Pt with PMH of uncontrolled DM and left leg pain in clinic today with c/o bilateral leg cramps. Pain is usually only at night.  Pain wakes him up from sleep.  States he takes Lasix and believes his potassium level might be low.

O:

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/24/2021 12:59PM | 140/68 (SI) | 95 (SI) | 18 | 259 LB | | 32 | 99.5 (OR) | | 0.00 | RA | | | | |
| 3/11/2021 07:28AM | 168/85 (SI) | 75 (SI) | 18 | 257 LB | | 32 | 98.5 (OR) | | 0.00 | RA | | | | |
| 2/2/2021 07:45AM | 150/80 (SI) | 81 (SI) | 18 | 264 LB | | 33 | 98.5 (OR) | | 0.00 | RA | | | | |
| 10/5/2020 07:58AM | 140/70 (SI) | 72 (SI) | 18 | 250 LB | | 31 | 98.3 (OR) | | 0.00 | RA | | | | |
| 8/13/2020 11:57AM | 175/78 (SI) | 89 (SI) | 18 | 249 LB | | 31 | 98.9 (OR) | | 0.00 | 99 RA | | | | |
| 8/3/2020 10:25AM | 140/73 (SI) | 78 (SI) | 18 | 254 LB | | 32 | 98.2 (OR) | | 0.00 | RA | | | | |
| 3/16/2020 10:40AM | 140/72 (SI) | 80 (SI) | 18 | 260 LB | | 32 | 98.5 (OR) | | 0.00 | RA | | | | |
| 3/10/2020 07:15AM | 148/81 (SI) | 70 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/3/2020 08:01AM | 140/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |

| CHEMISTRY | 01/12/2021 02:02 | 11/13/2020 01:30 | 09/23/2020 01:35 | 08/04/2020 02:27 |
|---|---|---|---|---|
| HGBA1C | 8.2 [H] | 7.6 [H] | | 8.2 [H] |

| URINALYSIS | 01/12/2021 02:02 | 09/23/2020 01:35 | 08/13/2020 12:10 | 08/04/2020 02:27 |
|---|---|---|---|---|
| APPEARANCE | Clear | Clear | | Clear |
| BACTERIA | Negative | Negative | | Negative |
| BILIRUBIN URINE | Negative | Negative | neg | Negative |
| BLOOD URINE | Negative | Negative | neg | Negative |
| COLOR | Yellow | Yellow | | Yellow |
| GLUCOSE QUAL UR | 500 mg/dL [A] | 50 mg/dL [A] | | 50 mg/dL [A] |
| HYALINE CAST | 1 | | | |
| KETONES URINE | Negative | Negative | neg | Negative |
| LEUKOCYTE ESTER | Negative | Negative | neg | Negative |
| MUCOUS URINE | Slight [A] | Slight [A] | | |
| NITRITE URINE | Negative | Negative | neg | Negative |
| PH URINE | 6.0 | 7.0 | 6.0 | 6.0 |
| PROTEIN URINE | 100 mg/dL [A] | 30 mg/dL [A] | trace [A] | Negative |
| RBC URINE | 1 | 2 | | 2 |
| SPEC GRAVITY UR | 1.014 | 1.017 | 1.010 | 1.010 |
| UROBILINOGEN UR | Normal | 2.0 mg/dL [A] | 0.2 | Normal |
| WBC URINE | 1 | <1 | | <1 |
| EPITHELIAL CELL | | <1 | | |
| GLUCOSE | | | 250 [A] | |

2 of 4

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:  03/24/2021 13:05
TDCJ#:864378      Facility:  CONNALLY (CY)

**GENERAL:**  Not in any acute distress, well-nourished, well-groomed male.
**HEENT:**  Normocephalic/Atraumatic, oropharynx intact, no ocular discharge, vision grossly intact.
**CHEST:**  Clear to auscultation, regular and unlabored breathing
**HEART:**  RRR, S1S2 present, no murmurs, no edema.
**ABDOMEN:**  Soft, nondistended abdomen, bowel sounds present X 4 quads, no masses, no bruits.
**GENITOURINARY:**  Deferred
**MUSCULOSKELETAL: Ambulates with a limp to left lower extremity.** No sign of bone dislocation, no paralysis
**INTEGUMENTARY:**  No sign of trauma. No skin lesions or rashes noted.
**PSYCHIATRIC/NEURO:**  Normal affect, responds appropriately. CN II – VII grossly intact

A:
Uncontrolled DM
Bilateral leg pain

Plan is as follows:

Med for leg cramps - Effexor
Start potassium x 5 days
Check k level
Check HgbA1C
Check BG by fingerstick now – 173mg/dl (11/2 hr post prandial)
Schedule chart review to f/u with Lab results in 3 wks.  Will start NPH insulin if A1C > = 8

Review/Update TDCJ Restrictions/PULHES:

**Started Meds:**

**VENLAFAXINE ER 75MG CAPSULE**      1 CAPS ORAL AT BEDTIME for 30 Days      START DATE:03/24/2021 13:37 PM
PROVIDER: OBI, JOSEPH C      EXPIRATION DATE: 3/19/2022 13:37 PM
REFILLS: 0 / 11

**POTASSIUM CL 20MEQ ER TABLET**      1 TABS ORAL EVERY MORNING for 5 Days KOP      START DATE:03/24/2021 13:30 PM
PROVIDER: OBI, JOSEPH C      EXPIRATION DATE: 3/29/2021 13:30 PM
REFILLS: 0 / 0

**Started Meds:**

**GLIPIZIDE 10MG TABLET**      1 TABS ORAL EVERY MORNING for 30 Days KOP      START DATE:03/24/2021 13:39 PM
PROVIDER: OBI, JOSEPH C      EXPIRATION DATE: 3/19/2022 13:39 PM
REFILLS: 0 / 11

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/24/2021 01:43PM | $PROVIDER2-INTERMEDIATE OFFICE VISIT WITH *COPAY* (F) | |
| 3/24/2021 01:43PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 3/24/2021 01:43PM | *COMP METABOLIC PANEL (CMP) | |
| | PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD | |

3 of 4

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I          Date:   03/24/2021 13:05
TDCJ#:864378                              Facility:  CONNALLY (CY)

LEV2ELCRRHGDONCOL
3/24/2021 01:43PM    MAGNESIUM, SERUM (MG)ONCOL
3/24/2021 01:43PM    *VITAMIN B12, SERUM [VITB12]


Electronically Signed by OBI, JOSEPH C. NP on 03/24/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   03/22/2021 12:39
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 3/11/2021:**

| BP: 168 / 85 (Sitting) | Weight: 257 Lbs. | Height: 75 In. | BMI: 32 (% Diff: -3.03) |
|---|---|---|---|
| Pulse: 75 (Sitting) | Resp: | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/15/2021 04:47:59AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/15/2021 01:25:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/18/2021 06:31:59AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 5/17/2021 12:08:00PM<br>REFILLS: 1 / 2 | LAST DATE GIVEN KOP: 03/18/2021 06:32:08AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/11/2022 01:17:00PM<br>REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 03/18/2021 06:32:16AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 03/02/2021 07:12:50PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM<br>REFILLS: 1 / 1 | LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   03/22/2021 12:39
TDCJ#:864378                                        Facility:  CONNALLY (CY)


To f/u with muscle cramps. Pt is on Lasix. Pt also has uncontrolled diabetes.

Order Labs -electrolytes, A1C
.
Schedule office appt to f/u with labs and muscle cramps.


**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/22/2021 12:43PM | MD/MLP-CHART REVIEW | |
| 3/22/2021 12:43PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 3/22/2021 12:43PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 3/22/2021 12:43PM | MAGNESIUM, SERUM (MG)ONCOL | |


Electronically Signed by OBI, JOSEPH C. NP on 03/22/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I          Date:   03/15/2021 09:39
TDCJ#:864378                              Facility:  CONNALLY (CY)

| Age:  62 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | DOI: 3/26/1999 |

**Patient Language**: ENGLISH

**Most recent vitals from 3/11/2021:**

| BP: 168 / 85 (Sitting) | Weight: 257 Lbs. | Height: 75 In. | BMI: 32 (% Diff: -3.03) |
| Pulse: 75 (Sitting) | Resp: | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies**: ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/15/2021 04:47:59AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/18/2021 01:34:06PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 5/17/2021 12:08:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 02/18/2021 01:34:13PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 02/22/2021 05:42:09PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/02/2021 07:12:50PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PREDNISONE 20MG TABLET**
2 TABS ORAL EVERY MORNING for 5 Days KOP
EXPIRATION DATE: 3/16/2021 03:31:00PM
REFILLS: 0 / 0
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

HSM-4 (Rev. 8/6/18)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I                    Date:   03/15/2021 09:39
TDCJ#:864378                                        Facility:  CONNALLY (CY)

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**          EXPIRATION DATE: 8/08/2021 09:53:00AM          LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM
1 CAPS ORAL EVERY EVENING for 30    REFILLS: 7 / 11                              ORDERING PROVIDER: WAGNER, PAMELA K
Days KOP

ORDERING FACILITY: CONNALLY (CY)

**Chief Complaint and Notes: Pt reports Sciatic pain radiating down lt leg.**
**Significant Past Medical History: Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

| REMARKS (Vision & Hearing) | | | |
|---|---|---|---|
| **CLINICAL EVALUATION** | **NL** | **AbNL** | **COMMENTS** |
| *Head And Neck* | X | | |
| *Eyes* | X | | |
| *Ent* | X | | Unremarkable |
| *Dental* | X | | |
| *Chest, Breast* | X | | Lungs CTA |
| *Cardiovascular* | X | | S1S2 no G/M/R |
| *Hemopoietic/ Lymphatic* | X | | |
| *Abdomen* | X | | Soft rounded with hypoactive BS x4 quadrants. |
| *Gastrointestinal* | X | | |
| *Endocrine/ Metabolic* | X | | |
| *Nutritional* | | X | BMI 32% |
| *Upper Extremities* | X | | Full ROM |
| *Spine* | | X | Lower back pain |
| *Lower Extremities* | | X | Limping on Lt foot |
| *Skin* | X | | |
| *Rectal* | | *X* | *Refused* |
| *FOBT Fecal Occult Blood Test* | *X* | | *FITT supplies given to pt* |
| *GU Genitourinary* | X | | |
| *Neuro* | X | | A&O x4 |
| *Ob-Gyn (Pelvic)* | NA | | |
| REMARKS: | | | |

**HSM-4 (Rev. 8/6/18)**                                                      2 of 4

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:42 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   03/15/2021 09:39
Facility:  CONNALLY (CY)

**If any component of the physical exam is refused, a refusal form must be completed.**

| Refusal Signed: | X | Yes | | No |
|---|---|---|---|---|

**Diagnoses:**

Current Restrictions:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

Current PUHLES:

| | DES | COD | MOD |
|---|---|---|---|
| **P:** | 3 | M | P |
| **U:** | 1 | A | - |
| **L:** | 1 | A | - |
| **H:** | 1 | A | - |
| **E:** | 2 | B | P |
| **S:** | 1 | A | - |

Verify Review of  Restrictions  and PUHLES:
**Restrictions / PULHES Data:**
**03/15/2021 09:45 - WAGNER, PAMELA K  NP Reviewed and Current No Changes Needed.**

## Orders:

**Started Meds:**

**PREDNISONE 20MG TABLET**        2 TABS ORAL EVERY MORNING for 5 Days KOP    START DATE:03/15/2021 09:45 AM
PROVIDER: WAGNER, PAMELA K                                                    EXPIRATION DATE: 3/20/2021 09:45 AM
REFILLS: 0 / 0

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/15/2021 09:46AM | FECAL IMMUNOCHEMICAL TEST (FIT) | |
| 3/15/2021 09:46AM | *PSA, SERUM | |
| 3/15/2021 09:46AM | PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I                    Date:   03/15/2021 09:39

TDCJ#:864378                                        Facility:  CONNALLY (CY)

Electronically Signed by WAGNER, PAMELA K. NP on 03/15/2021.

##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

CONNALLY (CY)


Patient Name: TIEDE, BERNHARDT I
MRN: 864378


========================================================================
DELIVERY OF SPECIALTY SUPPLIES
Entered On: 02/25/2021 12:38:11
Entered By: GREEN, JULIE V. CCA


rec'd
issue large knee highs

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I       Date:  02/16/2021 13:14
TDCJ#:864378       Facility:  CONNALLY (CY)

Age: 62 year     DOB: 08/02/1958      Sex:  male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 2/2/2021:**

| BP: 150 / 80 (Sitting) | Weight: 264 Lbs. | Height: 75 In. | BMI: 33 (% Diff: +6.45) |
|---|---|---|---|
| Pulse: 81 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/12/2021 03:18:46PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/17/2021 09:50:09AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 5/17/2021 12:08:00PM
REFILLS: 0 / 2
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/29/2021 03:05:28PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 3/08/2021 09:10:00AM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 02/09/2021 02:45:32PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**Started Meds:**

**LOSARTAN 50MG TABLET #**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   02/16/2021 13:14
TDCJ#:864378                                        Facility:  CONNALLY (CY)

PROVIDER: WAGNER, PAMELA K              Special Instructions: NF #896539A INDEF         EXPIRATION DATE: 2/11/2022 13:17 PM
REFILLS: 0 / 11

Electronically Signed by WAGNER, PAMELA K. NP on 02/16/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  02/02/2021 11:58
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999

| Patient Language:  ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 2/2/2021: | | | |
| BP: 150 / 80 (Sitting) | Weight: 264 Lbs. | Height: 75 In. | BMI: 33 (% Diff: +6.45) |
| Pulse: 81 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/11/2021 10:58:41AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/11/2021 10:58:37AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/17/2021 09:50:19AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/11/2021 10:58:22AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/15/2021 01:25:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/17/2021 09:50:09AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 2/15/2021 07:51:00AM<br>REFILLS: 2 / 2 | LAST DATE GIVEN KOP: 01/17/2021 09:50:13AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NFA# 896539A [INDEF] | EXPIRATION DATE: 2/05/2021 12:21:00PM<br>REFILLS: 11 / 11 | LAST DATE GIVEN KOP: 01/07/2021 09:47:14AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 01/29/2021 03:05:28PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/11/2021 10:58:34AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP  As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM<br>REFILLS: 1 / 1 | LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES | EXPIRATION DATE: 3/08/2021 09:10:00AM<br>REFILLS: 1 / 2 | LAST DATE GIVEN KOP: 01/07/2021 09:47:19AM<br>ORDERING PROVIDER: WAGNER, PAMELA K |

HSM70

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I                    Date:  02/02/2021 11:58
TDCJ#:864378                                        Facility:  CONNALLY (CY)

DAILY for 30 Days KOP

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**        EXPIRATION DATE: 8/8/2021 09:53:00AM      LAST DATE GIVEN KOP: 01/11/2021 10:58:44AM
1 CAPS ORAL EVERY EVENING for 30   REFILLS: 5 / 11                          ORDERING PROVIDER: WAGNER, PAMELA K
Days KOP

ORDERING FACILITY: CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| Asthma/COPD | | CAD | | CHF | | ESLD | Active Hepatitis B | | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyperlipidemia | | IDDM | X | NIDDM | | Active TB | Seizure | | Close Monitoring | | | |
| Miscellaneous: | | | | | | | | | | | | |

**Compliance:**
          **Medication:**     KOP %
          **Diet:**           DFH_ %
          **Exercise:**       5xwk %

**Subjective:** No complaints.
     **Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
     **Family Hx: HTN Diabetes HLD**
     **Commissary: sugar free candy, cereal, milk rice cakes fish**
     **Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective:** Alert oriented male  in NAD.

| CHEMISTRY | 01/12/2021 02:02 | 11/13/2020 01:30 | 09/23/2020 01:35 | 08/04/2020 02:27 |
|---|---|---|---|---|
| HGBA1C | 8.2 [H] | 7.6 [H] | | 8.2 [H] |
| ALBUMIN | 4.3 | | 4.5 | 4.2 |
| ALK PHOS | 73 | | 70 | 71 |
| ALT | 13 | | 17 | 17 |
| ANION GAP | 10 | | 17 [H] | 12 |
| AST | 22 | | 26 | 30 |
| BILI T | 0.6 | | 0.7 | 0.4 |
| BUN | 20 | | 15 | 18 |
| CALCIUM | 9.1 | | 9.0 | 8.9 |
| CHLORIDE | 101 | | 101 | 101 |
| CHOL | 106 [L] | | 84 [L] | 96 [L] |
| CO2 TOTAL | 25 | | 25 | 26 |
| CREATININE | 1.07 | | 0.94 | 1.04 |
| EGFR AFRIC | 84.9 | | 98.6 | 87.7 |
| EGFR NON-A | 70.0 | | 81.3 | 72.4 |
| GLU | 144 [H] | | 123 [H] | 125 [H] |
| HDL | 30 [L] | | 25 [L] | 23 [L] |
| HDL CHOL | 3.5 | | 3.4 | 4.2 |
| LDL | 42 | | 30 | 31 |
| POTASSIUM | 3.7 | | 4.2 | 3.7 |
| SODIUM | 136 | | 143 | 139 |
| TOTAL PROTEIN | 7.0 | | 7.1 | 6.7 |
| TRIGLYCERIDES | 170 | | 145 | 210 [H] |
| VLDL | 34 | | 29 | 42 |

HSM70                                                                                              2 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                    Date:  02/02/2021 11:58
TDCJ#:864378                                        Facility:  CONNALLY (CY)

| | | | | |
|---|---|---|---|---|
| **HCT** | **38.5** | **38.4** | **38.6** | **41.9** |
| HEMOGLOBIN | 12.6 | 12.9 | 12.7 | 13.5 |

| | | | | |
|---|---|---|---|---|
| **PLT** | **283** | **264** | **256** | **252** |
| RBC | 4.41 | 4.38 | 4.34 | 4.70 |
| RDW | 12.7 | 12.8 | 12.6 | 13.0 |
| RED CELL D | 40.0 | 41.1 | 40.9 | 42.5 |
| WBC | 7.97 | 8.68 | 6.58 | 8.20 |

| | | | | |
|---|---|---|---|---|
| **THYROID** | **01/12/2021 02:02** | **09/23/2020 01:35** | **08/04/2020 02:27** | **02/04/2020 02:02** |
| TSH | 2.27 | 1.75 | 1.93 | 2.80 |

| | | | | |
|---|---|---|---|---|
| **URINE CHEMISTRY** | **01/12/2021 02:02** | **09/23/2020 01:35** | **08/04/2020 02:27** | **02/04/2020 02:02** |
| ALB/CREAT UR | 302 [H] | 94 [H] | 22 | 29 |
| CREATININE UR | 89.0 | 124.7 | 62.6 | 77.0 |
| MICROALBUMIN UR | 269 [H] | 117 [H] | 14 | 22 |

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | | | |
| | Wheezes | | Rhonchi | | Left | | Middle | | Base | | Apical |
| | | | | | Right | | Middle | | Base | | Apical |
| | Other: | | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  02/02/2021 11:58
Facility:  CONNALLY (CY)

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | | N | | L | + |
| | Other: | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment: NIDDM controlled with metformin and Glucotrol**

**Plan:**

**Started Meds:**

**IBUPROFEN 800MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 2

1 TABS ORAL TWICE DAILY for 30 Days KOP

START DATE:02/16/2021 12:08 PM
EXPIRATION DATE: 5/17/2021 12:08 PM

Follow Up

| 30 days | 60 days | 90 days | X | PRN | X | OTHER: | **NIDDM 6 months** |
|---|---|---|---|---|---|---|---|
| | Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) | | | | | | |
| | Schedule with Mental Health (if indicated by DMG or clinical presentation) | | | | | | |

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | X | Diet for Health | | Other: |
|---|---|---|---|---|---|

| | FOR | **365** | DAYS |
|---|---|---|---|

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  02/02/2021 11:58
Facility:  CONNALLY (CY)

| X | Diet Compliance: | **DFH** |
|---|---|---|

Exercise:

| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| X | Exercise compliance: Dly |

Medication:

| X | Medication compliance: KOP |
|---|---|

Patient Education:

| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

Diet Counseling Performed:        **X**     Yes                        No

Review/Update TDCJ Restrictions/PULHES:
**Restrictions / PULHES Data:**
**02/02/2021 12:24 - WAGNER, PAMELA K  NP Reviewed and Current No Changes Needed.**

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 5/15/2021 12:27PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 5/15/2021 12:27PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCKDELCRRHAHEMURRHGDONCOLL EV2 | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 8/15/2021 12:27PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLDCKD LEV2ELCRRHGDONCOL | |
| 8/15/2021 12:27PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |
| 8/15/2021 12:27PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLETHPRHAGD | |
| 8/15/2021 12:27PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | |
| 8/15/2021 12:27PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | |
| 8/15/2021 12:27PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDELCRHEMUR | |
| 8/15/2021 12:27PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | |

DISCHARGE PLANNING

Continuity of Care / Discharge Planning: (See Guidelines) Patient will  NOT  require continuity of care planning by TCOOMMI prior to discharge from TDCJ.

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                Date:   02/02/2021 11:58
TDCJ#:864378                                    Facility:  CONNALLY (CY)

Electronically Signed by WAGNER, PAMELA K. NP on 02/02/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   02/02/2021 06:44
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958      Sex:  male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/5/2020:**

| BP: 140 / 70 (Sitting) | Weight: 250 Lbs. | Height: 75 In. | BMI: 31 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.3 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/11/2021 10:58:41AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: Connally (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/11/2021 10:58:37AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/17/2021 09:50:19AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/11/2021 10:58:22AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/17/2021 09:50:09AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 2/15/2021 07:51:00AM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 01/17/2021 09:50:13AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 01/07/2021 09:47:14AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/29/2021 03:05:28PM
ORDERING PROVIDER: WAGNER, PAMELA K

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/11/2021 10:58:34AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 3/08/2021 09:10:00AM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 01/07/2021 09:47:19AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 01/11/2021 10:58:44AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I　　　　Date:　02/02/2021 06:44
TDCJ#:864378　　　　　　　　　　　　　　Facility:　CONNALLY (CY)

Please issue pt one pair Large knee high
compression hose. Pt has current pass.

Electronically Signed by WAGNER, PAMELA K. NP on 02/02/2021.
Electronically Signed by GREEN, JULIE V. CCA on 02/02/2021.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

```
CONNALLY (CY)


Patient Name: TIEDE, BERNHARDT I
MRN: 864378


========================================================================
DELIVERY OF SPECIALTY SUPPLIES
Entered On: 12/10/2020 07:55:03
Entered By: GREEN, JULIE V. CCA


rec'd
Please issue pt large thigh high TED hose.  see note 12/820
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   12/08/2020 09:03
TDCJ#:864378                             Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958     Sex:  male     Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 10/5/2020:**

| BP: 140 / 70 (Sitting) | Weight: 250 Lbs. | Height: 75 In. | BMI: 31 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.3 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:07AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:05AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/15/2020 10:03:23AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:14AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/19/2020 02:36:28PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 2/15/2021 07:51:00AM
REFILLS: 0 / 2
LAST DATE GIVEN KOP: 11/19/2020 02:36:16PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 10 / 11
LAST DATE GIVEN KOP: 11/08/2020 09:35:30AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 12/02/2020 10:10:18AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:10AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1
LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:12AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**Started Meds:**

**SODIUM CL 0.65% NAS SPRAY 45ML**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   12/08/2020 09:03
TDCJ#:864378                                        Facility:  CONNALLY (CY)

KOP

PROVIDER: WAGNER, PAMELA K                          EXPIRATION DATE: 3/08/2021 09:10 AM
REFILLS: 0 / 2

Electronically Signed by WAGNER, PAMELA K. NP on 12/08/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I       Date:   12/08/2020 08:46
TDCJ#:864378       Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/5/2020:**

| BP: 140 / 70 (Sitting) | Weight: 250 Lbs. | Height: 75 In. | BMI: 31 (% Diff: 0.00) |
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.3 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:07AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:05AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/15/2020 10:03:23AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:14AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 11/19/2020 02:36:28PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 2/15/2021 07:51:00AM
REFILLS: 0 / 2
LAST DATE GIVEN KOP: 11/19/2020 02:36:16PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 10 / 11
LAST DATE GIVEN KOP: 11/08/2020 09:35:30AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 12/02/2020 10:10:18AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:10AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1
LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 11/12/2020 09:23:12AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

Please issue pt large thigh high TED hose.
**Passes Data:**
**12/08/2020 08:51 - WAGNER, PAMELA K  NP**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I        Date:   12/08/2020 08:46
TDCJ#:864378                        Facility:   CONNALLY (CY)

**Add - MEDICAL SUPPLIES: Compression Stockings  # of Days: 180 Exp. Date: 06/06/2021**
**Modify - Medical Supplies: Compression Stockings  # of Days: 180 Exp. Date: 06/06/2021  Comments: Large Thigh high**

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 12/08/2020.
Electronically Signed by GREEN, JULIE V. CCA on 12/09/2020.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I             Date:   11/17/2020 07:50
TDCJ#:864378                                 Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/5/2020:**

| BP: 140 / 70 (Sitting) | Weight: 250 Lbs. | Height: 75 In. | BMI: 31 |
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.3 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/12/2020 09:23:07AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/12/2020 09:23:05AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/15/2020 10:03:23AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/12/2020 09:23:14AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 10/17/2020 06:58:42PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]

EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 9 / 11

LAST DATE GIVEN KOP: 11/08/2020 09:35:30AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/02/2020 09:52:08AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/12/2020 09:23:10AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1

LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 3 / 11

LAST DATE GIVEN KOP: 11/12/2020 09:23:12AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**Started Meds:**

**IBUPROFEN 800MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 2

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I           Date:   11/17/2020 07:50
TDCJ#:864378                               Facility:  CONNALLY (CY)

Electronically Signed by WAGNER, PAMELA K. NP on 11/17/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:   10/05/2020 13:09
TDCJ#:864378                                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999

| Patient Language:  ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 10/5/2020: | | | |
| BP: 140 / 70 (Sitting) | Weight: 250 Lbs. | Height: 75 In. | BMI: 31 |
| Pulse: 72 (Sitting) | Resp: 18 / min | Temp: 98.3 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/21/2020 11:02:39AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/12/2020 10:05:34AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/18/2020 10:26:39AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/14/2020 10:06:55AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/21/2020 11:02:44AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 11/11/2020 02:59:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 09/12/2020 10:05:22AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 09/08/2020 10:13:38AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/05/2020 12:53:33PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 09/12/2020 10:05:28AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1
LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
EXPIRATION DATE: 11/11/2020 02:59:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 09/12/2020 10:05:55AM
ORDERING PROVIDER: WAGNER, PAMELA K

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   10/05/2020 13:09
Facility:  CONNALLY (CY)

DAILY for 30 Days KOP

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/8/2021 09:53:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/12/2020 10:05:32AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| | Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | | HCV | | HIV | X | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Hyperlipidemia | | IDDM | | NIDDM | | Active TB | | Seizure | | Close Monitoring | | | | |
| | Miscellaneous: | | | | | | | | | | | | | | |

**Compliance:**
   **Medication:    KOP %**
   **Diet:             DFH_%**
   **Exercise:      Dly_ %**

**Subjective:** **No complaints.**
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective:  Alert oriented male in NAD. EKG 100120 NSR Left axis deviation Inferior Infarct at 73 BPM Abnormal EKG.**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2020 07:58AM | 140/70 (SI) | 72 (SI) | 18 | 250 LB | | 31 | 98.3 (OR) | | 0.00 | RA | | | | |
| 8/13/2020 11:57AM | 175/78 (SI) | 89 (SI) | 18 | 249 LB | | 31 | 98.9 (OR) | | 0.00 | 99 RA | | | | |
| 8/3/2020 10:25AM | 140/73 (SI) | 78 (SI) | 18 | 254 LB | | 32 | 98.2 (OR) | | 0.00 | RA | | | | |
| 3/16/2020 10:40AM | 140/72 (SI) | 80 (SI) | 18 | 260 LB | | 32 | 98.5 (OR) | | 0.00 | RA | | | | |
| 3/10/2020 07:15AM | 148/81 (SI) | 70 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/3/2020 08:01AM | 140/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/25/2020 07:34AM | 161/83 (SI) | 85 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/18/2020 07:27AM | 161/83 (SI) | 78 (SI) | | | | | | | 0.00 | RA | | | | |

| CHEMISTRY | 09/23/2020 01:35 | 08/04/2020 02:27 | 04/29/2020 01:41 | 03/18/2020 01:10 |
|---|---|---|---|---|
| ALBUMIN | 4.5 | 4.2 | | |
| ALK PHOS | 70 | 71 | | |
| ALT | 17 | 17 | | |
| ANION GAP | 17 [H] | 12 | | |
| AST | 26 | 30 | | |
| BILI T | 0.7 | 0.4 | | |
| BUN | 15 | 18 | | |
| CALCIUM | 9.0 | 8.9 | | |
| CHLORIDE | 101 | 101 | | |
| CHOL | 84 [L] | 96 [L] | | |
| CO2 TOTAL | 25 | 26 | | |

HSM70

2 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:   10/05/2020 13:09
TDCJ#:864378                                             Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| CREATININE | 0.94 | 1.04 |
| EGFR AFRIC | 98.6 | 87.7 |
| EGFR NON-A | 81.3 | 72.4 |
| GLU | 123 [H] | 125 [H] |
| HDL | 25 [L] | 23 [L] |
| HDL CHOL | 3.4 | 4.2 |
| LDL | 30 | 31 |
| POTASSIUM | 4.2 | 3.7 |
| SODIUM | 143 | 139 |
| TOTAL PROTEIN | 7.1 | 6.7 |
| TRIGLYCERIDES | 145 | 210 [H] |
| VLDL | 29 | 42 |
| HGBA1C | 8.2 [H] | 8.1 [H] |

| **HEMATOLOGY** | **09/23/2020 01:35** | **08/04/2020 02:27** | **02/04/2020 02:02** |
|---|---|---|---|
| ABSOLUTE I | <0.03 | <0.03 | <0.03 |
| BASO ABS | 0.03 | 0.03 | 0.03 |
| BASO% | 0.3 | 0.5 | 0.4 |
| EOSINO ABS | 0.33 | 0.25 | 0.31 |

| **HCT** | **38.4** | **38.6** | **41.9** |
|---|---|---|---|
| HEMOGLOBIN | 12.9 | 12.7 | 13.5 |
| LYMPH ABS | 1.99 | 2.29 | 2.51 |

| **PLT** | **264** | **256** | **252** |
|---|---|---|---|
| RBC | 4.38 | 4.34 | 4.70 |
| RDW | 12.8 | 12.6 | 13.0 |
| RED CELL D | 41.1 | 40.9 | 42.5 |
| WBC | 8.68 | 6.58 | 8.20 |

| **THYROID** | **09/23/2020 01:35** | **08/04/2020 02:27** | **02/04/2020 02:02** |
|---|---|---|---|
| TSH | 1.75 | 1.93 | 2.80 |

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | | |
| | Wheezes | | Rhonchi | Left | Middle | Base | Apical |
| | | | | Right | Middle | Base | Apical |
| | Other: | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   10/05/2020 13:09
Facility:  CONNALLY (CY)

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | | R | + |
|---|---|---|---|---|---|---|
| | | N | | | L | + |
| | Other: | | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment: HTN at goal with Cozaar 50mg daily Lasix 20mg twice daily, Lopressor 100mg twice daily Norvasc 10mg daily**
　　　HLD ASCVSD score 27.1

**Plan:**
All meds are current

Follow Up

| | 30 days | | 60 days | | 90 days | X | PRN | X | OTHER: | HTN 1 year |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | HLD 1 year |
| | Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) | | | | | | | | | |
| | Schedule with Mental Health (if indicated by DMG or clinical presentation) | | | | | | | | | |

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | X | Diet for Health | | Other: | |
|---|---|---|---|---|---|---|

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  10/05/2020 13:09
TDCJ#:864378                               Facility:  CONNALLY (CY)

| FOR | **365** | DAYS |
|-----|---------|------|

| X | Diet Compliance: | **DFH** |
|---|------------------|---------|

Exercise:

| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
|   | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
|   | Limited physical activity due to medical restrictions |
| X | Exercise compliance: Dly |

Medication:

| X | Medication compliance: KOP |
|---|---|

Patient Education:

| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
|   | Other: |

Diet Counseling Performed:   X          Yes          No

Review/Update TDCJ Restrictions/PULHES:
Restrictions / PULHES Data:
10/05/2020 13:27 - WAGNER, PAMELA K  NP Reviewed and Current No Changes Needed.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|-----------|-------------|-----------|----------|----------------------|
| 9/20/2021 01:28PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD ONCOLLEV2 | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA | | |
| 9/20/2021 01:28PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGDONCOL | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA | | |
| 9/20/2021 01:28PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA | | |
| 9/20/2021 01:28PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA | | |
| 9/20/2021 01:28PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL | | |

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I

TDCJ#:864378

Date:   10/05/2020 13:09

Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| 9/20/2021 01:28PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL |
| 9/20/2021 01:28PM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) | (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL |
| 9/20/2021 01:28PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | (PRIMARY) HYPERTENSION (HTN), CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL |

Electronically Signed by WAGNER, PAMELA K. NP on 10/05/2020.

##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM



Scanned by ALEMAN, ROSE A, CCA in facility CONNALLY (CY) on 10/01/2020 09:45

Tiede, Bernhardt
ID 864378
02 08 1958
62 Years          254.0 lb     Male          Caucasian

30 09 2020  7 40 14
John b connally jr unit          kennedy

Technician
Ordering Ph  p wagner
Referring Ph  r smith
Attending Ph  p cain

QRS           96 ms
QT / QTcBaz   402 / 442 ms
PR            166 ms

Normal sinus rhythm
Left axis deviation
Inferior infarct , age undetermined

Location
Order Number
Visit
Indication  ekg
Medication 1
Medication 2
Medication 3

Room

73 bpm
- / - mmHg

GE   MACXXC3
P/N 2009028-061

Vital Signs

PRINTED IN U S A

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   08/20/2020 13:24
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 62 year   DOB: 08/02/1958     Sex:  male     Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 8/13/2020:**

| BP: 175 / 78 (Sitting) | Weight: 249 Lbs. | Height: 75 In. | BMI: 31 |
|---|---|---|---|
| Pulse: 89 (Sitting) | Resp: 18 / min | Temp: 98.9 (Oral) | O2 Sat: 99% RA |

**Allergies:**  ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:34AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:41AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 80MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/12/2021 10:30:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/20/2020 03:57:57AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:50AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:19AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 11/11/2020 02:59:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 08/16/2020 02:03:59AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NFA# 896539A [INDEF] | EXPIRATION DATE: 2/05/2021 12:21:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 08/08/2020 07:14:51PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:26AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:04:10AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | EXPIRATION DATE: 11/11/2020 02:59:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 08/18/2020 07:04:57PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:04:18AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   08/20/2020 13:24
TDCJ#:864378                                        Facility:  CONNALLY (CY)

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11

**Started Meds:**

**GLIPIZIDE 10MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11

Electronically Signed by WAGNER, PAMELA K. NP on 08/20/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/17/2020 10:21
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 8/13/2020:**

| BP: 175 / 78 (Sitting) | Weight: 249 Lbs. | Height: 75 In. | BMI: 31 |
|---|---|---|---|
| Pulse: 89 (Sitting) | Resp: 18 / min | Temp: 98.9 (Oral) | O2 Sat: 99% RA |

**Allergies:** ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:34AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:41AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 40MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 2/04/2021 01:49:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 08/07/2020 09:12:17PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:54:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:03:50AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:19AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 11/11/2020 02:59:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 08/16/2020 02:03:59AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NFA# 896539A [INDEF] | EXPIRATION DATE: 2/05/2021 12:21:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 08/08/2020 07:14:51PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:26AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/08/2021 02:58:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:04:10AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | EXPIRATION DATE: 11/11/2020 02:59:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/08/2021 09:53:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/16/2020 02:04:18AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I               Date:   08/17/2020 10:21
TDCJ#:864378                                   Facility:  CONNALLY (CY)

**Chart review in 2 weeks of lab results.  PER CCC NOTE 8/3/20- WAGNER**

| CHEMISTRY | 08/04/2020 02:27 | 04/29/2020 01:41 | 03/18/2020 01:10 | 02/04/2020 02:02 |
|---|---|---|---|---|
| ALBUMIN | 4.2 | | | 4.4 |
| ALK PHOS | 71 | | | 87 |
| ALT | 17 | | | 24 |
| ANION GAP | 12 | | | 12 |
| AST | 30 | | | 36 |
| BILI T | 0.4 | | | 0.5 |
| BUN | 18 | | | 14 |
| CALCIUM | 8.9 | | | 9.2 |
| CHLORIDE | 101 | | | 100 |
| CHOL | 96 [L] | | | 136 |
| CO2 TOTAL | 26 | | | 28 |
| CREATININE | 1.04 | | | 1.16 |
| EGFR AFRIC | 87.7 | | | 77.6 |
| EGFR NON-A | 72.4 | | | 64.0 |
| GLU | 125 [H] | | | 206 [H] |
| HDL | 23 [L] | | | 26 [L] |
| HDL CHOL | 4.2 | | | 5.2 [H] |
| LDL | 31 | | | 39 |
| POTASSIUM | 3.7 | | | 4.3 |
| SODIUM | 139 | | | 140 |
| TOTAL PROTEIN | 6.7 | | | 7.3 |
| TRIGLYCERIDES | 210 [H] | | | 357 [H] |
| VLDL | 42 | | | 71 [H] |
| HGBA1C | 8.2 [H] | 8.1 [H] | | 8.4 [H] |

| HCT | 38.6 | 41.9 | 44.6 | |
|---|---|---|---|---|
| HEMOGLOBIN | 12.7 | 13.5 | 14.9 | |
| LYMPH ABS | 2.29 | 2.51 | 1.55 | |

| PERCENT SE | 51.6 | 54.9 | 77.3 | |
|---|---|---|---|---|
| PLT | 256 | 252 | 289 | |
| RBC | 4.34 | 4.70 | 5.14 | |
| RDW | 12.6 | 13.0 | 12.6 | |
| RED CELL D | 40.9 | 42.5 | 39.7 | |
| WBC | 6.58 | 8.20 | 11.54 [H] | |

| THYROID | 08/04/2020 02:27 | 02/04/2020 02:02 | 09/23/2019 02:06 |
|---|---|---|---|
| TSH | 1.93 | 2.80 | 0.88 |

| URINE CHEMISTRY | 08/04/2020 02:27 | 02/04/2020 02:02 | 09/23/2019 02:06 |
|---|---|---|---|
| ALB/CREAT UR | 22 | 29 | 8157 [H] |
| CREATININE UR | 62.6 | 77.0 | 169.0 |

ASCVD 22.8

**Stopped Meds:**

**ATORVASTATIN 40MG TABLET**          1 TABS ORAL DAILY for 30 Days KOP          START DATE:02/10/2020 13:49 PM
PROVIDER: WAGNER, PAMELA K                                                      EXPIRATION DATE: 2/04/2021 13:49 PM
REFILLS: 6 / 11

**Started Meds:**

**ATORVASTATIN 80MG TABLET**          1 TABS ORAL EVERY EVENING for 30 Days KOP          START DATE:08/17/2020 10:30 AM

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                Date:   08/17/2020 10:21
TDCJ#:864378                                    Facility:  CONNALLY (CY)

PROVIDER: WAGNER, PAMELA K                                      EXPIRATION DATE: 8/12/2021 10:30 AM
REFILLS: 0 / 11

Electronically Signed by WAGNER, PAMELA K. NP on 08/17/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I          Date:   08/13/2020 14:53
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year     DOB:08/02/1958     Sex:male
Race: WHITE    DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 8/13/2020:**

| BP: 175 / 78 (Sitting) | Weight: 249 Lbs. | Height: 75 In. | BMI: 31 |
|---|---|---|---|
| Pulse: 89 (Sitting) | Resp: 18 / min | Temp: 98.9 (Oral) | O2 Sat: 99% RA |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/26/2021 10:54:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 2/04/2021 01:49:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 08/07/2020 09:12:17PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/07/2020 02:16:19AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 08/08/2020 07:14:51PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 08/07/2020 02:16:26AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/26/2021 10:52:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1
LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I          Date:   08/13/2020 14:53
TDCJ#:864378                              Facility:  CONNALLY (CY)

Today's Problem:  Pt requesting med refill. Pt also added I'm having a low grade deep headache and some difficulting urinating. Please help me.
8/13/2020

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S:  As above.

O: Alert oriented male in NAD. ENT: unremarkable. Lungs: CTA, respirations even and unlabored. Cardio: S1S2 no gallops murmurs or rubs. Abdomen soft rounded with hypoactive BS x4 quadrants, no pain or guarding with palpation.

A: Dysuria

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

**Stopped Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: SMITH, REGINALD G<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:07/31/2020 10:54 AM<br>EXPIRATION DATE: 7/26/2021 10:54 AM |
| **METOPROLOL 100MG TABLET**<br>PROVIDER: SMITH, REGINALD G<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:07/31/2020 10:52 AM<br>EXPIRATION DATE: 7/26/2021 10:52 AM |

**Started Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:08/13/2020 14:58 PM<br>EXPIRATION DATE: 8/08/2021 14:58 PM |
| **IBUPROFEN 800MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 2 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/13/2020 14:59 PM<br>EXPIRATION DATE: 11/11/2020 14:59 PM |
| **METOPROLOL 100MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/13/2020 14:58 PM<br>EXPIRATION DATE: 8/08/2021 14:58 PM |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br><br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 2 | 1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | START DATE:08/13/2020 14:59 PM<br><br>EXPIRATION DATE: 11/11/2020 14:59 PM |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/13/2020 02:59PM | CHRONIC CARE PROVIDER1-<br>BRIEF OFFICE VISIT (F) | ESSENTIAL (PRIMARY)<br>HYPERTENSION (HTN) | | |

2 of 3

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I        Date:   08/13/2020 14:53
TDCJ#:864378                            Facility:  CONNALLY (CY)

Electronically Signed by WAGNER, PAMELA K. NP on 08/13/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/13/2020 09:50
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 8/3/2020:**

| | | | |
|---|---|---|---|
| BP: 140 / 73 (Sitting) | Weight: 254 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 78 (Sitting) | Resp: 18 / min | Temp: 98.2 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/26/2021 10:54:00AM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/26/2021 10:53:00AM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 40MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 2/04/2021 01:49:00PM <br> REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 08/07/2020 12:17PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br> ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/26/2021 10:53:00AM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:19AM <br> ORDERING PROVIDER: WAGNER, PAMELA K |
| **LOSARTAN 50MG TABLET #** <br> 1 TABS ORAL DAILY for 30 Days KOP <br> NFA# 896539A [INDEF] | EXPIRATION DATE: 2/05/2021 12:21:00PM <br> REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 08/08/2020 07:14:51PM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br> ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/29/2021 03:01:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/07/2020 02:16:26AM <br> ORDERING PROVIDER: WAGNER, PAMELA K <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/26/2021 10:52:00AM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **PROAIR HFA 90MCG INH 200PF** <br> 2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/23/2021 10:55:00AM <br> REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/26/2021 10:52:00AM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: <br> ORDERING PROVIDER: SMITH, REGINALD G <br><br> ORDERING FACILITY: CONNALLY (CY) |

**Stopped Meds:**

| | | |
|---|---|---|
| **ASPIRIN EC 81MG TABLET** <br> PROVIDER: SMITH, REGINALD G <br> REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:07/31/2020 10:53 AM <br> EXPIRATION DATE: 7/26/2021 10:53 AM |
| **FUROSEMIDE 20MG TABLET** <br> PROVIDER: SMITH, REGINALD G <br> REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:07/31/2020 10:53 AM <br> EXPIRATION DATE: 7/26/2021 10:53 AM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   08/13/2020 09:50
TDCJ#:864378      Facility:  CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
PROVIDER: SMITH, REGINALD G
REFILLS: 0 / 11
     1 CAPS ORAL EVERY EVENING for 30 Days KOP      START DATE:07/31/2020 10:52 AM
EXPIRATION DATE: 7/26/2021 10:52 AM

**Started Meds:**

**ASPIRIN EC 81MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11
     1 TABS ORAL EVERY MORNING for 30 Days KOP      START DATE:08/13/2020 09:53 AM
EXPIRATION DATE: 8/08/2021 09:53 AM

**FUROSEMIDE 20MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11
     1 TABS ORAL TWICE DAILY for 30 Days KOP      START DATE:08/13/2020 09:54 AM
EXPIRATION DATE: 8/08/2021 09:54 AM

**METOPROLOL 100MG TABLET**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11
     1 TABS ORAL TWICE DAILY for 30 Days KOP      START DATE:08/13/2020 09:52 AM
EXPIRATION DATE: 8/08/2021 09:52 AM

**TERAZOSIN 10MG CAPSULE**
PROVIDER: WAGNER, PAMELA K
REFILLS: 0 / 11
     1 CAPS ORAL EVERY EVENING for 30 Days KOP      START DATE:08/13/2020 09:53 AM
EXPIRATION DATE: 8/08/2021 09:53 AM

Electronically Signed by WAGNER, PAMELA K. NP on 08/13/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                Date:  08/03/2020 14:44
TDCJ#:864378                                    Facility:  CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999

| Patient Language:  ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 8/3/2020: | | | |
| BP: 140 / 73 (Sitting) | Weight: 254 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 78 (Sitting) | Resp: 18 / min | Temp: 98.2 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/26/2021 10:54:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/26/2021 10:53:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 2/04/2021 01:49:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 07/08/2020 09:50:15PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/26/2021 10:53:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 07/25/2020 02:47:55AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 5 / 11
LAST DATE GIVEN KOP: 07/10/2020 01:26:46AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 1/08/2021 01:38:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 07/11/2020 09:01:06PM
ORDERING PROVIDER: SMITH, REGINALD G

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/26/2021 10:52:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 0 / 1
LAST DATE GIVEN KOP: 07/30/2020 07:18:39PM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 7/26/2021 10:52:00AM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                  Date:  08/03/2020 14:44
TDCJ#:864378                                      Facility:  CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyperlipidemia | | IDDM | X | NIDDM | | Active TB | | Seizure | | Close Monitoring | | | |
| Miscellaneous: | | | | | | | | | | | | |

**Compliance:**
    **Medication:**    <u>KOP</u> %
    **Diet:**          **DFH** %
    **Exercise:**      <u> 00 </u> %

**Subjective: Pt reports he is out of his medications.**
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective:  Alert oriented male in NAD. EKG 082516 Sinus tach Lt axis deviation Inferior infarct age**
**undetermined at 108 BPM Abnormal EKG. No current labs**

| CHEMISTRY | 04/29/2020 01:41 | 03/18/2020 01:10 | 02/04/2020 02:02 | 10/29/2019 01:08 |
|---|---|---|---|---|
| HGBA1C | 8.1 [H] | | 8.4 [H] | 7.6 [H] |
| %FREE PSA | | 40 | | |
| PSA | | 0.5 | | |

HEENT

| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
|---|---|---|---|
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| X | Lung fields clear to auscultation | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Wheezes | | Rhonchi | | Left | Middle | Base | Apical |
| | | | | | Right | Middle | Base | Apical |
| | Other: | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  08/03/2020 14:44
TDCJ#:864378                              Facility:  CONNALLY (CY)

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | | N | | L | + |
| | Other: | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment:** **NIDDM Unknown labs pending**

**Plan:**
Chart review in 2 weeks of lab results.

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**                1 TABS ORAL TWICE DAILY for 30 Days KOP    START DATE:08/30/2019 10:09 AM
PROVIDER: WAGNER, PAMELA K                                                         EXPIRATION DATE: 8/24/2020 10:09 AM
REFILLS: 11 / 11

**metFORMIN HCL 1000MG TABLET**          1 TABS ORAL TWICE DAILY for 30 Days KOP    START DATE:01/14/2020 13:38 PM
PROVIDER: SMITH, REGINALD G                                                        EXPIRATION DATE: 1/08/2021 13:38 PM
REFILLS: 6 / 11

**Started Meds:**

**GLIPIZIDE 10MG TABLET**                1 TABS ORAL EVERY MORNING for 30 Days KOP   START DATE:08/03/2020 15:01 PM
PROVIDER: WAGNER, PAMELA K                                                         EXPIRATION DATE: 7/29/2021 15:01 PM
REFILLS: 0 / 11

**metFORMIN HCL 1000MG TABLET**          1 TABS ORAL TWICE DAILY for 30 Days KOP    START DATE:08/03/2020 15:01 PM
PROVIDER: WAGNER, PAMELA K                                                         EXPIRATION DATE: 7/29/2021 15:01 PM
REFILLS: 0 / 11

HSM70                                                                              3 of 5

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I                Date:  08/03/2020 14:44
TDCJ#:864378                                    Facility:  CONNALLY (CY)

Follow Up

| 30 days | 60 days | 90 days | X | PRN | X | OTHER: | **NIDDM 6 months** |
|---|---|---|---|---|---|---|---|
| Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) |
| Schedule with Mental Health (if indicated by DMG or clinical presentation) |

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| X | Regular | | Diet for Health | | Other: | |
|---|---|---|---|---|---|---|

| FOR | **365** | DAYS |
|---|---|---|

| X | Diet Compliance: | **REG** |
|---|---|---|

Exercise:

| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| X | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| X | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

Medication:

| X | Medication compliance: KOP |
|---|---|

Patient Education:

| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

Diet Counseling Performed:          **X**          Yes                    No

Review/Update TDCJ Restrictions/PULHES:
Restrictions / PULHES Data:
08/03/2020 15:04 - WAGNER, PAMELA K  NP Reviewed and Current No Changes Needed.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/3/2020 03:04PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD ONCOLLEV2 | TYPE 2 DIABETES MELLITUS | | |
| 8/3/2020 03:04PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGDONCOL | TYPE 2 DIABETES MELLITUS | | |
| 8/3/2020 03:04PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS | | |

HSM70                                                                                    4 of 5

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I              Date:   08/03/2020 14:44
TDCJ#:864378                                  Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| 8/3/2020 03:04PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS |
| 8/3/2020 03:04PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS |
| 8/3/2020 03:04PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS |
| 8/3/2020 03:04PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS |
| 11/1/2020 03:04PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD ONCOLLEV2 | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGDONCOL | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) | TYPE 2 DIABETES MELLITUS |
| 2/1/2021 03:04PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS |

Electronically Signed by WAGNER, PAMELA K. NP on 08/03/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   05/14/2020 09:32
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958      Sex:  male      Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 3/16/2020:**

| BP: 140 / 72 (Sitting) | Weight: 260 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 80 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:58:00AM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/01/2020 10:40:55AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/01/2020 10:40:58AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 40MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 2/04/2021 01:49:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 05/11/2020 12:14:12PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:57:00AM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/01/2020 10:41:01AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 8/24/2020 10:09:00AM<br>REFILLS: 8 / 11 | LAST DATE GIVEN KOP: 04/28/2020 10:55:16AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NFA# 896539A [INDEF] | EXPIRATION DATE: 2/05/2021 12:21:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 05/11/2020 12:14:14PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 1/08/2021 01:38:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 04/12/2020 10:50:15AM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/01/2020 10:41:04AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 3 / 3 | LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 05/01/2020 10:40:52AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |

**Stopped Meds:**

| | | |
|---|---|---|
| **PROVENTIL HFA 90MCG INH 200PF**<br><br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 3 / 3 | 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days<br>KOP   As Needed (PRN) | START DATE:08/05/2019 10:55 AM<br><br>EXPIRATION DATE: 7/30/2020 10:55 AM |

**Started Meds:**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   05/14/2020 09:32
TDCJ#:864378                                        Facility:  CONNALLY (CY)

__PROAIR HFA 90MCG INH 200PF__          2 PUFFS INHALATION 4 TIMES DAILY for 180 Days      START DATE:05/14/2020 09:32 AM
                                        KOP   As Needed (PRN)

PROVIDER: WAGNER, PAMELA K                                                          EXPIRATION DATE: 11/10/2020 09:32 AM
REFILLS: 0 / 0

Electronically Signed by WAGNER, PAMELA K. NP on 05/14/2020.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### DIABETIC FLOW SHEET

*12 B20*

| Offender Name: | TIEDE, BERNHARDT i | TDCJ#: | 864378 |
|---|---|---|---|

Allergies: ACE INHIBITORS

Insulin Medications:
**NOVOLIN N 100U/ML 10ML VIAL, 15 UNITS SUBCUTANEO QPM - EVERY EVENING** Order Date: 03/29/2021  Expire Date: 03/24/2022 14:34
*Special Instructions:* CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENING

| Finger Stick Order: | | Injection Site Codes: | |
|---|---|---|---|
| Date Ordered: | | LA = Left Arm | RA = Right Arm |
| | | LT = Left Thigh | RT = Right Thigh |
| | | Lt/abd = Left | Rt/abd = Right |
| Date Expired: | | abdomen | abdomen |

S = Self Administration

| DATE | TIME | FSBS RESULT BY GLUCOMETER | INSULIN | DOSE/UNITS | ROUTE | SITE | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|
| 4-22-21 | 0402 | 229 | | | | | |
| 4-22-21 | 1502 | 150 | N | 15 | SQ | RABD | Deal, LVN |
| 4-23-21 | 0442 | 204 | | | | | V. Vidaurri, RN |
| 4-23-21 | 1520 | 131 | N | 15 | SQ | LABD | Dominguez |
| 4-24-21 | 0420 | 260 | | | | | |
| 4-24-21 | 1348 | 187 | N | 15 | SQ | RABD | Dominguez |
| 4-25-21 | AM | | NO | Show | | | |
| 4-25-21 | 1500 | 167 | N | 15 | SQ | LABD | Salinas |
| 4-26-21 | 0323 | 205 | | | | | |
| 4/26/21 | 1530 | 205 | N/R | 15 | SQ | RA | Deal, LVN |
| 4-27-21 | 0533 | 214 | | | | | |
| 4/27/21 | 1520 | 183 | N | 15 | SQ | LABD | Deal, LVN |
| 4-28-21 | 0329 | 230 | | | | | |
| 4-28-21 | 1550 | 191 | N | 15 | SQ | LABD | Dominguez |
| 4-29-21 | 0401 | 239 | | | | | |
| 4-29-21 | 1500 | | N | 15 | SQ | | Dominguez |

HSM-79 (Rev 3/19)
X |||||||||||||||||||||||||||||||||||||||||||||||||||||

1 of 1

#

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I               Date:   03/25/2020 08:52
TDCJ#:864378                                   Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958        Sex:  male        Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 3/16/2020:**

| BP: 140 / 72 (Sitting) | Weight: 260 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 80 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/28/2020 04:22:48PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 03/04/2020 05:08:24PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 2/04/2021 01:49:00PM

LAST DATE GIVEN KOP: 03/11/2020 03:18:25PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM

LAST DATE GIVEN KOP: 02/28/2020 04:22:39PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/26/2020 03:13:00PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]

EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 03/11/2020 03:18:29PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 1/08/2021 01:38:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 02/14/2020 03:11:50PM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/28/2020 04:22:27PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 2 / 3

LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
DAILY for 30 Days KOP

EXPIRATION DATE: 5/10/2020 02:09:00PM
REFILLS: 1 / 2

LAST DATE GIVEN KOP: 03/11/2020 03:18:20PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 03/04/2020 05:08:46PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2020 10:40AM | 140/72 (SI) | 80 (SI) | 18 | 260 LB | | 32 | 98.5 (OR) | | 0.00 | RA | | | | |
| 3/10/2020 07:15AM | 148/81 (SI) | 70 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/3/2020 08:01AM | 140/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/25/2020 07:34AM | 161/83 (SI) | 85 (SI) | | | | | | | 0.00 | RA | | | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                     Date:   03/25/2020 08:52

TDCJ#:864378                                         Facility:  CONNALLY (CY)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/18/2020 07:27AM | 161/83 (SI) | 78 (SI) | | | | 0.00 | RA |
| 2/10/2020 10:57AM | 160/72 (SI) | 84 (SI) | 18 | 263 LB | 33 | 99.3 (OR) | 0.00 | RA |

BP with better control after increase with Losartan.

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 03/25/2020.</span>
<span style="color:red">##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I          Date:   03/16/2020 10:52
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 61 year   DOB: 08/02/1958   Sex:  male   Race: WHITE  DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 3/16/2020:**

| BP: 140 / 72 (Sitting) | Weight: 260 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 80 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:**   ACE INHIBITORS

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:48PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/04/2020 05:08:24PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 2/04/2021 01:49:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 03/11/2020 03:18:25PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:39PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/26/2020 03:13:00PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 03/11/2020 03:18:29PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 1/08/2021 01:38:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 02/14/2020 03:11:50PM
ORDERING PROVIDER: SMITH, REGINALD G

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:27PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)
EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 2 / 3
LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
DAILY for 30 Days KOP
EXPIRATION DATE: 5/10/2020 02:09:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 03/11/2020 03:18:20PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/04/2020 05:08:46PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**CLINIC NOTES**

Patient Name: TIEDE, BERNHARDT I                Date:   03/16/2020 10:52
TDCJ#:864378                                     Facility:  CONNALLY (CY)

Today's Problem:
3/16/2020  61 yr old white male with pmh of DM-2, COPD, HTN and HLD present for annual physical exam. Had CCC on 2/10/2020 with another provider who reviewed his recent lab. tests and mage changes on his medications. Denies any complaint currently. States compliant with medications.

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S:   As above.
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

O, Alert, Ox3, no acute distress,
HEENT. nad
Lung. CTA.
Heart. RRR, no murmur
Abdomen. soft, non-tender, no enlarged liver, spleen and kidney
MSK. Intact gait and balance
NEURO. No gross sensory and motor deficit

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2020 10:40AM | 140/72 (SI) | 80 (SI) | 18 | 260 LB | | 32 | 98.5 (OR) | | 0.00 | RA | | | | |
| 3/10/2020 07:15AM | 148/81 (SI) | 70 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/3/2020 08:01AM | 140/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/25/2020 07:34AM | 161/83 (SI) | 85 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/18/2020 07:27AM | 161/83 (SI) | 78 (SI) | | | | | | | 0.00 | RA | | | | |
| 2/10/2020 10:57AM | 160/72 (SI) | 84 (SI) | 18 | 263 LB | | 33 | 99.3 (OR) | | 0.00 | RA | | | | |

| | | | |
|---|---|---|---|
| **GLU** | **206 [H]** | **174 [H]** | **113 [H]** |
| HDL | 26 [L] | 29 [L] | 32 [L] |
| HDL CHOL | 5.2 [H] | 4.0 | 4.1 |
| LDL | 39 | 53 | 68 |
| POTASSIUM | 4.3 | 4.0 | 4.0 |
| SODIUM | 140 | 135 | 142 |
| TOTAL PROTEIN | 7.3 | 7.6 | 7.6 |
| TRIGLYCERIDES | 357 [H] | 176 [H] | 158 |
| VLDL | 71 [H] | 35 | 32 |
| HGBA1C | 8.4 [H]    7.6 [H] | | 7.2 [H] |

A: Annual PE.
 Controlled HTN
 Uncontrolled DM- HAIC 8.4
 Uncontrolled HLD

Plan is as follows:
Cont. current med on BP, Lipids and DM

2 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                Date:   03/16/2020 10:52
TDCJ#:864378                                    Facility:  CONNALLY (CY)

FIT
PSA
Review/Update TDCJ Restrictions/PULHES:

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/16/2020 11:13AM | $PROVIDER2-INTERMEDIATE OFFICE VISIT WITH *COPAY* (F) | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |
| 3/16/2020 11:13AM | FECAL IMMUNOCHEMICAL TEST (FIT) | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |
| 3/16/2020 11:13AM | PROSTATE SPECIFIC ANTIGEN, FREE % (FREE PSA & TOTAL PSA) (PSA FP) | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |

<span style="color:red">Electronically Signed by ONYEMAECHI, CYRIL C. NP on 03/16/2020.
##And No Others##</span>

3 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  02/11/2020 12:20
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958     Sex:  male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 2/10/2020:**

| | | | |
|---|---|---|---|
| BP: 160 / 72 (Sitting) | Weight: 263 Lbs. | Height: 75 In. | BMI: 33 |
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 99.3 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:58:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:41PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:47PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 40MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 2/04/2021 01:49:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:57:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:55PM<br>ORDERING PROVIDER: WAGNER, PAMELA K |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/24/2020 10:09:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/27/2020 05:35:46PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **IBUPROFEN 800MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 3/11/2020 01:55:00PM<br>REFILLS: 0 / 0 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NF # 896539A [INDEF] | EXPIRATION DATE: 8/30/2020 10:07:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 02/05/2020 03:20:14PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 1/08/2021 01:38:00PM<br>REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 01/16/2020 03:33:49PM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:26:15PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 2 / 3 | LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | EXPIRATION DATE: 5/10/2020 02:09:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:26:36PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I           Date:   02/11/2020 12:20
TDCJ#:864378                               Facility:  CONNALLY (CY)

**Stopped Meds:**

**LOSARTAN 25MG TABLET #**          1 TABS ORAL DAILY for 30 Days KOP      START DATE:09/05/2019 10:07 AM
PROVIDER: WAGNER, PAMELA K          Special Instructions: NF # 896539A [INDEF]     EXPIRATION DATE: 8/30/2020 10:07 AM
REFILLS: 5 / 11

**Started Meds:**

**LOSARTAN 50MG TABLET #**          1 TABS ORAL DAILY for 30 Days KOP      START DATE:02/11/2020 12:21 PM
PROVIDER: WAGNER, PAMELA K          Special Instructions: #709088A INDEF      EXPIRATION DATE: 2/05/2021 12:21 PM
REFILLS: 0 / 11

BP checks 1x week x6 wees.
Chart review in 7 weeks.

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 02/11/2020.
Electronically Signed by GREEN, JULIE V. CCA on 02/11/2020.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                    Date:   02/10/2020 13:15
TDCJ#:864378                                        Facility:  CONNALLY (CY)

Age: 61 year     DOB: 08/02/1958 Sex:  male     Race: WHITE     DOI: 3/26/1999

| Patient Language: ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 2/10/2020: | | | |
| BP: 160 / 72 (Sitting) | Weight: 263 Lbs. | Height: 75 In. | BMI: 33 |
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 99.3 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:58:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:41PM<br>ORDERING PROVIDER: WAGNER, PAMELA K |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:47PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 10/05/2020 12:53:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 01/09/2020 03:18:23PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:57:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:25:55PM<br>ORDERING PROVIDER: WAGNER, PAMELA K |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/24/2020 10:09:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/27/2020 05:35:46PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NF # 896539A [INDEF] | EXPIRATION DATE: 8/30/2020 10:07:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 02/05/2020 03:20:14PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 1/08/2021 01:38:00PM<br>REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 01/16/2020 03:33:49PM<br>ORDERING PROVIDER: SMITH, REGINALD G<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:26:15PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 2 / 3 | LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2020 04:26:36PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  02/10/2020 13:15
Facility:  CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

## Chronic Clinic (select all applicable):

| Asthma/COPD | CAD | | CHF | ESLD | Active Hepatitis B | HCV | HIV | HTN |
|---|---|---|---|---|---|---|---|---|
| Hyperlipidemia | IDDM | X | NIDDM | Active TB | Seizure | Close Monitoring | | |
| Miscellaneous: | | | | | | | | |

**Compliance:**
        **Medication:**    **KOP_ %**
        **Diet:**               **DFH_ %**
        **Exercise:**         __00_ %

**Subjective: Pt requesting refill of IBU and nasal spray**
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective: Alert oriented male in NAD. EKG  081517 Sinus tachycardia Left axis deviation Inferior infarct age undetermined at 108 Abnormal EKG**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/2020 10:57AM | 160/72 (SI) | 84 (SI) | 18 | 263 LB | | 33 | 99.3 (OR) | | 0.00 | RA | | | | |
| 1/15/2020 01:28PM | 153/89 (SI) | 74 (SI) | | | | | | | 0.00 | RA | | | | |
| 1/14/2020 10:28AM | 158/80 (SI) | 80 (SI) | 18 | 260 LB | | 32 | 98.6 (OR) | | 0.00 | RA | | | | |
| 10/13/2019 01:00PM | 138/72 (SI) | 89 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/11/2019 10:00AM | 148/80 (SI) | 76 (SI) | 18 | 256 LB | | 32 | 98.7 (OR) | | 0.00 | 99 RA | 550 | 500 | 500 | |

| CHEMISTRY | 02/04/2020 02:02 | 10/29/2019 01:08 | 09/23/2019 02:06 | 08/07/2019 00:58 |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 4.7 | 4.7 |
| ALK PHOS | 87 | | 89 | 81 |
| ALT | 24 | | 24 | 28 |
| ANION GAP | 12 | | 14 | 14 |
| AST | 36 | | 21 | 28 |
| BILI T | 0.5 | | 0.9 | 0.6 |
| BUN | 14 | | 12 | 16 |
| CALCIUM | 9.2 | | 9.4 | 9.3 |
| CHLORIDE | 100 | | 95 [L] | 101 |
| CHOL | 136 | | 117 [L] | 132 |
| CO2 TOTAL | 28 | | 26 | 27 |
| CREATININE | 1.16 | | 0.90 | 1.19 |
| EGFR AFRIC | 77.6 | | 104.0 | 75.3 |
| EGFR NON-A | 64.0 | | 85.8 | 62.1 |
| GLU | 206 [H] | | 174 [H] | 113 [H] |
| HDL | 26 [L] | | 29 [L] | 32 [L] |
| HDL CHOL | 5.2 [H] | | 4.0 | 4.1 |
| LDL | 39 | | 53 | 68 |
| POTASSIUM | 4.3 | | 4.0 | 4.0 |
| SODIUM | 140 | | 135 | 142 |
| TOTAL PROTEIN | 7.3 | | 7.6 | 7.6 |
| TRIGLYCERIDES | 357 [H] | | 176 [H] | 158 |
| VLDL | 71 [H] | | 35 | 32 |
| HGBA1C | 8.4 [H] | 7.6 [H] | | 7.2 [H] |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  02/10/2020 13:15
Facility:  CONNALLY (CY)

| GFR | 04/16/2019 05:55 | | | |
|---|---|---|---|---|
| eGFR If Af | 77 | | | |
| eGFR If No | 67 | | | |

| HCT | **41.9** | **44.6** | **43.9** | **40.2** |
|---|---|---|---|---|
| HEMOGLOBIN | 13.5 | 14.9 | 14.2 | 13.5 |

| PERCENT SE | **54.9** | **77.3** | **54.0** |
|---|---|---|---|
| PLT | 252 | 289 | 285 |
| RBC | 4.70 | 5.14 | 4.90 |
| RDW | 13.0 | 12.6 | 12.9 |
| RED CELL D | 42.5 | 39.7 | 41.8 |
| WBC | 8.20 | 11.54 [H] | 8.69 |

| THYROID | 02/04/2020 02:02 | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 |
|---|---|---|---|---|
| TSH | 2.80 | 0.88 | 2.02 | 1.89 |

| URINE CHEMISTRY | 02/04/2020 02:02 | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 |
|---|---|---|---|---|
| ALB/CREAT UR | 29 | 8157 [H] | 2663 | |
| CREATININE UR | 77.0 | 169.0 | 195.2 | |
| MICROALBUMIN UR | 22 | 122 [H] | 46 [H] | |

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | |
| | Wheezes | Rhonchi | Left | Middle | Base | Apical | |
| | | | Right | Middle | Base | Apical | |
| | Other: | | | | | | |

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:  02/10/2020 13:15
TDCJ#:864378                                    Facility:  CONNALLY (CY)

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | | N | | L | + |
| | Other: | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment: NIDDM at goal**
          Elevated Triglycerides
          Elevated BP

**Plan:**
Will submit non-form approval for increase in Losartin

**Stopped Meds:**

**ATORVASTATIN 10MG TABLET**             1 TABS ORAL DAILY for 30 Days KOP          START DATE:10/11/2019 12:53 PM
PROVIDER: WAGNER, PAMELA K                                                                       EXPIRATION DATE: 10/05/2020 12:53 PM
REFILLS: 4 / 11

**Started Meds:**

**ATORVASTATIN 40MG TABLET**             1 TABS ORAL DAILY for 30 Days KOP          START DATE:02/10/2020 13:49 PM
PROVIDER: WAGNER, PAMELA K                                                                       EXPIRATION DATE: 2/04/2021 13:49 PM
REFILLS: 0 / 11

Procedures Ordered:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  02/10/2020 13:15
Facility:  CONNALLY (CY)

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 2/10/2020 01:54PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS | | |

**Started Meds:**

| | | |
|---|---|---|
| **IBUPROFEN 800MG TABLET** <br>PROVIDER: WAGNER, PAMELA K <br>REFILLS: 0 / 0 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:02/10/2020 13:55 PM <br>EXPIRATION DATE: 3/11/2020 13:55 PM |
| **SODIUM CL 0.65% NAS SPRAY 45ML** <br><br>PROVIDER: WAGNER, PAMELA K <br>REFILLS: 0 / 2 | 1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | START DATE:02/10/2020 14:09 PM <br><br>EXPIRATION DATE: 5/10/2020 14:09 PM |

Follow Up

| | 30 days | | 60 days | | 90 days | X | PRN | X | OTHER: | **NIDDM 6 months** |
|---|---|---|---|---|---|---|---|---|---|---|
| | Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) | | | | | | | | | |
| | Schedule with Mental Health (if indicated by DMG or clinical presentation) | | | | | | | | | |

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | X | Diet for Health | | Other: | |
|---|---|---|---|---|---|---|

| FOR | **365** | DAYS |
|---|---|---|

| X | Diet Compliance: | **DFH** |
|---|---|---|

Exercise:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I               Date:  02/10/2020 13:15
TDCJ#:864378                                   Facility:  CONNALLY (CY)

| | |
|---|---|
| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| X | Exercise compliance: 00 |

Medication:

| | |
|---|---|
| X | Medication compliance: KOP |

Patient Education:

| | |
|---|---|
| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

Diet Counseling Performed:          **X**      Yes                    No

Review/Update TDCJ Restrictions/PULHES:

Restrictions / PULHES Data:
02/10/2020 13:51 - WAGNER, PAMELA K  NP Restrictions / PULHES sent to TDCJ.

Labs current.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 2/10/2020 02:09PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by WAGNER, PAMELA K. NP on 02/10/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:  01/14/2020 13:37
TDCJ#:864378      Facility:  CONNALLY (CY)

Age: 61 year   DOB: 08/02/1958    Sex:  male    Race: WHITE  DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 1/14/2020:**

| BP: 158 / 80 (Sitting) | Weight: 260 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 80 (Sitting) | Resp: 18 / min | Temp: 98.6 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:58:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:54PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:58PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 10/05/2020 12:53:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 01/09/2020 03:18:23PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:57:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:31PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/24/2020 10:09:00AM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 12/28/2019 04:25:52PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NF # 896539A [INDEF] | EXPIRATION DATE: 8/30/2020 10:07:00AM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:49PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:44PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 1 / 3 | LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:39PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |

Today's Problem:  needs metformin renewed
PROVIDER: SMITH, REGINALD G                  EXPIRATION DATE: 1/08/2021 13:38 PM
REFILLS: 0 / 11

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                    Date:   01/14/2020 13:37
TDCJ#:864378                                        Facility:  CONNALLY (CY)

1/14/2020

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | | YES |
|---|---|---|

S:      feels fine

O:      nad

A:      needs renewal

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:
**Started Meds:**

**metFORMIN HCL 1000MG TABLET**        1 TABS ORAL TWICE DAILY for 30 Days KOP        START DATE:01/14/2020 13:38 PM

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 1/14/2020 01:42PM | PROVIDER1-BRIEF OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by SMITH, REGINALD G. PA on 01/14/2020.
##And No Others##

2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   01/10/2020 14:21
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958    Sex:  male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 10/13/2019:**

| BP: 138 / 72 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 89 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:58:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:54PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:58PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **ATORVASTATIN 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 10/05/2020 12:53:00PM<br>REFILLS: 3 / 11 | LAST DATE GIVEN KOP: 01/09/2020 03:18:23PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:57:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:31PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 8/24/2020 10:09:00AM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 12/28/2019 04:25:52PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>NF # 896539A [INDEF] | EXPIRATION DATE: 8/30/2020 10:07:00AM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:49PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:52:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 12/04/2019 12:28:50AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:44PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 7/30/2020 10:55:00AM<br>REFILLS: 1 / 3 | LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br><br>ORDERING FACILITY: CONNALLY (CY) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/30/2020 10:56:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 01/04/2020 04:04:39PM<br>ORDERING PROVIDER: WAGNER, PAMELA K<br>ORDERING FACILITY: CONNALLY (CY) |

**Stopped Meds:**

| | | |
|---|---|---|
| **metFORMIN HCL 1000MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 5 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/05/2019 10:52 AM<br>EXPIRATION DATE: 7/30/2020 10:52 AM |

**Started Meds:**

| | | |
|---|---|---|
| **metFORMIN HCL 1000MG TABLET** | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:01/10/2020 14:22 PM |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
#### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                    Date:   01/10/2020 14:21
TDCJ#:864378                                        Facility:  CONNALLY (CY)

PROVIDER: WAGNER, PAMELA K                                          EXPIRATION DATE: 1/04/2021 14:22 PM
REFILLS: 0 / 11

**Stopped Meds:**

**metFORMIN HCL 1000MG TABLET**          1 TABS ORAL TWICE DAILY for 30 Days KOP       START DATE:01/10/2020 14:22 PM
PROVIDER: WAGNER, PAMELA K                                                            EXPIRATION DATE: 1/04/2021 14:22 PM
REFILLS: 0 / 11

**metFORMIN HCL 1000MG TABLET**          1 TABS ORAL TWICE DAILY for 30 Days KOP       START DATE:08/05/2019 10:52 AM
PROVIDER: WAGNER, PAMELA K                                                            EXPIRATION DATE: 7/30/2020 10:52 AM
REFILLS: 5 / 11

Electronically Signed by WAGNER, PAMELA K. NP on 01/10/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  10/11/2019 11:58
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 61 year     DOB: 08/02/1958 Sex:  male     Race: WHITE     DOI: 3/26/1999

| Patient Language: ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 10/11/2019: | | | |
| BP: 148 / 80 (Sitting) | Weight: 256 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 76 (Sitting) | Resp: 18 / min | Temp: 98.7 (Oral) | O2 Sat: 99% RA |
| CURRENT PEAK FLOWS: | PF 1: 550 | PF 2:  500 | PF3:500 |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

## Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:54PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:39PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:54:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:35PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:13PM
ORDERING PROVIDER: WAGNER, PAMELA K

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/28/2019 04:08:21PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 10/29/2019 10:09:00AM
REFILLS: 1 / 1

LAST DATE GIVEN KOP: 09/28/2019 04:08:26PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NF # 896539A [INDEF]

EXPIRATION DATE: 8/30/2020 10:07:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:44PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:52:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/09/2019 03:11:07PM
ORDERING PROVIDER: WAGNER, PAMELA K

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:26PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2019 04:15:49PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                Date:   10/11/2019 11:58
TDCJ#:864378                                    Facility:  CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| X | Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | | HCV | | HIV | X | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Hyperlipidemia | | IDDM | | NIDDM | | Active TB | | Seizure | | Close Monitoring | | | | |
| | Miscellaneous: | | | | | | | | | | | | | | |

**Compliance:**
          **Medication:     KOP %**
          **Diet:           DFH %**
          **Exercise:       4xwk%**

**Subjective:**  **No complaints.**
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective:  Alert oriented male in NAD. EKG 081517 Sinus tach Lt axis deviation Inferior infarct age undetermined ay 108 BPM Abnormal EKG.**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FlO2 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2019 10:00AM | 148/80 (SI) | 76 (SI) | 18 | 256 LB | | 32 | 98.7 (OR) | | 0.00 | 99 RA | 550 | 500 | 500 | |
| 9/29/2019 10:29AM | 160/88 (SI) | 90 (SI) | | | | | | | 0.00 | RA | | | | |
| 8/29/2019 01:01PM | 163/84 (SI) | 109 (SI) | 18 | 258 LB | | 32 | 98.1 (OR) | | 0.00 | RA | | | | |
| 8/14/2019 10:38AM | 140/73 (SI) | 97 (SI) | 18 | 254 LB | | 32 | 98.9 (OR) | | 0.00 | RA | | | | |
| 6/18/2019 06:39AM | 150/77 (SI) | 82 (SI) | | | | | | | 0.00 | RA | | | | |

| CHEMISTRY | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 | 01/15/2019 04:45 |
|---|---|---|---|---|
| ALBUMIN | 4.7 | 4.7 | 4.3 | 4.5 |
| ALK PHOS | 89 | 81 | 71 | 77 |
| ALT | 24 | 28 | 11 | 11 |
| ANION GAP | 14 | 14 | | |
| AST | 21 | 28 | 15 | 16 |
| BILI T | 0.9 | 0.6 | 0.6 | 0.5 |
| BUN | 12 | 16 | 23 | 12 |
| CALCIUM | 9.4 | 9.3 | 9.2 | 8.8 |
| CHLORIDE | 95 [L] | 101 | | |
| CHOL | 117 [L] | 132 | 120 | |
| CO2 TOTAL | 26 | 27 | | |
| CREATININE | 0.90 | 1.19 | 1.18 | 1.10 |
| EGFR AFRIC | 104.0 | 75.3 | | |
| EGFR NON-A | 85.8 | 62.1 | | |
| GLU | 174 [H] | 113 [H] | | |
| HDL | 29 [L] | 32 [L] | | |
| HDL CHOL | 4.0 | 4.1 | | |
| LDL | 53 | 68 | | |
| POTASSIUM | 4.0 | 4.0 | 4.4 | 3.8 |
| SODIUM | 135 | 142 | 139 | 141 |
| TOTAL PROTEIN | 7.6 | 7.6 | 6.7 | 6.8 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   10/11/2019 11:58
Facility:  CONNALLY (CY)

| | | | |
|---|---|---|---|
| TRIGLYCERIDES | 176 [H] | 158 | 303 [H] |
| VLDL | 35 | 32 | |

| GFR | 04/16/2019 05:55 | 01/15/2019 04:45 |
|---|---|---|
| eGFR If Af | 77 | 84 |
| eGFR If No | 67 | 73 |

| HEMATOLOGY | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 | 01/15/2019 04:45 |
|---|---|---|---|---|
| WBC | 11.54 [H] | 8.69 | 6.6 | 6.9 |
| ABSOLUTE I | 0.03 | 0.03 | | |
| BASO ABS | <0.03 | <0.03 | | |
| BASO% | 0.2 | 0.2 | | |
| EOSINO ABS | 0.12 | 0.32 | | |
| EOSINO% | 1.0 | 3.7 | | |
| GRAN IMMATURE | 0.30 | 0.30 | | |
| HCT | 44.6 | 43.9 | 40.2 | 40.2 |
| HEMOGLOBIN | 14.9 | 14.2 | 13.5 | 13.7 |
| LYMPH ABS | 1.55 | 2.79 | | |
| LYMPH% | 13.4 | 32.1 | | |
| MCHC | 33.4 | 32.3 | 33.6 | 34.1 |
| MCV | 86.8 | 89.6 | 86.6 | 85.9 |
| MEAN CORP HGB | 29.0 | 29.0 | | |
| MEAN PLATELET V | 10.0 | 10.1 | | |
| MONO ABS | 0.90 | 0.84 | | |
| MONO% | 7.8 | 9.7 | | |
| NEUTRO SEG | 8.92 [H] | 4.69 | | |
| NRBC ABSOL | <0.01 | <0.01 | | |
| PERCENT NU | 0.0 | 0.0 | | |
| PERCENT SE | 77.3 | 54.0 | | |
| PLT | 289 | 285 | | |
| RBC | 5.14 | 4.90 | 4.64 | 4.68 |
| RDW | 12.6 | 12.9 | 13.0 | 12.9 |
| RED CELL D | 39.7 | 41.8 | | |

| THYROID | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 |
|---|---|---|---|
| TSH | 0.88 | 2.02 | 1.89 |

| URINE CHEMISTRY | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 |
|---|---|---|---|
| ALB/CREAT UR | 8157 [H] | 2663 | |
| CREATININE UR | 169.0 | 195.2 | |
| MICROALBUMIN UR | 122 [H] | 46 [H] | |

## HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

## Pulmonary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | | | | |
| | Wheezes | | Rhonchi | | Left | | Middle | | Base | Apical |
| | | | | | Right | | Middle | | Base | Apical |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:   10/11/2019 11:58
TDCJ#:864378                              Facility:  CONNALLY (CY)

| X | Other: | **Peak flow 550 500 500 02 Sat 99% room air** |
|---|---|---|

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | | R | + |
|---|---|---|---|---|---|---|
| | | N | | | L | + |
| | Other: | | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment:** **HTN at GOAL WITH Amlodipine 10mg daily Losartan 25mg Metoprolol 100mg PO BID and Furosemide**
          COPD
          HLD ASCVD 6.3 / 25.1 Will decrease Atorvastatin to 10mg

**Plan:**  will continue current medications, all medication current. Amlodipine 10mg PO daily, Glipizide 10mg PO BID Losartan 25mg daily  metformin 1000 mg BID, terasozin 10mg PO daily Furosemide 20mg PO daily Ecotrin 81mg PO daily and Proventil Inhaler
**Stopped Meds:**

**ATORVASTATIN 20MG TABLET**          1 TABS ORAL DAILY for 30 Days KOP          START DATE:08/05/2019 10:54 AM
PROVIDER: WAGNER, PAMELA K                                                       EXPIRATION DATE: 7/30/2020 10:54 AM
REFILLS: 2 / 11


**Started Meds:**

**ATORVASTATIN 10MG TABLET**          1 TABS ORAL DAILY for 30 Days KOP          START DATE:10/11/2019 12:53 PM
PROVIDER: WAGNER, PAMELA K                                                       EXPIRATION DATE: 10/05/2020 12:53 PM
HSM70
                                                                                 4 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  10/11/2019 11:58
Facility:  CONNALLY (CY)

REFILLS: 0 / 11

Follow Up

|  | 30 days |  | 60 days |  | 90 days | X | PRN | X | OTHER: | COPD 1 year<br>HTN 1 year<br>HLD 1year |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) |||||||||
|  | Schedule with Mental Health (if indicated by DMG or clinical presentation) |||||||||

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

|  | Regular | X | Diet for Health |  | Other: |  |
|---|---|---|---|---|---|---|

FOR   **365**   DAYS

| X | Diet Compliance: | **DFH** |
|---|---|---|

Exercise:

| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
|  | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
|  | Limited physical activity due to medical restrictions |
| X | Exercise compliance: 4xwk |

Medication:

| X | Medication compliance: KOP |
|---|---|

Patient Education:

| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
|  | Other: |

Diet Counseling Performed:   X          Yes                    No

Review/Update TDCJ Restrictions/PULHES:
Restrictions / PULHES Data:
10/11/2019 13:01 - WAGNER, PAMELA K  NP Reviewed and Current No Changes Needed.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 9/30/2020 01:01PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD LEV2 | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |  |  |
| 9/30/2020 01:01PM | *COMP METABOLIC PANEL (CMP) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, |  |  |

HSM70

5 of 6

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I

TDCJ#:864378

Date:   10/11/2019 11:58

Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| | PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSY) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |
| 9/30/2020 01:01PM | CHRONIC CARE PROVIDER3-EXTENDED OFFICE VISIT (F) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN) |

Electronically Signed by WAGNER, PAMELA K. NP on 10/11/2019.

Electronically Signed by TUPA, CHRISTI M. M.D. on 10/16/2019.

##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   09/26/2019 12:55
TDCJ#:864378                              Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 8/29/2019:**

| BP: 163 / 84 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 109 (Sitting) | Resp: 18 / min | Temp: 98.1 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:54:17PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:54:25PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:54:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:54:33PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:54:50PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/14/2019 03:43:16PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 10/29/2019 10:09:00AM
REFILLS: 1 / 1

LAST DATE GIVEN KOP: 09/05/2019 07:10:25PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NF # 896539A [INDEF]

EXPIRATION DATE: 8/30/2020 10:07:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 09/05/2019 07:10:18PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:52:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:55:39PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:55:28PM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 09/03/2019 04:55:50PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

| HEMATOLOGY | 09/23/2019 02:06 | 08/07/2019 00:58 | 04/16/2019 05:55 | 01/15/2019 04:45 |
|---|---|---|---|---|
| WBC | 11.54 [H] | 8.69 | 6.6 | 6.9 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I          Date:   09/26/2019 12:55
TDCJ#:864378                              Facility:  CONNALLY (CY)

Will redraw CBC and re-order UA.

Electronically Signed by WAGNER, PAMELA K. NP on 09/26/2019.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I       Date:  08/30/2019 10:01
TDCJ#:864378       Facility:  CONNALLY (CY)

Age: 61 year   DOB: 08/02/1958   Sex:  male   Race: WHITE  DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 8/29/2019:**

| BP: 163 / 84 (Sitting) | Weight: 258 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 109 (Sitting) | Resp: 18 / min | Temp: 98.1 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:**   ACE INHIBITORS

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:50AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:58AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:54:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:13AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:22AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 9/14/2019 09:24:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 08/23/2019 03:01:17PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NF # 896539A [INDEF]

EXPIRATION DATE: 9/04/2019 10:58:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 08/10/2019 10:54:44AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:52:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:55AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:10AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 1 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:21AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

Late entry pt seen 082919

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I      Date:  08/30/2019 10:01
TDCJ#:864378      Facility:  CONNALLY (CY)

Today's Problem:

**SUBJECT:** *State briefly the problem on which you desire assistance.*

On 8/13 Ms. Wagner prescribed me 600 mg Ibuprofen but as of today it is still NOT on computer at Pill window. Would you please check into and verify that it has been ordered?

Thank You!
W Lee

RECEIVED
AUG 27 2019
By _____

Name: Tiede, Bernhardt   No: 864378   Unit: CY
Living Quarters: 12 F 6   Work Assignment: Med Sq. 2

**DISPOSITION:** (Inmate will not write in this space)

Wagner RN
8/27/19
C080

☑ APPT SCHEDULED
☐ WRITTEN RESPONSE
☐ MED RE-NEWAL

❖ I-60 (Rev. 11-90)

12

ADDRESS: 10 Bldg - Medical

8/30/2019

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | YES |
|---|---|

S:  As above. Pt also requesting increase in Glipizide and his Losartan.

O: Alert oriented male in NAD. ENT: unremarkable. Lungs: CTQ, respirations even and unlabored. Cardio: S1S2 no gallops murmurs or rubs. Pt ambulates without assistance, off and on exam table with ease,

A: Low back Pain

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**      2 TABS ORAL DAILY for 30 Days KOP      START DATE:08/15/2019 09:24 AM
PROVIDER: WAGNER, PAMELA K      EXPIRATION DATE: 9/14/2019 09:24 AM
REFILLS: 0 / 0

**Started Meds:**
2 of 3

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                    Date:   08/30/2019 10:01
TDCJ#:864378                                        Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| **GLIPIZIDE 10MG TABLET** <br> PROVIDER: WAGNER, PAMELA K <br> REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/30/2019 10:09 AM <br> EXPIRATION DATE: 8/24/2020 10:09 AM |
| **IBUPROFEN 600MG TABLET** <br> PROVIDER: WAGNER, PAMELA K <br> REFILLS: 0 / 1 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/30/2019 10:09 AM <br> EXPIRATION DATE: 10/29/2019 10:09 AM |
| **LOSARTAN 25MG TABLET #** <br> PROVIDER: WAGNER, PAMELA K <br> REFILLS: 0 / 11 | 1 TABS ORAL DAILY for 30 Days KOP <br> Special Instructions: NF # 896539A INDEF | START DATE:09/05/2019 10:07 AM <br> EXPIRATION DATE: 8/30/2020 10:07 AM |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/30/2019 10:09AM | PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by WAGNER, PAMELA K. NP on 08/30/2019.
##And No Others##

3 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  08/15/2019 09:25
Facility:  CONNALLY (CY)

Age: 61 year     DOB: 08/02/1958 Sex:  male     Race: WHITE     DOI: 3/26/1999

| Patient Language: ENGLISH | | | |
|---|---|---|---|
| Most recent vitals from 8/14/2019: | | | |
| BP: 140 / 73 (Sitting) | Weight: 254 Lbs. | Height: 75 In. | BMI: 32 |
| Pulse: 97 (Sitting) | Resp: 18 / min | Temp: 98.9 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies:** ACE INHIBITORS | | | |

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:50AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:58AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:54:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:13AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:22AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 9/14/2019 09:24:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP:
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NF # 896539A [INDEF]

EXPIRATION DATE: 9/04/2019 10:58:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 08/10/2019 10:54:44AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:52:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:55AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:10AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:21AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I        Date:  08/15/2019 09:25
TDCJ#:864378                            Facility:  CONNALLY (CY)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| Asthma/COPD | CAD | | CHF | ESLD | Active Hepatitis B | HCV | HIV | HTN |
|---|---|---|---|---|---|---|---|---|
| Hyperlipidemia | IDDM | X | NIDDM | Active TB | Seizure | Close Monitoring | | |
| Miscellaneous: | | | | | | | | |

**Compliance:**
  **Medication:**   KOP %
  **Diet:**             DFH_ %
  **Exercise:**     4xwk %

**Subjective:**   See sick call, Glucotrol increased to two tabs.
**Pt medical Surgical HX; DM COPD HLD HTN denies surgeries**
**Family Hx: HTN Diabetes HLD**
**Commissary: sugar free candy, cereal, milk rice cakes fish**
**Tobacco: denies Alcohol: Socially Drugs: denies**

**Objective:**  Alert oriented male in NAD.

| CHEMISTRY | 08/07/2019 00:58 | 04/16/2019 05:55 | 01/15/2019 04:45 | 10/02/2018 06:08 |
|---|---|---|---|---|
| ALBUMIN | 4.7 | 4.3 | 4.5 | 4.3 |
| ALK PHOS | 81 | 71 | 77 | 58 |
| ALT | 28 | 11 | 11 | 22 |
| ANION GAP | 14 | | | |
| AST | 28 | 15 | 16 | 22 |
| BILI T | 0.6 | 0.6 | 0.5 | 0.7 |
| BUN | 16 | 23 | 12 | 15 |
| CALCIUM | 9.3 | 9.2 | 8.8 | 8.9 |
| CHLORIDE | 101 | | | |
| CHOL | 132 | 120 | | 129 |
| CO2 TOTAL | 27 | | | |
| CREATININE | 1.19 | 1.18 | 1.10 | 1.17 |
| EGFR AFRIC | 75.3 | | | |
| EGFR NON-A | 62.1 | | | |
| GLU | 113 [H] | | | |
| HDL | 32 [L] | | | |
| HDL CHOL | 4.1 | | | |
| LDL | 68 | | | |
| POTASSIUM | 4.0 | 4.4 | 3.8 | 3.9 |
| SODIUM | 142 | 139 | 141 | 141 |
| TOTAL PROTEIN | 7.6 | 6.7 | 6.8 | 6.8 |
| TRIGLYCERIDES | 158 | 303 [H] | | 229 [H] |
| VLDL | 32 | | | |
| HGBA1C | 7.2 [H] | | | |

| GFR | 04/16/2019 05:55 | 01/15/2019 04:45 | 10/02/2018 06:08 |
|---|---|---|---|
| eGFR If Af | 77 | 84 | 78 |
| eGFR If No | 67 | 73 | 67 |

| HCT | 43.9 | 40.2 | 40.2 | 40.3 |
|---|---|---|---|---|
| HEMOGLOBIN | 14.2 | 13.5 | 13.7 | 13.6 |
| LYMPH ABS | 2.79 | | | |

HSM70

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I                     Date:  08/15/2019 09:25
TDCJ#:864378                                         Facility:  CONNALLY (CY)

| | | | | |
|---|---|---|---|---|
| LYMPH% | 32.1 | | | |
| MCHC | 32.3 | 33.6 | 34.1 | 33.7 |
| MCV | 89.6 | 86.6 | 85.9 | 86.7 |
| MEAN CORP HGB | 29.0 | | | |

| **THYROID** | **08/07/2019 00:58** | **04/16/2019 05:55** | **10/02/2018 06:08** |
|---|---|---|---|
| TSH | 2.02 | 1.89 | 1.75 |

| **URINE CHEMISTRY** | **08/07/2019 00:58** | **04/16/2019 05:55** |
|---|---|---|
| ALB/CREAT UR | 2663 | |
| CREATININE UR | 195.2 | |
| MICROALBUMIN UR | 46 [H] | |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/14/2019 10:38AM | 140/73 (SI) | 97 (SI) | 18 | 254 LB | | 32 | 98.9 (OR) | | 0.00 | RA | | | | |
| 6/18/2019 06:39AM | 150/77 (SI) | 82 (SI) | | | | | | | 0.00 | RA | | | | |
| 4/11/2019 10:47AM | 138/61 (SI) | 91 (SI) | 16 | 259.8 LB | | 32 | 98.8 (OR) | | 0.00 | 99 RA | 540 | 540 | 550 | |
| 3/7/2019 06:33AM | 149/86 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/1/2019 09:26AM | 129/65 (SI) | 83 (SI) | 18 | 253.4 LB | | | 98 (OR) | | 0.00 | RA | | | | |
| 2/11/2019 07:56AM | 132/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |
| 12/13/2018 07:32AM | 146/77 (SI) | 84 (SI) | | | | | | | 0.00 | RA | | | | |

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | Other: | | |

Pulmonary

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | Lung fields clear to auscultation | | | | | | | |
| | Wheezes | | Rhonchi | | Left | | Middle | | Base | | Apical |
| | | | | | Right | | Middle | | Base | | Apical |
| | Other: | | | | | | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I           Date:  08/15/2019 09:25
TDCJ#:864378                               Facility:  CONNALLY (CY)

Heart

| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | Other: | | |

Abdomen

| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
|---|---|---|---|
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | |
|---|---|
| Other: | |

Extremities

| X | No clubbing cyanosis or edema |
|---|---|
| X | Bilat lower extremities have full sensation to light touch |
| X | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | | R | + |
|---|---|---|---|---|---|---|
| | | N | | | L | + |
| | Other: | | | | | |

Vascular

| X | Upper exts intact | X | Lower exts intact | X | Carotids intact w/o bruit | X | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | Other: | | | | | | |

APRI score (if applicable):

**Assessment: NIDDM at goal with Metformin 100mg BID and Glipizide 10mg one tab twice daily**

**Plan:**

Follow Up

| | 30 days | | 60 days | | 90 days | X | PRN | X | OTHER: | **NIDDM 6 months** |
|---|---|---|---|---|---|---|---|---|---|---|
| | Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) | | | | | | | | | |
| | Schedule with Mental Health (if indicated by DMG or clinical presentation) | | | | | | | | | |

Diet:

| X | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | X | Diet for Health | | Other: | |
|---|---|---|---|---|---|---|

| FOR | **365** | DAYS |
|---|---|---|

| X | Diet Compliance: | **DFH** |
|---|---|---|

HSM70                                                                                      4 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I                     Date:   08/15/2019 09:25
TDCJ#:864378                                         Facility:  CONNALLY (CY)

Exercise:

| | |
|---|---|
| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| X | Exercise compliance: 4xwk |

Medication:

| | |
|---|---|
| X | Medication compliance: KOP |

Patient Education:

| | |
|---|---|
| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
| X | The patient communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

Diet Counseling Performed:          **X**          Yes                          No

Review/Update TDCJ Restrictions/PULHES:

Restrictions / PULHES Data:
08/15/2019 09:33 - WAGNER, PAMELA K  NP Restrictions / PULHES sent to TDCJ.
Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 11/1/2019 09:34AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD LEV2 | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS | | |
| 2/1/2020 09:34AM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS | | |
| 5/1/2020 09:34AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS | | |
| 8/1/2020 09:34AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD LEV2 | TYPE 2 DIABETES MELLITUS | | |
| 8/1/2020 09:34AM | *COMP METABOLIC PANEL (CMP) | TYPE 2 DIABETES MELLITUS | | |

HSM70                                                                                5 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  08/15/2019 09:25
Facility:  CONNALLY (CY)

|  |  |  |
|---|---|---|
|  | PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD |  |
| 8/1/2020 09:34AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS |
| 8/1/2020 09:34AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS |
| 8/1/2020 09:34AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS |
| 8/1/2020 09:34AM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS |
| 8/1/2020 09:34AM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS |
| 8/1/2020 09:34AM | CHRONIC CARE PROVIDER2- INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS |

Electronically Signed by WAGNER, PAMELA K. NP on 08/15/2019.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                Date:   08/15/2019 09:20
TDCJ#:864378                                    Facility:  CONNALLY (CY)

Age: 61 year   DOB: 08/02/1958     Sex:  male     Race: WHITE  DOI: 3/26/1999

**Patient Language**:  ENGLISH

**Most recent vitals from 8/14/2019:**

| BP: 140 / 73 (Sitting) | Weight: 254 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 97 (Sitting) | Resp: 18 / min | Temp: 98.9 (Oral) | O2 Sat: |
| *Current* Peak Flows: | PF 1: | PF 2: | PF 3: |
| *Prior* Peak Flows: | PF1 : | PF 2: | PF 3: |

**Allergies:**  ACE INHIBITORS

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:50AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:53:58AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:54:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:13AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:22AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:53:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:33AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NF # 896539A [INDEF]

EXPIRATION DATE: 9/04/2019 10:58:00AM
REFILLS: 0 / 0

LAST DATE GIVEN KOP: 08/10/2019 10:54:44AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:52:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:54:55AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:10AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 08/10/2019 10:55:40AM
ORDERING PROVIDER: WAGNER, PAMELA K

ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 08/10/2019 10:55:21AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

Late entry pt seen 081419

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I           Date:   08/15/2019 09:20
TDCJ#:864378                               Facility:  CONNALLY (CY)

Today's Problem:

---

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Would you please correct the dose of Glipizide 10MG? I have been taking 1 TAB 2X DAILY for years. The KOP I got yesterday calls for only 1 TAB DAILY.

RECEIVED
AUG 13 2019
By

Thank you

Name: Tiede, Bernhardt          No: 864378          Unit: CY
Living Quarters: 12 F 6          Work Assignment: Field Squad

DISPOSITION: (Inmate will not write in this space)

RBupcher
8/13/19 0600

☒ APPT SCHEDULED
☐ WRITTEN RESPONSE
☐ MED RE-NEWAL

I-60 (Rev. 11-90)

ADDRESS: 10 Room - Inmate

---

8/15/2019

| MARK "YES" IF THIS IS A TELEHEALTH VISIT | YES |
|---|---|

S:  As above.

O: Alert oriented male in NAD. ENT: unremarkable. Lungs: CTA: respirations even and unlabored. Cardio: S1S2 no gallops murmurs or rubs. Pt ambulates without assistance, off and on exam table with ease.

A: NIDDM

Plan is as follows:
Review/Update TDCJ Restrictions/PULHES:

**Stopped Meds:**

**GLIPIZIDE 10MG TABLET**          1 TABS ORAL DAILY for 30 Days KOP          START DATE:08/05/2019 10:53 AM
PROVIDER: WAGNER, PAMELA K                                                    EXPIRATION DATE: 7/30/2020 10:53 AM
REFILLS: 0 / 11

**Started Meds:**
2 of 3

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                Date:   08/15/2019 09:20
TDCJ#:864378                                    Facility:  CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**                 2 TABS ORAL DAILY for 30 Days KOP          START DATE:08/15/2019 09:24 AM
PROVIDER: WAGNER, PAMELA K                                                          EXPIRATION DATE: 9/14/2019 09:24 AM
REFILLS: 0 / 0

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/15/2019 09:25AM | PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by WAGNER, PAMELA K. NP on 08/15/2019.

##And No Others##

3 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM


## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   08/05/2019 10:50
TDCJ#:864378                      Facility:  CONNALLY (CY)

Age: 61 year   DOB: 08/02/1958    Sex:  male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 6/18/2019:**

| BP: 150 / 77 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 82 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications:**

| | | |
|---|---|---|
| **ATORVASTATIN 20MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 10/25/2019 01:41:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 07/01/2019 07:17:55AM<br>ORDERING PROVIDER: WALDEN, LINDA L<br>ORDERING FACILITY: TELFORD (TO) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/09/2019 02:06:00PM<br>REFILLS: 11 / 11 | LAST DATE GIVEN KOP: 06/10/2019 06:56:24AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 8/26/2019 01:49:00PM<br>REFILLS: 3 / 3 | LAST DATE GIVEN KOP: 06/08/2019 06:40:24AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br><br>ORDERING FACILITY: TELFORD (TO) |

**Stopped Meds:**

| | | |
|---|---|---|
| **ATORVASTATIN 20MG TABLET**<br>PROVIDER: WALDEN, LINDA L<br>REFILLS: 9 / 11 | 1 TABS ORAL DAILY for 30 Days KOP | START DATE:10/30/2018 13:41 PM<br>EXPIRATION DATE: 10/25/2019 13:41 PM |
| **GLIPIZIDE 10MG TABLET**<br>PROVIDER: BARKER, JAMMIE L<br>REFILLS: 11 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/14/2018 14:06 PM<br>EXPIRATION DATE: 8/09/2019 14:06 PM |
| **PROVENTIL HFA 90MCG INH 200PF**<br><br>PROVIDER: RUSSELL, JANET M<br>REFILLS: 3 / 3 | 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | START DATE:08/31/2018 13:49 PM<br><br>EXPIRATION DATE: 8/26/2019 13:49 PM |

**Started Meds:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL EVERY MORNING for 30 Days KOP | START DATE:08/05/2019 10:58 AM<br>EXPIRATION DATE: 7/30/2020 10:58 AM |
| **ASPIRIN EC 81MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL DAILY for 30 Days KOP | START DATE:08/05/2019 10:56 AM<br>EXPIRATION DATE: 7/30/2020 10:56 AM |
| **ATORVASTATIN 20MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL DAILY for 30 Days KOP | START DATE:08/05/2019 10:54 AM<br>EXPIRATION DATE: 7/30/2020 10:54 AM |
| **FUROSEMIDE 20MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/05/2019 10:57 AM<br>EXPIRATION DATE: 7/30/2020 10:57 AM |
| **GLIPIZIDE 10MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL DAILY for 30 Days KOP | START DATE:08/05/2019 10:53 AM<br>EXPIRATION DATE: 7/30/2020 10:53 AM |
| **LOSARTAN 25MG TABLET #**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 0 | 1 TABS ORAL DAILY for 30 Days KOP<br>Special Instructions: NF # 864378 INDEF | START DATE:08/05/2019 10:58 AM<br>EXPIRATION DATE: 9/04/2019 10:58 AM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I           Date:   08/05/2019 10:50
TDCJ#:864378                              Facility:  CONNALLY (CY)

| | | |
|---|---|---|
| **metFORMIN HCL 1000MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/05/2019 10:52 AM<br>EXPIRATION DATE: 7/30/2020 10:52 AM |
| **METOPROLOL 100MG TABLET**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 TABS ORAL TWICE DAILY for 30 Days KOP | START DATE:08/05/2019 10:55 AM<br>EXPIRATION DATE: 7/30/2020 10:55 AM |
| **PROVENTIL HFA 90MCG INH 200PF**<br><br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 3 | 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days<br>KOP   As Needed (PRN) | START DATE:08/05/2019 10:55 AM<br><br>EXPIRATION DATE: 7/30/2020 10:55 AM |
| **TERAZOSIN 10MG CAPSULE**<br>PROVIDER: WAGNER, PAMELA K<br>REFILLS: 0 / 11 | 1 CAPS ORAL DAILY for 30 Days KOP | START DATE:08/05/2019 10:56 AM<br>EXPIRATION DATE: 7/30/2020 10:56 AM |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/12/2019 10:59AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD LEV2 | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS | | |
| 8/12/2019 10:59AM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHGD LEV2 | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLE THPRHAGD | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKD RHGD | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP | TYPE 2 DIABETES MELLITUS | | |
| 9/25/2019 10:59AM | UA COMPLETE HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I                Date:   08/05/2019 10:50
TDCJ#:864378                                    Facility:  CONNALLY (CY)

<span style="color:red">Electronically Signed by WAGNER, PAMELA K. NP on 08/05/2019.
Electronically Signed by GARZA, CRISELDA on 08/05/2019.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I                          Date:   04/11/2019 13:51
TDCJ#:864378                                             Facility:  TELFORD (TO)

| Age:  60 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | DOI: 3/26/1999 |
|---|---|---|---|---|

**Patient Language:** ENGLISH

**Most recent vitals from 4/11/2019:**

| BP: 138 / 61 (Sitting) | Weight: 259.8 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 91 (Sitting) | Resp: 16 / min | Temp: 98.8 (Oral) | O2 Sat: 99% RA |

**Allergies:** ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:21:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:20AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:26AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 10/25/2019 01:41:00PM
REFILLS: 5 / 11

LAST DATE GIVEN KOP: 03/30/2019 11:33:29PM
ORDERING PROVIDER: WALDEN, LINDA L
ORDERING FACILITY: TELFORD (TO)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:19:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:49:07AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 8/09/2019 02:06:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 03/13/2019 10:45:03AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
869539A [INDEF]

EXPIRATION DATE: 7/31/2019 05:16:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:37AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:58AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:20:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:13AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 8/26/2019 01:49:00PM
REFILLS: 2 / 3

LAST DATE GIVEN KOP: 03/04/2019 11:15:39PM
ORDERING PROVIDER: RUSSELL, JANET M

ORDERING FACILITY: TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:18:00PM
REFILLS: 8 / 11

LAST DATE GIVEN KOP: 04/02/2019 05:48:45AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**Chief Complaint and Notes: APE**
**Significant Past Medical History:  NIDDM, HTN, asthma**
HSM-4 (Rev. 8/6/18)

1 of 3

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**ANNUAL PHYSICAL EXAM**

Patient Name: TIEDE, BERNHARDT I                    Date:   04/11/2019 13:51
TDCJ#:864378                                        Facility:  TELFORD (TO)

| REMARKS (Vision & Hearing) | | | |
|---|---|---|---|
| Patient seen walking even steady gait into & out of exam area, gets on table w/out assist | | | |

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
|---|---|---|---|
| Head And Neck | x | | NC, normal ROM neck |
| Eyes | x | | PERRL, EOMI, external sclera normal |
| Ent | x | | Throat, nose, ears clear |
| Dental | x | | Teeth appear intact |
| Chest, Breast | x | | Normal male development |
| Cardiovascular | x | | RRR, S1 and S2 no mgr. 85 bpm electronic stethoscope |
| Hemopoietic/ Lymphatic | x | | No cervical nodes |
| Abdomen | x | | Soft, nd, bsx4, ntp |
| Gastrointestinal | x | | |
| Endocrine/ Metabolic | x | | |
| Nutritional | x | | |
| Upper Extremities | | x | Heberden's nodules on DIP joints |
| Spine | x | | |
| Lower Extremities | x | | |
| Skin | x | | No obvious lesions |
| Rectal | x | | *Normal sphincter tone, old hemorrhoid at 7 o'clock position, prostate slight enlargement, no nodules felt* |
| FOBT Fecal Occult Blood Test | | | *No sample at exam* |
| GU Genitourinary | x | | Normal male development, circumcised. Penis has no discharge or lesions. Testes are descended with no nodules felt |
| Neuro | x | | No obvious deficit |
| Ob-Gyn (Pelvic) | | | |
| REMARKS:  Ms. Lang witnessed exam | | | |

**If any component of the physical exam is refused, a refusal form must be completed.**

| Refusal Signed: | | Yes | | No |
|---|---|---|---|---|

**Diagnoses:**  above

Current Restrictions:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ANNUAL PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I        Date:   04/11/2019 13:51
TDCJ#:864378        Facility:  TELFORD (TO)

| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | Cont. |

Current PUHLES:

| | DES | COD | MOD |
|---|---|---|---|
| **P:** | 3 | M | P |
| **U:** | 1 | A | - |
| **L:** | 1 | A | - |
| **H:** | 1 | A | - |
| **E:** | 2 | B | P |
| **S:** | 1 | A | - |

Verify Review of  Restrictions  and PUHLES:

**Orders:**
APE in one yr

**Started Meds:**

**IBUPROFEN 400MG TABLET**        1 TABS ORAL TWICE DAILY for 30 Days KOP        START DATE:04/11/2019 14:07 PM
PROVIDER: WALDEN, LINDA L        EXPIRATION DATE: 7/10/2019 14:07 PM
REFILLS: 0 / 2

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/11/2019 02:08PM | PROVIDER1-BRIEF OFFICE VISIT (F) | MEDICAL EXAM W/O ABNORMAL FINDINGS, FOR GENERAL ADULT | | |

Electronically Signed by WALDEN, LINDA L. D.O. on 04/11/2019.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:   03/01/2019 09:30
TDCJ#:864378                              Facility:  TELFORD (TO)

| Age: 60 year | DOB: 08/02/1958 | Sex:  male | Race: WHITE | DOI: 3/26/1999 |
|---|---|---|---|---|
| **Patient Language:**  ENGLISH | | | | |

| Most recent vitals from 3/1/2019: | | | | |
|---|---|---|---|---|
| BP: 129 / 65 (Sitting) | Weight: 253.4 Lbs. | | Height: 75 In. | BMI: 32 |
| Pulse: 83 (Sitting) | Resp: 18 / min | | Temp: 98 (Oral) | O2 Sat: |
| CURRENT PEAK FLOWS: | PF 1: | | PF 2: | PF3: |
| PRIOR PEAK FLOWS: | PF1 : | | PF 2: | PF 3: |
| **Allergies:**  ACE INHIBITORS | | | | |

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/31/2019 05:21:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:28:19AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:28:32AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 10/25/2019 01:41:00PM
REFILLS: 4 / 11
LAST DATE GIVEN KOP: 02/28/2019 06:49:26AM
ORDERING PROVIDER: WALDEN, LINDA L
ORDERING FACILITY: TELFORD (TO)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/31/2019 05:19:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:27:33AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/09/2019 02:06:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/10/2019 06:40:35PM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
869539A [INDEF]
EXPIRATION DATE: 7/31/2019 05:16:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:28:13AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:27:51AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/31/2019 05:20:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:28:06AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP   As Needed (PRN)
EXPIRATION DATE: 8/26/2019 01:49:00PM
REFILLS: 2 / 3
LAST DATE GIVEN KOP: 11/30/2018 03:17:13AM
ORDERING PROVIDER: RUSSELL, JANET M

ORDERING FACILITY: TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP
EXPIRATION DATE: 7/31/2019 05:18:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/01/2019 08:28:25AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I      Date:  03/01/2019 09:30
TDCJ#:864378      Facility:  TELFORD (TO)

| MARK "YES" IF THIS A TELEHEALTH VISIT | x | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| x | Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hyperlipidemia | | IDDM | | NIDDM | | Active TB | | Seizure | | Close Monitoring | | | |
| | Miscellaneous: | | | | | | | | | | | | | |

**COMPLIANCE:**
    **Medication:** \_\_\_\_ %
    **Diet:** \_\_\_\_ %
    **Exercise:** \_\_\_\_ %
**SUBJECTIVE:**  CCC COPD

**OBJECTIVE:**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2019 09:26AM | 129/65 (SI) | 83 (SI) | 18 | 253.4 LB | | | 98 (OR) | | 0.00 | RA | | | | |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/11/2019 07:56AM | 132/76 (SI) | 72 (SI) | | | | | | | 0.00 | RA | | | | |

| ALT | 11 | 22 |
|---|---|---|
| AST | 16 | 22 |
| CREATININE | 1.10 | 1.17 |
| POTASSIUM | 3.8 | 3.9 |
| HEMOGLOBIN | 13.7 | 13.6 |

**Ambulatory, no acute distress**

HEENT

| | PERRLA, EOMI, No Nystagmus | Bilateral Fundoscopic without retinopathy noted |
|---|---|---|
| | Oral mucosa hydrated and without lesions | No enlarged cervical or supraclavicular nodes. |
| | Other: | |

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:  03/01/2019 09:30
TDCJ#:864378                              Facility:  TELFORD (TO)

Pulmonary

|  | Lung fields clear to auscultation | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Wheezes | Rhonchi | Left | Middle | Base | Apical |
|  |  |  | Right | Middle | Base | Apical |
|  | Other: | | | | | | |

Heart

|  | RRR without murmur or gallop | PMI nl placement and magnitude |
|---|---|---|
|  | Other: | |

Abdomen

|  | Nl bowel sounds in all 4 quadrants | Soft, non-tender to palpation |
|---|---|---|
|  | No masses, organomegaly or ascites | Absent bowel sounds |

|  | Liver span: | |
|---|---|---|
|  | Other: | |

Extremities

|  | No clubbing cyanosis or edema |
|---|---|
|  | Bilat lower extremities have full sensation to light touch |
|  | Bilat feet are without lesions associated with PVD |

|  | Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|---|
|  |  | | N | | L | + |
|  | Other: | | | | | |

Vascular

|  | Upper exts intact | Lower exts intact | Carotids intact w/o bruit | Abdomen w/o bruit |
|---|---|---|---|---|
|  | Other: | | | |

APRI score (if applicable):

**Assessment**:

1. COPD
2. HTN – good control.
3. Diabetes.  Improved.
4. HLD

**Plan**:

Please provide one pair of compression stockings.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  03/01/2019 09:30
TDCJ#:864378                              Facility:  TELFORD (TO)

Passes Data:
03/01/2019 09:34 - BARBER, MARK A  DO

Add - MEDICAL SUPPLIES: Compression Stockings  # of Days: 365 Exp. Date: 02/29/2020

Follow Up

| 30 days | 60 days | 90 days | PRN | OTHER: | **6 months.** |
|---|---|---|---|---|---|
| Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) |||||| 
| Schedule with Mental Health (if indicated by DMG or clinical presentation) |||||| 

Diet:

| | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| Regular | | Diet for Health | | Other: | |
|---|---|---|---|---|---|

| FOR | | DAYS |
|---|---|---|

| | Diet Compliance: | |
|---|---|---|

**Exercise:**

| | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

**Medication:**

| | Medication compliance: |
|---|---|

**Patient Education:**

| | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| x | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          Yes          x          No

Review/Update TDCJ Restrictions/PULHES:

Restrictions / PULHES Data:
03/01/2019 09:36 - BARBER, MARK A  DO Reviewed and Current No Changes Needed.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/16/2019 09:39AM | *PSA, SERUM (5363) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, | | |
| HSM70 | | | | 4 of 5 |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   03/01/2019 09:30
Facility:  TELFORD (TO)

EMPHYSEMA

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/1/2019 09:40AM | TELEHEALTH CHRONIC CARE INTERMEDIATE OFFICE VISIT (F) | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by BARBER, MARK A. DO on 03/01/2019.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  11/01/2018 09:16
TDCJ#:864378      Facility:  TELFORD (TO)

| Age: 60 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | | DOI: 3/26/1999 |
|---|---|---|---|---|---|

**Most recent vitals from 10/30/2018:**

| BP: 130 / 66 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 103 (Sitting) | Resp: 16 / min | Temp: 99.2 (Oral) | O2 Sat: 100% RA |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:21:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:39:46AM
ORDERING PROVIDER: BARKER, JAMMIE L

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:39:55AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 10/25/2019 01:41:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WALDEN, LINDA L
ORDERING FACILITY: TELFORD (TO)

**BODY LOTION**
1 APPLICS TOPICALLY DAILY for 90 Days KOP
EXPIRATION DATE: 1/28/2019 01:41:00PM
REFILLS: 0 / 0
LAST DATE GIVEN KOP:
ORDERING PROVIDER: WALDEN, LINDA L

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:19:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:40:02AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/09/2019 02:06:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 10/15/2018 07:14:29AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
869539A [INDEF]
EXPIRATION DATE: 7/31/2019 05:16:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:40:11AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:40:19AM
ORDERING PROVIDER: BARKER, JAMMIE L

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:20:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 10/05/2018 10:40:33AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
EXPIRATION DATE: 8/26/2019 01:49:00PM
REFILLS: 0 / 3
LAST DATE GIVEN KOP: 09/04/2018 07:06:16AM
ORDERING PROVIDER: RUSSELL, JANET M

ORDERING FACILITY: TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 7/31/2019 05:18:00PM
REFILLS: 3 / 11
LAST DATE GIVEN KOP: 09/04/2018 07:05:49AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

Procedures Ordered:

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   11/01/2018 09:16
TDCJ#:864378                              Facility:  TELFORD (TO)

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/16/2019 09:16AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHG DLEV2 | TYPE 2 DIABETES MELLITUS | | |
| 4/16/2019 09:16AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | TYPE 2 DIABETES MELLITUS | | |
| 4/16/2019 09:16AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | TYPE 2 DIABETES MELLITUS | | |
| 4/16/2019 09:16AM | *THYROID STIMULATING HORMONE [TSH](899)CNBFPSYLDMCDBP DBLETHPRHARHGD | TYPE 2 DIABETES MELLITUS | | |
| 4/16/2019 09:16AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | TYPE 2 DIABETES MELLITUS | | |
| 4/16/2019 09:16AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCK DRHGD(7600) | TYPE 2 DIABETES MELLITUS | fasting panel | |
| 4/16/2019 09:16AM | MICROALBUMIN, URINE (MICROALB)CKDELCRDBBP(65 17) | TYPE 2 DIABETES MELLITUS | | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/16/2019 09:17AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEP HPCKDELCRRHAHEMURRHG DLEV2 | ESSENTIAL (PRIMARY) HYPERTENSION (HTN) | | |
| 10/16/2019 09:17AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAH EPESLDHPESLDCKD LEV2ELCRRHGD | HYPERLIPIDEMIA, UNSPECIFIED | | |
| 10/16/2019 09:17AM | *THYROID STIMULATING HORMONE [TSH](899)CNBFPSYLDMCDBP DBLETHPRHARHGD | HYPERLIPIDEMIA, UNSPECIFIED | | |
| 10/16/2019 09:17AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVDBCNBPBFPSYLESLDCKDE LCRHEMUR | HYPERLIPIDEMIA, UNSPECIFIED | | |
| 10/16/2019 09:17AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCK DRHGD(7600) | HYPERLIPIDEMIA, UNSPECIFIED | fasting panel | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 11/1/2018 09:19AM | MD/MLP-CHART REVIEW | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   11/01/2018 09:16
Facility:  TELFORD (TO)

Electronically Signed by WALDEN, LINDA L. D.O. on 11/01/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   10/30/2018 13:16
Facility:  TELFORD (TO)

| Age: 60 year | DOB: 08/02/1958 | Sex:  male | Race: WHITE | DOI: 3/26/1999 |
|---|---|---|---|---|
| **Patient Language**:  ENGLISH | | | | |

| **Most recent vitals from 10/30/2018:** | | | |
|---|---|---|---|
| BP: 130 / 66 (Sitting) | Weight: | Height: 75 In. | BMI: |
| Pulse: 103 (Sitting) | Resp: 16 / min | Temp: 99.2 (Oral) | O2 Sat: 100% RA |
| CURRENT PEAK FLOWS: | PF 1: 500 | PF 2:  530 | PF3:520 |
| PRIOR PEAK FLOWS: | PF1 : | PF 2: | PF 3: |
| **Allergies**:  ACE INHIBITORS | | | |

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:21:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:39:46AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:39:55AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:19:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:40:02AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 8/09/2019 02:06:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/15/2018 07:14:29AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP [INDEF]  NF# 869539A

EXPIRATION DATE: 7/31/2019 05:16:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:40:11AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:40:19AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:20:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:40:33AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:22:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 10/05/2018 10:40:45AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)

EXPIRATION DATE: 8/26/2019 01:49:00PM
REFILLS: 0 / 3

LAST DATE GIVEN KOP: 09/04/2018 07:06:16AM
ORDERING PROVIDER: RUSSELL, JANET M

ORDERING FACILITY: TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP

EXPIRATION DATE: 7/31/2019 05:18:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 09/04/2018 07:05:49AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I                Date:   10/30/2018 13:16
TDCJ#:864378                                              Facility:  TELFORD (TO)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

|   | Asthma/COPD |   | CAD |   | CHF |   | ESLD |   | Active Hepatitis B |   | HCV |   | HIV | x | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | Hyperlipidemia |   | IDDM | x | NIDDM |   | Active TB |   | Seizure |   | | Close Monitoring | | | | |
|   | Miscellaneous: | | | | | | | | | | | | | | |

**COMPLIANCE:**
    **Medication:**   **100_____ %**
    **Diet:**     **_DFH___ %**
    **Exercise:**   **nothing_____ %**

**SUBJECTIVE:**
**Denies recent illnesses or health complaints today. Takes meds AM and PM, after eating an has had AM doses today. Started a new diet as of this week and feels very good**

**OBJECTIVE:**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2018 11:08AM | 130/66 (SI) | 103 (SI) | 16 | | | | 99.2 (OR) | | 0.00 | 100 RA | 500 | 530 | 520 | |
| 9/18/2018 06:47AM | 131/74 (SI) | 84 (SI) | | | | | | | 0.00 | RA | | | | |
| 8/5/2018 07:23AM | 151/74 (SI) | 92 (SI) | 18 | 252.2 LB | 75 IN | 32 | 98.2 (OR) | | 0.00 | RA | | | | |
| 5/22/2018 06:41AM | 144/78 (SI) | 94 (SI) | | | | | | | 0.00 | RA | | | | |
| 4/5/2018 11:49AM | 125/67 (SI) | 101 (SI) | 17 | 255.4 LB | 75 IN | 32 | 98.7 (OR) | | | 96 RA | | | | |
| 3/1/2018 07:31AM | 106/68 (SI) | 75 (SI) | 16 | 251.2 LB | 75 IN | 31 | 98.2 (OR) | | 0.00 | 99 RA | 400 | 550 | 300 | |
| 1/26/2018 11:46AM | 140/71 (SI) | 78 (SI) | | | | | | | 0.00 | RA | | | | |
| 1/23/2018 11:09AM | 138/71 (SI) | 74 (SI) | 16 | | | | | | 0.00 | RA | | | | |
| 1/23/2018 08:38AM | 138/71 (SI) | 74 (SI) | | | | | | | 0.00 | RA | | | | |

| CHEMISTRY | 10/02/2018 06:08 |
|---|---|
| ALBUMIN | 4.3 |
| ALK PHOS | 58 |
| ALT | 22 |
| AST | 22 |
| BILI T | 0.7 |
| BUN | 15 |
| BUN/CREAT RATIO | NOT APPLICABLE |
| CALCIUM | 8.9 |
| CHOL | 129 |
| CHOL/HDLC | 4.3 |
| CREATININE | 1.17 |
| Carbon Dio | 27 |
| Chloride, | 104 |
| GLUCOSE | 157 [H] |
| Globulin, | 2.5 |
| HDL Choles | 30 [L] |
| LDL Choles | 70 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM


## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  10/30/2018 13:16
TDCJ#:864378                              Facility:  TELFORD (TO)

| | |
|---|---|
| NON-HDL CH | 99 |
| POTASSIUM | 3.9 |
| SODIUM | 141 |
| TOTAL PROTEIN | 6.8 |
| TRIGLYCERIDES | 229 [H] |

| HEMATOLOGY | 10/02/2018 06:08 | 07/10/2018 07:26 | 03/27/2018 07:07 | 01/16/2018 08:17 |
|---|---|---|---|---|
| HGB-A1C | 7.2 [H] | 7.8 [H] | 8.1 [H] | 8.0 [H] |
| Baso (Abso | 31 | | | |
| Basos | 0.5 | | | |
| Eos | 4.0 | | | |
| Eos (Absol | 248 | | | |
| HCT | 40.3 | | | |
| HEMOGLOBIN | 13.6 | | | |
| LYMPH | 39.7 | | | |
| Lymphs (Ab | 2461 | | | |
| MCH | 29.2 | | | |
| MCHC | 33.7 | | | |
| MCV | 86.7 | | | |
| MONO | 9.8 | | | |
| MPV | 9.6 | | | |
| Monocytes( | 608 | | | |
| NEUTRO | 46 | | | |
| Neutrophil | 2852 | | | |
| Platelets | 248 | | | |
| RBC | 4.65 | | | |
| RDW | 12.8 | | | |
| WBC | 6.2 | | | |

| THYROID | 10/02/2018 06:08 |
|---|---|
| TSH | 1.75 |

| URINALYSIS | 10/02/2018 06:08 |
|---|---|
| APPEARANCE | CLEAR |
| BILIRUBIN | NEGATIVE |
| Glucose, U | TRACE [A] |
| KETONES | NEGATIVE |
| PH | 5.5 |
| SPECIF GRAVITY | 1.018 |
| Urine-Colo | YELLOW |
| BACTERIA | NONE SEEN |
| BLOOD URINE | NEGATIVE |
| HYALINE CAST | NONE SEEN |
| NITRITE URINE | NEGATIVE |
| PROTEIN | NEGATIVE |
| RBC URINE | NONE SEEN |
| SQM EPITHELIAL | NONE SEEN |
| WBC Estera | NEGATIVE |
| WBC URINE | 0-5 |

## HEENT

| | | | |
|---|---|---|---|
| x | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| x | Oral mucosa hydrated and without lesions | x | No enlarged cervical or supraclavicular nodes. |
| | OTHER: | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I      Date: 10/30/2018 13:16
TDCJ#:864378      Facility: TELFORD (TO)

**Pulmonary**

| x | Lung fields clear to auscultation |
|---|---|

| | Wheezes | | Rhonchi | | Left | | Middle | | Base | | Apical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Right | | Middle | | Base | | Apical |
| OTHER: | | | | | | | | | | | |

**Heart**

| x | RRR without murmur or gallop | | PMI nl placement and magnitude |
|---|---|---|---|
| | OTHER: 96 bpm electronic stethoscope | | |

**Abdomen**

| x | Nl bowel sounds in all 4 quadrants | x | Soft, non-tender to palpation |
|---|---|---|---|
| x | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | wnl |
|---|---|
| OTHER: | |

**Extremities**

| x | No clubbing cyanosis or edema |
|---|---|
| x | Bilat lower extremities have full sensation to light touch |
| | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | | N | | L | + |
| x | OTHER: Feet have several cracks on soles, scanty blood in cracks, small amt peeling skin | | | | |

**Vascular**

| x | Upper exts intact | x | Lower exts intact | | Carotids intact w/o bruit | | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | OTHER: | | | | | | |

APRI score (if applicable):

**Assessment:**
HTN
NIDDM
HLD

**Plan:**
No changes to HTN meds per readings above
Maxed on NIDDM meds with some improvement in HbA1c
HbA1c in 3 months
DC pravachol
Start Lipitor

HSM70      4 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
## Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:   10/30/2018 13:16
TDCJ#:864378                              Facility:  TELFORD (TO)

F/U CCC NIDDM, HTN, HLD with labs per guidelines
Dermalube for cracked soles

Follow Up

| 30 days | 60 days | 90 days | PRN | OTHER: | |
|---------|---------|---------|-----|--------|--|
| Schedule with Dental for comprehensive and periodontal exam (if indicated by DMG or clinical presentation) | | | | | |
| Schedule with Mental Health (if indicated by DMG or clinical presentation) | | | | | |

Diet:

| x | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| Regular | x | Diet for Health | | Other: | |
|---------|---|-----------------|--|--------|--|

| FOR | | DAYS |
|-----|--|------|

| x | | Diet compliance: discussed foods to avoid commissary/chow for best HTN, HLD results |
|---|--|---|

## Exercise:

| x | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

## Medication:

| x | Medication compliance: stressed need for this in conversation |
|---|---|

## Patient Education:

| x | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| x | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          x       Yes                    No

Review/Update TDCJ Restrictions/PULHES:

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:  10/30/2018 13:16
Facility:  TELFORD (TO)

Started Meds:

ATORVASTATIN 20MG TABLET          25909702          10/30/2018 13:41
1 TABS ORAL DAILY  KOP
FINAL EXP. DATE: 10/25/2019 01:41:00PM     REFILLS: 11     DURATION: 30 Days

BODY LOTION          25909703          10/30/2018 13:41
1 APPLICS TOPICALLY DAILY  KOP
FINAL EXP. DATE: 1/28/2019 01:41:00PM     REFILLS: 0     DURATION: 90 Days

Stopped Meds:

PRAVASTATIN 20MG TABLET          25449458          08/05/2018 17:22
1 TABS ORAL QPM  KOP
FINAL EXP. DATE: 7/31/2019 05:22:00PM     REFILLS: 11     DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 1/30/2019 01:41PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | TYPE 2 DIABETES MELLITUS | started new diet | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/30/2018 01:42PM | CHRONIC CARE PROVIDER2- INTERMEDIATE OFFICE VISIT (F) | HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by WALDEN, LINDA L. D.O. on 10/30/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I               Date:   08/29/2018 13:48
TDCJ#:864378                                   Facility:  TELFORD (TO)

| Age:  60 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | | DOI: 3/26/1999 |
|---|---|---|---|---|---|

**Most recent vitals from 8/5/2018:**

| BP: 151 / 74 (Sitting) | Weight: 252.2 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 92 (Sitting) | Resp: 18 / min | Temp: 98.2 (Oral) | O2 Sat: |

**Allergies:**  ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:21:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:40AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:44AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br> ORDERING FACILITY: TELFORD (TO) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:19:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/21/2018 07:17:33AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/09/2019 02:06:00PM | LAST DATE GIVEN KOP: 08/21/2018 07:17:05AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **LOSARTAN 25MG TABLET #** <br> 1 TABS ORAL DAILY for 30 Days KOP [INDEF]  NF# 869539A | EXPIRATION DATE: 7/31/2019 05:16:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:32AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br> ORDERING FACILITY: TELFORD (TO) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/21/2018 07:17:26AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:20:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:37AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **PRAVASTATIN 20MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:22:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:48AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **PROVENTIL HFA 90MCG INH 200PF** <br> 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 8/31/2018 06:12:00PM <br> REFILLS: 3 / 3 | LAST DATE GIVEN KOP: 06/04/2018 07:28:24AM <br> ORDERING PROVIDER: RUSSELL, JANET M <br><br> ORDERING FACILITY: TELFORD (TO) |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:18:00PM <br> REFILLS: 1 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:51AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |

REFILL PROVENTIL INHALER KOP ON 8/31/18

Started Meds:
    PROVENTIL HFA 90MCG INH 200PF       25576419            08/31/2018 13:49

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/29/2018 13:48
TDCJ#:864378                              Facility:  TELFORD (TO)

    2 PUFFS INHALATION QID PRN KOP
    FINAL EXP. DATE: 8/26/2019 01:49:00PM          REFILLS: 3   DURATION: 90 Days
Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/29/2018 01:52PM | MD/MLP-CHART REVIEW | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA | | |

<span style="color:red">Electronically Signed by RUSSELL, JANET M. PA-C on 08/29/2018.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  08/14/2018 14:03
TDCJ#:864378                         Facility:  TELFORD (TO)

| Age: 60 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | | DOI: 3/26/1999 |
|---|---|---|---|---|---|

**Most recent vitals from 8/5/2018:**

| BP: 151 / 74 (Sitting) | Weight: 252.2 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 92 (Sitting) | Resp: 18 / min | Temp: 98.2 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:21:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:40AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:44AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br> ORDERING FACILITY: TELFORD (TO) |
| **FUROSEMIDE 20MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:19:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:34AM <br> ORDERING PROVIDER: BARKER, JAMMIE L |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:18:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:54AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br> ORDERING FACILITY: TELFORD (TO) |
| **LOSARTAN 25MG TABLET #** <br> 1 TABS ORAL DAILY for 30 Days KOP <br> [INDEF]  NF# 869539A | EXPIRATION DATE: 7/31/2019 05:16:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:32AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br> ORDERING FACILITY: TELFORD (TO) |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:58AM <br> ORDERING PROVIDER: BARKER, JAMMIE L |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:20:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:37AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **PRAVASTATIN 20MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:22:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:58:48AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |
| **PROVENTIL HFA 90MCG INH 200PF** <br> 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | EXPIRATION DATE: 8/31/2018 06:12:00PM <br> REFILLS: 3 / 3 | LAST DATE GIVEN KOP: 06/04/2018 07:28:24AM <br> ORDERING PROVIDER: RUSSELL, JANET M <br><br> ORDERING FACILITY: TELFORD (TO) |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:18:00PM <br> REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 08/08/2018 06:59:51AM <br> ORDERING PROVIDER: BARKER, JAMMIE L <br><br> ORDERING FACILITY: TELFORD (TO) |

Mlp chart review

Started Meds:
      GLIPIZIDE 10MG TABLET     25498361     08/14/2018 14:06

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I        Date:  08/14/2018 14:03
TDCJ#:864378        Facility:  TELFORD (TO)

       1 TABS ORAL BID  KOP
       FINAL EXP. DATE: 8/09/2019 02:06:00PM      REFILLS: 11     DURATION: 30 Days

Stopped Meds:
       GLIPIZIDE 10MG TABLET       25449452      08/05/2018 17:18
       1 TABS ORAL DAILY  KOP
       FINAL EXP. DATE: 7/31/2019 05:18:00PM      REFILLS: 11     DURATION: 30 Days
Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/14/2018 02:07PM | MD/MLP-CHART REVIEW | TYPE 2 DIABETES MELLITUS | | |

<span style="color:red">Electronically Signed by BARKER, JAMMIE L. RN, FNP-BC on 08/14/2018.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   08/05/2018 17:12
TDCJ#:864378      Facility:  TELFORD (TO)

| Age:  60 | DOB: 08/02/1958 | Sex:  male | Race: WHITE | | DOI: 3/26/1999 |
|---|---|---|---|---|---|

**Most recent vitals from 8/5/2018:**

| BP: 151 / 74 (Sitting) | Weight: 252.2 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 92 (Sitting) | Resp: 18 / min | Temp: 98.2 (Oral) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 8/06/2018 02:19:00PM<br>REFILLS: 11 / 11 | LAST DATE GIVEN KOP: 07/09/2018 07:01:09AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br>ORDERING FACILITY: TELFORD (TO) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 8/31/2018 06:12:00PM<br>REFILLS: 11 / 11 | LAST DATE GIVEN KOP: 08/02/2018 06:27:39AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br>ORDERING FACILITY: TELFORD (TO) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 3/31/2019 03:04:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 08/02/2018 06:27:51AM<br>ORDERING PROVIDER: WALDEN, LINDA L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/31/2019 07:22:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>[INDEF]  NF# 869539A | EXPIRATION DATE: 2/24/2019 10:38:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/30/2018 06:29:48AM<br>ORDERING PROVIDER: WALDEN, LINDA L<br>ORDERING FACILITY: TELFORD (TO) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 7/31/2019 07:22:00AM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP:<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 3/20/2019 04:26:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 07/25/2018 07:10:09AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br><br>ORDERING FACILITY: TELFORD (TO) |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/24/2019 10:40:00AM<br>REFILLS: 5 / 11 | LAST DATE GIVEN KOP: 07/30/2018 06:29:38AM<br>ORDERING PROVIDER: WALDEN, LINDA L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 90 Days KOP  As Needed (PRN) | EXPIRATION DATE: 8/31/2018 06:12:00PM<br>REFILLS: 3 / 3 | LAST DATE GIVEN KOP: 06/04/2018 07:28:24AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br><br>ORDERING FACILITY: TELFORD (TO) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 10/08/2018 01:54:00PM<br>REFILLS: 9 / 11 | LAST DATE GIVEN KOP: 07/11/2018 06:46:44AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br><br>ORDERING FACILITY: TELFORD (TO) |

## MLP CHART REVIEW

Started Meds:

    AMLODIPINE 10MG TABLET      25449457          08/05/2018 17:21
        1 TABS ORAL QAM  KOP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM


**CORRECTIONAL MANAGED HEALTH CARE**
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I       Date:   08/05/2018 17:12
TDCJ#:864378                     Facility:   TELFORD (TO)

         FINAL EXP. DATE: 7/31/2019 05:21:00PM       REFILLS: 11   DURATION: 30 Days

      ASPIRIN EC 81MG TABLET       25449450          08/05/2018 17:17
          1 TABS ORAL QD  KOP
         FINAL EXP. DATE: 7/31/2019 05:17:00PM       REFILLS: 11   DURATION: 30 Days

      FUROSEMIDE 20MG TABLET       25449454          08/05/2018 17:19
          1 TABS ORAL BID  KOP
         FINAL EXP. DATE: 7/31/2019 05:19:00PM       REFILLS: 11   DURATION: 30 Days

      GLIPIZIDE 10MG TABLET       25449452          08/05/2018 17:18
          1 TABS ORAL DAILY  KOP
         FINAL EXP. DATE: 7/31/2019 05:18:00PM       REFILLS: 11   DURATION: 30 Days

      LOSARTAN 25MG TABLET #       25449449          08/05/2018 17:16
          1 TABS ORAL DAILY  KOP
             Special Instructions:[Indef]  Nf#  869539a
         FINAL EXP. DATE: 7/31/2019 05:16:00PM       REFILLS: 11   DURATION: 30 Days

      metFORMIN HCL 1000MG TABLET       25449451          08/05/2018 17:17
          1 TABS ORAL BID  KOP
         FINAL EXP. DATE: 7/31/2019 05:17:00PM       REFILLS: 11   DURATION: 30 Days

      METOPROLOL 100MG TABLET   25449455          08/05/2018 17:20
          1 TABS ORAL BID  KOP
         FINAL EXP. DATE: 7/31/2019 05:20:00PM       REFILLS: 11   DURATION: 30 Days

      PRAVASTATIN 20MG TABLET   25449458          08/05/2018 17:22
          1 TABS ORAL QPM  KOP
         FINAL EXP. DATE: 7/31/2019 05:22:00PM       REFILLS: 11   DURATION: 30 Days

      TERAZOSIN 10MG CAPSULE       25449453          08/05/2018 17:18
          1 CAPS ORAL QPM  KOP
         FINAL EXP. DATE: 7/31/2019 05:18:00PM       REFILLS: 11   DURATION: 30 Days


Stopped Meds:
      AMLODIPINE 10MG TABLET       23505217          08/11/2017 14:19
          1 TABS ORAL QD  KOP
         FINAL EXP. DATE: 8/06/2018 02:19:00PM       REFILLS: 11   DURATION: 30 Days

      ASPIRIN EC 81MG TABLET       23620674          09/05/2017 18:12
          1 TABS ORAL QD  KOP
         FINAL EXP. DATE: 8/31/2018 06:12:00PM       REFILLS: 11   DURATION: 30 Days

      FUROSEMIDE 20MG TABLET       24789149          04/05/2018 15:04

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   08/05/2018 17:12
TDCJ#:864378                              Facility:  TELFORD (TO)

      1 TABS ORAL BID  KOP
      FINAL EXP. DATE: 3/31/2019 03:04:00PM          REFILLS: 11  DURATION: 30 Days

      GLIPIZIDE 10MG TABLET          25448875          08/05/2018 07:22
      1 TABS ORAL BID  KOP
      FINAL EXP. DATE: 7/31/2019 07:22:00AM          REFILLS: 11  DURATION: 30 Days

      LOSARTAN 25MG TABLET #          24590435          03/01/2018 10:38
      1 TABS ORAL DAILY  KOP
          Special Instructions: [Indef]  Nf#  869539a
      FINAL EXP. DATE: 2/24/2019 10:38:00AM          REFILLS: 11  DURATION: 30 Days

      metFORMIN HCL 1000MG TABLET          25448872          08/05/2018 07:22
      1 TABS ORAL BID  KOP
      FINAL EXP. DATE: 7/31/2019 07:22:00AM          REFILLS: 11  DURATION: 30 Days

      METOPROLOL 100MG TABLET          24678623          03/25/2018 16:26
      1 TABS ORAL BID  KOP
      FINAL EXP. DATE: 3/20/2019 04:26:00PM          REFILLS: 11  DURATION: 30 Days

      PRAVASTATIN 20MG TABLET          24590460          03/01/2018 10:40
      1 TABS ORAL QPM  KOP
      FINAL EXP. DATE: 2/24/2019 10:40:00AM          REFILLS: 11  DURATION: 30 Days

      TERAZOSIN 10MG CAPSULE          23840853          10/13/2017 13:54
      1 CAPS ORAL QPM  KOP
      FINAL EXP. DATE: 10/08/2018 01:54:00PM          REFILLS: 11  DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/5/2018 05:22PM | MD/MLP-CHART REVIEW | CHRONIC OBSTRUCTIVE PULMONARY DISEASE, COPD, EMPHYSEMA, HYPERLIPIDEMIA, UNSPECIFIED, ESSENTIAL (PRIMARY) HYPERTENSION (HTN), TYPE 2 DIABETES MELLITUS | | |

Electronically Signed by BARKER, JAMMIE L. RN, FNP-BC on 08/05/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## HISTORY & PHYSICAL REPORT OF PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I            Date:   04/05/2018 14:43
TDCJ#:864378            Facility:  TELFORD (TO)

Age: 59            DOB: 08/02/1958            DOI: 3/26/1999
Sex:  male            Race: WHITE

**Patient Language:**  ENGLISH

### Most recent vitals from 4/5/2018:

| BP: 125 / 67 (Sitting) | Weight: 255.4 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 101 (Sitting) | Resp: 17 / min | Temp: 98.7 (Oral) | O2 Sat: 96% RA |

**Allergies:**  ACE INHIBITORS

### Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: BARKER, JAMMIE L
LAST DATE GIVEN KOP: 03/10/2018 12:47:53PM
REFILLS: 8 / 11
EXPIRATION DATE: 8/06/2018 02:19:00PM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/31/2018 07:26:27AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/31/2018 06:12:00PM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:42AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:05:00AM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:35AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:04:00AM

**LORATADINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:12AM
REFILLS: 1 / 2
EXPIRATION DATE: 5/30/2018 10:40:00AM

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
[INDEF]  NF# 869539A
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:16AM
REFILLS: 1 / 11
EXPIRATION DATE: 2/24/2019 10:38:00AM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:29AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:06:00AM

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/26/2018 07:25:48AM
REFILLS: 0 / 11
EXPIRATION DATE: 3/20/2019 04:26:00PM

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:22AM
REFILLS: 1 / 11
EXPIRATION DATE: 2/24/2019 10:40:00AM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/04/2018 09:49:27AM
REFILLS: 2 / 3
EXPIRATION DATE: 8/31/2018 06:12:00PM

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:02AM
REFILLS: 1 / 2
EXPIRATION DATE: 5/30/2018 10:41:00AM

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/11/2018 12:08:26PM
REFILLS: 5 / 11

HSM-4 (Rev. 5/05)

1 of 3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## HISTORY & PHYSICAL REPORT OF PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I          Date:   04/05/2018 14:43
TDCJ#:864378                              Facility:  TELFORD (TO)

Days KOP

EXPIRATION DATE: 10/08/2018 01:54:00PM

**Chief Complaint and Notes: NO COMPLAINTS**
**Significant Past Medical History:**
NIDDM ,HTN, HLD

| REMARKS (Vision & Hearing) |
| --- |
| Patient seen walking even steady gait into & out of exam area, AOx3, NAD |

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
| --- | --- | --- | --- |
| Head And Neck | x | | NC, good ROM neck |
| Eyes | x | | PERRL, EOMI, external sclera normal |
| Ent | x | | Clear throat mild congestion nares (on Claritin above) |
| Dental | x | | Teeth appear intact |
| Chest, Breast | x | | Normal male development |
| Cardiovascular | x | | RRR, S1 and S2 no mgr. 95 bpm electronic stethoscope |
| Hemopoietic/ Lymphatic | x | | No cervical nodes palpated |
| Abdomen | x | | Soft, nd, bsx4, ntp |
| Gastrointestinal | x | | No obvious deficit |
| Endocrine/ Metabolic | | x | Has NIDDM |
| Nutritional | | X | overweight |
| Upper Extremities | x | | No obvious deficit |
| Spine | x | | No obvious deficit |
| Lower Extremities | x | | No obvious deficit |
| Skin | x | | No obvious lesion |
| Rectal | | x | Small external hemorrhoid at 6 o'clock position, normal sphincter tone, prostate slightly enlarged and no nodules felt |
| FOBT Fecal Occult Blood Test | | | No sample obtained at exam |
| GU Genitourinary | x | | Normal male development, no lesions seen penis, testicle bodies descended with no nodules felt |
| Neuro | x | | No obvious deficit |
| Ob-Gyn (Pelvic) | | | |

| REMARKS:  Ms. Watson witnessed exam |
| --- |
| |

**If any component of the physical exam is refused, a refusal form must be completed.**

| Refusal Signed: | | Yes | | No |
| --- | --- | --- | --- | --- |

**HSM-4 (Rev. 5/05)**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## HISTORY & PHYSICAL REPORT OF PHYSICAL EXAM

Patient Name: TIEDE, BERNHARDT I        Date:   04/05/2018 14:43
TDCJ#:864378        Facility:  TELFORD (TO)

**Diagnoses:**

Current Restrictions:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

Current PUHLES:

| | DES | COD | MOD |
|---|---|---|---|
| **P:** | 3 | M | P |
| **U:** | 1 | A | - |
| **L:** | 1 | A | - |
| **H:** | 1 | A | - |
| **E:** | 2 | B | P |
| **S:** | 1 | A | - |

Verify Review of  Restrictions  and PUHLES:

**Orders:**
See CCC note of this date for orders
APE in one yr

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/5/2018 03:02PM | PROVIDER1-BRIEF OFFICE VISIT (F) | medical exam w/o abnormal findings, for general adult | | |

Electronically Signed by WALDEN, LINDA L. D.O. on 04/05/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I      Date:   04/05/2018 14:37
TDCJ#:864378      Facility:  TELFORD (TO)

Age:  59     DOB: 08/02/1958     Sex:  male     Race: WHITE     DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 4/5/2018:**

| BP: 125 / 67 (Sitting) | Weight: 255.4 Lbs. | Height: 75 In. | BMI: 32 |
|---|---|---|---|
| Pulse: 101 (Sitting) | Resp: 17 / min | Temp: 98.7 (Oral) | O2 Sat: 96% RA |
| *CURRENT* PEAK FLOWS: | PF 1: | PF 2: | PF 3: |
| *PRIOR* PEAK FLOWS: | PF1 : 400 | PF 2: 550 | PF 3:  300 |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: BARKER, JAMMIE L
LAST DATE GIVEN KOP: 03/10/2018 12:47:53PM
REFILLS: 8 / 11
EXPIRATION DATE: 8/06/2018 02:19:00PM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/31/2018 07:26:27AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/31/2018 06:12:00PM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:42AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:05:00AM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:35AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:04:00AM

**LORATADINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:12AM
REFILLS: 1 / 2
EXPIRATION DATE: 5/30/2018 10:40:00AM

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
[INDEF]  NF# 869539A
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:16AM
REFILLS: 1 / 11
EXPIRATION DATE: 2/24/2019 10:38:00AM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 04/04/2018 08:00:29AM
REFILLS: 8 / 11
EXPIRATION DATE: 8/02/2018 10:06:00AM

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/26/2018 07:25:48AM
REFILLS: 0 / 11
EXPIRATION DATE: 3/20/2019 04:26:00PM

**PRAVASTATIN 20MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:22AM
REFILLS: 1 / 11
EXPIRATION DATE: 2/24/2019 10:40:00AM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/04/2018 09:49:27AM
REFILLS: 2 / 3
EXPIRATION DATE: 8/31/2018 06:12:00PM

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/31/2018 07:26:02AM
REFILLS: 1 / 2
EXPIRATION DATE: 5/30/2018 10:41:00AM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:   04/05/2018 14:37
TDCJ#:864378                              Facility:  TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**          ORDERING FACILITY: TELFORD (TO)          LAST DATE GIVEN KOP: 03/11/2018 12:08:26PM
1 CAPS ORAL EVERY EVENING for 30   ORDERING PROVIDER: MORELAND, JANET M     REFILLS: 5 / 11
Days KOP
                                                                            EXPIRATION DATE: 10/08/2018 01:54:00PM

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| Asthma/COPD | | CAD | | CHF | ESLD | | Active Hepatitis B | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyperlipidemia | | IDDM | x | NIDDM | Active TB | | Seizure | | Close Monitoring | | | |
| Miscellaneous: | | | | | | | | | | | | |

**COMPLIANCE:**
    **Medication:**   ____ %
    **Diet:**         ____ %
    **Exercise:**     ____ %
**SUBJECTIVE:**

**OBJECTIVE:**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat RA | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2018 11:49AM | 125/67 (SI) | 101 (SI) | 17 | 255.4 LB | 75 IN | 32 | 98.7 (OR) | | 0.00 | 96 RA | | | | |
| 3/1/2018 07:31AM | 106/68 (SI) | 75 (SI) | 16 | 251.2 LB | 75 IN | 31 | 98.2 (OR) | | 0.00 | 99 RA | 400 | 550 | 300 | |
| 1/26/2018 11:46AM | 140/71 (SI) | 78 (SI) | | | | | | | 0.00 | RA | | | | |
| 1/23/2018 11:09AM | 138/71 (SI) | 74 (SI) | 16 | | | | | | 0.00 | RA | | | | |
| 1/23/2018 08:38AM | 138/71 (SI) | 74 (SI) | | | | | | | 0.00 | RA | | | | |
| 12/23/2017 04:58PM | 144/79 (SI) | 83 (SI) | | | | | | | 0.00 | RA | | | | |
| 11/28/2017 07:29AM | 127/71 (SI) | 74 (SI) | 16 | | | | | | 0.00 | RA | | | | |
| 10/27/2017 11:51AM | 145/77 (SI) | 81 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/24/2017 07:36PM | 146/67 (SI) | 99 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/12/2017 05:18PM | 159/85 (SI) | 94 (SI) | 18 | 249 LB | | | 98 (OR) | | 0.00 | RA | | | | |

| CHEMISTRY | 10/17/2017 06:37 |
|---|---|
| BUN | 18 |
| CHOL | 156 |
| CHOL/HDLC | 6.2 [H] |
| CREATININE | 1.07 |
| GLUCOSE | 172 [H] |
| HDL Choles | 25 [L] |
| LDL Choles | 97 |
| NON-HDL CH | 131 [H] |
| TRIGLYCERIDES | 216 [H] |
| ALBUMIN | 4.3 |
| ALK PHOS | 66 |
| ALT | 28 |
| AST | 32 |
| BILI T | 0.7 |
| BUN/CREAT RATIO | NOT |
| HSM70 | |

2 of 6

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I              Date:   04/05/2018 14:37
TDCJ#:864378                                  Facility:  TELFORD (TO)

| | APPLICABLE |
|---|---|
| CALCIUM | 9.0 |
| Carbon Dio | 26 |
| Chloride, | 103 |
| Globulin, | 2.7 |
| POTASSIUM | 3.6 |
| SODIUM | 140 |
| TOTAL PROTEIN | 7.0 |

| HEMATOLOGY | 03/27/2018 07:07 | 01/16/2018 08:17 | 10/17/2017 06:37 | 05/16/2017 08:40 |
|---|---|---|---|---|
| HGB-A1C | 8.1 [H] | 8.0 [H] | 7.8 [H] | 9.0 [H] |

| THYROID | 10/17/2017 06:37 |
|---|---|
| TSH | 1.49 |

| URINALYSIS | 10/17/2017 06:37 |
|---|---|
| APPEARANCE | CLEAR |
| BACTERIA | NONE SEEN |
| BILIRUBIN | NEGATIVE |
| BLOOD URINE | NEGATIVE |
| Glucose, U | NEGATIVE |
| HYALINE CAST | NONE SEEN |
| KETONES | NEGATIVE |
| NITRITE URINE | NEGATIVE |
| PH | 6.0 |
| PROTEIN | NEGATIVE |
| RBC URINE | NONE SEEN |
| SPECIF GRAVITY | 1.014 |
| SQM EPITHELIAL | NONE SEEN |
| Urine-Colo | YELLOW |
| WBC Estera | NEGATIVE |
| WBC URINE | NONE SEEN |

## See H&P form of this date for exam results

HEENT

| | | |
|---|---|---|
| | PERRLA, EOMI, No Nystagmus | Bilateral Fundoscopic without retinopathy noted |
| | Oral mucosa hydrated and without lesions | No enlarged cervical or supraclavicular nodes. |
| | OTHER: | |

Pulmonary

| | |
|---|---|
| | Lung fields clear to auscultation |

| | Wheezes | | Rhonchi | | Left | | Middle | | Base | | Apical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Right | | Middle | | Base | | Apical |
| | OTHER: | | | | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:   04/05/2018 14:37
TDCJ#:864378                              Facility:  TELFORD (TO)

Heart

|  | RRR without murmur or gallop |  | PMI nl placement and magnitude |
|---|---|---|---|
|  | OTHER: |  |  |

Abdomen

|  | Nl bowel sounds in all 4 quadrants |  | Soft, non-tender to palpation |
|---|---|---|---|
|  | No masses, organomegaly or ascites |  | Absent bowel sounds |

|  | Liver span: |  |
|---|---|---|
|  | OTHER: |  |

Extremities

|  | No clubbing cyanosis or edema |
|---|---|
|  | Bilat lower extremities have full sensation to light touch |
|  | Bilat feet are without lesions associated with PVD |

|  | Pitting edema: |  | Y |  |  | R |  | + |
|---|---|---|---|---|---|---|---|---|
|  |  |  | N |  |  | L |  | + |
|  | OTHER: |  |  |  |  |  |  |  |

Vascular

|  | Upper exts intact |  | Lower exts intact |  | Carotids intact w/o bruit |  | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
|  | OTHER: |  |  |  |  |  |  |

APRI score (if applicable):

**Assessment:**
NIDDM

**Plan:**
Maxed on NIDDM meds
Advised that will start insulin if can not bring A1c down in next 6 months
HbA1c in 6 months
F/U CCC NIDDM with labs per guidelines
Stop HCTZ
Start Lasix (mild edema in legs as well as HTN)

Follow Up

|  | 30 days |  | 60 days |  | 90 days |  | PRN |  | OTHER: |  |
|---|---|---|---|---|---|---|---|---|---|---|

Diet:

|  | x | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|---|

|  | Regular | x | Diet for Health |  | Other: |
|---|---|---|---|---|---|

|  | FOR |  | DAYS |
|---|---|---|---|

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  04/05/2018 14:37
TDCJ#:864378                              Facility:  TELFORD (TO)

| | |
|---|---|
| x | Diet compliance: discussed what foods to avoid chow/commissary for best NIDDM results |

**Exercise:**

| | |
|---|---|
| x | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

**Medication:**

| | |
|---|---|
| x | Medication compliance: stressed need for this in conversation |

**Patient Education:**

| | |
|---|---|
| x | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
| x | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          x          Yes                    No

Review/Update TDCJ Restrictions/PULHES:

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/5/2018 02:42PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496) | type 2 diabetes mellitus | | |

Stopped Meds:

hydroCHLOROthiazide 25MG TAB          23464051          08/07/2017 10:04
1 TABS ORAL QD  KOP
FINAL EXP. DATE: 8/02/2018 10:04:00AM          REFILLS: 11    DURATION: 30 Days

Started Meds:

FUROSEMIDE 20MG TABLET          24789149          04/05/2018 15:04
1 TABS ORAL BID  KOP
FINAL EXP. DATE: 3/31/2019 03:04:00PM          REFILLS: 11    DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/5/2018 03:05PM | CHRONIC CARE PROVIDER1-BRIEF OFFICE VISIT (F) | type 2 diabetes mellitus | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  04/05/2018 14:37
TDCJ#:864378                              Facility:  TELFORD (TO)

Electronically Signed by WALDEN, LINDA L. D.O. on 04/05/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   03/16/2018 16:25
TDCJ#:864378                        Facility:  TELFORD (TO)

Age:  59      DOB: 08/02/1958      Sex:  male      Race: WHITE          DOI: 3/26/1999

**Most recent vitals from 3/1/2018:**

| BP: 106 / 68 (Sitting) | Weight: 251.2 Lbs. | Height: 75 In. | BMI: 31 |
|---|---|---|---|
| Pulse: 75 (Sitting) | Resp: 16 / min | Temp: 98.2 (Oral) | O2 Sat: 99% RA |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 03/10/2018 12:47:53PM <br> REFILLS: 7 / 11 <br> EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 03/04/2018 09:48:55AM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:09AM <br> REFILLS: 7 / 11 <br><br> EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:23AM <br> REFILLS: 7 / 11 <br> EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LORATADINE 10MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/04/2018 09:49:06AM <br> REFILLS: 0 / 2 <br> EXPIRATION DATE: 5/30/2018 10:40:00AM |
| **LOSARTAN 25MG TABLET #** <br> 1 TABS ORAL DAILY for 30 Days KOP <br> [INDEF]  NF# 869539A | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/03/2018 04:43:20PM <br> REFILLS: 0 / 11 <br> EXPIRATION DATE: 2/24/2019 10:38:00AM |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:34AM <br> REFILLS: 7 / 11 <br><br> EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/27/2018 08:16:00AM <br> REFILLS: 11 / 11 <br><br> EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 20MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/04/2018 09:49:17AM <br> REFILLS: 0 / 11 <br><br> EXPIRATION DATE: 2/24/2019 10:40:00AM |
| **PROVENTIL HFA 90MCG INH 200PF** <br> 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 03/04/2018 09:49:27AM <br> REFILLS: 2 / 3 <br><br> EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **SODIUM CL 0.65% NAS SPRAY 45ML** <br> 1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/05/2018 12:04:09PM <br> REFILLS: 0 / 2 <br><br> EXPIRATION DATE: 5/30/2018 10:41:00AM |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 03/11/2018 12:08:26PM <br> REFILLS: 5 / 11 <br><br> EXPIRATION DATE: 10/08/2018 01:54:00PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
**MD/MLP CHART REVIEW**

Patient Name: TIEDE, BERNHARDT I                    Date:   03/16/2018 16:25
TDCJ#:864378                                        Facility:  TELFORD (TO)


REFILL LOPRESSOR 100 MG BID KOP ON 3/25/18


Started Meds:
      METOPROLOL 100MG TABLET   24678623        03/25/2018 16:26
         1 TABS ORAL BID  KOP
         FINAL EXP. DATE: 3/20/2019 04:26:00PM          REFILLS: 11      DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/16/2018 04:27PM | MD/MLP-CHART REVIEW | essential (primary) hypertension (htn) | | |


<span style="color:red">Electronically Signed by MORELAND, JANET M. PA-C on 03/16/2018.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:  03/08/2018 08:24
TDCJ#:864378      Facility:  TELFORD (TO)

Age:  59     DOB: 08/02/1958     Sex:  male     Race: WHITE     DOI: 3/26/1999

**Most recent vitals from 3/1/2018:**

| BP: 106 / 68 (Sitting) | Weight: 251.2 Lbs. | Height: 75 In. | BMI: 31 |
|---|---|---|---|
| Pulse: 75 (Sitting) | Resp: 16 / min | Temp: 98.2 (Oral) | O2 Sat: 99% RA |

**Allergies:** ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 02/07/2018 07:44:07AM<br>REFILLS: 7 / 11<br>EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 03/04/2018 09:48:55AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:09AM<br>REFILLS: 7 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:23AM<br>REFILLS: 7 / 11<br>EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LORATADINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/04/2018 09:49:06AM<br>REFILLS: 0 / 2<br>EXPIRATION DATE: 5/30/2018 10:40:00AM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>[INDEF]  NF# 869539A | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/03/2018 04:43:20PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 2/24/2019 10:38:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 03/05/2018 09:56:34AM<br>REFILLS: 7 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/27/2018 08:16:00AM<br>REFILLS: 11 / 11<br><br>EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 20MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/04/2018 09:49:17AM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 2/24/2019 10:40:00AM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 03/04/2018 09:49:27AM<br>REFILLS: 2 / 3<br><br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/05/2018 12:04:09PM<br>REFILLS: 0 / 2<br><br>EXPIRATION DATE: 5/30/2018 10:41:00AM |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/10/2018 07:49:06AM<br>REFILLS: 5 / 11<br><br>EXPIRATION DATE: 10/08/2018 01:54:00PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   03/08/2018 08:24
TDCJ#:864378      Facility:   TELFORD (TO)

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 4/4/2018 08:24AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 2/15/2019 08:24AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCK DELCRRHAHEMURRHGDLEV2 | chronic obstructive pulmonary disease, copd, emphysema | | |
| 2/15/2019 08:24AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | chronic obstructive pulmonary disease, copd, emphysema | | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/8/2018 08:27AM | MD/MLP-CHART REVIEW | chronic obstructive pulmonary disease, copd, emphysema, type 2 diabetes mellitus | | |

Electronically Signed by WALDEN, LINDA L. D.O. on 03/08/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I      Date: 03/01/2018 10:06
TDCJ#:864378      Facility: TELFORD (TO)

Age: 59    DOB: 08/02/1958    Sex: male    Race: WHITE    DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 3/1/2018:**

| | | | |
|---|---|---|---|
| BP: 106 / 68 (Sitting) | Weight: 251.2 Lbs. | Height: 75 In. | BMI: 31 |
| Pulse: 75 (Sitting) | Resp: 16 / min | Temp: 98.2 (Oral) | O2 Sat: 99% RA |
| *CURRENT* PEAK FLOWS: | PF 1: 400 | PF 2: 550 | PF 3: 300 |
| *PRIOR* PEAK FLOWS: | PF1 : | PF2: | PF 3: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: BARKER, JAMMIE L
LAST DATE GIVEN KOP: 02/07/2018 07:44:07AM
REFILLS: 6 / 11
EXPIRATION DATE: 8/06/2018 02:19:00PM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 02/02/2018 08:23:23AM
REFILLS: 6 / 11
EXPIRATION DATE: 8/31/2018 06:12:00PM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 02/03/2018 07:26:47AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/02/2018 10:05:00AM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 02/03/2018 07:27:00AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/02/2018 10:04:00AM

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days
869539A [INDEF]
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
COMPLIANCE: 66.67 %
REFILLS: 0 / 11
EXPIRATION DATE: 2/22/2019 12:01:00AM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 02/06/2018 07:20:15AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/02/2018 10:06:00AM

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 02/27/2018 08:16:00AM
REFILLS: 11 / 11
EXPIRATION DATE: 3/25/2018 05:03:00PM

**PRAVASTATIN 10MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: BARKER, JAMMIE L
LAST DATE GIVEN KOP: 02/07/2018 07:44:13AM
REFILLS: 6 / 11
EXPIRATION DATE: 8/06/2018 02:20:00PM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 12/08/2017 11:03:39AM
REFILLS: 2 / 3
EXPIRATION DATE: 8/31/2018 06:12:00PM

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 02/10/2018 07:49:06AM
REFILLS: 4 / 11
EXPIRATION DATE: 10/08/2018 01:54:00PM

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
## PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I  
TDCJ#:864378

Date:  03/01/2018 10:06  
Facility:  TELFORD (TO)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

| x | Asthma/COPD | | CAD | CHF | | ESLD | | Active Hepatitis B | HCV | | HIV | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hyperlipidemia | | IDDM | NIDDM | | Active TB | | Seizure | | Close Monitoring | | |
| | Miscellaneous: | | | | | | | | | | | |

**COMPLIANCE:**
    **Medication:**   **100__ %**
    **Diet:**       **DFH____ %**
    **Exercise:**   **works but nothing extra____ %**

**SUBJECTIVE:**
**COPD: emphysema, first dx 6 yrs ago at this unit by Dr. Stanley, uses inhaler maybe once every 3-4 wks if not having a cold. Has never had or wanted any other inhalers.**
**Has been coughing for 4 days but non productive, this happens every year and has nasal congestion. Takes vitamins that he gets in commissary. Missed losartan at pill window because he goes to work as teacher, wants to go KOP on it.**

**OBJECTIVE:**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2018 07:31AM | 106/68 (SI) | 75 (SI) | 16 | 251.2 LB | 75 IN | 31 | 98.2 (OR) | | 0.00 | 99 RA | 400 | 550 | 300 | |
| 1/26/2018 11:46AM | 140/71 (SI) | 78 (SI) | | | | | | | 0.00 | RA | | | | |
| 1/23/2018 11:09AM | 138/71 (SI) | 74 (SI) | 16 | | | | | | 0.00 | RA | | | | |
| 1/23/2018 08:38AM | 138/71 (SI) | 74 (SI) | | | | | | | 0.00 | RA | | | | |
| 12/23/2017 04:58PM | 144/79 (SI) | 83 (SI) | | | | | | | 0.00 | RA | | | | |
| 11/28/2017 07:29AM | 127/71 (SI) | 74 (SI) | 16 | | | | | | 0.00 | RA | | | | |
| 10/27/2017 11:51AM | 145/77 (SI) | 81 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/24/2017 07:36PM | 146/67 (SI) | 99 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/12/2017 05:18PM | 159/85 (SI) | 94 (SI) | 18 | 249 LB | | | 98 (OR) | | 0.00 | RA | | | | |
| 8/22/2017 05:44PM | 145/81 (SI) | 93 (SI) | | 258 LB | | | | | 0.00 | RA | | | | |
| 7/29/2017 06:44AM | 139/83 (SI) | 81 (SI) | 18 | | | | | | | RA | | | | |
| 6/5/2017 09:18AM | 143/87 (SI) | 89 (SI) | | | | | | | 0.00 | RA | | | | |
| 3/30/2017 12:05PM | 151/81 (SI) | 114 (SI) | 18 | 252.38 LB | 75 IN | 32 | 98.4 (OR) | | | 97 RA | 500 | 450 | 450 | |
| 3/28/2017 05:39PM | 135/72 (SI) | 127 (SI) | | | | | | | 0.00 | RA | | | | |

| CHEMISTRY | 10/17/2017 06:37 |
|---|---|
| BUN | 18 |
| CHOL | 156 |
| CHOL/HDLC | 6.2 [H] |
| CREATININE | 1.07 |
| GLUCOSE | 172 [H] |
| HDL Choles | 25 [L] |
| LDL Choles | 97 |
| NON-HDL CH | 131 [H] |
| TRIGLYCERIDES | 216 [H] |
| ALBUMIN | 4.3 |
| ALK PHOS | 66 |
| ALT | 28 |
| AST | 32 |
| BILI T | 0.7 |
| BUN/CREAT RATIO | NOT APPLICABLE |

HSM70

2 of 7

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I       Date:  03/01/2018 10:06
TDCJ#:864378       Facility:  TELFORD (TO)

| | |
|---|---|
| CALCIUM | 9.0 |
| Carbon Dio | 26 |
| Chloride, | 103 |
| Globulin, | 2.7 |
| POTASSIUM | 3.6 |
| SODIUM | 140 |
| TOTAL PROTEIN | 7.0 |

**HEMATOLOGY**

| | 01/16/2018 08:17 | 10/17/2017 06:37 | 05/16/2017 08:40 |
|---|---|---|---|
| HGB-A1C | 8.0 [H] | 7.8 [H] | 9.0 [H] |

**THYROID**

| | 10/17/2017 06:37 |
|---|---|
| TSH | 1.49 |

**POINT OF CARE TESTS**

| | 03/22/2017 10:25 |
|---|---|
| HEMOCCULT | NEG |
| HEMOCCULT 2 | NEG |
| HEMOCCULT 3 | NEG |

**URINALYSIS**

| | 10/17/2017 06:37 |
|---|---|
| APPEARANCE | CLEAR |
| BACTERIA | NONE SEEN |
| BILIRUBIN | NEGATIVE |
| BLOOD URINE | NEGATIVE |
| Glucose | NEGATIVE |
| HYALINE CAST | NONE SEEN |
| KETONES | NEGATIVE |
| NITRITE URINE | NEGATIVE |
| PH | 6.0 |
| PROTEIN | NEGATIVE |
| RBC URINE | NONE SEEN |
| SPECIF GRAVITY | 1.014 |
| SQM EPITHELIAL | NONE SEEN |
| Urine-Colo | YELLOW |
| WBC Estera | NEGATIVE |
| WBC URINE | NONE SEEN |

HEENT

| | | | |
|---|---|---|---|
| x | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted |
| x | Oral mucosa hydrated and without lesions | x | No enlarged cervical or supraclavicular nodes. |
| x | OTHER:  Nares and throat mild erythema and congestion but no exudate seen | | |

Pulmonary

| |
|---|
| Lung fields clear to auscultation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| x | Wheezes | | Rhonchi | | Left | | Middle | Base | Apical |
| | | | | | Right | | Middle | Base | Apical |
| | OTHER:  R lung mild insp. Wheeze, L clear, dry coughs in exam | | | | | | | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:  03/01/2018 10:06
TDCJ#:864378                              Facility:  TELFORD (TO)

Heart

| x | RRR without murmur or gallop | PMI nl placement and magnitude |
|---|---|---|
| | OTHER:  82 bpm electronic stethoscope | |

Abdomen

| x | Nl bowel sounds in all 4 quadrants | x | Soft, non-tender to palpation |
|---|---|---|---|
| x | No masses, organomegaly or ascites | | Absent bowel sounds |

| Liver span: | wnl |
|---|---|
| OTHER: | |

Extremities

| x | No clubbing cyanosis or edema |
|---|---|
| x | Bilat lower extremities have full sensation to light touch |
| | Bilat feet are without lesions associated with PVD |

| Pitting edema: | | Y | | R | + |
|---|---|---|---|---|---|
| | | N | | L | + |
| OTHER: | | | | | |

Vascular

| x | Upper exts intact | x | Lower exts intact | | Carotids intact w/o bruit | | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
| | OTHER: | | | | | | |

APRI score (if applicable):

**Assessment:**
COPD (emphysema)
Allergic rhinitis

**Plan:**
Currently on Proventil inhaler, and no other inhalers listed as given in inactive meds list
F/U CCC COPD with labs per guidelines
Claritin for allergic rhinitis
Nasal mist for allergic rhinitis
Cold busters given at nursing station until KOP meds come
Change Losartin to KOP if available

Follow Up

| | 30 days | | 60 days | | 90 days | | PRN | | OTHER: | |
|---|---|---|---|---|---|---|---|---|---|---|

Diet:

| x | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | x | Diet for Health | | Other: |
|---|---|---|---|---|---|

HSM70                                                                                     4 of 7

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

Patient Name: TIEDE, BERNHARDT I          Date:   03/01/2018 10:06
TDCJ#:864378          Facility:  TELFORD (TO)

| FOR | | DAYS |
|-----|--|------|

| | |
|---|---|
| x | Diet compliance: discussed what foods to avoid commissary/chow for best HLD results |

**Exercise:**

| | |
|---|---|
| x | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

**Medication:**

| | |
|---|---|
| x | Medication compliance: stressed need for this in conversation |

**Patient Education:**

| | |
|---|---|
| x | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
| x | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          x          **Yes**          **No**

Review/Update TDCJ Restrictions/PULHES:

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I          Date:  03/01/2018 10:06
TDCJ#:864378                              Facility:  TELFORD (TO)

Stopped Meds:

LOSARTAN 25MG TABLET #   24537966          02/27/2018 00:01
1 TABS ORAL DAILY
Special Instructions:869539a [Indef]
FINAL EXP. DATE: 2/22/2019 12:01:00AM     REFILLS: 11     DURATION: 30 Days

PRAVASTATIN 10MG TABLET          23505219          08/11/2017 14:20
1 TABS ORAL QPM  KOP
FINAL EXP. DATE: 8/06/2018 02:20:00PM     REFILLS: 11     DURATION: 30 Days

Started Meds:

LORATADINE 10MG TABLET   24590471          03/01/2018 10:40
1 TABS ORAL QD  KOP
FINAL EXP. DATE: 5/30/2018 10:40:00AM     REFILLS: 2     DURATION: 30 Days

LOSARTAN 25MG TABLET #   24590435          03/01/2018 10:38
1 TABS ORAL DAILY  KOP
Special Instructions:Nf 869539a Indefinate
FINAL EXP. DATE: 2/24/2019 10:38:00AM     REFILLS: 11     DURATION: 30 Days

PRAVASTATIN 20MG TABLET          24590460          03/01/2018 10:40
1 TABS ORAL QPM  KOP
FINAL EXP. DATE: 2/24/2019 10:40:00AM     REFILLS: 11     DURATION: 30 Days

SODIUM CL 0.65% NAS SPRAY 45ML  24590483          03/01/2018 10:41
1 SPRAYS INTRANASAL TID  KOP
FINAL EXP. DATE: 5/30/2018 10:41:00AM     REFILLS: 2     DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/1/2018 10:41AM | CHEST X RAY 1 VIEW IP0HVLEV2 | chronic obstructive pulmonary disease, copd, emphysema | hx COPD, wheeze in R lung on exam, cough x 4 days with allergic rhinitis, r/o pneumonia or any other lung abnormality | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/1/2018 10:43AM | CHRONIC CARE PROVIDER1-BRIEF OFFICE VISIT (F) | chronic obstructive pulmonary disease, copd, emphysema | | |

Electronically Signed by WALDEN, LINDA L. D.O. on 03/01/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

Patient Name: TIEDE, BERNHARDT I                Date:   03/01/2018 10:06
TDCJ#:864378                                     Facility:  TELFORD (TO)

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I      Date:   02/20/2018 13:46

TDCJ#:864378                      Facility:   TELFORD (TO)

Age: 59      DOB: 08/02/1958      Sex: male      Race: WHITE          DOI: 3/26/1999

**Most recent vitals from 1/26/2018:**

| BP: 140 / 71 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 78 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 02/07/2018 07:44:07AM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **ASPIRIN EC 81MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/02/2018 08:23:23AM <br> REFILLS: 5 / 11 <br> EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/03/2018 07:26:47AM <br> REFILLS: 6 / 11 <br><br> EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/03/2018 07:27:00AM <br> REFILLS: 6 / 11 <br> EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LOSARTAN 25MG TABLET #** <br> 1 TABS ORAL DAILY for 30 Days <br> NF#773391A [2/28/18] | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: WALDEN, LINDA L | COMPLIANCE: 84.23 % <br> REFILLS: 11 / 11 <br> EXPIRATION DATE: 2/26/2018 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/06/2018 07:20:15AM <br> REFILLS: 6 / 11 <br><br> EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 01/25/2018 07:23:50AM <br> REFILLS: 11 / 11 <br><br> EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 10MG TABLET** <br> 1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 02/07/2018 07:44:13AM <br> REFILLS: 6 / 11 <br><br> EXPIRATION DATE: 8/06/2018 02:20:00PM |
| **PROVENTIL HFA 90MCG INH 200PF** <br> 2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 12/08/2017 11:03:39AM <br> REFILLS: 1 / 3 <br><br> EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **TERAZOSIN 10MG CAPSULE** <br> 1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO) <br> ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/10/2018 07:49:06AM <br> REFILLS: 4 / 11 <br><br> EXPIRATION DATE: 10/08/2018 01:54:00PM |

MLP chart review

Please request NF for Losartan 25mg daily using the information in non-form request 3/1/17 and add for indefinite refills and that BP has been controlled

Procedures Ordered:

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED HEALTH CARE
### MD/MLP CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:   02/20/2018 13:46
TDCJ#:864378                              Facility:  TELFORD (TO)

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|-----------|-------------|-----------|----------|---------------------|
| 2/20/2018<br>01:50PM | MD/MLP-CHART REVIEW | essential (primary)<br>hypertension (htn) | | |

Electronically Signed by MARTIN, JAMIE L. NP on 02/20/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### Correctional Managed Care
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)
**Age:** 59 year   **Race:** W   **Sex:** male
**Most recent vitals from 10/12/2017:** BP: 159 / 85 (Sitting) ; Wt: 249 Lbs.; Height: 75 In.; Pulse: 94 (Sitting) ; Resp: 18 / min; Temp: 98 (Oral)  BMI: 31~>; O2 Sat:
*CURRENT* **PEAK FLOWS:**  PF 1: ;  PF 2:  ;  PF 3:
*PRIOR* **PEAK FLOWS:**  PF1 : ;  PF 2: ;  PF 3:
**DOI:**  3/26/1999
**Allergies:**  ACE INHIBITORS

| Patient Language:  ENGLISH   Name of interpreter, if required: |
|---|

**CURRENT MEDICATION:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 10/10/2017 10:18:14AM<br>REFILLS: 2 / 11<br>EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 10/05/2017 09:16:58AM<br>REFILLS: 1 / 11<br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 10/06/2017 09:44:18AM<br>REFILLS: 2 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 8/08/2017 09:24:27AM<br>REFILLS: 2 / 11<br>EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days<br>NF#773391A [2/28/18] | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | COMPLIANCE: 85.33 %<br>REFILLS: 7 / 11<br>EXPIRATION DATE: 2/26/2018 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 10/06/2017 09:44:49AM<br>REFILLS: 2 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 09/26/2017 10:49:40AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 10/10/2017 10:18:29AM<br>REFILLS: 2 / 11<br><br>EXPIRATION DATE: 8/06/2018 02:20:00PM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 09/07/2017 11:40:39PM<br>REFILLS: 0 / 3<br><br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **TERAZOSIN 5MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 09/26/2017 10:49:33AM<br>REFILLS: 7 / 11<br><br>EXPIRATION DATE: 2/23/2018 03:18:00PM |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)

| MARK "YES" IF THIS A TELEHEALTH VISIT | | YES |
|---|---|---|

**Chronic Clinic (select all applicable):**

|   | Asthma/COPD |   | CAD |   | CHF |   | ESLD |   | Active Hepatitis B |   | HCV |   | HIV | X | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | Hyperlipidemia |   | IDDM | X | NIDDM |   | Active TB |   | Seizure | | | Close Monitoring | | | |
|   | Miscellaneous: | | | | | | | | | | | | | | |

**COMPLIANCE:**
    **Medication:**    **KOP_____ %**
    **Diet:**    **DFH_____ %**
    **Exercise:**    **UNABLE TO GET OUT TO EXERCISE_____ %**
**SUBJECTIVE:** STATES, "FEELS GREAT." WANTING TO KNOW WHAT HGBA1C WAS FOR MAY. NEVER GOT A COPY.

**OBJECTIVE:** 5/16/17 HGBA1C HAD JUMPED UP TO 9.0. PT SAYS THAT IS IMPOSSIBLE. HADN'T CHANGED DIET OR ACTIVITY LEVEL AND WE WEREN'T ON LOCKDOWN THEN. THINKS IT WAS A MIX-UP. WILL DRAW ALL LAB.

HEENT

| | | | |
|---|---|---|---|
| X | PERRLA, EOMI, No Nystagmus | X | Bilateral Fundoscopic without retinopathy noted |
| X | Oral mucosa hydrated and without lesions | X | No enlarged cervical or supraclavicular nodes. |
| | OTHER: | | |

Pulmonary

| | |
|---|---|
| X | Lung fields clear to auscultation |

| | Wheezes | | Rhonchi | | Left | | Middle | | Base | | Apical |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Right | | Middle | | Base | | Apical |
| | OTHER: | | | | | | | | | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)

Heart

| | | | |
|---|---|---|---|
| X | RRR without murmur or gallop | | PMI nl placement and magnitude |
| | OTHER: | | |

Abdomen

| | | | |
|---|---|---|---|
| X | Nl bowel sounds in all 4 quadrants | X | Soft, non-tender to palpation |
| X | No masses, organomegaly or ascites | | Absent bowel sounds |

| | |
|---|---|
| Liver span: | WNL'S |
| OTHER: | |

Extremities

| | |
|---|---|
| X | No clubbing cyanosis or edema |
| | Bilat lower extremities have full sensation to light touch |
| | Bilat feet are without lesions associated with PVD |

| | | | | | |
|---|---|---|---|---|---|
| Pitting edema: | | Y | | R | + |
| | | N | | L | + |
| OTHER: | | | | | |

Vascular

| | | | | | |
|---|---|---|---|---|---|
| | Upper exts intact | | Lower exts intact | X | Carotids intact w/o bruit | Abdomen w/o bruit |
| | OTHER: | | | | |

APRI score (if applicable):

**Assessment: HTN**
TYPE 2 DIABETES
HYPERLIPIDEMIA

**Plan:** NEEDS CBC, CMP, LIPIDS, TSH, HGBA1C AND UA DONE FOR NOW AND THEN 11 MONTHS.
**NEEDS HGBA1C EVERY 3 MONTHS**
INCREASE TERAZOSIN TO 10 MG Q PM X 30 DAYS 11 REFILLS KOP

Stopped Meds:
TERAZOSIN 5MG CAPSULE    22604517        02/28/2017 15:18
1 CAPS ORAL QPM  KOP
FINAL EXP. DATE: 2/23/2018 03:18:00PM      REFILLS: 11   DURATION: 30 Days

Started Meds:
TERAZOSIN 10MG CAPSULE          23840853        10/13/2017 13:54

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)
1 CAPS ORAL QPM  KOP
FINAL EXP. DATE: 10/08/2018 01:54:00PM       REFILLS: 11    DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/13/2017 01:54PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 1/12/2018 07:00AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 4/12/2018 07:00AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 7/12/2018 07:00AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 10/12/2018 07:00AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/13/2017 01:57PM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCK DELCRRHAHEMURRHGDLEV2 | essential (primary) hypertension (htn) | | |
| 10/13/2017 01:57PM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | essential (primary) hypertension (htn) | | |
| 10/13/2017 01:57PM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHG D(7600) | essential (primary) hypertension (htn) | | |
| 10/13/2017 01:57PM | *THYROID STIMULATING HORMONE [TSH](899)CNBFPSYLDMCDBPDBLET HPRHA | essential (primary) hypertension (htn) | | |
| 10/13/2017 01:57PM | URINALYSIS MICROSCOPIC (8563) | essential (primary) hypertension (htn) | | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/12/2018 07:00AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCK DELCRRHAHEMURRHGDLEV2 | essential (primary) hypertension (htn) | | |
| 10/12/2018 07:00AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | essential (primary) hypertension (htn) | | |
| 10/12/2018 07:00AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHG D(7600) | essential (primary) hypertension (htn) | | |
| 10/12/2018 07:00AM | *THYROID STIMULATING HORMONE [TSH](899)CNBFPSYLDMCDBPDBLET HPRHA | essential (primary) hypertension (htn) | | |
| 10/12/2018 07:00AM | URINALYSIS MICROSCOPIC (8563) | essential (primary) hypertension (htn) | | |

Follow Up

| | 30 days | | 60 days | | 90 days | | PRN | | X | OTHER: | DIABETES 6 AND |
|---|---|---|---|---|---|---|---|---|---|---|---|

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)

| | | | | | | | | 12 AND ALL OTHERS 12 MONTHS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Diet:

| | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | X | Diet for Health | | Other: |
|---|---|---|---|---|---|

| FOR | | DAYS |
|---|---|---|

| | Diet compliance: |
|---|---|

**Exercise:**

| X | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

**Medication:**

| | Medication compliance: |
|---|---|

**Patient Education:**

| X | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| X | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          **Yes** X                    **No**

Review/Update TDCJ Restrictions/PULHES: Restrictions Data:
10/13/2017 14:01 - MORELAND, JANET M  PA-C Reviewed and Current No Changes Needed.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/13/2017 02:04PM | CHRONIC CARE PROVIDER3-EXTENDED OFFICE VISIT (F) | chronic obstructive pulmonary disease, copd, emphysema, hyperlipidemia, unspecified, essential (primary) hypertension (htn), type 2 diabetes mellitus | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/13/2017 13:36   **Facility:** TELFORD (TO)

Electronically Signed by MORELAND, JANET M. PA-C on 10/13/2017.
Electronically Signed by VINCENT, BOBBY M. M.D. on 10/19/2017.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378   **Date:** 09/05/2017 18:10   **Facility:** TELFORD (TO)
**Age:** 59 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/22/2017:** BP: 145 / 81 (Sitting) ; Wt: 258 Lbs.; Height: 75 In.; Pulse: 93 (Sitting) ; Resp: ;
Temp:  BMI: 32~>; O2 Sat:
**DOI:**  3/26/1999
**Allergies:**  ACE INHIBITORS

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 08/15/2017 10:00:00PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 08/08/2017 09:24:19AM<br>REFILLS: 1 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 08/08/2017 09:24:27AM<br>REFILLS: 1 / 11<br>EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days<br>NF#773391A [2/28/18] | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | COMPLIANCE: 83.42 %<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 2/26/2018 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 08/08/2017 09:24:35AM<br>REFILLS: 1 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 08/27/2017 09:45:12AM<br>REFILLS: 5 / 11<br><br>EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 08/15/2017 10:00:00PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/06/2018 02:20:00PM |
| **TERAZOSIN 5MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 08/27/2017 09:45:23AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 2/23/2018 03:18:00PM |

REFILL PROVENTIL INHALER KOP AND ASPIRIN 81 MG KOP

Started Meds:
      ASPIRIN EC 81MG TABLET     23620674     09/05/2017 18:12
          1 TABS ORAL QD  KOP
          FINAL EXP. DATE: 8/31/2018 06:12:00PM   REFILLS: 11      DURATION: 30 Days

      PROVENTIL HFA 90MCG INH 200PF     23620672     09/05/2017 18:12
          2 PUFFS INHALATION QID PRN KOP
          FINAL EXP. DATE: 8/31/2018 06:12:00PM   REFILLS: 3      DURATION: 90 Days

Procedures Ordered:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 09/05/2017 18:10   **Facility:** TELFORD (TO)

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 9/5/2017 06:13PM | MD/MLP-CHART REVIEW | chronic obstructive pulmonary disease, copd, emphysema | | |

Electronically Signed by MORELAND, JANET M. PA-C on 09/05/2017.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/11/2017 14:18   **Facility:** TELFORD (TO)
**Age:** 59 year   **Race:** W   **Sex:** male
**Most recent vitals from 7/29/2017:** BP: 139 / 83 (Sitting) ; Wt: ; Height: 75 In.; Pulse: 81 (Sitting) ; Resp: 18 / min; Temp:
BMI: ~>; O2 Sat:
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 07/13/2017 08:00:00AM
REFILLS: 11 / 11
EXPIRATION DATE: 8/12/2017 07:35:00AM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 08/05/2017 05:46:08PM
REFILLS: 11 / 11
EXPIRATION DATE: 9/04/2017 09:29:00AM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 08/08/2017 09:24:19AM
REFILLS: 0 / 11
EXPIRATION DATE: 8/02/2018 10:05:00AM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 08/08/2017 09:24:27AM
REFILLS: 0 / 11
EXPIRATION DATE: 8/02/2018 10:04:00AM

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days
NF#773391A [2/28/18]
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
COMPLIANCE: 82.10 %
REFILLS: 5 / 11
EXPIRATION DATE: 2/26/2018 12:01:00AM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MARTIN, JAMIE L
LAST DATE GIVEN KOP: 08/08/2017 09:24:35AM
REFILLS: 0 / 11
EXPIRATION DATE: 8/02/2018 10:06:00AM

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 07/28/2017 09:53:40AM
REFILLS: 4 / 11
EXPIRATION DATE: 3/25/2018 05:03:00PM

**PRAVASTATIN 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 07/13/2017 08:00:00AM
REFILLS: 11 / 11
EXPIRATION DATE: 8/12/2017 07:32:00AM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 06/06/2017 08:43:56AM
REFILLS: 3 / 3
EXPIRATION DATE: 9/04/2017 09:28:00AM

**TERAZOSIN 5MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 07/28/2017 09:53:55AM
REFILLS: 5 / 11
EXPIRATION DATE: 2/23/2018 03:18:00PM

## MLP CHART REVIEW

Stopped Meds:

AMLODIPINE 10MG TABLET     21557151          08/17/2016 07:35

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/11/2017 14:18   **Facility:** TELFORD (TO)

    1 TABS ORAL QD  KOP
    FINAL EXP. DATE: 8/12/2017 07:35:00AM    REFILLS: 11 DURATION: 30 Days

    PRAVASTATIN 10MG TABLET   21557127    08/17/2016 07:32
    1 TABS ORAL QHS  KOP
    FINAL EXP. DATE: 8/12/2017 07:32:00AM    REFILLS: 11 DURATION: 30 Days

Started Meds:
    AMLODIPINE 10MG TABLET   23505217    08/11/2017 14:19
    1 TABS ORAL QD  KOP
    FINAL EXP. DATE: 8/06/2018 02:19:00PM    REFILLS: 11 DURATION: 30 Days

    PRAVASTATIN 10MG TABLET   23505219    08/11/2017 14:20
    1 TABS ORAL QPM  KOP
    FINAL EXP. DATE: 8/06/2018 02:20:00PM    REFILLS: 11 DURATION: 30 Days

Electronically Signed by BARKER, JAMMIE L. RN, FNP-BC on 08/11/2017.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/04/2017 10:02   **Facility:** TELFORD (TO)
**Age:** 59 year   **Race:** W   **Sex:** male
**Most recent vitals from 7/29/2017:** BP: 139 / 83 (Sitting) ; Wt: ; Height: 75 In.; Pulse: 81 (Sitting) ; Resp: 18 / min; Temp: BMI: ~>; O2 Sat:
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 07/13/2017 08:00:00AM<br>REFILLS: 11 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 07/06/2017 09:36:58AM<br>REFILLS: 11 / 11<br>EXPIRATION DATE: 9/04/2017 09:29:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 07/09/2017 05:37:28PM<br>REFILLS: 11 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 07/09/2017 05:37:37PM<br>REFILLS: 11 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days<br>NF#773391A [2/28/18] | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | COMPLIANCE: 80.65 %<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 2/26/2018 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 07/09/2017 05:37:44PM<br>REFILLS: 11 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 07/28/2017 09:53:40AM<br>REFILLS: 4 / 11<br><br>EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 07/13/2017 08:00:00AM<br>REFILLS: 11 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 06/06/2017 08:43:56AM<br>REFILLS: 3 / 3<br><br>EXPIRATION DATE: 9/04/2017 09:28:00AM |
| **TERAZOSIN 5MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 07/28/2017 09:53:55AM<br>REFILLS: 5 / 11<br><br>EXPIRATION DATE: 2/23/2018 03:18:00PM |

MLP med renewal

Started Meds:

GLIPIZIDE 10MG TABLET          23464064          08/07/2017 10:05

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/04/2017 10:02   **Facility:** TELFORD (TO)
　　　　　1 TABS ORAL BID  KOP
　　　　　FINAL EXP. DATE: 8/02/2018 10:05:00AM　　　　REFILLS: 11  DURATION: 30 Days

　　　　hydroCHLOROthiazide 25MG TAB 23464051　　　08/07/2017 10:04
　　　　　1 TABS ORAL QD  KOP
　　　　　FINAL EXP. DATE: 8/02/2018 10:04:00AM　　　　REFILLS: 11  DURATION: 30 Days

　　　　metFORMIN HCL 1000MG TABLET　　　　23464081　　　08/07/2017 10:06
　　　　　1 TABS ORAL BID  KOP
　　　　　FINAL EXP. DATE: 8/02/2018 10:06:00AM　　　　REFILLS: 11  DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/4/2017 10:07AM | MD/MLP-CHART REVIEW | hyperlipidemia, unspecified | | |

Electronically Signed by MARTIN, JAMIE L. NP on 08/04/2017.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 03/30/2017 12:07   **Facility:** TELFORD (TO)
**Age:** 58 year   **DOB:** 08/02/1958   **Race:** W   **Sex:** male
**Most recent vitals from 3/30/2017:** BP: 151 / 81 (Sitting) ; Wt: 252.38 Lbs.; Height: 75 In.; Pulse: 114 (Sitting) ; Resp: 18 / min; Temp: 98.4 (Oral)  BMI: 32~>; O2 Sat: 97% RA
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 03/15/2017 09:21:24AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/12/2017 07:35:00AM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/08/2017 08:27:48AM
REFILLS: 6 / 11
EXPIRATION DATE: 9/04/2017 09:29:00AM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 03/10/2017 09:07:30AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/07/2017 04:57:00PM

**GUANFACINE 2MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
COMPLIANCE: 91.77 %
REFILLS: 7 / 11
EXPIRATION DATE: 8/07/2017 04:59:00PM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 03/10/2017 09:07:30AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/07/2017 04:56:00PM

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days
NF#773391A [2/28/18]
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
COMPLIANCE: 78.57 %
REFILLS: 1 / 11
EXPIRATION DATE: 2/26/2018 12:01:00AM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 03/12/2017 09:30:52AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/07/2017 04:57:00PM

**PRAVASTATIN 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 03/15/2017 09:27:20AM
REFILLS: 7 / 11
EXPIRATION DATE: 8/12/2017 07:32:00AM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 03/08/2017 08:27:48AM
REFILLS: 2 / 3
EXPIRATION DATE: 9/04/2017 09:28:00AM

**TERAZOSIN 5MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: WALDEN, LINDA L
LAST DATE GIVEN KOP: 03/30/2017 08:48:38AM
REFILLS: 1 / 11
EXPIRATION DATE: 2/23/2018 03:18:00PM

**Chief Complaint and Notes: COLD, SORE THROAT AND COUGH.**
**Significant Past Medical History:**
58 Y/O   COPD; NIDDM; HTN, HYPERLIPIDEMIA

**HSM-4 (Rev. 5/05)**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 03/30/2017 12:07   **Facility:** TELFORD (TO)

| REMARKS (Vision & Hearing) WEARS GLASSES |
| --- |

| CLINICAL EVALUATION | NL | AbNL | COMMENTS |
| --- | --- | --- | --- |
| Head And Neck | X | | NO CAROTID BRUITS |
| Eyes | X | | PERRLA, FUNDI BENIGN |
| Ent | | X | THROAT RED AND SWOLLEN. NARES RED AND SWOLLEN. TM'S OK. |
| Dental | X | | TEETH OK |
| Chest, Breast | X | | LCTA, BUT COUGH IS DEEP AND OCCASSIOANNLY COUGHING UP WHITE MUCUS. |
| Cardiovascular | X | | HEART RRR,BUT TACHYCARDIC. IS ALMOST ALWAYS TACHYCARDIC. WAS ON LOPRESSOR WHEN HE WAS HERE BEFORE.  NO MURMUR HEARD. HAD TINY HOLD IN HEART WHEN BORN. THINKS IT MAY HAVE SEALED OFF ON IT'S OWN. |
| Hemopoietic/ Lymphatic | X | | NO SWOLLEN LYMPH NOTED TO THROAT OR SUPARCLAVICILAR REGION. |
| Abdomen | X | | SOFT, NON-TENDER |
| Gastrointestinal | X | | NO REFLUX |
| Endocrine/ Metabolic | X | | LAST A1C 6.6. |
| Nutritional | | X | OBESITY |
| Upper Extremities | X | | |
| Spine | X | | |
| Lower Extremities | X | | |
| Skin | X | | |
| Rectal | X | | PROSTATE NL, NON-TENDER |
| FOBT Fecal Occult Blood Test | X | | HEMACULT NEG AND 3 CARS WERE NEGATIVE |
| GU Genitourinary | X | | |
| Neuro | X | | AOX3 |
| Ob-Gyn (Pelvic) | | | |

| REMARKS: | | P | U | L | H | E | S |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Designators | 3 | | | | | |
| | Codes | M | | | | | |
| | Modifiers | P | | | | | |

**If any component of the physical exam is refused, a refusal form must be completed.**

| CONSENT Signed: | X | Yes | | No |
| --- | --- | --- | --- | --- |

**Diagnoses:** COPD, NIDDM, HTN, HYPERLIPIDEMIA, TACHYCARDIA

**Restrictions:** CURRENT RESTRICTIONS: LOW BUNK; M EXT HRS; NO CLIMBING; NO WORK IN DIRECT

HSM-4 (Rev. 5/05)

2 of 3

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 03/30/2017 12:07   **Facility:** TELFORD (TO)
SUNLIGHT AND NO TEMP EXTREMES

**Orders:**   DC TENEX
START LOPRESSOR 100 MG BID X 30 DAYS 11 REFILL KOP
CLARITIN 10 MG QD X 30 DAYS 2 REFILLS KOP
ISSUED 8 CHLORPHENS TO USE UNTIL CLARITIN COMES IN.

Stopped Meds:

    GUANFACINE 2MG TABLET      21540372        08/12/2016 16:59
       1 TABS ORAL QHS
       FINAL EXP. DATE: 8/07/2017 04:59:00PM        REFILLS: 11   DURATION: 30 Days

Started Meds:

    LORATADINE 10MG TABLET   22777592        03/30/2017 17:03
       1 TABS ORAL QD PRN KOP
       FINAL EXP. DATE: 6/28/2017 05:03:00PM      REFILLS: 2   DURATION: 30 Days

    METOPROLOL 100MG TABLET         22777588         03/30/2017 17:03
       1 TABS ORAL BID  KOP
       FINAL EXP. DATE: 3/25/2018 05:03:00PM      REFILLS: 11   DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/30/2017 05:03PM | PROVIDER3-EXTENDED OFFICE VISIT (F) | chronic obstructive pulmonary disease, copd, emphysema, hyperlipidemia, unspecified, essential (primary) hypertension (htn), type 2 diabetes mellitus | | |

<span style="color:red">Electronically Signed by MORELAND, JANET M. PA-C on 03/30/2017.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### Correctional Managed Care
### PROVIDER CHRONIC CLINIC NOTE
### Individualized Treatment Plan

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 02/28/2017 14:53   **Facility:** TELFORD (TO)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 2/28/2017:** BP: 150 / 88 (Sitting) ; Wt: 250 Lbs.; Height: 75 In.; Pulse: 105 (Sitting) ; Resp: 16
/ min; Temp: 98.6 (Oral)  BMI: 31~>; O2 Sat:
*CURRENT* PEAK FLOWS:  PF 1: ;  PF 2:  ;  PF 3:
*PRIOR* PEAK FLOWS:  PF1 : ; PF 2: ; PF 3:
**DOI:**  3/26/1999
**Allergies:**  ACE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**CURRENT MEDICATION:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/13/2017 08:55:04AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/06/2017 09:08:08AM<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 9/04/2017 09:29:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 01/11/2017 09:03:55AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 91.54 %<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 01/09/2017 09:08:35AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/10/2017 09:08:49AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days<br>KOP | ORDERING FACILITY: Gurney (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/13/2017 08:55:04AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 12/08/2016 08:49:08AM<br>REFILLS: 1 / 3<br><br>EXPIRATION DATE: 9/04/2017 09:28:00AM |

**Chronic Clinic (select all applicable):**

| x | Asthma/COPD | | CAD | | CHF | | ESLD | | Active Hepatitis B | | HCV | | HIV | | HTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hyperlipidemia | | IDDM | x | NIDDM | | Active TB | | Seizure | | Close Monitoring | | | | |
| | Miscellaneous: | | | | | | | | | | | | | | |

**COMPLIANCE:**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378  **Date:** 02/28/2017 14:53  **Facility:** TELFORD (TO)

**Medication:** ___100___ %
**Diet:** ___DFH___ %
**Exercise:** ___none___ %

**SUBJECTIVE:**
ACE inhibitors make him cough, no more cough since then.  Otherwise I feel great.
COPD: first dx 6 yrs ago, triggers are heat, nothing else brings on exacerbations. Last breathing treatment 2013, no smoking history, never hospitalized for pulmonary issue.

**OBJECTIVE:**

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2017 12:16PM | 150/88 (SI) | 105 (SI) | 16 | 250 LB | | | 98.6 (OR) | | 0.00 | RA | | | | |
| 2/17/2017 04:58PM | 174/92 (SI) | 117 (SI) | 18 | | | | | | 0.00 | RA | | | | |
| 2/6/2017 08:31AM | 192/66 (SI) | 125 (SI) | 18 | 246 LB | | | 98.2 (OR) | | 0.00 | RA | | | | |
| 1/31/2017 06:49AM | 160/93 (SI) | 115 (SI) | | | | | | | 0.00 | RA | | | | |
| 1/20/2017 05:55PM | 170/90 (SI) | 84 (SI) | | | | | | | 0.00 | RA | | | | |
| 12/16/2016 06:20AM | 142/78 (SI) | 92 (SI) | 18 | | | | | | 0.00 | RA | | | | |
| 11/19/2016 02:43PM | 126/84 (SI) | 108 (SI) | | | | | | | 0.00 | RA | | | | |
| 10/31/2016 09:42AM | 139/82 (SI) | 60 (SI) | 18 | 234.6 LB | | | 97.9 (OR) | | 0.00 | RA | | | | |

| URINALYSIS | 10/27/2016 05:39 | 08/18/2016 08:50 |
|---|---|---|
| BACTERIA | NONE SEEN | |
| HYALINE CAST | NONE SEEN | |
| RBC URINE | 0-2 | |
| SQM EPITHELIAL | NONE SEEN | |
| WBC URINE | 0-5 | |
| APPEARANCE | | Cloudy [A] |
| BILIRUBIN URINE | | Negative |
| BLOOD URINE | | Negative |
| COLOR | | Yellow |
| GLUCOSE QUAL UR | | 100 mg/dL [A] |
| KETONES URINE | | Trace [A] |
| LEUKOCYTE ESTER | | Negative |
| NITRITE URINE | | Negative |
| PH URINE | | 5.5 |
| PROTEIN URINE | | Negative |
| SPEC GRAVITY UR | | >=1.030 |
| UROBILINOGEN UR | | 0.2 EU/dL |

| THYROID | 08/18/2016 08:39 |
|---|---|
| TSH | 1.81 |

| SEROLOGY | 08/17/2016 07:17 |
|---|---|
| RPR QL | Nonreactive |
| HIV | Negative |
| HIV 1/2 AN | 0.05 |
| HCV | Negative |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 02/28/2017 14:53   **Facility:** TELFORD (TO)

| RIA | 08/18/2016 08:39 | |
|---|---|---|
| PSA | 0.56 | |

| HEMATOLOGY | 10/27/2016 05:39 | 08/18/2016 08:39 |
|---|---|---|
| HGB-A1C | 6.6 [H] | |

| CHEMISTRY | 10/27/2016 05:39 | 08/18/2016 08:39 |
|---|---|---|
| BUN | 17 | 18 |
| BUN/CREAT RATIO | NOT APPLICABLE | |
| CHOL | 129 | 199 |
| CHOL/HDLC | 4.4 | |
| CREATININE | 1.15 | 1.37 [H] |
| GLUCOSE | 105 [H] | |
| HDL Choles | 29 [L] | |
| LDL Choles | 72 | |
| NON-HDL CH | 100 | |
| SODIUM | 138 | 143 |
| TRIGLYCERIDES | 141 | 332 [H] |
| ALBUMIN | 4.4 | 4.8 |
| ALK PHOS | 71 | 76 |
| ALT | 14 | 34 |
| AST | 18 | 31 |
| BILI T | 0.9 | 0.8 |
| CALCIUM | 9.5 | 10.1 |
| Carbon Dio | 28 | |
| Chloride, | 100 | |
| Globulin, | 2.8 | |
| POTASSIUM | 4.0 | 4.2 |
| TOTAL PROTEIN | 7.2 | 8.1 |
| ANION GAP | | 12 |
| CHLORIDE | | 102 |
| CO2 TOTAL | | 29 |
| GLU | | 91 |
| HDL | | 34 [L] |
| HDL CHOL | | 5.9 [H] |
| LDL | | 99 |
| VLDL | | 66 [H] |
| HGBA1C | | 6.4 [H] |

**HEENT**

| | | | | |
|---|---|---|---|---|
| x | PERRLA, EOMI, No Nystagmus | | Bilateral Fundoscopic without retinopathy noted | |
| x | Oral mucosa hydrated and without lesions | x | No enlarged cervical or supraclavicular nodes. | |
| | OTHER: | | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 02/28/2017 14:53   **Facility:** TELFORD (TO)

Pulmonary

| x | Lung fields clear to auscultation |
|---|---|

|  | Wheezes |  | Rhonchi |  | Left |  | Middle |  | Base |  | Apical |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Right |  | Middle |  | Base |  | Apical |
|  | OTHER: |  |  |  |  |  |  |  |  |  |  |

Heart

| x | RRR without murmur or gallop |  | PMI nl placement and magnitude |
|---|---|---|---|
|  | OTHER: | 88 bpm electronic stethoscope |  |

Abdomen

| x | Nl bowel sounds in all 4 quadrants | x | Soft, non-tender to palpation |
|---|---|---|---|
| x | No masses, organomegaly or ascites |  | Absent bowel sounds |

| Liver span: | wnl |
|---|---|
| OTHER: |  |

Extremities

| x | No clubbing cyanosis or edema |
|---|---|
|  | Bilat lower extremities have full sensation to light touch |
|  | Bilat feet are without lesions associated with PVD |

| Pitting edema: |  | Y |  |  | R |  | + |
|---|---|---|---|---|---|---|---|
|  |  | N |  |  | L |  | + |
|  | OTHER: |  |  |  |  |  |  |

Vascular

| x | Upper exts intact | x | Lower exts intact |  | Carotids intact w/o bruit |  | Abdomen w/o bruit |
|---|---|---|---|---|---|---|---|
|  | OTHER: |  |  |  |  |  |  |

**Assessment:**
NIDDM
COPD

**Plan:**
Recheck HbA1c in 3 months, patient will attempt lowering through diet self regulation
Need PFTs with each CCC or clinic visit
Non formulary request for Cozaar 25 mg po q day x 30 days x 11 refills for HTN, DM2, note allergic to ACE inhibitor listed in medications
BP checks 1 x month x 12 months
Start Hytrin 5 mg po qd for HTN, BPH

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 02/28/2017 14:53   **Facility:** TELFORD (TO)

Follow Up

| | 30 days | | 60 days | | 90 days | | PRN | | OTHER: | |
|---|---|---|---|---|---|---|---|---|---|---|

Diet:

| x | The health benefits of a low fat low sodium diet (the standard TDCJ meal) explained to the patient. |
|---|---|

| | Regular | x | Diet for Health | | Other: |
|---|---|---|---|---|---|

| FOR | | DAYS |
|---|---|---|

| | Diet compliance: |
|---|---|

**Exercise:**

| x | The health benefits of daily aerobic exercise, as tolerated, discussed with the patient. |
|---|---|
| | An exercise regimen tailored to the patient's specific physical limitations explained to the patient. |
| | Limited physical activity due to medical restrictions |
| | Exercise compliance: |

**Medication:**

| x | Medication compliance: need for this explained in conversation |
|---|---|

**Patient Education:**

| x | Disease specific pathophysiology, long term health outcome options, and current treatment rational discussed with the pt. |
|---|---|
| | The patient  communicates understanding of the treatment plan including the importance of medication compliance and adherence to diet, exercise and all diagnostic procedures. |
| | Other: |

**Diet Counseling Performed:**          x          Yes                          No

**HSM-18 (TDCJ Restrictions List) check one:**

| x | Reviewed and IS CURRENT - NO CHANGES NEEDED |
|---|---|

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 3/28/2017 03:18PM | BP CHECK SERIES REQUEST/ORDER (BP) CNDB | essential (primary) hypertension (htn) | 1 x month x 12 months | |
| 5/28/2017 03:18PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**Correctional Managed Care**
**PROVIDER CHRONIC CLINIC NOTE**
**Individualized Treatment Plan**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 02/28/2017 14:53   **Facility:** TELFORD (TO)

Started Meds:

      TERAZOSIN 5MG CAPSULE    22604517        02/28/2017 15:18
          1 CAPS ORAL QPM  KOP
          FINAL EXP. DATE: 2/23/2018 03:18:00PM          REFILLS: 11    DURATION: 30 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 2/28/2017 03:20PM | CHRONIC CARE PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | essential (primary) hypertension (htn), type 2 diabetes mellitus, hyperlipidemia, unspecified, chronic obstructive pulmonary disease, copd, emphysema | | |

<span style="color:red">Electronically Signed by WALDEN, LINDA L. D.O. on 02/28/2017.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/31/2016 11:01   **Facility:** TELFORD (TO)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 10/31/2016:** BP: 139 / 82 (Sitting) ; Wt: 234.6 Lbs.; Height: 75 In.; Pulse: 60 (Sitting) ; Resp: 18 / min; Temp: 97.9 (Oral)  BMI: 29
**DOI:** 3/26/1999
*CURRENT* PEAK FLOWS:  PF 1: ;  PF 2:  ;  PF 3:
*PRIOR* PEAK FLOWS: PF1 : ;  PF 2: ; PF 3:
**Allergies:** ACE INHIBITORS

| Patient Language: ENGLISH   Name of interpreter, if required: |
|---|

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 10/16/2016 03:25:20PM
REFILLS: 2 / 11
EXPIRATION DATE: 8/12/2017 07:35:00AM

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 10/09/2016 03:36:53PM
REFILLS: 1 / 11
EXPIRATION DATE: 9/04/2017 09:29:00AM

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 10/11/2016 03:16:04PM
REFILLS: 2 / 11
EXPIRATION DATE: 8/07/2017 04:57:00PM

**GUANFACINE 2MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
COMPLIANCE: 91.36 %
REFILLS: 2 / 11
EXPIRATION DATE: 8/07/2017 04:59:00PM

**hydroCHLOROthiazide 25MG TAB**
1 TABS ORAL DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 10/11/2016 03:16:04PM
REFILLS: 2 / 11
EXPIRATION DATE: 8/07/2017 04:56:00PM

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 10/11/2016 03:16:04PM
REFILLS: 2 / 11
EXPIRATION DATE: 8/07/2017 04:57:00PM

**NP-TOLNAFTATE 1% CREAM 15GM**
1 APPLICS TOPICALLY TWICE DAILY for 30 Days
NURSING PROTOCOL. DO NOT SEND.
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: BARKER, JAMMIE L
COMPLIANCE: 0.00 %
REFILLS: 0 / 0
EXPIRATION DATE: 11/26/2016 08:20:00PM

**PRAVASTATIN 10MG TABLET**
1 TABS ORAL AT BEDTIME for 30 Days KOP
ORDERING FACILITY: GURNEY (ND)
ORDERING PROVIDER: SEITZ, KAREN L
LAST DATE GIVEN KOP: 10/16/2016 03:25:20PM
REFILLS: 2 / 11
EXPIRATION DATE: 8/12/2017 07:32:00AM

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
ORDERING FACILITY: TELFORD (TO)
ORDERING PROVIDER: MORELAND, JANET M
LAST DATE GIVEN KOP: 09/12/2016 03:25:37PM
REFILLS: 0 / 3
EXPIRATION DATE: 9/04/2017 09:28:00AM

**Today's Problem:**   fungus on neck
**10/31/2016**

1 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/31/2016 11:01   **Facility:** TELFORD (TO)

| IS THIS VISIT THE RESULT OF A SCR? | YES |
|---|---|
| | NO |

**S:**     Has some reddened areas on neck and he has put tolnaftate on this since Thursday and the area on eyelid went away but neck area has gotten worse. He denies any dietary changes, touch of anything unuusaual against skin or new laundry soaps use. Area is in collar area of a shirt and causes occasional itching

**O:**     Patient seen walking even steady gait into & out of exam room, gets on table w/out assist
AOx3, NAD, speaks in full sentences
Neck:  Several erythematous lines on R side of neck around area whenere collar would fit. No fungus or papules seen, no distinct macules seen.
Reviewed 10/27/16 labs with patient
**A:**     Rash at neck

**Plan is as follows:**
Kenalog cream
Calamine lotion


Started Meds:
       CALAMINE LOTION 6OZ          21965690          10/31/2016 11:16
              1 APPLICS TOPICALLY TID  KOP
              FINAL EXP. DATE: 11/07/2016 11:16:00AM     REFILLS: 0     DURATION: 7 Days

       TRIAMCINOLONE 0.025% CRM 15GM 21965686          10/31/2016 11:15
              1 APPLICS TOPICALLY BID  KOP
                     Special Instructions:Apply Thin Layer Sparingly.
              FINAL EXP. DATE: 11/10/2016 11:15:00AM     REFILLS: 0     DURATION: 10 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 10/31/2016 11:16AM | PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | rash and other nonspecific skin eruption (dermatitis) | | |


Electronically Signed by WALDEN, LINDA L. D.O. on 10/31/2016.
##And No Others##

2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 09/09/2016 09:13   **Facility:** TELFORD (TO)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 9/6/2016:** BP: 117 / 76 (Sitting) ; Wt: 233 Lbs.; Height: 75 In.; Pulse: 102 (Sitting) ; Resp: 18 / min; Temp: 98.9 (Oral)  BMI: 29
**DOI:** 3/26/1999
*CURRENT* PEAK FLOWS:  PF 1: 500;  PF 2:  450;  PF 3:  475
*PRIOR* PEAK FLOWS:  PF1 : 450; PF 2: 500; PF 3:  550
**Allergies:** <span style="color:red">ACE INHIBITORS</span>

| Patient Language:   **ENGLISH**   Name of interpreter, if required: |
|---|

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 1 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 82.76 %<br>REFILLS: 1 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 1 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 1 / 11<br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |

**Today's Problem:**   NEEDS MEDS REFILLED
**9/9/2016**

| IS THIS VISIT THE RESULT OF A SCR? | YES |
|---|---|
| | NO |

**S:**      HASN'T BEEN PUT BACK ON ASPIRIN YET AND DOESN'T HAVE ALBUTEROL INHALER. HAS CHRONIC BRONCHITIS AND COPD.

**O:**      LUNGS WITH A FEW SCATTERED CRACKLES L LUNG. PT SAYS IT IS USUALLY THE RIGHT LUNG THAT CAUSES MORE PROBLEMS. CREATININE WAS 1.7 AND TRIG WERE 332 AND HDL 34 ON 8/18/6. WAS NOT FASTING. WILL EAIT ABOUT 2 MONTHS AND GET ANOTHER LAB AND WILL MAKE SURE IT IS FASTING.

1 of 2

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 09/09/2016 09:13   **Facility:** TELFORD (TO)
**A:**    COPD/BRONCHITIS
HYPERLIPIDEMIA
NIDDM

**Plan is as follows:**   START ALBUTEROL INHALER 2 PUFFS QID PRN X 90 DAYS 3 REFILLS KOP
START ASPIRIN 81 MG QD X 30 DAYS 11 REFILLS KOP
WILL GET CMP, HGBA1C, LIPIDS AND UA IN 2 MONTHS


Started Meds:
    ASPIRIN EC 81MG TABLET    21680241        09/09/2016 09:29
        1 TABS ORAL QD  KOP
        FINAL EXP. DATE: 9/04/2017 09:29:00AM     REFILLS: 11    DURATION: 30 Days

    PROVENTIL HFA 90MCG INH 200PF   21680224      09/09/2016 09:28
        2 PUFFS INHALATION QID PRN KOP
        FINAL EXP. DATE: 9/04/2017 09:28:00AM     REFILLS: 3    DURATION: 90 Days

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 11/9/2016 09:30AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | hyperlipidemia, unspecified, essential (primary) hypertension (htn) | | |
| 11/9/2016 09:30AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHG D(7600) | hyperlipidemia, unspecified | | |
| 11/9/2016 09:30AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD(496)LEV2 | type 2 diabetes mellitus | | |
| 11/9/2016 09:30AM | URINALYSIS MICROSCOPIC (8563) | type 2 diabetes mellitus | | |

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 9/9/2016 09:33AM | PROVIDER2-INTERMEDIATE OFFICE VISIT (F) | chronic obstructive pulmonary disease, copd, emphysema, hyperlipidemia, unspecified, type 2 diabetes mellitus, essential (primary) hypertension (htn) | | |

Electronically Signed by MORELAND, JANET M. PA-C on 09/09/2016.
##And No Others##

2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/30/2016 06:56   **Facility:** TELFORD (TO)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/17/2016:** BP: 132 / 75 (Sitting) ; Wt: 235 Lbs.; Height: 75 In.; Pulse: 127 (Sitting) ; Resp: 18 / min; Temp: 98.5 (Oral)  BMI: 29
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 78.95 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |

MLP CHART REVIEW

CHAIN IN 8/30/16

NEWLY ASSIGNED


HIV NEG 2016

RPR NEG 2016


No CCC appt in chart since 2013

Abnormal lab

Please schedule with provider to discuss


CCC FOR NIDDM SCHEDULED FOR 2/2017

CCC FOR HTN SCHEDULED FOR 9/2017


Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/30/2016<br>07:10AM | MD/MLP-CHART REVIEW | hyperlipidemia,<br>unspecified | | |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM

### CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/30/2016 06:56   **Facility:** TELFORD (TO)

Electronically Signed by MARTIN, JAMIE L. NP on 08/30/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:43 AM



# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:44 AM



GE MAC1200          TIEDE, BERNHARDT 000864378,
Male, 58 Years (08/02/1958)
ORDERING : SEITZ FNP          TECH : A.TAYLOR CMA

N:
Interpretation:          12SL - Interpretation:
Sinus tachycardia
Left axis deviation
Inferior infarct, age undetermined
Abnormal ECG

Measurement Results:
QRS  :   98 ms
QT/QTC :  350 / 469 ms
PR  :  166 ms
P  :  132 ms
RR/PP :  556 / 555 ms
P/QRS/T: 40/ -54/ 28 degrees

Cart# 1    Site# 1
Aug/19/2016  08:21:48

HR 108 bpm

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:44 AM

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/19/2016 12:20   **Facility:** GURNEY (ND)
**Age:** 58 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/17/2016:** BP: 132 / 75 (Sitting) ; Wt: 235 Lbs.; Height: 75 In.; Pulse: 127 (Sitting) ; Resp: 18 /
min; Temp: 98.5 (Oral)  BMI: 29
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 75.00 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |

Just started on pravastatin.

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/19/2016<br>12:21PM | MD/MLP-CHART REVIEW | hyperlipidemia,<br>unspecified | | |

Electronically Signed by SEITZ, KAREN L. FNP on 08/19/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:44 AM



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:44 AM

c:\users\lepicken\local settings\temp\294482648.tif printed by mivap. (Page 1 of 2)



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

c:\users\lepicken\local settings\temp\294482648.tif printed by mivap. (Page 2 of 2)



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
ESTELLE (E2)

                              NURSING
                                 ,

                         LABORATORY DIRECTOR

                            TB SKIN TEST
MRN         : 864378    Accession:87949799      Age  :64 Years
Patient Name: TIEDE, BERNHARDT I               Sex  :Male
Home Phone  :                                  Work :(    )   -
Admitting MD: UNKNOWN   UNKNOWN                 Phone:
Attending MD:                                  Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:


Tech        : MICHELLE G NORTHCUTT RN      Verifier:MICHELLE G NORTHCUTT RN
Collection Time: 03/09/2023 10:38
Result Time  : 03/09/2023 10:38
Report Time  : 03/09/2023 10:38
Comment:


Test                Result        Abn     Normal Range      Units
--------------------------------------------------------------------------
PPD READ            0.00                     -              MM
```

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


## CORRECTIONAL MANAGED HEALTH CARE
## ICN CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                    Date:   03/07/2023 12:01
TDCJ#:864378                                        Facility:  ESTELLE (E2)

Age: 64 year   DOB: 08/02/1958     Sex:  Male     Race: WHITE   DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 2/10/2023:**

| BP: 149 / 79 (Sitting) | Weight: 231 Lbs. | Height: 75 In. | BMI: 29 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 98 (Oral) | O2 Sat: 98% RA |

**Allergies:**  ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **ALBUTEROL HFA INH 6.7G 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY<br>for 180 Days KOP   As Needed (PRN) | EXPIRATION DATE: 2/05/2024 01:03:00PM<br>REFILLS: 0 / 1 | LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 02/13/2023 06:18:53PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/01/2023 06:19:54PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:00:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 02/13/2023 06:18:36PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 40MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 02/01/2023 06:20:06PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 02/13/2023 06:18:40PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30<br>Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 12/25/2023 01:15:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 02/01/2023 06:20:02PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 2/05/2024 01:01:00PM<br>REFILLS: 0 / 11 | LAST DATE GIVEN KOP: 02/13/2023 06:18:43PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/03/2023 02:44:21PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **SODIUM CL 0.65% NAS SPRAY 45ML**<br>1 SPRAYS INTRANASAL 3 TIMES<br>DAILY for 30 Days KOP | EXPIRATION DATE: 5/11/2023 01:01:00PM<br>REFILLS: 0 / 2 | LAST DATE GIVEN KOP: 02/13/2023 06:19:27PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30<br>Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 02/03/2023 02:44:18PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
### ICN CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I                  Date:   03/07/2023 12:01
TDCJ#:864378                                       Facility:  ESTELLE (E2)

**S: OFFENDER QUALIFIES FOR FIT TESTING TO R/O COLORECTAL CANCER**
**O: PT ED ON REASON FOR TEST & PT USE OF SUPPLIES & RETURNING TO MEDICAL**
**P: SUPPLIES ISSUED WITH WRITTEN INSTRUCTIONS, F/U PRN**

PER SDO D-27.5/T. BOWENS, LVN

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/7/2023 12:01PM | FECAL IMMUNOCHEMICAL TEST (FIT)IP0 | |

**Reminders Closed:**

| Description | Date Time | Closed On | Comments |
|---|---|---|---|
| ISSUE FIT SUPPLIES | 03/07/2023 12:01 | 03/07/2023 12:02 | FECAL IMMUNOCHEMICAL TEST (FIT)IP0  (03/07/2023 12:01; Order 87911293-001) Tube Types = FIT COLLECTION CONTAINER |
| PPD INJECTION | 03/10/2023 14:46 | 03/07/2023 12:02 | PPD   PNEUMO   FIT |

<span style="color:red">Electronically Signed by BOWENS, TIFFANY D. LVN on 03/07/2023.</span>
<span style="color:red">##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

| | | | |
|---|---|---|---|
| **Pt. Name:** TIEDE, BERNHARDT I | **TDCJ#:** 864378 | **Date:** 03/07/2023 12:00 | **Facility:** ESTELLE (E2) |
| **DOB:** 08/02/1958 | **Age:** 64 Years | **Race:** | **Sex:** Male |

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

### PNEUMOVAX-23 0.5ML SDV
### PNEUMO (PPSV23)

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/07/2023 12:00
Given By: (91458) BOWENS, TIFFANY D LVN
Dose: 0.5 ML
Site: LEFT DELTOID
Route: INJECTION (MISC.)
Manufacturer: Merck and Co., Inc.
Lot#: W019639
Expiration Date: 05/03/2024
VIS Provided?: Yes
VIS Publication Date: 08/06/2021
Date VIS Publication Given: 03/07/2023
Comments:

Electronically Signed by BOWENS, TIFFANY D. LVN on 03/07/2023 12:00.
##And No Others##

---

**(91458) BOWENS, TIFFANY D. LVN**      **Date: 03/07/2023 12:00**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378  **Date:** 03/07/2023 10:31  **Facility:** ESTELLE (E2)
**DOB:** 08/02/1958  **Age:** 64  **Race:**  **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
|---|

### APLISOL 50TESTS/5ML VIAL
### PPD
Admin Type: ***From Stock***
Order Type: ***Standing Order***
Date Given: 03/07/2023 10:21
Given By: (91458) BOWENS, TIFFANY D LVN
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: sanofi pasteur
Lot#: 51838
Expiration Date: 12/31/2023
Comments:

Electronically Signed by BOWENS, TIFFANY D. LVN on 03/07/2023 10:31.
##And No Others##

---

**(91458) BOWENS, TIFFANY D. LVN**  **Date:** 03/07/2023 10:31

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I          Date:   03/01/2023 14:45
TDCJ#:864378                              Facility:  ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958    Sex:  Male    Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 2/10/2023:**

| BP: 149 / 79 (Sitting) | Weight: 231 Lbs. | Height: 75 In. | BMI: 29 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 84 (Sitting) | Resp: 18 / min | Temp: 98 (Oral) | O2 Sat: 98% RA |

**Allergies:**   ACE INHIBITORS

**Current Medications**:

**ALBUTEROL HFA INH 6.7G 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 180 Days KOP   As Needed (PRN)

EXPIRATION DATE: 2/05/2024 01:03:00PM
REFILLS: 0 / 1

LAST DATE GIVEN KOP: 02/13/2023 06:19:24PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 2/05/2024 01:01:00PM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 02/13/2023 06:18:53PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 8/01/2023 01:25:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:19:54PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 2/05/2024 01:01:00PM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 02/13/2023 06:18:36PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 40MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 12/25/2023 01:15:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:20:06PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30
Days KOP

EXPIRATION DATE: 2/05/2024 01:01:00PM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 02/13/2023 06:18:40PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30
Days KOP
NF# 896539A [INDEF]

EXPIRATION DATE: 12/25/2023 01:15:00PM
REFILLS: 2 / 11

LAST DATE GIVEN KOP: 02/01/2023 06:20:02PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 2/05/2024 01:01:00PM
REFILLS: 0 / 11

LAST DATE GIVEN KOP: 02/13/2023 06:18:43PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP

EXPIRATION DATE: 8/01/2023 01:24:00AM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/03/2023 02:44:21PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
DAILY for 30 Days KOP

EXPIRATION DATE: 5/11/2023 01:01:00PM
REFILLS: 0 / 2

LAST DATE GIVEN KOP: 02/13/2023 06:19:27PM
ORDERING PROVIDER: BARBER, MARK A

ORDERING FACILITY: ESTELLE (E2)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30
Days KOP

EXPIRATION DATE: 8/01/2023 01:24:00PM
REFILLS: 7 / 11

LAST DATE GIVEN KOP: 02/03/2023 02:44:18PM
ORDERING PROVIDER: ROBERTSON, NATHANIEL R

ORDERING FACILITY: ESTELLE (E2)

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   03/01/2023 14:45
Facility:  ESTELLE (E2)

**PPD Results:**

| PROCEDURE | 03/24/2022 |
|---|---|
| PPD READING | 0.00 |

| PROCEDURE | 03/24/2022 |
|---|---|
| PPD READING | 0.00 |

**Tetanus:**

**Flu**:        10/29/2019
                 11/14/2017
**Pneumo**:    12/14/2018

ICN-DOI CHART REVIEW

TB Class 0 - Order PPD 0.1 ml  ID

Tetanus Toxoid
   Year of last injection:   2016

Pneumonia vaccine
   Yes Last injection received:   2018
         Offer per sdo

Order stool for Fecal Immunochemical Test (FIT)
   UTMB: all patients age 40 years or older -Order FIT per SDO Ordered

 Over 50 schedule annual physical

PER SDO D27.5//SKCAGLE LVN/ICN

**New Reminders Added:**

| Description | Date Time | Comments |
|---|---|---|
| PPD INJECTION | 03/10/2023 14:46 | PPD   PNEUMO   FIT |

Electronically Signed by CAGLE, SHERLENA K. LVN on 03/01/2023.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 10/21/2022 13:39   **Facility:** ESTELLE (E2)
**DOB:** 08/02/1958   **Age:** 64   **Race:**   **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
|---|

**AFLURIA QUAD 2022-2023 5ML MD**
**FLU (IIV4)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/21/2022 13:36
Given By: (34121) MOSS, FELICIA M LVN
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: P100464789
Expiration Date: 05/30/2023
VIS Provided?: Yes
VIS Publication Date: 08/06/2021
Date VIS Publication Given: 10/21/2022
Comments:

Electronically Signed by MOSS, FELICIA M. LVN on 10/21/2022 13:39.
##And No Others##

**(34121) MOSS, FELICIA M. LVN**   **Date: 10/21/2022 13:39**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 10/21/2022 11:58    **Facility:** ESTELLE (E2)
**DOB:** 08/02/1958    **Age:** 64    **Race:**    **Sex:** Male

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

### COVID-19 MODERNA BIV BOOST DS
### COVID19 (MOD-BV-BD1)

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/21/2022 11:48
Given By: (34121) MOSS, FELICIA M LVN
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Moderna US, Inc.
Lot#: 030G22B
Expiration Date: 05/09/2023
VIS Provided?: Yes
VIS Publication Date: 08/31/2022
Date VIS Publication Given: 10/21/2022
Comments:

Electronically Signed by MOSS, FELICIA M. LVN on 10/21/2022 11:58.
##And No Others##

**(34121) MOSS, FELICIA M. LVN**      **Date: 10/21/2022 11:58**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN TUBERCULOSIS HISTORY AND CLASSIFICATION

Patient Name: TIEDE, BERNHARDT I     Date:  10/10/2022 09:20
TDCJ#:864378                         Facility:  ESTELLE (E2)

Age: 64 year    DOB: 08/02/1958     Sex:  Male     Race: WHITE    DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 9/22/2022:**

| BP: 121 / 70 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 69 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:**  ACE INHIBITORS

**Current Medications:**

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:12PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:25:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/06/2022 06:09:46PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **DULOXETINE DR 60MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 10/21/2022 10:47:00AM<br>REFILLS: 5 / 5 | LAST DATE GIVEN KOP: 09/21/2022 03:16:12PM<br>ORDERING PROVIDER: BARBER, MARK A<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/08/2022 05:52:45PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GEMFIBROZIL 600MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:18PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **GLIPIZIDE 10MG TABLET**<br>2 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 11/04/2022 02:08:00PM<br>REFILLS: 6 / 6 | LAST DATE GIVEN KOP: 10/05/2022 05:43:03PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **LOSARTAN 50MG TABLET #**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP<br>NF# 896539A [INDEF] | EXPIRATION DATE: 2/13/2023 12:45:00PM<br>REFILLS: 7 / 11 | LAST DATE GIVEN KOP: 09/15/2022 03:51:53PM<br>ORDERING PROVIDER: NWANKWO, CATHERINE I<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/25/2023 11:52:00PM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 09/29/2022 06:06:28PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:42:59PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 8/01/2023 01:24:00AM<br>REFILLS: 2 / 11 | LAST DATE GIVEN KOP: 10/05/2022 05:43:07PM<br>ORDERING PROVIDER: ROBERTSON, NATHANIEL R<br><br>ORDERING FACILITY: ESTELLE (E2) |

**PPD Results:**

| PROCEDURE | 03/24/2022 | 03/24/2021 |
|---|---|---|

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN TUBERCULOSIS HISTORY AND CLASSIFICATION

Patient Name: TIEDE, BERNHARDT I                Date:   10/10/2022 09:20
TDCJ#:864378                                    Facility:  ESTELLE (E2)

PPD READING              0.00            00

ICN-TB HISTORY AND CLASSIFICATION

PPD results:
  Test performed        Result (in MM): 00

Update problem list:
  TB Class 0
    Patient Problem Added: SCREENING FOR RESPIRATORY TUBERCULOSIS (TB CLASS 0)

Nursing encounter capture:
  Nursing visit:
    Patient Order Added: #NURSING LEVEL 1 COMPLETE VISIT (F) Order Date: 10/10/2022 09:21:44 User:
GRIFFIN, DEMETRICIA L

Electronically Signed by GRIFFIN, DEMETRICIA L. LVN on 10/10/2022.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**ICN CLINIC NOTES**

Patient Name: TIEDE, BERNHARDT I          Date:   04/20/2022 19:33
TDCJ#:864378                              Facility:  ESTELLE (E2)

Age: 63 year   DOB: 08/02/1958   Sex:  Male   Race: WHITE   DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 3/24/2022:**

| BP: 158 / 79 (Sitting) | Weight: 245 Lbs. | Height: 75 In. | BMI: 31 (% Diff: +3.33) |
|---|---|---|---|
| Pulse: 95 (Sitting) | Resp: 18 / min | Temp: 98 (Oral) | O2 Sat: 98% RA |

**Allergies:**  ACE INHIBITORS

**Current Medications:**

**ACETAMINOPHEN 325MG TABLET**
2 TABS ORAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 4/23/2022 10:48:00AM
REFILLS: 0 / 0
LAST DATE GIVEN KOP: 04/06/2022 06:19:52PM
ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 9 / 11
LAST DATE GIVEN KOP: 03/24/2022 02:50:14PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 04/06/2022 06:18:22PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**DULOXETINE DR 30MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 4/23/2022 10:48:00AM
REFILLS: 0 / 0
LAST DATE GIVEN KOP: 03/29/2022 03:32:21PM
ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**DULOXETINE DR 60MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 10/21/2022 10:47:00AM
REFILLS: 0 / 5
LAST DATE GIVEN KOP:
ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 04/06/2022 06:18:06PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 04/06/2022 06:18:24PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 11/04/2022 02:08:00PM
REFILLS: 0 / 6
LAST DATE GIVEN KOP: 04/11/2022 05:41:07PM
ORDERING PROVIDER: NWANKWO, CATHERINE I
ORDERING FACILITY: ESTELLE (E2)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP   As Needed (PRN)
EXPIRATION DATE: 5/23/2022 10:48:00AM
REFILLS: 1 / 1
LAST DATE GIVEN KOP: 03/29/2022 03:31:58PM
ORDERING PROVIDER: BARBER, MARK A
ORDERING FACILITY: ESTELLE (E2)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/13/2023 12:45:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 03/19/2022 05:32:46PM
ORDERING PROVIDER: NWANKWO, CATHERINE I
ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 8 / 11
LAST DATE GIVEN KOP: 03/26/2022 05:23:48PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
### ICN CLINIC NOTES

Patient Name: TIEDE, BERNHARDT I            Date:   04/20/2022 19:33
TDCJ#:864378                                Facility:  ESTELLE (E2)

**METOPROLOL 100MG TABLET**          EXPIRATION DATE: 8/04/2022 02:49:00PM        LAST DATE GIVEN KOP: 04/06/2022 06:18:16PM
1 TABS ORAL TWICE DAILY for 30       REFILLS: 8 / 11                             ORDERING PROVIDER: WAGNER, PAMELA K
Days KOP
                                                                                 ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**           EXPIRATION DATE: 8/04/2022 02:47:00PM        LAST DATE GIVEN KOP: 04/06/2022 06:18:19PM
1 CAPS ORAL EVERY EVENING for 30     REFILLS: 8 / 11                             ORDERING PROVIDER: WAGNER, PAMELA K
Days KOP
                                                                                 ORDERING FACILITY: CONNALLY (CY)

Pt. was evaluated cell side today after receiving Moderna vaccine.  No shortness of breath, aches, pains, chills, fever, N/V or dizziness observed or voiced. Patient denied any issues at this time.

Electronically Signed by MOSS, FELICIA M. LVN on 04/20/2022.
##And No Others##

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

| | | | |
|---|---|---|---|
| **Pt. Name:** TIEDE, BERNHARDT I | **TDCJ#:** 864378 | **Date:** 04/20/2022 17:55 | **Facility:** ESTELLE (E2) |
| **DOB:** 08/02/1958 | **Age:** 63 Years | **Race:** | **Sex:** Male |

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

**COVID-19 MODERNA BOOSTER DS 1**
**COVID19 (MOD-BD1)**

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 04/20/2022 15:52
Given By: (34121) MOSS, FELICIA M LVN
Dose:        0.25 ML
Site: LEFT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Moderna US, Inc.
Lot#: 051F21A
Expiration Date: 04/20/2022
VIS Provided?: Yes
VIS Publication Date: 03/29/2022
Date VIS Publication Given: 04/20/2022
Comments: 03/25/2022 vaccine expired. Moderna notified of expired medication administration

Electronically Signed by MOSS, FELICIA M. LVN on 04/20/2022 17:55.
##And No Others##

**(34121) MOSS, FELICIA M. LVN**                              **Date: 04/20/2022 17:55**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
ESTELLE (E2)
                              MEDICAL
                                 ,

                         LABORATORY DIRECTOR

                           TB SKIN TEST
MRN        : 864378   Accession:82937119      Age  :63 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(   )   -
Admitting MD: UNKNOWN   UNKNOWN              Phone:
Attending MD:                                Phone:
Referring MD:                                Phone:
Ordering MD :                                Phone:


Tech        : DUSTIN M HUTTERER LVN      Verifier:DUSTIN M HUTTERER LVN
Collection Time: 03/24/2022 06:36
Result Time   : 03/24/2022 06:36
Report Time   : 03/24/2022 06:36
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| PPD READ | 0.00 | | – | MM |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378       **Date:** 03/22/2022 14:25       **Facility:** ESTELLE (E2)
**DOB:** 08/02/1958                     **Age:** 63                    **Race:**                                    **Sex:** Male

**Allergies:** ACE INHIBITORS

| Patient Language: ENGLISH |
|---|

**APLISOL 50TESTS/5ML VIAL**
**PPD**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/22/2022 14:08
Given By: (34121) MOSS, FELICIA M LVN
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: sanofi pasteur
Lot#: 27201
Expiration Date: 09/30/2022
Comments:

Electronically Signed by MOSS, FELICIA M. LVN on 03/22/2022 14:25.
##And No Others##

---

**(34121) MOSS, FELICIA M. LVN**                                              **Date: 03/22/2022 14:25**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I          Date:   03/14/2022 16:59
TDCJ#:864378                                          Facility:  ESTELLE (E2)

Age: 63 year    DOB: 08/02/1958      Sex:  Male       Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 2/27/2022:**

| BP: 156 / 87 (Sitting) | Weight: 240.4 Lbs. | Height: 75 In. | BMI: 30 (% Diff: 0.00) |
|---|---|---|---|
| Pulse: 82 (Sitting) | Resp: 18 / min | Temp: 98.4 (Forehead) | O2 Sat: 99% RA |

**Allergies:**   ACE INHIBITORS

**Current Medications**:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/23/2022 06:21:15PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/08/2022 05:17:06PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/08/2022 05:17:11PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/02/2022 05:44:43PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 6 / 6
LAST DATE GIVEN KOP: 02/20/2022 05:04:02PM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/13/2023 12:45:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 02/23/2022 06:21:30PM
ORDERING PROVIDER: NWANKWO, CATHERINE I
ORDERING FACILITY: ESTELLE (E2)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/23/2022 06:21:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/07/2022 02:21:40AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/08/2022 05:17:00PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 11 / 11
COMPLIANCE: 87.08 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**PPD Results:**

| PROCEDURE | 03/24/2021 |
|---|---|
| PPD READING | 00 |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### CORRECTIONAL MANAGED HEALTH CARE
### ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I          Date:  03/14/2022 16:59
TDCJ#:864378                             Facility:  ESTELLE (E2)

| PROCEDURE | 03/24/2021 |
|-----------|------------|
| PPD READING | 00 |

**Tetanus:**

**Flu**:        10/29/2019
              11/14/2017
**Pneumo**:    12/14/2018

ICN-DOI CHART REVIEW

  TB Class 0 - Order PPD 0.1 ml  ID

  Tetanus Toxoid
     Year of last injection:   2016

  Pneumonia vaccine
     Yes Last injection received:
     2018

  Order stool for Fecal Immunochemical Test (FIT)
     UTMB: all patients age 40 years or older -Order FIT per SDO Ordered

**New Reminders Added:**

| Description | Date Time | Comments | |
|-------------|-----------|----------|---|
| PPD INJECTION | 03/10/2022 17:00 | PPD    INJ | FIT |

Electronically Signed by MOSS, FELICIA M. LVN on 03/14/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN NEWLY ASSIGNED CHART REVIEW

Patient Name: TIEDE, BERNHARDT I               Date:    02/02/2022 09:57
TDCJ#:864378                                   Facility:   ESTELLE (E2)

Age: 63 year    DOB: 08/02/1958    Sex:   Male    Race: WHITE   DOI: 3/26/1999
**Most recent vitals from 11/30/2021:**

| BP: 166 / 79 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 65 (Sitting) | Resp: | Temp: 97.2 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/23/2022 03:04:09PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/06/2022 04:59:53PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/05/2022 03:16:26PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/29/2022 05:18:00PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 5 / 6
LAST DATE GIVEN KOP: 01/21/2022 01:05:18AM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 3/01/2022 01:01:00PM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 01/29/2022 05:18:07PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 01/15/2022 04:55:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/27/2022 09:19:34AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/05/2022 03:16:34PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/05/2022 03:16:36PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 10 / 11
COMPLIANCE: 86.39 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### CORRECTIONAL MANAGED HEALTH CARE
### ICN NEWLY ASSIGNED CHART REVIEW

Patient Name: TIEDE, BERNHARDT I          Date:    02/02/2022 09:57
TDCJ#:864378                              Facility:   ESTELLE (E2)

**PPD Results:**

| PROCEDURE | 03/24/2021 |
|---|---|
| PPD READING | 00 |

| PROCEDURE | 03/24/2021 |
|---|---|
| PPD READING | 00 |

**Tetanus:**

**Flu:**        11/14/2017
                10/29/2019

**Pneumo**:     12/14/2018

ICN-NEWLY ASSIGNED CHART REVIEW

    TB Class 0
        Current

    Tetanus Toxoid
        Year last received:    2016
        Year next due:    2026
        Reminder Completed: #ICN-CHAIN IN REMINDER

    Influenza vaccine
        Yes - date of last injection:
    10/12/2021

    Pneumonia vaccine
        Yes - Date of last injection:
    12/14/2018
        Booster indicated: No

    Varicella history
        Immunity status: Immune

    COVID-19 vaccine
        Vaccination information:
            Dose #1:    Pfizer
            Date received:    04/28/2021
            Dose #2:    Pfizer
            Date received:    05/20/2021
            Dose #3:    Moderna
            Date received:    11/05/2021

    RPR
        Status:
            Non-reactive

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN NEWLY ASSIGNED CHART REVIEW

Patient Name: TIEDE, BERNHARDT I       Date:    02/02/2022 09:57
TDCJ#:864378                    Facility:   ESTELLE (E2)

    HIV
      Negative
    08/17/2016

   Hepatitis C history
      Negative
    08/17/2016

   Hepatitis A Vaccine / History
      Patient does not meet criteria

   Hepatitis B Vaccine / History Patient does not meet criteria

Electronically Signed by BOWENS, TIFFANY D. LVN on 02/02/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I          **TDCJ#:** 864378          **Date:** 11/05/2021 08:35          **Facility:** CONNALLY (CY)
**DOB:** 08/02/1958          **Age:** 63          **Race:**          **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
|---|

### COVID-19 MODERNA 3RD DOSE
### COVID19 (MOD-3rd)

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 11/05/2021 08:34
Given By: (23763) PIEPRZYCA, SHEILA L LVN
Dose: 0.5 ML
Site: LEFT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Moderna US, Inc.
Lot#: 939906
Expiration Date: 01/28/2022
VIS Provided?: Yes
VIS Publication Date: 10/20/2021
Date VIS Publication Given: 11/05/2021
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. LVN on 11/05/2021 08:35.
##And No Others##

---

**(23763) PIEPRZYCA, SHEILA L. LVN**                                    **Date: 11/05/2021 08:35**

*Page 1 of 1*

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

Pt. Name: TIEDE, BERNHARDT I   TDCJ#: 864378   Date: 10/12/2021 12:07   Facility: CONNALLY (CY)
DOB: 08/02/1958   Age: 63   Race:   Sex: Male

Allergies: ACE INHIBITORS

| Patient Language: ENGLISH |
|---|

**AFLURIA QUAD 2021-2022 5ML MD**
**FLU (IIV4)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/12/2021 12:03
Given By: (23763) PIEPRZYCA, SHEILA L LVN
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: P100359452
Expiration Date: 06/30/2022
VIS Provided?: Yes
VIS Publication Date: 08/06/2021
Date VIS Publication Given: 10/12/2021
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. LVN on 10/12/2021 12:07.
##And No Others##

**(23763) PIEPRZYCA, SHEILA L. LVN**   **Date: 10/12/2021 12:07**

*Page 1 of 1*

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

**Pt. Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 05/20/2021 09:29   **Facility:** CONNALLY (CY)
**DOB:** 08/02/1958   **Age:** 62   **Race:**   **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
| --- |

**COVID-19 2ND DOSE ONLY (PFR)**
**COVID19 (PFR-2nd)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 05/20/2021 09:23
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.3 ML
Site: LEFT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Pfizer, Inc
Lot#: EW0183
Expiration Date: 08/30/2021
VIS Provided?: Yes
VIS Publication Date: 04/06/2021
Date VIS Publication Given: 05/20/2021
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 05/20/2021 09:29.
##And No Others##

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**   **Date: 05/20/2021 09:29**

*Page 1 of 1*

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

Pt. Name: TIEDE, BERNHARDT I    TDCJ#: 864378      Date: 04/28/2021 12:47      Facility: CONNALLY (CY)
DOB: 08/02/1958      Age: 62      Race:      Sex: Male

Allergies: ACE INHIBITORS

| Patient Language: ENGLISH |
|---|

**COVID-19 SERIES (PFR)**
**COVID19 (PFR)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 04/28/2021 12:35
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.3 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Pfizer, Inc
Lot#: ER8736
Expiration Date: 07/30/2021
VIS Provided?: Yes
VIS Publication Date: 04/06/2021
Date VIS Publication Given: 04/28/2021
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 04/28/2021 12:47.
##And No Others##

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**      Date: 04/28/2021 12:47

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
CONNALLY (CY)

                              MEDICAL
                                 ,

                          LABORATORY DIRECTOR

                            TB SKIN TEST
MRN        : 864378   Accession:78492716      Age  :62 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(   )   -
Admitting MD: UNKNOWN  UNKNOWN               Phone:
Attending MD: UNKNOWN  UNKNOWN               Phone:
Referring MD:                                Phone:
Ordering MD :                                Phone:


Tech         : SHEILA L PIEPRZYCA L.V.N.   Verifier:SHEILA L PIEPRZYCA L.V.N.
Collection Time: 03/24/2021 08:34
Result Time   : 03/24/2021 08:34
Report Time   : 03/24/2021 08:34
Comment:
```

| Test | Result | Abn | Normal Range | Units |
| --- | --- | --- | --- | --- |
| PPD READ | 00 | | – | MM |

This document has been sent for signature, but has not yet been reviewed

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

Pt. Name: TIEDE, BERNHARDT I    TDCJ#: 864378    Date: 03/22/2021 09:27    Facility: CONNALLY (CY)
DOB: 08/02/1958    Age: 62    Race:    Sex: Male

Allergies: ACE INHIBITORS

Patient Language: ENGLISH

**APLISOL 50TESTS/5ML VIAL**
**PPD**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/22/2021 09:24
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: sanofi pasteur
Lot#: 3406604
Expiration Date: 02/28/2022
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 03/22/2021 09:27.
##And No Others##

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**    Date: 03/22/2021 09:27

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I      Date: 03/08/2021 07:57
TDCJ#:864378      Facility: CONNALLY (CY)

Age: 62 year    DOB: 08/02/1958     Sex: male     Race: WHITE    DOI: 3/26/1999
**Most recent vitals from 2/2/2021:**

| BP: 150 / 80 (Sitting) | Weight: 264 Lbs. | Height: 75 In. | BMI: 33 (% Diff: +6.45) |
|---|---|---|---|
| Pulse: 81 (Sitting) | Resp: 18 / min | Temp: 98.5 (Oral) | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:08PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:19PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 80MG TABLET**
1 TABS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/12/2021 10:30:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/12/2021 03:18:46PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:54:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:03PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/15/2021 01:25:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/18/2021 01:34:06PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 5/17/2021 12:08:00PM
REFILLS: 0 / 2
LAST DATE GIVEN KOP: 02/18/2021 01:34:13PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 0 / 11
LAST DATE GIVEN KOP: 02/22/2021 05:42:09PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/29/2021 03:01:00PM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/02/2021 07:12:50PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/08/2021 02:58:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:11PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROAIR HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 180 Days KOP As Needed (PRN)
EXPIRATION DATE: 7/23/2021 10:55:00AM
REFILLS: 1 / 1
LAST DATE GIVEN KOP: 01/25/2021 11:08:06AM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES DAILY for 30 Days KOP
EXPIRATION DATE: 3/08/2021 09:10:00AM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 02/09/2021 02:45:32PM
ORDERING PROVIDER: WAGNER, PAMELA K

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/08/2021 09:53:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/09/2021 02:45:15PM
ORDERING PROVIDER: WAGNER, PAMELA K

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I       Date:   03/08/2021 07:57
TDCJ#:864378       Facility:  CONNALLY (CY)

ORDERING FACILITY: CONNALLY (CY)

ICN-DOI CHART REVIEW:

  TB Class 0 - Order PPD 0.1 ml  ID

  Tetanus Toxoid:
   Year of last injection:    2016

  Pneumo vaccine:  yes 2018

  Age is over 50, schedule annual physical

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 03/08/2021.
Electronically Signed by WAGNER, PAMELA K. NP on 03/09/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 10/01/2020 11:33    **Facility:** CONNALLY (CY)
**DOB:** 08/02/1958    **Age:** 62    **Race:**    **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
|---|

**AFLURIA QUAD 2020-2021 5ML MD**
**FLU (IIV4)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/01/2020 11:29
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.5 ML
Site: LEFT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: p100244637
Expiration Date: 06/22/2021
VIS Provided?: Yes
VIS Publication Date: 08/15/2019
Date VIS Publication Given: 10/01/2020
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 10/01/2020 11:33.
##And No Others##

---

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**    **Date: 10/01/2020 11:33**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

CONNALLY (CY)

MEDICAL
,

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN         : 864378   Accession:74776670      Age  :61 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(   )  -
Admitting MD: UNKNOWN  UNKNOWN                 Phone:
Attending MD: UNKNOWN  UNKNOWN                 Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech        : SHEILA L PIEPRZYCA L.V.N.   Verifier:SHEILA L PIEPRZYCA L.V.N.
Collection Time: 03/25/2020 11:59
Result Time    : 03/25/2020 11:59
Report Time    : 03/25/2020 11:59
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| PPD READ | 00 | | – | MM |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 03/23/2020 09:52    **Facility:** CONNALLY (CY)
**DOB:** 08/02/1958    **Age:** 61    **Race:**    **Sex:** Male

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

**APLISOL 50TESTS/5ML VIAL**
**PPD**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/23/2020 09:50
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: Par Pharmaceutical, Inc
Lot#: 330674
Expiration Date: 12/30/2020
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 03/23/2020 09:52.
##And No Others##

---

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**      **Date: 03/23/2020 09:52**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I     Date:   03/12/2020 11:00
TDCJ#:864378     Facility:  CONNALLY (CY)

Age: 61 year    DOB: 08/02/1958     Sex:  male     Race: WHITE    DOI: 3/26/1999

**Most recent vitals from 3/10/2020:**

| BP: 148 / 81 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 70 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:58:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:48PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/04/2020 05:08:24PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ATORVASTATIN 40MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 2/04/2021 01:49:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 03/11/2020 03:18:25PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:57:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:39PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 8/24/2020 10:09:00AM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/26/2020 03:13:00PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
NFA# 896539A [INDEF]
EXPIRATION DATE: 2/05/2021 12:21:00PM
REFILLS: 1 / 11
LAST DATE GIVEN KOP: 03/11/2020 03:18:29PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 1/08/2021 01:38:00PM
REFILLS: 2 / 11
LAST DATE GIVEN KOP: 02/14/2020 03:11:50PM
ORDERING PROVIDER: SMITH, REGINALD G
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30
Days KOP
EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 02/28/2020 04:22:27PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY
for 90 Days KOP  As Needed (PRN)
EXPIRATION DATE: 7/30/2020 10:55:00AM
REFILLS: 2 / 3
LAST DATE GIVEN KOP: 02/01/2020 04:26:25PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**SODIUM CL 0.65% NAS SPRAY 45ML**
1 SPRAYS INTRANASAL 3 TIMES
DAILY for 30 Days KOP
EXPIRATION DATE: 5/10/2020 02:09:00PM
REFILLS: 1 / 2
LAST DATE GIVEN KOP: 03/11/2020 03:18:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2020 10:56:00AM
REFILLS: 7 / 11
LAST DATE GIVEN KOP: 03/04/2020 05:08:46PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**PPD Results:**

| PROCEDURE | 03/07/2019 | 03/14/2018 |
|---|---|---|
| PPD READING | 00 | 00 |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I              Date:   03/12/2020 11:00
TDCJ#:864378                                  Facility:  CONNALLY (CY)


ICN-DOI CHART REVIEW:

TB Class 0 - Order PPD 0.1 ml  ID

Tetanus Toxoid:
   Year of last injection:    2016

Pneumo vaccine:  yes 2018

Age is over 50, schedule annual physical


<span style="color:red">Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 03/12/2020.
Electronically Signed by WAGNER, PAMELA K. NP on 03/12/2020.
##And No Others##</span>

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN ABSTRACT OF IMMUNIZATION (HSM-2)**

Pt. Name: TIEDE, BERNHARDT I      TDCJ#: 864378      Date: 10/29/2019 11:15      Facility: CONNALLY (CY)
DOB: 08/02/1958      Age: 61      Race:      Sex: Male

Allergies: ACE INHIBITORS

| Patient Language: ENGLISH |
|---|

**AFLURIA QUAD 2019-2020 5ML MD**
**FLU (IIV4)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/29/2019 11:12
Given By: (23763) PIEPRZYCA, SHEILA L L.V.N.
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: p100135024
Expiration Date: 06/30/2020
VIS Provided?: Yes
VIS Publication Date: 08/15/2019
Date VIS Publication Given: 10/29/2019
Comments:

Electronically Signed by PIEPRZYCA, SHEILA L. L.V.N. on 10/29/2019 11:15.
##And No Others##

**(23763) PIEPRZYCA, SHEILA L. L.V.N.**                    **Date: 10/29/2019 11:15**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
TELFORD (TO)
                              MEDICAL
                                 ,

                         LABORATORY DIRECTOR

                            TB SKIN TEST
MRN        : 864378   Accession:69513613      Age  :60 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(    )   -
Admitting MD: UNKNOWN   UNKNOWN              Phone:
Attending MD: UNKNOWN   UNKNOWN              Phone:
Referring MD:                               Phone:
Ordering MD :                               Phone:


Tech        : FRANK J REIGEL L.V.N.     Verifier:FRANK J REIGEL L.V.N.
Collection Time: 03/07/2019 11:08
Result Time  : 03/07/2019 11:08
Report Time  : 03/07/2019 11:08
Comment:


Test              Result        Abn    Normal Range      Units
---------------------------------------------------------------------------
PPD READ          00                      –               MM
```

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### ICN ABSTRACT OF IMMUNIZATION (HSM-2)

| | | | |
|---|---|---|---|
| **Pt. Name:** TIEDE, BERNHARDT I | **TDCJ:** 864378 | **Date:** 03/04/2019 13:08 | **Facility:** TELFORD (TO) |
| **DOB:** 08/02/1958 | **Age:** 60 | **Race:** | **Sex:** Male |

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

**APLISOL 50TESTS/5ML VIAL**
**PPD**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/04/2019 12:42
Given By: (52664) REIGEL, FRANK J L.V.N.
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: Par Pharmaceutical, Inc
Lot#: 321555
Expiration Date: 05/28/2020
Comments: ISSUED HEME CARDS X3 WITH INSTRUCTIONS.

Electronically Signed by REIGEL, FRANK J. L.V.N. on 03/04/2019 13:08.
##And No Others##

**(52664) REIGEL, FRANK J. L.V.N.**                                              **Date: 03/04/2019 13:08**

*Page 1 of 1*

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


**CORRECTIONAL MANAGED HEALTH CARE**
**ICN DOI CHART REVIEW NOTE**

Patient Name: TIEDE, BERNHARDT I          Date:  02/26/2019 09:46
TDCJ#:864378                              Facility:  TELFORD (TO)

Age:  60        DOB: 08/02/1958      Sex:  male        Race: WHITE              DOI: 3/26/1999
**Most recent vitals from 2/11/2019:**

| BP: 132 / 76 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 72 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:**   ACE INHIBITORS

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL EVERY MORNING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:21:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:28:19AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:28:32AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br>ORDERING FACILITY: TELFORD (TO) |
| **ATORVASTATIN 20MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | EXPIRATION DATE: 10/25/2019 01:41:00PM<br>REFILLS: 4 / 11 | LAST DATE GIVEN KOP: 01/29/2019 11:07:14PM<br>ORDERING PROVIDER: WALDEN, LINDA L<br>ORDERING FACILITY: TELFORD (TO) |
| **FUROSEMIDE 20MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:19:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:27:33AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 8/09/2019 02:06:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/10/2019 06:40:35PM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days KOP<br>869539A [INDEF] | EXPIRATION DATE: 7/31/2019 05:16:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:28:13AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br>ORDERING FACILITY: TELFORD (TO) |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:17:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:27:51AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br>ORDERING FACILITY: TELFORD (TO) |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:20:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:28:06AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP  As Needed (PRN) | EXPIRATION DATE: 8/26/2019 01:49:00PM<br>REFILLS: 2 / 3 | LAST DATE GIVEN KOP: 11/30/2018 03:17:13AM<br>ORDERING PROVIDER: RUSSELL, JANET M<br><br>ORDERING FACILITY: TELFORD (TO) |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | EXPIRATION DATE: 7/31/2019 05:18:00PM<br>REFILLS: 6 / 11 | LAST DATE GIVEN KOP: 02/01/2019 08:28:25AM<br>ORDERING PROVIDER: BARKER, JAMMIE L<br><br>ORDERING FACILITY: TELFORD (TO) |

**PPD Results:**

| PROCEDURE | 03/14/2018 | 03/22/2017 |
|---|---|---|
| PPD READING | 00 | 00 |

1 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI CHART REVIEW NOTE

Patient Name: TIEDE, BERNHARDT I                Date:   02/26/2019 09:46
TDCJ#:864378                                    Facility:  TELFORD (TO)

ICN-DOI CHART REVIEW:

TB Class 0 - Order PPD 0.1 ml  ID

Tetanus Toxoid:
   Year of last injection:    2016

Electronically Signed by REIGEL, FRANK J. L.V.N. on 02/26/2019.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I    **TDCJ:** 864378    **Date:** 12/14/2018 12:58    **Facility:** TELFORD (TO)
**DOB:** 08/02/1958    **Age:** 60    **Race:**    **Sex:** Male

**Allergies:** ACE INHIBITORS

**Patient Language:** ENGLISH

**PNEUMOVAX-23 0.5ML SDV**
**PNEUMO (PPSV23)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 12/14/2018 12:48
Given By: (52664) REIGEL, FRANK J L.V.N.
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INJECTION (MISC.)
Manufacturer: Merck and Co., Inc.
Lot#: R018135
Expiration Date: 06/15/2020
VIS Provided?: Yes
VIS Publication Date: 04/24/2015
Date VIS Publication Given: 12/14/2018
Comments:

Electronically Signed by REIGEL, FRANK J. L.V.N. on 12/14/2018 12:58.
##And No Others##

**(52664) REIGEL, FRANK J. L.V.N.**      **Date: 12/14/2018 12:58**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

**Pt. Name:** TIEDE, BERNHARDT I   **TDCJ:** 864378   **Date:** 10/18/2018 12:28   **Facility:** TELFORD (TO)
**DOB:** 08/02/1958   **Age:** 60   **Race:**   **Sex:** Male

**Allergies:** ACE INHIBITORS

| **Patient Language:** ENGLISH |
|---|

### FLUCELVAX QUAD 2018-19 5ML MD
### FLU (IIV4)

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 10/18/2018 12:06
Given By: (52664) REIGEL, FRANK J L.V.N.
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: 252229
Expiration Date: 05/30/2019
VIS Provided?: Yes
VIS Publication Date: 08/07/2015
Date VIS Publication Given: 10/18/2018
Comments:

Electronically Signed by REIGEL, FRANK J. L.V.N. on 10/18/2018 12:28.
##And No Others##

---

**(52664) REIGEL, FRANK J. L.V.N.**   **Date:** 10/18/2018 12:28

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
TELFORD (TO)
                          MEDICAL
                             ,

                     LABORATORY DIRECTOR

                        TB SKIN TEST
MRN        : 864378   Accession:64559852      Age  :59 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(   )  -
Admitting MD: UNKNOWN   UNKNOWN              Phone:
Attending MD: UNKNOWN   UNKNOWN              Phone:
Referring MD:                               Phone:
Ordering MD :                               Phone:


Tech         : GWENDOLYN   WILLIAMS L.V.N.  Verifier:GWENDOLYN   WILLIAMS L.V.N.
Collection Time: 03/14/2018 13:23
Result Time  : 03/14/2018 13:23
Report Time  : 03/14/2018 13:23
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| PPD READ | 00 | | – | MM |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

| | | | |
|---|---|---|---|
| Patient Name: | TIEDE, BERNHARDT I | TDCJ: 864378 | Date: 03/12/2018 15:16 | Facility: TELFORD (TO) |
| Age: 59 | | Race: | Sex: Male |

Allergies: ACE INHIBITORS

Patient Language: ENGLISH

**APLISOL 50TESTS/5ML VIAL**
**PPD**

Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 03/12/2018
Given By: (24689) WILLIAMS, GWENDOLYN   L.V.N.
Dose: 0.1 ML
Site: LEFT FOREARM
Route: INTRADERMAL(ID)
Manufacturer: Par Pharmaceutical, Inc
Lot#: 303512
Expiration Date: 03/01/2019
Comments:  HEMOCCULT CARDS X 3 ISSUED

Electronically Signed by WILLIAMS, GWENDOLYN L.V.N. on 03/12/2018 15:16.
##And No Others##

**(24689) WILLIAMS, GWENDOLYN L.V.N.**                    Date: 03/12/2018 15:16

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI / NEWLY ASSIGNED CHART NOTE

Patient Name: TIEDE, BERNHARDT I      Date:  02/26/2018 10:44
TDCJ#:864378      Facility:  TELFORD (TO)

Age:  59      DOB: 08/02/1958      DOI: 3/26/1999
Sex:  male      Race: WHITE
**Most recent vitals from 1/26/2018:**

| BP: 140 / 71 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 78 (Sitting) | Resp: | Temp: | O2 Sat: |

**Allergies:** <span style="color:red">ACE INHIBITORS</span>

**Current Medications**:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 02/07/2018 07:44:07AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/06/2018 02:19:00PM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/02/2018 08:23:23AM<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/03/2018 07:26:47AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:05:00AM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/03/2018 07:27:00AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/02/2018 10:04:00AM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days<br>869539A [INDEF] | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 2/22/2019 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MARTIN, JAMIE L | LAST DATE GIVEN KOP: 02/06/2018 07:20:15AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/02/2018 10:06:00AM |
| **METOPROLOL 100MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 01/25/2018 07:23:50AM<br>REFILLS: 11 / 11<br><br>EXPIRATION DATE: 3/25/2018 05:03:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: BARKER, JAMMIE L | LAST DATE GIVEN KOP: 02/07/2018 07:44:13AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/06/2018 02:20:00PM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 12/08/2017 11:03:39AM<br>REFILLS: 1 / 3<br><br>EXPIRATION DATE: 8/31/2018 06:12:00PM |
| **TERAZOSIN 10MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/10/2018 07:49:06AM<br>REFILLS: 4 / 11<br><br>EXPIRATION DATE: 10/08/2018 01:54:00PM |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## ICN DOI / NEWLY ASSIGNED CHART NOTE

Patient Name: TIEDE, BERNHARDT I               Date:   02/26/2018 10:44
TDCJ#:864378                                   Facility:  TELFORD (TO)

**ICN-DOI CHART REVIEW:**

**TB CLASS 0 - ORDER PPD 0.1 ML ID**

**TETANUS TOXOID:**
   Year of last injection    2016

Electronically Signed by WILLIAMS, GWENDOLYN L.V.N. on 02/26/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
## ICN ABSTRACT OF IMMUNIZATION (HSM-2)

| | | | | |
|---|---|---|---|---|
| Patient Name: | TIEDE, BERNHARDT I | TDCJ: 864378 | Date: 11/14/2017 09:33 | Facility: TELFORD (TO) |
| Age: 59 | | Race: | Sex: Male | |

Allergies: ACE INHIBITORS

Patient Language: ENGLISH

**FLUVIRIN 2017-2018 5ML MDV**
**FLU (IIV3)**
Admin Type: *From Stock*
Order Type: *Standing Order*
Date Given: 11/14/2017
Given By: (28981) ARNOLD, LINDA K L.V.N.
Dose: 0.5 ML
Site: RIGHT DELTOID
Route: INTRA-MUSCULAR(IM)
Manufacturer: Seqirus
Lot#: 1721401
Expiration Date: 06/30/2018
VIS Provided?: Yes
VIS Publication Date: 08/07/2015
Date VIS Publication Given: 11/14/2017
Comments:

Electronically Signed by ARNOLD, LINDA K. L.V.N. on 11/14/2017 09:33.
##And No Others##

---

**(28981) ARNOLD, LINDA K. L.V.N.**                                   **Date: 11/14/2017 09:33**

*Page 1 of 1*

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

TELFORD (TO)

MEDICAL
,

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN         : 864378    Accession:59836209      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(    )   -
Admitting MD: UNKNOWN   UNKNOWN               Phone:
Attending MD: UNKNOWN   UNKNOWN               Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech         : GWENDOLYN  WILLIAMS L.V.N.  Verifier:GWENDOLYN  WILLIAMS L.V.N.
Collection Time: 03/22/2017 14:59
Result Time    : 03/22/2017 14:59
Report Time    : 03/22/2017 14:59
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | | | – | |
| LOT # | | | – | |
| DOSE | | | – | |
| SITE | | | – | |
| ROUTE | | | – | |
| PPD READ | 00 | | – | MM |
| REFUS SIGN | | | – | |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
TELFORD (TO)
                         MEDICAL
                            ,

                    LABORATORY DIRECTOR

                        TB SKIN TEST
MRN        : 864378   Accession:59794904     Age  :58 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(    )   -
Admitting MD: UNKNOWN  UNKNOWN               Phone:
Attending MD: UNKNOWN  UNKNOWN               Phone:
Referring MD:                                Phone:
Ordering MD :                                Phone:


Tech         : GWENDOLYN  WILLIAMS L.V.N.  Verifier:GWENDOLYN  WILLIAMS L.V.N.
Collection Time: 03/20/2017 13:46
Result Time  : 03/20/2017 13:46
Report Time  : 03/20/2017 13:46
Comment: ICN YRLY, HEMOCCULT CARDS X 3 ISSSUED AND INSTRUCTED
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | PAR | | – | |
| LOT # | 802081 | | – | |
| DOSE | 0.1 ML | | – | |
| SITE | LFA | | – | |
| ROUTE | ID | | – | |
| PPD READ | | | – | MM |
| REFUS SIGN | | | – | |

```
This document has been sent for signature, but has not yet been reviewed
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN DOI / NEWLY ASSIGNED CHART NOTE**

**Patient Name:** TIEDE, BERNHARDT I  **TDCJ#:** 864378  **Date:** 03/03/2017 14:05  **Facility:** TELFORD (TO)
**Age:** 58 year  **Race:** W  **Sex:** male
**Most recent vitals from 2/28/2017:** BP: 150 / 88 (Sitting) ; Wt: 250 Lbs.; Height: 75 In.; Pulse: 105 (Sitting) ; Resp: 16 / min; Temp: 98.6 (Oral)  BMI: 31
**DOI:** 3/26/1999
**Allergies:** ACE INHIBITORS

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/13/2017 08:55:04AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **ASPIRIN EC 81MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 02/06/2017 09:08:08AM<br>REFILLS: 5 / 11<br>EXPIRATION DATE: 9/04/2017 09:29:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 01/11/2017 09:03:55AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 91.18 %<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 01/09/2017 09:08:35AM<br>REFILLS: 6 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **LOSARTAN 25MG TABLET #**<br>1 TABS ORAL DAILY for 30 Days<br>NF#773391A [2/28/18] | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | COMPLIANCE: 0.00 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 2/26/2018 12:01:00AM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/10/2017 09:08:49AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 02/13/2017 08:55:04AM<br>REFILLS: 6 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |
| **PROVENTIL HFA 90MCG INH 200PF**<br>2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP  As Needed (PRN) | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: MORELAND, JANET M | LAST DATE GIVEN KOP: 12/08/2016 08:49:08AM<br>REFILLS: 1 / 3<br><br>EXPIRATION DATE: 9/04/2017 09:28:00AM |
| **TERAZOSIN 5MG CAPSULE**<br>1 CAPS ORAL EVERY EVENING for 30 Days KOP | ORDERING FACILITY: TELFORD (TO)<br>ORDERING PROVIDER: WALDEN, LINDA L | LAST DATE GIVEN KOP: 03/02/2017 08:59:29PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 2/23/2018 03:18:00PM |

ICN-NEWLY ASSIGNED CHART REVIEW

TB CLASS 0
   PPD current

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN DOI / NEWLY ASSIGNED CHART NOTE**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 03/03/2017 14:05   **Facility:** TELFORD (TO)

TETANUS TOXOID
  Year of last injection:   2016

INFLUENZA  VACCINE
  No - Does not meet criteria

Electronically Signed by WILLIAMS, GWENDOLYN L.V.N. on 03/03/2017.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### CID ABSTRACT OF IMMUNIZATIONS
### Tuberculin Skin Tests

Patient Name: *Tiede Bernhardt*    TDCJ#: 864378    Date: 12/08/16    Facility: T.O

Age:    Years    Race: H    Sex: Male

Most recent vitals from    : BP:    (Sitting) ; Wt. _    ; Height:    In.; Pulse:    (Sitting) ; Resp:    min; Temp:
(Oral)

Allergies:

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

**NOTE:** THIS DOCUMENT IS TO BE COMPLETED ON EACH CID VISIT WHEN TB SKIN TEST OR IMMUNIZATIONS ARE ADMINISTERED.

RESULTS SHOULD BE ENTERED THROUGH RESULTS ENTRY

**MANTOUX PFD**

| DATE/TIME GIVEN | MFG/LOT # | LFA | RFA | ROUTE |
|---|---|---|---|---|
| | | | | Intradermally |

**IMMUNIZATIONS**

| DATE/TIME GIVEN | MFG/ LOT # | DOSE | ROUTE | TYPE OF VACCINE | SITE | REACTION | SIGNATURE/ TITLE |
|---|---|---|---|---|---|---|---|
| | | 0.5 Ml | IM | Td Booster | __ L Deltoid __ R Deltoid | | |
| | | 0.5 mL | __ Sub Q __ IM | Pneumococcal Vaccine | __ L Deltoid __ R Deltoid __ Outer aspect of L or R upper arm | | |
| 12/08/2016 | SUL 16/9901 | 0.5 mL | IM | Influenza | __ L Deltoid ✓ R Deltoid | D | *G Williams LVN* |
| | | 1.0 mL | IM | Hepatitis A #1 Vaccine | __ L Deltoid __ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis A #2 Vaccine | __ L Deltoid __ R Deltoid | | |
| | | 0.5 mL | Sub Q | Meningococcal | __ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #1 | __ Outer aspect of L or R upper arm | | |
| | | 0.5 mL | Sub Q | Varicella #2 | __ Outer aspect of L or R upper arm | | |
| | | 1.0 mL | IM | Hepatitis B #1 Vaccine | __ L Deltoid __ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #2 Vaccine | __ L Deltoid __ R Deltoid | | |
| | | 1.0 mL | IM | Hepatitis B #3 Vaccine | __ L Deltoid __ R Deltoid | | |
| | | 0.5 mL | Sub Q | Measles/Mumps Rubella (MMR) | __ Outer aspect of L or R upper arm | | |

1 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

```
TELFORD (TO)
                              MEDICAL
                                ,

                          LABORATORY DIRECTOR

                       VAC-INFLUENZA (SEASONAL)
MRN        : 864378   Accession:58123746      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(   )   -
Admitting MD: UNKNOWN   UNKNOWN                Phone:
Attending MD: UNKNOWN   UNKNOWN                Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech         : LINDA K ARNOLD L.V.N.      Verifier:LINDA K ARNOLD L.V.N.
Collection Time: 11/11/2016 09:11
Result Time   : 11/11/2016 09:11
Report Time   : 11/14/2016 09:11
Comment: NO SHOW
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | | | - | |
| REFUSAL | NS | | - | |

```
This document has been sent for signature, but has not yet been reviewed
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN NEWLY ASSIGNED CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 08/29/2016 10:39    **Facility:** TELFORD (TO)
**Age:** 58 year    **Race:** W    **Sex:** male
**Most recent vitals from 8/17/2016:** BP: 132 / 75 (Sitting) ; Wt: 235 Lbs.; Height: 75 In.; Pulse: 127 (Sitting) ; Resp: 18 / min;
Temp: 98.5 (Oral)   BMI: 29
**DOI:** 3/26/1999
**Allergies:**   ACE INHIBITORS

| Patient Language:   ENGLISH    Name of interpreter, if required: |
|---|

Current Medications:

| | | |
|---|---|---|
| **AMLODIPINE 10MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 83.33 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/12/2017 07:32:00AM |

**ICN-NEWLY ASSIGNED CHART REVIEW**

**TB CLASS 0**
   PPD current    2016

**TETANUS TOXOID**
   Year of last injection:    2016

**INFLUENZA VACCINE**
   Yes - Date of last injection:    12/05/2013

**PNEUMONIA VACCINE**
   No - Does not meet criteria

**VARICELLA HISTORY**
   Susceptible

**YEAR OF LAST PHYSICAL EXAM:**    **2013**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

**Correctional Managed Care**
**ICN NEWLY ASSIGNED CHART REVIEW**

**Patient Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 08/29/2016 10:39    **Facility:** TELFORD (TO)

**RPR**
 Non-reactive   2016

**HIV**
 Negative   2016

**HEPATITIS C HISTORY**
 Previous test negative (year):   2016

**HEPATITIS A VACCINE/HISTORY**
 HAVT negative
  HAVT negative year:   2006

**HEPATITIS B VACCINE/HISTORY**
 HBSAB-negative
  HBSAB-negative result year:   2016

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/29/2016 10:42AM | #NURSING LEVEL 1 COMPLETE VISIT (F) | icn-newly assigned chart review | | |

Electronically Signed by WILLIAMS, GWENDOLYN L.V.N. on 08/29/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

GURNEY (ND)

                                        ICN

                                         ,

                        LABORATORY DIRECTOR

                          TB SKIN TEST
MRN        : 864378    Accession:56935425      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I               Sex  :Male
Home Phone  :                                  Work :(   )   -
Admitting MD: UNKNOWN   UNKNOWN                 Phone:
Attending MD:                                  Phone:
Referring MD:                                  Phone:
Ordering MD :                                  Phone:


Tech         : RUTH I ORLOFF L.V.N.        Verifier:RUTH I ORLOFF L.V.N.
Collection Time: 08/19/2016 11:27
Result Time   : 08/19/2016 11:27
Report Time   : 08/19/2016 11:27
Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG |  |  | – |  |
| LOT # |  |  | – |  |
| DOSE |  |  | – |  |
| SITE |  |  | – |  |
| ROUTE |  |  | – |  |
| PPD READ | 00 |  | – | MM |
| REFUS SIGN |  |  | – |  |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

GURNEY (ND)

MEDICAL
,

LABORATORY DIRECTOR

VAC-TD BOOSTER

```
MRN         : 864378   Accession:56901284      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I              Sex  :Male
Home Phone  :                                 Work :(    )   -
Admitting MD: UNKNOWN   UNKNOWN               Phone:
Attending MD:                                 Phone:
Referring MD:                                 Phone:
Ordering MD :                                 Phone:


Tech        : PAMELA E GRAVES L.V.N.      Verifier:PAMELA E GRAVES L.V.N.
Collection Time: 08/17/2016 12:07
Result Time   : 08/17/2016 12:07
Report Time   : 08/17/2016 12:07
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | MASS BIO | | - | |
| LOT# | A087A2 | | - | |
| DOSE | 0.5 | | - | |
| ROUTE | IM | | - | |
| SITE | LD | | - | |
| REACTION | NARN | | - | |
| VIS ISSUED | Y | | - | |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

GURNEY (ND)

MEDICAL
,

LABORATORY DIRECTOR

TB SKIN TEST

```
MRN         : 864378   Accession:56901254      Age  :58 Years
Patient Name: TIEDE, BERNHARDT I             Sex  :Male
Home Phone  :                                Work :(   )   -
Admitting MD: UNKNOWN   UNKNOWN              Phone:
Attending MD:                                Phone:
Referring MD:                                Phone:
Ordering MD :                                Phone:


Tech        : PAMELA E GRAVES L.V.N.     Verifier:PAMELA E GRAVES L.V.N.
Collection Time: 08/17/2016 12:06
Result Time    : 08/17/2016 12:06
Report Time    : 08/17/2016 12:06
Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| MFG | PAR | | - | |
| LOT # | 796234 | | - | |
| DOSE | 0.1 | | - | |
| SITE | LFA | | - | |
| ROUTE | ID | | - | |
| PPD READ | | | - | MM |
| REFUS SIGN | | | - | |

This document has been sent for signature, but has not yet been reviewed

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

### Correctional Managed Care
### CID TB History and Classification

TIEDE, BERNHARDT     51
864 37 8
8/2/1958      W
RCVD 08/12/16
EXAM 08/17/16

County:     PANOLA

Name of Interpreter, if required:

| | | |
|---|---|---|
| | Class 0: No exposure not infected. | |
| | Class 1: TB exposure, no infection | |
| | Class 2: TB infection, without disease | |
| | Class 3: TB, current disease | |
| | Class 4: TB, no current disease | |
| | Class 5: TB suspect | |

| PPD | mm | | | Date: | |
|---|---|---|---|---|---|
| CHEST X-RAY | Within Normal Limits: | | Abnormal: | | Date: |
| | Yes | No | | History of previous exposure to TB | |

| | Yes | No | History of chemoprophylaxis | |
|---|---|---|---|---|
| Start Date: | | | End Date: | # of months of continuous treatment |

| | Yes | No | History of chemotherapy | |
|---|---|---|---|---|
| Start Date: | | | End Date: | # of months of continuous treatment |
| | Yes | No | Prolonged steroid therapy | |
| | Yes | No | Prolonged immunosuppressive therapy | |
| | Yes | No | Reticuloendothelial or hematologic diseases, such as leukemia, Hodgkin's | |
| | Yes | No | Diabetes Mellitus | |
| | Yes | No | Silicosis | |
| | Yes | No | Post-gastrectomy or other clinical situations associated w/ malnourishment | |
| | Yes | No | Chronic hemodialysis | |
| | Yes | No | Acute hepatitis | |
| | Yes | No | HIV seropositive | |
| | Yes | No | Prior IV drug abuse | |
| | Yes | No | Male to male sexual contact | |

| | Yes | No | Chicken Pox |
|---|---|---|---|
| | | No | TET Shot |
| 8-2-58 | | | Date of Birth |

Nurse Signature:          P. Graves, LVN          Date / Time:     AUG 1 7 2016

HSM 17 /

HSM-13 (3/14)                                                                        3

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

TIEDE, BERNHARDT      51
864 37 8
8/2/1958      W
RCVD 08/12/16
EXAM 08/17/16

**Correctional Managed Care**
**CID INTAKE INTERVIEW**

_____      TDCJ #: _____

_____      Facility: __Gurney__

Vitals: BP: __see EMR__  Wt: __see EMR__ Height: __see EMR__  Pulse: __see EMR__  Resp: __see EMR__ Temp: __see EMR__

| Patient Language: | Name of interpreter, if required: |
|---|---|
| | |

| **S:** | **CHIEF COMPLAINT:** | | | CID intake processing including pre-test HIV counseling. | | | |
|---|---|---|---|---|---|---|---|
| **O:** | **YES** | **NO** | **REFUSED** | **N/A** | **Mark "Yes", "No" or "Refused" for the following:** | | |
| | X | | | | HIV - Patient verbally agrees to HIV testing per state law (if yes mark Plan line 1a, if no or refused obtain HSM-82 **and** mark Plan line 10) | | |
| | X | | | | RPR - RPR test is required by state and policy/procedure #14.12 (if yes mark Plan line 1b, if no or refused obtain HSM-82) | | |
| | | | | | MMR - Born after 1956 | | |
| | | | | | MMR - Attended Texas Schools (if no mark Plan line 2, or obtain refusal HSM-82)(If pregnant, mark N/A) | | |
| | | | | | HBV - Allergic to yeast | | |
| | | | | | HBV - Hepatitis B vaccine available – If no skip next two lines | | |
| | | | | | HBV - Agrees to Hepatitis B vaccine (if yes mark Plan line 3, if no obtain "Refusal of HBV Vaccine" HSM-98) | | |
| | | | | | HBV - Consent for hepatitis B vaccine signed (form 100E) or refusal signed | | |
| | | | | | TB - History of positive TB skin test – written documentation (if no and less than 45 years of age mark Plan line 4, if yes or refused mark Plan line 5) | | |
| | | | | | TB - If yes – date: _____ CPX _____ months (if CPX taken less than 6 months or currently taking CPX mark Plan line 6) | | |
| | X | | | | TB - Patient 45 years of age or older and no documentation available to verify a previous positive Mantoux skin test (if yes, mark Plan line 11) | | |
| | | | | | **Tetanus & Diphtheria** - Verbally agrees to Tetanus and Diphtheria Toxoid Booster (mark Plan line 7 if yes, if no or refused obtain HSM-82) | | |
| | **YES** | **NO** | **UNKNOWN** | | | | |
| | ✗ | | | | History of varicella (if yes mark Plan line 9 to add alert code 5290 to MPL/Problem list, if no mark MPL/Problem list for possibly susceptible) | | |
| | | | | N/A | If female, is patient pregnant? If yes how many weeks: _____ (if yes or unknown mark Plan line 8) | | |
| **A:** | | | | | Alteration Health Maintenance | | |

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## Correctional Managed Care
### CID INTAKE INTERVIEW

| P: | PLAN: | |
|---|---|---|
| | X | 1a.  Obtain order for lab to draw HIV |
| | X | 1b.  Obtain order for lab to draw RPR |
| | | 2.  Obtain order for MMR 0.5cc vaccine sub q |
| | | 3.  Obtain order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated per TDCJ policy |
| | X | 4.  Obtain order for PPD 0.1cc ID (L) forearm and will check within 48-72 hours |
| | | 5.  Obtain order for CXR single view |
| | | 6.  Refer to provider to schedule for ITP/TB Chronic Clinic |
| | X | 7.  Obtain order for Tetanus and Diphtheria Toxoid Booster 0.5cc vaccine IM |
| | | 8.  Refer to provider to schedule appointment |
| | | 9.  Add alert code 5290 to MPL/Problem List |
| | | 10. Add alert code 1112 to MPL/Problem List (indicates HIV high risk screening completed) |
| | | 11. Obtain order for two-step Mantoux skin test (PPD 0.1cc ID (L) forearm and will check within 48-72 hours.  If the reaction is lesser than 10 mm of induration, the second step is administered one to two weeks later). |
| | **REFER TO PROVIDER: K. SEITZ, NP** | |
| | X | 1a.  Order for lab to draw HIV |
| | X | 1b.  Order for lab to draw RPR |
| | | 2.  Order for MMR 0.5cc vaccine sub q |
| | | 3.  Order for Hepatitis B vaccine 20mcg/1ml – administer hep B vaccine at 0, 1 and 6 months if indicated   per TDCJ policy |
| | X | 4.  Order for PPD 0.1cc ID (L) forearm and will check within 48-72 hours |
| | | 5.  Order for CXR single view |
| | | 6.  Schedule appointment for ITP/TB Chronic Clinic |
| | X | 7.  Order for Tetanus & Diphtheria Toxoid 0.5cc vaccine IM |
| | | 8.  Schedule appointment with provider |
| | | 9.  Administer flu vaccine 0.5 CC IM x 1 if indicated per TDCJ policy |
| | | 10. Order for two-step Mantoux skin test (PPD 0.1cc ID (L) forearm and will check within 48-72 hours.  If thereaction is lesser than 10 mm of induration, the second step is administered one to two weeks later). |

FOBT ISSUED X 3 PER CMHC POLICY E-34.2

P. Graves, LVN

Nurse Signature: _____ PL_____ Date / Time: _____ AUG 1 2 2016 / 1100 _____

CID Intake Interview
05/01/2009

Page 2 of 2

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

UGOCHI  OZURUMBA, APRN, FNP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             HUTTERER, DUSTIN M. LVN


ASPIRIN EC 81MG TABLET   RX ID: 34062628
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/09/2023 10:55
Start Date:       08/09/2023 10:55
Auto Stop Date:   08/03/2024 10:55

CONFIRMED VERBAL ORDER

Duration:         30 Days
Refills:          11  Before: 08/03/2024




Rx Written On:    08/09/2023




METOPROLOL XL 200MG TABLET   RX ID: 34062640
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/09/2023 10:55
Start Date:       08/09/2023 10:55
Auto Stop Date:   09/08/2023 10:55

CONFIRMED VERBAL ORDER

Duration:         30 Days
Refills:          11  Before: 08/03/2024




Rx Written On:    08/09/2023


  Electronically Signed by OZURUMBA, UGOCHI APRN, FNP on 08/10/2023.
 ##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOHN  OSA, APRN, FNP

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               OSA, JOHN APRN, FNP


        PREDNISONE 20MG TABLET   RX ID: 34057374
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         08/08/2023 12:55
        Start Date:         08/08/2023 12:55
        Auto Stop Date:     08/13/2023 12:55


        Duration:           5 Days
        Refills:            None


        Rx Written On:      08/08/2023


                            Prescription Electronically Signed
                            by JOHN  OSA, APRN, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOHN  OSA, APRN, FNP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             OSA, JOHN APRN, FNP


ATORVASTATIN 80MG TABLET   RX ID: 34057338
Sig:              1 x TABS ORAL EVERY EVENING
                  KOP
Order Date:       08/08/2023 12:49
Start Date:       08/08/2023 12:49
Auto Stop Date:   08/02/2024 12:49


Duration:         30 Days
Refills:          11  Before: 08/02/2024


Rx Written On:    08/08/2023


ALBUTEROL HFA INH 6.7G 200PF   RX ID: 34057339
Sig:              2 x PUFFS INHALATION 4 TIMES DAILY    TAKE AS NEEDED
                  KOP
Order Date:       08/08/2023 12:50
Start Date:       08/08/2023 12:50
Auto Stop Date:   08/02/2024 12:50


Duration:         180 Days
Refills:          1   Before: 08/02/2024


Rx Written On:    08/08/2023


                       Prescription Electronically Signed
                       by JOHN  OSA, APRN, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOHN  OSA, APRN, FNP

```
PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               OSA, JOHN APRN, FNP


GLIPIZIDE 10MG TABLET   RX ID: 34057340
Sig:                2 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         08/08/2023 12:50
Start Date:         08/08/2023 12:50
Auto Stop Date:     08/02/2024 12:50


Duration:           30 Days
Refills:            11  Before: 08/02/2024



Rx Written On:      08/08/2023



metFORMIN HCL 1000MG TABLET   RX ID: 34057341
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/08/2023 12:50
Start Date:         08/08/2023 12:50
Auto Stop Date:     08/02/2024 12:50


Duration:           30 Days
Refills:            11  Before: 08/02/2024



Rx Written On:      08/08/2023


                            Prescription Electronically Signed
                            by JOHN  OSA, APRN, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JOHN  OSA, APRN, FNP




PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             OSA, JOHN APRN, FNP


AMLODIPINE 10MG TABLET   RX ID: 34057342
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/08/2023 12:50
Start Date:       08/08/2023 12:50
Auto Stop Date:   08/02/2024 12:50


Duration:         30 Days
Refills:          11  Before: 08/02/2024



Rx Written On:    08/08/2023



DULOXETINE DR 60MG CAPSULE   RX ID: 34057343
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       08/08/2023 12:51
Start Date:       08/08/2023 12:51
Auto Stop Date:   08/02/2024 12:51


Duration:         30 Days
Refills:          11  Before: 08/02/2024



Rx Written On:    08/08/2023


                        Prescription Electronically Signed
                        by JOHN  OSA, APRN, FNP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JOHN  OSA, APRN, FNP



PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             OSA, JOHN APRN, FNP


FUROSEMIDE 40MG TABLET   RX ID: 34057344
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/08/2023 12:51
Start Date:       08/08/2023 12:51
Auto Stop Date:   08/02/2024 12:51


Duration:         30 Days
Refills:          11  Before: 08/02/2024



Rx Written On:    08/08/2023



TERAZOSIN 10MG CAPSULE   RX ID: 34057345
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       08/08/2023 12:48
Start Date:       08/08/2023 12:48
Auto Stop Date:   08/02/2024 12:48


Duration:         30 Days
Refills:          11  Before: 08/02/2024



Rx Written On:    08/08/2023


                        Prescription Electronically Signed
                        by JOHN  OSA, APRN, FNP

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

NATHANIEL R. ROBERTSON, MD

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             ROBERTSON, NATHANIEL R. MD


CLOPIDOGREL 75MG TABLET *
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       06/23/2023 13:16
Start Date:       06/23/2023 13:16
Auto Stop Date:   07/23/2023 13:16


Duration:         30 Days
Refills:          2   Before: 09/21/2023



Rx Written On:    06/23/2023


                          Prescription Electronically Signed
                          by NATHANIEL R. ROBERTSON, MD
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

NATHANIEL R. ROBERTSON, MD

```
        PATIENT:           TIEDE,BERNHARDT I
                           3899 HWY 98
                           NEW BOSTON, TX  75570
        MRN:               864378
        User:              ROBERTSON, NATHANIEL R. MD


        ATORVASTATIN 80MG TABLET
        Sig:               1 x TABS ORAL EVERY EVENING
                           KOP
        Order Date:        06/23/2023 13:03
        Start Date:        06/23/2023 13:03
        Auto Stop Date:    07/23/2023 13:03


        Duration:          30 Days
        Refills:           11  Before: 06/17/2024



        Rx Written On:     06/23/2023


                           Prescription Electronically Signed
                           by NATHANIEL R. ROBERTSON, MD
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

DENE Y. BECK, APRN, FNP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BECK, DENE Y. APRN, FNP


IBUPROFEN 800MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY     TAKE AS NEEDED
                  KOP
Order Date:       06/12/2023 07:07
Start Date:       06/12/2023 07:07
Auto Stop Date:   09/10/2023 07:07


Duration:         30 Days
Refills:          2   Before: 09/10/2023



Rx Written On:    06/12/2023


                        Prescription Electronically Signed
                        by DENE Y. BECK, APRN, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

MARK A. BARBER, DO

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               BARBER, MARK A. DO


        ALBUTEROL HFA INH 6.7G 200PF
        Sig:                2 x PUFFS INHALATION 4 TIMES DAILY     TAKE AS NEEDED
                            KOP
        Order Date:         02/10/2023 13:03
        Start Date:         02/10/2023 13:03
        Auto Stop Date:     08/09/2023 13:03


        Duration:           180 Days
        Refills:            1   Before: 02/05/2024



        Rx Written On:      02/10/2023


                                Prescription Electronically Signed
                                by MARK A. BARBER, DO
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

MARK A. BARBER, DO

```
        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             BARBER, MARK A. DO


        metFORMIN HCL 1000MG TABLET
        Sig:              1 x TABS ORAL TWICE DAILY
                          KOP
        Order Date:       02/10/2023 13:01
        Start Date:       02/10/2023 13:01
        Auto Stop Date:   02/05/2024 13:01


        Duration:         30 Days
        Refills:          11  Before: 02/05/2024



        Rx Written On:    02/10/2023



        AMLODIPINE 10MG TABLET
        Sig:              1 x TABS ORAL EVERY MORNING
                          KOP
        Order Date:       02/10/2023 13:01
        Start Date:       02/10/2023 13:01
        Auto Stop Date:   02/05/2024 13:01


        Duration:         30 Days
        Refills:          11  Before: 02/05/2024



        Rx Written On:    02/10/2023


                          Prescription Electronically Signed
                          by MARK A. BARBER, DO
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


MARK A. BARBER, DO




PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARBER, MARK A. DO


GLIPIZIDE 10MG TABLET
Sig:              2 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       02/10/2023 13:01
Start Date:       02/10/2023 13:01
Auto Stop Date:   02/05/2024 13:01


Duration:         30 Days
Refills:          11  Before: 02/05/2024



Rx Written On:    02/10/2023



DULOXETINE DR 60MG CAPSULE
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       02/10/2023 13:01
Start Date:       02/10/2023 13:01
Auto Stop Date:   02/05/2024 13:01


Duration:         30 Days
Refills:          11  Before: 02/05/2024



Rx Written On:    02/10/2023


                        Prescription Electronically Signed
                        by MARK A. BARBER, DO

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


MARK A. BARBER, DO




PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               BARBER, MARK A. DO


SODIUM CL 0.65% NAS SPRAY 45ML
Sig:                1 x SPRAYS INTRANASAL 3 TIMES DAILY
                    KOP
Order Date:         02/10/2023 13:01
Start Date:         02/10/2023 13:01
Auto Stop Date:     03/12/2023 13:01


Duration:           30 Days
Refills:            2   Before: 05/11/2023



Rx Written On:      02/10/2023


                         Prescription Electronically Signed
                         by MARK A. BARBER, DO

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

AHMED  AL KAYALY, DMD

```
        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             AL KAYALY, AHMED DMD


        ACETAMINOPHEN 325MG TABLET
        Sig:              2 x TABS ORAL 3 TIMES DAILY
                          KOP
        Order Date:       01/23/2023 12:16
        Start Date:       01/23/2023 12:16
        Auto Stop Date:   01/28/2023 12:16


        Duration:         5 Days
        Refills:          None


        Rx Written On:    01/23/2023



        BIOTENE MOUTHWASH 8OZ #
        Sig:              10 x ML MUCOUS MEMBRANE TWICE DAILY
                          KOP
        Order Date:       01/23/2023 12:17
        Start Date:       01/23/2023 12:17
        Auto Stop Date:   02/22/2023 12:17


        Duration:         30 Days
        Refills:          None


        Rx Written On:    01/23/2023


                              Prescription Electronically Signed
                              by AHMED  AL KAYALY, DMD
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ERICA L. EVERETT, APRN, FNP

```
PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               EVERETT, ERICA L. APRN, FNP


NOVOLIN R 100U/ML SS 10ML VIAL
Sig:                1 x UNITS SUBCUTANEOUS(SC) SLIDING SCALE
Order Date:         01/05/2023 12:59
Start Date:         01/05/2023 12:59
Auto Stop Date:     02/04/2023 12:59
Diagnosis:          diabetes
Special
Instructions:       BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8
                    UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS,
                    >500 UA FOR KETONES CALL MD.


Duration:           30 Days
Refills:            None


Rx Written On:      01/05/2023


                            Prescription Electronically Signed
                            by ERICA L. EVERETT, APRN, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

MARK A. BARBER, DO

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               BARBER, MARK A. DO


        FUROSEMIDE 40MG TABLET
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         12/30/2022 13:15
        Start Date:         12/30/2022 13:15
        Auto Stop Date:     01/29/2023 13:15


        Duration:           30 Days
        Refills:            11  Before: 12/25/2023



        Rx Written On:      12/30/2022



        LOSARTAN 50MG TABLET #
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         12/30/2022 13:15
        Start Date:         12/30/2022 13:15
        Auto Stop Date:     12/25/2023 13:15
        Special
        Instructions:       NF# 896539A [INDEF]


        Duration:           30 Days
        Refills:            11  Before: 12/25/2023



        Rx Written On:      12/30/2022


                                    Prescription Electronically Signed
                                    by MARK A. BARBER, DO
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

DENE Y. BECK, APRN, FNP

PATIENT:         TIEDE,BERNHARDT I
                 3899 HWY 98
                 NEW BOSTON, TX  75570
MRN:             864378
User:            BECK, DENE Y. APRN, FNP


GLIPIZIDE 10MG TABLET
Sig:             2 x TABS ORAL EVERY MORNING
                 KOP
Order Date:      11/04/2022 14:08
Start Date:      11/04/2022 14:08
Auto Stop Date:  06/02/2023 14:08


Duration:        30 Days
Refills:         6   Before: 06/01/2023


Rx Written On:   11/03/2022


                      Prescription Electronically Signed
                      by DENE Y. BECK, APRN, FNP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ERICA L. EVERETT, APRN, FNP

PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               EVERETT, ERICA L. APRN, FNP


DULOXETINE DR 60MG CAPSULE
Sig:                1 x CAPS ORAL EVERY EVENING
                    KOP
Order Date:         10/24/2022 08:08
Start Date:         10/24/2022 08:08
Auto Stop Date:     04/22/2023 08:08


Duration:           30 Days
Refills:            5   Before: 04/22/2023



Rx Written On:      10/24/2022


                         Prescription Electronically Signed
                         by ERICA L. EVERETT, APRN, FNP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ERICA L. EVERETT, APRN, FNP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             EVERETT, ERICA L. APRN, FNP


IBUPROFEN 800MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY     TAKE AS NEEDED
                  KOP
Order Date:       10/24/2022 08:06
Start Date:       10/24/2022 08:06
Auto Stop Date:   12/23/2022 08:06


Duration:         30 Days
Refills:          1   Before: 12/23/2022



Rx Written On:    10/24/2022


                      Prescription Electronically Signed
                      by ERICA L. EVERETT, APRN, FNP
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAVAN  CHILUVOJU, DDS

```
PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               CHILUVOJU, PAVAN DDS


ACETAMINOPHEN 325MG TABLET
Sig:                2 x TABS ORAL 3 TIMES DAILY
                    KOP
Order Date:         10/19/2022 12:04
Start Date:         10/19/2022 12:04
Auto Stop Date:     10/29/2022 12:04


Duration:           10 Days
Refills:            None


Rx Written On:      10/19/2022


                        Prescription Electronically Signed
                        by PAVAN  CHILUVOJU, DDS
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

SABRINA H. PHUNG, DDS

```
        PATIENT:           TIEDE,BERNHARDT I
                           3899 HWY 98
                           NEW BOSTON, TX  75570
        MRN:               864378
        User:              PHUNG, SABRINA H. DDS


        ACETAMINOPHEN 325MG TABLET
        Sig:               2 x TABS ORAL 3 TIMES DAILY     TAKE AS NEEDED
                           KOP
        Order Date:        09/22/2022 08:13
        Start Date:        09/22/2022 08:13
        Auto Stop Date:    09/25/2022 08:13


        Duration:          3 Days
        Refills:           None


        Rx Written On:     09/22/2022


                              Prescription Electronically Signed
                              by SABRINA H. PHUNG, DDS
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

NATHANIEL R. ROBERTSON, MD


```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               NORTHCUTT, MICHELLE G. RN


        METOPROLOL 100MG TABLET
        Sig:                1 x TABS ORAL TWICE DAILY
                            KOP
        Order Date:         08/06/2022 01:24
        Start Date:         08/06/2022 01:24
        Auto Stop Date:     08/01/2023 01:24


        Duration:           30 Days
        Refills:            11  Before: 08/01/2023



        Rx Written On:      08/06/2022



        TERAZOSIN 10MG CAPSULE
        Sig:                1 x CAPS ORAL EVERY EVENING
                            KOP
        Order Date:         08/06/2022 01:24
        Start Date:         08/06/2022 01:24
        Auto Stop Date:     08/01/2023 01:24


        Duration:           30 Days
        Refills:            11  Before: 08/01/2023



        Rx Written On:      08/06/2022


     Electronically Signed by ROBERTSON, NATHANIEL R. MD on 08/13/2022.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


NATHANIEL R. ROBERTSON, MD




PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               NORTHCUTT, MICHELLE G. RN


FUROSEMIDE 20MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/06/2022 01:24
Start Date:         08/06/2022 01:24
Auto Stop Date:     08/01/2023 01:24


Duration:           30 Days
Refills:            11  Before: 08/01/2023



Rx Written On:      08/06/2022



ASPIRIN EC 81MG TABLET
Sig:                1 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         08/06/2022 01:25
Start Date:         08/06/2022 01:25
Auto Stop Date:     08/01/2023 01:25


Duration:           30 Days
Refills:            11  Before: 08/01/2023



Rx Written On:      08/06/2022


   Electronically Signed by ROBERTSON, NATHANIEL R. MD on 08/13/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

NATHANIEL R. ROBERTSON, MD

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BOYCE, ADRIENE L. RN


GEMFIBROZIL 600MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       07/30/2022 23:52
Start Date:       07/30/2022 23:52
Auto Stop Date:   07/25/2023 23:52


Duration:         30 Days
Refills:          11  Before: 07/25/2023



Rx Written On:    07/30/2022



metFORMIN HCL 1000MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       07/30/2022 23:52
Start Date:       07/30/2022 23:52
Auto Stop Date:   07/25/2023 23:52


Duration:         30 Days
Refills:          11  Before: 07/25/2023



Rx Written On:    07/30/2022


   Electronically Signed by ROBERTSON, NATHANIEL R. MD on 08/21/2022.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


NATHANIEL R. ROBERTSON, MD




PATIENT:           TIEDE,BERNHARDT I
                   3899 HWY 98
                   NEW BOSTON, TX  75570
MRN:               864378
User:              BOYCE, ADRIENE L. RN


AMLODIPINE 10MG TABLET
Sig:               1 x TABS ORAL EVERY MORNING
                   KOP
Order Date:        07/30/2022 23:52
Start Date:        07/30/2022 23:52
Auto Stop Date:    07/25/2023 23:52


Duration:          30 Days
Refills:           11  Before: 07/25/2023



Rx Written On:     07/30/2022


   Electronically Signed by ROBERTSON, NATHANIEL R. MD on 08/21/2022.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

CATHERINE I. NWANKWO, APRN, ANP

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               NWANKWO, CATHERINE I. APRN, ANP


        GLIPIZIDE 10MG TABLET
        Sig:                2 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         04/08/2022 14:08
        Start Date:         04/08/2022 14:08
        Auto Stop Date:     11/04/2022 14:08



        Duration:           30 Days
        Refills:            6   Before: 11/04/2022



        Rx Written On:      04/08/2022


                            Prescription Electronically Signed
                            by CATHERINE I. NWANKWO, APRN, ANP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

MARK A. BARBER, DO

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               BARBER, MARK A. DO


        DULOXETINE DR 60MG CAPSULE
        Sig:                1 x CAPS ORAL EVERY EVENING
                            KOP
        Order Date:         03/24/2022 10:47
        Start Date:         04/24/2022 10:47
        Auto Stop Date:     05/24/2022 10:47


        Duration:           30 Days
        Refills:            5   Before: 09/20/2022



        Rx Written On:      03/24/2022



        DULOXETINE DR 30MG CAPSULE
        Sig:                1 x CAPS ORAL EVERY EVENING
                            KOP
        Order Date:         03/24/2022 10:48
        Start Date:         03/24/2022 10:48
        Auto Stop Date:     04/23/2022 10:48


        Duration:           30 Days
        Refills:            None



        Rx Written On:      03/24/2022


                            Prescription Electronically Signed
                            by MARK A. BARBER, DO
```

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


MARK A. BARBER, DO




PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               BARBER, MARK A. DO


IBUPROFEN 800MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY     TAKE AS NEEDED
                    KOP
Order Date:         03/24/2022 10:48
Start Date:         03/24/2022 10:48
Auto Stop Date:     04/23/2022 10:48


Duration:           30 Days
Refills:            1   Before: 05/23/2022



Rx Written On:      03/24/2022



ACETAMINOPHEN 325MG TABLET
Sig:                2 x TABS ORAL 3 TIMES DAILY
                    KOP
Order Date:         03/24/2022 10:48
Start Date:         03/24/2022 10:48
Auto Stop Date:     04/23/2022 10:48


Duration:           30 Days
Refills:            None



Rx Written On:      03/24/2022


                        Prescription Electronically Signed
                        by MARK A. BARBER, DO

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

CATHERINE I. NWANKWO, APRN, ANP

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               NORTHCUTT, MICHELLE G. RN


        LOSARTAN 50MG TABLET #
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         02/18/2022 12:45
        Start Date:         02/18/2022 12:45
        Auto Stop Date:     02/13/2023 12:45
        Special
        Instructions:       NF# 896539A [INDEF]



        Duration:           30 Days
        Refills:            11  Before: 02/13/2023



        Rx Written On:      02/18/2022


   Electronically Signed by NWANKWO, CATHERINE I. APRN, ANP on 02/18/2022.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              WAGNER, PAMELA K. NP


IBUPROFEN 800MG TABLET
Sig:               1 x TABS ORAL TWICE DAILY
                   KOP
Order Date:        12/01/2021 13:01
Start Date:        12/01/2021 13:01
Auto Stop Date:    03/01/2022 13:01


Duration:          30 Days
Refills:           2   Before: 03/01/2022



Rx Written On:     12/01/2021


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


TRIAMCINOLONE 40MG/ML 1ML VIAL
Sig:                40 x MG INJECTION (MISC.) ONCE
Order Date:         10/27/2021 13:57
Start Date:         10/27/2021 13:57
Auto Stop Date:     10/28/2021 13:57
Special
Instructions:       IM


Duration:           1 Days
Refills:            None


Rx Written On:      10/27/2021


                         Prescription Electronically Signed
                         by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               MARTINEZ, TRACY D. LVN


        TRIAMCINOLONE 40MG/ML 1ML VIAL
        Sig:                40 x MG INJECTION (MISC.) ONCE
        Order Date:         10/27/2021 09:12
        Start Date:         10/27/2021 09:12
        Auto Stop Date:     10/28/2021 09:12

        CONFIRMED VERBAL ORDER

        Duration:           1 Days
        Refills:            None


        Rx Written On:      10/27/2021


    Electronically Signed by WAGNER, PAMELA K. NP on 10/27/2021.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


PREDNISONE 20MG TABLET
Sig:                2 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         10/27/2021 07:39
Start Date:         10/27/2021 07:39
Auto Stop Date:     11/01/2021 07:39


Duration:           5 Days
Refills:            None


Rx Written On:      10/27/2021


                          Prescription Electronically Signed
                          by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              OBI, JOSEPH C. NP


IBUPROFEN 800MG TABLET
Sig:               1 x TABS ORAL TWICE DAILY
                   KOP
Order Date:        09/01/2021 09:00
Start Date:        09/01/2021 09:00
Auto Stop Date:    10/01/2021 09:00


Duration:          30 Days
Refills:           2   Before: 11/30/2021



Rx Written On:     09/01/2021


                         Prescription Electronically Signed
                         by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              OBI, JOSEPH C. NP


GLIPIZIDE 10MG TABLET
Sig:               2 x TABS ORAL EVERY MORNING
                   KOP
Order Date:        08/24/2021 09:48
Start Date:        08/24/2021 09:48
Auto Stop Date:    09/23/2021 09:48


Duration:          30 Days
Refills:           6   Before: 03/22/2022


Rx Written On:     08/24/2021


                         Prescription Electronically Signed
                         by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              WAGNER, PAMELA K. NP


GEMFIBROZIL 600MG TABLET
Sig:               1 x TABS ORAL TWICE DAILY
                   KOP
Order Date:        08/04/2021 13:24
Start Date:        08/04/2021 13:24
Auto Stop Date:    09/03/2021 13:24


Duration:          30 Days
Refills:           11  Before: 07/30/2022



Rx Written On:     08/04/2021


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:          TIEDE,BERNHARDT I
                          899 FM 632
                          KENEDY, TX   78119
        MRN:              864378
        User:             WAGNER, PAMELA K. NP


        ASPIRIN EC 81MG TABLET
        Sig:              1 x TABS ORAL EVERY MORNING
                          KOP
        Order Date:       07/27/2021 14:45
        Start Date:       08/09/2021 14:45
        Auto Stop Date:   09/08/2021 14:45


        Duration:         30 Days
        Refills:          11  Before: 07/22/2022



        Rx Written On:    07/27/2021



        metFORMIN HCL 1000MG TABLET
        Sig:              1 x TABS ORAL TWICE DAILY
                          KOP
        Order Date:       07/27/2021 14:46
        Start Date:       07/30/2021 14:46
        Auto Stop Date:   08/29/2021 14:46


        Duration:         30 Days
        Refills:          11  Before: 07/22/2022



        Rx Written On:    07/27/2021


                                 Prescription Electronically Signed
                                 by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


TERAZOSIN 10MG CAPSULE
Sig:                1 x CAPS ORAL EVERY EVENING
                    KOP
Order Date:         07/27/2021 14:47
Start Date:         08/09/2021 14:47
Auto Stop Date:     09/08/2021 14:47


Duration:           30 Days
Refills:            11  Before: 07/22/2022



Rx Written On:      07/27/2021



FUROSEMIDE 20MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         07/27/2021 14:47
Start Date:         08/09/2021 14:47
Auto Stop Date:     09/08/2021 14:47


Duration:           30 Days
Refills:            11  Before: 07/22/2022



Rx Written On:      07/27/2021


                    Prescription Electronically Signed
                    by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


METOPROLOL 100MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       07/27/2021 14:49
Start Date:       08/09/2021 14:49
Auto Stop Date:   09/08/2021 14:49


Duration:         30 Days
Refills:          11  Before: 07/22/2022



Rx Written On:    07/27/2021



AMLODIPINE 10MG TABLET
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       07/27/2021 14:50
Start Date:       07/27/2021 14:50
Auto Stop Date:   08/26/2021 14:50


Duration:         30 Days
Refills:          11  Before: 07/22/2022



Rx Written On:    07/27/2021


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:              TIEDE,BERNHARDT I
                      899 FM 632
                      KENEDY, TX  78119
MRN:                  864378
User:                 WAGNER, PAMELA K. NP


ATORVASTATIN 20MG TABLET
Sig:                  1 x TABS ORAL EVERY EVENING
                      KOP
Order Date:           07/27/2021 14:50
Start Date:           07/27/2021 14:50
Auto Stop Date:       08/26/2021 14:50


Duration:             30 Days
Refills:              11  Before: 07/22/2022



Rx Written On:        07/27/2021



PREDNISONE 20MG TABLET
Sig:                  2 x TABS ORAL EVERY MORNING
                      KOP
Order Date:           07/27/2021 14:51
Start Date:           07/27/2021 14:51
Auto Stop Date:       08/01/2021 14:51


Duration:             5 Days
Refills:              None



Rx Written On:        07/27/2021


                           Prescription Electronically Signed
                           by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


SODIUM CL 0.65% NAS SPRAY 45ML
Sig:              1 x SPRAYS INTRANASAL 3 TIMES DAILY
                  KOP
Order Date:       07/27/2021 14:51
Start Date:       07/27/2021 14:51
Auto Stop Date:   08/26/2021 14:51


Duration:         30 Days
Refills:          2   Before: 10/25/2021



Rx Written On:    07/27/2021


                          Prescription Electronically Signed
                          by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               WAGNER, PAMELA K. NP


        PREDNISONE 20MG TABLET
        Sig:                2 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         06/14/2021 11:43
        Start Date:         06/14/2021 11:43
        Auto Stop Date:     06/19/2021 11:43


        Duration:           5 Days
        Refills:            None


        Rx Written On:      06/14/2021


                                Prescription Electronically Signed
                                by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

CYRIL C. ONYEMAECHI, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               ONYEMAECHI, CYRIL C. NP


        IBUPROFEN 800MG TABLET
        Sig:                1 x TABS ORAL TWICE DAILY
                            KOP
        Order Date:         05/19/2021 17:27
        Start Date:         05/19/2021 17:27
        Auto Stop Date:     06/18/2021 17:27


        Duration:           30 Days
        Refills:            2   Before: 08/17/2021



        Rx Written On:      05/19/2021


                            Prescription Electronically Signed
                            by CYRIL C. ONYEMAECHI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              PIEPRZICA, TRLICA L.V.N.


NOVOLIN R 100U/ML SS 10ML VIAL
Sig:               1 x UNITS SUBCUTANEOUS(SC) SLIDING SCALE
Order Date:        05/03/2021 15:37
Start Date:        05/03/2021 15:37
Auto Stop Date:    06/02/2021 15:37
Special
Instructions:      BS 150-200=2 UNITS, 201-250=4 UNITS, 251-300=6 UNITS, 301-350=8
                   UNITS, 351-400=10 UNITS, 401-450=12 UNITS, 451-500=14 UNITS,
                   >500 UA FOR KETONES CALL MD.


CONFIRMED VERBAL ORDER

Duration:          30 Days
Refills:           11  Before: 04/28/2022



Rx Written On:     05/03/2021


    Electronically Signed by WAGNER, PAMELA K. NP on 05/03/2021.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


PREDNISONE 20MG TABLET
Sig:              5 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       04/28/2021 09:40
Start Date:       04/28/2021 09:40
Auto Stop Date:   05/03/2021 09:40


Duration:         5 Days
Refills:          None


Rx Written On:    04/28/2021


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             OBI, JOSEPH C. NP


GLIPIZIDE 10MG TABLET
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       03/29/2021 14:49
Start Date:       03/29/2021 14:49
Auto Stop Date:   04/28/2021 14:49


Duration:         30 Days
Refills:          11  Before: 03/24/2022



Rx Written On:    03/29/2021


                          Prescription Electronically Signed
                          by JOSEPH C. OBI, NP
```

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             OBI, JOSEPH C. NP


NOVOLIN N 100U/ML 10ML VIAL
Sig:              15 x UNITS SUBCUTANEOUS(SC) EVERY EVENING
Order Date:       03/29/2021 14:34
Start Date:       03/29/2021 14:34
Auto Stop Date:   04/28/2021 14:34
Special
Instructions:     CHECK BLOOD SUGAR VIA FINGERSTICKS EVERY MORNING AND EVERY EVENIN
                  G


Duration:         30 Days
Refills:          11  Before: 03/24/2022


Rx Written On:    03/29/2021


                         Prescription Electronically Signed
                         by JOSEPH C. OBI, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               OBI, JOSEPH C. NP


        GLIPIZIDE 10MG TABLET
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         03/24/2021 13:39
        Start Date:         03/24/2021 13:39
        Auto Stop Date:     04/23/2021 13:39



        Duration:           30 Days
        Refills:            11  Before: 03/19/2022



        Rx Written On:      03/24/2021


                                 Prescription Electronically Signed
                                 by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             OBI, JOSEPH C. NP


VENLAFAXINE ER 75MG CAPSULE
Sig:              1 x CAPS ORAL AT BEDTIME
Order Date:       03/24/2021 13:37
Start Date:       03/24/2021 13:37
Auto Stop Date:   04/23/2021 13:37


Duration:         30 Days
Refills:          11  Before: 03/19/2022


Rx Written On:    03/24/2021


                        Prescription Electronically Signed
                        by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               OBI, JOSEPH C. NP


        POTASSIUM CL 20MEQ ER TABLET
        Sig:                1 x TABS ORAL EVERY MORNING
                            KOP
        Order Date:         03/24/2021 13:30
        Start Date:         03/24/2021 13:30
        Auto Stop Date:     03/29/2021 13:30


        Duration:           5 Days
        Refills:            None


        Rx Written On:      03/24/2021


                                    Prescription Electronically Signed
                                    by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JOSEPH C. OBI, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               OBI, JOSEPH C. NP


NOVOLIN N 100U/ML 10ML VIAL
Sig:                18 x UNITS SUBCUTANEOUS(SC) EVERY EVENING
Order Date:         03/24/2021 13:28
Start Date:         03/24/2021 13:28
Auto Stop Date:     04/23/2021 13:28
Special
Instructions:       TAKE WITH SUPPER


Duration:           30 Days
Refills:            11  Before: 03/19/2022




Rx Written On:      03/24/2021




NOVOLIN N 100U/ML 10ML VIAL
Sig:                40 x UNITS SUBCUTANEOUS(SC) EVERY MORNING
Order Date:         03/24/2021 13:28
Start Date:         03/24/2021 13:28
Auto Stop Date:     04/23/2021 13:28
Special
Instructions:       TAKE WITH BREAKFAST


Duration:           30 Days
Refills:            11  Before: 03/19/2022




Rx Written On:      03/24/2021


                               Prescription Electronically Signed
                               by JOSEPH C. OBI, NP
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


PREDNISONE 20MG TABLET
Sig:                2 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         03/15/2021 09:45
Start Date:         03/15/2021 09:45
Auto Stop Date:     03/20/2021 09:45


Duration:           5 Days
Refills:            None


Rx Written On:      03/15/2021


                         Prescription Electronically Signed
                         by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
         PATIENT:          TIEDE,BERNHARDT I
                           899 FM 632
                           KENEDY, TX  78119
         MRN:              864378
         User:             WAGNER, PAMELA K. NP


         PREDNISONE 20MG TABLET
         Sig:              2 x TABS ORAL EVERY MORNING
                           KOP
         Order Date:       03/11/2021 15:31
         Start Date:       03/11/2021 15:31
         Auto Stop Date:   03/16/2021 15:31



         Duration:         5 Days
         Refills:          None



         Rx Written On:    03/11/2021


                           Prescription Electronically Signed
                           by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:              TIEDE,BERNHARDT I
                              899 FM 632
                              KENEDY, TX   78119
        MRN:                  864378
        User:                 WAGNER, PAMELA K. NP


        LOSARTAN 50MG TABLET #
        Sig:                  1 x TABS ORAL EVERY MORNING
                              KOP
        Order Date:           02/16/2021 13:17
        Start Date:           02/16/2021 13:17
        Auto Stop Date:       03/18/2021 13:17
        Special
        Instructions:         NF #896539A INDEF



        Duration:             30 Days
        Refills:              11  Before: 02/11/2022



        Rx Written On:        02/16/2021


                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:            TIEDE,BERNHARDT I
                            899 FM 632
                            KENEDY, TX  78119
        MRN:                864378
        User:               WAGNER, PAMELA K. NP


        IBUPROFEN 800MG TABLET
        Sig:                1 x TABS ORAL TWICE DAILY
                            KOP
        Order Date:         02/02/2021 12:08
        Start Date:         02/16/2021 12:08
        Auto Stop Date:     03/18/2021 12:08


        Duration:           30 Days
        Refills:            2   Before: 05/03/2021



        Rx Written On:      02/02/2021


                            Prescription Electronically Signed
                            by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:           TIEDE,BERNHARDT I
                           899 FM 632
                           KENEDY, TX  78119
        MRN:               864378
        User:              WAGNER, PAMELA K. NP


        SODIUM CL 0.65% NAS SPRAY 45ML
        Sig:               1 x SPRAYS INTRANASAL 3 TIMES DAILY
                           KOP
        Order Date:        12/08/2020 09:10
        Start Date:        12/08/2020 09:10
        Auto Stop Date:    01/07/2021 09:10


        Duration:          30 Days
        Refills:           2   Before: 03/08/2021



        Rx Written On:     12/08/2020


                                Prescription Electronically Signed
                                by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


IBUPROFEN 800MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         11/17/2020 07:51
Start Date:         11/17/2020 07:51
Auto Stop Date:     12/17/2020 07:51


Duration:           30 Days
Refills:            2   Before: 02/15/2021



Rx Written On:      11/17/2020


                         Prescription Electronically Signed
                         by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:         TIEDE,BERNHARDT I
                         899 FM 632
                         KENEDY, TX   78119
        MRN:             864378
        User:            WAGNER, PAMELA K. NP


        GLIPIZIDE 10MG TABLET
        Sig:             1 x TABS ORAL TWICE DAILY
                         KOP
        Order Date:      08/20/2020 13:25
        Start Date:      08/20/2020 13:25
        Auto Stop Date:  09/19/2020 13:25


        Duration:        30 Days
        Refills:         11  Before: 08/15/2021



        Rx Written On:   08/20/2020


                         Prescription Electronically Signed
                         by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:          TIEDE,BERNHARDT I
                          899 FM 632
                          KENEDY, TX  78119
        MRN:              864378
        User:             WAGNER, PAMELA K. NP


        ATORVASTATIN 80MG TABLET
        Sig:              1 x TABS ORAL EVERY EVENING
                          KOP
        Order Date:       08/17/2020 10:30
        Start Date:       08/17/2020 10:30
        Auto Stop Date:   09/16/2020 10:30


        Duration:         30 Days
        Refills:          11  Before: 08/12/2021



        Rx Written On:    08/17/2020


                            Prescription Electronically Signed
                            by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


METOPROLOL 100MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/13/2020 14:58
Start Date:         08/13/2020 14:58
Auto Stop Date:     09/12/2020 14:58


Duration:           30 Days
Refills:            11  Before: 08/08/2021



Rx Written On:      08/13/2020



AMLODIPINE 10MG TABLET
Sig:                1 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         08/13/2020 14:58
Start Date:         08/13/2020 14:58
Auto Stop Date:     09/12/2020 14:58


Duration:           30 Days
Refills:            11  Before: 08/08/2021



Rx Written On:      08/13/2020


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




```
PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


IBUPROFEN 800MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/13/2020 14:59
Start Date:       08/13/2020 14:59
Auto Stop Date:   09/12/2020 14:59


Duration:         30 Days
Refills:          2   Before: 11/11/2020



Rx Written On:    08/13/2020




SODIUM CL 0.65% NAS SPRAY 45ML
Sig:              1 x SPRAYS INTRANASAL 3 TIMES DAILY
                  KOP
Order Date:       08/13/2020 14:59
Start Date:       08/13/2020 14:59
Auto Stop Date:   09/12/2020 14:59


Duration:         30 Days
Refills:          2   Before: 11/11/2020



Rx Written On:    08/13/2020


                       Prescription Electronically Signed
                       by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


METOPROLOL 100MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/13/2020 09:52
Start Date:       08/13/2020 09:52
Auto Stop Date:   09/12/2020 09:52


Duration:         30 Days
Refills:          11  Before: 08/08/2021



Rx Written On:    08/13/2020



TERAZOSIN 10MG CAPSULE
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       08/13/2020 09:53
Start Date:       08/13/2020 09:53
Auto Stop Date:   09/12/2020 09:53


Duration:         30 Days
Refills:          11  Before: 08/08/2021



Rx Written On:    08/13/2020


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


ASPIRIN EC 81MG TABLET
Sig:                1 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         08/13/2020 09:53
Start Date:         08/13/2020 09:53
Auto Stop Date:     09/12/2020 09:53


Duration:           30 Days
Refills:            11  Before: 08/08/2021



Rx Written On:      08/13/2020



FUROSEMIDE 20MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/13/2020 09:54
Start Date:         08/13/2020 09:54
Auto Stop Date:     09/12/2020 09:54


Duration:           30 Days
Refills:            11  Before: 08/08/2021



Rx Written On:      08/13/2020


                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP


PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


metFORMIN HCL 1000MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/03/2020 15:01
Start Date:       08/03/2020 15:01
Auto Stop Date:   09/02/2020 15:01


Duration:         30 Days
Refills:          11  Before: 07/29/2021



Rx Written On:    08/03/2020



GLIPIZIDE 10MG TABLET
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/03/2020 15:01
Start Date:       08/03/2020 15:01
Auto Stop Date:   09/02/2020 15:01


Duration:         30 Days
Refills:          11  Before: 07/29/2021



Rx Written On:    08/03/2020


                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

REGINALD G. SMITH, PA

```
PATIENT:         TIEDE,BERNHARDT I
                 899 FM 632
                 KENEDY, TX  78119
MRN:             864378
User:            SMITH, REGINALD G. PA


PROAIR HFA 90MCG INH 200PF
Sig:             2 x PUFFS INHALATION 4 TIMES DAILY    TAKE AS NEEDED
                 KOP
Order Date:      07/28/2020 10:55
Start Date:      07/28/2020 10:55
Auto Stop Date:  01/24/2021 10:55


Duration:        180 Days
Refills:         1  Before: 07/23/2021



Rx Written On:   07/28/2020


                         Prescription Electronically Signed
                         by REGINALD G. SMITH, PA
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

REGINALD G. SMITH, PA


PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             SMITH, REGINALD G. PA


METOPROLOL 100MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       07/28/2020 10:52
Start Date:       07/31/2020 10:52
Auto Stop Date:   08/30/2020 10:52


Duration:         30 Days
Refills:          11  Before: 07/23/2021



Rx Written On:    07/28/2020



TERAZOSIN 10MG CAPSULE
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       07/28/2020 10:52
Start Date:       07/31/2020 10:52
Auto Stop Date:   08/30/2020 10:52


Duration:         30 Days
Refills:          11  Before: 07/23/2021



Rx Written On:    07/28/2020


                          Prescription Electronically Signed
                          by REGINALD G. SMITH, PA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

REGINALD G. SMITH, PA

PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               SMITH, REGINALD G. PA

ASPIRIN EC 81MG TABLET
Sig:                1 x TABS ORAL EVERY MORNING
                    KOP
Order Date:         07/28/2020 10:53
Start Date:         07/31/2020 10:53
Auto Stop Date:     08/30/2020 10:53

Duration:           30 Days
Refills:            11  Before: 07/23/2021

Rx Written On:      07/28/2020

FUROSEMIDE 20MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         07/28/2020 10:53
Start Date:         07/31/2020 10:53
Auto Stop Date:     08/30/2020 10:53

Duration:           30 Days
Refills:            11  Before: 07/23/2021

Rx Written On:      07/28/2020

                         Prescription Electronically Signed
                         by REGINALD G. SMITH, PA

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

REGINALD G. SMITH, PA

PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             SMITH, REGINALD G. PA

AMLODIPINE 10MG TABLET
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       07/28/2020 10:54
Start Date:       07/31/2020 10:54
Auto Stop Date:   08/30/2020 10:54

Duration:         30 Days
Refills:          11  Before: 07/23/2021

Rx Written On:    07/28/2020

                        Prescription Electronically Signed
                        by REGINALD G. SMITH, PA

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              WAGNER, PAMELA K. NP


PROAIR HFA 90MCG INH 200PF
Sig:               2 x PUFFS INHALATION 4 TIMES DAILY     TAKE AS NEEDED
                   KOP
Order Date:        05/14/2020 09:32
Start Date:        05/14/2020 09:32
Auto Stop Date:    11/10/2020 09:32


Duration:          180 Days
Refills:           None


Rx Written On:     05/14/2020


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:           TIEDE,BERNHARDT I
                           899 FM 632
                           KENEDY, TX  78119
        MRN:               864378
        User:              WAGNER, PAMELA K. NP


        LOSARTAN 50MG TABLET #
        Sig:               1 x TABS ORAL DAILY
                           KOP
        Order Date:        02/11/2020 12:21
        Start Date:        02/11/2020 12:21
        Auto Stop Date:    03/12/2020 12:21
        Special
        Instructions:      #709088A INDEF


        Duration:          30 Days
        Refills:           11  Before: 02/05/2021


        Rx Written On:     02/11/2020


                           Prescription Electronically Signed
                           by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP

IBUPROFEN 800MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         02/10/2020 13:55
Start Date:         02/10/2020 13:55
Auto Stop Date:     03/11/2020 13:55

Duration:           30 Days
Refills:            None

Rx Written On:      02/10/2020

SODIUM CL 0.65% NAS SPRAY 45ML
Sig:                1 x SPRAYS INTRANASAL 3 TIMES DAILY
                    KOP
Order Date:         02/10/2020 14:09
Start Date:         02/10/2020 14:09
Auto Stop Date:     03/11/2020 14:09

Duration:           30 Days
Refills:            2   Before: 05/10/2020

Rx Written On:      02/10/2020

                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:          TIEDE,BERNHARDT I
                          899 FM 632
                          KENEDY, TX  78119
        MRN:              864378
        User:             WAGNER, PAMELA K. NP


        ATORVASTATIN 40MG TABLET
        Sig:              1 x TABS ORAL DAILY
                          KOP
        Order Date:       02/10/2020 13:49
        Start Date:       02/10/2020 13:49
        Auto Stop Date:   03/11/2020 13:49


        Duration:         30 Days
        Refills:          11  Before: 02/04/2021



        Rx Written On:    02/10/2020


                                Prescription Electronically Signed
                                by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

REGINALD G. SMITH, PA

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               SMITH, REGINALD G. PA


metFORMIN HCL 1000MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         01/14/2020 13:38
Start Date:         01/14/2020 13:38
Auto Stop Date:     02/13/2020 13:38


Duration:           30 Days
Refills:            11  Before: 01/08/2021



Rx Written On:      01/14/2020


                         Prescription Electronically Signed
                         by REGINALD G. SMITH, PA
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:          TIEDE,BERNHARDT I
                          899 FM 632
                          KENEDY, TX  78119
        MRN:              864378
        User:             WAGNER, PAMELA K. NP


        metFORMIN HCL 1000MG TABLET
        Sig:              1 x TABS ORAL TWICE DAILY
                          KOP
        Order Date:       01/10/2020 14:22
        Start Date:       01/10/2020 14:22
        Auto Stop Date:   02/09/2020 14:22


        Duration:         30 Days
        Refills:          11  Before: 01/04/2021



        Rx Written On:    01/10/2020


                            Prescription Electronically Signed
                            by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


ATORVASTATIN 10MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       10/11/2019 12:53
Start Date:       10/11/2019 12:53
Auto Stop Date:   11/10/2019 12:53


Duration:         30 Days
Refills:          11  Before: 10/05/2020


Rx Written On:    10/11/2019


                  Prescription Electronically Signed
                  by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


LOSARTAN 25MG TABLET #
Sig:                1 x TABS ORAL DAILY
                    KOP
Order Date:         08/30/2019 10:07
Start Date:         09/05/2019 10:07
Auto Stop Date:     10/05/2019 10:07
Special
Instructions:       NF # 896539A INDEF


Duration:           30 Days
Refills:            11  Before: 08/24/2020



Rx Written On:      08/30/2019



GLIPIZIDE 10MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/30/2019 10:09
Start Date:         08/30/2019 10:09
Auto Stop Date:     09/29/2019 10:09


Duration:           30 Days
Refills:            11  Before: 08/24/2020



Rx Written On:      08/30/2019


                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP


IBUPROFEN 600MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/30/2019 10:09
Start Date:       08/30/2019 10:09
Auto Stop Date:   09/29/2019 10:09


Duration:         30 Days
Refills:          1   Before: 10/29/2019



Rx Written On:    08/30/2019


                       Prescription Electronically Signed
                       by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
        PATIENT:          TIEDE,BERNHARDT I
                          899 FM 632
                          KENEDY, TX  78119
        MRN:              864378
        User:             WAGNER, PAMELA K. NP


        GLIPIZIDE 10MG TABLET
        Sig:              2 x TABS ORAL DAILY
                          KOP
        Order Date:       08/15/2019 09:24
        Start Date:       08/15/2019 09:24
        Auto Stop Date:   09/14/2019 09:24


        Duration:         30 Days
        Refills:          None


        Rx Written On:    08/15/2019


                          Prescription Electronically Signed
                          by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

```
PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP


metFORMIN HCL 1000MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/05/2019 10:52
Start Date:         08/05/2019 10:52
Auto Stop Date:     09/04/2019 10:52


Duration:           30 Days
Refills:            11  Before: 07/30/2020



Rx Written On:      08/05/2019



GLIPIZIDE 10MG TABLET
Sig:                1 x TABS ORAL DAILY
                    KOP
Order Date:         08/05/2019 10:53
Start Date:         08/05/2019 10:53
Auto Stop Date:     09/04/2019 10:53


Duration:           30 Days
Refills:            11  Before: 07/30/2020



Rx Written On:      08/05/2019


                         Prescription Electronically Signed
                         by PAMELA K. WAGNER, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:           TIEDE,BERNHARDT I
                   899 FM 632
                   KENEDY, TX  78119
MRN:               864378
User:              WAGNER, PAMELA K. NP


ATORVASTATIN 20MG TABLET
Sig:               1 x TABS ORAL DAILY
                   KOP
Order Date:        08/05/2019 10:54
Start Date:        08/05/2019 10:54
Auto Stop Date:    09/04/2019 10:54


Duration:          30 Days
Refills:           11  Before: 07/30/2020



Rx Written On:     08/05/2019



PROVENTIL HFA 90MCG INH 200PF
Sig:               2 x PUFFS INHALATION 4 TIMES DAILY     TAKE AS NEEDED
                   KOP
Order Date:        08/05/2019 10:55
Start Date:        08/05/2019 10:55
Auto Stop Date:    11/03/2019 10:55


Duration:          90 Days
Refills:           3   Before: 07/30/2020



Rx Written On:     08/05/2019


                        Prescription Electronically Signed
                        by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

PATIENT:            TIEDE,BERNHARDT I
                    899 FM 632
                    KENEDY, TX  78119
MRN:                864378
User:               WAGNER, PAMELA K. NP

METOPROLOL 100MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/05/2019 10:55
Start Date:         08/05/2019 10:55
Auto Stop Date:     09/04/2019 10:55

Duration:           30 Days
Refills:            11  Before: 07/30/2020

Rx Written On:      08/05/2019

TERAZOSIN 10MG CAPSULE
Sig:                1 x CAPS ORAL DAILY
                    KOP
Order Date:         08/05/2019 10:56
Start Date:         08/05/2019 10:56
Auto Stop Date:     09/04/2019 10:56

Duration:           30 Days
Refills:            11  Before: 07/30/2020

Rx Written On:      08/05/2019

                    Prescription Electronically Signed
                    by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

PAMELA K. WAGNER, NP

PATIENT:          TIEDE,BERNHARDT I
                  899 FM 632
                  KENEDY, TX  78119
MRN:              864378
User:             WAGNER, PAMELA K. NP

ASPIRIN EC 81MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       08/05/2019 10:56
Start Date:       08/05/2019 10:56
Auto Stop Date:   09/04/2019 10:56

Duration:         30 Days
Refills:          11  Before: 07/30/2020

Rx Written On:    08/05/2019

FUROSEMIDE 20MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/05/2019 10:57
Start Date:       08/05/2019 10:57
Auto Stop Date:   09/04/2019 10:57

Duration:         30 Days
Refills:          11  Before: 07/30/2020

Rx Written On:    08/05/2019

                          Prescription Electronically Signed
                          by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


PAMELA K. WAGNER, NP




PATIENT:              TIEDE,BERNHARDT I
                      899 FM 632
                      KENEDY, TX  78119
MRN:                  864378
User:                 WAGNER, PAMELA K. NP


LOSARTAN 25MG TABLET #
Sig:                  1 x TABS ORAL DAILY
                      KOP
Order Date:           08/05/2019 10:58
Start Date:           08/05/2019 10:58
Auto Stop Date:       09/04/2019 10:58
Special
Instructions:         NF # 864378 INDEF


Duration:             30 Days
Refills:              None


Rx Written On:        08/05/2019




AMLODIPINE 10MG TABLET
Sig:                  1 x TABS ORAL EVERY MORNING
                      KOP
Order Date:           08/05/2019 10:58
Start Date:           08/05/2019 10:58
Auto Stop Date:       09/04/2019 10:58


Duration:             30 Days
Refills:              11  Before: 07/30/2020


Rx Written On:        08/05/2019


                              Prescription Electronically Signed
                              by PAMELA K. WAGNER, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             WALDEN, LINDA L. D.O.


IBUPROFEN 400MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       04/11/2019 14:07
Start Date:       04/11/2019 14:07
Auto Stop Date:   05/11/2019 14:07
Diagnosis:        OA


Duration:         30 Days
Refills:          2   Before: 07/10/2019



Rx Written On:    04/11/2019


                        Prescription Electronically Signed
                        by LINDA L. WALDEN, D.O.
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             WALDEN, LINDA L. D.O.


ATORVASTATIN 20MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       10/30/2018 13:41
Start Date:       10/30/2018 13:41
Auto Stop Date:   11/29/2018 13:41
Diagnosis:        hld


Duration:         30 Days
Refills:          11  Before: 10/25/2019



Rx Written On:    10/30/2018



BODY LOTION
Sig:              1 x APPLICS TOPICALLY DAILY
                  KOP
Order Date:       10/30/2018 13:41
Start Date:       10/30/2018 13:41
Auto Stop Date:   01/28/2019 13:41
Diagnosis:        cracked feet


Duration:         90 Days
Refills:          None



Rx Written On:    10/30/2018


                          Prescription Electronically Signed
                          by LINDA L. WALDEN, D.O.
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

JANET M. RUSSELL, PA-C

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             RUSSELL, JANET M. PA-C


PROVENTIL HFA 90MCG INH 200PF
Sig:              2 x PUFFS INHALATION 4 TIMES DAILY    TAKE AS NEEDED
                  KOP
Order Date:       08/29/2018 13:49
Start Date:       08/31/2018 13:49
Auto Stop Date:   11/29/2018 13:49


Duration:         90 Days
Refills:          3   Before: 08/24/2019



Rx Written On:    08/29/2018


                        Prescription Electronically Signed
                        by JANET M. RUSSELL, PA-C
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMMIE L. BARKER, RN, FNP-BC

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARKER, JAMMIE L. RN, FNP-BC


GLIPIZIDE 10MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/14/2018 14:06
Start Date:       08/14/2018 14:06
Auto Stop Date:   09/13/2018 14:06


Duration:         30 Days
Refills:          11  Before: 08/09/2019



Rx Written On:    08/14/2018


                        Prescription Electronically Signed
                        by JAMMIE L. BARKER, RN, FNP-BC
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMMIE L. BARKER, RN, FNP-BC

```
PATIENT:           TIEDE,BERNHARDT I
                   3899 HWY 98
                   NEW BOSTON, TX  75570
MRN:               864378
User:              BARKER, JAMMIE L. RN, FNP-BC


LOSARTAN 25MG TABLET #
Sig:               1 x TABS ORAL DAILY
                   KOP
Order Date:        08/05/2018 17:16
Start Date:        08/05/2018 17:16
Auto Stop Date:    09/04/2018 17:16
Special
Instructions:      [INDEF]   NF#  869539A


Duration:          30 Days
Refills:           11  Before: 07/31/2019



Rx Written On:     08/05/2018



ASPIRIN EC 81MG TABLET
Sig:               1 x TABS ORAL DAILY
                   KOP
Order Date:        08/05/2018 17:17
Start Date:        08/05/2018 17:17
Auto Stop Date:    09/04/2018 17:17


Duration:          30 Days
Refills:           11  Before: 07/31/2019



Rx Written On:     08/05/2018


                        Prescription Electronically Signed
                        by JAMMIE L. BARKER, RN, FNP-BC
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JAMMIE L. BARKER, RN, FNP-BC




PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARKER, JAMMIE L. RN, FNP-BC


metFORMIN HCL 1000MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/05/2018 17:17
Start Date:       08/05/2018 17:17
Auto Stop Date:   09/04/2018 17:17


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018



GLIPIZIDE 10MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       08/05/2018 17:18
Start Date:       08/05/2018 17:18
Auto Stop Date:   09/04/2018 17:18


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018


                        Prescription Electronically Signed
                        by JAMMIE L. BARKER, RN, FNP-BC

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JAMMIE L. BARKER, RN, FNP-BC




```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARKER, JAMMIE L. RN, FNP-BC


TERAZOSIN 10MG CAPSULE
Sig:              1 x CAPS ORAL EVERY EVENING
                  KOP
Order Date:       08/05/2018 17:18
Start Date:       08/05/2018 17:18
Auto Stop Date:   09/04/2018 17:18


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018




FUROSEMIDE 20MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/05/2018 17:19
Start Date:       08/05/2018 17:19
Auto Stop Date:   09/04/2018 17:19


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018
```

Prescription Electronically Signed
by JAMMIE L. BARKER, RN, FNP-BC

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JAMMIE L. BARKER, RN, FNP-BC



```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARKER, JAMMIE L. RN, FNP-BC


METOPROLOL 100MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/05/2018 17:20
Start Date:       08/05/2018 17:20
Auto Stop Date:   09/04/2018 17:20


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018



AMLODIPINE 10MG TABLET
Sig:              1 x TABS ORAL EVERY MORNING
                  KOP
Order Date:       08/05/2018 17:21
Start Date:       08/05/2018 17:21
Auto Stop Date:   09/04/2018 17:21


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018


                        Prescription Electronically Signed
                        by JAMMIE L. BARKER, RN, FNP-BC
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JAMMIE L. BARKER, RN, FNP-BC




PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             BARKER, JAMMIE L. RN, FNP-BC


PRAVASTATIN 20MG TABLET
Sig:              1 x TABS ORAL EVERY EVENING
                  KOP
Order Date:       08/05/2018 17:22
Start Date:       08/05/2018 17:22
Auto Stop Date:   09/04/2018 17:22


Duration:         30 Days
Refills:          11  Before: 07/31/2019



Rx Written On:    08/05/2018


                        Prescription Electronically Signed
                        by JAMMIE L. BARKER, RN, FNP-BC

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMMIE L. BARKER, RN, FNP-BC

```
         PATIENT:              TIEDE,BERNHARDT I
                               3899 HWY 98
                               NEW BOSTON, TX  75570
         MRN:                  864378
         User:                 ROBERTS, STEVEN L. R.N.


         metFORMIN HCL 1000MG TABLET
         Sig:                  1 x TABS ORAL TWICE DAILY
                               KOP
         Order Date:           08/05/2018 07:22
         Start Date:           08/05/2018 07:22
         Auto Stop Date:       09/04/2018 07:22

         CONFIRMED VERBAL ORDER

         Duration:             30 Days
         Refills:              11  Before: 07/31/2019




         Rx Written On:        08/05/2018




         GLIPIZIDE 10MG TABLET
         Sig:                  1 x TABS ORAL TWICE DAILY
                               KOP
         Order Date:           08/05/2018 07:22
         Start Date:           08/05/2018 07:22
         Auto Stop Date:       09/04/2018 07:22

         CONFIRMED VERBAL ORDER

         Duration:             30 Days
         Refills:              11  Before: 07/31/2019




         Rx Written On:        08/05/2018


     Electronically Signed by BARKER, JAMMIE L. RN, FNP-BC on 08/05/2018.
  ##And No Others##
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             WALDEN, LINDA L. D.O.


FUROSEMIDE 20MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       04/05/2018 15:04
Start Date:       04/05/2018 15:04
Auto Stop Date:   05/05/2018 15:04
Diagnosis:        edema, HTN


Duration:         30 Days
Refills:          11  Before: 03/31/2019


Rx Written On:    04/05/2018


                        Prescription Electronically Signed
                        by LINDA L. WALDEN, D.O.
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JANET M. MORELAND, PA-C

```
        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             MORELAND, JANET M. PA-C


        METOPROLOL 100MG TABLET
        Sig:              1 x TABS ORAL TWICE DAILY
                          KOP
        Order Date:       03/16/2018 16:26
        Start Date:       03/25/2018 16:26
        Auto Stop Date:   04/24/2018 16:26


        Duration:         30 Days
        Refills:          11  Before: 03/11/2019



        Rx Written On:    03/16/2018


                                Prescription Electronically Signed
                                by JANET M. MORELAND, PA-C
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
PATIENT:           TIEDE,BERNHARDT I
                   3899 HWY 98
                   NEW BOSTON, TX  75570
MRN:               864378
User:              WALDEN, LINDA L. D.O.


LOSARTAN 25MG TABLET #
Sig:               1 x TABS ORAL DAILY
                   KOP
Order Date:        03/01/2018 10:38
Start Date:        03/01/2018 10:38
Auto Stop Date:    03/31/2018 10:38
Diagnosis:         htn
Special
Instructions:      NF 869539A INDEFINATE


Duration:          30 Days
Refills:           11  Before: 02/24/2019




Rx Written On:     03/01/2018




PRAVASTATIN 20MG TABLET
Sig:               1 x TABS ORAL EVERY EVENING
                   KOP
Order Date:        03/01/2018 10:40
Start Date:        03/01/2018 10:40
Auto Stop Date:    03/31/2018 10:40
Diagnosis:         hld


Duration:          30 Days
Refills:           11  Before: 02/24/2019




Rx Written On:     03/01/2018


                          Prescription Electronically Signed
                          by LINDA L. WALDEN, D.O.
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


LINDA L. WALDEN, D.O.



PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               WALDEN, LINDA L. D.O.


LORATADINE 10MG TABLET
Sig:                1 x TABS ORAL DAILY
                    KOP
Order Date:         03/01/2018 10:40
Start Date:         03/01/2018 10:40
Auto Stop Date:     03/31/2018 10:40
Diagnosis:          allergic rhinits


Duration:           30 Days
Refills:            2   Before: 05/30/2018



Rx Written On:      03/01/2018




SODIUM CL 0.65% NAS SPRAY 45ML
Sig:                1 x SPRAYS INTRANASAL 3 TIMES DAILY
                    KOP
Order Date:         03/01/2018 10:41
Start Date:         03/01/2018 10:41
Auto Stop Date:     03/31/2018 10:41
Diagnosis:          allergic rhinitis


Duration:           30 Days
Refills:            2   Before: 05/30/2018



Rx Written On:      03/01/2018



                              Prescription Electronically Signed
                              by LINDA L. WALDEN, D.O.

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMIE L. MARTIN, NP

```
        PATIENT:             TIEDE,BERNHARDT I
                             3899 HWY 98
                             NEW BOSTON, TX  75570
        MRN:                 864378
        User:                THOMPSON, SARA A. CCA


        LOSARTAN 25MG TABLET #
        Sig:                 1 x TABS ORAL DAILY
        Order Date:          02/20/2018 15:43
        Start Date:          02/27/2018 00:01
        Auto Stop Date:      03/29/2018 00:01
        Special
        Instructions:        NF#869539A----INDEFINITE


        Duration:            30 Days
        Refills:             11  Before: 02/15/2019



        Rx Written On:       02/20/2018


    Electronically Signed by MARTIN, JAMIE L. NP on 02/20/2018.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JANET M. MORELAND, PA-C

```
        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             MORELAND, JANET M. PA-C


        TERAZOSIN 10MG CAPSULE
        Sig:              1 x CAPS ORAL EVERY EVENING
                          KOP
        Order Date:       10/13/2017 13:54
        Start Date:       10/13/2017 13:54
        Auto Stop Date:   11/12/2017 13:54


        Duration:         30 Days
        Refills:          11  Before: 10/08/2018



        Rx Written On:    10/13/2017


                          Prescription Electronically Signed
                          by JANET M. MORELAND, PA-C
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JANET M. MORELAND, PA-C

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             MORELAND, JANET M. PA-C


PROVENTIL HFA 90MCG INH 200PF
Sig:              2 x PUFFS INHALATION 4 TIMES DAILY    TAKE AS NEEDED
                  KOP
Order Date:       09/05/2017 18:12
Start Date:       09/05/2017 18:12
Auto Stop Date:   12/04/2017 18:12


Duration:         90 Days
Refills:          3   Before: 08/31/2018


Rx Written On:    09/05/2017


ASPIRIN EC 81MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       09/05/2017 18:12
Start Date:       09/05/2017 18:12
Auto Stop Date:   10/05/2017 18:12


Duration:         30 Days
Refills:          11  Before: 08/31/2018


Rx Written On:    09/05/2017


                          Prescription Electronically Signed
                          by JANET M. MORELAND, PA-C
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMMIE L. BARKER, RN, FNP-BC

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               BARKER, JAMMIE L. RN, FNP-BC


        AMLODIPINE 10MG TABLET
        Sig:                1 x TABS ORAL DAILY
                            KOP
        Order Date:         08/11/2017 14:19
        Start Date:         08/11/2017 14:19
        Auto Stop Date:     09/10/2017 14:19


        Duration:           30 Days
        Refills:            11  Before: 08/06/2018



        Rx Written On:      08/11/2017



        PRAVASTATIN 10MG TABLET
        Sig:                1 x TABS ORAL EVERY EVENING
                            KOP
        Order Date:         08/11/2017 14:20
        Start Date:         08/11/2017 14:20
        Auto Stop Date:     09/10/2017 14:20


        Duration:           30 Days
        Refills:            11  Before: 08/06/2018



        Rx Written On:      08/11/2017


                            Prescription Electronically Signed
                            by JAMMIE L. BARKER, RN, FNP-BC
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMIE L. MARTIN, NP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             MARTIN, JAMIE L. NP


hydroCHLOROthiazide 25MG TAB
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       08/04/2017 10:04
Start Date:       08/07/2017 10:04
Auto Stop Date:   09/06/2017 10:04


Duration:         30 Days
Refills:          11  Before: 07/30/2018



Rx Written On:    08/04/2017



GLIPIZIDE 10MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/04/2017 10:05
Start Date:       08/07/2017 10:05
Auto Stop Date:   09/06/2017 10:05


Duration:         30 Days
Refills:          11  Before: 07/30/2018



Rx Written On:    08/04/2017


                       Prescription Electronically Signed
                       by JAMIE L. MARTIN, NP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


JAMIE L. MARTIN, NP




PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             MARTIN, JAMIE L. NP


metFORMIN HCL 1000MG TABLET
Sig:              1 x TABS ORAL TWICE DAILY
                  KOP
Order Date:       08/04/2017 10:06
Start Date:       08/07/2017 10:06
Auto Stop Date:   09/06/2017 10:06


Duration:         30 Days
Refills:          11  Before: 07/30/2018



Rx Written On:    08/04/2017


                        Prescription Electronically Signed
                        by JAMIE L. MARTIN, NP

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JANET M. MORELAND, PA-C

```
PATIENT:           TIEDE,BERNHARDT I
                   3899 HWY 98
                   NEW BOSTON, TX  75570
MRN:               864378
User:              MORELAND, JANET M. PA-C


METOPROLOL 100MG TABLET
Sig:               1 x TABS ORAL TWICE DAILY
                   KOP
Order Date:        03/30/2017 17:03
Start Date:        03/30/2017 17:03
Auto Stop Date:    04/29/2017 17:03


Duration:          30 Days
Refills:           11  Before: 03/25/2018



Rx Written On:     03/30/2017



LORATADINE 10MG TABLET
Sig:               1 x TABS ORAL DAILY       TAKE AS NEEDED
                   KOP
Order Date:        03/30/2017 17:03
Start Date:        03/30/2017 17:03
Auto Stop Date:    04/29/2017 17:03


Duration:          30 Days
Refills:           2   Before: 06/28/2017



Rx Written On:     03/30/2017


                        Prescription Electronically Signed
                        by JANET M. MORELAND, PA-C
```

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               THOMPSON, SARA A. CCA


        LOSARTAN 25MG TABLET #
        Sig:                1 x TABS ORAL DAILY
        Order Date:         02/28/2017 16:04
        Start Date:         03/03/2017 00:01
        Auto Stop Date:     04/02/2017 00:01
        Special
        Instructions:       NF#773391A---SEE APPROVAL FOR COMMENTS


        Duration:           30 Days
        Refills:            11  Before: 02/23/2018



        Rx Written On:      02/28/2017


    Electronically Signed by WALDEN, LINDA L. D.O. on 03/01/2017.
  ##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.

```
        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             WALDEN, LINDA L. D.O.


        TERAZOSIN 5MG CAPSULE
        Sig:              1 x CAPS ORAL EVERY EVENING
                          KOP
        Order Date:       02/28/2017 15:18
        Start Date:       02/28/2017 15:18
        Auto Stop Date:   03/30/2017 15:18
        Diagnosis:        bph, htn


        Duration:         30 Days
        Refills:          11  Before: 02/23/2018



        Rx Written On:    02/28/2017


                          Prescription Electronically Signed
                          by LINDA L. WALDEN, D.O.
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

LINDA L. WALDEN, D.O.


PATIENT:              TIEDE,BERNHARDT I
                      3899 HWY 98
                      NEW BOSTON, TX  75570
MRN:                  864378
User:                 WALDEN, LINDA L. D.O.


TRIAMCINOLONE 0.025% CRM 15GM
Sig:                  1 x APPLICS TOPICALLY TWICE DAILY
                      KOP
Order Date:           10/31/2016 11:15
Start Date:           10/31/2016 11:15
Auto Stop Date:       11/10/2016 11:15
Diagnosis:            neck dermatitis
Special
Instructions:         APPLY THIN LAYER SPARINGLY.


Duration:             10 Days
Refills:              None


Rx Written On:        10/31/2016


CALAMINE LOTION 6OZ
Sig:                  1 x APPLICS TOPICALLY 3 TIMES DAILY
                      KOP
Order Date:           10/31/2016 11:16
Start Date:           10/31/2016 11:16
Auto Stop Date:       11/07/2016 11:16
Diagnosis:            neck dermatitis


Duration:             7 Days
Refills:              None


Rx Written On:        10/31/2016


                              Prescription Electronically Signed
                              by LINDA L. WALDEN, D.O.

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JAMMIE L. BARKER, RN, FNP-BC

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               JONES, BARBARA A. L.V.N.


        NP-TOLNAFTATE 1% CREAM 15GM
        Sig:                1 x APPLICS TOPICALLY TWICE DAILY
        Order Date:         10/27/2016 20:20
        Start Date:         10/27/2016 20:20
        Auto Stop Date:     11/26/2016 20:20
        Special
        Instructions:       NURSING PROTOCOL. DO NOT SEND.


        Duration:           30 Days
        Refills:            None


        Rx Written On:      10/27/2016


    Electronically Signed by BARKER, JAMMIE L. RN, FNP-BC on 10/30/2016.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

JANET M. MORELAND, PA-C


        PATIENT:          TIEDE,BERNHARDT I
                          3899 HWY 98
                          NEW BOSTON, TX  75570
        MRN:              864378
        User:             MORELAND, JANET M. PA-C


        PROVENTIL HFA 90MCG INH 200PF
        Sig:              2 x PUFFS INHALATION 4 TIMES DAILY    TAKE AS NEEDED
                          KOP
        Order Date:       09/09/2016 09:28
        Start Date:       09/09/2016 09:28
        Auto Stop Date:   12/08/2016 09:28


        Duration:         90 Days
        Refills:          3   Before: 09/04/2017



        Rx Written On:    09/09/2016



        ASPIRIN EC 81MG TABLET
        Sig:              1 x TABS ORAL DAILY
                          KOP
        Order Date:       09/09/2016 09:29
        Start Date:       09/09/2016 09:29
        Auto Stop Date:   10/09/2016 09:29


        Duration:         30 Days
        Refills:          11  Before: 09/04/2017



        Rx Written On:    09/09/2016


                              Prescription Electronically Signed
                              by JANET M. MORELAND, PA-C

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

KAREN L. SEITZ, FNP

```
       PATIENT:            TIEDE,BERNHARDT I
                           3899 HWY 98
                           NEW BOSTON, TX  75570
       MRN:                864378
       User:               SEITZ, KAREN L. FNP


       AMLODIPINE 10MG TABLET
       Sig:                1 x TABS ORAL DAILY
                           KOP
       Order Date:         08/17/2016 07:35
       Start Date:         08/17/2016 07:35
       Auto Stop Date:     09/16/2016 07:35


       Duration:           30 Days
       Refills:            11  Before: 08/12/2017



       Rx Written On:      08/17/2016


                           Prescription Electronically Signed
                           by KAREN L. SEITZ, FNP
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

KAREN L. SEITZ, FNP

```
        PATIENT:            TIEDE,BERNHARDT I
                            3899 HWY 98
                            NEW BOSTON, TX  75570
        MRN:                864378
        User:               WILBANKS, CYNTHIA M. L.V.N.


        PRAVASTATIN 10MG TABLET
        Sig:                1 x TABS ORAL AT BEDTIME
                            KOP
        Order Date:         08/17/2016 07:32
        Start Date:         08/17/2016 07:32
        Auto Stop Date:     09/16/2016 07:32


        Duration:           30 Days
        Refills:            11  Before: 08/12/2017



        Rx Written On:      08/17/2016


    Electronically Signed by SEITZ, KAREN L. FNP on 08/18/2016.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

KAREN L. SEITZ, FNP

```
PATIENT:          TIEDE,BERNHARDT I
                  3899 HWY 98
                  NEW BOSTON, TX  75570
MRN:              864378
User:             WILBANKS, CYNTHIA M. L.V.N.


hydroCHLOROthiazide 25MG TAB
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       08/12/2016 16:56
Start Date:       08/12/2016 16:56
Auto Stop Date:   09/11/2016 16:56


Duration:         30 Days
Refills:          11  Before: 08/07/2017




Rx Written On:    08/12/2016




LISINOPRIL 20MG TABLET
Sig:              1 x TABS ORAL DAILY
                  KOP
Order Date:       08/12/2016 16:56
Start Date:       08/12/2016 16:56
Auto Stop Date:   09/11/2016 16:56


Duration:         30 Days
Refills:          11  Before: 08/07/2017




Rx Written On:    08/12/2016


    Electronically Signed by SEITZ, KAREN L. FNP on 08/16/2016.
##And No Others##
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


KAREN L. SEITZ, FNP




PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               WILBANKS, CYNTHIA M. L.V.N.


metFORMIN HCL 1000MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/12/2016 16:57
Start Date:         08/12/2016 16:57
Auto Stop Date:     09/11/2016 16:57


Duration:           30 Days
Refills:            11  Before: 08/07/2017



Rx Written On:      08/12/2016



GLIPIZIDE 10MG TABLET
Sig:                1 x TABS ORAL TWICE DAILY
                    KOP
Order Date:         08/12/2016 16:57
Start Date:         08/12/2016 16:57
Auto Stop Date:     09/11/2016 16:57


Duration:           30 Days
Refills:            11  Before: 08/07/2017



Rx Written On:      08/12/2016


    Electronically Signed by SEITZ, KAREN L. FNP on 08/16/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM


KAREN L. SEITZ, FNP




PATIENT:            TIEDE,BERNHARDT I
                    3899 HWY 98
                    NEW BOSTON, TX  75570
MRN:                864378
User:               WILBANKS, CYNTHIA M. L.V.N.


GUANFACINE 2MG TABLET
Sig:                1 x TABS ORAL AT BEDTIME
Order Date:         08/12/2016 16:59
Start Date:         08/12/2016 16:59
Auto Stop Date:     09/11/2016 16:59


Duration:           30 Days
Refills:            11  Before: 08/07/2017



Rx Written On:      08/12/2016


   Electronically Signed by SEITZ, KAREN L. FNP on 08/16/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

Imported From UTMB - Galveston Lab System

---

```
Patient Name  : TIEDE, BERNHARDT
Patient Id    : 864378
Patient Phone :
Date of Birth : 08/02/1958
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician    : WAGNER, PAMELA
Facility     : CONNALLY (CY)
               899 FM 632
               KENEDY TX  78119
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: R1547026       Requisition: 219913638
Imaged:11/02/21 06:44   Reported: 11/02/21 07:16
```

Procedure: XR KNEE <3 VW LEFT

NARRATIVE
    XR KNEE <3 VW LEFT

    INDICATION: 2+/3+ SWELLING. NO WARMTH ERYTHEMA OR DRAINAGE. DENIES INJURY
    OR TRAUMA. PT AMBULATES W/OUT ASSISTANCE.

    COMPARISON: None

    FINDINGS:

    Moderate tricompartmental osteoarthrosis. Large knee joint effusion. Mild
    diffuse soft tissue swelling. No acute fracture or dislocation.

IMPRESSION
    IMPRESSION:

    Soft tissue swelling without acute osseous abnormality.

    Large knee joint effusion.

    Osteoarthrosis.

Interpreted by: TRIEU, BRIAN J.  NPI: 1912392283

---

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

## CORRECTIONAL MANAGED HEALTH CARE
## RADIOLOGY REPORT

Patient Name: TIEDE, BERNHARDT I          Date Transcribed: 03/05/2018 14:07
TDCJ#:864378                              Facility:  TELFORD (TO)
Typist Name:  GANEM, SONYA M. RHIA

Age: 59                    DOB: 08/02/1958              DOI: 3/26/1999
Sex:  male                 Race: WHITE

# Department of Radiology
**The University of Texas Medical Branch Hospitals**
**Galveston, TX 77555**
**Phone: (409) 747-7000**
**Fax: (409) 747-2850**
**PATIENT:** Tiede, Bernhardt
**DATE OF BIRTH:** 08/02/1958
**DATE OF EXAM:** 3/5/2018 9:47:00 AM
**PATIENT #:** 0864378
**EXAM ID #:** 8303989
**REFERRING PHYSICIAN:**
LINDA L WALDEN
3899 STATE HWY 98
NEW BOSTON, TX 75570
OFFICIAL COPY
EXAM: CHEST, 2 VIEWSHISTORY:
HX COPD. WHEEZE IN RT LUNG ON EXAM. COUGH X4 DAYS W/ALLERGIC
RHINITIS,
R/O PNEUMONIA OR ANY OTHER LUNG ABNORMALITY.
COMPARISON: None.
FINDINGS:
The lungs are clear. No pleural effusion or pneumothorax is identified. No
hilar
adenopathy is recognized. The heart size is normal. No acute bony
abnormalities
are detected.
IMPRESSION:
Unremarkable chest radiograph.
I, Dr. Luba Frank, have personally reviewed the images and agree with the
resident's interpretation and all modifications listed above.
SAMUEL THOMAS GATZERT, MD
Personally interpreted by:
LUBA FRANK, MD /signed by/ LUBA FRANK, MD
Department of Radiology
The University of Texas Medical Branch
Last edited on: 3/5/2018 2:05:00 PM
Finalized on: 3/5/2018 2:05:00 PM

Electronically Signed by WALDEN, LINDA L. D.O. on 03/08/2018.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

================================================================================
CCC CHRONIC CLINIC REMINDER
Entered On: 08/04/2023 15:41:58
Entered By: MCADAMS, DONNA G.

CCC NIDDM, HTN, HLD

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

==========================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 07/03/2023 15:59:58
Entered By: ARMSTRONG, REBECCA H. LVN

Due to holiday and lab not open,, urine cup given to offender and instructed to return it
on 7/5/23.n  States that he understood

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:45 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

=============================================================================
MD/MLP-FOLLOW-UP VISIT
Entered On: 06/26/2023 09:27:53
Entered By: MANAS, ANITRA R.

Previously seen by Dr. Robertson on 6/23.

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

Bernhardt Tiede
MRN: 50349
ACCT: 1135348

E2# 864378

# Huntsville Memorial Hospital
110 Memorial Hospital Drive, PO Box 4001
Huntsville, TX 77340
936-291-3411

**Discharge Instructions for:**  **Tiede, Bernhardt 8**

**Arrival Date:**  **Thursday, June 22, 2023**

Thank you for choosing **Huntsville Memorial Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**  Stevenson, Zachary, MD

**Diagnosis:**  Transient cerebral ischemic attack, unspecified; Paresthesia of skin - left facial numbness

|  |  |
|---|---|
| Paresthesia<br>Stroke Prevention<br>Transient Ischemic Attack | Medication Reconciliation Form |
| **Private Physician**<br>    Reason: TDJC infirmary physician<br>**Emergency Department**<br>    Reason: If symptoms return | None None |
| None | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

Bernhardt Tiede
MRN: 50349
ACCT: 1135348

Private Physician
  Reason: TDJC infirmary physician

Emergency Department
  Reason: If symptoms return

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:45 AM

ESTELLE (E2)

DENTAL
PATIENT DAILY ORDERS

PATIENT NAME: TIEDE, BERNHARDT I          MRN: 864378          AGE: 64   Sex: M

********************************************************************************

- MEDICATION ORDERS -

```
Ordering Provider  : AL KAYALY, AHMED
Patient            : TIEDE, BERNHARDT I
MRN                : 864378
Current UOA        : ESTELLE (E2) - (878)
Date/Time          : JAN-23-2023 12:46:54
User               : (13392)WHITEHEAD,ANNE PharmD

 RxID              : 33129939
 Label Name        : BIOTENE MOUTHWASH 8OZ #
 Brand Name        : BIOTENE MOUTHWASH 8OZ #
 Diagnosis         :
 Dose              : 10
 Dose Description  : ML
 Route Description : MUCOUS MEMBRANE
 Frequency Code    : BID (TWICE DAILY)
 Duration          : 30 Days
 KOP               : Y
 Give On Dialysis  : N
 Special Instruction:
 Verbal            : N
 Order Date        : JAN-23-2023 12:17:00
 Start Date        : JAN-23-2023 12:17:00
 Run Start Date    : 01/23/2023
 Run End Date      : 02/22/2023
 Refills           : 0 / 0
 Final Expiration  : 02/22/2023
 Stop Date         :
 Stop Reason       :
 On Hold           : Y
 ** On Hold From: JAN-23-2023 12:45:10 To FEB-23-2023 12:45:10,   Placed ON Hold By
WHITEHEAD, ANNE E **
 ON Hold Reason    : REQUIRES NONFORM APPROVAL. PLZ SUBMIT A NF REQUEST

*** Electronically Signed by AL KAYALY, AHMED  on JAN-23-2023:131609.***
## And No Others ##
```

==================================================================================

--- MEDICATION ORDERS ---

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

```
/******************************************************
/UESTOR: CM05119 - MOEHR, CARLA      ESTELLE UNIT        ***
/******************************************************
            S Y S M   O U T B A S K E T   P R I N T        ***

 AGE ID: 493247     DATE: 01/23/23  TIME: 01:20pm  PRIORITY: 000

  BJECT:    NONFORMULARY CONSULT


PERSON COMPLETING REQUEST: MOEHR, CCA
PHONE NUMBER:          -      EXTENSION:

PATIENT NAME: TIEDE, BERNHARDT
TDCJ NUMBER: 864378
UNIT: E2 BLDG
NAME OF UNIT PRESCRIBER: AL KAYALY, DDS

CONSULTANT RECOMMENDATION:    YES     NO
NAME OF SERVICE (E.G., UTMB GI): DENTAL
DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):
 BIOTIN 10CC BID, KOP X 30 DAYS


RENEWAL:   YES    X NO
DIAGNOSIS (RELATED TO REQUEST): DRY MOUTH

JUSTIFICATION: PT HAS A DRY MOUTH - PRESCRIBED SALIVA SUBSTITUTE MOUTH RINSE


FORMULARY AGENT(S) TRIED (INCLUDE DATE, DURATION, COMPLIANCE):
     N/A


LIST DRUG ALLERGIES: ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSTIC TESTS (INCLUDE DATE):


 IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT
 ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE
 PRESCRIBER TO CONTACT THE REGIONAL PHYSICIAN OR MENTAL HEALTH
 SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.
 THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL
 REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE
 REGIONAL MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR
 FOR REVIEW.  IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD
 ALSO CALL THE REGIONAL PHYSICIAN OR MENTAL HEALTH SERVICES
 DIRECTOR (P&P# 05-10).

 UNIT PERSONNEL MUST SCAN ALL NONFORMULARY CONSULTS INTO THE EMR (P&P# 05-10).
 SCANNED CONSULTS MUST BE FILED ELECTRONICALLY IN THE EMR FOLDER TITLED
 "NONFORMULARY REQUESTS."

Sent to:    0A00068           OMEAKU, ADAKU PHARM.D.      (to)
```

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

· ABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE
AIBER TO CONTACT THE REGIONAL PHYSICIAN OR MENTAL HEALTH
ICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.
PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL
OEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE
GIONAL MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR
OR REVIEW.  IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD
ALSO CALL THE REGIONAL PHYSICIAN OR MENTAL HEALTH SERVICES
DIRECTOR (P&P# 05-10).

UNIT PERSONNEL MUST SCAN ALL NONFORMULARY CONSULTS INTO THE EMR (P&P# 05-10).
SCANNED CONSULTS MUST BE FILED ELECTRONICALLY IN THE EMR FOLDER TITLED
"NONFORMULARY REQUESTS."

** Comments From: OA00068 - OMEAKU, ADAKU PHARM.D.; 01/23/23 02:39pm
EFER BIOTENE DRY MOUTH SPRAY. PLEASE CONSIDER COMMISSARY MOUTHWASH.
AY ALSO CONSIDER FOR HAVING PATIENT INCREASE FLUID INTAKE, SUCH AS
ATER, TO AID IN DRY MOUTH

ent to:    CMO5119              MOEHR, CARLA              (to)
           E2                   <list>                   (to)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

===========================================================================
ISSUE FIT SUPPLIES
Entered On: 01/10/2023 14:14:39
Entered By: BRANDON, DEBRA CCA

NS/ 3-22-2/ DNRS PER NURSING
ISSUE FIT SUPPLIES

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER TO PATIENT COMMUNICATION

**Patient Name:**   **TIEDE, BERNHARDT I**
**TDCJ #:**   **864378**
**Date:**    **01/10/2023 10:37**
**Facility:**    **ESTELLE (E2)**
Housing:    E2-1 CELL 10

This is being sent to you at the request of your medical provider.   If you have questions about the information or do not understand it, you may drop a sick call request to get more information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan such as taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

Mr. Tiede,

You have an upcoming dental appointment in two weeks for a tooth extraction. In order to avoid any bleeding complication and excess sugar in your system that increases change of infection, I have adjusted some of your medications as followed for this appointment to possibly happen:

1. Stop taking Aspirin on January 20th until your dental appointment on the 23rd to avoid excessive bleeding.
2. Your HbA1c did improve greatly since April so congrats on that! Please continue going daily for sliding scale insulin to make sure that we keep your sugar under control for the procedure.

| CHEMISTRY | 01/06/2023 02:14 | 04/08/2022 05:48 |
|---|---|---|
| HGBA1C | 7.9 [H] | 10.8 [H] |

Sincerely,

Everett FNP

<span style="color:red">Electronically Signed by EVERETT, ERICA L. APRN, FNP on 01/10/2023.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER TO PATIENT COMMUNICATION

**Patient Name:** **TIEDE, BERNHARDT I**
**TDCJ #:** **864378**
**Date:** **01/05/2023 12:46**
**Facility:** **ESTELLE (E2)**
Housing:  E2-1 CELL 10

If you have questions about the information or do not understand it, you may drop a sick call request to get more information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan such as taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

Mr. Tiede,

You have a dental appointment on Monday. Please avoid Aspirin from Friday until your dental appointment to avoid excessive bleeding.

I have also added fingersticks twice daily until your procedure because your glucose is very high and a high risk for dental procedure post infections.

I also ordered a lab test to see what your hemoglobin A 1C is. It was 10.8 in April.
**HGBA1C**                          **10.8 [H]**

**New Reminders Added:**

| Description | Date Time | Comments |
|---|---|---|
| NURSING FSBS CHECK | 01/05/2023 12:55 | Apply sliding scale regular insulin protocol |
| NURSING FSBS CHECK | 01/06/2023 12:50 | |
| NURSING FSBS CHECK | 01/07/2023 12:50 | |
| NURSING FSBS CHECK | 01/08/2023 12:50 | |
| NURSING FSBS CHECK | 01/09/2023 12:50 | |
| NURSING FSBS CHECK | 01/10/2023 12:50 | |
| NURSING FSBS CHECK | 01/11/2023 12:50 | |
| NURSING FSBS CHECK | 01/12/2023 12:50 | |
| NURSING FSBS CHECK | 01/13/2023 12:50 | |
| NURSING FSBS CHECK | 01/14/2023 12:50 | |
| NURSING FSBS CHECK | 01/15/2023 12:50 | |
| NURSING FSBS CHECK | 01/16/2023 12:50 | |
| NURSING FSBS CHECK | 01/17/2023 12:50 | |
| NURSING FSBS CHECK | 01/18/2023 12:50 | |

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 1/5/2023 12:53PM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD | |

Electronically Signed by EVERETT, ERICA L. APRN, FNP on 01/05/2023.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CONSENT COVID VACCINE

I, TIEDE, BERNHARDT I, TDCJ-ID Number: 864378 request and consent to the following services and treatments at the Texas Department of Criminal Justice:

COVID-19 Vaccine

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

Prevent Coronavirus Disease 2019 (COVID-19)

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
o   Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
o   General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
o   Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

| | | |
|---|---|---|
| _(signature)_ | 864378 | 10/21/2022 |
| Signature of Inmate | | Date |
| F. Moss LVN-ICN _(signature)_ | | 10/21/2022 |
| Signature of Witness | | Date |

01/2021                                                                          1 of 1

X   |||||||| barcode ||||||||#

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

===========================================================================
EYEGLASSES - DELIVERY/REPAIR
Entered On: 07/25/2022 10:02:00
Entered By: BRANDON, DEBRA CCA

PICKED UP GLASSES

---

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

DATE: 7-25-22

OFFENDER: Tiede, Bernhardt

OFFENDER TDCJ#: 8643R

ON THIS DATE 7-25-22 OFFENDER Tiede, Bernhardt

RECEIVED EYE GLASSES

SIGNED:

WITNESS:

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

CMHC/TDCJ Managed Care
COVID-19 Medical Restriction Flow Sheet

PATIENT NAME: TIEDE, BERNHARDT I          FACILITY: ESTELLE (E2)
TDCJ#: 864378                             HOUSING: E2-1 CELL 10
                                          START DATE: 06/24/2022

| Day | Date & Time (document time) | Temp | Temperature 100.0 or above? Circle Y or N | Any of the following: cough, SOB, chills, muscle pain, fatigue, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea in the last 48 hours. Circle Y or N If Yes, document each symptom present | Name of Screener |
|---|---|---|---|---|---|
| 1 | 06/24/2022 | 97.7 | Y or (N) | Y or (N) | Danjine |
| 2 | 06/25/2022 | 97.4 | Y or (N) | Y or (N) | Hill |
| 3 | 06/26/2022 | 97.1 | Y or (N) | Y or (N) | Hatt |
| 4 | 06/27/2022 | 97.1 | Y or (N) | Y or (N) | Scar |
| 5 | 06/28/2022 | 97.2 | Y or (N) | Y or (N) | Mr |
| 6 | 06/29/2022 | R | Y or N | Y or N | RHill |
| 7 | 06/30/2022 | 97.9 | Y or (N) | Y or (N) | Rayor |
| 8 | 07/01/2022 | 91.8 | Y or (N) | Y or (N) | Ckunuf |
| 9 | 07/02/2022 | 97.8 | Y or (N) | Y or (N) | Lang |
| 10 | 07/03/2022 | 97.9 | Y or (N) | Y or (N) | Londy |

## Medical Restriction Guidelines

1. Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet.
2. The length of time in Medical Restriction will be 10 days from the date of exposure.
3. If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 10 days are available for screening.
4. The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles).
5. The patient will be screened for symptoms commonly associated with COVID-19 infection. Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, fatigue, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea in the last 48 hours.
6. If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening.
7. Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR).

Form Print Date/Time: 06/23/2022 05:18:34PM                    Report Number: MDR7125

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

(SK)

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION
### OPTOMETRY RECORD

PATIENT _Tiede, Bernhardt_    NO. _864378_

UNIT _E2_    PREVIOUS T.D.C.J. NO. _____

DATE _6/9/22_    OTHER: _NIDDM x 15+ yrs_

AGE _63_    VISUAL USE _____    PREVIOUS RX? _Yes_

**CASE HISTORY**

| OCULAR COMPLAINT: | HEADACHES | TV | EYES BURN | ITCH | WATER | BLUR NEAR-FAR | GLARE |
|---|---|---|---|---|---|---|---|

OTHER:

8/2/17 ML 20/20

VA OD 20/ DU   PREVIOUS OD +225 -225 115   ADD +1.75   VA OLD OD 20/ RX: OS 20/
UNAIDED OS 20/ 50 BLUR   RX: OS +150 -100 080

**NEW PRESCRIPTION**

| | SPHERE | CYLINDER | AXIS | PRISM | BASE | | | VA CORRECTED | OTHER: |
|---|---|---|---|---|---|---|---|---|---|
| OD | +1.50 | -0.75 | 009 | | | OD 20/ | 25 | | OU 20/25 |
| OS | +3.25 | -1.75 | 090 | | | OS 20/ | 25 | | |

| | SEG HEIGHT | WIDTH | P.D. DISTANCE | NEAR | BASE CURVE | STYLE SEG | TINT | OTHER |
|---|---|---|---|---|---|---|---|---|
| OD | | | | | FT | | Clean plastic | |
| OS | +2.50 | 21 | 28 | 65 | 61 | | | |

| FRAME STYLE | LENS SIZE | BRIDGE SIZE | TEMPLE LENGTH |
|---|---|---|---|
| 70F | 5D | 24 | 6 |

EXTERNAL:
D 2CO FO
-APD
K's - clean  } OU
1+ NS

INTERNAL:
I.O.P OD _20_
OS _15_
C/D _20_   _20_
A/V
SVP
MAC   normal ou

EXAMINED BY _Appel_  1026
**DOUGLAS APPEL, OD**

DATE ORDERED _6-9-22_
DATE RECEIVED _____
DATE DEPENSED _____
EYE RECORD _____

HSM-090E (Rev. 03/92)

**PEARL PATIENT CHART EXPORT**

Data Exported From the Pearl EMR

Wednesday, August 16, 2023 10:04:46 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CONSENT COVID VACCINE

I, SINGLETARY, A. , TDCJ-ID Number: 858107 , request and consent to the following services and treatments at the Texas Department of Criminal Justice:

COVID-19 Vaccine    *Booster*

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

Prevent Coronavirus Disease 2019 (COVID-19)

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
o    Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
o    General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
o    Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

X *a. Singletary*                    X 858107            X 4-20-22
Signature of Inmate                                       Date

X _____                                      4/30/22
Signature of Witness                                      Date

01/2021                                                   1 of 1

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:46 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CONSENT COVID VACCINE

I, _TIEDE, B._ , TDCJ-ID Number: _864378_ request and
consent to the following services and treatments at the Texas Department of Criminal Justice:

_COVID-19 Vaccine_        _Booster_

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

_Prevent Coronavirus Disease 2019 (COVID-19)_

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
o   Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
o   General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
o   Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

_(signature)_                    _864378_          _4/20/22_
Signature of Inmate                                Date

_(signature)_                                       _4/20/22_
Signature of Witness                                Date

01/2021                                                    1 of 1

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

========================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 04/06/2022 10:46:10
Entered By: MORRIS, KELLY D.

NO SHOW x 2

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

ESTELLE (E2)

Patient Name: TIEDE, BERNHARDT I
MRN: 864378

========================================================================
LAB COLLECT SPECIMEN (EMR ORDER)
Entered On: 04/04/2022 09:38:34
Entered By: MORRIS, KELLY D.

NO SHOW

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Transfer Screening (Facility to Facility)

Patient Name: TIEDE, BERNHARDT I  Date: 02/07/2022 14:48
TDCJ#:864378  Facility: ESTELLE (E2)

Age: 63  DOB: 08/02/1958  Sex: Male  Race: WHITE  DOI: 3/26/1999

**Patient Language:** ENGLISH

**Most recent vitals from 11/30/2021:**

| BP: 166 / 79 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 65 (Sitting) | Resp: | Temp: 97.2 (Forehead) | O2 Sat: |

**Allergies:** ACE INHIBITORS

**Current Medications:**

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 7/22/2022 02:50:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/23/2022 03:04:09PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:45:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/05/2022 02:53:37PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/05/2022 02:53:47PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GEMFIBROZIL 600MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/30/2022 01:24:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/29/2022 05:18:00PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**GLIPIZIDE 10MG TABLET**
2 TABS ORAL EVERY MORNING for 30 Days KOP
EXPIRATION DATE: 3/22/2022 09:48:00AM
REFILLS: 5 / 6
LAST DATE GIVEN KOP: 01/21/2022 01:05:18AM
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

**IBUPROFEN 800MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 3/01/2022 01:01:00PM
REFILLS: 2 / 2
LAST DATE GIVEN KOP: 01/29/2022 05:18:07PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**LOSARTAN 50MG TABLET #**
1 TABS ORAL EVERY MORNING for 30 Days KOP
NF# 896539A [INDEF]
EXPIRATION DATE: 2/11/2022 01:17:00PM
REFILLS: 11 / 11
LAST DATE GIVEN KOP: 01/15/2022 04:55:20PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 7/25/2022 02:46:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 01/27/2022 09:19:34AM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:49:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/05/2022 02:53:34PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
EXPIRATION DATE: 8/04/2022 02:47:00PM
REFILLS: 6 / 11
LAST DATE GIVEN KOP: 02/05/2022 02:53:30PM
ORDERING PROVIDER: WAGNER, PAMELA K
ORDERING FACILITY: CONNALLY (CY)

**VENLAFAXINE ER 75MG CAPSULE**
1 CAPS ORAL AT BEDTIME for 30 Days
EXPIRATION DATE: 3/19/2022 01:37:00PM
REFILLS: 10 / 11
COMPLIANCE: 86.29 %
ORDERING PROVIDER: OBI, JOSEPH C
ORDERING FACILITY: CONNALLY (CY)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

### CORRECTIONAL MANAGED HEALTH CARE
### MENTAL HEALTH OUTPATIENT SERVICES
### Transfer Screening (Facility to Facility)

Patient Name: TIEDE, BERNHARDT I
TDCJ#:864378

Date:   02/07/2022 14:48
Facility:  ESTELLE (E2)

**Current Restrictions/PULHES:**

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|
| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | | Cont. |
| 07/27/2021 | WAGNER, PAMELA K | Row Assignment Ground Floor Only | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | | Cont. |

```
         P  U  L  H  E  S
DES:  3  1  1  1  2  1
COD:  M  A  A  A  B  A
MOD:  P  -  -  -  P  -
```

Active Problems:

**Chronic Care:**
**Chronic Obstructive Pulmonary Disease, Copd, Emphysema First Observed 3/27/2013 02:03PM**
**Type 2 Diabetes Mellitus First Observed 8/17/2016 07:42AM**
**Hyperlipidemia, Unspecified First Observed 8/17/2016 07:42AM**
**Essential (primary) Hypertension (htn) First Observed 8/17/2016 07:42AM**

**Dental:**
**Perio Type Iv First Observed 9/21/2016 12:02PM**
**Dental Examination First Observed 9/21/2016 12:02PM**
**Gingival/periodontal First Observed 1/31/2017 07:14AM**
**Hard Tissue Disease First Observed 2/11/2019 08:16AM**

**Not Specified:**
**Other Disorders Of Muscle First Observed 3/22/2021 12:45PM**

MH TRANSFER SCREENING NOTE

Subjective:
Patient arrived this date from:   CY UNIT
Comments:   1A; P2 CUSTODY

Objective:
Review of medical record indicates:
No current or past MH tx; no current MH complaints; no current or past suicidal ideations/attempts
PULHES reviewed/updated:
Yes

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Transfer Screening (Facility to Facility)

Patient Name: TIEDE, BERNHARDT I          Date:  02/07/2022 14:48
TDCJ#:864378                              Facility:  ESTELLE (E2)

Assessment:
No apparent mental health needs at this time

Disposition:
Continue routine in-processing

MH encounter capture:
Reminder Completed: #MH-CHAIN IN REMINDER
Patient Order Added: MH OP CHAIN SCREEN CHART REVIEW Procedure Date: 02/07/2022 14:49:33 User:
STEWART, ASHLEY L

Electronically Signed by STEWART, ASHLEY L. BS, MHCM on 02/07/2022.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

**CORRECTIONAL MANAGED HEALTH CARE**
**CONSENT COVID VACCINE**

I, _Tiede Bernhardt_ , TDCJ-ID Number: _864378_        request and consent to the following services and treatments at the Texas Department of Criminal Justice:

_COVID-19 Vaccine_

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

_Prevent Coronavirus Disease 2019 (COVID-19)_

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
o   Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
o   General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
o   Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

| | | |
|---|---|---|
| _(signature)_ | _864378_ | 11/5/2021 |
| Signature of Inmate | | Date |
| _(signature)_ LVN | | 11/5/2021 |
| Signature of Witness | | Date |

01/2021

1 of 1

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

CONNALLY (CY)

MEDICAL
PATIENT DAILY ORDERS

 PATIENT NAME: TIEDE, BERNHARDT I            MRN: 864378       AGE: 63   Sex: M

*********************************************************************************
                          - MEDICATION ORDERS -

 Ordering Provider   : WAGNER, PAMELA K
 Patient             : TIEDE, BERNHARDT I
 MRN                 : 864378
 Current UOA         : CONNALLY (CY) - (867)
 Date/Time           : OCT-27-2021 14:08:38
 User                : (14106)BURDETTE,ERIC PharmD

  RxID               : 31112220
  Label Name         : TRIAMCINOLONE 40MG/ML 1ML VIAL
  Brand Name         : KENALOG 40MG/ML 1ML VIAL
  Diagnosis          :
  Dose               : 40
  Dose Description    : MG
  Route Description   : INJECTION (MISC.)
  Frequency Code      : ONCE (ONCE)
  Duration            : 1 Days
  KOP                 : N
  Give On Dialysis    : N
  Special Instruction: IM
  Verbal              : N
  Order Date          : OCT-27-2021 13:57:00
  Start Date          : OCT-27-2021 13:57:00
  Run Start Date      : 10/27/2021
  Run End Date        : 10/28/2021
  Refills             : 0 / 0
  Final Expiration    : 10/28/2021
  Stop Date           :
  Stop Reason         :
  On Hold             : Y
  ** On Hold From: OCT-27-2021 14:07:20 To NOV-27-2021 15:07:20,   Placed ON Hold By
BURDETTE, ERIC X **
  ON Hold Reason      : Duplicate order - Please review need for both orders.

*** Electronically Signed by WAGNER, PAMELA K on OCT-27-2021:144338.***
## And No Others ##
===============================================================================


                          --- MEDICATION ORDERS ---

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER TO PATIENT COMMUNICATION

**Patient Name:** **TIEDE, BERNHARDT I**
**TDCJ #:**  **864378**
**Date:**  **08/04/2021 13:25**
**Facility:**  **CONNALLY (CY)**
Housing:  12BB1 CELL 16

This is being sent to you at the request of your medical provider.   If you have questions about the information or do not understand it, you may drop a sick call request to get more information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan such as taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

Mr Tiede,
I changed your Lipitor to Lopid. Your Triglycerides were 265. Normal >160. If you have any questions let me know.

Electronically Signed by WAGNER, PAMELA K. NP on 08/04/2021.
Electronically Signed by GARZA, CRISELDA on 08/04/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CMHC/TDCJ Managed Care
## COVID-19 Medical Restriction Flow Sheet

PATIENT NAME: TIEDE, BERNHARDT I

TDCJ#: 864378

FACILITY:   CONNALLY (CY)

HOUSING:   12BB2 CELL 22

START DATE:  06/11/2021

| Day | Date & Time (document time) | Temp | Temperature 100.0 or above? Circle Y or N | Any of the following: cough, SOB, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomitting, or diarrhea. Circle Y or N If Yes, document each symptom present | Name of Screener |
|---|---|---|---|---|---|
| 1 | 06/11/2021 | 97.4 | Y or N | Y or N | |
| 2 | 06/12/2021 | 97.6 | Y or N | Y or N | |
| 3 | 06/13/2021 | 97.5 | Y or N | Y or N | |
| 4 | 06/14/2021 | 97.9 | Y or N | Y or N | |
| 5 | 06/15/2021 | 97.2 | Y or N | Y or N | Domingo |
| 6 | 06/16/2021 | 97.5 | Y or N | Y or N | Dominguez |
| 7 | 06/17/2021 | 97.8 | Y or N | Y or N | |
| 8 | 06/18/2021 | 97.2 | Y or N | Y or N | |
| 9 | 06/19/2021 | 98.3 | Y or N | Y or N | |
| 10 | 06/20/2021 | 97.9 | Y or N | Y or N | |
| 11 | 06/21/2021 | 97.6 | Y or N | Y or N | |
| 12 | 06/22/2021 | 97.7 | Y or N | Y or N | |
| 13 | 06/23/2021 | 98.1 | Y or N | Y or N | |
| 14 | 06/24/2021 | 97.8 | Y or N | Y or N | |

## Medical Restriction Guidelines

1. Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet.
2. The length of time in Medical Restriction will be 14 days from the date of exposure.
3. If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening.
4. The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles).
5. The patient will be screened for symptoms commonly associated with COVID-19 infection. Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea.
6. If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening.
7. Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR).

Form Print Date/Time:  06/11/2021 05:18:55AM

Report Number:  MDR7125

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CONSENT COVID VACCINE

I, _Tiede. Bernhardt  864378_ , TDCJ-ID Number: _____ request and consent to the following services and treatments
at the Texas Department of Criminal Justice:

_____ COVID-19 Vaccine _____

_____

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

_____ Prevent Coronavirus Disease 2019 (COVID-19) _____

_____

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
- Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
- General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
- Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

_____

_____

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

_____   _5/20/21_   _5/20/2021_
Signature of Inmate                                                 Date

_____                _5/20/2021_
Signature of Witness                                                Date

01/2021                                                                               1 of 1

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
## CONSENT COVID VACCINE

*12B*
*20*

I, _Tiede, Bernhardt II_ , TDCJ-ID Number _8643T8_ , request and consent to the following services and treatments at the Texas Department of Criminal Justice:

_____ COVID-19 Vaccine

I understand the above documented treatment(s) or medication(s) are for the following condition(s):

_____ Prevent Coronavirus Disease 2019 (COVID-19)

I recognize that some risks to my health and well-being in the form of adverse effects from the above treatment(s) and/or medications(s) may occur. Such effects have been explained to me. I understand that potential adverse outcome(s) include but are not limited to the following:

Side effects may include but are not limited to:
o   Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection, swelling (hardness), and redness
o   General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, and fever
o   Remote chance of severe allergic reaction which can include: difficulty breathing, swelling of your face and throat, a fast heartbeat, a bad rash all over your body, dizziness and weakness

I have had the opportunity to ask questions and all of my questions have been answered to my satisfaction. I believe I have adequate knowledge on which to base informed consent to the provision of the noted treatment(s) and/or medication(s) and accept the risks involved. I understand I can choose to stop the treatment(s) / medication(s) at any time. I also understand my provider can discontinue treatment for clinical reasons. I am requesting and give my informed consent to the provision of the above treatment(s) and/or medications(s).

_____          _____          4/28/2021
Signature of Inmate                                                                Date

_____                            4/28/2021
Signature of Witness                                                               Date

01/2021

1 of 1

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Addendum Note

| Patient Name: TIEDE, BERNHARDT I | | Date:     03/30/2021 14:02 | | |
|---|---|---|---|---|
| TDCJ#:864378 | | Facility:   CONNALLY (CY) | | |
| Age: 62 year | DOB: 08/02/1958 | Sex:   male | Race: WHITE | DOI: 3/26/1999 |

Please, check blood glucose via fingerstick QAM and QPM while on Insulin

**Procedures Ordered:**

| Date Time | Description | Comments |
|---|---|---|
| 3/30/2021 02:06PM | MD/MLP-CHART REVIEW | |

<span style="color:red">Electronically Signed by OBI, JOSEPH C. NP on 03/30/2021.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
**Addendum Note**

| Patient Name: TIEDE, BERNHARDT I | | Date:    03/29/2021 14:48 | |
|---|---|---|---|
| TDCJ#:864378 | | Facility:   CONNALLY (CY) | |
| Age: 62 year | DOB: 08/02/1958 | Sex:   male | Race: WHITE | DOI: 3/26/1999 |

To restart Glipizide discontinued in error.


**Started Meds:**

**GLIPIZIDE 10MG TABLET**              1 TABS ORAL EVERY MORNING for 30 Days KOP          START DATE:03/29/2021 14:49 PM
PROVIDER: OBI, JOSEPH C                                                                                                  EXPIRATION DATE: 3/24/2022 14:49 PM
REFILLS: 0 / 11


Electronically Signed by OBI, JOSEPH C. NP on 03/29/2021.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

## CORRECTIONAL MANAGED HEALTH CARE
**Addendum Note**

| Patient Name: TIEDE, BERNHARDT I | | Date:    01/20/2021 14:26 | | |
|---|---|---|---|---|
| TDCJ#:864378 | | Facility:   CONNALLY (CY) | | |
| Age: 62 year | DOB: 08/02/1958 | Sex:   male | Race: WHITE | DOI: 3/26/1999 |

Incorrect entry no flossers were mailed

<span style="color:red">Electronically Signed by LUBBOCK, TERESA L. RDH on 01/20/2021.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

Scanned by ALEMAN, ROSE A, CCA in facility CONNALLY (CY) on 10/28/2020 07:50

**CMHC/TDCJ Managed Care**
**COVID-19 Medical Restriction Flow Sheet**

Patient Name   TIEDE, BERNHARDT I
TDCJ#   864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date   10/13/2020 03 14PM

| Day | Date & Time | Temp | Temperature 100 0 or above? Y/N | Any of the following  cough, SOB, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea — Y/N If Yes, document each symptom present | Name of Screener |
|---|---|---|---|---|---|
| 1 | 10-14 | 97·6 | N | N | E Domingo |
| 2 | 10/15 | 97.3 | N | N | E Domingo |
| 3 | 10/16 | 97.7 | N | N | |
| 4 | 10/17 | 97.4 | N | N | Dalton |
| 5 | 10/18 | 97' | N | N | |
| 6 | 10/19 | 9817 | N | N | Salinas |
| 7 | 10 20 | 97.4 | N | N | L Salinas |
| 8 | 10/21 | 97 2 | N | N | any |
| 9 | 10 22 | 97 3 | N | N | |
| 10 | 10 23 | 97.8 | N | N | 2 May |
| 11 | 10 24 | 97.7 | N | N | 2 May |
| 12 | 10 25 | 97.2 | N | N | 2 May |
| 13 | 10 26 | 97.2 | N | N | |
| 14 | 10 27 | 97.8 | N | N | Repman |

**Medical Restriction Guidelines**

1   Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet
2   The length of time in Medical Restriction will be 14 days from the date of exposure
3   If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening
4   The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)
5   The patient will be screened for symptoms commonly associated with COVID-19 infection   Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea
6   If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening
7   Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)

X |||||||||||||||||||||||||||||||||||||||||| #

7/20/2020

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:47 AM

Scanned by ALEMAN, ROSE A, CCA in facility CONNALLY (CY) on 08/18/2020 16:17

**TDCJ Managed Care**

**COVID-19 Medical Restriction Flow Sheet**

Patient Name  TIEDE, BERNHARDT I
TDCJ#   864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date   8/17/2020 09 12AM

| Day | Date & Time | Temp | Temperature 100 0 or above? Y/N | Any of the following cough, SOB, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea  Y/N  If Yes, document each symptom present | Name of Screener |
|-----|-------------|------|----------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|
|  |  |  |  |  |  |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |
| 7 |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  |  |  |  |
| 10 |  |  |  |  |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 | 8/17 | 97.7 | N | N |  |
| 14 | 8/18 | 97.3 | N | N |  |

### Medical Restriction Guidelines

1   Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet
2   The length of time in Medical Restriction will be 14 days from the date of exposure
3   If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening
4   The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)
5   The patient will be screened for symptoms commonly associated with COVID-19 infection   Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea
6   If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening
7   Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)

X  #

7/20/2020

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

CONNALLY (CY)

```
                                      MEDICAL
                                PATIENT DAILY ORDERS

  PATIENT NAME: TIEDE, BERNHARDT I          MRN: 864378      AGE: 62   Sex: M

*************************************************************************************
                            - MEDICATION ORDERS -

  Ordering Provider  : WAGNER, PAMELA K
  Patient            : TIEDE, BERNHARDT I
  MRN                : 864378
  Current UOA        : CONNALLY (CY) - (867)
  Date/Time          : AUG-13-2020 10:04:29
  User               : (76075)PHAN,SONJA Pharm.D.

   RxID              : 29147149
   Label Name        : METOPROLOL 100MG TABLET
   Brand Name        : LOPRESSOR
   Diagnosis         :
   Dose              : 1
   Dose Description   : TABS
   Route Description  : ORAL
   Frequency Code     : BID (TWICE DAILY)
   Duration          : 30 Days
   KOP               : Y
   Give On Dialysis  : N
   Special Instruction:
   Verbal            : N
   Order Date        : AUG-13-2020 09:52:00
   Start Date        : AUG-13-2020 09:52:00
   Run Start Date    : 08/13/2020
   Run End Date      : 09/12/2020
   Refills           : 0 / 11
   Final Expiration  : 08/08/2021
   Stop Date         :
   Stop Reason       :
   On Hold           : Y
   ** On Hold From: AUG-13-2020 10:02:49 To SEP-03-2020 10:02:49,   Placed ON Hold By PHAN,
SONJA M **
   ON Hold Reason    : Duplicate - already have active order w/RF remaining. DC order.

*** Electronically Signed by WAGNER, PAMELA K on AUG-13-2020:115156.***
## And No Others ##
===================================================================================


                            --- MEDICATION ORDERS ---
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

## CORRECTIONAL MANAGED HEALTH CARE
### Addendum Note

| Patient Name: TIEDE, BERNHARDT I | Date:     08/04/2020 10:34 | | | |
|---|---|---|---|---|
| TDCJ#:864378 | Facility:   CONNALLY (CY) | | | |
| Age: 62 year | DOB: 08/02/1958 | Sex:   male | Race: WHITE | DOI: 3/26/1999 |

Continue DFH as ordered.

Electronically Signed by WAGNER, PAMELA K. NP on 08/04/2020.
Electronically Signed by GARZA, CRISELDA on 08/04/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

Scanned by ALEMAN, ROSE A. CCA in facility CONNALLY (CY) on 08/19/2020 13:51

**CMHC/TDCJ Managed Care**
**COVID-19 Medical Restriction Flow Sheet**

Patient Name   TIEDE, BERNHARDT I
TDCJ#   864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date   8/2/2020 01 33PM

| Day | Date & Time | Temp | Temperature 100 0 or above? Y/N | Any of the following cough, SOB, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea Y/N If Yes, document each symptom present | Name of Screener |
|---|---|---|---|---|---|
| 1 | 0900 8/3/20 | 97.5 | N | | A. Deal LVN |
| 2 | 8/4 9A | 97.0 | n | N | R. Martinez |
| 3 | 8-5 | 97.2 | N | N | E. Dunega |
| 4 | 8-6 8A | 96.8 | n | n | E. Dunega |
| 5 | 8/7 7A | 97.2 | n | n | Lillock |
| 6 | 8/8 7A | 96.4 | n | n | Lillock |
| 7 | 8/9 8A | 96.5 | n | n | Lillock |
| 8 | 8/10 | 96.4 | n | n | Salerno |
| 9 | 8/11 | 98 0 | N | N | Salerno |
| 10 | 8/12 | 97.4 | N | N | |
| 11 | 8/13 | 97.6 | N | N | |
| 12 | 8/14 | 96.8 | N | N | |
| 13 | 8/15 | 97.4 | N | N | |
| 14 | 8/16 | 97.7 | N | N | |

**Medical Restriction Guidelines**

1  Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet
2  The length of time in Medical Restriction will be 14 days from the date of exposure
3  If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening
4  The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)
5  The patient will be screened for symptoms commonly associated with COVID-19 infection   Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea
6  If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening
7  Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)

X  #

7/20/2020

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

Scanned by ALEMAN, ROSE A, CCA in facility CONNALLY (CY) on 07/22/2020 13:29

## TDCJ Managed Care
## COVID-19 Medical Restriction Flow Sheet

Patient Name   TIEDE, BERNHARDT I
TDCJ#   864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date   7/22/2020 09 51AM

| Day | Date & Time | Temp | Temperature 100 0 or above? Y/N | Any of the following cough, SOB, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea Y/N If Yes, document each symptom present | Name of Screener |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | 7/22/20 9A | 97.8 | N | N | PBryun |
| 13 | 7/23/20 730 | 98° | N | N | Mays |
| 14 | 7/24/20 730 | 96.6 | N | N | Bloch |

## Medical Restriction Guidelines

1   Patients with ordered Medical Restriction will be screened at least once daily and documented on the Medical Restriction Flow Sheet
2   The length of time in Medical Restriction will be 14 days from the date of exposure
3   If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening
4   The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)
5   The patient will be screened for symptoms commonly associated with COVID-19 infection   Patient will have temperature taken and asked if they have a cough, shortness of breath, chills, muscle pain, headache, sore throat, new loss of taste or smell, congestion, runny nose, nausea, vomiting, or diarrhea
6   If YES to any of the symptoms, have the patient don a surgical mask and notify a provider for additional screening
7   Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)



7/20/2020

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

Scanned by ALEMAN, ROSE A. CCA in facility CONNALLY (CY) on 07/23/2020 10:51

**TDCJ Managed Care**

**COVID-19 Medical Restriction Flow Sheet**

Patient Name  TIEDE, BERNHARDT I
TDCJ#  864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date  7/11/2020 08 09AM

| Day | | Date & Time | Temperature | Temperature 100 4 or above? Y/N | Cough Y/N | SOB Y/N | Name of Screener |
|---|---|---|---|---|---|---|---|
| 1 | AM | | | | | | |
| 1 | PM | | | | | | |
| 2 | AM | | | | | | |
| 2 | PM | | | | | | |
| 3 | AM | | | | | | |
| 3 | PM | | | | | | |
| 4 | AM | 7/11/20 1800 | 98² | n | N | n | C |
| 4 | PM | 7-11-20 2000 | 97.3 | n | n | n | |
| 5 | AM | 7/12/2020 1300 | 97² | | | | |
| 5 | PM | 7/12/20 2000 | 96.8 | n | n | n | |
| 6 | AM | 7/13/20 0900 | 97.1 | n | n | n | |
| 6 | PM | 7/13/20 2000 | 96.9 | n | n | n | |
| 7 | AM | 7/14/20 0900 | 97.1 | n | n | n | |
| 7 | PM | | | | | | |
| 8 | AM | 7/15/2020 0800 | 97.7 | N | N | N | |
| 8 | PM | | | | | | |
| 9 | AM | 7/16/20 0900 | 98² | N | N | N | Kreithe |
| 9 | PM | | | | | | |
| 10 | AM | 7/17/20 0900 | 96.9 | N | N | N | |
| 10 | PM | | | | | | |
| 11 | AM | 7/18/20 1000 | 96.8 | N | N | N | |
| 11 | PM | | | | | | |
| 12 | AM | 7/19/20 1000 | 96 8 | N | N | | |
| 12 | PM | | | | | | |
| 13 | AM | 7/20/20 0800 | 97.3 | N | N | N | |
| 13 | PM | | | | | | |
| 14 | AM | 7/21/20 0800 | 97 4 | n | n | n | |
| 14 | PM | | | | | | |

**Medical Restriction Guidelines**

1  Patients with ordered Medical Restriction will be screened twice a day and documented on the Medical Restriction Flow Sheet

2  The length of time in Medical Restriction will be 14 days from the date of exposure

3  If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening

4  The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)

5  The patient will be screened for symptoms consistent with COVID-19 infection  Patient will have temperature taken and asked if they have a cough or shortness of breath

6  If YES to any of the questions, have the patient don a surgical mask and notify a provider for additional screening

7  Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)



# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

Scanned by ALEMAN, ROSE A. CCA in facility CONNALLY (CY) on 07/15/2020 13:24

**CMHC/TDCJ Managed Care**
**COVID-19 Medical Restriction Flow Sheet**

Patient Name   TIEDE, BERNHARDT I
TDCJ#   864378

Facility   CONNALLY (CY)
Cell#   12FA1 CELL 06
Start Date   6/30/2020 10 17AM

6/30=day 5
7/9=day 14

| Day | | Date & Time | Temperature | Temperature 100 4 or above? Y/N | Cough Y/N | SOB Y/N | Name of Screener |
|---|---|---|---|---|---|---|---|
| 1 | AM | 6 30 20 1020 | 97 7 | N | N | N | E Dominguez |
| 1 | PM | 6 30 20 2200 | 98 1 | N | N | N | |
| 2 | AM | 7 1 20 1000 | 97.8 | N | N | N | J Sealy |
| 2 | PM | 7 1 20 2200 | 97 7 | N | N | N | K Matthews |
| 3 | AM | 7 2 20 1000 | 97 8 | N | N | N | |
| 3 | PM | 7 2 20 2345 | 97 7 | N | N | N | |
| 4 | AM | 7 3 20 1100 | 97.3 | N | N | N | |
| 4 | PM | 7 3 20 2030 | 97 7 | N | N | N | K Matthews |
| 5 | AM | 7 4 20 1100 | 97.5 | N | N | N | E Dominguez |
| 5 | PM | 7 4 20 210 | 98 6 | N | N | N | |
| 6 | AM | 7 5 20 130 | 97.4 | N | N | N | E Dominguez |
| 6 | PM | 7 5 20 210 | 98 | N | N | N | |
| 7 | AM | 7 6 20 100 | 97 8 | N | N | N | K Matthews |
| 7 | PM | 7 6 20 2345 | 98.1 | N | N | N | |
| 8 | AM | 7 7 20 1200 | 97 7 | N | N | N | |
| 8 | PM | 7 7 20 2015 | 97.5 | N | N | N | |
| 9 | AM | 7 8 20 | 97.2 | N | N | N | E Dominguez |
| 9 | PM | 7 8 20 2200 | 97.1 | N | N | N | |
| 10 | AM | 7 9 20 1000 | 97.3 | N | N | N | J Jones |
| 10 | PM | 7 9 20 2100 | | | | | Charge |
| 11 | AM | 7 10 20 | | | | | |
| 11 | PM | 7 10 20 | | | | | |
| 12 | AM | 7 11 20 | | | | | |
| 12 | PM | 7 11 20 | | | | | |
| 13 | AM | 7 12 20 | | | | | |
| 13 | PM | 7 12 20 | | | | | |
| 14 | AM | 7 13 20 | | | | | |
| 14 | PM | 7 13 20 | | | | | |

**Medical Restriction Guidelines**

1  Patients with ordered Medical Restriction will be screened twice a day and documented on the Medical Restriction Flow Sheet
2  The length of time in Medical Restriction will be 14 days from the date of exposure
3  If the date of exposure is in the past, draw a line through the number of days which have lapsed so that only the remainder of the 14 days are available for screening
4  The Screener will wear full Personal Protective Equipment (PPE) consisting of gloves, mask, gown and eye protection (face shield or goggles)
5  The patient will be screened for symptoms consistent with COVID-19 infection   Patient will have temperature taken and asked if they have a cough or shortness of breath
   If YES to any of the questions, have the patient don a surgical mask and notify a provider for additional screening
   Upon completion of the Medical Restriction Flow Sheet or change of status, the flow sheet will be scanned into the patients Electronic Health Record (EHR)

X |||||||||||||||||||||||||||||||||||||||| #

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM


## CORRECTIONAL MANAGED HEALTH CARE
### PROVIDER TO PATIENT COMMUNICATION


**Patient Name:**   **TIEDE, BERNHARDT I**
**TDCJ #:**   **864378**
**Date:**   **02/11/2020 12:22**
**Facility:**   **CONNALLY (CY)**
Housing:   12FA1 CELL 06


This is being sent to you at the request of your medical provider.   If you have questions about the information or do not understand it, you may drop a sick call request to get more information.   If you currently are being treated for any medical condition, we would like to encourage you to follow your treatment plan such as taking your medication regularly, keeping your scheduled appointments in the clinic and with specialists and coming to clinic for your scheduled treatments and check-ups.

Mr Tiede,
Your BP has been running a little high. I am going to increase Losartin to 50mg PO. You will also be called for blood pressure checks.


Electronically Signed by WAGNER, PAMELA K. NP on 02/11/2020.
Electronically Signed by GREEN, JULIE V. CCA on 02/11/2020.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Transfer Screening (Facility to Facility)

Patient Name: TIEDE, BERNHARDT I      Date:   07/25/2019 13:27
TDCJ#:864378      Facility:  CONNALLY (CY)

Age:  60      DOB: 08/02/1958      Sex:  male      Race: WHITE      DOI: 3/26/1999

**Patient Language:**  ENGLISH

**Most recent vitals from 6/18/2019:**

| BP: 150 / 77 (Sitting) | Weight: | Height: 75 In. | BMI: |
|---|---|---|---|
| Pulse: 82 (Sitting) | Resp: | Temp: | O2 Sat: |

Allergies: <span style="color:red">ACE INHIBITORS</span>

Current Medications:

**AMLODIPINE 10MG TABLET**
1 TABS ORAL EVERY MORNING for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:21:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:49AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**ASPIRIN EC 81MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:34AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**ATORVASTATIN 20MG TABLET**
1 TABS ORAL DAILY for 30 Days KOP
     EXPIRATION DATE: 10/25/2019 01:41:00PM
REFILLS: 9 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:55AM
ORDERING PROVIDER: WALDEN, LINDA L
ORDERING FACILITY: TELFORD (TO)

**FUROSEMIDE 20MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:19:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:13AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**GLIPIZIDE 10MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
     EXPIRATION DATE: 8/09/2019 02:06:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 06/10/2019 06:56:24AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**LOSARTAN 25MG TABLET #**
1 TABS ORAL DAILY for 30 Days KOP
869539A [INDEF]
     EXPIRATION DATE: 7/31/2019 05:16:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:16:58AM
ORDERING PROVIDER: BARKER, JAMMIE L
ORDERING FACILITY: TELFORD (TO)

**metFORMIN HCL 1000MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:17:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:22AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**METOPROLOL 100MG TABLET**
1 TABS ORAL TWICE DAILY for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:20:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:39AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

**PROVENTIL HFA 90MCG INH 200PF**
2 PUFFS INHALATION 4 TIMES DAILY for 90 Days KOP   As Needed (PRN)
     EXPIRATION DATE: 8/26/2019 01:49:00PM
REFILLS: 3 / 3
     LAST DATE GIVEN KOP: 06/08/2019 06:40:24AM
ORDERING PROVIDER: RUSSELL, JANET M

ORDERING FACILITY: TELFORD (TO)

**TERAZOSIN 10MG CAPSULE**
1 CAPS ORAL EVERY EVENING for 30 Days KOP
     EXPIRATION DATE: 7/31/2019 05:18:00PM
REFILLS: 11 / 11
     LAST DATE GIVEN KOP: 07/01/2019 07:17:44AM
ORDERING PROVIDER: BARKER, JAMMIE L

ORDERING FACILITY: TELFORD (TO)

Current Restrictions/PULHES:

| Start Date | Provider Name | Restriction | Data & Units | Exp Date |
|---|---|---|---|---|

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

## CORRECTIONAL MANAGED HEALTH CARE
## MENTAL HEALTH OUTPATIENT SERVICES
### Transfer Screening (Facility to Facility)

Patient Name: TIEDE, BERNHARDT I          Date:  07/25/2019 13:27
TDCJ#:864378                              Facility:  CONNALLY (CY)

| 08/17/2016 | UNKNOWN, UNKNOWN | Bunk Assignment Lower Only | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Medical Non-KOP | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Extended Medical Hours Psych Non-KOP | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 12.  No Climbing | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19a. Medical - No Work in Direct Sunlight | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 19b. Psych - No Work in Direct Sunlight | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20a. Medical - No Temperature Extremes | Cont. |
| 08/17/2016 | UNKNOWN, UNKNOWN | Work Assignment 20b. Psych - No Temperature Extremes | Cont. |

|        | **P** | **U** | **L** | **H** | **E** | **S** |
|--------|-------|-------|-------|-------|-------|-------|
| **DES:** | 3 | 1 | 1 | 1 | 2 | 1 |
| **COD:** | M | A | A | A | B | A |
| **MOD:** | P | - | - | P | - | |

MH TRANSFER SCREENING NOTE:

  Subjective:     Patient arrived this date from: TO
      Comments: N/A

  Objective:     Review of medical record indicates:  No current or past MH tx; no current MH complaints; no current or past suicidal ideations/attempts
      PULHES reviewed/updated: Yes

  Assessment:  No apparent mental health needs at this time

  Disposition:
      Continue routine in-processing


Electronically Signed by HARRIS, GERARD B. BS, MHCM on 07/25/2019.
##And No Others##

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

```
****************************************************************************
*** REQUESTOR: STH1680 - THOMPSON, SARA        TELFORD UNIT           ***
****************************************************************************
***              S Y S M   I N B A S K E T   P R I N T                ***

MESSAGE ID: 869539A    DATE: 02/20/18  TIME: 03:11pm  PRIORITY: 000

TO:        STH1680 - THOMPSON, SARA
           CCA
           TELFORD UNIT
           3899 STATE HWY 98
           NEW BOSTON, TX 75570



FROM:      PHE4621 - HERRING, PAM
           CLINICAL PHARMACIST
           HILLTOP UNIT
           1500 STATE SCHOOL RD
           GATESVILLE, TX  76528
```

SUBJECT:   Reply to NONFORMULARY CONSULT

*** Original Author: STH1680 - THOMPSON, SARA; 02/20/18 02:10pm

PERSON COMPLETING REQUEST: SARA THOMPSON
PHONE NUMBER:          -          EXTENSION: 3301

PATIENT NAME: BERNHARDT TIEDE
TDCJ NUMBER: 864378
UNIT: TELFORD
NAME OF UNIT PRESCRIBER: JAMIE MARTIN, NP

CONSULTANT RECOMMENDATION:    YES      NO
NAME OF SERVICE (E.G., UTMB GI):
DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):

  LOSARTAN 25MG DAILY X 30 DAYS W/ INDEFINITE REFILLS


RENEWAL: X YES      NO
DIAGNOSIS (RELATED TO REQUEST): HTN, DM2, NOTE ALLERGIC TO ACE INHIBITOR

JUSTIFICATION:
  HTN, DM2, NOTE ALLERGIC TO ACE INHIBITOR

FORMULARY AGENT(S) TRIED (INCLUDE DATE, DURATION, COMPLIANCE):



LIST DRUG ALLERGIES: :  ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSTIC TESTS (INCLUDE DATE):


  IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE
PRESCRIBER TO CONTACT THE REGIONAL PHYSICIAN OR MENTAL HEALTH
SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.
THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL
REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE
REGIONAL MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR
FOR REVIEW.  IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD
ALSO CALL THE REGIONAL PHYSICIAN OR MENTAL HEALTH SERVICES
DIRECTOR (P&P# 05-10).

UNIT PERSONNEL MUST SCAN ALL NONFORMULARY CONSULTS INTO THE EMR (P&P# 05-10).
SCANNED CONSULTS MUST BE FILED ELECTRONICALLY IN THE EMR FOLDER TITLED
"NONFORMULARY REQUESTS."

*** Comments From: PHE4621 - HERRING, PAM; 02/20/18 03:10pm
   APPROVE UP TO 100MG/DAY INDEFINITELY

RENEWAL

Sent to:    STH1680             THOMPSON, SARA          (to)
            TO                  <list>                  (to)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:48 AM

TELFORD (TO)

MEDICAL
PATIENT DAILY ORDERS

PATIENT NAME: TIEDE, BERNHARDT I          MRN: 864378          AGE: 58   Sex: M

********************************************************************************

- MEDICATION ORDERS -

```
Ordering Provider  : WALDEN, LINDA L
Patient            : TIEDE, BERNHARDT I
MRN                : 864378
Current UOA        : TELFORD (TO) - (952)
Date/Time          : MAR-03-2017 07:57:16
User               : (93135)SNYDER,JESSE R.Ph.

 RxID               : 22604827
 Label Name         : LOSARTAN 25MG TABLET #
 Brand Name         : COZAAR #
 Diagnosis          :
 Dose               : 1
 Dose Description   : TABS
 Route Description  : ORAL
 Frequency Code     : DAILY (DAILY)
 Duration           : 30 Days
 KOP                : N
 Give On Dialysis   : N
 Special Instruction: NF#773391A---SEE APPROVAL FOR COMMENTS
 Verbal             : N
 Order Date         : FEB-28-2017 16:04:00
 Start Date         : MAR-03-2017 00:01:00
 Run Start Date     : 03/03/2017
 Run End Date       : 04/02/2017
 Refills            : 0 / 11
 Final Expiration   : 02/26/2018
 Stop Date          :
 Stop Reason        :
 On Hold            : N
 ** Taken OFF Hold By SNYDER, JESSE X on MAR-03-2017 07:57:16 **
 OFF Hold Reason    : Awaiting NF processing.

*** Electronically Signed by WALDEN, LINDA L on MAR-03-2017:093809.***
## And No Others ##
```

================================================================================

--- MEDICATION ORDERS ---

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:49 AM

TELFORD (TO)

MEDICAL
PATIENT DAILY ORDERS

PATIENT NAME: TIEDE, BERNHARDT I          MRN: 864378       AGE: 58   Sex: M

*********************************************************************************
- MEDICATION ORDERS -

```
Ordering Provider  : WALDEN, LINDA L
Patient            : TIEDE, BERNHARDT I
MRN                : 864378
Current UOA        : TELFORD (TO) - (952)
Date/Time          : MAR-01-2017 10:16:49
User               : (93135)SNYDER,JESSE R.Ph.

 RxID              : 22604827
 Label Name        : LOSARTAN 25MG TABLET #
 Brand Name        : COZAAR #
 Diagnosis         :
 Dose              : 1
 Dose Description  : TABS
 Route Description : ORAL
 Frequency Code    : DAILY (DAILY)
 Duration          : 30 Days
 KOP               : N
 Give On Dialysis  : N
 Special Instruction: NF#773391A---SEE APPROVAL FOR COMMENTS
 Verbal            : N
 Order Date        : FEB-28-2017 16:04:00
 Start Date        : MAR-03-2017 00:01:00
 Run Start Date    : 03/03/2017
 Run End Date      : 04/02/2017
 Refills           : 0 / 11
 Final Expiration  : 02/26/2018
 Stop Date         :
 Stop Reason       :
 On Hold           : Y
 ** On Hold From: MAR-01-2017 10:15:45 To APR-01-2017 09:15:45,   Placed ON Hold By
SNYDER, JESSE X **
 ON Hold Reason    : Awaiting NF processing.

*** Electronically Signed by WALDEN, LINDA L on MAR-01-2017:135749.***
## And No Others ##
```
=================================================================================

--- MEDICATION ORDERS ---

**PEARL PATIENT CHART EXPORT**
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

```
**************************************************************************
*** REQUESTOR: STH1680 - THOMPSON, SARA        TELFORD UNIT           ***
**************************************************************************
***           S Y S M   I N B A S K E T   P R I N T                   ***

MESSAGE ID: 773391A     DATE: 02/28/17  TIME: 03:56pm  PRIORITY: 000

TO:        STH1680 - THOMPSON, SARA
           CCA
           TELFORD UNIT
           3899 STATE HWY 98
           NEW BOSTON, TX 75570



FROM:      RSA2020 - SANDMANN, ROBERT M.,PHARM.D.
           PHARMACY CLINICAL PRACTICE SP
           CMC PHARMACY
           2400 AVENUE I
           HUNTSVILLE, TX  77340



SUBJECT:   Reply to NONFORMULARY CONSULT


*** Sent by Alternate User "OE00018" for "RSA2020" ***
*** Original Author:  STH1680 - THOMPSON, SARA; 02/28/17 03:54pm

PERSON COMPLETING REQUEST: SARA THOMPSON
PHONE NUMBER:           -         EXTENSION: 3301

PATIENT NAME: TIEDE, BERNHARDT
TDCJ NUMBER: 864378
UNIT: TELFORD
NAME OF UNIT PRESCRIBER: LINDA WALDEN, D.O.

CONSULTANT RECOMMENDATION:    YES        NO
NAME OF SERVICE (E.G., UTMB GI):
DRUG (INCLUDE STRENGTH/DOSE/FREQUENCY/DURATION):
 COZAAR 25 MG PO Q DAY X 30 DAYS X 11 REFILLS



RENEWAL:   YES      NO
DIAGNOSIS (RELATED TO REQUEST): HTN, DM2, NOTE ALLERGIC TO ACE INHIBITOR

JUSTIFICATION: HTN, DM2, NOTE ALLERGIC TO ACE INHIBITOR


FORMULARY AGENT(S) TRIED (INCLUDE DATE, DURATION, COMPLIANCE):
 HYTRIN
 HYDROCHLOROTHIAZIDE 25MG TAB
 GUANFACINE 2MG TABLET AMLODIPINE 10MG TABLET

LIST DRUG ALLERGIES: ACE INHIBITORS

PERTINENT LABORATORIES/DIAGNOSTIC TESTS (INCLUDE DATE):
```

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

IF THE ALTERNATE SUGGESTION BY THE CLINICAL PHARMACIST IS NOT
ACCEPTABLE TO THE PRESCRIBER, IT IS THE RESPONSIBILITY OF THE
PRESCRIBER TO CONTACT THE REGIONAL PHYSICIAN OR MENTAL HEALTH
SERVICES DIRECTOR TO REQUEST NONFORMULARY APPROVAL.
THE PRESCRIBER SHOULD FORWARD A COPY OF THE NONFORMULARY EMAIL
REQUEST WHICH INCLUDES THE PHARMACIST'S COMMENTS TO THE
REGIONAL MEDICAL DIRECTOR OR MENTAL HEALTH SERVICES DIRECTOR
FOR REVIEW.  IF THE REQUEST IS URGENT THE PRESCRIBER SHOULD
ALSO CALL THE REGIONAL PHYSICIAN OR MENTAL HEALTH SERVICES
DIRECTOR (P&P# 05-10).

UNIT PERSONNEL MUST SCAN ALL NONFORMULARY CONSULTS INTO THE EMR (P&P# 05-10).
SCANNED CONSULTS MUST BE FILED ELECTRONICALLY IN THE EMR FOLDER TITLED
"NONFORMULARY REQUESTS."

*** Comments From: RSA2020 - SANDMANN, ROBERT M.,PHARM.D.; 02/28/17 03:55pm
APPROVAL:
LOSARTAN: UP TO 100MG/DAY X 30 DAYS WITH 11 REFS; NONKOP

Sent to:     STH1680              THOMPSON, SARA              (to)
             NONFORM              <list>                      (to)

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

## CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

Mental Health Transfer Screening(Facility to Facility)

Patient Name: TIEDE, BERNHARDT I          TDCJ#:864378          Date:   08/29/2016 09:31
Facility:  TELFORD (TO)
Age:58   Race:  W  Sex:  male
Active Problems:

*Chronic Care:*
   *Chronic Obstructive Pulmonary Disease, Copd, Emphysema First Observed 3/27/2013 02:03PM*

*Dental:*
   *Hard Tissue Disease First Observed 2/21/2012 02:15PM*
   *Gingival/periodontal First Observed 3/19/2012 09:16AM*
   *Perio Type Ii First Observed 1/11/2013 09:24AM*
   *Dental Caries Extending Into Dentin First Observed 6/24/2013 10:23AM*
   *Pulp And Periapical First Observed 7/31/2013 12:43PM*

*Not Specified:*
   *Hypertension (htn) First Observed 3/5/2004 09:00AM*
   *Tb Class 0 (no Exposure Pulm. Tuberculosis) First Observed 3/9/2005 02:33PM*
   *Diabetes, Type Ii (adult), Non-insulin Dependent (niddm) First Observed 1/3/2006 09:00AM*
   *Hyperlipidemia First Observed 1/13/2006 02:16PM*
   *Hyperglycemia First Observed 1/13/2006 02:16PM*
   *Rash/lesion, Dermatitis Nos First Observed 7/23/2008 02:44PM*

---

Patient Language:  **ENGLISH**   Name of interpreter, if required:

**Most recent vitals from 8/17/2016:** BP: 132 / 75 (Sitting) ; Wt: 235 Lbs.; Height: 75 In.; Pulse: 127 (Sitting) ; Resp: 18 / min; Temp: 98.5 (Oral)  BMI: 29

Allergies:  **ACE INHIBITORS**
Current Medications:

| Medication | Ordering | Last Date / Refills |
|---|---|---|
| **AMLODIPINE 10MG TABLET** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM <br> REFILLS: 0 / 11 <br> EXPIRATION DATE: 8/12/2017 07:35:00AM |
| **GLIPIZIDE 10MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM <br> REFILLS: 0 / 11 <br><br> EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET** <br> 1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 83.33 % <br> REFILLS: 0 / 11 <br> EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB** <br> 1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM <br> REFILLS: 0 / 11 <br> EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET** <br> 1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM <br> REFILLS: 0 / 11 <br><br> EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **PRAVASTATIN 10MG TABLET** <br> 1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND) <br> ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/19/2016 06:16:41AM <br> REFILLS: 0 / 11 |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

## CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

<u>Mental Health Transfer Screening(Facility to Facility)</u>

Patient Name: TIEDE, BERNHARDT I          TDCJ#:864378          Date:   08/29/2016 09:31
Facility:  TELFORD (TO)
  KOP

EXPIRATION DATE: 8/12/2017 07:32:00AM

S:      Offender arrived this date from  _____Beto_____  Facility.

         Comments:

O:      Review of medical record indicates:

   _x_    No current or past mental health treatment; no current mental health complaints; no current or past suicidal ideations or attempts
   __    Current mental health treatment
   __    History of mental health treatment
   __    History of suicidal attempts/gestures
   __    Current suicidal ideation
   __    Poor hygiene, disorientation, inappropriate behavior and/or thought processes treatment and/or self-injurious behavior
         PULHES:  S___1A_____

A:      Assessment

   _x_    No apparent mental health needs at this time
   __    Possible mental health needs, non-urgent
   __    Possible mental health needs, urgent
   __    Current prescription for psychotropic medications
   __    Returning from inpatient/crisis management facility

P:      Disposition

   _x_    Continue routine in-processing
   __    Schedule routine triage interview
   __    See immediately
   __    Schedule clinical interview/MHE
   __    Schedule for psychiatrist/psychiatric NP/PA
   __    Schedule for ad seg assessment

<span style="color:red">Electronically Signed by EHLER, CAROLE T. MA, MHC on 08/29/2016.
##And No Others##</span>

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**Correctional Managed Care**
**INTAKE REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 08/17/2016 07:32    **Facility:** GURNEY (ND)
**Age:**  58 year  **DOB:**  08/02/1958 **Race:**  W  **Sex:**  male
**Most recent vitals from 8/17/2016:** BP: 132 / 75 (Sitting) ; Wt 235 Lbs.; Height: 75 In.   Pulse: 127 (Sitting) ; Resp: 18 / min; Temp: 98.5 (Oral)   BMI: 29
**DOI:**   3/26/1999
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:   **ENGLISH**   Name of interpreter, if required: |
|---|

**Current Medications**:

| | | |
|---|---|---|
| **GLIPIZIDE 10MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |
| **GUANFACINE 2MG TABLET**<br>1 TABS ORAL AT BEDTIME for 30 Days | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | COMPLIANCE: 66.67 %<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:59:00PM |
| **hydroCHLOROthiazide 25MG TAB**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **LISINOPRIL 20MG TABLET**<br>1 TABS ORAL DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br>EXPIRATION DATE: 8/07/2017 04:56:00PM |
| **metFORMIN HCL 1000MG TABLET**<br>1 TABS ORAL TWICE DAILY for 30 Days KOP | ORDERING FACILITY: GURNEY (ND)<br>ORDERING PROVIDER: SEITZ, KAREN L | LAST DATE GIVEN KOP: 08/16/2016 03:33:25PM<br>REFILLS: 0 / 11<br><br>EXPIRATION DATE: 8/07/2017 04:57:00PM |

**Chief Complaint and Notes: Intake Physical, HTN, DM II, HLD**
**Significant Past Medical History: States has a dry hacky cough and has been through all the ace's.**

| REMARKS (Vision & Hearing) Glasses | | | |
|---|---|---|---|
| **CLINICAL EVALUATION** | **NL** | **AbNL** | **COMMENTS** |
| *Head And Neck* | X | | |
| *Eyes* | X | | |
| *Ent* | X | | |
| *Dental* | | | |
| *Chest, Breast* | X | | |
| *Cardiovascular* | X | | RRR, no murmurs or bruits. PMI+ |
| *Hemopoietic/ Lymphatic* | X | | |
| *Abdomen* | X | | |
| *Gastrointestinal* | X | | |
| *Endocrine/ Metabolic* | X | | |
| *Nutritional* | | X | obese |

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**Correctional Managed Care**
**INTAKE REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I    **TDCJ#:** 864378    **Date:** 08/17/2016 07:32    **Facility:** GURNEY (ND)

| | | | |
|---|---|---|---|
| *Upper Extremities* | X | | |
| *Spine* | X | | |
| *Lower Extremities* | X | | Diabetic foot check |
| *Skin* | X | | |
| *Rectal* | | | *Deferred/PSA* |
| *FOBT Fecal Occult Blood Test* | | | *Deferred* |
| *GU Genitourinary* | | | Deferred |
| *Neuro* | X | | |
| *Ob-Gyn (Pelvic)* | | | N/A |

| REMARKS: | | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|
| | Designators | 3 | 1 | 1 | 1 | 2 | |
| | Codes | E | A | A | A | B | |
| | Modifiers | P | | | | | |

**HSM-4 (Rev. 5/05)**

**If any component of the physical exam is refused, a refusal form must be completed.**

| **Refusal Signed:** | | Yes | X | No |
|---|---|---|---|---|

**Diagnoses: Intake Physical, HTN, ace cough, DM II, HLD**
**Restrictions: II: B,2   III: 20**
**Orders:**
1. **SCR prn for issues not addressed on intake**
2. **BP labs ordered**
3. **DFH ordered**
4. **B/P checks q m x 12m**
5. **Initial CCC for HTN done**
6. **CCC for HTN q 12m**
7. **Limit sodium intake**
8. **PSA ordered**
9. **EKG ordered**
10. **DB labs ordered**
11. **CCC for DM II q 6m**

**Stopped Meds:**
    **LISINOPRIL 20MG TABLET    21540360              08/12/2016 16:56**
        **1 TABS ORAL QD   KOP**
        **FINAL EXP. DATE: 8/07/2017 04:56:00PM      REFILLS: 11    DURATION: 30 Days**

**Started Meds:**
    **AMLODIPINE 10MG TABLET          21557151              08/17/2016 07:35**
        **1 TABS ORAL QD   KOP**
        **FINAL EXP. DATE: 8/12/2017 07:35:00AM      REFILLS: 11    DURATION: 30 Days**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**Correctional Managed Care**
**INTAKE REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/17/2016 07:32   **Facility:** GURNEY (ND)

Procedures Ordered:

| Date Time | Description | Diagnosis | Comments | Special Instructions |
|---|---|---|---|---|
| 8/17/2016 07:41AM | PROVIDER INTAKE PHYSICAL EXAM (F) | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified | | |
| 8/17/2016 07:41AM | *PSA, SERUM | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified | | |
| 8/17/2016 07:41AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCK DELCRRHAHEMURRHGDLEV2 | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified | | |
| 8/17/2016 07:41AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified | | |
| 8/17/2016 07:41AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD LEV2 | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified | | |
| 8/17/2016 07:41AM | *THYROID STIMULATING HORMONE [TSH]CNBFPSYLDMCDBPDBLELEV2T HPRHA | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), | | |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**Correctional Managed Care**
**INTAKE REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/17/2016 07:32   **Facility:** GURNEY (ND)

| Date | Test | Exam |
|---|---|---|
| | | hyperlipidemia, unspecified |
| 8/17/2016 07:41AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVCNDBBPBFPSYLESLDCKDELCRH EMUR | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 8/17/2016 07:41AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHG D | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 1/17/2017 07:41AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD LEV2 | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 8/17/2016 07:41AM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2) | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2) | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | *CBC W/DIFF BABYDMCD PSYLBPSZDBHVCNESLDAHEPHPCK DELCRRHAHEMURRHGDLEV2 | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | *COMP METABOLIC PANEL (CMP) PSYLABPHEPSZDBHVCNBFAHEPES LDHPESLDCKD LEV2ELCRRHGD | medical exam w/abnormal findings, general |

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**Correctional Managed Care**
**INTAKE REPORT OF PHYSICAL EXAM**

**Patient Name:** TIEDE, BERNHARDT I   **TDCJ#:** 864378   **Date:** 08/17/2016 07:32   **Facility:** GURNEY (ND)

|  |  |  |
|---|---|---|
|  |  | adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | *HEMOGLOBIN A1C QUANT [HGBA1C]PSYLDBCKD LEV2 | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | *URINALYSIS W/DIP MICRO EXAM ON POS [UA CHEM] HVCNDBBPBFPSYLESLDCKDELCRHEMUR | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |
| 7/17/2017 07:41AM | LIPID PANEL CNDBBFHVPSYLDMCDNBPCKDRHGD | medical exam w/abnormal findings, general adult, encounter for, type 2 diabetes mellitus, essential (primary) hypertension (htn), hyperlipidemia, unspecified |

Electronically Signed by SEITZ, KAREN L. FNP on 08/17/2016.
##And No Others##

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

## TEXAS UNIFORM HEALTH STATUS UPDATE

**I.** NAME: _Tiede_ _Bernhardt_

    Last            First               DOB: _8 12 158_ AGE: ____

STATE ID# _____   MI ____   RACE: _W_   SEX: Male __ Female _✓_

COUNTY/TDCJ# _____       WT: _275_ HT: _63_

**II. CURRENT/CHRONIC HEALTH PROBLEMS**

**A. Health Problems**

- ____ 1. None
- ____ 2. Asthma
- ____ 3. Pregnancy
- ____ 4. Dental Priority
- _✓_ 5. Diabetes
- ____ 6. Drug Abuse
- ____ 7. Alcoholism
- ____ 8. Orthopedic Problems
- ____ 9. Cardiovascular/Heart Trouble
- ____ 10. Suicidal
- ____ 11. Mental Retardation
- ____ 12. Mental Illness (Specify diagnosis) _____
- ____ 13. Recent Surgery
- ____ 14. Seizures
- ____ 15. Dialysis
- _✓_ 16. Hypertension
- ____ 17. CARE System   Y/N

*NOTE: When screening substance abuse facility clients, please contact the TDCJ-ID Health Services Liaison at (936)437-3589 for clients with any chronic disease symptoms deemed unstable.*

**B. Preventive Medicine**

- ____ 1. Tuberculosis Status
  - Skin Test:   Date Given: _4/29/16_   Date Read: _5/1/16_   Results _Neg_ _0_ mm*
  - X-Ray:   Date: __/__/__   Normal ____ Abnormal ____*   Anti-TB Treatment? No ___ Yes ___*
- _N_ 2. Hepatitis: A ___ B ___ C ___   Other: ____
- _N_ 3. HIV Antibody:   Test Date: __/__/__   Results: Neg ____   Pos ____   CD4: ____ Date __/__/__
- _N_ 4. Syphilis: Date: __/__/__   Type: ____   Treatment Completed: ___Yes ___No

*NOTE: If any treatment has been recommended, the X-Ray was abnormal, or skin test indicates infection please attach tuberculosis record.*

**C. Other Health Care Problems:** _____

**III. SPECIAL NEEDS (Check all that apply)**

**A. Housing Restrictions**
- _✓_ 1. None
- ____ 2. Skilled Nursing Facility
- ____ 3. Extended Care Facility
- ____ 4. Psychiatric Inpatient Facility
- ____ 5. Respiratory Isolation
- ____ 6. Other: _____

**B. Transportation**
- _✓_ 1. Routine
- ____ 2. Crutches/Cane
- ____ 3. Ambulance
- ____ 4. Wheelchair/Wheelchair Van
- ____ 5. Prosthesis: _____

**C. Pending Specialty Clinic Appointment**
- None _____ Type _____

**D. ALLERGIES** _____

NKA

**IV. CURRENT PRESCRIBED MEDICATIONS**   None ____

| Medication | Dosage | Frequency |
|---|---|---|
| metformin | 1000 mg | BID |
| pravastatin | 10 mg | q hs |
| guanfacine | 2mg | q hs |
| losartan/HCT | 100-25 mg | q day |
| glipizide | 10 mg | BID |

THIS FORM **MUST** **ACCOMPANY** ALL OFFENDERS TRANSFERRED TO AND FROM ALL TEXAS CRIMINAL JUSTICE ENTITIES

COMPLETED BY: _amas LVN_

Signature/Title

DATE: _8 5 16_

PHONE NUMBER: _903-693-0359_   FACILITY: _Panola County_

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

**East Texas Medical Center – Carthage**

409 W. Cottage Road
Carthage, TX 75633
Phone: 903-694-4831
Provider Number: 45D0051995

| | |
|---|---|
| Pt Name: | **TIEDE, BERNHARDT** |
| Location: | RHL        VCT: OP  VST: RHL |
| Pt No: | 18618066 |
| Med Rec: | 22296 |
| DOB: | 08/02/1958      Age: 57Y     Sex: M |
| Doctor: | 44774     EASTWOOD, ROBERT |

Report Recipients:
Rural Health Clinic lab  / Nextgen

## HEMATOLOGY
COMPLETE BLOOD COUNT

| Test Name | COLLECTION DATE 06/06/2016 13:26 | | REFERENCE RANGE | UNITS | RELEASE DATE/BY | PERF BY |
|---|---|---|---|---|---|---|
| WBC | 7.5 | | 4.6-10.2 | K/mm3 | 06/06/2016 13:36/lr2 | |
| RBC | 5.28 | | 4.6-5.4 | M/mm3 | 06/06/2016 13:36/lr2 | |
| HGB | 15.3 | | 14.2-17.0 | g/dL | 06/06/2016 13:36/lr2 | |
| HCT | 45.7 | | 43.0-51.0 | % | 06/06/2016 13:36/lr2 | |
| MCV | 86.6 | | 80.0-97.0 | fL | 06/06/2016 13:36/lr2 | |
| MCH | 29.0 | | 29.0-33.0 | pg | 06/06/2016 13:36/lr2 | |
| MCHC | 33.5 | | 32-38 | g/dL | 06/06/2016 13:36/lr2 | |
| RDW | 13.7 | | 11.5-14.5 | % | 06/06/2016 13:36/lr2 | |
| PLT | 262 | | 150-450 | K/mm3 | 06/06/2016 13:36/lr2 | |
| MPV | 7.7 | | | fL | 06/06/2016 13:36/lr2 | |
| SEGS | 58.1 | | 33.0-66.0 | % | 06/06/2016 13:36/lr2 | |
| LYMPHOCYTES | 30.2 | | 24.0-44.0 | % | 06/06/2016 13:36/lr2 | |
| MONOCYTES | 7.9 | | 2.0-11.0 | % | 06/06/2016 13:36/lr2 | |
| EOSINOPHILS | 3.3 | | 0-4.0 | % | 06/06/2016 13:36/lr2 | |
| BASOPHILS | 0.5 | | 0-2.0 | % | 06/06/2016 13:36/lr2 | |

## CHEMISTRY
ROUTINE CHEMISTRY

| Test Name | COLLECTION DATE 06/06/2016 13:26 | | REFERENCE RANGE | UNITS | RELEASE DATE/BY | PERF BY |
|---|---|---|---|---|---|---|
| SODIUM | 140 | | 136-145 | mEq/L | 06/06/2016 14:41/afl | |
| POTASSIUM | 3.9 | | 3.5-5.1 | mEq/L | 06/06/2016 14:41/afl | |
| CHLORIDE | 101 | | 98-107 | mEq/L | 06/06/2016 14:41/afl | |
| CARBON DIOXIDE | 25.5 | | 21-32 | mmol/L | 06/06/2016 14:41/afl | |
| GLUCOSE | **222** | H | 74-106 | mg/dL | 06/06/2016 14:41/afl | |
| CALCIUM | 9.6 | | 8.5-10.1 | mg/dL | 06/06/2016 14:41/afl | |
| BUN | 15 | | 7-18 | mg/dL | 06/06/2016 14:41/afl | |
| CREATININE | **1.34** | H | 0.70-1.3 | mg/dL | 06/06/2016 14:41/afl | |
| ALBUMIN | 3.7 | | 3.4-5.0 | g/dL | 06/06/2016 14:41/afl | |
| PROTEIN, TOTAL | 6.8 | | 6.4-8.2 | g/dL | 06/06/2016 14:41/afl | |
| GLOBULIN (CALC) | 3.1 | | 2.3-3.5 | g/dL | 06/06/2016 14:41/afl | |
| A/G RATIO | 1.2 | | 1.0-2.4 | | 06/06/2016 14:41/afl | |
| AST(SGOT) | 31 | | 15-37 | U/L | 06/06/2016 14:41/afl | |
| ALT(SGPT) | 37 | | 12-78 | U/L | 06/06/2016 14:41/afl | |
| ALK PHOS | 71 | | 46-116 | U/L | 06/06/2016 14:41/afl | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.0 | mg/dL | 06/06/2016 14:41/afl | |
| OSMOLALITY (CALC) | 287 | | | | 06/06/2016 14:41/afl | |
| GFR CALCULATION | NOT AVAIL | | | | 06/06/2016 14:41/afl | |
| | =1= | | | | | |

**Comments**
=1=

Kidney Damage

| Stage | Description | GFR |
|---|---|---|
| 1 | Normal or minimal kidney damage with normal GFR | 90+ |
| 2 | Mild decrease in GFR | 60-89* |
| 3 | Moderate decrease in GFR | 30-59 |
| 4 | Severe Decrease in GFR | 15-29 |
| 5 | Kidney failure | <15 |

**TIEDE, BERNHARDT**

Report Type: Single
Page 1 of 2
Report as of **07/25/2016 11:34**

# PEARL PATIENT CHART EXPORT
Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

| | |
|---|---|
| East Texas Medical Center - Carthage | Pt Name: **TIEDE, BERNHARDT** |
| 409 W. Cottage Road | Location: RHL      VCT: OP  VST: RHL |
| Carthage, TX 75633 | Pt No:    18618066 |
| Phone: 903-694-4831 | Med Rec:  22296 |
| Provider Number: 45D0051995 | DOB:      08/02/1958    Age: 57Y    Sex: M |
| | Doctor:   44774    EASTWOOD, ROBERT |

## Comments

*Because GFR is a calculated value which is less accurate above
60 mL/min/1.73 m2, all GFR values in categories 1 and 2 {normal to
mild decrease in GFR} are simply reported as >60.

## Results

NOT AVAIL: Insufficient information to calculate eGFR at time of testing

HEMOGLOBIN A1C

| Test Name | COLLECTION DATE 06/06/2016 13:26 | | REFERENCE RANGE | UNITS | RELEASE DATE/BY |
|---|---|---|---|---|---|
| HEMOGLOBIN A1C | 6.4 | H | 4.5-6.2 | % | 06/06/2016 14:33/afl |
| MEAN PLASMA GLUCOSE | 137 | | | | 06/06/2016 14:33/afl |

## KEY:
H:High

## Testing performed through:
CT: ETMC - Carthage 409 W. Cottage Road  Carthage, TX 75633
Lorenz Schniege, MD

TIEDE, BERNHARDT

Report Type: Single
Page **2** of **2**
Report as of **07/25/2016 11:34**

# PEARL PATIENT CHART EXPORT

Data Exported From the Pearl EMR
Wednesday, August 16, 2023 10:04:50 AM

Name: _Tiede, Bernhardt_

TDCJ No: _864378_

DOB: _8/2/58_

## CLINIC NOTES

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE

#### INSTITUTIONAL DIVISION

Joe F. Gurney Unit

| Date & Time | |
|---|---|
| /2016 | Texas Uniform Health Status Update from previous correctional facility reviewed. |
| 1300 | Current Medications Ordered for Continuity of Care are Indicated Below: |

☐ Aspirin EC ☐81mg ☐325mg #_1_ PO QD x 30 days x 11 RF KOP

☑ Hydrodiuril (hctz) ☐12.5mg ☑25mg ☐50mg #_1_ PO QD x 30 days x 11 RF KOP

☐ K-Dur (potassium) ☐10mEq ☐20mEq #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ Lasix (furosemide) ☐20mg ☐40mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ Lopressor (metoprolol) ☐25mg ☐50mg ☐100mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ Norvasc (amlodipine) ☐5mg ☐10mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ Pravachol (pravastatin) ☐10mg ☐20mg ☐40mg #_1_ PO QPM x 30 days x 11 RF KOP

☑ Prinivil (lisinopril) ☐10mg ☑20mg ☐40mg #_1_ PO ☑QD ☐BID x 30 days x 11 RF KOP

☐ Tenex (guanfacine) ☐1mg ☐2mg #_1_ PO QD  x 30 days x 11 RF

☐ Tenormin (atenolol) ☐25mg ☐50mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ Depakote EC (divalproex) ☐250mg ☐500mg #_____, Q _____ x 30 days x 11 RF –IIB2

☐ Dilantin (phenytoin) 100mg #_____, Q _____ x 30 days x 11 RF –IIB2

☐ Keppra (levetiracetam) ☐500mg ☐1000mg #_1_PO ☐QD ☐BID x 30 days x 11 RF –IIB2

☐ Tegretol (carbamazepine) 200mg #_____ Q _____ x 30 days x 11 RF –IIB2

☑ Glucophage (metformin) ☐500mg ☑1000mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☑ Glucotrol (glipizide) ☐5mg ☑10mg #_1_ PO ☐QD ☐BID x 30 days x 11 RF KOP

☐ NPH insulin _____units AM; _____units PM x 30 days x 11 RF with pm snack

☐ Sliding scale prn x 30 days x 11 RF with pm snack

☐ Mobic (meloxicam) ☐7.5mg ☐15mg #_1_ PO QD x 30 days x _____ RF KOP

☐ Motrin (ibuprofen) ☐400mg ☐600mg ☐800mg #_1_ PO BID x 30 days x _____RF KOP

☐ Naprosyn (naproxen) ☐250mg ☐500mg #_1_ PO BID x 30 days x _____ RF KOP

☐ INH (isoniazid 300mg & B6 (pyridoxine) 50mg; 1 each QD x 30 days x _____RF – Chart to CID

☐ Proventil HFA(albuterol sulfate) 2 puffs QID PRN x 90 days x 3 RF KOP

☐ Qvar (beclomethasone) #_1_ puff BID x 60days x 5 RF KOP

☐ Prilosec (omeprazole) 20mg #_1_PO ☐QD ☐BID x 30 days x _____ RF KOP

☐ Zantac (ranitidine) 150mg #_____ BID x 30 days x _____RF  KOP

☐ Synthroid (levothyroxine) ☐0.025mg ☐0.05mg ☐0.1mg #_1_ PO Q _____ x 11 RF KOP

_simvastatin 10 mg q HS QIR KOP_

_amitriptyline 2 mg q HS 11R KoP_

Seitz, Karen, RN, FNP-C
87276

C. Wilbanks LVN