IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1004-RP |
| BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ANGELA COLMENERO, *in her official capacity as Interim Texas Attorney General,* KENNETH PAXTON*, in his official capacity as the Attorney General of Texas (currently suspended)*, and THE TEXAS OFFICE OF ATTORNEY GENERAL, | § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Bernhardt Tiede, II's (TDCJ No. 00864378) ("Plaintiff") Opposed Motion to Extend the Amended Temporary Restraining Order. (Dkt. 22). In the motion, Plaintiff's counsel states that she conferred with Defendants' counsel and that Defendants oppose Plaintiff's motion. (*Id.*). Plaintiff's motion is time-sensitive given that the Amended Temporary Restraining Order expires on September 28, 2023.

Accordingly, **IT IS ORDERED** that Defendants shall file a response to Plaintiff's Motion indicating their opposition before 5:00 p.m. on September 27, 2023.

**SIGNED** on September 26, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE