UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Bernhardt Tiede, II <br><br> Plaintiff, <br><br> vs. <br><br> *Kenneth Paxton, Current Attorney General of Texas (currently suspended), in their official capacity, and/or Angela Comenero, in their official capacity,* Interim Texas Attorney General, Texas Office of Attorney General; *Bryan Collier, Executive Director,* The Texas Department of Criminal Justice, <br><br> Defendants. | §§§§§§§§§§§§§§§§§     NO. 1:23-CV-01004-RP |

## PLAINTIFF'S BERNHARDT TIEDE, II'S UNOPPOSED MOTION FOR VIRTUAL HEARINGS

Plaintiff Bernhardt Tiede, II, ("Plaintiff"), moves the Court to allow all parties, attorneys, and witnesses to appear for all court settings and hearings via the Zoom Teleconference System (https://txwd-uscourts.zoomgov.com/) or telephonically.

Plaintiff is currently located in Huntsville Texas at the Estelle Unit, Plaintiff's lead counsel lives in Far West Texas, and Plaintiff's primary TRO witness, Dr. Jennette Cross, lives in Colorado. Further, additional counsel and experts are expected to join Mr. Tiede's legal team, and some of the individuals are located outside of Texas.

Pursuant to Local Rule CV-7(i), Plaintiff certifies that after conference via email on September 25, 2023 opposing counsel is agreeable to virtual attendance for all parties, counsel, and

witnesses; with the caveat that such witnesses have virtual attendance technology and/or internet services which would make such attendance feasible.

Dated: September 26th  2023.

           Respectfully Submitted,

           LAW OFFICE OF JODI COLE, PLLC
           *Counsel for Bernhardt Tiede, II*
           203 East Murphy Street
           Alpine, Texas 79830
           Telephone: 432-837-4266

           By: */s/ Jodi Cole*
           Jodi Cole, Esq.
           Texas Bar No. 24045602
           jcole@jodicole.com

## **NOTICE OF ELECTRONIC FILING**

I HEREBY CERTIFY that on September 26, 2023, a true and correct copy of the foregoing has been submitted for filing with the Electronic Case Files System of the Western District of Texas, Austin Division ("CM/EFC").

           By: */s/ Jodi Cole*
           Jodi Cole, Esq.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2023, a true and correct copy of the foregoing was furnished electronically via CM/EFC to all counsel of record.

By: */s/ Jodi Cole*
Jodi Cole, Esq.