**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 1:23-CV-1004-RP |
| BRIAN COLLIER, et al. | § § § | |
| *Defendants.* | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BRYAN COLLIER'S MOTION TO DISMISS**

# Exhibit 1

# TDCJ Inmate Information – Bernhardt Tiede, II

   



[Return to Search Results](#)

# Inmate Information Details

**SID Number:** 05931666

**TDCJ Number:** 00864378

**Name:** TIEDE,BERNHARDT II

**Race:** W

**Gender:** M

**Age:** 65

**Maximum Sentence Date:** 2098-08-02

**Current Facility:** [ESTELLE](#)

**Projected Release Date:** [2098-08-02](#)

**Parole Eligibility Date:** [2029-08-03](#)

**Inmate Visitation Eligible:** [YES](#)

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**
Inmate is not scheduled for release at this time.

**Scheduled Release Type:**
Will be determined when release date is scheduled.

**Scheduled Release Location:**
Will be determined when release date is scheduled.

[Parole Review Information](#)

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1996-11-19 | MURDER | 2016-04-22 | RUSK | 1997-C-103 | 99-00-00 |

[Return to Search Results](#)

---

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an inmate.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or [webadmin@tdcj.texas.gov](mailto:webadmin@tdcj.texas.gov). This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

---

[New Inmate Search](#)

Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371