**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 1:23-CV-1004-RP |
| BRIAN COLLIER, et al. | § § | |
| *Defendants.* | § § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BRYAN COLLIER'S MOTION TO DISMISS**

# Exhibit 5

# Excerpts from Hearing Testimony of TDCJ Division Director Cody Ginsel

```
                     UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION


  KEITH COLE, ET AL            *    4:14-CV-01698
                               *
  VS.                          *    10:09 A.M.
                               *
  BRYAN COLLIER, ET AL         *    JUNE 23, 2017

                        INJUNCTION HEARING
              BEFORE THE HONORABLE KEITH P. ELLISON
                        Day 5 of 9 Days

APPEARANCES:

FOR THE PLAINTIFFS:
Mr. Jeffrey S. Edwards
Mr. Michael C. Singley
Mr. Scott Charles Medlock
Mr. David James
The Edwards Law Firm
1101 East 11th Street
Austin, Texas 78702
(512) 623-7727


FOR THE DEFENDANTS:
Mr. Craig Michael Warner
Ms. Leah Jean O'Leary
Mr. Matthew J. Greer
Mr. C. Daniel DiLizia
Mr. Daniel Christopher Neuhoff
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 936-2109

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.
```

*Laura Wells, CRR, RDR*

|    |                                                          |      |
|----|----------------------------------------------------------|------|
| 1  | **DAY 5**                                                |      |
| 2  | **(Injunction Hearing)**                                 | Page |
|    | June 23, 2017                                            |      |
| 3  |                                                          |      |
|    | WITNESSES                                                | Page |
| 4  |                                                          |      |
|    | **ROBERT HERRERA**                                       |      |
| 5  |     Recross-Examination By Mr. Edwards | 908 |
|    |                                                          |      |
| 6  | **PHYLLIS MCWHORTER**                                    |      |
|    |     Direct Examination By Ms. O'Leary | 930 |
| 7  |     Cross-Examination By Mr. Edwards | 948  |
|    |     Redirect Examination By Ms. O'Leary | 988 |
| 8  |     Recross-Examination By Mr. Edwards | 997 |
|    |     Redirect Examination By Ms. O'Leary | 1003 |
| 9  |                                                          |      |
|    | **CODY GINSEL**                                          |      |
| 10 |     Direct Examination By Ms. O'Leary | 1004 |
| 11 |                                                          | Page |
| 12 | Court Reporter's Certificate....................         | 1111 |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 4 of 17
Case 4:14-cv-01698 Document 356 Filed on 5/26/17 in TXSD Page 101 of 208
Direct Examination of Cody Ginsel    1004

|  |  |
|---|---|
| | having been first duly sworn, testified as follows: |
| | **DIRECT EXAMINATION** |
| | BY MS. O'LEARY: |
| **Q.** | Good morning. Will you please state your name for the record. |
| **A.** | It's Cody Ginsel. C-o-d-y, G-i-n-s-e-l. |
| **Q.** | And what is your current job title? |
| **A.** | I'm the division director for the Private Facilities Contract Monitoring Oversight Division. |
| **Q.** | And what was your position prior to that one? |
| **A.** | I was deputy director over Management Operations in the Correctional Institutions Division. |
| **Q.** | How long have you worked in corrections? |
| **A.** | September 6th will be 29 full years. So right at 29 years. |
| **Q.** | So if you had to explain to Judge Ellison in a few sentences what your job is, what would you say? |
| **A.** | Well, my current job is to provide oversight for our contracted facilities in the Private Division Section. We have secure private facilities. |
| | I also oversee halfway houses, treatment transition centers. That involves about -- quite a bit of contractual review and ensuring the rules and regulations in all those facilities are followed in accordance with the contract. |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 5 of 17
Case 4:14-cv-01698 Document 356-5 Filed on 07/26/17 Page 102 of 208    1005
Direct Examination of Cody Ginsel

12:32:05

1 **Q.** And even though you do private facilities and halfway
2 houses now, do you have a lot of knowledge about CID?
3 **A.** That's correct.
4 **Q.** What does "CID" stand for, for the record?
5 **A.** That's our Correctional Institutions Division.
6 **Q.** When you are thinking about developing rules and
7 procedures for, we'll say CID to limit it, what are the
8 most important factors that you would think about?
9 **A.** Well, the safety of the offenders and the safety of
10 the staff, also the public.

