**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 1:23-CV-1004-RP |
| BRIAN COLLIER, et al. | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BRYAN COLLIER'S MOTION TO DISMISS**

# Exhibit 8

# Excerpts from Deposition of TDCJ Health Services Division Director Lannette Linthicum, M.D.

Lannette Linthicum - 1/13/2016

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION

STEPHEN McCOLLUM and SANDRA      )
McCOLLUM, individually, and      )
STEPHANIE KINGREY,               )
individually and independent     )
administrator of the Estate      )
of LARRY GENE McCOLLUM           )
            PLAINTIFFS           )    CIVIL ACTION NO.
                                 )       4:14-cv-3253
v.                               )      JURY DEMAND
                                 )
                                 )
LANNETTE LINTHICUM, JEFF         )
PRINGLE, RICHARD CLARK,          )
KAREN TATE, SANDREA SANDERS,     )
ROBERT FASON, the UNIVERSITY     )
OF TEXAS MEDICAL BRANCH and      )
the TEXAS DEPARTMENT OF          )
CRIMINAL JUSTICE                 )
            DEFENDANTS           )
_____  )   _____
KEITH COLE, JACKIE BRANNUM,      )
RICHARD KING, DEAN ANTHONY       )
MOJICA, RAY WILSON, FRED         )
WALLACE, and MARVIN RAY          )
YATES, individually and on       )
behalf of those similarly        )
situated,                        )
                                 )    CIVIL ACTION NO.
            Plaintiffs,          )       4:14-cv-1698
                                 )
v.                               )
                                 )
LANNETTE LINTHICUM, in his       )
official capacity, ROBERTO       )
HERRERA, in his official         )
capacity, and TEXAS              )
DEPARTMENT OF CRIMINAL           )
JUSTICE,                         )
            Defendants.          )
```

```
 1
 2
 3
 4
 5
      * * * * * * * * * * * * * * * * * * * *
 6
                     REPORTER'S CERTIFICATION
 7                DEPOSITION OF LANNETTE LINTHICUM
                          January 13, 2016
 8                           VOLUME 1
 9
10    * * * * * * * * * * * * * * * * * * * *
11
12
13
14        ORAL AND VIDEOTAPED DEPOSITION OF LANNETTE
15   LINTHICUM, produced as a witness at the instance of the
16   Plaintiffs, and duly sworn, was taken in the above-styled and
17   numbered cause on the 13th day of January, 2016, from 9:18 a.m.
18   to 3:59 p.m., before Abigail Guerra, CSR, in and for the State
19   of Texas, reported by machine shorthand, before Honorable Keith
20   Ellison, at the United States District Courthouse, 515 Rusk,
21   Houston, Texas, pursuant to the Federal Rules of Civil
22   Procedure and the provisions stated on the record or attached
23   hereto.
24
25
```

```
 1              A P P E A R A N C E S

 2

   FOR THE PLAINTIFF:
 3      STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and
   STEPHANIE KINGREY, individually and independent administrator
 4 of the Estate of LARRY GENE McCOLLUM

 5 Mr. Jeff Edwards
   Mr. Scott Medlock
 6 EDWARDS LAW
   1101 East 11th Street
 7 Austin, Texas 78702
   Phone:  (512) 623-7727
 8
        - and -
 9
   Mr. Michael Singley
10 Mr. David James
   THE SINGLEY LAW FIRM, PLLC
11 4131 Spicewood Springs Road
   Suite O-3
12 Austin, Texas 78759
   Phone:  (512) 334-4302
13

14 FOR THE DEFENDANT:
        TEXAS DEPARTMENT OF CRIMINAL JUSTICE
15
   Ms. Cynthia L. Burton
16 Mr. Matthew Greer
   OFFICE OF ATTORNEY GENERAL
17 300 W. 15th Street
   7th Floor
18 Austin, Texas 78701
   Phone:  Phone:  (512) 463-2080
19
        - and -
20
   Ms. Sharon Felfe Howell
21 TEXAS DEPARTMENT OF CRIMINAL JUSTICE - GENERAL COUNSEL
   209 West 14th Street
22 Suite 500
   Austin, Texas 78711
23 Phone: (512) 463-9899

