IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 1:23-CV-1004-RP |
| BRIAN COLLIER, et al. | § § § | |
| *Defendants.* | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BRYAN COLLIER'S MOTION TO DISMISS**

# Exhibit 18

# TDCJ Air Conditioning Construction Projects



# TDCJ Air Conditioning Construction Projects

Core to the mission of the Texas Department of Criminal Justice is protecting the public, our employees, and the inmates in our custody. Over the last several years, the agency has worked to increase the number of cool beds available. TDCJ is dedicated to continuing to add air-conditioned beds in our facilities.

During the 88th Texas Legislative session, TDCJ received a historic infusion of funding for major repair and improvement projects at facilities. Specifically, the agency received $85 million to install additional air conditioning. This funding will substantially increase the number of cool beds available.

Currently, TDCJ has 31 units fully air conditioned and 55 units partially air conditioned.

| | |
|---|---|
| 42,500 | Current Number of Cool Beds Available |
| 4,509 | Cool Beds Under Construction |
| 11,445 | Cool Beds in Design |

As of October 17, 2023

| COOL BEDS COMPLETED SINCE 2018 | | COOL BEDS UNDER CONSTRUCTION | | COOL BEDS IN DESIGN | |
|---|---|---|---|---|---|
| 5,876 | | 4,509 | | 11,455 | |
| Bradshaw State Jail | 512 | Dominguez State Jail | 460 | Beto Unit | 792 |
| Garza West Unit | 432 | Formby State Jail | 197 | Boyd Unit | 1,372 |

| Unit | Count |
|---|---|
| Hilltop Unit | 26 |
| Hodge Unit | 989 |
| Hutchins State Jail | 230 |
| Jester III Unit | 164 |
| Lewis Unit | 282 |
| Middleton Unit | 540 |
| Murray Unit | 282 |
| Pack Unit | 1,478 |
| Sanchez State Jail | 84 |
| Stiles Unit | 282 |
| Telford Unit | 95 |
| Woodman State Jail | 480 |
| Gist | 464 |
| Holliday Unit | 584 |
| Johnston Unit | 612 |
| Lynchner State Jail | 116 |
| Plane State Jail | 2,076 |
| Goodman Unit | 612 |
| Hightower Unit | 1,384 |
| Jester III Unit | 953 |
| Luther Unit | 1,316 |
| Mountain View Unit | 38 |
| Polunsky Unit | 432 |
| Powledge Unit | 1,137 |
| Stevenson Unit | 1,384 |
| Stiles Unit | 432 |
| Terrell Unit | 1,603 |

**Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371**