IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No.<br>1:23-CV-1004-RP |
| BRIAN COLLIER, et al. | § § | |
| *Defendants.* | § § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND BRYAN COLLIER'S MOTION TO DISMISS**

# Exhibit 22

# Excerpts from TDCJ Statistical Report, Fiscal Year 2022

# Texas Department of Criminal Justice



# Statistical Report
# FY 2022

Prepared by Executive Services

## Texas Board of Criminal Justice

P.O. Box 13084
Austin, Texas 78711
Phone (512) 475-3250
Fax (512) 305-9398

**Patrick L. O'Daniel, Chairman**
Austin, Texas

**Derrelynn Perryman, Vice-Chairman**
Ft. Worth, Texas

**Pastor Larry D. Miles, Secretary**
Amarillo, Texas

**E.F. "Mano" DeAyala, Member**
Houston, Texas

**Molly Francis, Member**
Dallas, Texas

**Faith Johnson, Member**
Dallas, Texas

**Ambassador Sichan Siv, Member**
San Antonio, Texas

**Eric Nichols, Member**
Austin, Texas

**Rodney Burrow, M.D., Member**
Pittsburg, Texas

## Texas Department of Criminal Justice

P.O. Box 99
Huntsville, TX 77342-0099
Phone (936) 437-2101

**Bryan Collier, Executive Director**

**Oscar Mendoza, Deputy Executive Director**

# Table of Contents

**Introduction**

Introduction Statement ............................................................................................... i-ii
Glossary of Terms....................................................................................................... iii-v

**Demographic Highlights**

On Hand........................................................................................................................1
Receives .......................................................................................................................2
Releases........................................................................................................................3
Parole Supervision.....................................................................................................4-5
Community Supervision ............................................................................................6-7

**On Hand (Population on August 31, 2022)**

**TDCJ On Hand**
Age by Gender and Race by Gender .........................................................................8
Offense of Record...................................................................................................9-12
County of Conviction.............................................................................................13-15
3G Offense vs. Non 3G Offense and Receive Type................................................16
Sentence Length, Release Eligibility Status and Offense.......................................17

**Receives and Admissions**

**Total Receives and Admissions**
Type of Receives and Admissions ...........................................................................18
Monthly Receives and Admissions...........................................................................19
Age by Gender and Race by Gender ......................................................................20
Offense of Record......................................................................................................21
County of Conviction............................................................................................22-24
Prison and State Jail Receives by Sentence Length ..............................................25

**New Receives**
Offense of Record.................................................................................................26-28
County of Conviction.................................................................................................29
Sentence Length........................................................................................................30

**Parole Revocations (Includes Discretionary Mandatory Supervision [DMS] and Mandatory Supervision [MS])**
Offense of Record ................................................................................................... 31
County of Conviction ............................................................................................... 32
Sentence Length ..................................................................................................... 33

**Releases and Departures**

**Total Releases and Departures**
Type of Releases and Departures ........................................................................... 34
Monthly Releases .................................................................................................... 35
Age by Gender and Race by Gender ...................................................................... 36
Offense of Record ................................................................................................... 37
County of Conviction ........................................................................................... 38-40
Total Prison and State Jail Releases by Sentence Length ...................................... 41
Time Served ............................................................................................................ 42
Prison and State Jail Releases by Percent of Sentence Served ............................. 43

**Discharges**
Offense of Record ................................................................................................... 44
County of Conviction ............................................................................................... 45
Sentence Length ..................................................................................................... 46

**Releases to Community Supervision**
Offense of Record ................................................................................................... 47
County of Conviction ............................................................................................... 48
Sentence Length ..................................................................................................... 49

**Releases to Parole Supervision (Includes DMS & MS)**
Offense of Record ................................................................................................... 50
County of Conviction ............................................................................................... 51
Sentence Length ..................................................................................................... 52

**Endnotes** ................................................................................................................ 53

# Introduction

The Texas Department of Criminal Justice (TDCJ) Fiscal Year 2022 Statistical Report provides demographic information for a total of 584,928 cases under supervision on August 31, 2022, as well as those received and released throughout the fiscal year. An inmate may have multiple types of supervision and be counted in more than one of the categories provided. The report includes information for both the incarcerated inmate population and the adult population that is supervised in the community.

