IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| BRYAN COLLIER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM TEXAS ATTORNEY GENERAL, AND/OR KENNETH PAXTON, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF TEXAS (CURRENTLY SUSPENDED), AND THE TEXAS OFFICE OF ATTORNEY GENERAL, | § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |
| Defendants. | § | |

**ORDER**

Defendants the Office of the Attorney General for the State of Texas, Attorney General Ken Paxton, former Provisional Attorney General Angela Colmenero, the Texas Department of Criminal Justice ("TDCJ"), and TDCJ Executive Director Bryan Collier moved to dismiss this action on October 30, 2023. Dkts. 28 & 29. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

1

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using <u>District Judge Robert Pitman's</u> form on or before **February 1, 2024**.

**SIGNED** on January 18, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE