IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § § § | |
| *Plaintiffs,* | | |
| v. | § § | Civil Action No. 1:23-CV-1004-RP |
| BRIAN COLLIER, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE, THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ANGELA COLMENERO, IN HER OFFICIAL CAPACITY AS INTERIM TEXAS ATTORNEY GENERAL, AND/OR KENNETH PAXTON, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF TEXAS (CURRENTLY SUSPENDED), AND THE TEXAS OFFICE OF ATTORNEY GENERAL, | § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

## PLAINTIFF'S NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: __**Plaintiff Bernhardt Tiede, II**__, through counsel: __**Jeff Edwards**__, hereby:

__x__ consents to having a United States Magistrate Judge preside over the trial in this case.

_____ declines to trial before a United States Magistrate Judge.

Dated: February 15, 2024.

Respectfully submitted,

**EDWARDS LAW**
603 W. 17th St.
Austin, TX 78701
Tel. (512) 623-7727
Fax. (512) 623-7729

By:    /s/ Jeff Edwards
      JEFF EDWARDS
      State Bar No. 24014406
      jeff@edwards-law.com
      DAVID JAMES
      State Bar No. 24092572
      david@edwards-law.com
      LISA SNEAD
      State Bar. No. 24062204
      lisa@edwards-law.com
      PAUL SAMUEL
      State Bar. No. 24124463
      paul@edwards-law.com

**LAW OFFICE OF JODI CALLAWAY COLE**
JODI COLE CALLAWAY
203 East Murphy Street
Alpine, TX 79830
(512)786-3366
Fax: (512) 692-2575
Email: jcole@jodicole.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record via the Court's electronic case filing system on February 15, 2024.

        s/ Jeff Edwards
        Jeff Edwards