IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II,<br>    *Plaintiff*,<br><br>v.<br><br>BRYAN COLLIER, ET AL.,<br>    *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:23-CV-01004<br>§<br>§<br>§<br>§ |

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 626(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party Defendants TDCJ, OAG, Collier, Paxton, and Colmenero through counsel Abigail K. Carter:

___ consent to having a United States Magistrate Judge preside over the trial in this case.

**_X_ decline to consent to trial before a United States Magistrate Judge.**

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24126376
Abigail.Carter@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Office (512) 463-2080/Fax (512) 370-9814

**COUNSEL FOR DEFENDANTS**

**NOTICE OF ELECTRONIC FILING**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above Defendants' Notice Concerning Reference to United States Magistrate Judge in accordance with the Electronic Case Files System of the Western District of Texas, Austin Division, on February 15, 2024.

/s/ Abigail K. Carter
**ABIGAIL K. CARTER**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that a true copy of the above Defendants' Notice Concerning Reference to United States Magistrate Judge has been served by via email to all counsel of record through this Court's electronic filing system.

/s/ Abigail K. Carter
**ABIGAIL K. CARTER**
Assistant Attorney General