# Exhibit D

## Third Declaration of Jennette Cross, MD

Pursuant to 28 U.S.C. Section 1746, I, Jennette Cross, M.D., declare as follows:

1. I am a family physician who currently works for Doctor on Demand by Included Health, from September 2016 to present. Prior to this position, I was a physician for the Austin Diagnostic Clinic from November 2010- to May 2016.

2. While working in at the Austin Diagnostic Clinic, I treated Mr. Bernhardt Tiede, II, as his general practitioner, while he was living in Austin, Texas from 2014 to 2016.

3. My curriculum vitae has been submitted on the record in Cause No. 1:23-CV-1004-RP. (Dkt.# 15-1).

4. I am still very familiar with Mr. Tiede based on my experience treating him as his personal doctor and a close review of Mr. Tiede's recently released TDCJ medical files.

5. I provided signed declarations regarding Mr. Tiede's medical conditions which cause him to be especially susceptible to serious injury or death if he is housed in unairconditioned housing exposing him to extreme heat.

6. My original review of Mr. Tiede's medical records indicated certain medical conditions to that increased Mr. Teide's vulnerability to being housed in extreme heat.

7. These medical conditions include, but were not limited to, Mr. Tiede's age of 65, uncontrolled diabetes, hypertension, COPD, evidence of coronary artery disease, and history of Transient Ischemic Attack (TIA) in June 2023.

8. Mr. Tiede's lawyer, Jodi Cole, has contacted me again and requested I provide a third declaration addressing Mr. Tiede's health vulnerabilities and the consequences of exposing Mr. Tiede to extreme heat in un-airconditioned TDCJ housing in the upcoming summer of 2024.

9.  I have now reviewed medical records for Mr. Tiede for an additional time period, August 28, 2023 through October 26, 2023.

10. I am providing a summary of the medical condition of Mr. Tiede, who is currently under incarceration. This information is crucial for assessing the risks associated with placing him in environments of extreme heat.

11. Records confirm that Mr. Tiede's hypertension and diabetes remain poorly controlled. These conditions significantly elevate his risk for acute health events, particularly in environments that stress his cardiovascular and metabolic systems, such as extreme heat.

12. An urgent request for a neurological evaluation was made following an incident on September 26, 2023. The subsequent lack of follow-up documentation raises concerns about potential undiagnosed or worsening neurological conditions that could be exacerbated by extreme temperatures.

13. An EKG was ordered on October 14, 2023, after which Mr. Tiede was referred to Cardiology. This indicates concern for potential underlying cardiac issues, which are known to be aggravated by high temperatures, increasing the risk of fatal cardiovascular events.

14. Mr. Tiede has a documented history of TIA, diagnosed in June 2023, after which he was appropriately started on Clopidogrel, an antiplatelet medication. Patients with a history of TIA are at increased risk of further ischemic episodes under physical stress, such as exposure to high heat.

15. It is reported that Mr. Tiede has experienced significant loss of vision in his right eye, a condition that may compromise his ability to manage effectively in challenging environments and could lead to further injury or deterioration of his health. Though there is no mention of this vision loss through October 2023 records, the described vision loss, as well as

subsequent treatment with intravitreal (eye) injections, is typical for progressed Diabetic Retinopathy, which is further indication of uncontrolled diabetes.

16. Given Mr. Tiede's complex health profile and the increased risks associated with his existing conditions, exposure to extreme heat conditions could be potentially fatal. The cumulative effect of his uncontrolled chronic conditions and acute medical issues significantly increases his vulnerability to life-threatening complications in such environments.

17. It is medically advisable to avoid his exposure to extreme heat conditions while incarcerated, to prevent a severe risk to his life and well-being.

18. It is my professional opinion, that the only material changes in Mr. Tiede's health status since September 28, 2023, the date of the Court's last extension of Mr. Tiede's temporary restraining order, have been negative. Mr. Tiede's health has worsened, and this decline should be considered as impacting any medical opinions previously provided.

19. If Mr. Tiede is returned to un-airconditioned housing, subjecting him to extreme heat conditions, there remains a substantial threat that Mr. Tiede will suffer the irreparable harm of severe injury and/or death.

20. I am providing this declaration in my personal capacity, not as a representative of any past or present employer. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18th, 2024.

/s/ *Jennette Cross M.D.*
C7D8F26C9AF941A...

Jennette Cross, M.D.