# Exhibit F

I, PRIYA BANERJEE, declare the following:

1. I earned my Bachelors of Science at the University of Maryland, College Park in 2000.

2. I earned my Medical Doctorate from the University of Pennsylvania School of Medicine in Philadelphia, Pennsylvania in 2004.

3. I completed a preliminary residency year at the Hospital of the University of Pennsylvania, in Philadelphia, Pennsylvania in 2005.

4. I completed my residency and Anatomic and Clinical Pathology at the Johns Hopkins Hospital in Baltimore, Maryland in 2009.

5. I complete my Forensic Pathology Fellowship at the State of Maryland Medical Examiner's Office in Baltimore, Maryland in 2010.

6. I am Board Certified in Anatomic and Forensic Pathology.

7. I served as an Assistance Medical Examiner for the State of Rhode Island from 2010-2021.

8. I am a Clinical Professor in the Department of Pathology and Laboratory Medicine at Brown University in Providence, Rhode Island.

9. I have testified as expert in Forensic Pathology in seventy cases in various courts including courts in Mississippi, Alabama, Maryland as well as in US Military Courts.

10. I have performed over three thousand autopsies throughout my career and have expertise in environmental-related deaths.

11. Hyperthermia due to exposure to extreme heat can cause death even in young healthy people. Heat can cause or contribute to death in people with underlying medical and psychiatric conditions.

12. Frequently encountered medical conditions that increase heat vulnerability include, but are not limited to: hypertension; coronary artery disease; chronic obstructive pulmonary disease ("COPD")/emphysema/asthma; liver disease such as Hepatitis C; chronic kidney disease; diabetes; obesity; autoimmune disease; and neurologic disease/stroke.

13. Frequently encounter psychiatric conditions include, but are not limited to, anxiety, depression, bipolar disorder, schizophrenia, schizoaffective disorder, substance abuse.

14. Complete autopsy with at least toxicology, vitreous (eye fluid) electrolytes, tissue microscopy is essential for determining the cause and manner of death for all custodial deaths.

15. Thorough investigation surrounding the event and environment of the custodial death is also critical to the accurate assessment of the cause and manner of death.

16. Hyperthermia can damage multiple organ systems leading to death. This damage(s) can be identified on autopsy and tissue microscopy. The organ system damage includes, but is not limited to the following:

17. The brain exam in hyperthermia will show diffuse swelling and damage to the brain matter with loss of nerve cells and gliosis or scarring at the cellular level.

18. The heart exam in hyperthermia will show bleeding on the service of the heart or within the heart muscle or the heart valves. These findings are unique to hyperthermia and independent and underlying coronary artery or structural heart disease.

19. The lung exam in hyperthermia will show pulmonary edema of—fluid in the lungs or pneumonia. These findings are not specific but can be helpful in the context of the findings in other organs.

20. The stomach exam may show stress ulcers, which are areas of tiny pinpoint bleeding, or irritation of the wall with bleeding.

21. The bowel exam in hyperthermia may show segmental or diffuse ischemia—injury due to decreased of blood flow.

22. The liver exam in hyperthermia includes focal areas of cell damage but may be more extensive to include diffuse liver cell death with hemorrhage and distortion of the normal liver architecture.

23. The kidney exam in hyperthermia may show damage to the tiny tubules in the kidney's filtration system. This means that the body's ability to form and excrete urine is acutely impaired. This finding is pathologically and microscopically distinct the findings in chronic kidney disease.

24. The adrenal gland exam in hyperthermia shows bleeding surrounding the gland. Bleeding rarely occurs within the gland.

25. The vitreous electrolyte evaluation can show a dehydration pattern. This most frequently manifests as an elevation in sodium, BUN, and creatinine levels.

26. The toxicology results will provide additional information regarding substances within the descendant blood and/or urine that may play a role in heat sensitivity and developing hyperthermia The toxicology may include a broad range of results that help elucidate medication levels affecting heat tolerance. Illicit drug use, especially stimulants such as cocaine and methamphetamine/amphetamine, are of particular concern because they increase the risk of hyperthermia.

