# Exhibit G

I, CHASE BEARDEN, declare the following:

1. I am the Executive Director of the Coalition of Texans with Disabilities, Inc ("CTD").

2. CTD is a domestic nonprofit corporation with a principal place of business at 1716 San Antonio St., Austin, TX 78701.

3. CTD's mission is to ensure that persons with disabilities may work, live, learn, play, and participate fully in the community of their choice. We focus on the areas of governmental advocacy, public awareness activities, and professional disability consulting to fulfill our mission. CTD is the largest and oldest member driven cross-disability organization in the state.

4. CTD is a cross-disability organization that represents all Texans with disabilities. Its board is directly selected from its members, some of whom financially support the organization.

5. CTD's constituents consist of all persons with a disability in Texas, including all people with disabilities incarcerated in Texas prisons. Given that an estimated 40% of TDCJ prisoners have a disability, CTD's constituents encompass roughly 52,000 of the 130,000 people incarcerated in Texas prisons, including every person with a disability incarcerated in every TDCJ facility that lacks appropriate temperature control.

6. One of CTD's focuses is governmental advocacy, and it is frequently involved in state-level initiatives that affect the disability community. CTD advocates for policies that protect the well-being, health, and safety of all Texans with disabilities and their families, including those currently incarcerated in Texas Department of Criminal Justice's facilities, including policies relating to extreme heat in prisons.

7. CTD brings this lawsuit in its representative capacity on behalf of and to vindicate the rights of TDCJ's prisoners with disabilities who are being housed in inhumane conditions directly resulting from the extreme heat.

Executed **April 17, 2024, Austin, TX.**

_____
Chase Bearden