# Exhibit H

I, JENNIFER TOON, declare the following:

1.      I am the Project Director of Lioness: Justice Impacted Women's Alliance ("Lioness").

2.      Lioness is a nonprofit program sponsored by Build Up, Inc. ("Build Up"), a 501(c)3 public charity.

3.      Build Up is a Nonprofit Corporation registered in New Jersey with a principal place of business at 178 Columbus Ave #237190, New York, NY 10023.

4.      Lioness is an organization dedicated to achieving systematic change within TDCJ and the criminal legal system, led by currently and formerly incarcerated women in Texas.

5.      Lioness has roughly 700 members, and both its membership and its leadership are composed of currently and previously incarcerated women.

6.      Lioness's members guide its priorities, one of which is to advocate for the health, safety, and well-being of its incarcerated members, many of whom are in Texas prisons.

7.      One of Lioness's priorities is advocating for appropriate and livable conditions at TDCJ facilities and working to get its members and constituents safe from extreme heat.

8.      Lioness brings this lawsuit in its representative capacity on behalf of and to vindicate the rights of TDJC prisoners who are being housed in inhumane conditions.


Executed April 12, 2024, Austin, Texas

_____

Jennifer Toon