# Exhibit I

I, CHARLIE MALOUFF, declare the following:

1. I am the Vice President of Citizens United for Rehabilitation of Errants-Texas Inc., ("TX C.U.R.E.").

2. I am a formerly incarcerated man and was an Interested Party in the *Cole v. Collier*, No. 4:14-CV-01698, 2023 WL 1967951, at *2 (S.D. Tex. Feb. 10, 2023) excessive-heat class action against the Texas Department of Criminal Justice ("TDCJ").

3. TX C.U.R.E. is a Texas Nonprofit Corporation with its principal business address at 11900 Jollyville Rd., No. 200804, Austin, TX, 78720, and its registered agent of service in Tyler, Texas. CURE was founded in 1972 and became a national organization in 1985. CURE is recognized by the Office of Justice Programs and operates in 27 states. TX C.U.R.E., incorporated as its own organization, continues to align with the national organization's mission in Texas.

4. TX C.U.R.E. was created to fight systemic and systematic mistreatment of people incarcerated in TDCJ's custody, and to provide those who are incarcerated with resources they need in and out of prison. It is dedicated to serving incarcerated individuals and their families by connecting them to organizational resources, spreading awareness of confinement conditions, and advocating for the advancement of humane conditions within Texas prisons.

5. TX C.U.R.E.'s constituents consist of the roughly 130,000 people incarcerated in Texas prisons, including every person incarcerated in every TDCJ facility that lacks appropriate temperature control.

6. TX C.U.R.E.'s Board consists of formerly incarcerated members, prisoners' mothers and wives, and professional concerned citizens.

7. TX C.U.R.E.'s staff engages in constant direct and indirect communication with its incarcerated constituents, as well as their family members, seeking help with horrendous living conditions, throughout all of Texas prisons. These incarcerated constituents' needs drive the policy goals of the organization, which include the unconstitutional heat-related conditions.

8. TX C.U.R.E. brings this lawsuit in its representative capacity on behalf of, and to vindicate the rights of, prisoners who are being housed in inhumane, extreme-heat conditions.

Executed this 17th day of April, 2024 in Austin, Texas.

_____
Charlie Malouff