# Exhibit J

I, AMITE DOMINICK, declare the following:

1. I am the Founder and President of Texas Prisons Community Advocates ("TPCA").

2. TPCA is a Texas nonprofit corporation with its principal address at P.O. Box 1974, Fulton, TX 78358.

3. TPCA was created to fight systemic and systematic mistreatment of people incarcerated in Texas prisons.

4. TPCA is dedicated to serving incarcerated individuals and their families by connecting them to organizational resources, spreading awareness of confinement conditions, and advocating for the advancement of humane conditions within Texas prisons. These constituents' needs drive TPCA's policy goals.

5. As part of its work, TPCA has advocated for safe and humane climate conditions throughout Texas prisons.

6. On behalf of TPCA, I have worked with legislators to file bills that requested humane temperatures within Texas prisons, provided expert testimony before the Texas state legislature, co-authored research reports, conducted various trainings on advocacy for impacted family members, and organized events to bring awareness to the community.

7. TPCA's constituents consist of the roughly 130,000 people incarcerated in Texas prisons, including every person incarcerated in every TDCJ facility that lacks appropriate temperature control.

8. TPCA's staff regularly communicate with their incarcerated constituents and have "team members" inside the prisons.

9. TPCA brings this lawsuit in its representative capacity on behalf of and to vindicate the rights of TDCJ prisoners who are being housed in inhumane conditions directly resulting from the extreme heat.

Executed April 14, 2024, Fulton, Texas.

*Amite Dominick*
_____
Amite Dominick, PhD