# **EXHIBIT 3**

*Updated: April 17, 2024*

Core to the mission of the Texas Department of Criminal Justice is protecting the public, our employees, and the inmates in our custody. Over the last several years, the agency has worked to increase the number of cool beds available. TDCJ is dedicated to continuing to add air-conditioned beds in our facilities.

During the 88th Texas Legislative session, TDCJ received a historic infusion of funding for major repair and improvement projects at facilities. Specifically, the agency received $85 million to install additional air conditioning. This funding will substantially increase the number of cool beds available.

Currently, TDCJ has 31 units fully air conditioned and 55 units partially air conditioned.

From April 15 through October 31, the agency implements enhanced procedures to lessen the effects of hot temperatures for those in our facilities.

[Enhanced Heat Protocols](#)

**45,496** : Current Number of Cool Beds Available
**2,149** : Cool Beds Under Construction
**11,565** : Cool Beds in Design

*As of April 17, 2024*

| COOL BEDS COMPLETED SINCE 2018 | | COOL BEDS UNDER CONSTRUCTION | | COOL BEDS IN DESIGN | |
|---|---|---|---|---|---|
| **8,433** | | **2,149** | | **11,565** | |
| Bradshaw State Jail | 512 | Formby State Jail | 197 | Beto Unit | 792 |
| Dominguez State Jail | 460 | Gist State Jail | 464 | Boyd Unit | 1,372 |
| Garza West Unit | 432 | Holliday Unit | 216 | Goodman Unit | 612 |
| Hilltop Unit | 26 | Lychner State Jail | 116 | Hightower Unit | 1,384 |
| Hodge Unit | 989 | Plane State Jail | 1,156 | Jester III Unit | 953 |
| Holliday Unit | 368 | | | Luther Unit | 1,316 |
| Hutchins State Jail | 230 | | | O'Daniel Unit | 38 |
| Jester III Unit | 164 | | | Polunsky Unit | 432 |
| Johnston Unit | 612 | | | Powledge Unit | 1,137 |
| Lewis Unit | 282 | | | Stevenson Unit | 1,384 |
| Lopez Unit | 197 | | | Stiles Unit | 432 |
| Middleton Unit | 540 | | | Terrell Unit | 1,603 |
| Murray Unit | 282 | | | Young Medical Facility | 110 |
| Pack Unit | 1,478 | | | | |
| Plane Unit | 920 | | | | |
| Sanchez State Jail | 84 | | | | |
| Stiles Unit | 282 | | | | |
| Telford Unit | 95 | | | | |

| Woodman State Jail | 480 |
|---|---|

Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371