# EXHIBIT 13

4/23/24, 3:25 PM  Texas says no inmates have died due to stifling heat in its prisons since 2012. Some data may suggest otherwise. - CBS News

Case 1:23-cv-01004-RP   Document 50-24   Filed 04/25/24   Page 2 of 9

U.S.    World    Politics    HealthWatch    MoneyWatch    Entertainment    Crime    Sports    Essentials

U.S.

# Texas says no inmates have died due to stifling heat in its prisons since 2012. Some data may suggest otherwise.

July 19, 2023 / 7:10 AM EDT / CBS/AP

*Austin, Texas* — A heat wave that has consistently pushed temperatures well above 100 degrees across much of Texas this summer had family members of inmates on Tuesday calling for lawmakers to ensure that all of the state's prisons are fully air conditioned.

"They're cooking our inmates in the Texas prison system," said Tona Southards Naranjo, who believes the death last month of her son, Jon Southards, was caused by excessive heat in his prison, the Estelle Unit in Huntsville. Naranjo was one of more than 60 people who attended a rally outside the Texas Capitol on Tuesday.



s Capitol on July 18, 2023, in Austin.

**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

ck of air conditioning in the nation's largest prison system, alleging temperatures that often go past 120 degrees Fahrenheit (48.9 degrees Celsius) inside Texas prisons in the

4/23/24, 3:25 PM  Texas says no inmates have died due to stifling heat in its prisons since 2012, but data may suggest otherwise. - CBS News

Case 1:23-cv-01004-RP Document 50-24 Filed 04/25/24 Page 3 of 9

summer have been responsible for hundreds of inmate deaths in recent years.

Only about 30% of Texas' 100 prison units are fully air conditioned, with the rest having partial or no air conditioning. Texas currently has more than 128,000 inmates.

However, the Texas Department of Criminal Justice, or TDCJ, says there have been no heat-related deaths in the state's prisons since 2012. There were 17 deaths from 2000 to 2012, with 10 in 2011 alone when Texas experienced a record heat wave, according to TDCJ.

AD



But a November study by researchers at Brown, Boston and Harvard universities found that 13%, or 271, of the deaths that happened in Texas prisons without universal air conditioning between 2001 and 2019 "may be attributable to extreme heat days."

"These findings suggest that an air conditioning policy for Texas prisons may be an important part of protecting the health of one of our most vulnerable populations," the study's authors wrote.

 prison death reports and weather data showed that, "This year, 

**Be the first to know**  orted heart attacks or cardiac events in uncooled prisons where 
Get browser notifications for breaking news, live  least another 14 have died of unknown causes in extreme heat, 
events, and exclusive reporting.

l in the 23 deaths," the newspaper continued. "TDCJ naccurate to label any death as heat-related before an

4/23/24, 3:25 PM  Texas says 10 inmates have died due to stifling heat in its prisons since 2012. But the data suggest otherwise. - CBS News

Case 1:23-cv-01004-RP Document 50-24 Filed 04/25/24 Page 4 of 9



A thermometer hangs in a make-shift prison cell during a rally on the steps of the Texas Capitol on July 18, 2023, in Austin.
ERIC GAY / AP

Officials are still investigating the cause of Jon Southards' death, Hernandez told The Associated Press. At least eight other inmate deaths in recent weeks that advocates allege are heat-related were either due to cardiac arrest or other medical conditions, Hernandez said. The cause of some are still under investigation.

But Naranjo said her son's body was covered in a heat rash. The last time she talked with him, just hours before his death on June 28, the 36-year-old, who had asthma, complained about not being able to breathe in his cell's stifling air. He also complained about having to drink water out of his toilet because it was colder than the water from his sink.

"As a mother, this is crushing," she said.

al air conditioning in state prisons, according to a report last

**Be the first to know**
Recovery Center and Texas Prisons Community Advocates, an
Get browser notifications for breaking news, live events, and exclusive reporting.

lawmakers who unsuccessfully tried getting bills passed in the
ave required prisons to be fully air conditioned.

This is about survival," Sherman said Tuesday.

4/23/24, 3:25 PM  Texas says no inmates have died due to stifling heat in its prisons since 2012. But data suggest otherwise. - CBS News

Case 1:23-cv-01004-RP Document 50-24 Filed 04/25/24 Page 5 of 9



An advocate for cooling Texas prisons walks past a makeshift cell during a rally on the steps of the Texas Capitol on July 18, 2023, in Austin.
ERIC GAY / AP

During this year's regular legislative session, which ended in May, the Texas House had proposed more than $343 million for the next two years to install air conditioning in state prisons and pay for operating expenses and maintenance. But the Senate declined to provide any funding.

The lack of funding took place as Texas had a more than $32 billion budget surplus to work with during this year's legislative session.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

d terrible conditions in his hot prison, the Stevenson Unit in

is suffocating him or sitting on his chest," Perez said.

Hernandez declined to comment on criticism of TDCJ from Tuesday's rally.

Rally participants asked that Republican Gov. Greg Abbott call a special legislative session to allocate funding for prison air conditioning.

A spokesperson for Abbott didn't immediately return an email seeking comment.

