# EXHIBIT 14

[HOME](#) | [UNIT DIRECTORY](#) | Texas Department of Criminal Justice

# Unit Directory

[TDCJ Unit Map and Units by Region](#)

## Key to Operator and Type of Facility

**OPERATOR**
**CID** – TDCJ Correctional Institutions Division
**MTC** – Management and Training Corporation

**FACILITY TYPE**
**ISF** – Intermediate Sanction Facility
**DDP** – Developmental Disabilities Program
**SAFPF** – Substance Abuse Felony Punishment Facility

## Unit Directory

| Unit Name | Unit Code | Operator | Gender | Type | Region | City | County |
|---|---|---|---|---|---|---|---|
| Allred | JA | CID | Male | Prison | V | Iowa Park | Wichita |
| Baten | NJ | CID | Male | ISF | V | Pampa | Gray |
| Bell | CV | CID | Male | Pre-Release | I | Cleveland | Liberty |
| Beto | B | CID | Male | Prison | II | Tennessee Colony | Anderson |
| Boyd | BY | CID | Male | Prison | II | Teague | Freestone |
| Bradshaw | BH | MTC | Male | Private State Jail | Private | Henderson | Rusk |
| Bridgeport | BR | MTC | Male | Private Prison | Private | Bridgeport | Wise |
| Briscoe | DB | CID | Male | Prison | IV | Dilley | Frio |
| Byrd | DU | CID | Male | Prison | I | Huntsville | Walker |
| Clemens | CN/RV | CID | Male | Prison | III | Brazoria | Brazoria |
| Clements | BC | CID | Male | Prison | V | Amarillo | Potter |
| Coffield | CO | CID | Male | Prison | II | Tennessee Colony | Anderson |
| Cole | CL | CID | Male | State Jail | II | Bonham | Fannin |
| Coleman | LC | MTC | Female | Private Prison | Private | Lockhart | Caldwell |
| Connally | CY | CID | Male | Prison | IV | Kenedy | Karnes |
| Cotulla | N4 | CID | Male | Prison | IV | Cotulla | La Salle |
| Crain | GV | CID | Female | Prison | VI | Gatesville | Coryell |
| Dalhart | DH | CID | Male | Prison | V | Dalhart | Hartley |
| Daniel | DL | CID | Male | Prison | V | Snyder | Scurry |
| Diboll | DO | CID | Male | Pre-Release | I | Diboll | Angelina |
| Dominguez | BX | CID | Male | State Jail | IV | San Antonio | Bexar |
| Duncan | N6 | CID | Male | Geriatric Facility | I | Diboll | Angelina |
| East Texas | XQ | MTC | Co-Gender | Private Multi-Use | Private | Henderson | Rusk |
| Ellis | E1 | CID | Male | Prison | I | Huntsville | Walker |
| Estelle | E2 | CID | Male | Prison | I | Huntsville | Walker |
| Estes | VS | CID | Male | Pre-Release | II | Venus | Johnson |
| Ferguson | FE | CID | Male | Prison | I | Midway | Madison |

