# EXHIBIT 15

## Texas profile

Texas has an incarceration rate of 840 per 100,000 people (including prisons, jails, immigration detention, and juvenile justice facilities), meaning that it locks up a higher percentage of its people than any democratic country on earth. Read on to learn more about who is incarcerated in Texas and why.

**Sections**

Charts & graphs

Reports & briefings

Other resources

### 219,000 people from Texas are behind bars



Additionally, the number of people impacted by **county and city jails** in Texas is much larger than the graph above would suggest, because people cycle through local jails relatively quickly. Each year, at least 505,000 different people are booked into local jails in Texas.

## Rates of imprisonment have grown dramatically in the last 40 years



Also see these Texas graphs:

- total numbers rather than rates.
- Women's prisons: Incarceration Rates | Total Population
- Men's prisons: Incarceration Rates | Total Population



### Today, Texas's incarceration rates stand out internationally



In the U.S., incarceration extends beyond prisons and local jails to include other systems of confinement. The U.S. and state incarceration rates in this graph include people held by these other parts of the justice system, so they may be slightly higher than the commonly reported incarceration rates that only include prisons and jails. Details on the data are available in States of Incarceration: The Global Context. We also have a version of this graph focusing on the incarceration of women.

## People of color are overrepresented in prisons and jails





**Texas's criminal justice system is more than just its prisons and jails**



See detailed data on incarceration and supervision numbers and rates by state.

**Reports and briefings about Texas's criminal legal system:**

Filter to show [Most recent ▾]

- 76% of people in Texas jails have not been convicted of a crime, meaning they're legally innocent. There are simple steps the state can take to reduce this number. Why isn't it?

- Texas releases roughly 844,664 men and 227,778 women from its prisons and jails each year. What is it doing to support them upon reentry?

- Lubbock County, Texas's jail construction woes should serve as a warning to other communities around the nation.

- The parole board in Texas is releasing 12% fewer people and holding 20% fewer hearings since the pandemic started

- Black people in Texas are incarcerated at a rate 3.3 times higher than white people.

- Texas's choice to criminalize "failure to appear" may be hurting public safety

- The cost of incarcerating older people is incredibly high, and their risk of reincarceration is incredibly low, yet 15% of people in Texas prisons are over the age of 55. Why is the state keeping so many older people locked up?

- Texas is one of four states that provides privacy protections for incarcerated people communicating with members of the press.

- Texas is one of 20 states that locks up some people convicted of sex offenses in shadowy "civil commitment" facilities, long after their sentences are over — and often indefinitely.

- In Texas, 219,000 people are incarcerated and another 437,000 are on probation or parole.

## Other resources

- Research on Texas in our Research Library