# EXHIBIT 22

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: HJ 7/15/2011

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81' | 65% | 88' | Baguio Co4 |
| 7:30 a.m. | 82' | 67% | 84' | Baguio o4 |
| 8:30 a.m. | 87' | 65% | 89' | Baguio Co4 |
| 9:30 a.m. | 90° | 60% | 96' | Baguio Co4 |
| 10:30 a.m. | 95° | 58% | 106 | Baguio Co4 |
| 11:30 a.m. | 97° | 54% | 107' | Baguio Co4 |
| 12:30 p.m. | 98' | 54% | 108' | Baguio Co4 |
| 1:30 a.m. | 99' | 47% | 108° | ECHS C05 |
| 2:30 p.m. | 103° | 45% | 110° | ECHS C05 |
| 3:30 p.m. | 108 | 46% | 117° | ECHS C05 |
| 4:30 p.m. | 105° | 43% | 115° | ECHS C05 |
| 5:30 p.m. | 104 | 40% | 113° | ECHS C05 |
| 6:30 p.m. | 102 | 37% | 110° | ECHS C05 |

OPEN RECORDS



001488

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Temperature Log

Unit: _HS 7.½in_

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|-------|------------------------|------------------------|--------------------------|------------------|
| 6:30 a.m. | 80° | 602% | 83° | Baguis Co4 |
| 7:30 a.m. | 82° | 69°/ | 85° | Baguis Co4 |
| 8:30 a.m. | 85° | 66% | 88° | Baguis Co4 |
| 9:30 a.m. | 95° | 66°/ | 100° | Baguis Co4 |
| 10:30 a.m. | 102° | 52°/ | 116° | Baguis Co4 |
| 11:30 a.m. | 106° | 62°/ | 120° | Baguis Co4 |
| 12:30 p.m. | 110° | 60% | 124° | Baguis Co4 |
| 1:30 a.m. | 113° | 54% | 128/130° | Baguis Co4 |
| 2:30 p.m. | 104° | 52% | 120° | EEANS cSE |
| 3:30 p.m. | 104° | 50% | 115° | EEANS cSE |
| 4:30 p.m. | 108° | 53% | 122° | EEANS cSE |
| 5:30 p.m. | 116° | 48% | 116° | EEANS cSE |
| 6:30 p.m. | 115° | 43% | 113° | EEANS cSE |

OPEN RECORDS

001489

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: __HJ__

| Date: 7/17/11 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 77 | 68% | 85° | L. Langley |
| 7:30 a.m. | 77 | 69% | 82 | L. Langley |
| 8:30 a.m. | 82 | 65% | 83° | L. Langley |
| 9:30 a.m. | 86 | 69% | 92° | L. Langley |
| 10:30 a.m. | 86 | 76% | 98° | L. Langley |
| 11:30 a.m. | 92 | 63% | 107° | L. Langley |
| 12:30 p.m. | 97 | 52% | 113° | L. Langley |
| 1:30 p.m. | 105 | 50% | 135° | Phillips |
| 2:30 p.m. | 105.7 °F | 48% | 135 | King |
| 3:00 pm | 104.9 °F | 46% | 135 | King |
| 3:30 p.m. | 107.1 °F | 45% | 135 | King |
| 4:00 pm | 104.2 °F | 44% | 123 | King |
| 4:30 p.m. | 107.0 °F | 43% | 123 | King |
| 5:00 pm | 108.9 °F | 42% | 137 | King |
| 5:30 p.m. | 108.0 °F | 38% | 137 | King |
| 6:00 pm | 106.4 | 34% | 113 | King |
| 6:30 p.m. | 108.4 | 33% | 123 | King |

OPEN RECORDS

001490

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _H S_

| Date: 7/8/11 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 78° | 68% | 85-° | Bostja cos |
| 7:30 a.m. | 81° | 68% | 85° | Bostja cos |
| 8:30 a.m. | 85-° | 68% | 95° | Bostja cos |
| 9:30 a.m. | 96° | 65% | 114° | Bostja cos |
| 10:30 a.m. | 103° | 68% | 135° | Bostja cos |
| 11:30 a.m. ... | 94°. | 60% | 114° | Bostja cos |
| 12:30 p.m. | 99 | 54% | 120° | Bostja cos |
| 1:30 a.m. | 100° | 50% | 114° | Ectas cos |
| 2:30 p.m. | 100° | 48% | 115° | Ectas cos |
| 3:30 p.m. | 105° | 48% | 118° | Ectas cos |
| 4:30 p.m. | 106° | 46% | 120° | Ectas cos |
| 5:30 p.m. | 106° | 44% | 118° | Ectas cos |
| 6:30 p.m. | 106° | 48% | 118° | Ectas cos |

