# EXHIBIT 23

ROY STORIE - March 04, 2014

```
            THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN  DISTRICT OF TEXAS
                     DALLAS DIVISION
STEPHEN McCOLLUM, STEPHANIE      *
KINGREY, and SANDRA              *
McCOLLUM, individually and as    *
heirs at law to the Estate of    *
LARRY GENE McCOLLUM,             *
                                 *
         PLAINTIFFS               *
                                 *
vs.                              *  CIVIL ACTION NO.
                                 *    3:12-CV-02037
                                 *
BRAD LIVINGSTON, JEFF PRINGLE,   *
RICHARD CLARK, KAREN TATE,       *
SANDREA SANDERS, ROBERT EASON,   *
the UNIVERSITY OF TEXAS          *
MEDICAL BRANCH and the TEXAS     *
DEPARTMENT OF CRIMINAL JUSTICE   *
                                 *
         DEFENDANTS              *
```

ORAL 30(B)6 DEPOSITION OF ROY STORIE
March 4th, 2014

ORAL 30(B)6 DEPOSITION OF ROY STORIE, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 4th day of March, 2014, from 10:10 a.m. to 1:12 p.m., before Curtis High, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Hutchins Unit of the Texas Department of Criminal Justice, 1500 E. Langdon Road, Dallas, Texas 75241, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

ROY STORIE - March 04, 2014

```
 1                    APPEARANCES
 2  FOR THE PLAINTIFFS:
 3          Scott Medlock, Esq.
            THE EDWARDS LAW FIRM
 4          1101 E. Eleventh Street
            Austin, Texas 78702
 5          Telephone: 512-623-7727 - Fax: 512-623-7729
            E-mail:  scott@edwardslaw.com
 6
 7  FOR THE DEFENDANTS:
 8          Bruce R. Garcia, Esq.
                  -and-
 9          Seth B. Dennis, Esq.
            ATTORNEY GENERAL OF TEXAS
10          Law Enforcement Defense Division
            P.O. Box 12548, Capitol Station
11          Austin, Texas 78711-2548
            Telephone: 512-463-2080 - Fax : 512-495-9139
12          E-mail: bruce.garcia@texasattorneygeneral.gov
            E-mail: seth.dennis@texasattorneygeneral.gov
13
14  FOR THE DEFENDANT; UNIVERSITY OF TEXAS MEDICAL BRANCH:
15          Erika D. Hime, Esq.    (Via Telephone)
            ATTORNEY GENERAL OF TEXAS
16          Law Enforcement Defense Division
            P.O. Box 12548, Capitol Station
17          Austin, Texas 78711-2548
            Telephone: 512-463-2080 - Fax : 512-495-9139
18          E-mail: erika.hime@texasattorneygeneral.gov
19
20
21
22
23
24
25
```

ROY STORIE - March 04, 2014

```
 1                        INDEX
 2                                                  PAGE
 3
 4   Appearances ......................................2
 5                     EXAMINATIONS
 6   ROY STORIE
 7   Examination by Mr. Medlock ......................4
 8
 9                      EXHIBITS
10
11   EXHIBIT              DESCRIPTION            PAGE LINE
12   Number 1   Heat and Humidity Matrix ............37   8
                identified as TDCJ - RFP #3-15
13   Number 2   Inter-Office Communication ..........43  16
                from R. Storie concerning dorm
14              temp, fans and mattresses
                dated 7/29/2011
15   NUMBER 3   A Texas Department of Criminal ......48   9
                Justice Inter-Office
16              Communication concerning
                dormitory temps from Roy
17              Storie dated 07/13/2011
     Number 4   A Texas Department of Criminal ......52   1
18              Justice inter-office
                communication to Maj. May from
19              Roy Storie dated 7/22/2011
                concerning B-2 and C-2 dorm
20              temps
     Number 5   A Texas Department of Criminal ......63  22
21              Justice inter-office
                communication from Roy Storie
22              dated 8/01/2011 concerning
                dorm temperatures
23   Number 6   An e-mail to Warden Pringle .........65  24
                describing the temperatures in
24              the C-1 and 8-2 Buildings
     Number 7   Risk Management Department ..........67  13
25              Memo to Maj. May dated
                08/06/2010 concerning
```

```
 1                temperatures on the dorms
     Number 8    A collection of heat related .........78   5
 2                incidence reports that have
                  taken place at the Hutchins
 3                Unit
     Number 9    A Notice to be posted in .............93   7
 4                offender housing titled Heat
                  Illness and listing
 5                precautions for heat related
                  injuries
 6   Number 10   A Bulletin titled Recognition ........94   2
                  of Heat Illness
 7   Number 11   A Texas Department of Criminal .......99  16
                  Justice Temperature Log for
 8                the Hutchins Unit dated
                  7/15/2011
 9
     Changes and Signature ........................102
10
     Reporter's Certificate .......................104
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ROY STORIE - March 04, 2014

