# EXHIBIT 26

## Health Services Liaison Facility Types List

| | Single-Level Units | | | | | | |
|---|---|---|---|---|---|---|---|
| Type 1 | AH AJ B1 B2 BA BB BJ BH BX BY CL CM CY DB DL DO DW E2 GC GG GL HB HF HI HJ J3 JH KY LH LJ LM LN LT MI ML N2 N5 N6 NE NF NH NI P1 P2 R3 RB RL RZ SB SM ST TE TH TI TL TO VS WI WL WM WR XQ | | | | | | |
| Type 2 | AJ B2 BA BB BH BY CL CM CV DB DL DW GC GG GL HB HF HI J3 JH KY LH LM LN LT N2 N5 N6 P1 P2 R3 RL RZ SB SM TE TI WI WL WM | | | | | | |
| Type 3 | B2 CL DW GC GG HF J3 KY LT N2 N5 N6 P1 P2 R3 TI WM | | | | | | |
| | Chronic Care Facilities and Units with Extended Hours | | | | | | |
| Type 1 | AH B1 B2 BC BX CO CY DA DU E2 GC GL(HS) GV HD J3 J4 JA JM MI ML MV N6 P1 P2 R3 RB ST SV TL TO WM XQ | | | | | | |
| Type 2 | ST | Type 3A | E2 GR (females only) | Type 3B | E1 | Type 4 | BX HM J3 ST GC WM |
| Extended hours | AJ BA BB BH BJ BX BY CL CM CN DB DH DL E1 EA EN FB FE GL(GP) GR HB HI HJ HM HT HV J1 J2 JH JN JT KN KY LC LH LJ LM LN LT N1 N2 ND NE NF NH NJ R1 R2 RD RH RL RV SB SM T1 TI WL WY | | | | | | |
| | Geriatric Units | | | | | | |
| Type 1 | B2 GC HI JM MI N6 P1 R3 TL | | Type 2 | N6 | Type 3 | E2 | |
| | Special Services and Accommodations | | | | | | |
| Serviced by Medical Hub | B1 B2 BA BJ BY CO DO DU E1 E2 EA FE GL GR GV J1 J2 J3 HT HV LM MI ML MV N6 ND NF NH NI R1 R2 R3 ST WM WY | | | | | | |
| Wheelchair | BA BJ BY B2 E2 (HS) GC GL (HS) GV (4 SAFPF/IPTC beds) HI (4 SOEP beds) J3 LM N6 NF P1 ST | | | | | | |
| CPAP | AH B1 B2 BA BC BX BY CN CO CY DA DB DH DL DU E1 E2 EA FB FE GC GL GR GV HB HD HF HG HI HT HV J1 J2 J3 J4 JA JM JN JT KN LH LJ LM LT MI ML MV P1 P2 R1 R2 R3 RB RH RV SB SM ST SV TE TL TO WL WR WY | | | | | | |
| Daily access to HG | BJ CN DA DU E1 E2 GC GR J1 J2 J3 J4 LJ LT R1 R2 R3 RV ST TL(Death Row) WY | | | | Daily access to UMC | | BC JM KN RB |
| ADA showers | AJ B2 BA BX BY DU E2 (HS) GC GL (HS) HD HI J3 LT P1 RB ST SY | | | Medical showers | | BJ JA LJ LM N1 N6 NF R3 SM TH TI WM WY | |
| Type 1 ADS | TL (vision) | Type 2 ADS | E2 LM (vision and hearing) | Hemophilia* | J3 ST | Wired Jaw Sheltered Housing | B1 |
| Dialysis | E2 JM GC | | | Obstetrical (OB) | GC GV LJ WM | Increased OB | GC |
| | Mental Health Services | | | | | | |
| Outpatient mental health | ALL UNITS *EXCEPT* BB BR CM CV DB DH DO DW EN GG HF HM J2 JN JT KY N3 N4 N5 N6 RH SB SO SY TE TH VS WL WR  (GR and HI for SOTP/SOEP offenders only.) | | | | | | |
| TARPP | AH B1 B2 BA BJ BY CL CN CO CY DA E1 E2 EA FE GC GL GV HB HI HT HV J3 JH LJ LM LN MI ML MV ND P1 P2 R1 R2 R3 RV ST TI TL TO WI WM WY XQ | | | | | | |
| | Therapy Services | | | | | | |
| Physical | B1 B2 (limited) E2 GC J3 JM LM | | | Occupational | E2 GC J3 LM | | |
| Respiratory | E2 GC JM | | | Speech | Daily access to HG | | |
| UV Light | E2 | | | | | | |
| | Correctional Managed Health Care University Service Areas | | | | | | |
| TTUHSC | BC DH DL DW FB JA JM JN KN LH N3 N5 NE NJ TH RB RD RH RZ SM SY WL WR | | | | | | |
| UTMB | AH AJ B1 B2 BA BB BH BJ BM BR BX BY CL CM CN CO CV CY DB DU DA DO EA EN E1 E2 FE GC GG GL GR GV HB HD HI HF HJ HM HT HV J1 J2 J3 J4 JH JT KY LJ LC LM LN LT MI ML MV ND NF NH NI N1 N2 N4 N6 P1 P2 R1 R2 R3 RL RV SB SO ST SV T1 TE TI TL TO VS WI WM WY | | | | | | |

