# EXHIBIT 27

```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION


  KEITH COLE, ET AL            *    4:14-CV-01698
                               *
  VS.                          *    10:09 A.M.
                               *
  BRYAN COLLIER, ET AL         *    JUNE 23, 2017

                       INJUNCTION HEARING
              BEFORE THE HONORABLE KEITH P. ELLISON
                       Day 5 of 9 Days

APPEARANCES:

FOR THE PLAINTIFFS:
Mr. Jeffrey S. Edwards
Mr. Michael C. Singley
Mr. Scott Charles Medlock
Mr. David James
The Edwards Law Firm
1101 East 11th Street
Austin, Texas 78702
(512) 623-7727

FOR THE DEFENDANTS:
Mr. Craig Michael Warner
Ms. Leah Jean O'Leary
Mr. Matthew J. Greer
Mr. C. Daniel DiLizia
Mr. Daniel Christopher Neuhoff
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 936-2109

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.
```

*Laura Wells, CRR, RDR*

|  | DAY 5 |  |
|---|---|---|
|  | (Injunction Hearing) |  |
|  |  | Page |
|  | June 23, 2017 |  |
|  | WITNESSES | Page |
|  | **ROBERT HERRERA** |  |
|  | Recross-Examination By Mr. Edwards | 908 |
|  | **PHYLLIS MCWHORTER** |  |
|  | Direct Examination By Ms. O'Leary | 930 |
|  | Cross-Examination By Mr. Edwards | 948 |
|  | Redirect Examination By Ms. O'Leary | 988 |
|  | Recross-Examination By Mr. Edwards | 997 |
|  | Redirect Examination By Ms. O'Leary | 1003 |
|  | **CODY GINSEL** |  |
|  | Direct Examination By Ms. O'Leary | 1004 |
|  |  | Page |
|  | Court Reporter's Certificate.................... | 1111 |

*Laura Wells, CRR, RDR*

**EXHIBIT INDEX**

**PLAINTIFFS' EXHIBITS**

| EXHIBIT NUMBER | OFFERED | ADMITTED |
| --- | --- | --- |
| Plaintiffs' Exhibit Number 129 | 926 | 927 |

**DEFENDANTS' EXHIBITS**

| EXHIBIT NUMBER | OFFERED | ADMITTED |
| --- | --- | --- |
| Defendants' Exhibit Number 8 | 1046 | 1046 |
| Defendants' Exhibit Number 30 | 1017 | 1018 |
| Defendants' Exhibit Number 32 | 1044 | 1044 |
| Defendants' Exhibit Number 34 | 945 | 946 |
| Defendants' Exhibit Numbers 36A, 36B and 36C | 1047 | 1047 |
| Defendants' Exhibit Number 50 | 942 | 942 |
| Defendants' Exhibit Number 90 | 932 | 932 |
| Defendants' Exhibit Number 136 | 1036 | 1037 |
| Defendants' Exhibit Number 137 | 1035 | 1035 |
| Defendants' Exhibit Number 138 | 1095 | 1095 |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 50-38 Filed 04/25/24 Page 5 of 10
Case 4:14-cv-01698 Document 507 Filed in TXSD on 04/26/17 Page 27 of 208    930
Direct Examination of Phyllis McWhorter

|          |    |                                                                |
|----------|----|----------------------------------------------------------------|
|          | 1  | THE COURT: Ms. McWhorter, is she in the                        |
|          | 2  | courtroom?                                                     |
|          | 3  | MS. O'LEARY: I'm sorry. We sent someone to                     |
|          | 4  | go -- she is just outside, Your Honor.                         |
| 10:35:05 | 5  | THE COURT: Okay. Good morning. If you could                    |
|          | 6  | make your way up here. We're going to have you in the          |
|          | 7  | seat nearest me.                                               |
|          | 8  | THE WITNESS: Okay.                                             |
|          | 9  | THE COURT: Before you take your seat, Mr. Rivera               |
| 10:35:28 | 10 | will administer the oath.                                      |
|          | 11 | (Witness sworn by the case manager.)                           |
|          | 12 | THE WITNESS: Yes.                                              |
|          | 13 | THE COURT: Please have a seat and try to adjust                |
|          | 14 | the mic so you can speak directly into it.                     |
| 10:35:39 | 15 | MS. O'LEARY: May I have the defendants' inside                 |
|          | 16 | computer, please. Thank you.                                   |

