# EXHIBIT 31

# TEXAS COMMISSION ON JAIL STANDARDS
## Incarceration Rate Report - Highest to Lowest
### August 1, 2022

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---:|---:|---:|---:|
| Loving | 64 | 0 | 8 | 127.60 |
| Kenedy | 350 | 0 | 14 | 38.81 |
| McMullen | 600 | 0 | 14 | 23.19 |
| Edwards | 1,422 | 25 | 27 | 18.75 |
| Hudspeth | 3,202 | 143 | 34 | 10.51 |
| Kinney | 3,129 | 28 | 31 | 10.01 |
| Sterling | 1,372 | 0 | 11 | 7.90 |
| Crockett | 3,098 | 24 | 20 | 6.38 |
| Wheeler | 4,990 | 48 | 32 | 6.31 |
| McCulloch | 7,630 | 66 | 48 | 6.30 |
| Refugio | 6,741 | 60 | 42 | 6.28 |
| Nolan | 14,738 | 96 | 91 | 6.15 |
| Garza | 5,816 | 96 | 35 | 5.96 |
| Red River | 11,587 | 95 | 60 | 5.16 |
| Jackson | 14,988 | 77 | 77 | 5.14 |
| Milam | 24,754 | 160 | 126 | 5.10 |
| Lynn | 5,596 | 54 | 28 | 5.06 |
| Ector | 165,171 | 1,079 | 818 | 4.95 |
| Nacogdoches | 64,653 | 324 | 314 | 4.85 |
| Culberson | 2,188 | 17 | 11 | 4.84 |
| Deaf Smith | 18,583 | 289 | 90 | 4.83 |
| Taylor | 143,208 | 874 | 684 | 4.78 |
| La Salle | 6,664 | 47 | 32 | 4.76 |
| Borden | 631 | 0 | 3 | 4.75 |
| Aransas | 23,830 | 212 | 113 | 4.72 |

\* Based on 2020 population census.

\*\*09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| Uvalde | 24,564 | 218 | 116 | 4.71 |
| Terry | 11,831 | 174 | 56 | 4.69 |
| Limestone | 22,146 | 213 | 101 | 4.57 |
| DeWitt | 19,824 | 161 | 88 | 4.44 |
| Navarro | 52,624 | 290 | 233 | 4.43 |
| Smith | 233,479 | 1,149 | 1,023 | 4.38 |
| Hill | 35,874 | 203 | 157 | 4.38 |
| Gregg | 124,239 | 916 | 542 | 4.36 |
| Franklin | 10,359 | 112 | 45 | 4.35 |
| Childress | 6,664 | 94 | 29 | 4.34 |
| Polk | 50,123 | 362 | 217 | 4.32 |
| Tom Green | 120,003 | 552 | 518 | 4.31 |
| Brown | 38,095 | 196 | 162 | 4.25 |
| Reeves | 14,748 | 84 | 62 | 4.23 |
| Potter | 118,525 | 598 | 499 | 4.21 |
| Kimble | 4,286 | 19 | 18 | 4.12 |
| Sutton | 3,372 | 28 | 14 | 4.10 |
| Lubbock | 310,639 | 1,465 | 1,272 | 4.10 |
| Zavala | 9,670 | 66 | 40 | 4.08 |
| Henderson | 82,150 | 508 | 335 | 4.08 |
| Atascosa | 48,981 | 250 | 199 | 4.06 |
| Dawson | 12,456 | 54 | 51 | 4.06 |
| Mitchell | 8,990 | 99 | 36 | 4.05 |
| Ward | 11,644 | 68 | 46 | 3.92 |
| Houston | 22,066 | 224 | 84 | 3.81 |
| Runnels | 9,900 | 87 | 38 | 3.80 |
| Upton | 3,308 | 54 | 13 | 3.80 |
| Real | 2,758 | 3 | 10 | 3.72 |
| Willacy | 20,164 | 96 | 75 | 3.70 |

* Based on 2020 population census.

