IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § | |
| Plaintiff, | § | |
| v. | § | 1:23-CV-1004-RP |
| BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*; THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE; KENNETH PAXTON, *in his official capacity as the Attorney General of Texas*; and THE TEXAS OFFICE OF ATTORNEY GENERAL, | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff Bernhardt Tiede, II's ("Plaintiff") Emergency Motion For Preliminary Injunction And Request For Expedited Briefing. (Dkt. 50). Defendants Bryan Collier, the Texas Department of Criminal Justice, Kenneth Paxton, and the Texas Office of Attorney General (collectively, "Defendants") filed a response in opposition to the request for expedited briefing. (Dkt. 52).

On April 22, 2024, Plaintiff filed his Motion For Leave To File First Amended Complaint. (Dkt. 48). Defendants' response is due on or before May 6, 2024. Plaintiff's motion for preliminary injunction, (Dkt. 50), relies on his proposed first amended complaint, (Dkt. 48-1).

Accordingly, the Court finds that it is appropriate to resolve Plaintiff's motion to amend the complaint, (Dkt. 48), before briefing continues on Plaintiff's motion for preliminary injunction, (Dkt. 50). **IT IS THEREFORE ORDERED** that Defendants' response to Plaintiff's motion for preliminary injunction, (Dkt. 50), is due on or before two weeks after the Court's order on Plaintiff's

1

motion to amend the complaint, (Dkt. 48), which the Court will expeditiously resolve. The Court will also set a hearing on the motion for preliminary injunction, (Dkt. 50), at that time.

**SIGNED** on April 29, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE