IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 1:23-CV-01004** | |
| § | | |
| **BRYAN COLLIER, ET AL.,** § | | |
| *Defendants.* § | | |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

On this day, the Court considered Plaintiff's Motion for Leave to Amend and Defendants' Response thereto. After considering the Motion, the Court finds that the amendment would be futile because the proposed plaintiffs lack standing, and the amendment seeks to change the nature of the claims and the relief sought.

It is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend is **DENIED**.

**SIGNED** on this _____ day of _____, 2024.

_____
**HONORABLE JUDGE ROBERT L. PITMAN**
UNITED STATES DISTRICT COURT JUDGE PRESIDING