IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1004-RP |
| BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*; THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE; KENNETH PAXTON, *in his official capacity as the Attorney General of Texas*; and THE TEXAS OFFICE OF ATTORNEY GENERAL, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that the Court will hold a hearing on the motion for preliminary injunction, (Dkt. 50), and, if filed, a motion to dismiss the First Amended Complaint, on **Thursday, June 27, 2024 at 9:00a.m.** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX. The Court will hear arguments from both sides on the motion for preliminary injunction and, if filed, the motion to dismiss. If any party anticipates calling one or more witnesses to testify, please notify Courtroom Deputy Julie Golden in advance of the hearing at julie_golden@txwd.uscourts.gov.

**SIGNED** on May 9, 2024.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1