IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II;** **TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. A/K/A JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES,** *Plaintiffs*, **v.** **BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice,** *Defendant*. | § § § § § § § § § § § § § § § § § | **Civil Action No.:** **1:23-CV-01004-RP** |

# ORDER

On this day the Court considered Defendant's Motion to Dismiss. The Court, having considered the Motion and any Responses and Replies thereto, is of the opinion that Defendant's Motion to Dismiss should be and is GRANTED.

It is so ORDERED.

_____                    _____
Date                                                                                             United States District Judge

1