IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. *a/k/a* JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |

**ORDER**

**IT IS ORDERED** that the hearing on the motion for preliminary injunction, (Dkt. 50), is reset for **Monday, July 8, 2024 at 9:00a.m.** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX. The Court will hear arguments from both sides on the motion for preliminary injunction.[1] If any party anticipates calling one or more witnesses to testify, please notify Courtroom Deputy Julie Golden in advance of the hearing at julie_golden@txwd.uscourts.gov.

**SIGNED** on May 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Court anticipates resolving the motion to dismiss the first amended complaint prior to the preliminary injunction hearing.

1