IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. *a/k/a* JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES, <br><br>        Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, <br><br>        Defendant. | § § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |

**ORDER**

Before the Court is Defendant Bryan Collier's ("Collier") Emergency Motion to Continue the Preliminary Injunction Hearing by three weeks. (Dkt. 114). The Court heard arguments from both sides on the motion at a telephonic conference on June 27, 2024. (Min. Entry, Dkt. 115).

**IT IS ORDERED** that the hearing on the motion for preliminary injunction, (Dkt. 50), is reset for **Tuesday, July 30, 2024 at 9:00a.m.** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX. The Court will hear arguments from both sides on the motion for preliminary injunction. If any party anticipates calling one or more witnesses to

testify, please notify Courtroom Deputy Julie Golden in advance of the hearing at julie_golden@txwd.uscourts.gov.

**SIGNED** on June 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE