IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. *a/k/a* JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES, <br><br>     Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, <br><br>     Defendant. | § § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |

## AMENDED ORDER FOR AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff Bernhardt Tiede II's Unopposed Motion For Writ Of Habeas Corpus Ad Testificandum For Plaintiff Bernhardt Tiede, II, (Dkt. 106), is **GRANTED**. The Clerk of the Court is hereby **ORDERED** to issue an Amended Writ of Habeas Corpus Ad Testificandum directed to the Warden for the John B. Connally Unit, 899 FM 632 Kenedy, Texas 78119, or any authorized officer, to produce Bernhardt Tiede II, TDCJ ID #00864378, now confined at the John B. Connally Unit in Kenedy, Texas, in the custody of the Warden or the person there in charge, before United States District Court for the Western District of Texas, Austin Division, Courtroom 4, on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX 78701, on Tuesday, July 30, 2024 at 8:00 AM and Wednesday, July 31, 2024, at 8:00 AM, so that Bernhardt Tiede II may

appear in accordance with law in the above-captioned matter; and after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

**SIGNED** on June 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE