## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; <br> TEXAS PRISONS COMMUNITY ADVOCATES; <br> DISABILITY RIGHTS TEXAS; <br> BUILD UP, INC. a/k/a LIONESS: JUSTICE IMPACTED WOMEN'S ALLIANCE; and <br> COALITION FOR TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |

### PLAINTIFFS' NOTICE REGARDING DEFENDANT'S MOTION FOR EXPEDITED DISCOVERY REQUESTS (ECF 113)

In order to save judicial and party resources, and to avoid any additional requests for a continuance by Defendant Bryan Collier, Plaintiffs voluntarily agree to produce responses and objections to Defendant's Discovery Requests by July 18, 2024, as requested by Mr. Collier in his Reply (ECF 129).

DATED this 10TH day of July, 2024.        Respectfully submitted,

/s/ Kevin D. Homiak
Thomas A. Olsen (*pro hac vice*)
Kevin D. Homiak (*pro hac vice*)
Ellen R. Blatt (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   olsen@wtotrial.com

1

homiak@wtotrial.com
blatt@wtotrial.com

Erica Grossman (*pro hac vice*)
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
Telephone:    303.860.1331
Email:    erica@hheglaw.com

Jodi Cole
Texas Bar No. 24045602
Law Office of Jodi Cole, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575
Email:    jcole@jodicole.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
Edwards Law
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:    jeff@edwards-law.com
            david@edwards-law.com
            lisa@edwards-law.com
            paul@edwards-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that the foregoing was electronically filed and served on all parties of record using the CM/ECF system.

/s/ *Kevin D. Homiak*
Kevin D. Homiak