IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. *a/k/a* JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |

## ORDER

Before the Court is Defendant Bryan Collier's ("Collier") Motion for Expedited Discovery Responses, in which he asks the Court to order Plaintiffs to respond to six Requests for Production and six Interrogatories. (Dkt. 113). Plaintiffs Bernhardt Tiede, II; Texas Prisons Community Advocates; Build Up, Inc. *a/k/a* Justice Impacted Women's Alliance; Texas Citizens United for Rehabilitation of Errants; and Coalition for Texans with Disabilities' (collectively, "Plaintiffs") filed a response indicating that they believe Collier's motion is moot. (Dkt. 123). Collier filed a reply indicating that he does not believe that the motion is moot and requesting the Court order Plaintiffs respond to the six Requests for Production and six Interrogatories on or before July 18, 2024. (Dkt. 129). Plaintiffs then filed a notice indicating that they "voluntarily agree to produce responses and objections to Defendant's Discovery Requests by July 18, 2024." (Dkt. 130). The Court construes Plaintiffs' notice as a notice of non-opposition to Collier's motion.

1

Accordingly, **IT IS ORDERED** that Collier's Motion for Expedited Discovery Responses, (Dkt. 113), is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that Plaintiffs respond to Collier's six Requests for Production and six Interrogatories, (Dkt. 113-1), **on or before July 18, 2024**.

**SIGNED** on July 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE