IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. *a/k/a* JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES,<br><br>              Plaintiffs,<br><br>v.<br><br>BRYAN COLLIER, *in his official capacity as Executive Director of Texas Department of Criminal Justice*,<br><br>              Defendant. | § § § § § § § § § § § § § § § § § § § | 1:23-CV-1004-RP |

**ORDER**

Before the Court is Plaintiffs Bernhardt Tiede, II; Texas Prisons Community Advocates; Build Up, Inc. *a/k/a* Justice Impacted Women's Alliance; Texas Citizens United for Rehabilitation of Errants; and Coalition for Texans with Disabilities' (collectively, "Plaintiffs") Opposed Motion for *Writs of Habeas Corpus Ad Testificandum* for Anthony Hanby and Melissa Mendez. (Dkt. 142).

In light of the fact that the preliminary injunction hearing will commence in seven (7) days, the Court issues the following expedited briefing schedule on the motion:

- Defendant Bryan Collier ("Collier") shall file a response to the motion **on or before 12pm CT tomorrow, July 24, 2024**. In his response, Collier should address the feasibility of testimony via remote means (*e.g.*, video conference and telephone).

- Plaintiffs shall file a reply, if at all, to the motion **on or before 9am CT Thursday, July 25, 2024**.

    **SIGNED** on July 23, 2024.

    _____
    ROBERT PITMAN
    UNITED STATES DISTRICT JUDGE