UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; DISABILITY RIGHTS TEXAS; BUILD UP, INC. a/k/a LIONESS: JUSTICE IMPACTED WOMEN'S ALLIANCE; and COALITION FOR TEXANS WITH DISABILITIES, Plaintiffs, v. BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |
|---|---|---|

**PLAINTIFFS' LIST OF MAY CALL WITNESSES FOR
PRELIMINARY INJUNCTION HEARING**

| Witness Name | Zoom/In Person |
|---|---|
| Dr. Amite Dominick | In Person |
| Dr. Linda Mearns | Zoom |
| Dr. Antonella Zanobetti | Zoom |
| Bernie Tiede | In Person |
| Dr. Jeanette Cross | Zoom |
| Dr. Julie Skarha | In Person |
| Marci Marie Simmons | In Person |
| Dr. Susi Vassallo | In Person |
| Dr. Paul Uribe | Zoom (Potentially in Person) |
| Dr. Jhilam Biswas | In Person |

| Witness Name | Zoom/In Person |
|---|---|
| Charlie Malouff | In Person |
| David Sweetin (personally and as Rule 30(b)(6) designee of TDCJ) | In Person |
| Prof. Michele Deitch | Zoom (Potentially in Person) |
| Dean Williams | In Person |
| JJ Huffhines | In Person |
| Brittany Robertson | In Person |
| Chase Bearden | In Person |

DATED this 26th day of July, 2024.          Respectfully submitted,

/s/ Kevin D. Homiak
Thomas A. Olsen (*pro hac vice*)
Kevin D. Homiak (*pro hac vice*)
Ellen R. Blatt (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email:   olsen@wtotrial.com
              homiak@wtotrial.com
              blatt@wtotrial.com

Erica Grossman (*pro hac vice*)
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
Telephone:   303.860.1331
Email:   erica@hheglaw.com

Jodi Cole
Texas Bar No. 24045602
Law Office of Jodi Cole, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:   432.837.4266
Facsimile:   512.692.2575

1

Email:   jcole@jodicole.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
Edwards Law
603 W. 17th Street
Austin, TX 78701
Telephone:     512.623.7727
Facsimile:      512.623.7729
Email:   jeff@edwards-law.com
             david@edwards-law.com
             lisa@edwards-law.com
             paul@edwards-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on July 26, 2024, I served the foregoing on all counsel of record through the court's CM/ECF e-filing system.

                                                  */s/ Kevin D. Homiak*
                                                  Kevin D. Homiak