IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC., A/K/A JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES, *Plaintiff*, v. BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, *Defendant.* | § § § § § § § § § § § § § § § | 1:23-CV-01004 |

## DEFENDANT'S WITNESS LIST: PRELIMINARY INJUNCTION HEARING
### JULY 30, 2024

1. John Baldwin
2. Bobby Lumpkin
3. Cody Ginsel
4. Ron Hudson
5. Director Bryan Collier
6. Timothy Fitzpatrick
7. Dr. Jane Leonardson
8. Paul Morales (may call)
9. Dr. Nathaniel Robertson (may call)

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Texas State Bar No. 24126376
Abigail.Carter@oag.texas.gov
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR COLLIER**

**NOTICE OF ELECTRONIC FILING**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Western District of Texas, on July 26, 2024.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Western District of Texas on July 26, 2024.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General