• AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western  DISTRICT OF  Texas

Bernhardt Tiede, et al.

V.

Bryan Collier

## EXHIBIT AND WITNESS LIST

Case Number: 1:23-cv-01004

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Robert Pitman | Jeff Edwards | Abigail Carter |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| July 30, 2024 | Lily Reznik | Julie Golden |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | TDCJ AD-10.64 Excessive and Extreme Temperature Conditions in the TDCJ |
| | 2 | | | | TDCJ FDM-04.16 Identifying and Reporting Inoperable Core Equipment |
| | 3 | | | | Chart of Current HSS Inmates |
| | 4 | | | | Chart of Changed HSS Inmates |
| | 5 | | | | Transfer Map - Medical |
| | 6 | | | | Transfer Map |
| | 7 | | | | TDCJ OEM 2024 Seasonal Prep Memo |
| | 8 | | | | 2024 CID Seasonal Preparedness Directive Email |
| | 9 | | | | Seasonal Preparedness Checklists |
| | 10 | | | | 2024 Heat Strike Team Reports |
| | 11 | | | | Heat Training by Region FY 2024 |
| | 12 | | | | Heat-Related Informational Posters and Pocket Card |
| | 13 | | | | TLDD Training Curriculum Affidavit |
| | 13A | | | | Turnout Training - First Aid |
| | 13B | | | | Turnout Training - Seasonal Preparedness - Heat Precaution |
| | 13C | | | | Correc. Awareness Training - Infection Control, First Aid, Family and Friends |
| | 13D | | | | Pre-Service Training - Go Home to Your Family |
| | 13E | | | | In-Service Supervisor Training - Go Home to Your Family |
| | 13F | | | | Training Bulletin - Hurricanes - After the Storm |
| | 14 | | | | Expert Witness Report of John Baldwin |
| | 14A | | | | CV of John Balwin |
| | 14B | | | | List of Documents Reviewed by John Baldwin in Preparation of Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Bernhardt Tiede, et al. | | vs. Bryan Collier | | | CASE NO. 1:23-cv-01004 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 15 | | | | TDCJ Cost Estimate by Facility |
| | 16 | | | | TDCJ Units with Total A/C Beds and Non A/C Beds |
| | 17 | | | | 2023 AC Projects Phase 1 |
| | 18 | | | | Architect/Engineer Requirement |
| | 19 | | | | List of Consultants in HVAC Design |
| | 20 | | | | Air Conditioning Draft Plan for FY24-25 Funds |
| | 21 | | | | Draft: Four-Phases for the Installation of Climate Control Equipment |
| | 22 | | | | Funding for the Installation of Air Conditioning in Facilities |
| | 23 | | | | HVAC Information FY 22-23 Projects |
| | 24 | | | | Powerpoint on House Appropriations Committee A/C in TDCJ Facilities |
| | 25 | | | | Powerpoint for Collier House Appropriations Committee Testimony |
| | 26 | | | | Declaration and CV of Priya Banerjee |
| | 27 | | | | Expert Report of Jeffrey Beard |
| | 27A | | | | List of Documents Reviewed by Jeffrey Beard in Preparation of Report |
| | 27B | | | | CV of Jeffrey Beard |
| | 28 | | | | At Hand Population Heat Scoring |
| | 29 | | | | Future HVAC Rental Projections |
| | 30 | | | | Lioness - Build Up, Inc. Certificate of Incorporation |
| | 31 | | | | Lioness - Build Up, Inc. Bylaws |
| | 32 | | | | Lioness Meeting Agenda from April 18, 2024 |
| | 33 | | | | Secretary of State Request from TPCA on July 9, 2021 |
| | 34 | | | | TPCA Articles of Incorporation |
| | 35 | | | | TPCA Bylaws |
| | 36 | | | | TPCA Core Team Members List |
| | 37 | | | | TPCA Mailing List June 2024 |
| | 38 | | | | TPCA Response to Discovery with Verification |
| | 39 | | | | Emails Pertaining to Charlie Malouff |

- AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Bernhardt Tiede, et al. | | vs. Bryan Collier | | | CASE NO. 1:23-cv-01004 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 40 | | | | DE 50-10 - Exhibit J re Amite Dominick |
| | 41 | | | | A Critical Review of the Effectiveness of Electric Fans... |
| | 42 | | | | Electric Fans for Reducing Adverse Health Impacts in Heatwaves |
| | 43 | | | | JAMA Research Letter - Heart Rate and Body Temperature Responses |
| | 44 | | | | Extreme Temperatures and COVID19 in Texas Prisons |
| | 45 | | | | JAMA Provision of Air Conditioning and Heat Related Mortality... |
| | 46 | | | | CV - Dean R. Williams |
| | 47 | | | | Expert Report of Dean R. Williams |
| | 48 | | | | Alaska Department of Corrections - An Administrative Review |
| | 49 | | | | A Rebuttal to Dean Williams' Administrative Review re Alaska DOC |
| | 50 | | | | Confirmation Hearing Transcript - Dean Williams as Commissioner |
| | 51 | | | | U.S. Department of Justice, Prisoners in 2022 - Statistical Table 2 |
| | 52 | | | | DE 50-3 - Exhibit C re Antonella Zanobetti |
| | 53 | | | | TDCJ-CID 2024 Seasonal Prep Teleconference Agenda, March 14, 2024 |
| | 54 | | | | TDCJ-CID 2019-2023 Seasonal Preparedness Directive |
| | 55 | | | | TDCJ-CID Heat Related Inventory Items by Unit - 2024 |
| | 56 | | | | TDCJ-CID - 2024 I-204 Incoming Heat, Cold, Safe Prisons Flyer |
| | 57 | | | | TDCJ Heat Related Illness - 2017 Video |
| | 58 | | | | Heat Illness Patient Education Video |
| | 59 | | | | CURE 1-3 - Certificate of Formation Nonprofit Corporation |
| | 60 | | | | CURE 8-21 - Sixth Amended ByLaws |
| | 61 | | | | CURE 22-26 - Board Minutes |
| | 62 | | | | CURE Response to Discovery |
| | 63 | | | | Charlie Malouff - Cole v. Collier Intervention Letter |
| | 64 | | | | Charlie Malouff - Criminal Appeal Opinion |
| | 65 | | | | Charlie Malouff - Declaration |
| | 66 | | | | Charlie Malouff - Testimony for HB 1355 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 67 | | | | Charlie Malouff - Testimony for HB 2950 |
| | 68 | | | | Charlie Malouff - Testimony for HB 1708 |

Bernhardt Tiede, et al. vs. Bryan Collier   CASE NO. 1:23-cv-01004

Page 4 of 4 Pages

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Texas State Bar No. 24126376
Abigail.Carter@oag.texas.gov
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR COLLIER**

**NOTICE OF ELECTRONIC FILING**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Western District of Texas, on July 26, 2024.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Western District of Texas on July 26, 2024.

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
