# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; et al., | § § § |
| Plaintiffs, | § § |
| v. | § § Civil Action No.: 1:23-cv-01004-RP |
| BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, | § § § § |
| Defendant. | § § |

## PLAINTIFFS' AMENDED LIST OF MAY CALL WITNESSES FOR PRELIMINARY INJUNCTION HEARING

| Witness Name | Appearing By |
|---|---|
| Dr. Amite Dominick | In Person |
| Dr. Antonella Zanobetti | Zoom |
| Bernie Tiede | In Person |
| Dr. Julie Skarha | In Person |
| Marci Marie Simmons | In Person |
| Dr. Susi Vassallo | In Person |
| Dr. Paul Uribe | Zoom (Potentially in Person) |
| Dr. Jhilam Biswas | In Person |
| Charlie Malouff | In Person |
| David Sweetin, as representative of TDCJ | By Deposition Designations contemporaneously filed |
| Prof. Michele Deitch | Zoom (Potentially in Person) |
| Dean Williams | In Person |

| Witness Name | Appearing By |
|---|---|
| J.J. Huffhines | In Person |
| Britany Robertson | In Person |
| Chase Bearden | In Person |

Dated: July 29, 2024.

Respectfully submitted,

/s/ Jeff Edwards
Thomas A. Olsen (*pro hac vice*)
Kevin D. Homiak (*pro hac vice*)
Ellen R. Blatt (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   olsen@wtotrial.com
             homiak@wtotrial.com
             blatt@wtotrial.com

Erica Grossman (*pro hac vice*)
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
Telephone:   303.860.1331
Email:   erica@hheglaw.com

Jodi Cole
Texas Bar No. 24045602
Law Office of Jodi Cole, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:   432.837.4266
Facsimile:    512.692.2575
Email:   jcole@jodicole.com

                    Jeff Edwards
                    Texas Bar No. 24014406
                    Mike Singley
                    Texas Bar No. 00794642
                    David Anthony James
                    Texas Bar No. 24092572
                    Lisa Snead
                    Texas Bar No. 24062204
                    Paul Samuel
                    Texas Bar No. 24124463
                    Edwards Law
                    603 W. 17th Street
                    Austin, TX 78701
                    Telephone:    512.623.7727
                    Facsimile:     512.623.7729
                    Email:   jeff@edwards-law.com
                                  mike@edwards-law.com
                                  david@edwards-law.com
                                  lisa@edwards-law.com
                                  paul@edwards-law.com

                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

By my signature below, I certify that the foregoing document has been electronically served on all counsel of record by filing with the Court's electronic case files system.

                    */s/ Jeff Edwards*
                    Jeff Edwards