# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; DISABILITY RIGHTS TEXAS; BUILD UP, INC. a/k/a LIONESS: JUSTICE IMPACTED WOMEN'S ALLIANCE; and COALITION FOR TEXANS WITH DISABILITIES, | § § § § § § § § | |
| Plaintiffs, | § § | Civil Action No.: 1:23-cv-01004-RP |
| v. | § § | |
| BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, | § § § § | |
| Defendant. | § § § | |

## PLAINTIFFS' SECOND AMENDED LIST OF EXHIBITS FOR PRELIMINARY INJUNCTION HEARING

*Tiede v. Collier* – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 1 | *Development of Heat Pyrexia* by Joseph Gold (July 16, 1960) | | | |
| 2 | *Acute Heat Stroke: Epidemiologic, Biochemical, Renal, and Coagulation Studies* by Thomas F. O'Donnell, Jr. (Nov. 24, 1975) | | | |
| 3 | *Morbidity and Mortality Associated With the July 1980 Heat Wave in St. Louis and Kansas City, MO* by Stephen Jones (June 25, 1982) | | | |
| 4 | *Extreme High-Temperature Events: Changes in Their Probabilities with Changes in Mean Temperature* by Mearns, Katz and Schneider (Dec. 1, 1984) | | | |
| 5 | *Heat-Related Illnesses and Deaths — United States, 1994–1995* by MWWR (June 30, 1995) | | | |
| 6 | *Heat-Related Deaths During the July 1995 Heat Wave in Chicago* by Jan C. Semenza (July 11, 1996) | | | |
| 7 | *Heat-Related Death and Mental Illness During the 1999 Cincinnati Heat Wave* by Reinhard Kaiser, et al. (Sept. 3, 2001) | | | |
| 8 | *Southern Medical Journal: Drug-Associated Heat Stroke* (August 1, 2022) | | | |
| 9 | *Future Climate: What We Know, What We Don't Know* by Linda O. Mearns (Oct. 10, 2002) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 10 | *Changing Heat-Related Mortality in the United States* by Robert E. Davis (Nov. 1, 2003) | | | |
| 11 | *Excessive Heat Events Guidebook* as published by the U.S. EPA Office of Atmospheric Programs (March 1, 2006) | | | |
| 12 | *Dividing the Waters – High Resolution Climate Scenarios* by L. O. Mearns (May 14, 2007) | | | |
| 13 | *Prognostic Factors in Heat Wave-Related Deaths: A Meta-Analysis* by Abderrezak Bouchama (Nov. 12, 2007) | | | |
| 14 | *Drug-Induced Hyperhidrosis and Hypohidrosis* by William P. Cheshire, Jr., et al. (2008) | | | |
| 15 | *The 2006 California Heat Wave: Impacts on Hospitalizations and Emergency Department Visits* by Kim Knowlton (Jan. 1, 2009) | | | |
| 16 | *Heat-Related Illnesses During the 2003 Heat Wave in an Emergency Service* by M. Oberlin, et al. (July 8, 2009) | | | |
| 17 | *The Effects of Temperature and Use of Air Conditioning on Hospitalizations* by Ban Ostro (Sept. 9, 2010) | | | |
| 18 | *The Impact of Extreme Heat on Morbidity in Milwaukee, Wisconsin* by Bo Li, et al. (June 8, 2011) | | | |

*Tiede v. Collier* – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 19 | Temperature Log from the Texas Department of Criminal Justice's Hutchins Unit (July 15, 2011) | | | |
| 20 | *Diagnosis and Treatment of Drug-Induced Hyperthermia* by Megan E. Musselman, et al. (Jan. 1, 2013) | | | |
| 21 | Deposition of Roy Storie in *McCollum v. Livingston*, No. 312-cv-02037, USDC ND TX (March 4, 2014) | | | |
| 22 | *Identifying Individual Risk Factors and Documenting the Pattern of Heat-Related Illness through Analyses of Hospitalization and Patterns of Household Cooling* by Michael T. Schmeltz (March 5, 2015) | | | |
| 23 | *Multiple Trigger Points for Quantifying Heat-Health Impacts: New Evidence from a Hot Climate* by Diana B. Petitti (Feb. 1, 2016) | | | |
