IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BERNHARDT TIEDE, II; TEXAS PRISONS §
COMMUNITY ADVOCATES; BUILD UP, §
INC. *a/k/a* JUSTICE IMPACTED WOMEN'S §
ALLIANCE; TEXAS CITIZENS UNITED §
FOR REHABILITATION OF ERRANTS; §
and COALITION FOR TEXANS WITH §
DISABILITIES, §
§
      Plaintiffs, §
§
v. §            1:23-CV-1004-RP
§
BRYAN COLLIER, *in his official capacity as* §
*Executive Director of Texas Department of Criminal* §
*Justice*, §
§
      Defendant. §

## ORDER REGARDING AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**IT IS ORDERED** that the Court's Amended Order for Amended Writ of Habeas Corpus Ad Testificandum, (Dkt. 117), is **WITHDRAWN IN PART**. The Warden for the John B. Connally Unit, 899 FM 632 Kenedy, Texas 78119, or any authorized officer, is notified that there is no longer a need to produce Bernhardt Tiede II, TDCJ ID #00864378, now confined at the John B. Connally Unit in Kenedy, Texas, to the United States District Court for the Western District of Texas, Austin Division, Courtroom 4, on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX 78701, on Wednesday, July 31, 2024.

      **SIGNED** on July 30, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE