RECEIVED

JUL 26 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED

JUL 26 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BERHARDT TIEDE II, et al.,
        Plaintiffs

VS.                                      Civil Action No. 1:23-CV-1004-RP

BRYAN COLLIER, et al.,
        Defendants.

### INTERVENOR'S MOTION TO INTERVENE

TO THE HONORABLE U.S. DISTRICT COURT JUDGE ROBERT PITMAN:

Intervenor, CLIFFORD FAIRFAX, pursuant to the provisions Rule 24 of Federal Rules of Civil Procedure, files this motion to intervene pro se and would respectfully show unto this honorable U.S. District court as follows:

### Relief Sought

Intervenor moves this court for an order permitting

him to intervene as a plaintiff in this action as a matter of right under Rule 24 (a) of Federal Rules of Civil Procedure or in the alternative, allowing him permissive intervention as a plaintiff in the matter under Rule 24 (b) of Federal Rules of Civil Procedure

## Grounds for Intervention

Intervenor, Clifford Fairfax, is entitled to intervene in this action as a matter of right because:

1. He is presently held in custody in TDCJ-CID on the Charles T. Terrell Unit by virtue of parole revocation warrant returning him back, in prison on bogus technical parole violation charges, and being housed on the Terrell Unit in a without air-conditioning inmate living area and bed, and despite of his serious medical conditions... which makes him medically vulnerable to have heat related illnesses.

2. He is one of the putative class of 85,000 TDCJ prison inmates who is at risk of serious medical harm and possible death... if left without air conditioning over the summer(s).

3. Defendants and their agents are deliberately

exposing him, and other inmates to excessive and extreme heat temperature conditions in TDCJ-CID, and as well as the Defendants and their agents refuses to comply with their own TDCJ's Administrative Directive Number AD-10.64 "Excessive Heat Conditions" procedures and also refuses to implement additional heat mitigation measures.

3. Defendants and their agents are forcing him to work in the Terrell Unit Cannery which does not have air-conditioning and always have a heat index of $103°-143°$ degrees in the summer, and despite of his TDCJ HSM-18 Medical No Humidity Extremes and No Temperature Extremes Work Restrictions.

4. Therefore, intervenor Clifford Fairfax has an unconditional right to intervene in this action as a party plaintiff in this action under 42 U.S.C. § 1983, 42 U.S.C. § 12101, and 29 U.S.C. § 701.

In the alternative, intervenor Clifford Fairfax should be granted permissive intervention under Rule 24 (b) because:

1. His claims and those of the representative plaintiffs in this action have obvious common questions of law and fact. If not, this action would not have been declared by this Court.... a "putative

class of 85,000 TDCJ prisoners."

2. The addition of intervener Clifford Fairfax as a party plaintiff in this action will not unduly delay or prejudice any party. As noted above, this motion to intervene is being brought pursuant to Rule 24 and in a timely manner.

WHEREFORE, Intervenor Clifford Fairfax prays that this Court enter an Order granting him to intervene as a plaintiff in this action.

Respectfully submitted,

CLIFFORD FAIRFAX
Intervenor, Pro se
TDCJ # 418151
1300 FM 655 - Terrell Unit
Rosharon, Texas
77583

4



CLIFFORD FAIRFAX
TDCJ # 418151  418151
1300 FM 655 - Terrell Unit
Rosharon, Texas  77583

LEGAL MAIL

HOUSTON TX RPDC 773
23 JUL 2024  PM 1 L

SCREENED BY CSO
JUL 2 6 2024

Clerk of the Court
U.S. District Court
Western District of Texas
501 W. 5th Street Ste. 2100
Austin, Texas  78701-3862

78701-381399