IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. A/K/A JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES,<br>*Plaintiffs,*<br><br>v.<br><br>BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice,<br>*Defendants.* | § § § § § § § § § § § § § § § § § § | Civil Action No.:<br>1:23-CV-01004-RP |

### DEFENDANT'S CROSS-DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCTION HEARING

Defendant Bryan Collier, in his official capacity as Executive Director of the Texas Department of Criminal Justice ("TDCJ"), respectfully files his objections to Plaintiffs' Deposition Designations for Preliminary Injunction Hearing [ECF No. 155]. Plaintiffs' designations are an incomplete and cherry-picked montage of the testimony given by the witness. Although Defendant objects to the admission of the testimony in its entirety due to the availability of the witness to testify live, Defendant now supplements Plaintiffs' designations to comply with the rule of optional completeness. Defendant's cross-designations in this report are not intended to for purposes of admission by Defendant but are simply to give the Court a more complete representation of the questioning and the testimony, and to include Defendant's objections.

| | **PLAINTIFF'S DESIGNATIONS** | **DEFENDANT'S CROSS-DESIGNATIONS** | **OBJECTIONS** | **COURT RULING** |
|---|---|---|---|---|
| 1. | 8:9 – 9:8 | --- | | |
| 2. | 20:10 – 20:15 | 19:25 – 20:23 | | |
| 3. | 20:19 – 20:23 beginning with "Mr. Collier, despite" | 19:25 – 20:23 | | |
| 4. | 26:2 – 26:7 | --- | Outside the scope; asked and answered | |
| 5. | 26:13 – 26:14 | 25:1 – 26:25 | | |
| 6. | 27:1 – 27:4 | 27:1 – 28:14 | Outside the scope; | |
| 7. | 28:9 – 29:9 beginning with "is it really" | --- | | |
| 8. | 29:16 – 29:21 | --- | Outside the scope | |
| 9. | 29:23 – 30:3 | --- | | |
| 10. | 30:1 – 30:3 | --- | | |
| 11. | 38:1 – 38:12 beginning "And you're in the" | 38:1 – 39:11 | | |
| 12. | 39:2 – 39:11 | --- | | |
| 13. | 40:15 – 40:25 | 40:7 – 40:25 | | |
| 14. | 41:9 – 41:12 | --- | | |
| 15. | 42:16 – 43:4 beginning with "So Director Collier" ending with "correct" | 42:6 – 43:4 | | |
| 16. | 43:11 – 43:16 | 43:11 – 43:24 | | |
| 17. | 43:25 – 43:25 | 43:25 – 45:5 | | |
| 18. | 44:1 – 44:3 | 43:25 – 45:5 | | |
| 19. | 45:6 – 45:18 | 45:6 – 46:18 | | |
| 20. | 50:4 – 50:11 beginning "Whether" ending with "yes." | 50:4 – 52:5 | | |
| 21. | 65:24 – 66:1 | 65:20 – 66:1 | | |
| 22. | 69:13 – 69:24 beginning "so you're telling" | 69:1 – 70:4 | | |
| 23. | 70:19 – 70-24 | 70:19 – 71:14 | | |
| 24. | 71:15 – 71:18 | 71:15 – 71:18; 71:24 – 72:5 | | |
| 25. | 72:6 – 72:17 | 72:6 – 72:17; 72:23 – 72;25 | | |
| 26. | 77:1 – 77:11 | 77:1 – 79:19 | | |