12:32:23

11 **Q.** Do you think offender behavior is an important factor
12 when you are deciding what rules and policies should be in
13 place?
14 **A.** Yes.

12:32:36

15 **Q.** And based on your experience, do you have knowledge
16 about typical offender behavior?
17 **A.** I do through -- through experience, yes.
18 **Q.** Let's talk about some of those typical behaviors.  How
19 many years in your career did you spend as a warden or
20 assistant warden?

12:33:00

21 **A.** 13 years.
22 **Q.** How would you describe the relationship between a
23 warden and the offenders that live at his unit?
24 **A.** Well, it should be one of trust.  It should be one of
25 open communication where the warden could walk and have

12:33:15

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 6 of 17
Case 4:14-cv-01698-RH Document 356-5 Filed 07/26/17 Page 208 of 208  1111
Direct Examination of Cody Ginsel

03:57:47

1    MR. EDWARDS: No. As long as we can incorporate
2 her prior testimony as the Court ordered previously. Oh,
3 we may have some rebuttal testimony from inmates; but that
4 would be at the close of evidence.
5    MR. JAMES: We just -- we just figured out the
6 names of inmates. We haven't conferred with opposing
7 counsel, but we'll submit writs.
8    THE COURT: Okay. That is fine. Thank you.
9   (Proceedings concluded at 3:57 p.m. and continued on
10 Day 6.)
11 *Date: July 27, 2017*

12 **COURT REPORTER'S CERTIFICATE**

13 *I, Laura Wells, certify that the foregoing is a*
14 *correct transcript from the record of proceedings in the*
15 *above-entitled matter.*
16
17        */s/ Laura Wells*
18        *Laura Wells, CRR, RMR*
19
20
21
22
23
24
25

*Laura Wells, CRR, RDR*

```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION


  KEITH COLE, ET AL              *    4:14-CV-01698
                                 *
  VS.                            *    9:17 A.M.
                                 *
  BRYAN COLLIER, ET AL           *    JUNE 26, 2017

                        INJUNCTION HEARING
              BEFORE THE HONORABLE KEITH P. ELLISON
                        Day 6 of 9 Days

  APPEARANCES:

  FOR THE PLAINTIFFS:
  Mr. Jeffrey S. Edwards
  Mr. Michael C. Singley
  Mr. Scott Charles Medlock
  Mr. David James
  The Edwards Law Firm
  1101 East 11th Street
  Austin, Texas 78702
  (512) 623-7727
      and
  Ms. Wallis Anne Nader
  Texas Civil Rights Project - Houston
  2006 Wheeler Avenue
  Houston, Texas 77004
  (832) 767-3650

  FOR THE DEFENDANTS:
  Mr. Craig Michael Warner
  Ms. Leah Jean O'Leary
  Mr. Matthew J. Greer
  Mr. C. Daniel DiLizia
  Mr. Daniel Christopher Neuhoff
  Office of the Attorney General
  P.O. Box 12548
  Austin, Texas 78711
  (512) 936-2109
```

*Laura Wells, CRR, RDR*

**APPEARANCES (continued)**

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

*Laura Wells, CRR, RDR*

|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  |                    **DAY 6**                           |          |
| 2  |              **(Injunction Hearing)**                  | Page     |
|    | June 26, 2017                                          |          |
| 3  |                                                        |          |
|    | WITNESSES                                              | Page     |
| 4  |                                                        |          |
|    | **CODY GINSEL**                                        |          |
| 5  |    Direct Examination By Ms. O'Leary    | 1115     |
|    |    Cross-Examination By Mr. Edwards     | 1156     |
| 6  |    Redirect Examination By Ms. O'Leary  | 1339     |
|    |    Recross-Examination By Mr. Edwards   | 1353     |
| 7  |                                                        |          |
|    |                                                        | Page     |
| 8  | Court Reporter's Certificate....................       | 1359     |
| 9  |                                                        |          |
|    |                  **EXHIBIT INDEX**                     |          |
| 10 |                                                        |          |
| 11 | **DEFENDANTS' EXHIBITS**                               |          |
| 12 | EXHIBIT NUMBER              OFFERED          ADMITTED  |          |
| 13 | Defendants' Exhibit          1350             1350     |          |
|    | Number 88                                              |          |
| 14 |                                                        |          |
|    | Defendants' Exhibit          1156             1156     |          |
| 15 | Number 109                                             |          |
| 16 | Defendants' Exhibit          1347             1347     |          |
|    | Number 139                                             |          |
| 17 |                                                        |          |
| 18 |                                                        |          |
| 19 |                                                        |          |
| 20 |                                                        |          |
| 21 |                                                        |          |
| 22 |                                                        |          |
| 23 |                                                        |          |
| 24 |                                                        |          |
| 25 |                                                        |          |