24

25
```

```
 1              A P P E A R A N C E S (cont'd)
 2
    FOR UTMB:
 3
    Ms. J. Lee Haney
 4  Ms. Shanna Molinare
    Office of Attorney General
 5  300 W. 15th Street
    7th Floor
 6  Austin, Texas 78701
    Phone:  (512) 463-2080
 7
            - and -
 8
    Mr. Graig J. Alvarez
 9  Ms. Kara Stauffer Philbin
    FERNELIUS ALVAREZ SIMON, PLLC
10  Lyondell Basell Tower
    1221 McKinney Street
11  Suite 3200
    Houston, Texas 77010
12  Phone:  (713) 654-1200

13  ALSO PRESENT:
         Mr. Kevin Schaeffer, Videographer
14       Ms. Jennifer Osteen
         Ms. Kamilla L. Stokes
15       Ms. Ashley Palermo
         Ms. Brian M. Sears
16       Mr. Daniel C. Neuhoff
         Ms. Heather Rhea
17       Ms. Lori K. Erwin
         Ms. Glenda Adams
18       Ms. Ariel Wiley
         Mr. Phillip Boyd
19       Mr. Derek Kammerlacher
         Dr. Owen Murray
20       Judge Keith P. Ellison
         Ms. Rebbeca Vogel
21

22

23

24

25
```

Lannette Linthicum - 1/13/2016

```
 1                          INDEX

 2   Appearances..........................................    3

 3   LANNETTE LINTHICUM

 4        Examination by Mr. Edwards.........................  15

 5   Signature and Changes................................  225

 6   Reporter's Certificate...............................  227

 7

 8

 9                         EXHIBITS

10   NO.  DESCRIPTION                                       PAGE

11   1    Interoffice Communication Dated May 3, 2005        168
          Bates Nos. McCollum 02507-08
12
     2    Final Autopsy Report                               169
13        Bates Nos. CADDELL P0319 to 331

14   3    Administrative Directive AD-10.64 Dated August 9,  178
          2006
15        Bates Nos. BAILEY 03054 to 55

16   4    Administrative Directive AD-10.64 Dated July 11,   180
          2003
17        Bates Nos. BAILEY 031022 to 31

18   5    Heat Stress Policy                                 195
          BAILEY 03070 to 71
19
     6    Email Dated June 26, 2009                          215
20        Bates Nos. TDCJ013582 to 84

21

22

23

24

25
```

Lannette Linthicum - 1/13/2016

```
1   Greer.  I hereby order that.
2              But we're not going to have a free range of
3   discussion of her health.
4              MR. EDWARDS:  I've seen the document.  I
5   understand what you're saying, Your Honor.
6              THE COURT:  Can we proceed with the deposition
7   now?
8              MR. EDWARDS:  Yes.
9              THE COURT:  Yes, ma'am.  If you could make your
10  way up here.  Good morning.
11             THE WITNESS:  Good morning.
12             THE COURT:  And before take your seat, I'll
13  administer the oath.  If you could raise your right hand --
14             Or do you want to do that?  Would you prefer
15  doing that?
16             THE REPORTER:  It doesn't matter.  Whatever the
17  Court pleases.
18                  (Witness sworn.)
19             THE COURT:  Try to make yourself comfortable.
20             You may inquire.
21             MR. EDWARDS:  Thank you, Your Honor.
22                  LANNETTE LINTHICUM,
23  having been first duly sworn, testified as follows:
24                  DIRECT EXAMINATION
25  BY MR. EDWARDS:
```

Lannette Linthicum - 1/13/2016