The **Demographic Highlights** section offers a summary of the characteristics of the incarcerated population that was on hand as of August 31, 2022, and inmates who were received and released during the fiscal year. The characteristics include gender, average age, race, offense, custody, sentence length, and educational achievement measures. This section also includes characteristics of inmates who were under the jurisdiction of the Parole Division and Community Justice Assistance Division.

The **On Hand** section of the report provides an in-depth look at the incarcerated population on August 31, 2022. In addition to comprehensive demographics, this section focuses on the offense, sentence length, and release eligibility of the inmates. Detailed information is provided for the prison, state jail, and Substance Abuse Felony Punishment (SAFP) populations.

The **Receives and Admissions** section includes demographics of inmates who were received by the TDCJ during the fiscal year. Inmates who are received are categorized as New Receives, Parole and Mandatory Supervision Revocations, Parole Out of State Receives for Revocation Processing, and Community Supervision Direct Sentences or Modifications. New receives are inmates who are admitted to the TDCJ who are not under the supervision of the Parole Division. This category also includes inmates who are under the supervision of local Community Supervision and Corrections Departments who have not served in the TDCJ for that offense. Parole and Mandatory Supervision Revocations include inmates who were revoked from parole supervision. Parole Receives for Revocation Processing include inmates being supervised out of state who are returned to the TDCJ and then considered for revocation. Community Supervision modifications include those inmates under the supervision of local Community Supervision and Corrections Departments who are being incarcerated due to unsuccessfully completing the terms of their supervision after being released from the TDCJ on that offense. In addition to demographics, this section also includes offense of record, county of conviction, and sentence information. As a separate category, admissions to the TDCJ include inmates who returned from bench warrant from prior fiscal years and transfers from other TDCJ divisions.

The **Releases and Departures** section provides demographics of inmates who were released from TDCJ custody during the fiscal year. Inmates who were released are categorized as Discharges, Releases to Community Supervision, and Releases to Parole Supervision. Discharges are inmates who are released from the TDCJ either by full expiration of their sentence or by court order. Releases to Community Supervision are inmates who are released to be supervised by local Community Supervisions and Corrections Departments. Releases to Parole Supervision include releases to parole, mandatory supervision, and discretionary

mandatory supervision. These types of releases are under the jurisdiction of the Parole Division. As a separate category, departures from the TDCJ include deaths, executions, transfers between TDCJ divisions, and bench warrant releases that did not return during the fiscal year.

Statistical tables listing categories by county of conviction (i.e., On Hand, Total Receives and Releases by county) have the 30 counties with the highest population in the state according to census population highlighted in **bold**.

An offense is classified as a drug offense if federally designated as a drug offense (NCIC codes begin in 35); as a property offense if federally designated as property (NCIC codes begin in 36-42, 48-63, or 70-73); or as an other offense if federally designated as other (NCIC codes begin 14, 36, or higher than 36) unless the offense is designated as violent.

An offense is classified as violent if federally designated as violent (NCIC codes beginning in 09, 10, 11, 12, 13, or 16); statutorily designated as violent (Article 42A.054, Code of Criminal Procedure); the inmate directly caused or threatened to cause serious bodily harm or death to another individual unless the act was an accident; the inmate forced another party to act in an involuntary manner by use of threats or intimidation or some other form of pressure or force; or the inmate traffics another person with the intent that the trafficked person will engage in forced labor or services.