27. The totality of the investigation and autopsy results will indicate whether heat stress played any role in the person's death.

28.     It is highly unlikely that heat did not cause or contribute to any custodial deaths in TDCJ since 2012, and actually highly probable that heat caused or contributed to many custodial deaths in TDCJ.  Reviewing the pathology/autopsy deaths, as well as the temperatures and heat index at the time, will confirm this.

I declare under that everything that I have stated in this document is true and correct.

Executed  Apr 15, 2024                              City, State                              .

Priya Banerjee (Apr 15, 2024 12:03 EDT)

Priya Banerjee, MD

3

# Exhibit 1

# Priya Banerjee, M.D.
# Anchor Forensic Pathology, LLC.
### Board Certified Forensic and Anatomic Pathologist
### 20 Manning Drive, Barrington Rhode Island 02806
### Email: autopsymd@gmail.com; Cell: 401-252-1319
### EIN: 81-1997500

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 4/1/2016-present | President and Founder<br>Anchor Forensic Pathology, LLC<br>Contract forensic pathologist: Clark County, NV (Las Vegas metro region)<br>Criminal and Civil medical-legal consultant, Private autopsy pathologist |
| 7/1/2010 – 8/9/2021 | Assistant Medical Examiner<br>Office of the State Medical<br>Examiners State of Rhode<br>Island, Providence, RI |
| 7/1/2012-present | Clinical Assistant Professor<br>Brown University, Depart. of Pathology and Laboratory Medicine |
| 1/25/17-5/2020 | Adjunct Professor of Justice Studies<br>Roger Williams University<br>Forensic Pathology and Forensic Seminar Series |
| 1/23/20-2022 | Adjunct Professor, Graduate Medical Sciences/Boston U. Medicine<br>Forensic Medicine and Death Investigation Course |
| 1/30/2019-8/1/2021 | Expert Forensic Pathologist, Rhode Island Cold Case Task Force |
| 5/2018-12/2020 | Contract Forensic Pathologist<br>Office of the Chief Medical<br>Examiner State of New<br>Hampshire |
| 12/2012-2/2013 | Contract Forensic Pathologist<br>Office of the Chief Medical<br>Examiner State of Maine |

## EDUCATION AND TRAINING

| | | |
|---|---|---|
| 8/2000-5/2004 | **University of Pennsylvania, School of Medicine, M.D.** |
| 7/2004– 6/2005 | **Hospital of the University of Pennsylvania** Philadelphia, PA Internal Medicine Preliminary Year |
| 7/2005-6/2009 | **The Johns Hopkins Hospital** Baltimore, MD AP/CP Pathology Residency |
| 7/2009-6/2010 | **Office of Chief Medical Examiner, State of Maryland** Baltimore, MD Forensic Pathology Fellow |
| 8/1996-5/2000 | **University of Maryland, College Park** B.S. Cell, Molecular Biology and Genetics (Magna Cum Laude) Concentration Criminology and Criminal Justice |
| 5/16/2014 | National Missing and Unidentified Persons System Workshop |
| 2/21/2014 | Rhode Island Traffic Incident Management Responder Training |
| 5/2-5/3/2014 | FEMA/New Mexico Tech Medical Preparedness and Response Bombing Incidents Course |
| 5/10-5/12/2011 | Medicolegal Death Investigation Training Seminar National Forensic Science Training Center Tampa Florida |
| 6/7-6/11/2010 | Armed Forces Institute of Pathology, Anthropology Course |
| 5/3-5/7/2010 | Armed Forces Institute of Pathology, Forensic Odontology Course |

## BOARD CERTIFICATION AND LICENSURE

American Board of Pathology: Board Certified in Forensic Pathology 2012

American Board of Pathology; Board Certified in Anatomic Pathology, 2011

*all CME/Maintenance of Certification maintained for both areas

State of Rhode Island    Allopathic Physician Medical License MD13342
State of Pennsylvania    Medical License MD 436021 (inactive, in good standing)
State of Nevada          Medical Doctor License #23829