In 2017, U.S. District Judge Keith Ellison in Houston said the nation's largest prison system was "deliberately indifferent" to heat risks and subjected inmates to "a substantial risk of serious injury or death."

Ellison's comments came as part of a settlement of a lawsuit filed by Texas inmates at one unit.

Advocates in other states are also trying to bring attention to the issue.

In Las Vegas, where temperatures have reached 116 degrees in a historic heat wave, members of prisoners' rights group Return Strong stood outside a transitional housing center on Tuesday calling attention to the effect extreme heat has on incarcerated people, CBS Las Vegas affiliate KLAS-TV reported. In Nevada, air conditioning in prisons can be spotty and prone to jams, Return Strong's Executive Director Jodi Hocking said in a phone interview with the AP..

Hocking said people don't really think about times when it's over 115 degrees and inmates are sitting in a cell and the air conditioning only goes to some sections "and it never reaches where you live."

## More from CBS News

**Amazon rolls out grocery delivery for Prime members, SNAP recipients** 

**Climate change a health risk for 70% of world's workers, UN warns** 

**Contaminated deer meat may have caused 2 hunters' deadly brain diseases** 





**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Case 1:23-cv-01004-RP   Document 50-24   Filed 04/25/24   Page 7 of 9

First published on July 19, 2023 / 7:10 AM EDT

© 2023 CBS Interactive Inc. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.

### Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack
This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.
PAID   ONLINE SHOPPING TOOLS

### Texas Drivers Enraged Over New Road Rule
PAID   OTTO QUOTES   Learn More

### Doctor Can't Explain But This Can Melt Away Toe Nail Fungus
PAID   HEALTH SHAPE

### Don't Pay $179/Year for Amazon Prime - Use This Trick Instead
This little-known American Shopping Tip is changing the game for families nationwide – find out how.
PAID   ONLINE SHOPPING TOOLS

### Who Normally Has the Cheapest Car Insurance?
PAID   OTTO QUOTES   Learn More

### The Reimagined 2024 Outlander Might Be The Hottest SUV Of The Year
PAID   BESTSEARCHES   Learn More

### She Married a Millionaire For His Money - After His Death There Was A Surprise
PAID   EVERYDAY TRICKS   Read More

### The Horrifying Truth About CBD
PAID   TOMMY CHONG'S CBD   Watch Now

### Lowest Price Electric SUVs for Seniors (Must See)
PAID   POPULAR SEARCHES   Learn More



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

### ...s That Seniors Can Book For Dirt Cheap

### ...for Women That is Popular All over.
PAID   LIBIYI   Get Offer

### MD: Building Muscle After 60 Comes Down To This 1 Thing

PAID   PRIMENUTRITIONSECRETS.COM

What Are the Best-Looking SUVs Of The Year? Take A Look
(See The New Models)

PAID   BESTSEARCHES | SEARCH ADS    Learn More

Houston: New Small Electric Cars Are Finally On Sale
PAID   FREQUENT SEARCHES

Affordable SUVs You Can Turn Into Camper Vans (Take A Look)
PAID   GOSEARCHES

New Electric SUVs Come with Tiny Price Tags (Take a Look)
PAID   COMMONSEARCHES

Houston: Small Prefab Houses For Seniors At Lowest Prices Ever
PAID   GOSEARCHES

The Gorgeous New Outlander Model Left Us Speechless Has Arrived
PAID   FREQUENT SEARCHES

These Prices On Train Tours Could Surprise You (Take A Look)
PAID   FAVORITESEARCHES

Do You Know What Plaque Psoriasis Is? (Take A Look)
plaque psoriasis is silent but deadly - know the signs

PAID   PLAQUE PSORIASIS    Search Now

Celine Dion diagnosed with 'stiff person syndrome'
CBS NEWS

Police shut down protests outside NYU
CBS NEWS



Be the first to know
Get browser notifications for breaking news, live events, and exclusive reporting.

With Luxury (Take A Look)

out Prescription
"Order while you can this April 2024"

4/23/24, 3:25 PM		Texas says no inmates have died due to stifling heat in its prisons since 2012. Some data ranges suggest otherwise. - CBS News

Case 1:23-cv-01004-RP Document 50-24 Filed 04/25/24 Page 9 of 9

**New Neuropathy Device Leaves Experts Speechless (Works Fast)**

PAID   HEALTH HEADLINES   Order Now

PAID   HEALTH INSIGHT JOURNAL   Learn More

**This Tiny House Is Only 180 Sq. Ft., Here's How It Looks Inside!**

PAID   THEDECORIDEAS

**The Phenomenal 2024 Altima Is Close To Perfection (Take A Look)**

PAID   TRUESEARCHES

**Here's The Average Price Of Gutter Protection For Houses In US**

The Actual Cost May Surprise You

PAID   LEAFFILTER PARTNER   Get Quote

©CBS NEWS

Copyright ©2024 CBS Interactive Inc. All rights reserved.

Privacy Policy
California Notice
Your Privacy Choices
Terms of Use
About
Advertise

Closed Captioning
CBS News Store
Site Map
Contact Us
Help