| Unit | Code | Type | Gender | Facility | Region | City | County |
|---|---|---|---|---|---|---|---|
| [Formby](#) | FB | CID | Male | State Jail | V | Plainview | Hale |
| [Fort Stockton](#) | N5 | CID | Male | Prison | IV | Fort Stockton | Pecos |
| [Garza East](#) | NI | CID | Male | Prison | IV | Beeville | Bee |
| [Garza West](#) | NH | CID | Male | Prison | IV | Beeville | Bee |
| [Gist](#) | BJ | CID | Male | State Jail | III | Beaumont | Jefferson |
| [Glossbrenner](#) | SO | CID | Male | SAFPF | IV | San Diego | Duvall |
| [Goodman](#) | GG | CID | Male | Prison/ISF | I | Jasper | Jasper |
| [Goree](#) | GR | CID | Male | Prison | I | Huntsville | Walker |
| [Halbert](#) | BB | CID | Female | SAFPF | VI | Burnet | Burnet |
| [Hamilton](#) | JH | CID | Male | Pre-Release | VI | Bryan | Brazos |
| [Havins](#) | TH | CID | Male | Pre-Release | VI | Brownwood | Brown |
| [Henley](#) | LT | CID | Female | State Jail | III | Dayton | Liberty |
| [Hightower](#) | HI | CID | Male | Prison | III | Dayton | Liberty |
| [Hilltop](#) | HT | CID | Female | Prison | VI | Gatesville | Coryell |
| [Hobby](#) | HB | CID | Female | Prison | VI | Marlin | Falls |
| [Hodge](#) | HD | CID | Male | DDP | II | Rusk | Cherokee |
| [Holliday](#) | NF | CID | Male | Prison | I | Huntsville | Walker |
| [Hospital Galveston](#) | HG | CID | Co-Gender | Medical | III | Galveston | Galveston |
| [Hughes](#) | AH | CID | Male | Prison | VI | Gatesville | Coryell |
| [Huntsville](#) | HV | CID | Male | Prison | I | Huntsville | Walker |
| [Hutchins](#) | HJ | CID | Male | State Jail | II | Dallas | Dallas |
| [Jester III](#) | J3 | CID | Male | Prison | III | Richmond | Fort Bend |
| [Johnston](#) | JT | CID | Male | SAFPF | II | Winnsboro | Wood |
| [Jordan](#) | JN | CID | Male | Prison | V | Pampa | Gray |
| [Kegans](#) | HM | CID | Male | ISF | III | Houston | Harris |
| [Kyle](#) | KY | MTC | Male | Private Prison | Private | Kyle | Hays |
| [LeBlanc](#) | BA | CID | Male | Pre-Release | III | Beaumont | Jefferson |
| [Lewis](#) | GL | CID | Male | Prison | I | Woodville | Tyler |
| [Lindsey](#) | LN | MTC | Male | Private State Jail | Private | Jacksboro | Jack |
| [Lopez](#) | RL | CID | Male | State Jail | IV | Edinburg | Hidalgo |
| [Luther](#) | P2 | CID | Male | Prison | VI | Navasota | Grimes |
| [Lychner](#) | AJ | CID | Male | State Jail | III | Humble | Harris |
| [Lynaugh](#) | LH | CID | Male | Prison | IV | Fort Stockton | Pecos |
| [Marlin](#) | N1 | CID | Female | Prison | VI | Marlin | Falls |
| [McConnell](#) | ML | CID | Male | Prison | IV | Beeville | Bee |
| [Mechler](#) | N3 | CID | Male | Prison | V | Tulia | Swisher |
| [Memorial](#) | DA | CID | Male | Prison | III | Rosharon | Brazoria |
| [Michael](#) | MI | CID | Male | Prison | II | Tennessee Colony | Anderson |
| [Middleton](#) | NE | CID | Male | Prison | VI | Abilene | Jones |
| [Montford/West Texas Hospital](#) | JM | CID | Male | Psychiatric | V | Lubbock | Lubbock |
| [Moore, B.](#) | BM | MTC | Male | Private Prison | Private | Overton | Rusk |
| [Moore, C.](#) | CM | CID | Male | Prison | II | Bonham | Fannin |
| [Murray](#) | LM | CID | Female | Prison | VI | Gatesville | Coryell |
| [Ney](#) | HF | CID | Male | Prison | IV | Hondo | Medina |
| [O'Daniel](#) | MV | CID | Female | Prison | VI | Gatesville | Coryell |
| [Pack](#) | P1 | CID | Male | Prison | VI | Navasota | Grimes |
| [Plane/Santa Maria Baby Bonding](#) | LJ | CID | Female | State Jail | III | Dayton | Liberty |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Polunsky | TL | CID | Male | Prison | I | Livingston | Polk |
| Powledge | B2 | CID | Male | Prison | II | Palestine | Anderson |
| Ramsey | R1 | CID | Male | Prison | III | Rosharon | Brazoria |
| Roach | RH | CID | Male | Prison | V | Childress | Childress |
| Robertson | RB | CID | Male | Prison | VI | Abilene | Jones |
| San Saba | N2 | CID | Male | Prison | VI | San Saba | San Saba |
| Sanchez | RZ | CID | Male | State Jail | IV | El Paso | El Paso |
| Sayle | SY | CID | Male | SAFPF | VI | Breckenridge | Stephens |
| Scott | J4 | CID | Male | Psychiatric | III | Richmond | Fort Bend |
| Segovia | EN | CID | Male | Pre-Release | IV | Edinburg | Hidalgo |
| Skyview | SV | CID | Co-Gender | Psychiatric | II | Rusk | Cherokee |
| Smith | SM | CID | Male | Prison | V | Lamesa | Dawson |
| Stevenson | SB | CID | Male | Prison | IV | Cuero | DeWitt |
| Stiles | ST | CID | Male | Prison | III | Beaumont | Jefferson |
| Stringfellow | R2 | CID | Male | Prison | III | Rosharon | Brazoria |
| Telford | TO | CID | Male | Prison | II | New Boston | Bowie |
| Terrell | R3 | CID | Male | Prison | III | Rosharon | Brazoria |
| Torres | TE | CID | Male | Prison | IV | Hondo | Medina |
| Travis County | TI | CID | Male | State Jail | VI | Austin | Travis |
| Vance | J2 | CID | Male | Prison | III | Richmond | Fort Bend |
| Wainwright | EA | CID | Male | Prison | I | Lovelady | Houston |
| Wallace/San Angelo Work Camp | WL | CID | Male | Prison | V | Colorado City | Mitchell |
| Wheeler | WR | CID | Male | State Jail | V | Plainview | Hale |
| Willacy County | WI | MTC | Male | Private State Jail | Private | Raymondville | Willacy |
| Woodman | WM | CID | Female | State Jail | VI | Gatesville | Coryell |
| Wynne | WY | CID | Male | Prison | I | Huntsville | Walker |
| Young | GC | CID | Female | Medical | III | Dickinson | Galveston |

**Texas Department of Criminal Justice | PO Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371**