OPEN RECORDS

001491

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _HS_

7-19-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|-------|------------------------|------------------------|--------------------------|------------------|
| 6:30 a.m. | 75° | 71% | 77° | Burt? |
| 7:30 a.m. | 79° | 73% | 85° | Burt? |
| 8:30 a.m. | 89° | 67% | 100° | Burt? |
| 9:30 a.m. | 99° | 64% | 120° | Burt? |
| 10:30 a.m. | 112 | 65% | 149° + | Burt? |
| 11:30 a.m. | 114° | 65% | 149° + | Burt? |
| 12:30 p.m. | 112° | 65% | 149° + | Burt? |
| 1:30 a.m. | 114° | 59% | 150° + | Burt? |
| 2:30 p.m. | 104° | 48% | 117° | Echas cos |
| 3:30 p.m. | 105° | 45% | 117° | Echas cos |
| 4:30 p.m. | 108° | 43% | 120° | Echas cos |
| 5:30 p.m. | 107° | 46% | 118 | Echas cos |
| 6:30 p.m. | 107° | 37% | 116 | Echas cos |

OPEN RECORDS

001492

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Temperature Log

Unit: __HJ 7-20-4__

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 76° | 71° | 77° | Baguio Coy |
| 7:30 a.m. | 78° | 68 | 78 | Chapmin |
| 8:30 a.m. | 82 | 68 | 84 | Chpmi- |
| 9:30 a.m. | 90° | 64% | 91° | Baguio Coy |
| 10:30 a.m. | 92° | 63% | 96° | Baguio Coy |
| 11:30 a.m. | 94° | 61% | 90° | Baguio Coy |
| 12:30 p.m. | 100° | 54° | 120° | Baguio Coy |
| 1:30 a.m. | 97° | 52%/. | 108 | ЄHNS Co5 |
| 2:30 p.m. | 103° | 50°/0 | 112° | ЄHNS Co5 |
| 3:30 p.m. | 104° | 48°/0 | 112' | ЄHNS Co5 |
| 4:30 p.m. | 105° | 46°/0 | 113° | ЄHNS Co5 |
| 5:30 p.m. | 105° | 43°/0 | 112° | ЄHNS Co5 |
| 6:30 p.m. | 98° | 43°/0 | 105° | ЄHNS Co5 |

OPEN RECORDS

001493

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _HJ 7-21-2011_

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 80° | 75% | 85° | Baguio Co4 |
| 7:30 a.m. | 80° | 76% | 85° | Baguio Co4 |
| 8:30 a.m. | 85° | 68% | 91° | Baguio Co4 |
| 9:30 a.m. | 88° | 64% | 96° | Baguio Co4 |
| 10:30 a.m. | 92° | 62% | 97° | Baguio Co4 |
| 11:30 a.m. | 96° | 40% | 100° | Baguio Co4 |
| 12:30 p.m. | 98° | 57% | 103° | Baguio Co4 |
| 1:30 a.m. | 103° | 49% | 114° | ECHAS co5 |
| 2:30 p.m. | 104° | 48% | 115° | ECHAS co5 |
| 3:30 p.m. | 107° | 46% | 118° | ECHAS co5 |
| 4:30 p.m. | 107° | 44% | 116° | ECHAS co5 |
| 5:30 p.m. | 106° | 42% | 117° | ECHAS co5 |
| 6:30 p.m. | 106° | 40% | 116° | ECHAS co5 |

OPEN RECORDS

001494

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: AJ 7-22-11

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill | Person Recording |
|---|---|---|---|---|
| 6:30 a.m. | 81' | 69% | 84' | Baguio Co4 |
| 7:30 a.m. | 81' | 68% | 84 | Baguio Co4 |
| 8:30 a.m. | 84 | 68% | 87° | Baguio Co4 |
| 9:30 n.m. | 86° | 66% | 90° | Baguio Co4 |
| 10:30 a.m. | 88' | 61% | 96' | Baguio Co4 |
| 11:30 a.m. | 93° | 60% | 100° | Baguio, CO4 |
| 12:30 p.m. | 98' | 59% | 105' | Baguio Co4 |
| 1:30 a.m. | 101' | 50% | 110° | Ectres co5 |
| 2:30 p.m. | 102° | 49% | 110° | Erus co5 |
| 3:30 p.m. | 103° | 48% | 110° | Erus. co5 |
| 4:30 p.m. | 104° | 45% | 113° | Erus co5 |
| 5:30 p.m. | 103° | 37% | 109° | Erus co5 |
| 6:30 p.m. | 102° | 35% | 108° | Erus co5 |

OPEN RECORD

001495