```
1                    ROY STORIE,
2  having been first duly sworn, testified as follows:
3             (On the record at 10:10 a.m.)
4                    EXAMINATION
5  BY MR. MEDLOCK:
6      Q    Sir, can you please state your name for the
7  record?
8      A    Roy Storie.
9      Q    Mr. Storie, my name is Scott Medlock.  Do you
10 understand that I am an attorney and I represent the
11 family of Larry G. McCollum, the Plaintiffs in this
12 case?
13     A    Yes.
14     Q    And you understand this suit has been brought
15 by them against TDCJ and various officers of the agency?
16     A    Yes.
17     Q    Mr. Storie, have you ever been deposed or
18 testified before?
19     A    No.
20     Q    I am going to go over kind of some rules of the
21 road then with you.  The point of this is to make sure
22 that you and I are on the same page so if you have any
23 questions about what I am talking about now just let me
24 know so that we can make sure that we are all on the
25 same page, okay?
```

ROY STORIE - March 04, 2014

```
 1      Q    Okay.  From -- are you aware of any discussion
 2 about using portable air-conditioning units in the dorms
 3 at the Hutchins Unit?
 4      A    No, sir.
 5      Q    Okay.  Are you aware of any studies on the cost
 6 of putting air-conditioning in any part of the Hutchins
 7 Unit?
 8      A    No, sir.
 9      Q    Are you aware of any studies on the cost of
10 putting air-conditioning in any part of the Texas
11 Department of Criminal Justice?
12      A    No, sir.
13           MR. MEDLOCK:  Take a quick break?
14           MR. GARCIA:  Sure.
15           (Recess from 1:04 p.m to 1:09 p.m.)
16           (Exhibit 11 marked and attached.)
17      Q    (By Mr. Medlock) Mr. Storie, I have handed you
18 a document marked Exhibit 11.
19      A    Yes, sir.
20      Q    Is that the temperature logs that we were
21 talking about earlier today?  They are recorded between
22 6:30 a.m. and 6:30 p.m.; is that right?
23      A    Yes.
24      Q    Do you actually review this document at any
25 point or are you just aware that they keep these
```

ROY STORIE - March 04, 2014

```
 1  temperature logs?
 2      A    No, I monitor it and make sure that they are
 3  actually recording the temperatures and the humidity.
 4      Q    Okay.  How do you monitor it?  Like do you look
 5  at these daily, weekly?
 6      A    It's usually daily.  Now I may, you know, miss
 7  a day or two during the week depending on what is going
 8  on.
 9      Q    Uh-huh.
10      A    But I try to monitor it.  Like when I come in
11  in the morning I ask for the log.
12      Q    That's kind of on your list of things that you
13  do every day?
14      A    Yes.
15      Q    And are you doing it more to see what the
16  temperature is or to see that the temperatures are being
17  recorded?
18      A    I am doing it more to see that the temperatures
19  are being recorded because I am probably aware of what
20  the temperatures are and have been.
21      Q    Okay.  That's from just doing your job as the
22  Risk Manager?
23      A    Correct.
24      Q    I want you to go to the Page 1492.  You see
25  there a page number at the bottom right-hand corner?
```

WRIGHT WATSON & ASSOCIATES, LLC
(512) 474-4363

ROY STORIE - March 04, 2014

```
1      A     Uh-huh, okay.
2      Q     There are some numbers there in the middle of
3  the page, 149 degrees plus.  Do you see that?
4      A     Yes.
5      Q     Do you have any reason to dispute that those
6  readings are accurate?
7      A     Well, doesn't seem to be.  I would have to
8  cross index it on our chart.  With 65 percent humidity.
9  Yes, sir, it appears it's going to be accurate.
10     Q     Okay.  You have no reason to dispute the
11 accuracy of those numbers at least?
12     A     I am referring to the chart and the chart
13 indicates it's the same as what is on the log.
14     Q     Okay.  And that's the only way you know to
15 determine the heat index is from looking at the matrix
16 that is marked Exhibit 1?
17     A     Correct.
18            MR. MEDLOCK:  Okay.  I will pass the
19 witness.
20            MR. GARCIA:  Nothing further or no
21 questions at this time.  That's it.  Erika?
22            MS. HIME:  We will reserve our questions
23 for trial.
24            MR. GARCIA:  We are done.
25            (Proceedings concluded at 1:12 p.m.)
```

WRIGHT WATSON & ASSOCIATES, LLC
(512) 474-4363

**ROY STORIE - March 04, 2014**

```
                      CHANGES AND SIGNATURE
 1
 2   PAGE              LINE      CHANGE                      REASON
 3   _____
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

1    I, ROY STORIE, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.
4
5
                                    ROY STORIE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1  STATE OF TEXAS
 2  COUNTY OF DALLAS
 3                  REPORTER'S CERTIFICATE
 4              ORAL DEPOSITION OF ROY STORIE
 5                     March 4th, 2014
 6         I, the undersigned Certified Shorthand Reporter
 7  in and for the State of Texas, certify that the facts
 8  stated in the foregoing pages are true and correct.
 9         I further certify that I am neither attorney or
10  counsel for, related to, nor employed by any parties to
11  the action in which this testimony is taken and,
12  further, that I am not a relative or employee of any
13  counsel employed by the parties hereto or financially
14  interested in the action.
15         SUBSCRIBED AND SWORN TO under my hand and seal
16  of office on this the  11th   day of   March, 2014.
17
18
19                     _____
                       CURTIS HIGH, CSR NO. 484
20                     Expiration Date:  12/31/14
                       Wright Watson & Associates
21                     Firm Registration No. 225
                       7800 North MoPac
22                     Suite 120
                       Austin, Texas 78759
23                     Telephone: 512-474-4363
24
25
```