Key:
ADS – Assistive disability services
*Hemophiliac – Females housed on case-by-case basis with CRO and Central Pharmacy staff coordination.
HG – Hospital Galveston
HS – High Security

SOEP – Sex Offender Education Program
SOTP – Sex Offender Treatment Program
TARPP – Treatment and Relapse Prevention Program
TTUHSC – Texas Tech University Health Sciences Center
UMC – University Medical Center
UTMB – University of Texas Medical Branch

## TDCJ Health Services Liaison Facility Types List Definitions

| | |
|---|---|
| Administrative Segregation Intermediate Care Program | Abbreviated ASICP, the program is designed for offenders who have been in administrative segregation with long-term behavior problems. Currently Gib Lewis is the only facility providing this program. |
| Air-Conditioned/Climate Controlled Facilities | Some facilities have some housing areas with air conditioning, tempered air or climate controlled. Not all offenders meet the security criteria to be in the climate-controlled cells/dorms on the facility. HSL cannot request reassignment of an offender to an air-conditioned or climate-controlled facility. |
| Chronic Care Facilities | The term **Type 1 Chronic Care Facility** is used to describe units that have healthcare available to offenders 24 hours per day, seven days per week. Some of these units also have inpatient care facilities. This category is beneficial because of the easy accessibility of healthcare providers. The establishment of this category was also intended to reduce the need for trips to off-site hospitals. A **Type 2 Chronic Care Facility** houses offenders who have infectious diseases, multiple secondary health issues and those offenders requested to be housed there by UTMB Infectious Disease Clinic staff in Galveston. Presently the only unit in this category is **Stiles**. A **Type 3A Chronic Care Facility** houses male oncology patients, offenders who are undergoing paracentesis, chemotherapy, and radiation therapy or are recipients of solid organ transplants. The term **Type 3B Chronic Care Facility** was created in the aftermath of Hurricane Ike when oncology services were contracted through private vendors in the Huntsville area and was designed to house male offenders undergoing work-up and oncology disease staging. The term, while not currently used, was retained in case it became necessary again in the future. A **Type 4 Chronic Care Facility** houses offenders undergoing a specific type of drug therapy for Hepatitis C virus. |
| Units with Extended Hours | Offenders taking non-KOP medications more than once a day, in the evening only, or insulin are housed on units with extended hours. These units are staffed by nurses 12 to 16 hours per day, seven days a week for medication administration purposes. |
| CPAP Housing | Offenders who require use of a continuous positive airway pressure (CPAP) machine at night can be housed in general population. |
| Daily Access to Hospital Galveston (HG) | In order to prevent large numbers of offenders being housed in transient status on various units, those with frequent (at least monthly) specialty clinic appointments at Hospital Galveston are housed at units with daily access. |
| Daily Access to University Medical Center (UMC) | In order to prevent large numbers of offenders being housed in transient status on various units, those with frequent (at least monthly) specialty clinic appointments at University Medical Center are housed at units with daily access. |
| Dialysis | Male offenders receive dialysis at **Estelle Unit** and **Montford Unit** and as inpatients at **Carole Young Infirmary**. All female offenders are dialyzed at **Carole Young**. |
| Geriatric Facilities | Units which have designated sleeping areas and accommodations for pill and diet lines are classified as **Type 1 Geriatric Facilities.** The Type 1 designator reflects the offender's ability to function in general population on units of fairly large size. A **Type 2 Geriatric Facility** offers multiple sheltered housing dormitories for elderly male offenders as well as limited wheelchair accommodations and an air-controlled environment. The **Duncan Unit** is the only unit that meets these criteria. A **Type 3 Geriatric Facility** offers access to multiple ancillary services and accommodations (physical and occupational therapy, respiratory therapy, dialysis, limited wheelchair accommodations and air-controlled environment). Currently the **Estelle Unit** is the only facility that has a designated Type 3 Geriatric Facility. It is co-located with the Estelle Regional Medical Facility in Huntsville. |
| Hemophiliac Program | Male hemophiliac patients requiring frequent administration of Factor VIII are housed at Jester 3 provided they meet security criteria (G1, G2 and G3). Male offenders with custody levels of G4, G5 and Administrative Segregation are housed at Stiles. Female offenders are handled on a case-by-case basis in conjunction with CRO and Central Pharmacy staff. |
| Mental Health Services | Outpatient mental health services are available at all state jails and many Institutional Division units throughout the system. Intake facilities are non-caseload units. Offenders on these units who require outpatient mental health services are brought into the Institutional Division and assigned to a unit with TARPP. ***Goree and Hightower Unit have outpatient mental health services for SOTP and SOEP offenders only. |