**PHYLLIS MCWHORTER,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

10:35:44   20  BY MS. O'LEARY:
           21  **Q.** Good morning.
           22  **A.** Good morning.
           23  **Q.** Will you please tell the Court your job title.
           24  **A.** I'm a registered nurse. I'm the manager for the
10:35:52   25  office of the Mental Health Services Monitoring and -- I'm

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 50-38 Filed 04/25/24 Page 6 of 10
Case 4:14-cv-01698 Document 795 Filed on 04/26/17 in TXSD Page 49 of 208
Cross-Examination of Phyllis McWhorter
952

|  |  |
|---|---|
| | 1   THE COURT: All right. Let's go. |
| | 2   Q. (By Mr. Edwards) All right. Before we get into this, |
| | 3   ma'am, you understand that the Pack Unit is a geriatric |
| | 4   unit, correct? |
| 11:03:53 | 5   A. Yes. |
| | 6   Q. And that means that it has a higher percentage of |
| | 7   older people? |
| | 8   A. Yes. |
| | 9   Q. And I mean -- when I say that, I mean older than 65, |
| 11:03:59 | 10  right? |
| | 11  A. Yes. |
| | 12  Q. And you know that the people at Pack, the inmates at |
| | 13  Pack are going to have significant mobility issues; isn't |
| | 14  that correct? |
| 11:04:07 | 15  A. In some cases, yes. |
| | 16  Q. Okay. And you know you have to make accommodations |
| | 17  for these people in light of their mobility issues; isn't |
| | 18  that correct? |
| | 19  A. Yes. |
| 11:04:16 | 20  Q. Okay. Now, with regard to I think what, Judge |
| | 21  Ellison -- I may be repeating myself. But no one at TDCJ |
| | 22  Health Services, that's your office, has ever looked at |
| | 23  which prison housing areas are air-conditioned; isn't that |
| | 24  correct? |
| 11:04:31 | 25  A. Correct. |

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 50-38 Filed 04/25/24 Page 7 of 10
Case 4:14-cv-01698-KPE Document 796 Filed 04/26/17 Page 90 of 208
Cross-Examination of Phyllis McWhorter
953

| | | |
|---|---|---|
| | 1 | **Q.** Okay. |
| | 2 | **MR. EDWARDS:** Could you go to -- yeah. |
| | 3 | **Q.** (By Mr. Edwards) And I just want to -- this bears |
| | 4 | repeating because it is, frankly, astonishing to me -- but |
| 11:04:41 | 5 | I'll withdraw that. |
| | 6 | According to TDCJ policy, "Health Services Liaison |
| | 7 | cannot --" in italics, "-- request reassignment to an |
| | 8 | air-conditioned or climate-controlled environment"? |
| | 9 | **A.** That is the practice of HSL, yes. |
| 11:04:57 | 10 | **Q.** And so the record is clear -- and you have got it a |
| | 11 | little better than me -- "cannot" is -- |
| | 12 | **MR. EDWARDS:** And can you move to that particular |
| | 13 | portion of the document. |
| | 14 | **Q.** (By Mr. Edwards) "Cannot" is emphasized in italics, |
| 11:05:08 | 15 | right? |
| | 16 | **A.** Correct. |
| | 17 | **Q.** And you told me you have no idea why that would be |
| | 18 | TDCJ policy; isn't that correct? |
| | 19 | **A.** It is not the role of that office. That's the only |
| 11:05:18 | 20 | thing I know to say about it. |
| | 21 | **Q.** Did you tell me on Friday you have no idea why that |
| | 22 | would be the policy? |
| | 23 | **A.** Correct. |
| | 24 | **Q.** And you are the manager who assesses heat-related |
| 11:05:31 | 25 | illnesses, right? |