**09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| McLennan | 260,579 | 1,678 | 964 | 3.70 |
| Cooke | 41,668 | 212 | 154 | 3.70 |
| Jefferson | 256,526 | 1,220 | 944 | 3.68 |
| Wichita | 129,350 | 719 | 476 | 3.68 |
| Reagan | 3,385 | 96 | 12 | 3.64 |
| Matagorda | 36,255 | 192 | 130 | 3.59 |
| Live Oak | 11,335 | 96 | 41 | 3.59 |
| Collingsworth | 2,652 | 17 | 10 | 3.58 |
| Hopkins | 36,787 | 192 | 130 | 3.52 |
| Carson | 5,807 | 50 | 20 | 3.52 |
| Victoria | 91,319 | 532 | 321 | 3.51 |
| Goliad | 7,012 | 48 | 25 | 3.49 |
| Hood | 61,598 | 192 | 215 | 3.49 |
| Eastland | 17,725 | 97 | 61 | 3.46 |
| Dallam | 7,115 | 51 | 24 | 3.43 |
| Trinity | 13,602 | 7 | 47 | 3.43 |
| San Jacinto | 27,402 | 144 | 94 | 3.43 |
| Calhoun | 20,106 | 144 | 68 | 3.39 |
| Gonzales | 19,653 | 96 | 67 | 3.39 |
| Leon | 15,719 | 53 | 53 | 3.39 |
| Hale | 32,522 | 190 | 110 | 3.37 |
| San Patricio | 68,755 | 236 | 230 | 3.35 |
| Cherokee | 50,412 | 188 | 169 | 3.34 |
| Kerr | 52,598 | 328 | 176 | 3.34 |
| Bell | 370,647 | 1,184 | 1,235 | 3.33 |
| Brooks | 7,076 | 36 | 23 | 3.31 |
| Dimmit | 8,615 | 95 | 28 | 3.29 |
| Harrison | 68,839 | 364 | 226 | 3.28 |
| Shackelford | 3,105 | 27 | 10 | 3.27 |

* Based on 2020 population census.

**09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| Pecos | 15,193 | 49 | 50 | 3.26 |
| Hockley | 21,537 | 64 | 70 | 3.26 |
| Marion | 9,725 | 43 | 31 | 3.20 |
| Somervell | 9,205 | 57 | 30 | 3.20 |
| Burnet | 49,130 | 595 | 157 | 3.19 |
| Scurry | 16,932 | 161 | 54 | 3.18 |
| Kleberg | 31,040 | 160 | 99 | 3.18 |
| Crane | 4,675 | 24 | 15 | 3.16 |
| Briscoe | 1,435 | 0 | 5 | 3.14 |
| Falls | 16,968 | 107 | 53 | 3.13 |
| Palo Pinto | 28,409 | 142 | 89 | 3.13 |
| Lamb | 13,045 | 54 | 41 | 3.11 |
| Chambers | 46,571 | 148 | 145 | 3.11 |
| Bailey | 6,904 | 96 | 21 | 3.09 |
| Wharton | 41,570 | 144 | 128 | 3.09 |
| Jim Hogg | 4,838 | 64 | 15 | 3.08 |
| Wilbarger | 12,887 | 49 | 40 | 3.07 |
| Caldwell | 45,883 | 301 | 140 | 3.06 |
| Hardeman | 3,549 | 11 | 11 | 3.05 |
| Jeff Davis | 1,996 | 0 | 6 | 3.05 |
| Gillespie | 26,725 | 96 | 81 | 3.03 |
| Liberty (P) | 91,628 | 285 | 278 | 3.03 |
| Titus | 31,247 | 182 | 95 | 3.03 |
| Andrews | 18,610 | 147 | 56 | 3.02 |
| Hall | 2,825 | 9 | 9 | 3.01 |
| Nueces | 353,178 | 1,164 | 1,049 | 2.97 |
| Wood | 44,843 | 157 | 133 | 2.96 |
| Robertson | 16,757 | 92 | 50 | 2.96 |
| Hardin | 56,231 | 196 | 166 | 2.96 |

* Based on 2020 population census.

**09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| Hunt | 99,956 | 345 | 293 | 2.93 |
| Johnson | 179,927 | 1,100 | 528 | 2.93 |
| Winkler | 7,791 | 101 | 23 | 2.93 |
| Bandera | 20,851 | 96 | 61 | 2.93 |
| Anderson | 57,922 | 300 | 169 | 2.92 |
| Frio (P) | 18,385 | 266 | 53 | 2.91 |
| Grayson | 135,543 | 507 | 394 | 2.90 |
| Coleman | 7,684 | 57 | 22 | 2.85 |
| Young | 17,867 | 144 | 51 | 2.83 |
| Donley | 3,258 | 20 | 9 | 2.81 |
| Burleson | 17,642 | 96 | 49 | 2.79 |
| Karnes | 14,710 | 50 | 41 | 2.79 |
| Haskell (P) | 5,416 | 548 | 15 | 2.78 |
| Gaines | 21,598 | 96 | 60 | 2.77 |
| Howard | 34,860 | 102 | 97 | 2.77 |
| Angelina | 86,395 | 279 | 238 | 2.76 |
| Motley | 1,063 | 0 | 3 | 2.74 |
| Castro | 7,371 | 67 | 20 | 2.74 |
| Fisher | 3,672 | 24 | 10 | 2.72 |
| Moore | 21,358 | 62 | 58 | 2.70 |
| Rains | 12,164 | 47 | 33 | 2.69 |
| Duval | 9,831 | 33 | 26 | 2.67 |
| Madison | 13,455 | 51 | 36 | 2.67 |
| Colorado | 20,557 | 99 | 54 | 2.62 |
| Hays | 241,067 | 633 | 630 | 2.61 |
| Jasper | 32,980 | 147 | 86 | 2.61 |
| Yoakum | 7,694 | 48 | 20 | 2.60 |
| Upshur | 40,892 | 226 | 106 | 2.60 |
| Wise | 68,632 | 338 | 178 | 2.60 |