| 24 | National Weather Service Heat Index Chart (Feb. 26, 2016) | | | |
| 25 | Deposition of Bryan Collier in *McCollum v. Livingston*, No. 414-cv-3253 in the USDC SD TX (March 30, 2016) | | | |
| 26 | Testimony of Susanna Vassallo in *Bailey v. Livingston*, No. 414-cv-01698, USDC SD TX (June 1, 2016) | | | |
| 27 | Testimony of Phyllis McWhorter in *Cole v. Collier*, No. 414-cv-1698, USDC SD TX (June 23, 2017) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 28 | Old Autopsies, Part 1 (filed June 29, 2017) | | | |
| 29 | Old Autopsies, Part 2 (filed June 29, 2017) | | | |
| 30 | Orders and Discovery Responses, *Webb v. Livingston*, *Cole v. Livingston*, *and Cole v. Collier* | | | |
| 31 | Texas Department of Criminal Justice's Health Services Liaison Facility Types List | | | |
| 32 | *"Cooking Them to Death" The Lethal Toll of Hot Prisons* by Maurice Chammah (Oct. 11, 2017) | | | |
| 33 | *Risk Characterization of Hospitalizations for Mental Illness and/or Behavioral Disorders with Concurrent Heat-Related Illness* by Michael T. Schmeltz, et al. (Oct. 16, 2017) | | | |
| 34 | *Interim Report 2018* by the House Committee on Corrections of the Texas House of Representatives (Nov. 16, 2018) | | | |
| 35 | *Influence of Heat Waves on Daily Hospital Visits for Mental Illness in Jinan, China – A Case-Crossover Study* by Xuena Liu, et al. (Dec. 30, 2018) | | | |
| 36 | *Correctional Managed Health Care Policy Manual, Heat Stress, D-27.2, Effective Date 05/28/2019*, as published by the Texas Department of Criminal Justice (May 28, 2019) | | | |

*Tiede v. Collier* – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 37 | TBCJ 205th Meeting Minutes (June 21, 2019) | | | |
| 38 | Hearing transcript, *Cole v. Collier* (Sept. 10, 2019) | | | |
| 39 | *Guidelines for Completing the Health Summary for Classification Form Policy A-08.4, Attachment A*, as published by the Texas Department of Criminal Justice (Nov. 5, 2019) | | | |
| 40 | TDCJ's Seasonal Preparedness Memos and Communications, Mr. Collier's Response to RFP # 4 | | | |
| 41 | TBCJ 208th Meeting Minutes (Dec. 12, 2019) | | | |
| 42 | *Heat-Related Deaths – United States, 2004-2018* by Ambarish Vaidyanathan (June 19, 2020) | | | |
| 43 | *The Implications of Hypothalamic Abnormalities for Schizophrenia* by Hans-Gert Bernstein, et al. (2021) | | | |
| 44 | *Use of Multiple Anticholinergic Medications Can Predispose Patients to Severe Non-exertional Hyperthermia* by Ahila Manivannan, et al. (March 23, 2021) | | | |
| 45 | *After Sweltering Temperatures Killed Texas Prisoners, Lawmakers Vote to Install Air Conditioning* by The Texas Tribune (May 14, 2021) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 46 | *Global, Regional, and National Burden of Mortality Associated with Non-Optimal Ambient Temperatures from 2000 to 2019: a Three-Stage Modelling Study* as published by the Lancet (July 1, 2021) | | | |
| 47 | *The Casual Effect of Heat on Violence: Social Implications of Unmitigated Heat Among the Incarcerated* by the National Bureau of Economic Research (July 1, 2021) | | | |
| 48 | TDCJ's Purchase Orders for Temporary Air Conditioning Units | | | |
| 49 | *Extreme Weather in Texas* by Texas A&M University (Oct. 7, 2021) | | | |
| 50 | *Antipsychotic Medication – Induced Hyperthermia Leading to Cerebrovascular Accident: A Case Report* by Karimah Best, et al. (Oct. 11, 2021) | | | |