| # | | | | |
|---|---|---|---|---|
| 27. | 80:7 – 81:1 | 80:4 – 81:1 | | |
| 28. | 99:17 – 100:3 | 99:17 – 100:12 | | |
| 29. | 100:13 – 100:17 | --- | | |
| 30. | 109:19 – 110:17 | 109:10 – 111:8 | | |
| 31. | 111:1 – 111:8 | 109:10 – 111:8 | | |
| 32. | 120:3 – 120:10 | 117:8 – 120:10 | | |
| 33. | 129:13 – 129:20 | 128:19 – 128:22 | Misstates testimony | |
| 34. | 129:22 – 129:22 | 128:19 – 128:22 | | |
| 35. | 131:12 – 132:10 | 130:17 – 132:25 | | |
| 36. | 132:17 – 132:25 | 130:17 – 132:25 | | |
| 37. | 133:13 – 133:16 | --- | Outside the scope | |
| 38. | 133:18 – 133:25 | --- | | |
| 39. | 134:1 -134:5 | 134:1 – 134:10 | | |
| 40. | 134:11 – 134:13 | --- | Outside the scope | |
| 41. | 134:15 – 134:23 | 134:15 – 134:25 | Outside the scope | |
| 42. | 134:25 –134:25 | 134:15 – 134:25 | | |
| 43. | 135:1 – 135:6 | --- | Outside the scope | |
| 44. | 135:8 – 135:12 | --- | Outside the scope | |
| 45. | 135:14 – 135:14 | --- | | |
| 46. | 136:25 – 137:8 beginning "Now, 2022 and 2023" | 136:25 – 137:8 | | |
| 47. | 138:1 – 138:6 | --- | | |
| 48. | 138:21 – 139:4 through "sir." | 138:21 – 139:7 | | |
| 49. | 141:2 – 141:18 | --- | | |
| 50. | 142:22 – 143:15 | --- | | |
| 51. | 144:8 – 144:13 | --- | | |
| 52. | 145:5 –145:10 | --- | | |
| 53. | 147:25 – 148:13 | --- | | |
| 54. | 150:4 – 150:16 | --- | | |
| 55. | 151:15 – 151:18 | Objection | Argumentative/Assumes facts not in evidence, vague | |
| 56. | 151:20 – 151:22 | --- | | |
| 57. | 153:5 – 153:12 | --- | Misstates testimony | |
| 58. | 153:14 – 153:15 | --- | | |
| 59. | 159:8 – 159:14 | --- | | |
| 60. | 160:11 – 160:23 | --- | Argumentative | |
| 61. | 161:1 – 161:10 beginning "You know there's" | --- | Asked and answered | |
| 62. | 161:12 – 161:19 | 161:12 – 162:21 | Asked and answered | |
| 63. | 161:21 – 161:21 | 161:12 – 162:21 | Asked and answered | |
| 64. | 162:2 – 162:3 | 162:2 – 162:5 | | |
| 65. | 162:5 – 162:5 | 162:2 – 162:5; 163:24 – 164:7 | | |

3

| | | | | |
|---|---|---|---|---|
| 66. | 171:24 – 172:3 | --- | | |
| 67. | 171:25 – 171:25 | --- | | |
| 69. | 172:20 – 172:25 | 172:9-173:7 | Outside the scope, seeking personal testimony | |
| 70. | 173:2 – 173:4 | 172:9-173:7 | Outside the scope, harassing, argumentative | |
| 72. | 174:4 – 174:6 | | Argumentative | |
| 73. | 174:8 – 174:15 | --- | | |
| 74. | 177:22 -177:25 | --- | | |
| 75. | 193:20 – 193:23 | --- | | |
| 76. | 194:12 – 194:22 | --- | | |
| 77. | 195:20 – 195:25 | 195:20 – 196:2 | | |
| 78. | 196:1 – 196:2 | 195:20 – 196:2 | | |
| 79. | 198:16 – 198:24 | --- | | |
| 80. | 199:15 – 199:17 | --- | Speculation/Lay Witness/Compound | |
| 81. | 199:19 – 199:25 | --- | | |
| 82. | 200:1 – 200:4 | --- | Speculation/Lay Witness | |
| 83. | 200:6 – 200:11 | --- | | |
| 84. | 201:5 – 201:10 | 201:5 – 201:12 | Argumentative | |
| 85. | 201:13 – 201:16 | --- | Compound | |
| 86. | 201:18 – 201:19 | --- | | |
| 87. | 202:20 – 202:23 | --- | | |
| 88. | 203:2 – 203:8 | --- | | |
| 89. | 205:7 – 205:14 | --- | Speculation/Lay Witness | |
| 90. | 205:16 – 205:23 | --- | Speculation/Lay Witness | |
| 91. | 205:25 – 205:25 | --- | | |
| 92. | 206:1 – 206:5 | --- | Speculation/Lay Witness | |
| 93. | 206:7 – 206:7 | --- | | |
| 94. | 214:1 – 214:4 | 214:1 – 214:4; 214:23 – 214:25 | | |
| 95. | 222:17 – 222:19 | --- | Speculation | |
| 96. | 222:21 – 222:21 | --- | | |
| 97. | 224:5 – 224:8 | 224:5 – 225:7 | | |
| 98. | 229:22 – 229:25 | --- | | |
| 99. | 230:1 – 230:2 | | Speculation/Compound/Lay Witness | |
| 100. | 230:4 – 230:4 | 230:4 – 230:14 | | |
| 101. | 231:5 – 231:22 | 231:5 – 231:23 | Relevance | |
| 102. | 231:24 – 231:25 | --- | Speculation/Compound Counsel Testifying | |
| 103. | 232:1 – 232:4 | --- | Speculation/Compound Counsel Testifying | |
| 104. | 232:6 – 232:11 | 232:6 – 232:12 | Counsel Testifying | |
| 105. | 232:13 – 232:17 | 232:13 – 232:18 | Vague (all times) | |