*Laura Wells, CRR, RDR*

Case 4:23-cv-01004-RP Document 20-5 Filed 11/13/23 Page 10 of 17
Case 4:14-cv-01698-KPE Document 737 Filed on 07/26/17 in TXSD Page 4 of 248    1115
Direct Examination of Cody Ginsel

|||
|---|---|
|09:17:34|

1                    **PROCEEDINGS**

2            THE COURT:  Thank you.  Please be seated.  Okay.

3   Shall we resume?

4            MS. O'LEARY:  Yes, Your Honor.

5            THE COURT:  Okay.  Do you want to take your

6   position.  You may inquire.

7                    **CODY GINSEL,**

8   having been previously duly sworn, testified as follows:

9                 **DIRECT EXAMINATION (continued)**

10  BY MS. O'LEARY:

11  **Q.**  Good morning, Mr. Ginsel.

12  **A.**  Good morning.

13  **Q.**  Let's try to pick up where we left off.  Let's talk

14  about the heat-related illnesses at the Pack Unit.  Are

15  you familiar with the incidents from last summer?

16  **A.**  I am.

17  **Q.**  Okay.  Has the Pack Unit housed geriatric offenders

18  for a long time?

19  **A.**  Well, we've housed Type I geriatric offenders, yes.

20  For the time period, I don't know; but I know we have

21  housed them at the Pack Unit.

22  **Q.**  Has it been more than five years?

23  **A.**  Yes.

24  **Q.**  Okay.  Has the Pack Unit housed offenders with chronic

25  care needs for a long time?

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP   Document 30-5   Filed 11/13/23   Page 11 of 17
Case 4:14-cv-01698   Document 705   Filed in TXSD on 07/26/17   Page 26 of 248   1137
Direct Examination of Cody Ginsel

well; but those offenders must be doing a term of less than 40 years because we have a single fence at our state jails versus a prison that has a double fence, double wire. It's not designed for those offenders that are doing long-term sentences. It's not structurally designed for that.

**Q.** Okay. Let's talk about some charts.

MS. O'LEARY: Will you show me Exhibit -- Defendants' Exhibit 109, please.

**Q.** (By Ms. O'Leary) Now, what is this document, Mr. Ginsel?

**A.** This was a document created by Executive Services which lists our beds within TDCJ. It lists our segregation beds, our treatment beds, which would be our substance abuse, DWI, SAFPF, IPTC beds, also includes some of our medical beds and then shows the general population beds with AC.

MS. O'LEARY: Would you please scroll down to, I think, the last page where the total is listed. There we go. Okay.

**Q.** (By Ms. O'Leary) What is -- what is this telling us at the bottom of the page? What information is there?

**A.** This is telling us we have 28 facilities that are -- that are all air-conditioned.

**Q.** Okay.

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 12 of 17
Case 4:14-cv-01698-KPE Document 757 Filed on 07/26/17 Page 90 of 248
Cross-Examination of Cody Ginsel
1161