```
1    Q.   Would you kindly state your name for the record.
2    A.   My name is Lannette Linthicum.
3    Q.   And what is your profession?
4    A.   I'm a physician by trade.
5    Q.   And you work for the Texas Department of Criminal
6  Justice?
7    A.   Yes.
8    Q.   And how long have you worked for the Department of
9  Criminal JUSTICE?
10   A.   I'm entering my 30th year.
11   Q.   So if I go back in time, that would be -- you've
12 practice medicine since 1985 or 1986?
13   A.   I completed my postgraduate medical training in 1986.
14   Q.   Okay.  Where did you go to medical school?
15   A.   I attended medical school at the University of
16 Maryland in Baltimore, Maryland.
17   Q.   Did you grow up on the East Coast?
18   A.   Yes.
19   Q.   Whereabouts?
20   A.   Baltimore, Maryland.
21   Q.   Following your graduation from medical school, what
22 did you do for your residency?
23   A.   I was part of the United States Public Health
24 Service, the National Health Service Corps in particular.  It's
25 a branch of the United States Public Health Service, a civil
```

Lannette Linthicum - 1/13/2016

1  Q.  Okay.  You are -- what you is job again at TDCJ?
2  A.  Director of Health Services Division.
3  Q.  And as you testify here in today in preparation, in
4  part as a 30(b)(6) witness, about the dangers of heat and the
5  training that your people get, you do not know the number --
6  the temperature at which the heat and humidity matrix indicates
7  potential danger due to heat?
8          MS. BURTON:  She has to review the policy, Your
9  Honor.
10 A.  First of all --
11 Q.  (BY MR. EDWARDS)  She can say she doesn't know if she
12 doesn't know.
13 A.  I need clarification.  What is 30(b)(6)?
14         THE COURT:  That means -- the question posed to
15 you as a 30(b)(6) mean the questions with your answers will
16 bind the corporation or bind the agency or bind the department.
17         THE WITNESS:  Okay.  Let me explain a little bit
18 about how we're organized --
19 Q.  (BY MR. EDWARDS)  Could you first answer my question?
20 A.  Well, in order to answer it, I need to explain the
21 organization.  My position as director of Health Services has
22 no responsibility for direct patient-care services that are
23 provided at the TDCJ units.  The medical staff on the units are
24 not employees of the Texas Department of Criminal Justice.
25 They are employees of the University of Texas, Medical Branch,

1  and they are employees of Texas Tech University Health Science
2  Center or a subcontractor to the university.  So all training
3  and employee issues are the responsibilities of the university
4  providers and not TDCJ Health Services.
5              My role in the Correctional Managed Healthcare
6  program is primarily that of a contract monitor.
7              MR. EDWARDS:  Your Honor, would you instruct
8  Dr. Linthicum to please answer my question.
9      A.   I'm trying to answer.  You said my employees, and I'm
10 trying to clarify they are not my employees.  Unit staff, unit
11 medical staff.
12             THE COURT:  Okay.  Well, let's try one more time
13 the question, and then get her answer one more time.
14             MR. EDWARDS:  Abby, would you please repeat the
15 question.
16             THE COURT:  It goes on for a ways.
17             (Requested portion read back.)
18     A.   The issue I have with the question is the training
19 your people get.  Can you clarify, who are you talking about
20 when you say "your people"?
21     Q.   (BY MR. EDWARDS)  No, ma'am.
22             MR. EDWARDS:  Your Honor, would you instruct
23 Dr. Linthicum to please answer my question.
24             THE COURT:  Is there a benchmark at which heat
25 is considered severe?  It is 90 degrees?  100 degrees?  Is

Lannette Linthicum - 1/13/2016

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION

STEPHEN McCOLLUM and SANDRA      )
McCOLLUM, individually, and      )
STEPHANIE KINGREY,               )
individually and independent     )
administrator of the Estate      )
of LARRY GENE McCOLLUM           )
          PLAINTIFFS             )    CIVIL ACTION NO.
                                 )     4:14-cv-3253
v.                               )    JURY DEMAND
                                 )
                                 )
                                 )
LANNETTE LINTHICUM, JEFF         )
PRINGLE, RICHARD CLARK,          )
KAREN TATE, SANDREA SANDERS,     )
ROBERT FASON, the UNIVERSITY     )
OF TEXAS MEDICAL BRANCH and      )
the TEXAS DEPARTMENT OF          )
CRIMINAL JUSTICE                 )
          DEFENDANTS             )
_____  ) _____
KEITH COLE, JACKIE BRANNUM,      )
RICHARD KING, DEAN ANTHONY       )
MOJICA, RAY WILSON, FRED         )
WALLACE, and MARVIN RAY          )
YATES, individually and on       )
behalf of those similarly        )
situated,                        )
                                 )    CIVIL ACTION NO.
          Plaintiffs,            )     4:14-cv-1698
                                 )
v.                               )
                                 )
LANNETTE LINTHICUM, in his       )
official capacity, ROBERTO       )
HERRERA, in his official         )
capacity, and TEXAS              )
DEPARTMENT OF CRIMINAL           )
JUSTICE,                         )
          Defendants.            )
```

Lannette Linthicum - 1/13/2016

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

REPORTER'S CERTIFICATION
DEPOSITION OF LANNETTE LINTHICUM
January 13, 2016
VOLUME 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I, ABIGAIL L. GUERRA, Certified Shorthand Reporter, in and for the State of Texas, hereby certify to the following:

That the witness, LANNETTE LINTHICUM, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to Federal Rules of Civil Procedure (30)(e)(1)(A) and (B) as well as Rule (30)(e)(2) that the signature of the deponent:

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

_X__ was requested by the deponent or a party before the completion of the deposition and that signature is to be before any notary public and returned within 30 days from date of receipt of the transcript.