| Demographic Highlights – August 31, 2022 TDCJ On Hand | | | | | |
|---|---|---:|---:|---:|---:|
| | | Prison | State Jail | SAFP[1] | Total On Hand |
| Total | | 116,684 | 2,576 | 2,716 | 121,976 |
| Gender | Male | 108,868 | 1,944 | 1,970 | 112,782 |
| | Female | 7,816 | 632 | 746 | 9,194 |
| Race | Black | 38,507 | 601 | 559 | 39,667 |
| | White | 38,307 | 1,308 | 1,299 | 40,914 |
| | Hispanic | 39,185 | 656 | 832 | 40,673 |
| | Other and Unknown Race | 685 | 11 | 26 | 722 |
| Average Age (Years) | | 41.1 | 38.1 | 36.7 | 40.9 |
| Offense | Violent Offense | 75,172 | 47 | 755 | 75,974 |
| | Property Offense | 9,194 | 1,085 | 371 | 10,650 |
| | Drug Offense | 15,410 | 1,162 | 1,105 | 17,677 |
| | Other Offense | 16,908 | 282 | 485 | 17,675 |
| Average IQ | | 90.13 | 91.54 | 91.12 | 90.17 |
| Average Educational Achievement Score | | 7.32 | 5.85 | 5.37 | 7.24 |
| Custody | Security Detention (1A – 3A) | 3,172 | N/A | N/A | 3,172 |
| | State Jail Special Management (SR) | N/A | 23 | N/A | 23 |
| | Safekeeping (P1 – 7) | 1,192 | 3 | N/A | 1,195 |
| | G/J4 | 7,706 | 53 | N/A | 7,759 |
| | G/J1 – 3 and OT[2] | 87,555 | 2,100 | N/A | 89,655 |
| | G/J5 | 4,983 | 13 | N/A | 4,996 |
| | Other Custody | 12,076 | 384 | 2,716 | 15,176 |
| Average Sentence Length (Years)[3] | | 20.7 | 1.2 | N/A | 20.3 |

Note:  ISF inmates are not included.

### TDCJ On Hand by Age and Gender[9]

|  | Male | | | Female | | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Prison | State Jail | SAFP | Prison | State Jail | SAFP | Number | Percent |
| 14 to 16 Years | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0.0% |
| 17 Years | 23 | 0 | 0 | 2 | 0 | 0 | 25 | 0.0% |
| 18 to 19 Years | 496 | 14 | 20 | 34 | 3 | 3 | 570 | 0.5% |
| 20 to 29 Years | 20,622 | 454 | 556 | 1,493 | 135 | 200 | 23,460 | 19.2% |
| 30 to 39 Years | 32,884 | 690 | 700 | 2,820 | 221 | 290 | 37,605 | 30.8% |
| 40 to 49 Years | 26,822 | 464 | 396 | 1,980 | 179 | 166 | 30,007 | 24.6% |
| 50 to 59 Years | 17,617 | 248 | 209 | 1,094 | 77 | 68 | 19,313 | 15.8% |
| 60 Years and Older | 10,401 | 74 | 89 | 393 | 17 | 19 | 10,993 | 9.0% |
| Total | 108,868 | 1,944 | 1,970 | 7,816 | 632 | 746 | 121,976 | 100.0% |
| Youngest | 16 | 18 | 18 | 17 | 18 | 18 | 16 | |
| Oldest | 93 | 73 | 80 | 93 | 68 | 73 | 93 | |
| Average | 41.2 | 38.0 | 36.9 | 39.4 | 38.4 | 36.3 | 40.9 | |

### TDCJ On Hand by Race and Gender[9]

|  | Male | | | Female | | | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Prison | State Jail | SAFP | Prison | State Jail | SAFP | Number | Percent |
| Black | 36,672 | 490 | 459 | 1,835 | 111 | 100 | 39,667 | 32.5% |
| White | 34,229 | 903 | 821 | 4,078 | 405 | 478 | 40,914 | 33.5% |
| Hispanic | 37,337 | 541 | 669 | 1,848 | 115 | 163 | 40,673 | 33.3% |
| Other | 630 | 10 | 21 | 55 | 1 | 5 | 722 | 0.6% |
| Total | 108,868 | 1,944 | 1,970 | 7,816 | 632 | 746 | 121,976 | 100.0% |

Note: Individual percentages may not total 100% due to rounding.
  ISF inmates are not included.

Texas Department of Criminal Justice
Executive Services
P.O. Box 99
Huntsville, Texas 77342-0099
936-437-6144
www.tdcj.texas.gov