## AWARDS, HONORS AND MEMBERSHIPS:

| | |
|---|---|
| June 18, 2019 | Brown University School of Medicine, Clinical Teaching Award |
| 2012-current | National Association of Medical Examiners |

|  |  |
|---|---|
|  | *Social Media Committee and International Membership committees* |
| 2011-current | College of American Pathologist, Fellow |
| 2011-current | Rhode Island Criminalists Association, Associate Member |
| 2007 | College of American Pathologists., Leadership Development Award |

## GUEST LECTURES AND MEDIA EXPERIENCE:

| | |
|---|---|
| July 7, 2023 | Expert TV interview "Toxicology Report for Alex Fierro" on Court TV. https://x-default-stgec.uplynk.com/ausw/slices/4a8/5a41d9ac062d41bbb88c8ded2e0ef1c0/4a87028b9e354bfea7b00b87cdea0ae1/4a87028b9e354bfea7b00b87cdea0ae1_e.mp4 |
| May 16, 2023 | Expert TV interview "Children's Book Author Charged with Murder of Husband." https://www.courttv.com/title/medical-examiner-eric-richins-had-5x-lethal-dose-of-fentanyl-in-system/?fbclid=IwAR1r5CeBoNBxfMqMKJISO310ifbSsuhYpsyVMoMdnxLPGgQbH4RThTV4Pp0 |
| January 5, 2023 | Expert TV interview, " DNA found on sheath 'the money' for Idaho police forensic pathologist" on Cuomo Show, NewsNation. https://www.youtube.com/watch?v=aFSKkKnMabs |
| October 3, 2022 | Expert contributor quoted: US monkeypox deaths are rare; here's why they can be difficult to confirm (author: Jaqueline Howard) CNN Health online. https://www.cnn.com/2022/10/03/health/monkeypox-deaths-difficult-to-confirm |
| August 21, 2022 | Expert TV Interview, "Tell No Tales", Forensic Files II Episode, HLN network. Season 3, Episode 16. |
| May 11, 2022 | TV Interview, Morning in America (News Nation) "Vicky White died by Suicide" https://www.youtube.com/watch?v=6LVq3KjQxkc |
| May 10, 2022 | TV Interview, Inside Edition: Bahamas Deaths of Three US Visitors https://www.insideedition.com/toxic-ac-leak-theorized-as-possible-cause-in-mysterious-deaths-of-americans-at-bahamas-resort-74759. |
| February 11, 2022 | Interview, CNN Newsroom: (9 am hour): Forensic Pathologist on Bob Saget Autopsy https://www.youtube.com/watch?v=Kdze5p25SXI |