**BAILEY 183480**

| | |
|---|---|
| Obstetrical Services | Pregnant offenders can be housed at Crain, Plane State Jail, Woodman State Jail and Carole Young Unit. Offenders with **increased obstetrical needs** are assigned to **Carole Young** in the last four to eight weeks of their pregnancy or sooner, if ordered by their provider. |
| Region I/Huntsville Area assigned for appointment | This category is for male offenders who require Remicade injections. These offenders will be reassigned to a unit within Huntsville. They will have recurring appointments at Estelle, which will appear in the MSRS system. They will ride the chain bus to Estelle on the day of their appointments and return to their units of assignment on the next available chain. Female offenders requiring Remicade will be housed at **Carole Young**. HSL will request CRO reassign the offender to a Type 1 Chronic Care facility with daily access to Hospital Galveston. |
| Showers | **ADA-Accommodating** showers meet specifications of the Americans with Disabilities Act. This assignment should be requested for offenders who are wheelchair-dependent or have significant mobility restrictions. **Medical** showers have some, but not all, aspects of an ADA-accommodating shower. For example, they may have a seat and handrails, but the handrails are not placed to meet specific ADA requirements. They are appropriate for offenders who use crutches or need to sit while showering. |
| Single-Level Units | A single-level unit is one in which the court-mandated facilities (i.e., dining hall, law library, medical and education departments and showers) are on the ground floor. A single-level unit designator does not necessarily denote that the facility has only one floor. Offenders can always be housed on a smaller single-level unit than requested. Single-level units are provided designators based upon the distance offenders must be able to walk in order to function on the unit. A **Type 1 Single-Level Unit** is the largest of the single-level units. A **Type 2 Single-Level Unit** is a midsized single-level units, usually referring to the 1000-man prototype facilities. A **Type 3 Single-Level Unit** is the smallest of the unit prototypes, and all are located within the UTMB service area. |
| Speech Therapy | Speech therapy referrals are made by the unit medical staff to Kimberly Cotton, Director of the Assistive Disability Services Program (ADS). If approved, the service is provided at UTMB Hospital-Galveston. |
| TARPP | Treatment and Relapse Prevention Program, a mental health program provided to offenders in the UTMB sector. Once an offender has been identified as requiring TARPP, this housing request remains in place for the duration of his incarceration. |
| Ultraviolet (UV) Light Therapy | This is a clinic at **Estelle** that treats offenders who require UV Light Therapy. Offenders require treatment three times per week for several months at a time. |
| Units Supported by Medical Hubs | Offenders who do not require assignment at a Type 1 Chronic Care facility, but may need access to a facility that offers medical services 24-hours per day, can be assigned to a unit serviced by UTMB's medical hubs, or the Hub unit itself. |
| Wheelchair Facilities | All male ID offenders are received at Byrd Unit and, immediately after in-processing (within a few days) are transferred to Jester 3 for evaluation by a physiatrist. All offenders with T-6 and higher level injuries will require housing in a climate-controlled environment. Dorms 15 and 16 at Jester 3 are air-conditioned. The high security cells at Estelle and Lewis have been approved to accommodate higher level injuries by Dr. G. Williams. All wheelchair-dependent offenders must be able to perform all activities of daily living (ADLs) in order to be in general population. Offenders unable to perform their own ADLs are housed in infirmary beds (coordinated through UTMB Utilization Review). If a state jail confinee requires physical or occupational therapy services, he/she will be temporarily assigned to the Jester 3 (male) or Murray (female) while undergoing treatment; otherwise he/she will be housed on a state jail that is ADA-accommodating. At this time the only state jail that accommodates male offenders is Gist. The Plane State Jail is under renovation for female offenders and they are housed at Lane Murray. |
| Wired Jaw Sheltered Housing | Male offenders in the UTMB sector whose jaws are wired shut (not rubber banded) and do not require inpatient care are housed in the sheltered housing area at **Beto Unit** on the second floor of the old infirmary. This is NOT an inpatient part of the facility. Offenders with wired jaws may not travel by chain bus and must be accompanied by staff carrying wire cutters. |

Updated September 12, 2017, 2017

Page 3 of 4

**BAILEY 183481**