*Laura Wells, CRR, RDR*

Case 4:14-cv-01698 Document 50-38 Filed on TXSD on 04/25/24 Page 8 of 10
Case 1:23-cv-01004-RP Document 50-38 Filed 04/25/24 Page 8 of 10
Redirect Examination of Phyllis McWhorter    Page 87 of 208    990

```
            1  to it.
            2  Q.  (By Ms. O'Leary)  About in the second sentence, where
            3  does it say Mr. Huerta was when this incident occurred?
            4  A.  He was -- he chose to participate in the afternoon
12:13:04    5  recreation period.
            6  Q.  Okay.
            7  A.  He worked out by jogging around the recreation yard
            8  several times and lifting weights.
            9  Q.  Okay.  Thank you.
12:13:20   10         MR. EDWARDS:  Now, can I see Plaintiffs' 116.
           11  Q.  (By Ms. O'Leary)  Now, Mr. Edwards asked you whether
           12  Health Services Liaison can assign inmates to units solely
           13  based on air-conditioning.  Oh, and what was your answer
           14  to that?
12:13:34   15  A.  They cannot.
           16  Q.  Right.  Because the policy says that?
           17  A.  Yes.
           18  Q.  Okay.
           19         MS. O'LEARY:  Will you scroll down to geriatrics
12:13:44   20  row, the geriatric row.
           21  Q.  (By Ms. O'Leary)  Okay.  With regard to geriatric
           22  units, is the Pack Unit a geriatric unit?
           23  A.  Yes.
           24  Q.  Okay.  Is it a Type I, Type II or Type III?
12:13:55   25  A.  Type I.
```

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP   Document 50-38   Filed 04/25/24   Page 9 of 10
Case 4:14-cv-01698-RH   Document 50-38-TxS   Document 617   Page 94 of 208    997
Recross-Examination of Phyllis McWhorter

|       |    |    |                                                                              |
|-------|----|----|------------------------------------------------------------------------------|
|            | 1  | **A.** | No.                                                                          |
|            | 2  | **Q.** | Okay.  Do you conduct wellness checks?                                       |
|            | 3  | **A.** | No.                                                                          |
|            | 4  | **Q.** | Do you have patient interaction at all?                                      |
| 12:21:07   | 5  | **A.** | No.  I have no direct patient contact.                                       |

1  **A.**  No.
2  **Q.**  Okay.  Do you conduct wellness checks?
3  **A.**  No.
4  **Q.**  Do you have patient interaction at all?
5  **A.**  No.  I have no direct patient contact.
6  **Q.**  And for the record, you don't go -- you don't work at
7  a unit?
8  **A.**  No.
9  **Q.**  All right.  Is it part of your job to know how
10 officers are trained to do wellness checks?
11 **A.**  No.
12 **Q.**  So when Mr. Edwards asked you whether you think
13 officers should be trained to perform wellness checks, do
14 you know if they are trained at all?
15 **A.**  I don't know whether they are.
16         MS. O'LEARY:  I pass the witness.
17         THE COURT:  Okay.  Any recross?
18         MR. EDWARDS:  Briefly, Your Honor.
19                    **RECROSS-EXAMINATION**
20 BY MR. EDWARDS:
21 **Q.**  I think you said "sometimes, yes," with regards to
22 this Duncan facility, air-conditioning can be factored in,
23 right?
24 **A.**  By the providers requesting it, yes, sir.
25 **Q.**  Other than that, you can't, correct?

*Laura Wells, CRR, RDR*

Case 1:23-cv-01004-RP Document 50-38 Filed 04/25/24 Page 10 of 10
Case 4:14-cv-01698 Document 750-38 in TXSD on 07/26/17 Page 208 of 208    1111
Direct Examination of Cody Ginsel

```
03:57:47
```

1    MR. EDWARDS:  No.  As long as we can incorporate
2 her prior testimony as the Court ordered previously.  Oh,
3 we may have some rebuttal testimony from inmates; but that
4 would be at the close of evidence.
5    MR. JAMES:  We just -- we just figured out the
6 names of inmates.  We haven't conferred with opposing
7 counsel, but we'll submit writs.
8    THE COURT:  Okay.  That is fine.  Thank you.
9    (Proceedings concluded at 3:57 p.m. and continued on
10 Day 6.)
11 *Date: July 27, 2017*
12              ***COURT REPORTER'S CERTIFICATE***
13    *I, Laura Wells, certify that the foregoing is a*
14 *correct transcript from the record of proceedings in the*
15 *above-entitled matter.*
16
17              */s/ Laura Wells*
18         *Laura Wells, CRR, RMR*
19
20
21
22
23
24
25

*Laura Wells, CRR, RDR*