* Based on 2020 population census.

**09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| Cameron | 421,017 | 1,746 | 1,087 | 2.58 |
| Lampasas | 21,627 | 112 | 56 | 2.57 |
| Lamar | 50,088 | 196 | 128 | 2.55 |
| Gray | 21,227 | 78 | 54 | 2.54 |
| Brazos | 233,849 | 1,089 | 595 | 2.54 |
| Ellis | 192,455 | 859 | 489 | 2.54 |
| Llano | 21,243 | 54 | 54 | 2.53 |
| Irion | 1,513 | 0 | 4 | 2.53 |
| Freestone | 19,435 | 44 | 49 | 2.52 |
| Brazoria | 372,031 | 1,170 | 930 | 2.50 |
| Parker | 148,222 | 461 | 370 | 2.50 |
| Van Zandt | 59,541 | 192 | 148 | 2.49 |
| San Saba | 5,730 | 12 | 14 | 2.49 |
| Kendall | 44,279 | 102 | 109 | 2.47 |
| Orange | 84,808 | 326 | 208 | 2.46 |
| Sherman | 2,782 | 13 | 7 | 2.46 |
| Midland | 169,983 | 489 | 416 | 2.45 |
| Hutchinson | 20,617 | 70 | 50 | 2.43 |
| Galveston | 350,682 | 1,187 | 851 | 2.43 |
| Stephens | 9,101 | 54 | 22 | 2.42 |
| Cass | 28,454 | 96 | 69 | 2.42 |
| Rusk | 52,214 | 292 | 125 | 2.40 |
| Brewster | 9,546 | 56 | 23 | 2.39 |
| Delta | 5,230 | 20 | 12 | 2.36 |
| Cottle | 1,380 | 0 | 3 | 2.36 |
| Kaufman | 145,310 | 531 | 330 | 2.27 |
| Menard | 1,962 | 8 | 4 | 2.25 |
| Washington | 35,805 | 177 | 80 | 2.25 |
| Walker | 76,400 | 268 | 168 | 2.20 |

\* Based on 2020 population census.

\*\*09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| San Augustine | 7,918 | 34 | 17 | 2.19 |
| Dallas | 2,613,539 | 8,746 | 5,709 | 2.18 |
| Rockwall | 107,819 | 491 | 235 | 2.18 |
| Ochiltree | 10,015 | 48 | 22 | 2.17 |
| Bexar | 2,009,324 | 5,108 | 4,303 | 2.14 |
| Jones | 19,663 | 96 | 42 | 2.14 |
| Fannin 2(P) | 35,662 | 96 | 76 | 2.13 |
| Dickens | 1,770 | 8 | 4 | 2.12 |
| Bee | 31,047 | 145 | 66 | 2.11 |
| Comal | 161,501 | 585 | 337 | 2.09 |
| Martin | 5,237 | 54 | 11 | 2.08 |
| Medina | 50,748 | 96 | 105 | 2.08 |
| Knox | 3,353 | 14 | 7 | 2.06 |
| Wilson | 49,753 | 160 | 102 | 2.06 |
| Foard | 1,095 | 0 | 2 | 2.05 |
| Comanche | 13,594 | 145 | 28 | 2.05 |
| Jack | 8,472 | 108 | 17 | 2.00 |
| Val Verde (P) | 47,586 | 193 | 95 | 1.99 |
| Swisher | 6,971 | 27 | 14 | 1.98 |
| Grimes | 29,268 | 111 | 58 | 1.98 |
| Blanco | 11,374 | 56 | 23 | 1.98 |
| Shelby | 24,022 | 66 | 48 | 1.98 |
| Bastrop | 97,216 | 400 | 192 | 1.97 |
| Guadalupe | 172,706 | 598 | 338 | 1.95 |
| Archer | 8,560 | 48 | 17 | 1.95 |
| Harris | 4,731,145 | 10,566 | 9,159 | 1.94 |
| Tarrant | 2,110,640 | 5,015 | 4,079 | 1.93 |
| Waller | 56,794 | 225 | 109 | 1.91 |
| Sabine | 9,894 | 17 | 19 | 1.90 |

\* Based on 2020 population census.