| 51 | Michelle Deitch CV | | | |
| 52 | Correctional Managed Health Care Policy Manual No. H-65.1 (Nov. 22, 2021) | | | |
| 53 | Lioness Members Outside Data - AEO | | | |
| 54 | *Association of Extreme Heat With All-Cause Mortality in the Contiguous US, 2008-2017* by Sameed Ahmed | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 55 | *Extreme Temperatures and Covid19 in Texas Prisons* by J. Carlee Purdum, Ph.D. et al. (July 2022) | | | |
| 56 | *Temperatures Inside Texas Prison Units Regularly Reach 110 Degrees, new report says* by Claire Colbert (July 23, 2022) | | | |
| 57 | *Temperature Inside Baking Texas Prisons With No AC Regularly Hits 110 Degrees, Study Finds* by Josh Marcus (July 26, 2022) | | | |
| 58 | *Drug-Induced Hyperthermia Review* by Michael Horseman, et al. (July 26, 2022) | | | |
| 59 | *New Study Details How Extreme Heat is Affecting Texas Prisons* by Texas Standard (July 29, 2022) | | | |
| 60 | *Incarceration Rate Report – Highest and Lowest August 1, 2022*, published by the Texas Commission on Jail Standards (Aug. 1, 2022) | | | |
| 61 | *'I Thought I Was Going to Die There.' What's it's Like to Live with Rising Temperatures in Prison* by Hannah Grabenstein (Aug. 19, 2022) | | | |
| 62 | Lioness Members Inside Data - AEO | | | |
| 63 | Communications Between Dr. Dominick and Collier, TIEDE_DEF0110695 (Aug. 23, 2022) | | | |

*Tiede v. Collier* – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 64 | *In a Sweltering Texas Jail, Cool Towels but No Air-Conditioners* by NY Times (Aug. 26, 2022) | | | |
| 65 | TDCJ Fiscal Year 2023 Operating Budget (Aug. 26, 2022) | | | |
| 66 | *Heatwaves kill more Americans than hurricanes, tornadoes and floods*, published by The Economist (Sept. 3, 2022) | | | |
| 67 | *Preparing Patients with Serious Mental Illness for Extreme Heat* by Carol Lim, et a (Sept. 2022) | | | |
| 68 | TDCJ Joint Budget Hearing (Sept. 30, 2022) | | | |
| 69 | TBCJ 225th Meeting Minutes (Oct. 14, 2022) | | | |
| 70 | *Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons* and Supplement by Julianne Skarha et al. (Nov. 2, 2022) | | | |
| 71 | TX Prison Heat Averages 2022-2023 | | | |
| 72 | *Statistical Report Fiscal Year 2023* as published by the Texas Department of Criminal Justice | | | |
| 73 | *2022 Associations Between Extreme Temperatures and Cardiovascular Cause-Specific Mortality: Results From 27 Countries* by Barrak Alahmad, et al. (Jan. 3, 2023) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 74 | TBCJ 227th Meeting Minutes (Feb. 10, 2023) | | | |
| 75 | *Heat-Related Mortality in U.S. State and Private Prisons: A Case-Crossover Analysis* by Julianne Skarha et al. (March 1, 2023) | | | |
| 76 | *Schizophrenia Pinpointed as a Key Factor in Heath Deaths* by Warren Cornwall (March 17, 2023) | | | |
| 77 | Charlie Malouff Testimony for HB1355 (March 24, 2023) | | | |
| 78 | Charlie Malouff Testimony for HB2950 (March 24, 2023) | | | |
| 79 | Charlie Malouff Testimony for HB1708 (March 24, 2023) | | | |
| 80 | TBCJ 228th Meeting Minutes (April 21, 2023) | | | |
| 81 | Picture of Mr. Bernhardt Tiede II (2023) | | | |
| 82 | TBCJ 229th Meeting Minutes (June 23, 2023) | | | |
| 83 | *'Man Down!': Surviving the Texas Heat in Prisons Without Air-conditioning* by NY Times (June 29, 2023) | | | |