4

| | | | | |
|---|---|---|---|---|
| 106. | 232:19 – 232:22 | 232:19 – 232:23 | Speculation | |
| 107. | 232:24 – 232:24 | 232:24 – 233:8 | | |
| 108. | 233:9 -233:15 | 233:9 – 233:15; 233:23 – 234:2 | | |
| 109. | 234:3 – 234:7 | --- | Compound | |
| 110. | 234:9 – 234:10 | --- | | |
| 111. | 235:16 – 235:25 beginning "when a prison is" | 235:15 – 236:15 | | |
| 112. | 237:14 – 237:19 | 237:14 – 237:19; 237:25 – 238:21 | | |
| 113. | 239:15 – 239:25 | 239:2 – 239:14 | | |
| 114. | 240:1 – 240:4 | 240:1 – 240:5 | Argumentative/Leading | |
| 115. | 240:6 – 240:16 | 240:6 – 240:17 | Argumentative | |
| 116. | 240:18 – 240:18 | 240:18 – 240:24; 241:22 – 241:25 | Argumentative/Relevance | |
| 117. | 242:10 – 242:14 | 242:2 – 242:16 | Argumentative/Speculation | |
| 118. | 242:16 – 242:16 | --- | | |
| 119. | 242:3 – 242:8 | --- | Ambiguous/Vague | |
| 120. | 242:24 – 242:25 | 242:22 – 243:1 | Argumentative/Leading | |
| 121. | 243:3 -243:8 | 243:3 – 243:16 | | |
| 122. | 244:8 – 244:25 | 244:8 – 245:3 | Argumentative | |
| 123. | 245:1 – 245:2 | 244:8 – 245:3 | Argumentative | |
| 124. | 245:4 - 245:9 | 245:4 – 245:10 | Compound | |
| 125. | 245:11 – 245:14 | 245:11 – 245:15 | Speculation/Lay Witness/ Mischaracterization of Evidence | |
| 126. | 245:16 – 245:25 | 245:16 – 246:17 | | |
| 127. | 246:1 – 246:4 | 245:16 – 246:17 | | |
| 128. | 246:18 – 246:23 | 246:18 – 246:24 | Speculation/Compound | |
| 129. | 247:2 – 247:4 beginning "but you would agree" | 246:25 – 247:5 | Argumentative; Inflaming Jury (dead yet); Mischaracterization of Evidence | |
| 130. | 247:6 – 247:11 | 247:6 – 247:24 | | |
| 131. | 247:25 – 247:25 | 247:25 – 248:4 | Argumentative/Speculation | |
| 132. | 248:1 – 248:3 | 247:25 – 248:4 | Argumentative/Speculation | |
| 133. | 248:5 – 248:10 | --- | | |
| 134. | 248:16 – 248:25 | 248:16 – 250:1 | | |
| 135. | 249:1 – 249:2 | 248:16 – 250:1 | | |
| 136. | 250:2 – 250:11 | --- | | |
| 137. | 251:9 – 251:23 | 251:9 – 252:11 | | |
| 138. | 252:12 – 252:23 | --- | | |
| 139. | 253:15 – 253:22 | 253:13–14 | | |
| 140. | 257:18 – 257:25 | 257:15 – 258:1 | | |
| 141. | 258:1 – 258:1 | 257:15 – 258:1 | | |