|     |     |
| --- | --- |
| 1 | Type III. |
| 2 | **Q.** But if not, no such effort is made, correct? |
| 3 | **A.** No. We use our mitigation measures that are in place. |
| 4 | **Q.** Do you -- okay. If not, if there isn't a designation |
| 10:21:49  5 | of medical, no such matching process takes place. |
| 6 | Instead, you rely on your mitigation measures, right? |
| 7 | **A.** Well, I guess -- I think I'm answering you. So what |
| 8 | I'm telling you is that the medical provider evaluates the |
| 9 | offender. If he determines the offender needs that |
| 10:22:08 10 | particular bed because they are -- for a variety of |
| 11 | reasons, regional medical facility or geriatric-type bed |
| 12 | that would need air-condition, then yes. But other than |
| 13 | that, I'm not aware of any. |
| 14 | **Q.** Yeah. There is no document in place at TDCJ -- and, |
| 10:22:22 15 | like, when I say "document," do you understand what I |
| 16 | mean, sir? |
| 17 | **A.** I understand what a document is. |
| 18 | **Q.** What is a document, sir? |
| 19 | **A.** Something in writing. |
| 10:22:28 20 | **Q.** Something in writing. There is nothing in writing at |
| 21 | all that matches inmates who are heat impaired with |
| 22 | potential air-conditioned beds, correct, that you can |
| 23 | point me to and actually tell me something of substance |
| 24 | beyond your word? |
| 10:22:44 25 | **A.** Not that I can point you to; but that's outside of my |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 13 of 17
Case 4:14-cv-01698-RP Document 305 Filed on 07/26/17 Page 91 of 248   1162
Cross-Examination of Cody Ginsel

|  |  |
|---|---|
| | 1   realm, too.  I mean, medical may have that; but I'm not |
| | 2   aware of that. |
| | 3   **Q.**   You are one of the most senior people at the Texas |
| | 4   Department of Criminal Justice, right? |
| 10:22:58 | 5   **A.**   I am. |
| | 6   **Q.**   And you are here to testify on behalf of the agency, |
| | 7   correct? |
| | 8   **A.**   That's correct. |
| | 9   **Q.**   You have given multiple depositions on behalf of the |
| 10:23:04 | 10   agency as a corporate witness, correct? |
| | 11  **A.**   That's correct. |
| | 12  **Q.**   You gave a deposition in December of 2016, correct? |
| | 13  **A.**   That's correct. |
| | 14  **Q.**   I asked you, "Has anyone, to your knowledge, ever |
| 10:23:20 | 15  looked at the question of whether or not people taking |
| | 16  antipsychotic medications could be housed at other |
| | 17  facilities in TDCJ?" |
| | 18         Do you recall what your answer was? |
| | 19  **A.**   That was six months ago.  No, sir. |
| 10:23:32 | 20  **Q.**   You stated, "That would be pure speculation."  Do you |
| | 21  recall that? |
| | 22  **A.**   No, sir.  I don't recall saying that. |
| | 23  **Q.**   You don't recall saying that? |
| | 24         MR. EDWARDS:  May I approach, Your Honor? |
| 10:23:53 | 25         THE COURT:  You may. |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP  Document 30-5  Filed 11/13/23  Page 14 of 17
Case 4:14-cv-01698-KPE  Document 767  Filed on 07/26/17  Page 92 of 248   1163
Cross-Examination of Cody Ginsel

|  |  |
|---|---|
| 10:24:09 | |
| 10:24:19 | |
| 10:24:38 | |
| 10:24:57 | |
| 10:25:13 | |

1  **Q.**  (By Mr. Edwards)  "QUESTION:  Has anyone, to your
2  knowledge, ever looked at the question of whether or not
3  people taking antipsychotic medications could be housed in
4  other facilities in TDCJ?
5       "ANSWER:  Yeah.  It would be -- that would just be
6  pure speculation on my part whether or not somebody has
7  looked at that or not."
8       Did I read that correctly?
9  **A.**  You read it correctly.
10 **Q.**  So as of December 2016 the -- one of the highest
11 people in TDCJ told me or told my clients it would be pure
12 speculation on my part to see if we have ever evaluated
13 the question of whether or not people on antipsychotic
14 medications could be placed in air-conditioned housing
15 areas, correct?
16 **A.**  That would be correct.
17 **Q.**  Okay.  Now, that survey that Ms. O'Leary put on the
18 board.  Do you recall that?
19 **A.**  I do.
20 **Q.**  That stemmed from an initial inquiry in 2012 and 2013;
21 isn't that correct?
22 **A.**  I believe so.  That's correct.
23 **Q.**  Okay.  That inquiry was started not because anybody at
24 TDCJ cared about an analysis.  It was started because the
25 media asked for it, right?