If returned, the attached Changes and Signature Page contains any changes and the reasons therefore:

Lannette Linthicum - 1/13/2016

1  \_\_\_\_ was not requested by the deponent or a party
2  before the completion of the deposition.
3
4         That $_____ is the deposition
5  officer's charges for preparing the original deposition
6  transcript and any copies of exhibits, charged to STEPHEN
7  McCOLLUM and SANDRA McCOLLUM, individually, and STEPHANIE
8  KINGREY, individually and independent administrator of the
9  Estate of LARRY GENE McCOLLUM, individually and on behalf of
10 those similarly situated;
11
12        That pursuant to information given to the deposition
13 officer at the time said testimony was taken, the following
14 includes all parties of record:
15 FOR THE PLAINTIFFS:
        STEPHEN McCOLLUM and SANDRA McCOLLUM, individually, and
16 STEPHANIE KINGREY, individually and independent administrator
   of the Estate of LARRY GENE McCOLLUM
17
   Mr. Jeff Edwards
18 Mr. Scott Medlock
   EDWARDS LAW
19 1101 East 11th Street
   Austin, Texas 78702
20 Phone:  (512) 623-7727
21     - and -
22 Mr. Michael Singley
   Mr. David James
23 THE SINGLEY LAW FIRM, PLLC
   4131 Spicewood Springs Road
24 Suite O-3
   Austin, Texas 78759
25 Phone:  (512) 334-4302

```
 1
    FOR THE DEFENDANT:
 2      TEXAS DEPARTMENT OF CRIMINAL JUSTICE

 3  Ms. Cynthia L. Burton
    Mr. Matthew Greer
 4  OFFICE OF ATTORNEY GENERAL
    300 W. 15th Street
 5  7th Floor
    Austin, Texas 78701
 6  Phone:  Phone:  (512) 463-2080

 7      - and -

 8  Ms. Sharon Felfe Howell
    TEXAS DEPARTMENT OF CRIMINAL JUSTICE - GENERAL COUNSEL
 9  209 West 14th Street
    Suite 500
10  Austin, Texas 78711
    Phone: (512) 463-9899
11

12  FOR THE WITNESS:
        UTMB
13
    Ms. J. Lee Haney
14  Ms. Shanna Molinare
    Office of Attorney General
15  300 W. 15th Street
    7th Floor
16  Austin, Texas 78701
    Phone:  (512) 463-2080
17
        - and -
18
    Mr. Graig J. Alvarez
19  Ms. Kara Stauffer Philbin
    FERNELIUS ALVAREZ SIMON, PLLC
20  Lyondell Basell Tower
    1221 McKinney Street
21  Suite 3200
    Houston, Texas 77010
22  Phone:  (713) 654-1200

23

24

25
```

Lannette Linthicum - 1/13/2016

```
 1
 2         I further certify that I am neither attorney, nor
 3  counsel for, nor related to, nor employed by any of the parties
 4  or attorneys to the action in which this deposition was taken;
 5         Further, I am not a relative, nor an employee of any
 6  attorney of record in this cause, nor am I financially or
 7  otherwise interested in the outcome of the action.
 8         Certified to by me this 28th day of January, 2016.
 9
10
11
12
13                    _____
                      ABIGAIL GUERRA, Texas CSR 9059
14                    Expiration Date:  12/31/17
                      WRIGHT WATSON & ASSOCIATES
15                    Firm Registration No. 225
                      Expiration Date:  12-31-17
16                    1250 S. Capital of Texas Highway
                      Building 3, Suite 400
17                    Austin, Texas 78746
                      512-474-4363/512-474-8802 (fax)
18                    www.wrightwatson.com
19  Job No. 160113AG
20
21
22
23
24
25
```