| Date | Description |
|---|---|
| February 10, 2022 | Interview, CNN Tonight with Laura Coates; Dr. Banerjee https://video.snapstream.net/Play/4hTGjGopBrT1Ywz5NAbchZ?accessToken=bew086lmmeopi |
| February 10, 2022 | Interview, Inside Edition https://www.insideedition.com/after-bob-sagets-autopsy-raises-alarm-around-skull-injuries-what-doctors-say-to-do-if-you-hit-your. |
| January 12, 2022 | Interview, Today Show on Bob Saget Death and Autopsy https://www.today.com/video/bob-saget-s-final-performance-latest-details-on-his-death-130675269917 |
| December 16, 2021 | Interview, American Radical Podcast Episode 4: Cause of Death https://www.msnbc.com/msnbc-podcast/cause-death-n1286073 |
| October 25, 2021 | Interview, Real Time Crime Podcast re: Brian Laundrie |
| October 23, 2021 | CNN interview: The manhunt for Brian Laundrie is over. But several big questions remain; https://www.cnn.com/2021/10/23/us/gabby-petito-brian-laundrie-questions/index.html |
| October 21, 2021 | Determining Brian Laundrie's cause of death could be "challenging," says forensic pathologist; https://www.cnn.com/us/live-news/brian-laundrie-news- 10-21-21/index.html |
| October 21, 2021 | CNN Interview: Wolf Blitzer Situation Room: Forensic pathologist explains what was 'odd' about the scene; https://www.cnn.com/videos/us/2021/10/21/brian-laundrie-remains-family-crime-scene-banerjee-sot-tsr-vpx.cnn |
| September 21-22, 2021 | Multiple appearances: Fox and Friends, local Fox stations, Law and Crime network re Death and autopsy of Gabby Petito https://www.foxnews.com/media/gabby-petito-autopsy-challenges-cause-death-pathologist https://video.foxnews.com/v/6278085320001#sp=show-clips https://video.foxbusiness.com/v/6273622961001#sp=show-clipsoin |
| April, 2021 | Multiple appearances, MSNBC, CNN/HLN and Law and Crime Network re: Derek Chauvin trial and the autopsy of George Floyd https://www.msnbc.com/katy-tur/watch/chuck-rosenberg-i-think-the-defense-attorney-got-a-little-too-cute-went-a-little-bit-too-far-109936709537 |
| March 29, 2021 | Forensic Pathologist Dr. Priya Banerjee: Learning from the dead to help the living. Profile in Boston Globe |

| Date | Description |
|---|---|
| December 6, 2019 | Member interview on "Searching for answers: Inside a secret meeting of RI's Cold Case Task Force." https://www.wpri.com/news/special-reports/searching-for-answers-inside-a-secret-meeting-of-ris-cold-case-task-force/ |
| 2019-Present | Multiple Expert Appearances (recurring) on Law and Crime Network, recurring shows |
| November 11, 2019 | Expert Appearance on Law and Crime Network: "Linda Kenney Baden asks Why the Blunt Force Trauma Killed the Victim but Not the Gunshot Wounds?" https://www.youtube.com/watch?v=PlseesVo6S4&t=33s |
| October 31, 2019 | "What's Going on with Jeffrey Epstein's Autopsy?" online article in Rolling Stone Magazine: https://www.rollingstone.com/culture/culture-features/jeffrey-epstein-autopsy-baden-homicide-suicide-906192/ |
| November 2, 2018 | Water Intoxication Death, Coroner Talk Podcast with Darren Drake |
| September 26, 2018 | Opioid Related Deaths: Forensic Investigation, Death Certification and Expert Testimony for Oklahoma<br>National Association of Attorney Generals, Oklahoma City, OK. |
| September 6, 2018 | RIH Department of Pathology Grand Rounds: Opioid Related Deaths: Forensic Investigation, Death Certification and Expert Testimony |
| September 8, 2017 | Opioid Related Deaths: Forensic Investigation, Death Certification and Expert Testimony<br>National Association of Attorney Generals, Providence, RI. |
| June 8, 2017 | Organizing Physician and Lecturer: Select Topics in Forensic Pathology (Gunshot Wounds) |
| April 5, 2017 | Expert Medical Examiner: Opioid Panel/Drug Overdose Deaths. Johnson and Wales University. |
| February 8, 2017 | Radio interview with Jay Oliver ft. Joe Giacalone on LI in the AM, LINews Radio. Part 3 of Long Island Serial Killer. https://soundcloud.com/jvcbroadcasting/dr-priya-banerjee-interview |
| January 27, 2017 | Guest Lecturer: The Medicolegal Autopsy: A Primer for Criminal Defense Lawyers<br>Rhode Island Office of the Public Defender and Criminal Defense Lawyers |