\*\*09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

Page 7 of 9

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---:|---:|---:|---:|
| Randall | 140,753 | 454 | 267 | 1.89 |
| Hamilton | 8,222 | 24 | 16 | 1.89 |
| Lee | 17,478 | 107 | 33 | 1.88 |
| Hidalgo | 870,781 | 1,432 | 1,633 | 1.88 |
| Coryell | 83,093 | 92 | 156 | 1.87 |
| Floyd | 5,402 | 0 | 10 | 1.87 |
| Tyler | 19,798 | 43 | 37 | 1.86 |
| El Paso | 865,657 | 2,976 | 1,537 | 1.78 |
| Montague | 19,965 | 101 | 35 | 1.76 |
| Morris | 11,973 | 48 | 21 | 1.75 |
| Mills | 4,456 | 39 | 8 | 1.72 |
| Glasscock | 1,116 | 0 | 2 | 1.72 |
| Roberts | 827 | 3 | 1 | 1.71 |
| Panola | 22,491 | 160 | 38 | 1.71 |
| Baylor | 3,465 | 0 | 6 | 1.71 |
| Camp | 12,464 | 34 | 21 | 1.68 |
| Schleicher | 2,451 | 15 | 4 | 1.67 |
| Jim Wells | 38,891 | 88 | 64 | 1.65 |
| Parmer | 9,869 | 49 | 16 | 1.65 |
| Cochran | 2,547 | 13 | 4 | 1.64 |
| Zapata | 13,889 | 240 | 23 | 1.63 |
| Webb | 267,114 | 570 | 423 | 1.58 |
| Austin | 30,167 | 89 | 48 | 1.58 |
| Presidio | 6,131 | 112 | 10 | 1.58 |
| Oldham | 1,758 | 10 | 3 | 1.56 |
| Kent | 753 | 0 | 1 | 1.55 |
| Mason | 3,953 | 5 | 6 | 1.54 |
| Bosque | 18,235 | 64 | 28 | 1.52 |
| Montgomery | 620,443 | 1,253 | 933 | 1.50 |

\* Based on 2020 population census.

\*\*09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

| County | * Countywide Population | Capacity | ** ADP | Incarceration Rate |
|---|---|---|---|---|
| Erath | 42,545 | 145 | 64 | 1.50 |
| Travis | 1,290,188 | 2,914 | 1,930 | 1.50 |
| Newton | 12,217 | 14 | 18 | 1.48 |
| Maverick | 57,887 | 250 | 85 | 1.47 |
| Callahan | 13,708 | 10 | 19 | 1.41 |
| Starr | 65,920 | 321 | 91 | 1.38 |
| Hemphill | 3,382 | 18 | 5 | 1.38 |
| Clay | 10,218 | 38 | 14 | 1.38 |
| Bowie (P) | 92,893 | 921 | 120 | 1.29 |
| Lavaca | 20,337 | 48 | 24 | 1.20 |
| Fayette | 24,435 | 45 | 28 | 1.15 |
| Denton | 906,422 | 1,788 | 1,024 | 1.13 |
| Fannin 1(P) | 35,662 | 439 | 39 | 1.11 |
| Crosby | 5,133 | 11 | 6 | 1.07 |
| Throckmorton | 1,440 | 0 | 1 | 0.98 |
| Williamson | 609,017 | 1,128 | 562 | 0.92 |
| Armstrong | 1,848 | 8 | 2 | 0.90 |
| Collin | 1,064,465 | 1,298 | 950 | 0.89 |
| Concho | 3,303 | 0 | 3 | 0.88 |
| Coke | 3,285 | 0 | 3 | 0.84 |
| Stonewall | 1,245 | 10 | 1 | 0.80 |
| Fort Bend | 822,779 | 1,770 | 653 | 0.79 |
| Lipscomb | 3,059 | 13 | 2 | 0.79 |
| Hansford | 5,285 | 9 | 4 | 0.68 |
| Hartley | 5,382 | 0 | 0 | 0.00 |
| Terrell | 760 | 8 | 0 | 0.00 |
| King | 265 | 0 | 0 | 0.00 |
| **TOTAL:** | 29,181,167 | 93,305 | 64,087 | 2.20 |

* Based on 2020 population census.

**09/01/2021 to 08/01/2022

ADP is based on local inmates housed in county and local inmates housed elsewhere and does not include contract inmates.

Privately operated facilities housing contract inmates only are not included.

Page 9 of 9