| 84 | Email from John Pulvino (UTMB) to TDCJ and TTUHSC entitled "June 23 Heat Injury Report," Bates No. TIEDE_DEF0107957 (June 30, 2023) | | | |
| 85 | Attachment to Pulvino Email, Entitled "Heat Related Illnesses Report," TIEDE_DEF0107958 (June 30, 2023) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 86 | *Inmates are Dying in Stifling Texas Prisons, but the State Seldom Acknowledges Heat as a Cause of Death* by TEX. TRIBUNE (July 3, 2023) | | | |
| 87 | *People in Prison Struggle to Survive Unrelenting Heat Without Air Conditioning* by PBS News Weekend (July 15, 2023) | | | |
| 88 | *Texas Says No Inmates Have Died Due to Stifling Heat in its Prisons Since 2012. Some Data May Suggest Otherwise*, as published by CBS News | | | |
| 89 | Email Complaint re: Hughes Unit Demonstrating How Staffing Issues Hurt Respite Access, TIEDE_DEF0109642 (July 19, 2023) | | | |
| 90 | *Texas Prisons Are Cooking People Alive. Are We Okay With That? Part 1 in a series about heat in prison*, published by the Austin Chronicle (Aug. 11, 2023) | | | |
| 91 | *Extreme Heat and Suicide Watch Incidents Among Incarcerated Men* by David H. Cloud, et al. (Aug. 11, 2023) | | | |
| 92 | *The State Claims No One Is Dying From 120+° F in Prisons, Part 2 The State's Response to the Prison Heat Crisis*, published by the Austin Chronicle (Aug. 18, 2023) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 93 | *'Why Didn't They Just Kill Us?' Three Women Talk About Life in a Texas Prison Without AC* by KUT News (Aug. 18, 2023) | | | |
| 94 | *As the death toll in stifling Texas prisons climbs, congressional Democrats ask for investigation* by Jodie McCullough (Aug. 21, 2023) | | | |
| 95 | *Lobbying to Save Lives in Texas Prisons, It'll Cost $500 Million to Ger A/C in Prisons* by Austin Chronicle (Aug. 25, 2023) | | | |
| 96 | *Texas Inmates Using Toilet Water to Cool Off in Prisons Without A/C, According to Woman's Viral Testimony* by WFAA (Aug. 29, 2023) | | | |
| 97 | *Texas Congressman Calls for an Investigation as Prisoner Deaths Spike in Heat* by NPR News (Sept. 4, 2023) | | | |
| 98 | *Extreme Heat Can be a Death Sentence in Texas Prisons* by Yale Climate Connections (Sept. 29, 2023) | | | |
| 99 | *Incarcerated People Endure Sweltering Heat and Freezing Cold Inside Ill-Equipped Facilities* by the 19TH (Oct. 5, 2023) | | | |
| 100 | *Prisoners in 2022 – Statistical Tables* as published by the United States Department of Justice, Bureau of Justice Statistics (November 2023) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 101 | TDCJ Complaints and Policies re Temperature in TDCJ Facilities (Nov. 30, 2023) | | | |
| 102 | TDCJ Report "Monitoring of Temperature and Temperature-Related Deaths Fiscal Year 2023 Report" (Dec. 5, 2023) | | | |
| 103 | *Mental Illness and Increased Vulnerability to Negative Health Effects from Extreme Heat Events: A Systematic Review* by Julia Meadows, et al. (Dec. 15, 2023) | | | |
| 104 | Priya Banerjee, M.D. CV (January 2024) | | | |
| 105 | Linda Mearns CV (February 2024) | | | |
| 106 | Declaration of Antonella Zanobetti (April 10, 2024) | | | |
| 107 | Dean Williams CV | | | |
| 108 | Declaration of Dean Williams (April 11, 2024) | | | |
| 109 | Declaration of Linda Mearns (April 11, 2024) | | | |
| 110 | Declaration of Jennifer Toon (April 12, 2024) | | | |
| 111 | Resume of Charles A. Malouff, Jr., M.P.O.Ret. | | | |
| 112 | Declaration of Priya Banerjee (April 15, 2024) | | | |