5

| | | | | |
|---|---|---|---|---|
| 142. | 260:15 – 260:18 | 260:19 | | |
| 143. | 260:20 – 260:25 | --- | | |
| 144. | 261:1 – 261:1 | --- | | |
| 145. | 261:6 – 261:9 | 261:6 – 261:10 | Vague, Argumentative/Counsel Testifying, Lack of Foundation/Speculation | |
| 146. | 261:11 – 261:14 | 261:11 – 262:5 | | |
| 147. | 262:6 – 262:14 | 262:6 – 263:1 | | |
| 148. | 262:20 – 262:25 beginning "Do you understand?" | --- | | |
| 149. | 263:1 – 263:2 | 263:1 – 263:3 | Argumentative, harassing, scope, lack of foundation | |
| 150. | 263:4 – 263:9 | 263:4 – 263:10 | Argumentative/harassing, scope, lack of foundation | |
| 151. | 263:11 – 263:14 | -- | | |
| 152. | 265:4 – 265:14 | 264:1–265:3 | Argumentative/Speculation | |
| 153. | 265:16 – 265:16 | 265:16 – 266:3 | | |
| 154. | 266:4 – 266:24 | 266:4 – 266:25 | Argumentative/Counsel Testifying, Harassing by not allowing witness to complete his response. | |
| 155. | 267:1 – 267:5 | 267:1 – 267:6 | Asked and Answered, Argumentative, Speculation, Harassment of Witness, Vague, Compound | |
| 156. | 267:7 – 267:20 | 267:7 – 267:21 | Asked and Answered, Argumentative, Vague | |
| 157. | 267:11 – 267:25 | --- | Asked and Answered, Argumentative, Calls for Speculation | |
| 158. | 268:1 – 268:9 | 268:1 – 268:10 | Asked and Answered, Lay Witness/Lack of Foundation/Speculation | |
| 159. | 268:11 – 268:19 | 268:11 – 268:20 | Lay Witness/Lack of Foundation/Speculation | |
| 160. | 268.21 – 268.21 | --- | | |
| 161. | 269:4 – 269:7 | 269:4 – 269:8 | Calls for Speculation | |
| 162. | 269:9 -269:9 | 269:9 – 269:17 | | |
| 163. | 269:18 – 269:25 | 269:18 – 270:2 | Asked and Answered, Argumentative | |
| 164. | 270:1 – 270:1 | 269:18 – 270:2 | Asked and Answered, Argumentative | |
| 165. | 270:3 – 270:11 | 270:3 – 270:12 | Argumentative | |
| 166. | 270:13 – 270:18 | 270:13 – 270:19 | Vague, Argumentative | |

6

| | | | | |
|---|---|---|---|---|
| 167. | 270:20 – 270:25 | --- | | |
| 168. | 271:1 – 271:13 | 271:1 – 271:14 | Asked and Answered, Argumentative | |
| 169. | 271:15 – 271:25 | --- | | |
| 170. | 272:1 – 272:11 | 272:1 – 272:12 | Argumentative, Calls for Speculation | |
| 171. | 272:13 – 272:15 | 272:13 – 272:16 | Vague, Argumentative | |
| 172. | 272:17 – 272:25 | 272:17 – 273:3 | Argumentative, Lay Witness, Calls for Speculation | |
| 173. | 273:1 – 273:2 | 272:17 – 273:3 | Argumentative, Lay Witness, Calls for Speculation | |
| 174. | 273:4 – 273:12 | 273:4 – 273:13 | Asked and Answered | |
| 175. | 273:14 – 273:23 | 273:14 – 273:24 | Calls for Speculation | |
| 176. | 273:25 – 273:25 | --- | | |
| 177. | 274:1 – 274:3 | 274:1 – 274:4 | Outside the Scope | |
| 178. | 274:5 – 274:10 | 274:5 – 274:11 | Outside the Scope | |
| 179. | 274:12 – 274:25 | --- | | |
| 180. | 275:1 – 275:11 | 275:1 – 275:12 | Calls for Speculation | |
| 181. | 275:13 – 275:25 | 275:13 – 276:3 | Argumentative, Calls for Speculation | |
| 182. | 276:1 – 276:2 | 275:13 – 276:3 | Argumentative, Leading, Calls for Speculation | |
| 183. | 276:4 – 276:8 | 276:4 – 276:10 | Outside the Scope, Asked and Answered, Calls for Speculation | |
| 184. | 276:11 – 276:20 | 276:11 – 276:21 | Asked and Answer, Argumentative, | |
| 185. | 276:22 – 276:25 | --- | | |
| 186. | 277:1 – 277:2 | --- | | |
| 187. | | | Outside the Scope | |
| 189. | 277:20 – 277:25 | --- | | |
| 190. | 278:1 – 278:3 | --- | | |
| 191. | 278:11 – 278:25 | 278:11 – 279:1 | Asked and Answered, Mischaracterization of Testimony, Vague | |
| 192. | 279:2 – 279:2 | 279:2 – 279:3 | | |
| 193. | 279:4 – 279:9 | 279:4 – 279:19 | Argumentative, Mischaracterization of the Evidence, Harassment of Witness | |
| 194. | 279:11 – 279:11 | 279:11 – 279:19 | | |
| 195. | 279:20 – 279:25 | 279:20 – 280:1 | Argumentative, Mischaracterization of Testimony, Calls for Speculation | |
| 196. | 280:2 – 280:3 | --- | | |