Case 1:23-cv-01004-RP  Document 30-5  Filed 11/13/23  Page 15 of 17
Case 4:14-cv-01698-KPE  Document 757  Filed on 07/26/17  Page 95 of 248    1164
Cross-Examination of Cody Ginsel

|  |  |
|---|---|
| 1 | **A.** I don't believe it was totally -- |
| 2 | MS. O'LEARY: Objection. Argumentative. He |
| 3 | can't testify that TDCJ cares or does not care about |
| 4 | something. |
| 10:25:23  5 | MR. EDWARDS: This man can. |
| 6 | THE COURT: Well, just -- just pare that off and |
| 7 | go to the question. Was that inquiry undertaken because |
| 8 | the media inquired? |
| 9 | THE WITNESS: That was part of it, yes, sir. |
| 10:25:41  10 | THE COURT: Okay. |
| 11 | **Q.** (By Mr. Edwards) And just so we're clear, *The New* |
| 12 | *York Times* asked how much air-conditioned space you had; |
| 13 | and you guys went out and found out, right? |
| 14 | **A.** Oh, I don't know who exactly requested that. |
| 10:25:51  15 | **Q.** Do you recall stating that the document was carried |
| 16 | over to 2013 and not completed in 2012? |
| 17 | **A.** I do. |
| 18 | **Q.** And do you recall that you stated you had a media |
| 19 | request? |
| 10:26:03  20 | **A.** I do. |
| 21 | **Q.** And that that is when it was finalized? |
| 22 | **A.** Right. I just don't know if it was *New York Times*. I |
| 23 | just -- |
| 24 | **Q.** Fair enough. And at that point in 2013, you didn't |
| 10:26:15  25 | analyze the actual amount -- you didn't do any sort of |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 16 of 17
Case 4:14-cv-01698-KPE Document 705 Filed 07/26/17 Page 94 of 248    1165
Cross-Examination of Cody Ginsel

|   |   |
|---|---|
| 1 | analysis as to whether or not an actual placement could |
| 2 | occur, right? |
| 3 | **A.**   Well, once again, we don't look at it as a whole.  We |
| 4 | look at it systemwide as a whole, placement of beds on |
| 5 | every move. |
| 6 | **Q.**   Sir, in 2013 did you analyze -- did you go through the |
| 7 | analysis that you just went through with Ms. O'Leary? |
| 8 | **A.**   I can't recall if we did or not.  I mean, I can't say |
| 9 | here today if we did or not.  I know that we put those |
| 10 | beds together saying this is our air-conditioned beds that |
| 11 | we have available.  We do -- we look at every offender |
| 12 | individually as they are placed on a particular -- but |
| 13 | systemwide as a whole, 150,000 plus offenders. |
| 14 | **Q.**   Sir, on the initial chart was there a category for |
| 15 | general population beds that inmates could be placed in? |
| 16 | **A.**   Yes.  Not that I remember.  I would have to go back |
| 17 | and look at it. |
| 18 | **Q.**   Let's go back and look at it. |
| 19 | **A.**   I think, now that I recall, it was just unit based. |
| 20 | We just put units -- |
| 21 | **Q.**   Let's go back and look at it, sir. |
| 22 | **A.**   Okay.  All right. |
| 23 | **Q.**   This is Plaintiffs' Exhibit 62. |
| 24 | **A.**   Okay. |
| 25 | **Q.**   Is there a number for general population beds on that |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 30-5 Filed 11/13/23 Page 17 of 17
Case 4:14-cv-01698-RP Document 30-5 Txsd on 07/26/17 Page 248 of 248  1359
Recross-Examination of Cody Ginsel

04:12:36
1  Q.  Do you know what his number was?
2  A.  I don't know what his number was.
3  Q.  It was about 150 less than yours, sir.
4  A.  Was it?
5          MR. EDWARDS:  Yeah.  Nothing further, Your Honor.
6          MS. O'LEARY:  We have no further questions for
7  this witness, Your Honor.
8          THE COURT:  Okay.  We'll adjourn for the day.
9  Thank you.  9:00 tomorrow.

04:13:20
10         (Proceedings concluded at 4:13 p.m. and continued on
11  Day 7.)
12  *Date: July 27, 2017*

13              **COURT REPORTER'S CERTIFICATE**

14      *I, Laura Wells, certify that the foregoing is a*
15  *correct transcript from the record of proceedings in the*
16  *above-entitled matter.*
17
18                   */s/ Laura Wells*
19                   *Laura Wells, CRR, RMR*
20
21
22
23
24
25

                        *Laura Wells, CRR, RDR*