| | |
|---|---|
| December 5, 2016 | TV Interview with Reporter Tim White, WPRI. "How investigators identify human remains that have been underground for decades" http://wpri.com/2016/12/05/how-investigators-identify-human-remains-thathave- been-underground-for-decades/ |
| June 24, 2016 | Lecturer, Overview of the RI Medical Examiners Office and Death Investigation Rhode Island State Police Training Academy |
| 2016-present | Lecturing Forensic Pathologist, Mock Scene Investigation University of Rhode Island BPS 101: Scientific Evidence Class I and II |
| 2011-2014 | Guest Lecturer: Fire Related Deaths Annual Fire Investigation Training Rhode Island Chapter of International Association of Arson Investigators |
| March 24, 2014 | Medical Examiner/Witness Fire Scene Investigation Training with Mock Crime Scenes Rhode Island Chapter of International Association of Arson Investigators |
| April 26, 2013 | Guest Lecturer: The Medical Examiner System in Rhode Island Univ. of Rhode Island Forensic Science Partnership Seminar Lecture Series |
| March 26, 2013 | Presenter, Rhode Island Health Careers Expo and Fair Rhode Island School Based Coordinator Network |
| November 12, 2013 | Lecturer: Gunshot Wounds at "Patterns of Injury and the Story They Tell" Collaborative Conference Law Enforcement by New England Organ Bank and Rhode Island Medical Examiners Office |
| October 16, 2012 | Guest Lecturer: Forensic Pathology and Forensic Identification for Dentists Greater Woonsocket Dental Association, Rhode Island |
| March 14, 2012 | Guest Lecturer: Overview of Forensic Pathology and the Rhode Island Medical Examiner System West Coventry Fire District, Greene, Rhode Island. |
| February 8, 2012 | Forensic Pathology 101: A Primer for Criminal Defense Lawyers Rhode Island Office of the Public Defender |
| September 16, 2011 | Guest Lecturer: Medicolegal Death Investigations University of Rhode Island Forensic Science Partnership Seminar Lecture Series |
| July 11, 2013 | Guest Expert, Episode 30, TheForensicweek.com Show (https://www.youtube.com/watch?v=sr6seMRVNQk) |

| | |
|---|---|
| December 13, 2012 | Guest Expert, Episode 3, The Forensicweek.com Show (http://www.youtube.com/watch?v=zasZIp4BCvw) |
| September 28, 2010 | Medicolegal Autopsy and Gunshot Wounds at The Relationship Between the Fundamental of Forensic Pathology and Your Professional Practice Collaborative Conference Law Enforcement by New England Organ Bank and Rhode Island Medical Examiners Office |
| November, 2009 | Guest Expert Witness, University of Maryland Mock Trial |
| April, 2009 | Guest Forensic Pathologist, Mock Crime Scene for the Community University of Maryland, Department of Criminology and Criminal Justice |

## PUBLICATIONS AND SCIENTIFIC PRESENTATIONS:

Truong LV, **Banerjee, P**. Hepatic Hemangiosarcoma Presumed by Imaging as Hemangioma: A Case Report and Literature Review **(Poster Presentation).** Presented at American Academy of Forensic Sciences Meeting, February 2023.

Truong LV and Banerjee, P. Autopsy and Forensics: Forensic Entymology. https://www.pathologyoutlines.com/topic/forensicsentomology.html. February 2, 2021.

Almeida R; **Banerjee, P,** et al. Death Attributed to Dichlorvos (DDVP) Intoxication. (**Poster Presentation**). Presented at the Society of Forensic Toxicologists. September, 2020.

Belova N. and **Banerjee, P**. Drowning Deaths in Rhode Island, A Retrospective Review. **(Poster Presentation).** Presented at the National Association of Medical Examiners Annual Meeting, October 2018.

**Banerjee, P**; Detora D; Iwuc P, Stanley C, and Ogilvie L. A case of suicide by injected xylazine. **(Platform Presentation)** Presented at Northeastern Association of Forensic Scientists Annual Meeting, November, 2014.

**Banerjee, P,** Ali, Z, Levine B and Fowler DR. Fatal Caffeine Intoxication: a Series of Eight Cases from 1999-2009. J Forensic Sci 2014 May;59:865-868.