| 113 | Declaration of Susi Vassallo (April 15, 2024) | | | |

**Tiede v. Collier** – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 114 | Susi Vassallo CV | | | |
| 115 | Declaration of Charlie Malouff (April 17, 2024) | | | |
| 116 | Declaration of Chase Bearden (April 17, 2024) | | | |
| 117 | Third Declaration of Jennette Cross, MD (April 18, 2024) | | | |
| 118 | Antonella Zanobetti, PhD. CV (April 22, 2024) | | | |
| 119 | Declaration of Brandon Duke (April 23, 2024) | | | |
| 120 | *Exceptional Heat of Summer 2023* as maintained by the National Weather Service | | | |
| 121 | *Heat Index* as maintained by the National Weather Service | | | |
| 122 | *TDCJ Air Conditioning Construction Projects* as maintained by the Texas Department of Criminal (April 17, 2024) | | | |
| 123 | *Texas Profile* as maintained by the Prison Policy Initiative | | | |
| 124 | *Unit Directory* as maintained by the Texas Department of Criminal Justice | | | |
| 125 | *What is the heat index* as maintained by the National Weather Service | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 126 | Plaintiff's First Set of Interrogatories to Defendant Bryan Collier in his Official Capacity (June 4, 2024) | | | |
| 127 | Plaintiff's First Set of Requests for Production to Defendant Bryan Collier in his Official Capacity (April 29, 2024) | | | |
| 128 | High Value Data Sets | | | |
| 129 | Subpoena Return for Texas Department of Criminal Justice Hospital | | | |
| 130 | Subpoena Return for University of Texas Medical Branch – Texas Department of Criminal Justice | | | |
| 131 | Jhilam Biswas CV (May 13, 2024) | | | |
| 132 | TDCJ Temperature Report FY2020, TIEDE DEF_17696 | | | |
| 133 | Plaintiffs' Rule 30(b)(6) Notice of Deposition to the Texas Department of Criminal Justice | | | |
| 134 | Tex. Dep't State Health Services License Details for 301 University Blvd. Hospital | | | |
| 135 | TDCJ Hospital Website | | | |
| 136 | Julianne (Julie) Skarha CV | | | |
| 137 | Jason Wilson EMessaging (May 26, 2024 – July 8, 2024) | | | |

**_Tiede v. Collier_ – Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 138 | Jason Wilson Letter and Grievance | | | |
| 139 | Defendant Collier's Responses to Plaintiff Tiede's First Set of Interrogatories (May 31, 2024) | | | |
| 140 | Defendant Collier's Responses to Plaintiff Tiede's First Set of Requests for Production, Bates Nos. TIEDE DEF_00087-13923 (May 31, 2024) | | | |
| 141 | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories (May 31, 2024) | | | |
| 142 | Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production, Bates Nos. TIEDE DEF_00087-13923 (June 4, 2024) | | | |
| 143 | Second Declaration of Charlie Malouff (June 4, 2024) | | | |
| 144 | Second Declaration of Amite Dominick (June 6, 2024) | | | |
| 145 | Second Declaration of Jennifer Toon (June 6, 2024) | | | |
| 146 | TPCA's Mailing List of Individuals Incarcerated in TDCJ Facilities | | | |
| 147 | Examples of More than 25 Official TPCA Team Member Incarcerated Volunteers | | | |
| 148 | T.X. CURE Inmate Master Mailing List | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 149 | Email from K. Blifford to C. Vega re: McConnell Lockdown and Issues with Respite Area Access, TIEDE_DEF0110764 (June 24, 2024) | | | |
| 150 | TDCJ Air Conditioning Construction Projects | | | |
| 151 | Letter from Billy Mitchell to Charlie Malouff (July 1, 2024) | | | |