7

| | | | | |
|---|---|---|---|---|
| 197. | 280:8 – 280:15 | 280:8 – 280:16 | Argumentative, Calls for Speculation | |
| 198. | 280:17 – 280:21 | --- | | |
| 199. | 281:4 – 281:14 | 281:4 – 282:15 | Compound, Calls for Speculation, Vague, Argumentative, Lay Witness | |
| 200. | 282:16 – 282:25 | 282:16 – 283:17 | | |
| 201. | 283:18 – 283:19 | 283:18 – 283:20 | Argumentative, Mischaracterization of Testimony | |
| 202. | 283:21 – 283:23 | 283:21 – 283:24 | Argumentative, Mischaracterization of Testimony | |
| 203. | 283:25 – 283:25 | 283:25 – 284:5 | | |
| 204. | 284:1 – 284:2 | 283:25 – 284:5 | | |
| 205. | 284:4 – 284:6 | 284:4 – 284:7 | Argumentative, Mischaracterization of Testimony | |
| 206. | 284:8 – 284:12 | 284:8 – 284:14 | Argumentative, Mischaracterization of Evidence, Asked and Answered | |
| 207. | 284:14 – 284:14 | 284:8 – 284:14; 285:5 – 285:13 | Argumentative, Mischaracterization of Evidence, Asked and Answered | |
| 208. | 286:10 – 286:14 | 286:10 – 286:16 | Outside the Scope, Calls for Speculation, Vague | |
| 209. | 286:17 – 286:25 | --- | | |
| 210. | 287:1 – 287:4 | --- | | |
| 211. | 292:6 – 292:8 | 292:6 – 292:9 | Argumentative, Vague | |
| 212. | 292:10 – 292:10 | 292:6 – 292:9 | Argumentative, Vague | |
| 213. | 292:20 – 292:23 | --- | | |
| 214. | 294:11 – 294:23 | 294:11 – 294:23; 295:2 – 295:9 | | |
| 215. | 304:5 – 304:7 | Form; 304:5 – 304:8 | Vague | |
| 216. | 304:9 – 304:25 | Form; 304:9 – 305:4 | Compound, Argumentative | |
| 217. | 305:1 – 305:2 | Form; 304:9 – 305:4 | Compound, Argumentative | |
| 218. | 305:4 – 305:4 | Form; 304:9 – 305:4 | Compound, Argumentative | |
| 219. | 305:11 – 305:16 | 305:11 – 305:19 | Outside the scope; | |
| 220. | 305:18 – 305:19 | 305:11 – 305:19 | Outside the scope; | |
| 221. | 306:1 – 306:12 | 306:1 – 306:14 | Outside the scope | |

8

| | | | | |
|---|---|---|---|---|
| 222. | 306:14 – 306:14 | 306:1 – 306:14 | Outside the scope | |
| 223. | 307:8 – 307:11 | 307:8 – 307:14 | Outside the scope | |
| 224. | 307:13 – 307:14 | 307:8 – 307:14 | Outside the scope; | |
| 225. | 309:1 – 309:9 | 309:1 – 309:14 | Compound, Argumentative | |
| 226. | 309:11 – 309:14 | 309:1 – 309:14 | Compound, Argumentative | |
| 227. | 310:16 – 310:22 beginning "the person on the committee" | 310:16 – 310:22 | | |
| 228. | 313:21 – 313:24 | --- | | |
| 229. | 314:10 – 314:14 beginning with "as you testify" | 314:8 – 314:14 | | |
| 230. | 315:14 – 315:24 | --- | | |

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Abigail K. Carter*
**ABIGAIL K. CARTER**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24126376
Abigail.Carter@oag.texas.gov

P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Office (512) 463-2080/Fax (512) 370-9814

**COUNSEL FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above in accordance with the Electronic Case Files System of the Western District of Texas, Austin Division, on August 1, 2024.

/s/ Abigail K. Carter
**ABIGAIL K. CARTER**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **ABIGAIL K. CARTER**, Assistant Attorney General of Texas, certify that a true copy of the above has been served by via email to all counsel of record through this Court's electronic filing system.

/s/ Abigail K. Carter
**ABIGAIL K. CARTER**
Assistant Attorney General