**Banerjee, P** and Stanley C. Fatal Salt Intoxication from Table Salt Administration **(Poster).** Presented at National Association of Medical Examiners Annual Meeting, October, 2012.

Ellis, CL, **Banerjee, P**, Carney, E, Sharma, R, Netto GJ. Adrenal lymphangioma: clinicopathologic and immunohistochemical characteristics of a rare lesion. Hum Pathol. 2011 Jul;42(7):1013-8.

Carney EM, **Banerjee P**, Ellis CL, Albadine R, Sharma R, Chaux AM, Burger PC, Netto GJ. PAX2(-)/PAX8(-)/inhibin A(+) immunoprofile in hemangioblastoma: A helpful combination in the differential diagnosis with metastatic clear cell renal cell carcinoma to the central nervous system. Am J Surg Pathol. 2011 Feb;35(2):262-7.

**Banerjee, P**, Ali, Z and Fowler DR. Rat Bite Fever, a Fatal Case of Streptobacillus moniliformis Infection in a 14 months old boy. J Forensic Sci. 2011 Mar;5ß6(2):531-3.

**Banerjee, P,** Ali, Z, Levine B and Fowler DR. Fatal Caffeine Intoxication: a Series of Seven Cases from 1999-2009. **(Platform Presentation),** American Academy of Forensic Sciences, February, 2010.

**Banerjee, P** and Netto GJ. Adrenal Lymphangiomas: Clinicopathologic Review of a Rare Lesion **(Poster)**, USCAP, March 2009.

**Banerjee, P** et al. Pax-2(-)/Inhibin(+) Immunoprofile in Hemangioblastoma: A Helpful Combination in the Differential Diagnosis with Metastatic Clear Cell Renal Cell Carcinoma to CNS **(Platform Presentation)**, USCAP, March 2009.

Iacobuzio-Donahue CA, Fu B, Yachida S, Luo M, Abe H, Henderson CM, Vilardell F, Wang Z, Keller JW, **Banerjee P**, Herman JM, Cameron JL, Yeo CJ, Halushka MK, Eshleman JR, Raben M, Klein AP, Hruban RH, Hidalgo M, Laheru D. DPC4 Gene Status of the Primary Carcinoma Correlates With Patterns of Failure in Patients With Pancreatic Cancer. J Clin Oncol. 2009 Mar 9.

**Banerjee, P**, Ali, Z and Fowler DR. Rat Bite Fever, a Fatal Case of Streptobacillus moniliformis Infection in a 14 months old boy **(Poster)**, American Academy of Forensic Sciences, Feb, 2009

**Banerjee, P** et al. Advanced Stage Pancreatic Cancers Have Distinct Morphologic and Immunolabeling Profiles Compared to Resectable Disease **(Poster)**, USCAP, March, 2008.

**Banerjee, P**, Lee, MT and Detrick, BD. Albumin assessment in monoclonal gammopathies: comparison between direct and indirect measurements **(Poster),** Association of Medical Laboratory Immunologists. August, 2007.

**Banerjee, P** and Crain, B. A Two-year-old Girl with a New Limp. Brain Pathol. 2008 Oct;18(4):608-10.

Keane MM, Rubinstein Y, Cuello M, Ettenberg SA, **Banerjee P**, Nau MM, Lipkowitz S. Inhibition of NF-kappa B activity enhances TRAIL mediated apoptosis in breast cancer cell lines. Breast Cancer Res Treat. 2000 Nov; 64(2):211-9.

Ettenberg SA, Rubinstein YR, **Banerjee P**, Nau MM, Keane MM, Lipkowitz S. cbl-b inhibits EGFreceptor-induced apoptosis by enhancing ubiquitination and degradation of activated receptors. Mol Cell Biol Res Commun. 1999 Aug; 2(2):111-8.

Keane MM, Ettenberg SA, Nau MM, **Banerjee P**, Cuello M, Penninger J, Lipkowitz S. cbl-3: a new mammalian cbl family protein. Oncogene. 1999 Jun 3; 18(22):3365-75.