| 152 | Wilson – Custodial Death Report (July 11, 2024) | | | |
| 153 | Regional Fact Sheet North and Central America | | | |
| 154 | *Humane Temperatures Potential Cost Savings Report* by TPCA | | | |
| 155 | Odis Banks Death Investigation Materials | | | |
| 156 | Jose Barajas Death Investigation Materials | | | |
| 157 | Mario Benitez Death Investigation Materials | | | |
| 158 | Adam Birchprice Death Investigation Materials | | | |
| 159 | Randy Butler Death Investigation Materials | | | |
| 160 | James Cardona Death Investigation Materials | | | |
| 161 | John Castillo Death Investigation Materials | | | |
| 162 | Christopher Chavez Death Investigation Materials | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 163 | Clifton Choyce Death Investigation Materials | | | |
| 164 | Diego Duenas Death Investigation Materials | | | |
| 165 | Jordan Dupree Death Investigation Materials | | | |
| 166 | Robert Evitts Death Investigation Materials | | | |
| 167 | Lakeith Ford Death Investigation Materials | | | |
| 168 | Armando Gonzales Death Investigation Materials | | | |
| 169 | Elizabeth Hagerty Death Investigation Materials | | | |
| 170 | Adrian Hayward Death Investigation Materials | | | |
| 171 | Carlos Hernandez Death Investigation Materials | | | |
| 172 | Clifford Hill Death Investigation Materials | | | |
| 173 | John Hurst Death Investigation Materials | | | |
| 174 | Michael Ingram Death Investigation Materials | | | |
| 175 | Antonio Ishmon Death Investigation Materials | | | |
| 176 | Marshall Isome Death Investigation Materials | | | |
| 177 | Anthony Jennings Death Investigation Materials | | | |
| 178 | Brian Loud Death Investigation Materials | | | |
| 179 | Marcus Lumpkins Death Investigation Materials | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 180 | Iram Maynez Death Investigation Materials | | | |
| 181 | Michael McCann Death Investigation Materials | | | |
| 182 | Paul Morales Death Investigation Materials | | | |
| 183 | Joel Morris Death Investigation Materials | | | |
| 184 | Jamie Nonn Death Investigation Materials | | | |
| 185 | Andres Ortiz Death Investigation Materials | | | |
| 186 | Stephen Pardue Death Investigation Materials | | | |
| 187 | Michael Peek Death Investigation Materials | | | |
| 188 | Peyton Pendley Death Investigation Materials | | | |
| 189 | Paul Rojas Death Investigation Materials | | | |
| 190 | Eddie Sanchez Death Investigation Materials | | | |
| 191 | John Skinner Death Investigation Materials | | | |
| 192 | Jon Anthony Southards Death Investigation Materials | | | |
| 193 | Cantrell Spears Death Investigation Materials | | | |
| 194 | Arelandis Spiller Death Investigation Materials | | | |
| 195 | Johnny Teeters Death Investigation Materials | | | |
| 196 | Olga Torres Death Investigation Materials | | | |
| 197 | Allen Turner Death Investigation Materials | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 198 | Adam Williams Death Investigation Materials | | | |
| 199 | Clint Wilson Death Investigation Materials | | | |
| 200 | Patrick Womack Death Investigation Materials | | | |
| 201 | Marvin Wyatt Death Investigation Materials | | | |
| 202 | Juan Young Death Investigation Materials | | | |
| 203 | Collier's Response to Interrogatory No. 2, *Webb v. Livingston* (January 30, 2017) | | | |
| 204 | Mr. Collier's Response to Interrogatory No. 2, *Tiede v. Collier* (July 15, 2024) | | | |
| 205 | Mr. Collier's Response to Interrogatory No. 6, *Tiede v. Collier* (July 15, 2024) | | | |
| 206 | Inmate and Employees Heat-Related Illnesses Mr. Collier's Responses to Interrogatory Nos. 8 & 9, *Tiede v. Collier* (July 15, 2024) | | | |
| 207 | Spreadsheet of TDCJ Employees' Workers' Compensation Complaints, Mr. Collier's Response to Interrogatory No. 10, *Tiede v. Collier* (July 15, 2024) | | | |
| 208 | Bernhardt Tiede's Housing Placements, Mr. Collier's Response to Interrogatory No. 15, *Tiede v. Collier* (July 15, 2024) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 209 | TDCJ's Livestock Management Policies, Mr. Collier's Response to Request for Production No. 17, *Tiede v. Collier* (July 15, 2024) | | | |
| 210 | Bernhardt Tiede's Medical Records, Mr. Collier's Response to Request for Production No. 20, *Tiede v. Collier* | | | |
| 211 | Inmates' Lawsuits re: Heat-Related Issues, Mr. Collier's Response to Request for Production No. 21, *Tiede v. Collier* | | | |
| 212 | Audio File – J. Wilson Hang up (July 7, 2024) | | | |
| 213 | Audio File – J. Wilson Request for Check (July 7, 2024) | | | |
| 214 | Audio File – Follow up call on WC (July 7, 2024) | | | |
| 215 | Appropriations Committee—S/C on Arts. I, IV, & V (Feb. 14, 2019) | | | |
| 216 | Corrections Committee Collier Testimony (March 21, 2019) | | | |
| 217 | Collier Testimony to Texas State House Committee on Corrections (April 21, 2021) | | | |
| 218 | 87th Legislature Corrections Committee (Sept. 27, 2021) | | | |
| 219 | Appropriations Committee Hearing (July 12, 2022) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 220 | TDCJ Public Information Request (Aug. 31, 2023) | | | |
| 221 | Letter from Elizabeth Guthrie to Lioness (May 28, 2024) | | | |
| 222 | Letter from Samantha Rodman to Lioness (June 10, 2024) | | | |
| 223 | Mr. Collier's Heat-Related Meetings, Mr. Collier's Response to Request for Production No. 5, *Tiede v. Collier* | | | |
| 224 | TDCJ's Temperature Reports, Mr. Collier's Responses to Request for Production Nos. 7, 8, 10, *Tiede v. Collier* | | | |
| 225 | Clifton Buchanan and Dr. Carlee Purdum Testimony at House Appropriations Committee (July 12, 2022) | | | |
| 226 | Collier Testimony at House Appropriations Committee (July 12, 2022) | | | |
| 227 | TDCJ's Cost Estimates, Mr. Collier's Response to Request for Production No. 14, *Tiede v. Collier* | | | |
| 228 | Heat-Related Grievances, Mr. Collier's Response to Request for Production No. 15, *Tiede v. Collier* | | | |
| 229 | Heat-Related WC Complaints, Mr. Collier's Response to Request for Production No. 24, *Tiede v. Collier* | | | |
| 230 | TDCJ Temperature Logs | | | |
| 231 | Sanctions Order, *Cole v. Collier* (Dec. 11, 2019) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 232 | Heat Preparedness Posters and Pocket Card | | | |
| 233 | TDCJ Heat Related Illness Video (2017) | | | |
| 234 | TDCJ Heat Related Illness Video (2014) | | | |
| 235 | TDCJ Heat Related Illness Patient Education Video | | | |
| 236 | TDCJ Seasonal Preparedness Memos | | | |
| 237 | Dr. Jeanette Cross CV | | | |
| 238 | Picture of Mr. Bernhardt Tiede II 2016 | | | |
| 239 | Tiede OAG Medical Records (2023) | | | |
| 240 | Tiede Huntsville Memorial Medical Records | | | |
| 241 | Video of Mr. Tiede 1 | | | |
| 242 | Video of Mr. Tiede 2 | | | |
| 243 | Video of Mr. Tiede 3 | | | |
| 244 | Video of Mr. Tiede 4 | | | |
| 245 | Video of Mr. Tiede 5 | | | |
| 246 | Video of Mr. Tiede 6 | | | |
| 247 | Video of Mr. Tiede 7 | | | |
| 248 | Video of Mr. Tiede 8 | | | |
| 249 | Video of Mr. Tiede 9 | | | |
| 250 | Emailed Attachments from A. Carter | | | |
| 251 | Paul S. Uribe, M.D. CV | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 252 | Luis Sanchez Death Investigation Materials | | | |
| 253 | Marcus Lumpkins Death Investigation Materials | | | |
| 254 | Mr. Collier's Responses to Plaintiffs' First Set of Interrogatories (July 22, 2024) | | | |
| 255 | Official Transcript of TDCJ Rule 30(b)(6) Witness David Sweetin (July 25, 2024) | | | |
| 256 | Order for Preliminary Injunction, *Cole v. Livingston* (June 21, 2016) | | | |
| 257 | Memorandum and Order Granting Class Certification, *Cole v. Livingston* (Jan. 22, 2016) | | | |
| 258 | Memorandum and Opinion regarding Preliminary Injunction, *Cole v. Collier* (July 19, 2017) | | | |
| 259 | Memorandum and Order regarding Sanctions, *Cole v. Collier* (Dec. 11, 2019) | | | |
| 260 | TDCJ's Second Supplemental Responses to Webb's First Set of Interrogatories, *Webb v. Livingston* (June 29, 2017) | | | |
| 261 | TDCJ's Third Supplemental Responses to Webb's First Set of Interrogatories, *Webb v. Livingston* (June 29, 2017) | | | |
| 262 | Mr. Collier's Responses to Plaintiff's First Set of Requests for Production (July 22, 2024) | | | |

*Tiede v. Collier* – **Plaintiffs' Second Amended List of Exhibits for Preliminary Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Date Admitted |
|---|---|---|---|---|
| 263 | Declaration of Dr. Jeanette Cross with Attachments (Aug. 29, 2023) | | | |
| 264 | Messages between Brittany Robertson and Jason Lee Wilson (May-July 2024) | | | |
| 265 | Email from Kate Blifford to Bryan Collier, *et al.* (July 11, 2022) | | | |
| 266 | Texas Department of Criminal Justice Self-Evaluation Report (August 31, 2023) | | | |
| 267 | *KCBD Investigates: TDCJ requests millions in funding to help with staffing crisis* (Oct. 12, 2022) | | | |
| 268 | TDCJ Report Temperatures and Temperature Related Deaths FY 22 | | | |
| 269 | Texas Prison Letter from Christopher Flores (July 22, 2024) | | | |
| 270 | TDCJ Report Monitoring of Temperatures and Temperature Related Deaths FY 21 | | | |
| 271 | Email to Brad Livingston from Lannette Linthicum (June 26, 2009) | | | |

DATED this 30th day of July, 2024.    Respectfully submitted,

/s/ Kevin D. Homiak

Thomas A. Olsen (*pro hac vice*)
Kevin D. Homiak (*pro hac vice*)
Ellen R. Blatt (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:    olsen@wtotrial.com
        homiak@wtotrial.com
        blatt@wtotrial.com

Erica Grossman (*pro hac vice*)
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
Telephone:    303.860.1331
Email:    erica@hheglaw.com

Jodi Cole
Texas Bar No. 24045602
Law Office of Jodi Cole, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575
Email:    jcole@jodicole.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
Edwards Law
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:    jeff@edwards-law.com
              david@edwards-law.com
              lisa@edwards-law.com
              paul@edwards-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on July 30, 2024, I served the foregoing on all counsel of record through the court's CM/ECF e-filing system.


*/s/ Kevin D. Homiak*
Kevin D. Homiak