**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II;** | § | |
| **TEXAS PRISONS COMMUNITY** | § | |
| **ADVOCATES; BUILD UP, INC. A/K/A** | § | |
| **JUSTICE IMPACTED WOMEN'S** | § | |
| **ALLIANCE; TEXAS CITIZENS** | § | |
| **UNITED FOR REHABILITATION OF** | § | |
| **ERRANTS; and COALITION FOR** | § | |
| **TEXANS WITH DISABILITIES,** | § | **Civil Action No.:** |
| *Plaintiffs,* | § | **1:23-CV-01004-RP** |
| | § | |
| **v.** | § | |
| | § | |
| **BRYAN COLLIER, in his official capacity** | § | |
| **as Executive Director of Texas** | § | |
| **Department of Criminal Justice,** | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

---

**DEFENDANT'S CROSS-DESIGNATIONS AND OBJECTIONS TO**
**PLAINTIFFS' DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCTION HEARING**

---

# EXHIBIT A

# David Sweetin

## Designation List Report

**Sweetin, David**                                    **2024-07-25**

| | |
|---|---|
| Plaintiff Designations | 00:34:26 |
| Defendant Cross-Designations | 00:46:28 |
| Overlaps | 00:51:15 |
| **TOTAL RUN TIME** | **02:12:09** |



**ID: DS**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:09 - 9:08 | **Sweetin, David 2024-07-25** | 00:01:06 | **DS.1** |

| | | |
|---|---|---|
| 8:09 | | THE REPORTER:  All right.  Mr. Sweetin, if |
| 8:10 | | you would, raise your right hand and be sworn, please. |
| 8:11 | | (Witness sworn.) |
| 8:12 | | DAVID SWEETIN, |
| 8:13 | | having been first duly sworn, testified as follows: |
| 8:14 | | EXAMINATION |
| 8:15 | | BY MR. EDWARDS: |
| 8:16 | Q. | Would you kindly state your name for the |
| 8:17 | | record, sir. |
| 8:18 | A. | David Sweetin. |
| 8:19 | Q. | And you understand that you're here to testify |
| 8:20 | | as a corporate representative for the Texas Department |
| 8:21 | | of Criminal Justice, or, in this case, for Bryan Collier |
| 8:22 | | in his official capacity? |
| 8:23 | A. | Yes, sir, I understand that. |
| 8:24 | Q. | And you understand that the testimony you give |
| 8:25 | | is as if Bryan Collier in his official capacity is |
| 9:01 | | testifying and that you're representing his interests |
| 9:02 | | and the State's interests? |
| 9:03 | A. | That is correct. |
| 9:04 | Q. | And what have you done to prepare for this |
| 9:05 | | deposition today? |
| 9:06 | A. | I've reviewed policies that the agency has in |
| 9:07 | | place, I've had discussions with counsel, and done a lot |
| 9:08 | | of reviewing of documents. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 19:25 - 20:09 | **Sweetin, David 2024-07-25** | 00:00:46 | **DS.230** |

| | | |
|---|---|---|
| 19:25 | Q. | (BY MR. EDWARDS)  Is there a policy -- is there |
| 20:01 | | a policy, sir, that requires all prisons in TDCJ |
| 20:02 | | operation to be air-conditioned? |
| 20:03 | A. | Now you're saying all prisons?  There is not |
| 20:04 | | one for all prisons, that is correct. |
| 20:05 | Q. | There could be, if Mr. Collier, or whoever led |
| 20:06 | | the Texas Department of Criminal Justice, decided there |
| 20:07 | | ought to be, correct? |
| 20:08 | A. | Again, we work under the direction of the State |
| 20:09 | | of Texas legislators and our Board of Criminal Justice. |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 20:10 - 20:15 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.2** |

| | | |
|---|---|---|
| 20:10 | Q. | Well, I'm just -- you know, earlier you told me |
| 20:11 | | that Mr. Collier was empowered to enact policy at the |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

20:12    department.  Did you make a mistake or were you wrong

20:13    about that?

20:14 A.  Not at all.  No, Mr. Collier very much has the

20:15    ability to make that policy.

| 20:16 - 20:18 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.231** |
|---|---|---|---|

20:16 Q.  Okay.  I'm not asking you whether or not he has

20:17    the funds to fulfill it.  Do you understand the -- look,

20:18    I don't know why you're fighting me on this.  I think

| 20:19 - 20:23 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.3** |
|---|---|---|---|

20:19    the answer is obvious.  Mr. Collier, despite knowing

20:20    about the requirement that all county jails are

20:21    air-conditioned, has not adopted a similar policy in the

20:22    Texas Prison System, has he?

20:23 A.  He has not.

| 25:01 - 26:01 | **Sweetin, David 2024-07-25** | 00:01:21 | **DS.232** |
|---|---|---|---|

25:01 Q.  Are you aware that a federal judge determined

25:02    that the warden, in his official capacity and the lead

25:03    administrator, head of the agency for the Texas

25:04    Department of Criminal Justice, in his official

25:05    capacity, acted with deliberate indifference to the

25:06    health and safety of the inmates at the Pack Unit?

25:07 A.  I don't know specifically what the charge was,

25:08    but I do know that there was a lawsuit that we worked

25:09    through at the Pack Unit.  I didn't read the actual

25:10    lawsuit.  That was long after I had left the Pack Unit,

25:11    so I can't tell you specifically what that -- what those

25:12    documents said.

25:13 Q.  Well, you were the Deputy Director For

25:14    Facilities when the order from the federal Judge, Keith

25:15    Ellison, came out.  You've never read it, sir?

25:16    MR. CALB:  Objection; asked and answered.

25:17 A.  The Deputy Director For Facilities is not over

25:18    all the CID units.

25:19 Q.  (BY MR. EDWARDS)  Unfortunately, we're going to

25:20    be here a while.  Do you understand that -- here's my

25:21    request, that you answer the question I ask.  Do you

25:22    think that that's a reasonable request for me to make to

25:23    you?

25:24 A.  Sure, and I think I'm doing that, sir.

25:25 Q.  Okay.  Well, let me -- I'll try again, then.

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 26:01    Maybe it's me. | | |
| 26:02 - 26:07 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.4** |
| | 26:02    Did you ever read Judge Ellison's order | | |
| | 26:03    finding that TDCJ and its administrators, particularly | | |
| | 26:04    the head of the agency and the warden at the time, acted | | |
| | 26:05    with deliberate indifference in the way they failed to | | |
| | 26:06    protect inmates from the dangers of extreme heat.  Did | | |
| | 26:07    you ever read that order? | | |
| 26:08 - 26:12 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.235** |
| | 26:08    A.  I -- | | |
| | 26:09    MR. CALB:  Objection; beyond the scope. | | |
| | 26:10    Objection; asked and answered. | | |
| | 26:11    Q.  (BY MR. EDWARDS)  Did you say you hadn't read | | |
| | 26:12    it? | | |
| 26:13 - 26:14 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.5** |
| | 26:13    A.  No, sir.  I'm aware of it, but I have not read | | |
| | 26:14    it. | | |
| 26:15 - 26:25 | **Sweetin, David 2024-07-25** | 00:00:44 | **DS.233** |
| | 26:15    Q.  You don't know what's in it, do you? | | |
| | 26:16    A.  Some of it, yes, sir. | | |
| | 26:17    Q.  Well -- | | |
| | 26:18    A.  You're asking me very broad terms, and I -- | | |
| | 26:19    Q.  I'm just asking if you read it and if you know | | |
| | 26:20    what's in it.  You say -- How do you know some of the -- | | |
| | 26:21    How do you know some of the things that are in it?  How | | |
| | 26:22    do you -- Where does that knowledge come from? | | |
| | 26:23    A.  Various meetings, adoption of certain | | |
| | 26:24    protocols, reaction to certain requirements.  Our -- our | | |
| | 26:25    operating business going forward from that time. | | |
| 27:01 - 27:04 | **Sweetin, David 2024-07-25** | 00:00:13 | **DS.6** |
| | 27:01    Q.  Well, one of the important things of that order | | |
| | 27:02    was that it highlighted the need to provide air | | |
| | 27:03    conditioning for inmates, right? | | |
| | 27:04    A.  That is correct. | | |
| 27:05 - 28:08 | **Sweetin, David 2024-07-25** | 00:02:14 | **DS.234** |
| | 27:05    MR. CALB:  Objection; beyond the scope. | | |
| | 27:06    Q.  (BY MR. EDWARDS)  And I hope you are, but I'll | | |
| | 27:07    ask.  Are you aware that, you know, more than 20 people | | |
| | 27:08    have died because they were exposed to the heat inside | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

27:09    the Texas Prison System since, let's say, 1998?

27:10    MR. CALB:  Objection; vague.

27:11  A.  I am aware that inmates have -- have passed

27:12    away and that there are some that have been credited

27:13    with heat being a cause of the factor, but not the -- or

27:14    associated factor, but not necessarily the causal

27:15    factor.

27:16  Q.  (BY MR. EDWARDS)  What does that mean?

27:17  A.  That means that there was a series of -- of

27:18    ongoing issues related to deaths.  I don't know of any

27:19    death that is -- is a direct result of heat by itself.

27:20    Heat was -- was named as an associated factor, but not

27:21    necessarily the causal factor.

27:22  Q.  Well, do you know that what you just said is

27:23    patently false and not true?

27:24  A.  No, sir.

27:25    MR. CALB:  Objection --

28:01  A.  I'm speaking under oath.  So if I misspoke,

28:02    then --

28:03  Q.  (BY MR. EDWARDS)  Well, that's why I was asking

28:04    you.  Did you misspeak when you said that there are no

28:05    circum -- no deaths that were directly caused by

28:06    exposure to heat?

28:07  A.  Is your question, that were directly related to

28:08    heat?

| 28:09 - 28:14 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.7** |

28:09  Q.  No.  My question was, is it your -- is it

28:10    really your testimony, as the representative of the

28:11    Texas Department of Criminal Justice, that there have

28:12    been no deaths that were in the Texas Prison System that

28:13    were directly caused by exposure to extreme heat?

28:14  A.  Yes, that is my testimony that --

| 28:15 - 29:09 | **Sweetin, David 2024-07-25** | 00:01:39 | **DS.236** |

28:15  Q.  Okay.  And my -- my question to you is, you

28:16    know, knowing that to be not true -- not that you're

28:17    lying, but that the statement you just uttered is not

28:18    true, you -- you believe it is true, fair?

28:19  A.  Absolutely.

28:20  Q.  Okay.  Do you agree that people dying as a

28:21    consequence of exposure to extreme heat is a terrible

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 28:22 | thing that needs to be remedied by the Department of | | |
| | 28:23 | Criminal Justice and its executive director? | | |
| | 28:24 | A. Yes, I would agree that any death is not a good | | |
| | 28:25 | death, anything that's associated with heat would not | | |
| | 29:01 | necessarily be good. | | |
| | 29:02 | Q. Well, I'd say it would be pretty terrible and | | |
| | 29:03 | bad. Would you agree with that? | | |
| | 29:04 | A. Sure, as if -- as any death would be. | | |
| | 29:05 | Q. Sure. Well, I mean, if you know about a | | |
| | 29:06 | dangerous condition in the Texas Prison System, it's the | | |
| | 29:07 | job of the director to -- to fix that dangerous | | |
| | 29:08 | condition, right? | | |
| | 29:09 | A. That would be a fair statement. | | |

| 29:16 - 29:21 | **Sweetin, David 2024-07-25** | 00:00:21 | **DS.8** |
| | 29:16 | Q. And, you know, if there was one death or 20 | | |
| | 29:17 | deaths, you would tell Judge Pittman, you know, if a | | |
| | 29:18 | dangerous condition that we know about is responsible | | |
| | 29:19 | for killing one person, we ought to do everything in our | | |
| | 29:20 | power to fix that dangerous condition and get rid of it, | | |
| | 29:21 | right? | | |

| 29:23 - 30:03 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.9** |
| | 29:23 | A. Yes. | | |
| | 29:24 | Q. (BY MR. EDWARDS) And would you also tell Judge | | |
| | 29:25 | Pittman that you, as an agency, are doing everything in | | |
| | 30:01 | your power to fix the dangerous condition of extreme | | |
| | 30:02 | heat in the Texas Prison System? | | |
| | 30:03 | A. Yes, I would agree with that. | | |

| 30:01 - 30:03 | **Sweetin, David 2024-07-25** | 00:00:13 | **DS.10** |
| | 30:01 | your power to fix the dangerous condition of extreme | | |
| | 30:02 | heat in the Texas Prison System? | | |
| | 30:03 | A. Yes, I would agree with that. | | |

| 38:01 - 38:12 | **Sweetin, David 2024-07-25** | 00:00:39 | **DS.11** |
| | 38:01 | Q. Right. And you're in the process currently of, | | |
| | 38:02 | you know, making retrofits to install, you know, | | |
| | 38:03 | approximately -- I don't know -- ten to 12 or even | | |
| | 38:04 | 13,000, we'll call them cool beds, currently, right? | | |
| | 38:05 | A. 14,000 air-conditioned beds, approximately, | | |
| | 38:06 | yes, sir. | | |
| | 38:07 | Q. And you're doing that because you want to | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

38:08    ameliorate or fix the dangers that extreme heat poses to
38:09    the inmate population and the correctional officer
38:10    population, right?
38:11  A.  We're doing it because we believe it's the
38:12    right thing to do.

| 39:02 - 39:11 | **Sweetin, David 2024-07-25** | 00:00:45 | **DS.12** |
|---|---|---|---|

39:02  Q.  Why is it the right thing to do to
39:03    air-condition the Texas prisons?
39:04  A.  I would say the reason it's the right thing to
39:05    do is because of the increased temperatures that the
39:06    state is seeing, the increase of medication that -- that
39:07    inmates are on as opposed to 20 years ago, 30 years ago,
39:08    40 years ago.  There's a lot of factors that -- that
39:09    exacerbate the need for wanting to air-condition.  So
39:10    for that reason, yes, sir, I believe -- we believe --
39:11    the agency -- that it's the right thing to do.

| 40:07 - 40:14 | **Sweetin, David 2024-07-25** | 00:00:24 | **DS.237** |
|---|---|---|---|

40:07  Q.  And I believe you had also stated that the --
40:08    that the population in the Texas Prison System, it's
40:09    getting older, isn't it, over the last 20 or 30 years.
40:10    Fair?
40:11    MR. CALB:  Objection; beyond the scope.
40:12  Q.  (BY MR. EDWARDS)  I apologize.  I didn't hear
40:13    you over Mr. Calb's objection.  Was that a yes?
40:14  A.  That is correct.

| 40:15 - 40:25 | **Sweetin, David 2024-07-25** | 00:00:43 | **DS.13** |
|---|---|---|---|

40:15  Q.  Okay.  And you understand that when you get
40:16    older, you become more vulnerable to the dangers of
40:17    extreme heat, temperatures above 90, 95 degrees, right?
40:18  A.  Some do, yes.
40:19  Q.  Well, it's -- are you aware of studies -- and
40:20    you're here to talk about studies -- studies that, you
40:21    know, make it pretty evident that the older you get, the
40:22    more vulnerable you are to high temperatures and high
40:23    heat indexes.  Are you aware of that?
40:24  A.  I would say, as a general rule, yes, I'm aware
40:25    of that.

| 41:09 - 41:12 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.14** |
|---|---|---|---|

41:09  Q.  So it is -- you know, it is the goal of the

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 41:10   Texas Department of Criminal Justice to air-condition | | |
| | 41:11       the entire prison system, correct? | | |
| | 41:12   A.  That is correct, yes, sir. | | |
| 42:06 - 42:15 | **Sweetin, David 2024-07-25** | 00:00:44 | **DS.238** |
| | 42:06   Q.  And given that it's -- it's the goal of the | | |
| | 42:07       prison system to provide air conditioning to make the | | |
| | 42:08       environment safe for the inmates and for the | | |
| | 42:09       correctional officers, has TDCJ explored any temporary | | |
| | 42:10       fixes to cool the temperatures down in the Texas prisons | | |
| | 42:11       that have temperatures in the 90s or 100 degrees? | | |
| | 42:12   A.  Yes, sir, we have explored that.  And on some | | |
| | 42:13       units right now, we actually do have temporary | | |
| | 42:14       air-conditioning systems, along with generation -- | | |
| | 42:15       generative capability for the electricity to power them. | | |
| 42:16 - 43:04 | **Sweetin, David 2024-07-25** | 00:00:57 | **DS.15** |
| | 42:16   Q.  Okay.  So let's drill down on that.  So | | |
| | 42:17       Director Collier and the agency are aware that -- that | | |
| | 42:18       there is the possible fix of temporarily | | |
| | 42:19       air-conditioning units, correct? | | |
| | 42:20   A.  In theory?  Yes. | | |
| | 42:21   Q.  Well, not in theory, in reality, right?  Here's | | |
| | 42:22       the reality.  Someone could make a phone call to a | | |
| | 42:23       business that rents air conditioners and temporarily | | |
| | 42:24       install air conditioning at a prison, correct? | | |
| | 42:25   A.  That is correct.  Providing that the equipment | | |
| | 43:01       is available. | | |
| | 43:02   Q.  Sure.  And that's what you-all did at the Pack | | |
| | 43:03       Unit, right? | | |
| | 43:04   A.  Yes, sir, that is correct.  We had -- | | |
| 43:11 - 43:16 | **Sweetin, David 2024-07-25** | 00:00:17 | **DS.16** |
| | 43:11       After you agreed in a settlement following | | |
| | 43:12       an order from a judge saying the agency was deliberately | | |
| | 43:13       indifferent to the health and safety of various inmates | | |
| | 43:14       at the Pack Unit, you agreed to permanently install air | | |
| | 43:15       conditioning at the Pack Unit, correct? | | |
| | 43:16   A.  Yes, sir, that is correct. | | |
| 43:17 - 43:24 | **Sweetin, David 2024-07-25** | 00:00:24 | **DS.239** |
| | 43:17   Q.  And are you aware of what TDCJ testified that | | |
| | 43:18       would cost during the trial in the Pack Unit? | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:19  A.  For the temporary? | | |
| | 43:20  Q.  No, for the permanent installation of air | | |
| | 43:21      conditioning.  Are you aware of what the Texas | | |
| | 43:22      Department of Criminal Justice told Judge Ellison it | | |
| | 43:23      would cost to permanently air-condition the Pack Unit? | | |
| | 43:24  A.  Yes, sir. | | |
| 43:25 - 44:03 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.17** |
| | 43:25  Q.  How much did the Texas Department of Criminal | | |
| | 44:01      Justice tell Judge Ellison it would cost to permanently | | |
| | 44:02      air-condition the Pack Unit? | | |
| | 44:03  A.  Approximately 20 million. | | |
| 44:04 - 45:05 | **Sweetin, David 2024-07-25** | 00:01:37 | **DS.240** |
| | 44:04  Q.  I believe it was 22 million, but let's use -- | | |
| | 44:05      approximately 20 million seems like a candid answer. | | |
| | 44:06      How much did it actually cost to | | |
| | 44:07      permanently install air conditioning at the Pack Unit? | | |
| | 44:08  A.  Approximately 8 million. | | |
| | 44:09  Q.  Well, it cost 4 million.  Isn't that correct, | | |
| | 44:10      sir? | | |
| | 44:11  A.  No, sir, I've -- the number I have is 8 | | |
| | 44:12      million, when the books were finally closed on that, it | | |
| | 44:13      resulted in a total of right at $8 million. | | |
| | 44:14  Q.  It is your contention that it cost $8 million | | |
| | 44:15      to air-condition the Pack Unit? | | |
| | 44:16  A.  That was my understanding, yes, sir. | | |
| | 44:17  Q.  And where does that -- what is the basis for | | |
| | 44:18      that?  Because I'll represent to you that I believe it | | |
| | 44:19      is 4 million.  But it wouldn't be the first time I'm | | |
| | 44:20      wrong.  Perhaps you're adding other things in there, but | | |
| | 44:21      I could be wrong. | | |
| | 44:22      What is the factual basis for you telling | | |
| | 44:23      the court that it cost $8 million to install air | | |
| | 44:24      conditioning at the Pack Unit? | | |
| | 44:25  A.  That was my discussion with Dale Cox yesterday | | |
| | 45:01      to confirm numbers that I was looking at.  I am aware | | |
| | 45:02      that there was a $4 million price that was out there and | | |
| | 45:03      talked about, but I can tell you that at the close of | | |
| | 45:04      that project, after everything was in, it totaled 8 | | |
| | 45:05      million. | | |
| 45:06 - 45:18 | **Sweetin, David 2024-07-25** | 00:00:37 | **DS.19** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 45:06  Q.  Well, sir, are you aware that Director Collier | | **DS.19** |
| | 45:07      testified to the legislature that about a $4 million | | |
| | 45:08      cost is what we're looking at in terms of air | | |
| | 45:09      conditioning the Pack Unit? | | |
| | 45:10  A.  Yes, sir. | | |
| | 45:11  Q.  He told the legislature it would cost | | |
| | 45:12      $4 million, correct? | | |
| | 45:13  A.  Yes, sir. | | |
| | 45:14  Q.  And you're telling me it actually cost | | |
| | 45:15      $8 million? | | |
| | 45:16  A.  I'm telling you, based on my conversation | | |
| | 45:17      yesterday with Dale Cox, who gave me the final number, | | |
| | 45:18      that project came in at 8 million. | | |
| 45:19 - 46:18 | **Sweetin, David 2024-07-25** | 00:01:18 | **DS.241** |
| | 45:19  Q.  Okay.  But you don't know what that project | | |
| | 45:20      entailed, do you? | | |
| | 45:21  A.  Yes, sir, I do. | | |
| | 45:22  Q.  Okay.  Well, why don't you walk me through why | | |
| | 45:23      it cost twice as much as Director Collier said it would | | |
| | 45:24      cost? | | |
| | 45:25  A.  Well, that I cannot specifically tell you why | | |
| | 46:01      I'm above the number that -- | | |
| | 46:02      (Speaking simultaneously.) | | |
| | 46:03  Q.  Well, break down the $8 million.  What -- what | | |
| | 46:04      money -- what was spent on that $8 million that I | | |
| | 46:05      understood to be $4 million, based on Director Collier's | | |
| | 46:06      testimony to the legislature? | | |
| | 46:07  A.  Well, when you're looking at total cost, you're | | |
| | 46:08      looking at, obviously, design, conceptual.  You're | | |
| | 46:09      looking at -- | | |
| | 46:10  Q.  Well, do you know what the $8 million | | |
| | 46:11      represents, or are you just speculating now? | | |
| | 46:12  A.  No, sir, I'm giving you that 8 million based on | | |
| | 46:13      my discussion yesterday.  I can't give you a specific | | |
| | 46:14      breakdown as to what the 8 million was applied to.  I | | |
| | 46:15      can just merely tell you what I was told, based on -- | | |
| | 46:16  Q.  Dale Cox told you it came in at $8 million. | | |
| | 46:17      That's the basis for your testimony today, correct? | | |
| | 46:18  A.  Correct. | | |
| 50:04 - 50:11 | **Sweetin, David 2024-07-25** | 00:00:34 | **DS.20** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:04  Q.  Okay.  And despite -- and the fact -- whether | | **DS.20** |
| | 50:05       it's 8 million or 4 million, you'd agree that the | | |
| | 50:06       ultimate cost for the Pack Unit was well below what TDCJ | | |
| | 50:07       represented to the court, right? | | |
| | 50:08  A.  That is correct, yes. | | |
| | 50:09  Q.  It's between 14 and $18 million below what they | | |
| | 50:10       represented to the court, right? | | |
| | 50:11  A.  Yes.  The original price was based on what we | | |
| 50:12 - 52:05 | **Sweetin, David 2024-07-25** | 00:03:08 | **DS.242** |
| | 50:12       knew at the time and the direction that we were going to | | |
| | 50:13       go -- | | |
| | 50:14  Q.  Not true, sir.  Not true at all.  The original | | |
| | 50:15       price -- well, do you know what accounted for the | | |
| | 50:16       inflated numbers that led you to testify and argue to | | |
| | 50:17       the -- to the judge in the Cole case that it would cost | | |
| | 50:18       $22 million to install air conditioning at the Pack | | |
| | 50:19       Unit? | | |
| | 50:20  A.  I'm aware of what the plan was initially going | | |
| | 50:21       forward with the installation versus what we ended up | | |
| | 50:22       doing. | | |
| | 50:23  Q.  Do you know why the price was so inflated and | | |
| | 50:24       it turned out to be 14 to $18 million less? | | |
| | 50:25  A.  Yes, sir. | | |
| | 51:01  Q.  Please tell Judge Pittman why TDCJ represented | | |
| | 51:02       to a court that construction of air conditioning would | | |
| | 51:03       be 14 to $18 million higher than it turned out to be. | | |
| | 51:04  A.  Because the original plan was to source | | |
| | 51:05       everything out because, based on what we felt like the | | |
| | 51:06       design would be and needed to be to accommodate, that we | | |
| | 51:07       didn't have the in-house resources to tackle that kind | | |
| | 51:08       of project within a reasonable amount of time.  So that | | |
| | 51:09       was a -- a big factor. | | |
| | 51:10       Secondly, at the time, we were under the | | |
| | 51:11       impression and felt strongly that -- that we were being | | |
| | 51:12       held to a certain requirement within the state of Texas | | |
| | 51:13       by the SECO agency, which is the -- the State Electrical | | |
| | 51:14       Commission, that we were going to have to insulate the | | |
| | 51:15       entire envelope of that unit.  And when I say | | |
| | 51:16       "envelope," I'm talking about the outer shell, the shell | | |
| | 51:17       over the -- the unit, the outer skin, if you will. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 51:18 | Which was a big factor that, once we got into it, we |  |  |
|  | 51:19 | found out that, through the help of discussions with our |  |  |
|  | 51:20 | engineers, along with the outside engineering firm, |  |  |
|  | 51:21 | along with the SECO group, that that was something that |  |  |
|  | 51:22 | was not applicable to us, and as a result, did not |  |  |
|  | 51:23 | require us to do anything to the envelope of the |  |  |
|  | 51:24 | building. |  |  |
|  | 51:25 | When -- |  |  |
|  | 52:01 | (Speaking simultaneously.) |  |  |
|  | 52:02 Q. | And that made it much cheaper, right? |  |  |
|  | 52:03 A. | Sir? |  |  |
|  | 52:04 Q. | That made it much cheaper, didn't it? |  |  |
|  | 52:05 A. | Yes, sir, it did. |  |  |

**65:20 - 65:23**  —  **Sweetin, David 2024-07-25**  —  00:00:12  —  **DS.243**

|  | 65:20 Q. | Well, again, you have no personal knowledge as |  |  |
|  | 65:21 | to how much it costs to temporarily air condition any |  |  |
|  | 65:22 | facility, do you? |  |  |
|  | 65:23 A. | Off the top of my head, no, sir. |  |  |

**65:24 - 66:01**  —  **Sweetin, David 2024-07-25**  —  00:00:14  —  **DS.21**

|  | 65:24 Q. | And it only costs $320,000 a year to |  |  |
|  | 65:25 | temporarily air condition the Pack Unit, right? |  |  |
|  | 66:01 A. | Correct. |  |  |

**69:01 - 69:12**  —  **Sweetin, David 2024-07-25**  —  00:00:39  —  **DS.244**

|  | 69:01 Q. | Well, now, hold on. Are they being -- there |  |  |
|  | 69:02 | are plans to permanently install air conditioning in |  |  |
|  | 69:03 | portions of these facilities, correct? |  |  |
|  | 69:04 A. | There are plans in place to provide air |  |  |
|  | 69:05 | conditioning for the inmate-living areas. |  |  |
|  | 69:06 Q. | And when -- and they're actually -- have they |  |  |
|  | 69:07 | been designed? |  |  |
|  | 69:08 A. | Yes, sir. |  |  |
|  | 69:09 Q. | And have those designs been provided to the |  |  |
|  | 69:10 | plaintiffs in this case? |  |  |
|  | 69:11 A. | That, I couldn't tell you. |  |  |
|  | 69:12 Q. | Okay. And have -- has -- those are designs |  |  |

**69:13 - 69:24**  —  **Sweetin, David 2024-07-25**  —  00:00:35  —  **DS.22**

|  | 69:13 | to -- so you're telling me, the current plan is to |  |  |
|  | 69:14 | permanently install air conditioning in all the fast |  |  |
|  | 69:15 | track facilities? |  |  |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

69:16    A.   Yes, sir, that is -- that is the plan.

69:17    Q.   And that's -- and that's because the fast track

69:18        facilities contain inmates that -- and one of the

69:19        reasons why you're going to install air conditioning in

69:20        these fast track facilities is because you have the

69:21        resources to do it and there is a need to protect the

69:22        inmates and the correctional officers from the dangers

69:23        of extreme heat, fair?

69:24    A.   Yes, sir.

| 69:25 - 70:04 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.245** |
|---|---|---|---|

69:25    Q.   Okay.  Now, my understanding, with these fast

70:01        track facilities, is that the plans call for permanent

70:02        installation of air conditioning.  Is that your

70:03        understanding as well?

70:04    A.   That is correct.

| 70:19 - 70:24 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.23** |
|---|---|---|---|

70:19        When -- when does TDCJ contend the

70:20        permanent installation of these facilities with regards

70:21        to air conditioning of the housing areas will be

70:22        accomplished?

70:23    A.   At the -- we are on track for end of fiscal

70:24        year '25.

| 70:25 - 71:14 | **Sweetin, David 2024-07-25** | 00:00:51 | **DS.246** |
|---|---|---|---|

70:25    Q.   So it's 2024 now, right?

71:01    A.   Correct.

71:02    Q.   And your estimation -- or the agency's

71:03        estimation is that these 11 fast track facilities will

71:04        be fully air-conditioned by -- by when in 2025?

71:05    A.   Not all 11 of them.  But I will tell you that

71:06        we have some right now that have got temporary air, and

71:07        we have --

71:08    Q.   That's not my -- I'm going to go back to that,

71:09        sir, I promise you, okay?

71:10    A.   Okay.

71:11    Q.   When is TDCJ contending that all 11 of these

71:12        facilities will be fully air-conditioned?

71:13    A.   I can only tell you that we have four that will

71:14        be completed in this biennium.

| 71:15 - 71:18 | **Sweetin, David 2024-07-25** | 00:00:13 | **DS.24** |
|---|---|---|---|

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 71:15    Q.  Okay.  So four of the 11 that need to be | | **DS.24** |
| | 71:16        air-conditioned that TDCJ plans to air-condition will be | | |
| | 71:17        completed by the end of fiscal year 2025, correct? | | |
| | 71:18    A.  Yes, sir. | | |
| 71:25 - 72:05 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.247** |
| | 71:25        contention -- TDCJ's contention that four of the 11 fast | | |
| | 72:01        track facilities that need to be air-conditioned, or | | |
| | 72:02        that TDCJ plans to air-condition will be completed, | | |
| | 72:03        correct, sir? | | |
| | 72:04    A.  There will be an additional four completed, | | |
| | 72:05        that is correct. | | |
| 72:06 - 72:17 | **Sweetin, David 2024-07-25** | 00:00:33 | **DS.25** |
| | 72:06    Q.  Okay.  Which four are set to be completed by -- | | |
| | 72:07        by September 1 of 2025? | | |
| | 72:08    A.  That would be the Luther Unit. | | |
| | 72:09    Q.  Okay. | | |
| | 72:10    A.  That would be the Powledge Unit. | | |
| | 72:11    Q.  Okay. | | |
| | 72:12    A.  The Terrell Unit. | | |
| | 72:13    Q.  Okay. | | |
| | 72:14    A.  And the Jester III Unit. | | |
| | 72:15    Q.  Okay. | | |
| | 72:16    A.  That would be an additional 5,000 | | |
| | 72:17        air-conditioned beds, approximately. | | |
| 72:23 - 72:25 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.248** |
| | 72:23    A.  Right now, the Luther Unit is not under | | |
| | 72:24        temporary air.  There are nine units, to current date, | | |
| | 72:25        that are currently utilizing temporary air conditioning. | | |
| 77:01 - 77:11 | **Sweetin, David 2024-07-25** | 00:00:41 | **DS.26** |
| | 77:01        You already air-condition, in every | | |
| | 77:02        facility, the warden's office, right? | | |
| | 77:03    A.  Yes, sir. | | |
| | 77:04    Q.  You already air-condition, in every facility, | | |
| | 77:05        the armory where the guns and the bullets are kept, | | |
| | 77:06        right? | | |
| | 77:07    A.  Yes, sir. | | |
| | 77:08    Q.  Do you know why TDCJ chooses to air-condition | | |
| | 77:09        the conference room or the warden's office or the | | |
| | 77:10        armory, but not the housing area? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 77:11    A.   I would say the biggest factor is financial. | | |
| 77:12 - 77:19 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.249** |
| | 77:12    Q.   Well -- okay.  You answered -- | | |
| | 77:13    A.   Air conditioning the warden's office or armory | | |
| | 77:14          or conference room is going to be much cheaper than air | | |
| | 77:15          conditioning the entire facility, or at least the living | | |
| | 77:16          quarters of the inmates. | | |
| | 77:17    Q.   What's the factual basis for that statement, | | |
| | 77:18          sir?  Do you really know that that's true? | | |
| | 77:19    A.   To me, it would be common sense. | | |
| 80:04 - 80:06 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.250** |
| | 80:04    Q.   That's fair.  I asked you -- That -- that's | | |
| | 80:05          fine.  I asked you to say it.  And we'll -- we'll move | | |
| | 80:06          on. | | |
| 80:07 - 81:01 | **Sweetin, David 2024-07-25** | 00:00:51 | **DS.27** |
| | 80:07          But I want to make sure that Powledge, | | |
| | 80:08          there is no -- no plans and a choice has been made by | | |
| | 80:09          the agency not to -- not to utilize temporary air | | |
| | 80:10          conditioning while it installs the permanent air | | |
| | 80:11          conditioning, correct? | | |
| | 80:12    A.   Yes, sir. | | |
| | 80:13    Q.   Same with Terrell.  There is -- Despite the | | |
| | 80:14          need -- the acknowledged need for the agency to install | | |
| | 80:15          air conditioning in order to protect the officers and | | |
| | 80:16          inmates, there are no plans to install temporary air | | |
| | 80:17          conditioning prior to the permanent installation being | | |
| | 80:18          accomplished, correct? | | |
| | 80:19    A.   That is correct.  That's not -- I'm -- | | |
| | 80:20    Q.   The same with Jester III.  Despite the agency's | | |
| | 80:21          knowledge that there's a need to install air | | |
| | 80:22          conditioning in order to protect the officers and | | |
| | 80:23          inmates, there is no -- no plan in place in the interim | | |
| | 80:24          to temporarily air-condition the Jester III Unit, | | |
| | 80:25          correct? | | |
| | 81:01    A.   Correct. | | |
| 99:17 - 100:03 | **Sweetin, David 2024-07-25** | 00:00:47 | **DS.28** |
| | 99:17    Q.   Okay.  All right.  And all of the housing areas | | |
| | 99:18          at the Pack now have permanent air conditioning, | | |
| | 99:19          correct? | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

99:20    A.    Yes, sir, to the best of my knowledge.

99:21    Q.    And they all have a backup A/C system as well

99:22          as an emergency generator system in the event of a power

99:23          failure, correct?

99:24    A.    Yes, sir.

99:25    Q.    And there hasn't been a heat-related illness at

100:01          Pack since that happened, at least based on indoor heat,

100:02          correct?

100:03    A.    Not that I'm aware of, no, sir.

| 100:04 - 100:12 | **Sweetin, David 2024-07-25** | 00:00:27 | **DS.251** |
|---|---|---|---|

100:04    Q.    And there were heat-related illnesses at Pack

100:05          prior to the installation of air conditioning, weren't

100:06          there?

100:07    A.    That, I couldn't tell you.

100:08    Q.    Well, if there really -- you're aware that

100:09          there are heat-related illnesses throughout the Texas

100:10          Prison System because of the high -- the extreme heat

100:11          inside the housing areas, right?

100:12          MR. CALB:  Objection; beyond the scope.

| 100:13 - 100:17 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.29** |
|---|---|---|---|

100:13    Q.    (BY MR. EDWARDS)  Yes, sir.  And the point of

100:14          installing air conditioning, at least one of them is to,

100:15          you know, help prevent these illnesses from occurring or

100:16          deaths from occurring, right?

100:17    A.    Correct.

| 109:10 - 109:18 | **Sweetin, David 2024-07-25** | 00:00:31 | **DS.252** |
|---|---|---|---|

109:10    Q.    How much money was appropriated to specifically

109:11          deal with air conditioning in the 87th legislature?

109:12    A.    Specifically for air conditioning?  Nothing.

109:13    Q.    Nothing.  Okay.  But TDCJ had spent money

109:14          during the 87th legislative session to air-condition its

109:15          prisons because it knew it had to, right?

109:16    A.    We took it upon ourselves to take out of our

109:17          deferred budget and apply that to these air conditioning

109:18          projects.  That --

| 109:19 - 110:17 | **Sweetin, David 2024-07-25** | 00:01:19 | **DS.30** |
|---|---|---|---|

109:19    Q.    There's a deferred maintenance budget, correct?

109:20    A.    That is correct.

109:21    Q.    Okay.  And how much money did you -- how big is

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

109:22      that deferred maintenance budget?

109:23   A.   The budget was -- At that time, it is -- or was

109:24      105.4 million.

109:25   Q.   Okay. And you understood that there was a

110:01      dangerous condition in the system that you needed to

110:02      take steps to help ameliorate, or fix. And how much of

110:03      that 105.4 million did you use to deal with the problem

110:04      of extreme heat in the Texas Prison System?

110:05   A.   15.5 million was committed by the agency to be

110:06      applied towards adding air conditioning to 21 intake

110:07      units.

110:08   Q.   Okay. So for Judge Pittman's benefit, an

110:09      intake unit is -- is it a unit that TDCJ places inmates

110:10      in when they come from county jails, correct?

110:11   A.   Yes, sir.

110:12   Q.   And those intake units are particularly

110:13      dangerous places because inmates are coming from

110:14      air-conditioned county jails into hot houses when it's

110:15      during the summer, right?

110:16   A.   Which is the reason why they were selected,

110:17      yes, sir.

| 110:18 - 110:25 | **Sweetin, David 2024-07-25** | 00:00:26 | **DS.253** |
|---|---|---|---|

110:18   Q.   Okay. So TDCJ recognized that the intake

110:19      facilities were amongst the more dangerous facilities

110:20      for its inmate population and made a conscious choice to

110:21      prioritize air conditioning those facilities. Fair?

110:22   A.   We felt like it was a good prioritization, yes.

110:23   Q.   Well, it didn't feel like it was a good

110:24      prioritization because it rolled the dice and the intake

110:25      facilities came up, you know four or five or snake eyes,

| 111:01 - 111:08 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.31** |
|---|---|---|---|

111:01      you understood that numerous people had died at intake

111:02      facilities, and it made sense to air condition those

111:03      facilities, right?

111:04   A.   Only reasonable.

111:05   Q.   Right. Okay. Is that -- is there any other

111:06      reason you chose the intake facilities other than the

111:07      risks to the inmates?

111:08   A.   No, sir.

| 117:08 - 120:02 | **Sweetin, David 2024-07-25** | 00:03:11 | **DS.254** |
|---|---|---|---|

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

117:08  Q.  Okay.  And absent a court order, you're not                                                 **DS.254**

117:09       going to temporarily air condition those facilities that

117:10       you're not already temporarily air conditioning,

117:11       correct?

117:12  A.  I can tell you that --

117:13  Q.  Can you just answer my question, sir?  Absent a

117:14       court order, there's no plan to, and you're not willing

117:15       to temporarily air condition those facilities, correct?

117:16       MR. CALB:  Objection; argumentative.  He

117:17       was trying to answer.

117:18  A.  Not that I'm not willing, no, sir.

117:19  Q.  (BY MR. EDWARDS)  Okay.  Well, let me ask you.

117:20       I would like you to please temporarily air condition

117:21       those 12 facilities, those 12 intake facilities to

117:22       protect the men, at least through October 15th.  Are you

117:23       willing to do that, sir?

117:24  A.  With the appropriate funding, yes, sir.

117:25  Q.  Okay.  And, you know, what -- what -- how much

118:01       money would that take to -- to air condition those 12

118:02       facilities, since you're willing to and all it would

118:03       take is money?

118:04  A.  That's not all it would take, no, sir.

118:05  Q.  Well, I thought you just said, with appropriate

118:06       funding, you're willing to temporarily air condition

118:07       those facilities right now?

118:08  A.  But earlier my testimony was, there's other

118:09       resources that are involved.

118:10  Q.  Fine.

118:11  A.  As you say, okay, tomorrow we're going to

118:12       install air conditioning in all of them, that doesn't

118:13       mean that we can complete that with the resources that

118:14       we have.

118:15  Q.  Well, how long do you think it makes to make a

118:16       phone call and order some temporary air conditioning out

118:17       to the Gurney Unit?

118:18       MR. CALB:  Objection; calls for

118:19       speculation.

118:20  Q.  (BY MR. EDWARDS)  Do you know?

118:21  A.  Do I know how long it would take?

118:22  Q.  Yeah.

118:23  A.  No, sir.  I don't have the study on that.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

118:24  Q.  Well, you don't have to have a study, you have
118:25      to have a telephone.  Has anyone made a phone call to
119:01      any organization that rents air conditioning to
119:02      temporarily air-condition, let's say, the Gurney Unit or
119:03      another intake unit?
119:04  A.  Well, as I've stated, we've got the Holliday
119:05      Unit that is temporarily aired, as well as the ---
119:06  Q.  Do you think that was my question, sir?
119:07  A.  Sir, I'm trying to answer your question to the
119:08      best of my ability.
119:09  Q.  You're really not.  You're trying to answer the
119:10      question that you want to answer.
119:11      My question is this: Has anybody made a
119:12      phone call or done anything to attempt to -- to
119:13      temporarily air-condition the Gurney Unit?
119:14  A.  Not that I'm aware of, no.
119:15  Q.  Is anything preventing anyone from the Texas
119:16      Department of Criminal Justice from making a phone call
119:17      and getting an estimate and actually temporarily air
119:18      conditioning the Gurney Unit?
119:19  A.  Is anything preventing us from?
119:20  Q.  Yes.
119:21  A.  Potentially, it could be funding.  I mean,
119:22      obviously, you've got to have a funding source.
119:23  Q.  Well, do you -- you don't even know how much it
119:24      would cost, do you?
119:25  A.  Specifically for Gurney?  No, sir.
120:01  Q.  If ordered to temporarily --
120:02      (Speaking simultaneously.)

| 120:03 - 120:10 | **Sweetin, David 2024-07-25** | 00:00:37 | **DS.32** |

120:03  Q.  If ordered to do so by the court to temporarily
120:04      air-condition the intake facilities that are being
120:05      constructed with air conditioning so that the men or
120:06      women are protected during the hot summer months in
120:07      August and September, is that something that TDCJ could
120:08      do, or would do if ordered to do so?
120:09  A.  I guess, if ordered to do so, we wouldn't have
120:10      a choice.

| 128:19 - 129:12 | **Sweetin, David 2024-07-25** | 00:01:02 | **DS.255** |

128:19  Q.  Okay.  And, you know, the Gurney Unit in

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

128:20    particular, you know, that's an intake facility where
128:21    there's been deaths of heatstroke.  Do you know that to
128:22    be true?
128:23  A.  No, sir.  Not specific to Gurney, no, sir, I
128:24    don't know --
128:25  Q.  Well, in fact, there have been multiple deaths
129:01    at the Gurney Unit of heatstroke.  Do you know that to
129:02    be -- I mean, as you testify here today, are you really
129:03    not aware of that?
129:04  A.  Specific to Gurney?  No, sir.
129:05  Q.  Isn't that one of your jobs, to know where
129:06    people have died of heatstroke?
129:07  A.  Are you talking about illness, or death?
129:08  Q.  Well, I'm talking about death right now.
129:09  A.  Okay.  I'm -- I'm sure there's a document that
129:10    was provided to you that gave you the breakdown of where
129:11    the deaths were.  Am I looking at it?  No, sir.  Do I
129:12    know it off the top of my head?  No, sir.

| 129:13 - 129:20 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.33** |

129:13  Q.  Do you think it's important to understand, you
129:14    know, where throughout the state people have died of
129:15    heatstroke?
129:16  A.  Yes, sir, every death is important.
129:17  Q.  Yeah, I hear that.  To me, that means even one
129:18    death is too many in the system to be -- you know,
129:19    because of these hot conditions, right?  That's what
129:20    you're telling the jury -- or Judge Pittman?

| 129:21 - 129:21 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.256** |

129:21    MR. CALB:  Objection; misstates testimony.

| 129:22 - 129:22 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.34** |

129:22  A.  Yes, sir.

| 130:17 - 131:11 | **Sweetin, David 2024-07-25** | 00:01:20 | **DS.257** |

130:17  A.  No.  What I can tell you is, when you talk
130:18    about legislature, you're talking about the whole body
130:19    of the Texas legislature.  Do we have conversations with
130:20    the entire body of the legislature?  Yeah, when we go to
130:21    testify, or a resource witness in regard to something,
130:22    there are certain legislators that seem to have a --
130:23    their thumb on the pulse a little bit better than

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

130:24     others, and we routinely communicate with. As far as

130:25     what the actual conversations are, I can only give you

131:01     generalities.

131:02  Q.  Well, what steps did you take to find out what

131:03     communications TDCJ had between members of the Texas

131:04     legislature from January 1st, 2022, to the present,

131:05     about the dangers of high temperatures and heat indexes

131:06     posed to inmates?

131:07  A.  Well, I know for a fact that -- that there was

131:08     money appropriated specifically during the 88th

131:09     legislature through House Bill 1 that appropriated funds

131:10     for air conditioning. So, obviously, at that point in

131:11     time, there was much communication about it.

| 131:12 - 132:10 | **Sweetin, David 2024-07-25** | 00:01:25 | **DS.35** |

131:12  Q.  Well, look, my understanding is that the Texas

131:13     legislature was considering passing a bill to

131:14     air-condition the Texas Prison System. Is that your

131:15     understanding as well?

131:16  A.  Correct.

131:17  Q.  Okay. And that TDCJ was in favor of that bill,

131:18     correct?

131:19  A.  Yes, sir.

131:20  Q.  Okay. And -- and you were in favor of it

131:21     because you understood that there's a dangerous

131:22     condition in the system, extreme heat in the housing

131:23     areas, that, tragically, has killed inmates and caused

131:24     numerous inmates and officers to suffer heat-related

131:25     illnesses, right?

132:01  A.  Yes.

132:02  Q.  Okay. And so, again, the position of the

132:03     agency is, you know, we have a dangerous condition that

132:04     we're aware of and we need to fix it, but we are

132:05     unfortunately limited by resources and funds, from your

132:06     perspective, because the legislature hasn't allocated

132:07     enough money as of -- as of right now. Is that fair?

132:08  A.  Yes, sir. Without a doubt, with the proper

132:09     funding from the legislature and the appropriation, we

132:10     could -- we could do more.

| 132:11 - 132:16 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.258** |

132:11  Q.  Right. And -- and this bill that -- that

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

132:12    sadly, from the inmates' perspective, the agency's
132:13    perspective, and certainly the correctional officers'
132:14    perspective, it passed the House, but it did not become
132:15    law, correct?
132:16  A.  That was my understanding, yes, sir.

| 132:17 - 132:25 | Sweetin, David 2024-07-25 | 00:00:30 | DS.36 |
|---|---|---|---|

132:17  Q.  Okay.  And I believe the -- the head of the
132:18    committee in the House was a representative named Terry
132:19    Canales.  Is that consistent with your recall as well?
132:20  A.  Yes, sir.
132:21  Q.  Okay.  And certainly, he has communicated with
132:22    the agency, and the agency has communicated with him
132:23    about the dangers that the failure to provide air
132:24    conditioning causes, right?
132:25  A.  Correct.

| 133:13 - 133:16 | Sweetin, David 2024-07-25 | 00:00:14 | DS.37 |
|---|---|---|---|

133:13  Q.  (BY MR. EDWARDS)  And, you know, you're aware
133:14    that, like, every year, like, 40, 50, maybe even more
133:15    officers suffer heat-related illnesses because they're
133:16    working in these hot conditions, right?

| 133:18 - 133:25 | Sweetin, David 2024-07-25 | 00:00:25 | DS.38 |
|---|---|---|---|

133:18  A.  Yes, sir, we do have officers that fall under
133:19    those circumstances.
133:20  Q.  (BY MR. EDWARDS)  Well, and you're obligated
133:21    under the law to -- to -- to make disclosures to the
133:22    legislature concerning how many inmate heat-related
133:23    illnesses there are and how many officer heat-related
133:24    illnesses there are, right?
133:25  A.  That is correct.

| 134:01 - 134:05 | Sweetin, David 2024-07-25 | 00:00:18 | DS.39 |
|---|---|---|---|

134:01  Q.  Okay.  And, again, you've told me that TDCJ
134:02    would never purposely mislead the legislature, so those
134:03    are publicly filed documents.  It's reasonable for us to
134:04    rely on those reports as being accurate, right?
134:05  A.  I would think so, yes, sir.

| 134:06 - 134:10 | Sweetin, David 2024-07-25 | 00:00:10 | DS.259 |
|---|---|---|---|

134:06  Q.  And you would do more than say you would think
134:07    so, you would says, you know what?  If we're giving it
134:08    to the legislature, the agency should stand by that, and

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 134:09    you would certainly hope it's accurate, right? | | |
| | 134:10   A.   Yes, sir. | | |
| 134:11 - 134:13 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.40** |
| | 134:11   Q.   Okay.  Now, it would seem to me that -- that | | |
| | 134:12        the heat inside this prison system has a deleterious or | | |
| | 134:13        bad effect on staffing.  Do you agree with that? | | |
| 134:15 - 134:23 | **Sweetin, David 2024-07-25** | 00:00:33 | **DS.41** |
| | 134:15   A.   I believe it's a factor, yes, sir. | | |
| | 134:16   Q.   (BY MR. EDWARDS)  Yeah.  And, again, topic 13 | | |
| | 134:17        talks about communications between TDCJ and the | | |
| | 134:18        legislature concerning the dangers of high temperatures | | |
| | 134:19        and the effects of high heat on staffing and inmate and | | |
| | 134:20        officer safety.  And, again, it seems pretty obvious to | | |
| | 134:21        me, but, you know, part of the staffing problems at TDCJ | | |
| | 134:22        are likely due to the fact that they have to work in | | |
| | 134:23        these 90- to 100-degree temperatures, right? | | |
| 134:24 - 134:24 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.260** |
| | 134:24        MR. CALB:  Objection; beyond the scope. | | |
| 134:25 - 134:25 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.42** |
| | 134:25   A.   Yes, sir. | | |
| 135:01 - 135:06 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.43** |
| | 135:01   Q.   (BY MR. EDWARDS)  Okay.  And I'm not breaking | | |
| | 135:02        any new ground with you.  I mean, certainly, | | |
| | 135:03        correctional officers talk and the head of the union has | | |
| | 135:04        come out in favor of air conditioning the prison system, | | |
| | 135:05        right? | | |
| | 135:06   A.   Yes, sir. | | |
| 135:08 - 135:12 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.44** |
| | 135:08   A.   I'm aware of it. | | |
| | 135:09   Q.   (BY MR. EDWARDS)  And you would tell Judge | | |
| | 135:10        Pittman it would be better and safer for the | | |
| | 135:11        correctional officers if the prisons were, in fact, | | |
| | 135:12        air-conditioned, right? | | |
| 135:14 - 135:14 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.45** |
| | 135:14   A.   That would be a fair statement. | | |
| 136:25 - 137:08 | **Sweetin, David 2024-07-25** | 00:00:37 | **DS.46** |
| | 136:25   Q.   All right, thanks.  Now, in 2022 and 2023, TDCJ | | |
| | 137:01        gave annual reports to the Texas legislature about | | |

DS - David Sweetin

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 137:02    inmate complaints related to temperature cases -- | | |
| | 137:03    temperature cases of environmental hyperthermia and | | |
| | 137:04    deaths caused or exacerbated by temperatures, right? | | |
| | 137:05  A.  Okay. | | |
| | 137:06  Q.  That directive was pursuant to a rider to the | | |
| | 137:07    2022-2023 appropriations act, correct? | | |
| | 137:08  A.  Yes, sir. | | |
| 138:01 - 138:06 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.47** |
| | 138:01    December 2023 report to the legislature indicated there | | |
| | 138:02    were 17 inmate heat-related illnesses in fiscal year | | |
| | 138:03    2023.  So I think that means, from September 2022 | | |
| | 138:04    through August 31st, 2023, there were 17 inmate | | |
| | 138:05    heat-related illnesses.  Does that sound correct? | | |
| | 138:06  A.  Yes, sir. | | |
| 138:21 - 139:04 | **Sweetin, David 2024-07-25** | 00:00:31 | **DS.48** |
| | 138:21  Q.  And fair to say it would be a very large | | |
| | 138:22    problem if you didn't provide the legislature with | | |
| | 138:23    accurate information, correct? | | |
| | 138:24  A.  I would agree with that. | | |
| | 138:25  Q.  Now, did the Texas Department of Criminal | | |
| | 139:01    Justice receive any reports of heat-related illnesses, | | |
| | 139:02    in fiscal year 2023, that for some reason were not | | |
| | 139:03    reported to the legislature? | | |
| | 139:04  A.  I'm not aware of any, no, sir.  Through that | | |
| 139:05 - 139:07 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.261** |
| | 139:05    document that you're asking about, no, I have no | | |
| | 139:06    information on that, other than the face of the document | | |
| | 139:07    itself. | | |
| 141:02 - 141:18 | **Sweetin, David 2024-07-25** | 00:01:07 | **DS.49** |
| | 141:02  Q.  (BY MR. EDWARDS) Yeah.  Well, okay.  So how | | |
| | 141:03    many of those heat-related illnesses, according to this, | | |
| | 141:04    are in June? | | |
| | 141:05  A.  It appears to be four. | | |
| | 141:06  Q.  Okay.  And, to me, that's TDCJ saying to the | | |
| | 141:07    legislature and, frankly, the public, we're only aware | | |
| | 141:08    of four heat-related illnesses that have been | | |
| | 141:09    documented.  Fair? | | |
| | 141:10  A.  Yes, sir, I agree to that. | | |
| | 141:11  Q.  And then we've got two in July and eight in | | |

DS - David Sweetin

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

141:12    August, right?
141:13  A.  That is correct.
141:14  Q.  And the department, Texas Department of
141:15    Criminal Justice, and certainly Bryan Collier would know
141:16    this, that they have a policy or a practice on reporting
141:17    heat-related illnesses, right?
141:18  A.  Yes, sir.

| 142:22 - 143:15 | **Sweetin, David 2024-07-25** | 00:01:16 | **DS.50** |

142:22  Q.  (BY MR. EDWARDS)  Mr. Sweetin, my understanding
142:23    is that TDCJ contracts with health-care providers --
142:24    University of Texas Medical Branch, Texas Tech -- and
142:25    that those providers identify heat-related diagnoses --
143:01    heat-related illnesses and they provide that information
143:02    to TDCJ, and then TDCJ then compiles it into a report
143:03    for the legislature.  Is that your understanding?
143:04  A.  Yes, sir, that's my understanding.
143:05  Q.  Okay.  And, you know, my -- my understanding is
143:06    that UTMB or -- or Texas Tech, that they provide this
143:07    information to numerous people at TDCJ.  You know, the
143:08    director of facilities, yourself; you know, Lannette
143:09    Linthicum, who runs the health services division; and
143:10    others.  Is that consistent with your recall?
143:11  A.  Yes, sir.
143:12  Q.  Okay.  And, you know, I would assume that
143:13    Director Collier is made aware of heat-related illnesses
143:14    as well.  Is that correct?
143:15  A.  That is correct.

| 144:08 - 144:13 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.51** |

144:08  Q.  Well, who makes sure that this information is
144:09    accurate?
144:10  A.  The final say-so in this document would come
144:11    out of the executive services office.
144:12  Q.  And who runs that?
144:13  A.  The oversight is provided by Jason Clark.

| 145:05 - 145:10 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.52** |

145:05  Q.  Gotcha.  Okay.  Now -- now, Mr. Clark is -- is
145:06    Director Collier's chief of staff?
145:07  A.  That is correct.
145:08  Q.  Okay.  And he would have conversations with
145:09    Director Collier about heat-related illnesses, fair?

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 145:10  A.  Yes, sir, that is fair to say. | | |
| 147:25 - 148:13 | **Sweetin, David 2024-07-25** | 00:01:08 | **DS.53** |

147:25  Q.  And by 2031, do you -- do you plan to have the
148:01      entire system air conditioned?
148:02  A.  Yes, sir.  It's my understanding that by 3031,
148:03      we will be in the last phase of the air-conditioning
148:04      projects.
148:05  Q.  All right.  So just so I understand it,
148:06      currently Exhibit 3 is what, as of today, the agency has
148:07      committed to.  But what you're telling me is that there
148:08      is a process in place that Director Collier has approved
148:09      of and designed and is going to do everything in his
148:10      power to make happen to get the entire system air
148:11      conditioned by 2031.  Is that correct?
148:12  A.  The end goal is to have it all completed
148:13      with -- and come within or under ten years.

| 150:04 - 150:16 | **Sweetin, David 2024-07-25** | 00:00:55 | **DS.54** |

150:04  Q.  (BY MR. EDWARDS)  Okay.  Well, look, what
150:05      you're telling me is your plan is to air-condition the
150:06      Texas Prison System within not just ten years, within
150:07      seven years.  Is that correct?
150:08  A.  Yes.  Barring any complications, I -- I see us
150:09      being able to achieve that.
150:10  Q.  And -- and you understand that the reason that
150:11      you are implementing the air conditioning is
150:12      because the -- it is getting hotter, and the increased
150:13      heat causes severe problems and dangers to the inmate
150:14      population, especially the older population, as well as
150:15      the workforce, the correctional officers, right?
150:16  A.  Yes.

| 151:15 - 151:18 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.55** |

151:15  Q.  You would tell Judge Pittman, who is the -- the
151:16      judge in this case, that -- that you, the agency, will
151:17      have the problem of heat-related illness and deaths from
151:18      heat remedied by 2031, is that correct --

| 151:20 - 151:22 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.56** |

151:20  Q.  (BY MR. EDWARDS) -- subject to appropriations?
151:21  A.  As I stated before, barring any complications,
151:22      that is correct.

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 153:05 - 153:12 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.57** |

153:05   Q.   Okay.  So do I have this right?  The lawsuit --
153:06         the lawsuit that this -- that you're facing now is
153:07         saying that there are dangerous conditions in the prison
153:08         and we need them to be fixed; and you're -- and -- and
153:09         the -- you're saying that we understand they're
153:10         dangerous conditions, and it is our intent to fix them,
153:11         but we need until 2031 to realistically do that.  Is --
153:12         do I hear you correctly?

| 153:14 - 153:15 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.58** |

153:14   A.   Yes, sir.  We believe this is a robust plan, an
153:15         aggressive plan, that would get us to that goal.

| 159:08 - 159:14 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.59** |

159:08   Q.   Okay.  And, look, candidly, if ordered to
159:09         comply -- in -- in order to bring temperatures down to
159:10         safe levels or to place inmates in safe temperatures,
159:11         you'll do whatever's in your power, as an agency, to
159:12         comply with federal court rulings, you know, and take
159:13         advantage of your appellate rights, fair?
159:14   A.   Yes, sir.

| 160:11 - 160:23 | **Sweetin, David 2024-07-25** | 00:00:40 | **DS.60** |

160:11   Q.   Fair enough.  You, yourself, are getting emails
160:12         about heat-related illnesses for the inmates and the
160:13         correctional officers, right?
160:14   A.   Getting reports.
160:15   Q.   Sure.  It's got to break your heart that people
160:16         are suffering heat-related illnesses based on hot
160:17         conditions in the Texas Prison System, given that
160:18         there's a technology that can totally prevent it.
160:19         Doesn't that hurt your heart to know that?
160:20         MR. CALB:  Objection; argumentative.
160:21   A.   Sure.  Nobody, that I'm aware of, enjoys seeing
160:22         anybody get hurt, whether you're incarcerated or whether
160:23         you're a civilian.

| 161:01 - 161:10 | **Sweetin, David 2024-07-25** | 00:00:30 | **DS.61** |

161:01         different.  You know there's a solution to this problem
161:02         of heat-related illnesses from the indoor temperatures
161:03         and you know that it's air conditioning, right?
161:04   A.   That's not the only solution.

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 161:05  Q.  Well, it is -- it is a solution you know will | | |
| | 161:06      work.  Isn't -- isn't it a solution you know will work? | | |
| | 161:07  A.  It possibly could. | | |
| | 161:08  Q.  Well, it -- it -- it has.  There haven't been | | |
| | 161:09      any heat-related illnesses at the Pack Unit after you | | |
| | 161:10      put in air conditioning, right? | | |
| 161:12 - 161:19 | **Sweetin, David 2024-07-25** | 00:00:24 | **DS.62** |
| | 161:12  A.  Not that I'm aware of. | | |
| | 161:13  Q.  (BY MR. EDWARDS)  Okay.  Are you aware of any | | |
| | 161:14      heat-related illnesses that have occurred in air- | | |
| | 161:15      conditioned housing areas in the last 30 years at TDCJ? | | |
| | 161:16  A.  I couldn't tell you one way or the other. | | |
| | 161:17  Q.  Well, I'm asking you, Mr. Sweetin.  Are you | | |
| | 161:18      aware of any heat-related illnesses that occurred in | | |
| | 161:19      air-conditioned housing areas? | | |
| 161:20 - 161:20 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.262** |
| | 161:20      MR. CALB:  Objection; asked and answered. | | |
| 161:21 - 161:21 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.63** |
| | 161:21  A.  I'm not aware of any. | | |
| 162:02 - 162:03 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.64** |
| | 162:02  A.  That is -- is correct.  I get reports that show | | |
| | 162:03      that -- | | |
| 162:04 - 162:04 | **Sweetin, David 2024-07-25** | 00:00:00 | **DS.263** |
| | 162:04  Q.  (BY MR. EDWARDS)  Sure. | | |
| 162:05 - 162:05 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.65** |
| | 162:05  A.  -- that has happened. | | |
| 163:24 - 164:07 | **Sweetin, David 2024-07-25** | 00:00:34 | **DS.264** |
| | 163:24  Q.  (BY MR. EDWARDS)  Sure.  Rather than building | | |
| | 163:25      new prisons, which I'm guessing would have a higher | | |
| | 164:01      cost, the agency's made the decision that to deal | | |
| | 164:02      with -- to fix these conditions that endanger the | | |
| | 164:03      officers and the inmates, that the better solution is | | |
| | 164:04      to, you know, air-condition the existing facilities over | | |
| | 164:05      a period of time.  In this case, through two -- fiscal | | |
| | 164:06      year 2031, right? | | |
| | 164:07  A.  Yes, sir.  I would agree with that. | | |
| 171:24 - 172:03 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.66** |
| | 171:24  Q.  You're a director at the Texas Department of | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 171:25    Criminal Justice, correct? | | |
| | 172:01  A.  That is correct. | | |
| | 172:02  Q.  You report to Bryan Collier, amongst others? | | |
| | 172:03  A.  Yes, sir, I do. | | |
| 172:09 - 172:19 | **Sweetin, David 2024-07-25** | 00:00:25 | **DS.265** |
| | 172:09  Q.  (BY MR. EDWARDS)  Strike that. | | |
| | 172:10       Sir, Mr. Sweetin, you per -- let's ask it | | |
| | 172:11       you personally, though I think it's within the scope. | | |
| | 172:12       I'll start with you personally. | | |
| | 172:13       Do you know whether or not the federal | | |
| | 172:14       prisons throughout Texas have air-conditioned housing | | |
| | 172:15       areas? | | |
| | 172:16       MR. CALB:  Objection; beyond the scope. | | |
| | 172:17  A.  I'm not here to testify on behalf of what I | | |
| | 172:18       personally know.  I'm here to testify on behalf of the | | |
| | 172:19       agency. | | |
| 172:20 - 172:25 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.69** |
| | 172:20  Q.  (BY MR. EDWARDS)  Please answer my question. | | |
| | 172:21       If you don't know, you don't know, okay?  You either | | |
| | 172:22       know it or you don't. | | |
| | 172:23       Do you know whether or not the federal | | |
| | 172:24       prisons in the state of Texas are air -- have | | |
| | 172:25       air-conditioned housing areas?  Do you know that or not? | | |
| 173:01 - 173:01 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.266** |
| | 173:01       MR. CALB:  Objection; beyond the scope. | | |
| 173:02 - 173:04 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.70** |
| | 173:02  A.  I have no knowledge of that topic. | | |
| | 173:03  Q.  (BY MR. EDWARDS)  Have you ever thought to make | | |
| | 173:04       a phone call to find out? | | |
| 173:05 - 173:06 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.267** |
| | 173:05       MR. CALB:  Objection; beyond the scope, and | | |
| | 173:06       to form. | | |
| 173:07 - 173:07 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.71** |
| | 173:07  A.  No, sir, it never crossed my mind. | | |
| 174:04 - 174:06 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.72** |
| | 174:04  Q.  Don't you think it would be a good idea to find | | |
| | 174:05       out if the federal prisons have air-conditioned housing | | |
| | 174:06       areas? | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 174:08 - 174:15 | Sweetin, David 2024-07-25 | 00:00:33 | **DS.73** |

174:08  A.  Do I think it would be a good idea?
174:09  Q.  (BY MR. EDWARDS)  Yes.
174:10  A.  I don't -- I don't see what relevance that
174:11       would have with regard to what we're doing.  I don't
174:12       need to know what the feds are doing in regard to air
174:13       conditioning or their operations, because that's apart
174:14       and separate from the way we operate and who we answer
174:15       to.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 177:22 - 177:25 | Sweetin, David 2024-07-25 | 00:00:11 | **DS.74** |

177:22  Q.  (BY MR. EDWARDS)  COPD is a medical condition
177:23       that makes one more vulnerable to the heat, according to
177:24       TDCJ, correct?
177:25  A.  Yes, sir.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 193:20 - 193:23 | Sweetin, David 2024-07-25 | 00:00:15 | **DS.75** |

193:20  Q.  From -- from January 1, 2022, to the present,
193:21       Mr. Tiede had medical vulnerabilities which made him
193:22       heat sensitive, right?
193:23  A.  For periods of time.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 194:12 - 194:22 | Sweetin, David 2024-07-25 | 00:00:46 | **DS.76** |

194:12  Q.  Yeah.  What periods of time from January 21 --
194:13       January 1, 2022, to the present do you contend that
194:14       Bernie Tiede was, in fact, medically vulnerable and
194:15       ought to have been in air-conditioned housing?
194:16  A.  My understanding, that there was two separate
194:17       occasions where he was prescribed medication that would
194:18       require him, based on our agency policy and protocol, to
194:19       be housed in air-conditioned housing.
194:20  Q.  When?
194:21  A.  Specifically, there was three days in August of
194:22       '23.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 195:20 - 196:02 | Sweetin, David 2024-07-25 | 00:00:30 | **DS.77** |

195:20  Q.  (BY MR. EDWARDS)  So it's TDCJ's position,
195:21       after looking at all the records, that Mr. Tiede was
195:22       appropriately housed at all times during his custody?
195:23  A.  That is correct.
195:24  Q.  And what is that opinion based upon, sir?
195:25  A.  Based upon our policies, procedures, and
196:01       protocols of the Texas Department of Criminal Justice as

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 196:02    well as the -- | | |
| 198:16 - 198:24 | **Sweetin, David 2024-07-25** | 00:00:37 | **DS.79** |

198:16  Q.  (BY MR. EDWARDS)  You don't think his medical
198:17      condition, sir, warrants Mr. Tiede being placed in
198:18      air-conditioned housing, according to your policies?
198:19  A.  Just because somebody's diagnosed with
198:20      something, that doesn't necessarily mean to what end of
198:21      the spectrum that they are.  They could be entry level.
198:22      In this case, clearly, whatever it was that he was --
198:23      was diagnosed with was not to the extent that required
198:24      him to be in air-conditioned housing.

| | | | |
|---|---|---|---|
| 199:15 - 199:17 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.80** |

199:15      On August 17th, 2023, through
199:16      September 13th, he was not in air-conditioned housing.
199:17      Do you have any idea why, given his medical conditions?

| | | | |
|---|---|---|---|
| 199:19 - 199:25 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.81** |

199:19  A.  No.  The only thing I can tell you is he was
199:20      appropriately assigned.
199:21  Q.  (BY MR. EDWARDS)  Well, you don't have any
199:22      medical basis for saying that.  You're just saying that
199:23      the agency contends he was appropriately assigned,
199:24      right?
199:25  A.  Yes, sir.

| | | | |
|---|---|---|---|
| 200:01 - 200:04 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.82** |

200:01  Q.  Does that mean that people with COPD, diabetes,
200:02      obesity, and emphysema are appropriately assigned if
200:03      they're in non-air-conditioned housing during the month
200:04      of July or August at TDCJ?

| | | | |
|---|---|---|---|
| 200:06 - 200:11 | **Sweetin, David 2024-07-25** | 00:00:21 | **DS.83** |

200:06  A.  Again, what I can -- I can tell you is, based
200:07      on medical diagnosis, that's not a automatic conclusion
200:08      that somebody would be put in air-conditioned housing.
200:09      I mean, for instance, I could go to my
200:10      doctor right now and -- and be labeled as obese because
200:11      I'm overweight based on my -- my frame.

| | | | |
|---|---|---|---|
| 201:05 - 201:10 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.84** |

201:05  Q.  (BY MR. EDWARDS)  Even though obesity is a
201:06      well-known medical vulnerability -- and Judge Pittman
201:07      will hear about that -- it is TDCJ's position that

DS - David Sweetin

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 201:08    obesity is not enough to warrant placement in | | |
| | 201:09    air-conditioned housing, according to its standards.  Is | | |
| | 201:10    that correct? | | |
| 201:11 - 201:12 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.268** |
| | 201:11    MR. CALB:  Objection. | | |
| | 201:12  Q.  (BY MR. EDWARDS)  Okay. | | |
| 201:13 - 201:16 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.85** |
| | 201:13  A.  That alone does not warrant it.  Yes, sir, | | |
| | 201:14    that's what I'm saying. | | |
| | 201:15  Q.  What about that along with emphysema and | | |
| | 201:16    diabetes and COPD? | | |
| 201:18 - 201:19 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.86** |
| | 201:18  A.  Again, he was appropriately assigned based on | | |
| | 201:19    what he had going on at the time. | | |
| 202:20 - 202:23 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.87** |
| | 202:20  Q.  (BY MR. EDWARDS)  Are you aware that his | | |
| | 202:21    placement in housing changed as a direct consequence of | | |
| | 202:22    a judicial ruling in this case? | | |
| | 202:23  A.  Yes, sir, I'm aware of that. | | |
| 203:02 - 203:08 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.88** |
| | 203:02    Before the hearing, he was in | | |
| | 203:03    un-air-conditioned, I would submit to you, dangerous | | |
| | 203:04    housing.  And then after the hearing, he was ordered -- | | |
| | 203:05    I'm sorry -- TDCJ was ordered to place him in | | |
| | 203:06    air-conditioned and safe housing.  You're aware of that, | | |
| | 203:07    right? | | |
| | 203:08  A.  Yes, sir, I'm aware of that. | | |
| 205:07 - 205:14 | **Sweetin, David 2024-07-25** | 00:00:31 | **DS.89** |
| | 205:07  Q.  (BY MR. EDWARDS)  All right.  Are there | | |
| | 205:08    restrictions currently in -- on Bernie Tiede's record | | |
| | 205:09    that require him to be placed in air-conditioning? | | |
| | 205:10    Currently. | | |
| | 205:11  A.  It's my understanding that he has no current | | |
| | 205:12    requirement. | | |
| | 205:13  Q.  Okay.  So he is at risk, then, of being moved | | |
| | 205:14    into un-air-conditioned housing at any moment, fair? | | |
| 205:16 - 205:23 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.90** |
| | 205:16  A.  Possibly, yes, sir. | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

205:17  Q.  (BY MR. EDWARDS)  Well, not possibly.  The risk
205:18      is real, isn't it?
205:19  A.  It's possible.
205:20  Q.  Well, okay.  It's possible because TDCJ has
205:21      determined that this man's condition doesn't make him
205:22      medically vulnerable to the point that he needs air
205:23      conditioning, right?

| 205:25 - 205:25 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.91** |

205:25  A.  I will agree to that, yes, sir.

| 206:01 - 206:05 | **Sweetin, David 2024-07-25** | 00:00:26 | **DS.92** |

206:01  Q.  (BY MR. EDWARDS)  And that's despite the fact
206:02      that he has emphysema, COPD, suffers from obese -- or
206:03      diabetes and has had a stroke, which has resulted in
206:04      partial paralysis, it is still the opinion of TDCJ that
206:05      he's not heat sensitive, warranting air conditioning?

| 206:07 - 206:07 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.93** |

206:07  A.  That is correct.

| 214:01 - 214:04 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.94** |

214:01  Q.  Okay.  And you're -- Okay.  I mean, you
214:02      understand that heat waves are going to happen in the
214:03      state of Texas, correct?
214:04  A.  Yes, I understand that.

| 214:23 - 214:25 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.269** |

214:23  A.  That all of them will?
214:24  Q.  Yeah.  That was your testimony.
214:25  A.  All 101?

| 222:17 - 222:19 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.95** |

222:17      Wouldn't you agree that to a statistical
222:18      certainty, every prison in the state of Texas is likely
222:19      to exceed 85 degrees?

| 222:21 - 222:21 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.96** |

222:21  A.  I would agree to that.

| 224:05 - 224:08 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.97** |

224:05  Q.  All right.  Do you understand that every
224:06      reasonable effort should be made to prevent injuries
224:07      related to excessive or extreme temperatures?
224:08  A.  Yes, sir.

| 224:09 - 225:07 | **Sweetin, David 2024-07-25** | 00:01:09 | **DS.270** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | | | **DS.270** |

224:09  Q.  Okay.  And, certainly, air conditioning is a
224:10       reasonable measure which would help prevent injuries
224:11       related to excessive or extreme temperatures, correct?
224:12       MR. CALB:  Objection; form.
224:13  A.  No, sir, I disagree with that.
224:14  Q.  (BY MR. EDWARDS)  You don't think it's -- a
224:15       reasonable effort would include air conditioning?
224:16       MR. CALB:  Objection to form.
224:17  A.  No, sir, that's not the spirit and intent of
224:18       the policy.
224:19  Q.  (BY MR. EDWARDS)  Well, look, it just says --
224:20       what does the word "every" mean to you?
224:21       MR. CALB:  Objection; form.
224:22  A.  Encompassing all.
224:23  Q.  (BY MR. EDWARDS)  Okay.  You're saying every
224:24       reasonable effort shall -- "shall" eliminates
224:25       discretion, right?  "Shall" says you got to do it all
225:01       the time, right?
225:02  A.  Within our ability.
225:03  Q.  Sure.  Every reasonable effort shall be made to
225:04       prevent injuries related to excessive or extreme
225:05       temperatures in the TDCJ.  That's what this -- that's
225:06       what the statement says under the word "policy," right?
225:07  A.  Yes, sir.

| 229:22 - 229:25 | **Sweetin, David 2024-07-25** | 00:00:13 | **DS.98** |
|---|---|---|---|

229:22  Q.  (BY MR. EDWARDS)  Sure.  You understand, as an
229:23       agency, that the temperatures that the inmates are
229:24       exposed to during the summer months are so high and
229:25       potentially dangerous that they're at very real risk of

| 230:01 - 230:02 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.99** |
|---|---|---|---|

230:01       harm and serious injury, you know, unless, you know,
230:02       adequate measures are taken to protect them, right?

| 230:04 - 230:04 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.100** |
|---|---|---|---|

230:04  A.  Yes, I will agree with that.

| 230:05 - 230:14 | **Sweetin, David 2024-07-25** | 00:00:32 | **DS.271** |
|---|---|---|---|

230:05  Q.  (BY MR. EDWARDS)  One of the measures that
230:06       you've long had at the agency is the provision of water,
230:07       right?
230:08  A.  Yes, sir.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

230:09  Q.  Okay.  And you understand that -- that the
230:10      provision of water is a necessary accommodation in order
230:11      to protect the inmates from this dangerous heat to which
230:12      you knowingly expose them, right?
230:13      MR. CALB:  Objection; form, argumentative.
230:14  A.  Yes, sir, I'd agree to that.

| 231:05 - 231:22 | **Sweetin, David 2024-07-25** | 00:00:55 | **DS.101** |

231:05  Q.  I'll just ask you, is it TDCJ's policy to make
231:06      cold water available to inmates at all times?  Or iced
231:07      water.
231:08  A.  It is our policy to make sure that there is ice
231:09      and water available, that is correct.
231:10  Q.  At all times, right?
231:11  A.  At all times?
231:12  Q.  Yes, at all times.  Isn't that your policy, or
231:13      practice?
231:14  A.  Again, you're talking about 24/7, 365 days a
231:15      year?
231:16  Q.  No, I'm talking about 24/7 during the heat
231:17      period, during the summer, between April 15th and
231:18      October 15th.  Is that your policy?
231:19  A.  Yes, sir, I agree with that.
231:20  Q.  Okay.  And you would acknowledge that, you
231:21      know, that policy's only as good as the officers who are
231:22      implementing it, right?

| 231:23 - 231:23 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.272** |

231:23      MR. CALB:  Objection to form.

| 231:24 - 231:25 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.102** |

231:24  A.  Yes, sir, I will agree with that.
231:25  Q.  (BY MR. EDWARDS)  For instance, if officers

| 232:01 - 232:04 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.103** |

232:01      didn't provide water -- ice -- ice-cold water on a
232:02      consistent, constant basis, that would be problematic;
232:03      and you, as an agency, would have to rectify that,
232:04      right?

| 232:06 - 232:11 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.104** |

232:06  A.  Yes.  I agree with that.
232:07  Q.  (BY MR. EDWARDS)  Okay.  Similarly, you
232:08      understand that one -- one of the ways that I'm told

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 232:09    that you try to ameliorate this dangerous condition of | | |
| | 232:10    heat is by enabling inmates to take cold showers.  Is | | |
| | 232:11    that correct? | | |
| 232:12 - 232:12 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.273** |
| | 232:12    MR. CALB:  Objection to form. | | |
| 232:13 - 232:17 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.105** |
| | 232:13  A.  That is correct. | | |
| | 232:14  Q.  (BY MR. EDWARDS)  And you -- and is it -- is it | | |
| | 232:15    the policy of TDCJ during the summer months that inmates | | |
| | 232:16    are to have access to cold showers at all -- at all | | |
| | 232:17    times? | | |
| 232:18 - 232:18 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.274** |
| | 232:18    MR. CALB:  Objection to form. | | |
| 232:19 - 232:22 | **Sweetin, David 2024-07-25** | 00:00:11 | **DS.106** |
| | 232:19  A.  Yes. | | |
| | 232:20  Q.  (BY MR. EDWARDS)  And if they're denied access | | |
| | 232:21    to a cold shower, then, that would be potentially | | |
| | 232:22    dangerous, right? | | |
| 232:23 - 232:23 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.275** |
| | 232:23    MR. CALB:  Objection to form. | | |
| 232:24 - 232:24 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.107** |
| | 232:24  A.  Potentially, yes, sir. | | |
| 232:25 - 233:08 | **Sweetin, David 2024-07-25** | 00:00:33 | **DS.276** |
| | 232:25  Q.  (BY MR. EDWARDS)  Okay.  And, again, when | | |
| | 233:01    you're talking about risk, you're only talking about | | |
| | 233:02    potential danger, right?  That's the point of risk.  Not | | |
| | 233:03    everybody dies from extreme heat.  It's just an elevated | | |
| | 233:04    risk that we've decided, as a society, it's too much | | |
| | 233:05    risk to account for, so we need to issue some | | |
| | 233:06    protections.  That's the job of the agency, fair? | | |
| | 233:07    MR. CALB:  Objection; form. | | |
| | 233:08  A.  I will agree to that. | | |
| 233:09 - 233:15 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.108** |
| | 233:09  Q.  (BY MR. EDWARDS)  Okay.  Now, access to air | | |
| | 233:10    conditioning, is -- is that part of your policy? | | |
| | 233:11  A.  Yes, sir.  We refer to that as a respite area. | | |
| | 233:12  Q.  And is it -- is it the case that respite areas | | |
| | 233:13    have to be available to inmates 24 hours a day, seven | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 233:14    days a week during the hotter months? | | |
| | 233:15  A.  Yes, sir, that is correct. | | |
| 233:23 - 234:02 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.277** |
| | 233:23  Q.  (BY MR. EDWARDS)  Well, no, no.  The ac -- | | |
| | 233:24    the -- the access is an absolute necessity.  Whether | | |
| | 233:25    they choose to take it is up to the inmate, right? | | |
| | 234:01    MR. CALB:  Objection; form. | | |
| | 234:02  A.  That is correct. | | |
| 234:03 - 234:07 | **Sweetin, David 2024-07-25** | 00:00:17 | **DS.109** |
| | 234:03  Q.  (BY MR. EDWARDS)  Okay.  So if officers are | | |
| | 234:04    denying cold showers, not bringing water, or not | | |
| | 234:05    providing access to respite areas, that would be hugely | | |
| | 234:06    problematic and -- and would endanger the inmates if | | |
| | 234:07    that were happening, fair? | | |
| 234:09 - 234:10 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.110** |
| | 234:09  A.  That would be in violation of our policy, yes, | | |
| | 234:10    sir. | | |
| 235:16 - 235:25 | **Sweetin, David 2024-07-25** | 00:00:26 | **DS.111** |
| | 235:16    even -- when a prison is locked down, the entire unit | | |
| | 235:17    can go into air-conditioning respite if they want to? | | |
| | 235:18  A.  The entire unit? | | |
| | 235:19  Q.  Sure. | | |
| | 235:20  A.  No, sir. | | |
| | 235:21  Q.  Okay.  So not everybody has access to -- in a | | |
| | 235:22    lockdown situation, you don't have the same access to | | |
| | 235:23    these protective measures, fair? | | |
| | 235:24  A.  It's fair to say they don't have free and | | |
| | 235:25    frequent access under lockdown processes, yes, sir. | | |
| 236:01 - 236:15 | **Sweetin, David 2024-07-25** | 00:00:42 | **DS.278** |
| | 236:01  Q.  Right.  And lockdowns happen a fair amount | | |
| | 236:02    during the summer months.  Isn't that correct? | | |
| | 236:03    MR. CALB:  Objection; outside the scope. | | |
| | 236:04  A.  What's a fair amount?  That's a very broad | | |
| | 236:05    statement. | | |
| | 236:06  Q.  (BY MR. EDWARDS)  Well, you know, I don't know. | | |
| | 236:07    You know lockdowns are going to happen during the summer | | |
| | 236:08    months.  Is that a reasonable expectation that it's | | |
| | 236:09    going to happen at certain prisons during the summer? | | |
| | 236:10    MR. CALB:  Objection; outside the scope. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

236:11  A.  Well, what a reasonable expectation is that we
236:12     try as much as possible to work around the hot months
236:13     for the reasons that we're talking about.  That's not to
236:14     say that some security concern would not elevate to the
236:15     point where we have to lock down.

| 237:14 - 237:19 | **Sweetin, David 2024-07-25** | 00:00:25 | **DS.112** |

237:14  Q.  (BY MR. EDWARDS)  You know, despite the
237:15     protective measures you've allegedly implemented, and
237:16     the policies you've created, that inmates and officers
237:17     continue to suffer heat-related illnesses.  Isn't that
237:18     true?
237:19  A.  We have had some, yes, sir.

| 237:25 - 238:21 | **Sweetin, David 2024-07-25** | 00:01:54 | **DS.279** |

237:25  Q.  What is the basis for your statements to the
238:01     public and the press that there have been no heat-
238:02     related deaths in the Texas Prison System since 2012?
238:03  A.  My assertion regarded -- regarding your
238:04     question would be that heat was determined to be part of
238:05     it -- part of the death, but not what -- was not the
238:06     causal factor.  It was a combination of factors that
238:07     resulted in the death, heat of which was listed as part
238:08     of the environment, but it was not specified in the
238:09     autopsy that it was as a result of the heat.
238:10  Q.  Okay.  Well, so it's not true that there have
238:11     been no heat-related deaths since 2012, is it?
238:12     MR. CALB:  Objection to form.
238:13  A.  If you're asking me specific to heat, I will
238:14     tell you there has not been.
238:15  Q.  (BY MR. EDWARDS)  Okay.  Well, I'm not asking
238:16     you specific to heat, even though that's also a false
238:17     statement if you really want to drill down on this.
238:18     But I'm asking -- you understand that the
238:19     word "heat-related death" means a death that is related
238:20     or partly responsible or due to the heat.  You
238:21     understand that, right?

| 239:02 - 239:14 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.280** |

239:02     I mean -- and here's what I'm getting at,
239:03     sir.  I'm not particularly interested in playing word
239:04     games or engaging in semantics with the Texas Department
239:05     of Criminal Justice.  I'm a lawyer and I'm pretty

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

239:06    clever.  I could do that.  But I -- I really don't get a
239:07    sense that you care to play word games either.  Am I
239:08    right about your integrity?
239:09    MR. CALB:  Objection; argumentative.
239:10  Q.  (BY MR. EDWARDS)  You care about protecting the
239:11    men and woman in your care, don't you?
239:12    MR. CALB:  Objection to form,
239:13    argumentative.
239:14  Q.  (BY MR. EDWARDS)  Well, let me withdraw that.

---

**239:15 - 239:25**    **Sweetin, David 2024-07-25**    00:00:40    **DS.113**

239:15    Look, sir, is it the Texas Department of
239:16    Criminal Justice's position that when they tell the
239:17    public there are no heat-related deaths, that they're
239:18    not -- they don't mean that there's no deaths in which
239:19    heat contributed or was a factor in the death; there are
239:20    simply no solely, exclusively, "only heat killed that
239:21    person" deaths.  That's what you mean?
239:22  A.  What I mean is, when the autopsies are
239:23    evaluated and read, it shows that heat could have been
239:24    an associated factor.  It doesn't necessarily mean that
239:25    it was a result of heat specifically.

---

**240:01 - 240:04**    **Sweetin, David 2024-07-25**    00:00:10    **DS.114**

240:01  Q.  Well, you're telling the public that no one has
240:02    died as a consequence of the heat when you inform them
240:03    that there are no heat-related deaths.  Don't you agree
240:04    with that?

---

**240:05 - 240:05**    **Sweetin, David 2024-07-25**    00:00:06    **DS.281**

240:05    MR. CALB:  Objection to form.

---

**240:06 - 240:16**    **Sweetin, David 2024-07-25**    00:00:34    **DS.115**

240:06  A.  No, sir, I don't agree with that.
240:07  Q.  (BY MR. EDWARDS)  Okay.  When you tell the
240:08    legislature there's been no heat-related deaths, do you
240:09    then tell them, but there have been several deaths in
240:10    which heat was a contributory factor?
240:11  A.  Anybody has access to the autopsies, as
240:12    they're -- they're public record.
240:13  Q.  You think autopsies are public records?
240:14  A.  To a certain extent, yes, sir.
240:15  Q.  Well, do you think honesty and candor, when

---

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 240:16    you're talking to legislature, is important? | | |
| 240:17 - 240:17 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.282** |
| | 240:17    MR. CALB: Objection; form. | | |
| 240:18 - 240:18 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.116** |
| | 240:18  A.  Utmost. | | |
| 240:19 - 240:24 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.283** |
| | 240:19  Q.  (BY MR. EDWARDS) Did you say "utmost"? | | |
| | 240:20  A.  Utmost important, yes, sir. | | |
| | 240:21  Q.  Do you think integrity is important when you're | | |
| | 240:22    testifying and giving statements to the public? | | |
| | 240:23    MR. CALB: Objection to form. | | |
| | 240:24  A.  Yes, sir. | | |
| 241:22 - 241:25 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.284** |
| | 241:22  Q.  (BY MR. EDWARDS) Again, "interpretation" is an | | |
| | 241:23    interesting word.  You're making a choice how you | | |
| | 241:24    interpret the autopsies that -- or the deaths that occur | | |
| | 241:25    under your care, aren't you? | | |
| 242:02 - 242:09 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.285** |
| | 242:02  A.  We're making a decision based on the | | |
| | 242:03    information that's provided to us on the autopsy from | | |
| | 242:04    the medical professionals. | | |
| | 242:05  Q.  (BY MR. EDWARDS) And that decision has | | |
| | 242:06    consequences, doesn't it? | | |
| | 242:07    MR. CALB: Objection; form. | | |
| | 242:08  Q.  (BY MR. EDWARDS) Doesn't it? | | |
| | 242:09  A.  What decision would that be? | | |
| 242:10 - 242:14 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.117** |
| | 242:10  Q.  Well, when you tell the legislature, the | | |
| | 242:11    public, or people that there haven't been any | | |
| | 242:12    heat-related deaths and there actually have been, it | | |
| | 242:13    makes it seem like whatever you're doing is resulting in | | |
| | 242:14    the lack of heat-related deaths, don't you think? | | |
| 242:15 - 242:15 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.286** |
| | 242:15    MR. CALB: Objection; form. | | |
| 242:16 - 242:16 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.118** |
| | 242:16  A.  No, sir.  I disagree with that. | | |
| 242:22 - 242:23 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.287** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 242:22  Q.  You would tell -- you would tell the | | **DS.287** |
| | 242:23      legislature, reporters, the public, that there have, in | | |
| 242:24 - 242:25 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.120** |
| | 242:24      fact, been deaths in which heat was an important | | |
| | 242:25      contributory factor, wouldn't you? | | |
| 243:01 - 243:01 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.288** |
| | 243:01      MR. CALB:  Objection; form. | | |
| 243:03 - 243:08 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.121** |
| | 243:03  Q.  (BY MR. EDWARDS)  You would tell members of the | | |
| | 243:04      press, the legislature, and the public that there have, | | |
| | 243:05      in fact, been deaths in which heat was a contributing -- | | |
| | 243:06      a contributory factor in the death, correct? | | |
| | 243:07  A.  True.  I agree with the autopsies that heat was | | |
| | 243:08      a contributing factor. | | |
| 243:09 - 243:16 | **Sweetin, David 2024-07-25** | 00:00:29 | **DS.289** |
| | 243:09  Q.  Okay.  Well -- and a contributing factor means | | |
| | 243:10      it was a cause of the death.  One of the causes of the | | |
| | 243:11      death.  You understand that, right? | | |
| | 243:12      MR. CALB:  Objection to form. | | |
| | 243:13  A.  No, sir, I don't -- heat could have been just | | |
| | 243:14      the environment at the time.  That doesn't necessarily | | |
| | 243:15      mean it was the reason for the death.  The heat just | | |
| | 243:16      happened to be circumstantial. | | |
| 244:08 - 245:02 | **Sweetin, David 2024-07-25** | 00:00:58 | **DS.122** |
| | 244:08  Q.  And you're here to testify whether or not you | | |
| | 244:09      believe that heat caused or contributed to those deaths, | | |
| | 244:10      right? | | |
| | 244:11  A.  Yes, sir. | | |
| | 244:12  Q.  And you're here to talk about every action that | | |
| | 244:13      TDCJ took in response to each of those deaths, right? | | |
| | 244:14  A.  Correct. | | |
| | 244:15  Q.  Okay.  Well, let's talk about John Castillo. | | |
| | 244:16      As you testify here today, do you have any idea how he | | |
| | 244:17      died? | | |
| | 244:18  A.  Specific to his death, no, sir. | | |
| | 244:19  Q.  Okay.  You didn't do any research or review any | | |
| | 244:20      autopsies relating to Mr. Castillo in preparation for | | |
| | 244:21      this deposition? | | |
| | 244:22  A.  No, sir.  What was provided to me is based on | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 244:23    the documents that we had that -- that assert that we | | |
| | 244:24    have no deaths that are heat related. | | |
| | 244:25  Q.  Well, but I guess -- I guess what you're saying | | |
| | 245:01    is only heat was the cause.  That's what you consider a | | |
| | 245:02    heat or heat-related death, fair? | | |
| 245:03 - 245:03 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.290** |
| | 245:03    MR. CALB:  Objection; form. | | |
| 245:04 - 245:09 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.124** |
| | 245:04  A.  A heat-related death is the sole causal factor | | |
| | 245:05    of the death.  That is correct. | | |
| | 245:06  Q.  (BY MR. EDWARDS)  Okay.  So unless it says | | |
| | 245:07    hypothermia on the autopsy, you don't consider -- and it | | |
| | 245:08    only says hypothermia, you don't consider it a heat- | | |
| | 245:09    related death, right? | | |
| 245:10 - 245:10 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.291** |
| | 245:10    MR. CALB:  Objection to form. | | |
| 245:11 - 245:14 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.125** |
| | 245:11  A.  Yes, sir.  That's -- that's the way we | | |
| | 245:12    interpret it. | | |
| | 245:13  Q.  (BY MR. EDWARDS)  Now, that's a dangerous way | | |
| | 245:14    to interpret autopsies, isn't it? | | |
| 245:15 - 245:15 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.292** |
| | 245:15    MR. CALB:  Objection to form. | | |
| 245:16 - 246:04 | **Sweetin, David 2024-07-25** | 00:00:57 | **DS.126** |
| | 245:16  A.  I don't believe so, no, sir. | | |
| | 245:17  Q.  (BY MR. EDWARDS)  Well, do you know if body | | |
| | 245:18    temperatures are taken when people die as a matter of | | |
| | 245:19    course at the Texas Department of Criminal Justice, or | | |
| | 245:20    suffer strokes and fallouts?  Do you know if body | | |
| | 245:21    temperatures are always taken? | | |
| | 245:22  A.  Well, I can tell you as a general rule for the | | |
| | 245:23    correctional side of the house, there's nothing that | | |
| | 245:24    specifically states or conveys that that is to be | | |
| | 245:25    ordered.  Now, clearly, once it gets into -- the | | |
| | 246:01    offender inmate gets into the medical department, they | | |
| | 246:02    very well could ask for a temperature.  Is it standard | | |
| | 246:03    protocol, no, sir, I'm not aware of standard protocol | | |
| | 246:04    that requires an internal body temperature. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 246:05 - 246:17 | **Sweetin, David 2024-07-25** | 00:00:51 | **DS.293** |

246:05  Q.  Well, do you know what vital signs are?
246:06  A.  I think I do, yes, sir.
246:07  Q.  What -- what is your understanding of what
246:08      vital signs are?
246:09  A.  As it relates to somebody who's alive, it's --
246:10      it's -- it's the effects or causes to a decline in -- in
246:11      whether or not somebody's living.  It could be the blood
246:12      pressure; it could be their breathing capabilities.
246:13  Q.  Could be their pulse or it could be their
246:14      temperature, right?  Those are the vital signs, right?
246:15      Please tell me you know this.
246:16      MR. CALB:  Objection; argumentative.
246:17  A.  Yes, sir.

| 246:18 - 246:23 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.128** |

246:18  Q.  (BY MR. EDWARDS)  Okay.  So, you know, there's
246:19      going to be testimony from doctors that vital signs are
246:20      certainly dealing with breathing, respirations, pulse
246:21      rate, blood pressure, and temperature.  And you
246:22      understand that, right?
246:23  A.  Yes, sir, I understand that.

| 246:24 - 246:24 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.294** |

246:24      MR. CALB:  Objection; form.

| 246:25 - 247:01 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.295** |

246:25  Q.  (BY MR. EDWARDS)  And -- and you told me
247:01      earlier there's no protocol for taking temperatures of

| 247:02 - 247:04 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.129** |

247:02      dead people.  But you would agree that there is a
247:03      protocol for taking temperatures of live people who
247:04      aren't dead yet, right?

| 247:05 - 247:05 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.296** |

247:05      MR. CALB:  Objection; form.

| 247:06 - 247:11 | **Sweetin, David 2024-07-25** | 00:00:17 | **DS.130** |

247:06  A.  No, sir, I'm not aware of a protocol that says
247:07      that they are to take the internal temperature of -- of
247:08      somebody otherwise.
247:09  Q.  (BY MR. EDWARDS)  Well, that's one of the vital
247:10      signs.  That's what doctors do.

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 247:11  A.  Okay.  I agree to that, yes, sir. | | |
| 247:12 - 247:24 | **Sweetin, David 2024-07-25** | 00:00:36 | **DS.297** |
| | 247:12  Q.  Okay. | | |
| | 247:13  A.  Specifically, are you -- you were asking if | | |
| | 247:14      there's a policy.  No, sir, we don't have a policy | | |
| | 247:15      specific to that. | | |
| | 247:16  Q.  Well, yeah.  Well, whether there's a policy or | | |
| | 247:17      not, it's what's supposed to be done.  And one of the | | |
| | 247:18      reasons why you might not do it would be to hide the | | |
| | 247:19      fact that there are, in fact, heat-related deaths in the | | |
| | 247:20      system.  That's one reason you might not be taking body | | |
| | 247:21      temperatures.  Is -- is that why you're not always | | |
| | 247:22      insisting that body temperatures be taken? | | |
| | 247:23      MR. CALB:  Objection; form. | | |
| | 247:24  A.  I don't agree with that assertion, no, sir. | | |
| 247:25 - 248:03 | **Sweetin, David 2024-07-25** | 00:00:11 | **DS.131** |
| | 247:25  Q.  (BY MR. EDWARDS)  Why are you not insisting | | |
| | 248:01      that body temperatures be taken if you care about | | |
| | 248:02      finding out about whether or not there are heat-related | | |
| | 248:03      deaths at TDCJ prisons? | | |
| 248:04 - 248:04 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.298** |
| | 248:04      MR. CALB:  Objection; form. | | |
| 248:05 - 248:10 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.133** |
| | 248:05  A.  Because that's a determination to be made by | | |
| | 248:06      the medical profession at the time of the evaluation. | | |
| | 248:07  Q.  (BY MR. EDWARDS)  Does TDCJ care about finding | | |
| | 248:08      out if people are dying as a direct consequence of the | | |
| | 248:09      heat or partly as a consequence of the heat? | | |
| | 248:10  A.  Yes, sir, I would say so. | | |
| 248:16 - 249:02 | **Sweetin, David 2024-07-25** | 00:00:48 | **DS.134** |
| | 248:16  Q.  No.  But do you not know that more than 20 | | |
| | 248:17      people have tied in TDCJ custody from the heat, that | | |
| | 248:18      TDCJ has agreed to that in prior litigation? | | |
| | 248:19  A.  That they have -- the deaths were as a result | | |
| | 248:20      of heat?  No, sir.  We have no heat-related deaths. | | |
| | 248:21  Q.  Okay.  It's TDCJ testimony that you don't have | | |
| | 248:22      any heat-related deaths at the TDCJ -- in TDCJ?  That's | | |
| | 248:23      your testimony? | | |
| | 248:24  A.  Which is specific to heat, yes, sir. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

248:25  Q.  And -- and as you testify here today, you
249:01      believe that's a truthful answer?
249:02  A.  Absolutely, yes, sir.

| 249:03 - 250:01 | **Sweetin, David 2024-07-25** | 00:01:17 | **DS.299** |

249:03  Q.  All right.  You don't strike me as someone
249:04      who's, you know, going to purposely lie to me to my
249:05      face.  So I just want to follow up on that.
249:06      Is it really your testimony that there have
249:07      been no heat-related deaths in the TDCJ system?  Is that
249:08      really what you're saying?
249:09      MR. CALB:  Objection; asked and answered.
249:10  Q.  (BY MR. EDWARDS)  I'll withdraw the -- the
249:11      first part.  But I want to caution you, sir.  Is it
249:12      really your testimony that there has -- that there has
249:13      not been heat deaths or heat-related deaths at TDCJ?  Is
249:14      that really your testimony?
249:15  A.  Could you explain "heat related"?
249:16  Q.  Deaths caused by the heat.
249:17  A.  As the causal factor?
249:18  Q.  Yes.
249:19  A.  Yes, sir, I'll testify to that.
249:20  Q.  Okay.  Would you agree with me that if there
249:21      were deaths that were caused by the heat, okay, solely
249:22      caused by the heat, would you then agree that that's a
249:23      serious problem that TDCJ has to take steps to rectify
249:24      or ameliorate?
249:25  A.  Which is exactly why we have no heat-specific
250:01      dates -- or deaths.  Excuse me.

| 250:02 - 250:11 | **Sweetin, David 2024-07-25** | 00:00:30 | **DS.136** |

250:02  Q.  Right.  And you're telling me that you -- for
250:03      the last, I don't know, 20 years or so, you guys have
250:04      had policies in place to, you know, protect inmates from
250:05      the heat.  And according to you, there haven't been any
250:06      heat-related deaths, or heat deaths, solely caused by
250:07      the heat, right?
250:08  A.  Yes, sir, that is correct.
250:09  Q.  Okay.
250:10  A.  Heat has been a contributing factor, but not
250:11      the causal factor.

| 251:09 - 251:23 | **Sweetin, David 2024-07-25** | 00:01:03 | **DS.137** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

DS.137

251:09  Q.  (BY MR. EDWARDS)  Sir, would you tell me the
251:10      agency's distinction between "causal" and "contributing"
251:11      when it comes to heat deaths?
251:12  A.  Sure.  A contributing factors means that it's
251:13      one of many or several other factors associated but is
251:14      not the specific cause of the death.
251:15  Q.  (BY MR. EDWARDS)  And do you understand, as an
251:16      agency, that there can be more than one cause of a
251:17      person's death?
251:18  A.  Yes, sir, I understand that there are causal
251:19      factors.
251:20  Q.  And you understand that heat can cause stress
251:21      that would lead someone to suffer a heart attack.  Do
251:22      you understand that?
251:23  A.  Yes, sir.

**251:24 - 252:11**  **Sweetin, David 2024-07-25**                    00:00:41    **DS.300**

251:24  Q.  Okay.  And your understanding of that is, well,
251:25      heat could be a contributing factor in that situation,
252:01      but it wasn't the cause of death because the heart
252:02      attack is really the cause of death.  Is that what I'm
252:03      hearing from you?
252:04      MR. CALB:  Objection to form.
252:05  A.  Sir, what I'm saying is, it's a -- could be a
252:06      combination of multiple factors.  What -- what I'm
252:07      telling you is that we have no deaths that were strictly
252:08      associated or as a result of -- of heat.
252:09  Q.  (BY MR. EDWARDS)  Well, those are two different
252:10      things, okay?  You do have deaths that were as a result
252:11      of heat.  But -- well, strike that.

**252:12 - 252:23**  **Sweetin, David 2024-07-25**                    00:00:46    **DS.138**

252:12      There will be testimony that there have
252:13      been deaths as a result of heat.  You, as an agency,
252:14      vehemently deny that, correct?
252:15  A.  That is correct.  We only --
252:16  Q.  Okay.  And the basis for your vehement denial
252:17      is looking at autopsies and reading what is said as
252:18      cause of death on the autopsies, right?
252:19  A.  Yes, sir, that is correct.
252:20  Q.  Okay.  Has the agency done any sort of studies
252:21      or hired any -- any scientific groups to evaluate

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 252:22   whether or not their interpretations are correct? |  |  |
|  | 252:23  A.  Not to my knowledge, no, sir. |  |  |
| 253:13 - 253:14 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.301** |
|  | 253:13  Q.  Well, I'll ask it this way.  If you don't |  |  |
|  | 253:14      understand, you don't understand. |  |  |
| 253:15 - 253:22 | **Sweetin, David 2024-07-25** | 00:00:27 | **DS.139** |
|  | 253:15      Has the Texas Department of Criminal |  |  |
|  | 253:16      Justice ever hired someone to evaluate whether or not |  |  |
|  | 253:17      the heat is causing people to die that otherwise |  |  |
|  | 253:18      wouldn't be dying in the Texas Prison System? |  |  |
|  | 253:19  A.  No, sir, not to my knowledge that we have hired |  |  |
|  | 253:20      anybody specific for that, that role.  Although, we do |  |  |
|  | 253:21      have medical professionals that provide us with the |  |  |
|  | 253:22      information. |  |  |
| 257:18 - 258:01 | **Sweetin, David 2024-07-25** | 00:00:25 | **DS.140** |
|  | 257:18  Q.  Okay.  I'll read it so that -- so that Judge |  |  |
|  | 257:19      Pittman understands.  It's all studies, research, |  |  |
|  | 257:20      publications, warnings, and other information that TDCJ |  |  |
|  | 257:21      currently has regarding the risks that temperatures over |  |  |
|  | 257:22      85 degrees pose to TDCJ inmates and employees, |  |  |
|  | 257:23      including, but not limited to, the risks of heat-related |  |  |
|  | 257:24      illnesses and death.  You're -- you're here to testify |  |  |
|  | 257:25      about that, right? |  |  |
|  | 258:01  A.  Yes, sir, that is correct. |  |  |
| 260:15 - 260:18 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.142** |
|  | 260:15  Q.  (BY MR. EDWARDS)  Did you locate any studies |  |  |
|  | 260:16      that you found that you reviewed? |  |  |
|  | 260:17  A.  Yes, sir.  I did find two studies that I had |  |  |
|  | 260:18      reviewed. |  |  |
| 260:19 - 260:19 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.302** |
|  | 260:19  Q.  Yeah.  They're reports from Dean Rieger, right? |  |  |
| 260:20 - 260:25 | **Sweetin, David 2024-07-25** | 00:00:25 | **DS.143** |
|  | 260:20  A.  This is a report from the -- on the extreme |  |  |
|  | 260:21      temperatures and COVID-19 in Texas prisons from the -- |  |  |
|  | 260:22      Texas A&M University as a reduction and recovery center. |  |  |
|  | 260:23  Q.  Okay.  You read that. |  |  |
|  | 260:24  A.  And, then, another one, JAMA Network is |  |  |
|  | 260:25      provision of air-conditioned and heat-related mortality |  |  |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| 261:01 - 261:01 | **Sweetin, David 2024-07-25** | 00:00:08 | **DS.144** |

261:01    in Texas prisons.

| 261:06 - 261:09 | **Sweetin, David 2024-07-25** | 00:00:11 | **DS.145** |

261:06   Q.   Okay.  Well, those studies are pretty shocking
261:07         in terms of the danger that the lack of air conditioning
261:08         causes inmates in the Texas prison population, aren't
261:09         they?

| 261:10 - 261:10 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.303** |

261:10        MR. CALB:  Objection; form.

| 261:11 - 261:14 | **Sweetin, David 2024-07-25** | 00:00:20 | **DS.146** |

261:11   A.   Well, to be honest with you, I didn't give it
261:12         much credibility.  It's not something that we sanctioned
261:13         or were involved in to the extent where I feel the
261:14         veracity of the information is -- is accurate.

| 261:15 - 262:05 | **Sweetin, David 2024-07-25** | 00:01:16 | **DS.304** |

261:15   Q.   (BY MR. EDWARDS) So you reviewed the -- the
261:16         Skarha study, which concluded that there were more than
261:17         200 deaths that the heat was responsible for during a,
261:18         you know, 19-year period, right?
261:19   A.   No, sir.  I can't testify on behalf of -- of
261:20         these two reports that I'm looking at and had access to
261:21         over the course of my preparation.  Again, it's not
261:22         something that we sanctioned or -- or were involved in.
261:23   Q.   All right.  So just to be clear, you reviewed,
261:24         and the agency has seen and reviewed, the -- the Skarha
261:25         report in JAMA regarding the provision of air
262:01         conditioning in Texas -- Texans.  And am I stating the
262:02         agency's position correctly?  You disregarded it because
262:03         you did not sanction it.  Is that fair?
262:04        MR. CALB:  Objection; misstates testimony.
262:05   A.   No, sir, that's not fair.

| 262:06 - 262:14 | **Sweetin, David 2024-07-25** | 00:00:42 | **DS.147** |

262:06   Q.   (BY MR. EDWARDS) Okay.  I thought you told me
262:07         that you didn't give it much credit because you weren't
262:08         responsible for making it happen.  Did I mishear you?
262:09   A.   Essentially, that was it.  I don't -- I don't
262:10         know how reliable these studies are, just simply
262:11         because, again, we were not involved in the studies.
262:12   Q.   Well, have you asked anybody how reliable the

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 262:13    study was? | | |
| | 262:14  A.  No, sir. | | |
| 262:15 - 262:19 | **Sweetin, David 2024-07-25** | 00:00:24 | **DS.305** |
| | 262:15  Q.  I mean, do you know where Dr. Skarha went to | | |
| | 262:16    college? | | |
| | 262:17    MR. CALB:  Objection; form. | | |
| | 262:18  A.  I don't feel that's relevant, sir. | | |
| | 262:19  Q.  (BY MR. EDWARDS)  Okay.  Well -- okay.  You | | |
| 262:20 - 263:02 | **Sweetin, David 2024-07-25** | 00:01:02 | **DS.148** |
| | 262:20    just -- Do you understand the conclusions in the -- the | | |
| | 262:21    Skarha study? | | |
| | 262:22  A.  No, sir.  I didn't need to understand it. | | |
| | 262:23    Again, I don't know the -- the extent of their | | |
| | 262:24    investigation and the reliability of the information | | |
| | 262:25    that they provided.  For that reason, it's nothing more | | |
| | 263:01    than writing on a piece of paper. | | |
| | 263:02  Q.  Are you an epidemiologist? | | |
| 263:03 - 263:03 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.306** |
| | 263:03    MR. CALB:  Objection; form. | | |
| 263:04 - 263:09 | **Sweetin, David 2024-07-25** | 00:00:29 | **DS.150** |
| | 263:04  A.  No, sir. | | |
| | 263:05  Q.  (BY MR. EDWARDS)  Do you know what epidemiology | | |
| | 263:06    is? | | |
| | 263:07  A.  No, sir. | | |
| | 263:08  Q.  Well, before you disregard an epidemiological | | |
| | 263:09    study, shouldn't you try to find out what it is? | | |
| 263:10 - 263:10 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.307** |
| | 263:10    MR. CALB:  Objection; form. | | |
| 263:11 - 263:14 | **Sweetin, David 2024-07-25** | 00:00:17 | **DS.151** |
| | 263:11  A.  No, sir.  Again, I've read lots of documents | | |
| | 263:12    that are just words on paper.  That doesn't necessarily | | |
| | 263:13    make them true, accurate, and a reflection of what's | | |
| | 263:14    actually going on.  So I didn't take any merit with it. | | |
| 264:01 - 265:03 | **Sweetin, David 2024-07-25** | 00:01:12 | **DS.308** |
| | 264:01  Q.  Well, let me read the -- Do you agree or -- do | | |
| | 264:02    you agree that there's a large body of epidemiologic | | |
| | 264:03    evidence that heat is associated with an increased risk | | |
| | 264:04    of mortality? | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

264:05  MR. CALB:  Objection; outside the scope if
264:06  you're asking him personally.
264:07  MR. EDWARDS:  This is dead center scope of
264:08  the examination.  Dead center.
264:09  (Speaking simultaneously.)
264:10  MR. EDWARDS:  Dead center, Michael.
264:11  MR. CALB:  (Inaudible) personally.  And
264:12  That's my -- My only distinction is --
264:13  MR. EDWARDS:  Kelly --
264:14  That's fine.  You objected "outside the
264:15  scope." It's a spurious, ridiculous objection, but
264:16  continue to make it.
264:17  Kelly, would you read the exact question to
264:18  Mr. Sweetin, please.
264:19  (Brief pause.)
264:20  THE REPORTER:  Sorry.
264:21  MR. EDWARDS:  Or would it be easier if I
264:22  just repeated it?
264:23  (Requested portion was read.)
264:24  MR. CALB:  Objection; outside the scope if
264:25  you're asking him his opinion.
265:01  Q.  (BY MR. EDWARDS)  Please answer the question,
265:02  sir.
265:03  A.  Explain what you're asking.

| 265:04 - 265:14 | **Sweetin, David 2024-07-25** | 00:00:39 | **DS.152** |
|---|---|---|---|

265:04  Q.  I'm asking if you agree with the author of this
265:05  paper that you reviewed that there is a large body of
265:06  epidemiologic evidence that heat is associated with --
265:07  with increased risk of mortality.
265:08  A.  Well, as I stated prior, I don't have an
265:09  opinion on this one way or the other.
265:10  Q.  Well, don't you think it's time that the
265:11  Department of Criminal Justice started to have an
265:12  opinion about the epidemiologic evidence that -- that
265:13  does, in fact, show that heat is associated with an
265:14  increased risk of mortality?

| 265:16 - 265:16 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.153** |
|---|---|---|---|

265:16  A.  I feel like we're taking appropriate measures.

| 265:17 - 266:03 | **Sweetin, David 2024-07-25** | 00:00:34 | **DS.309** |
|---|---|---|---|

265:17  Q.  (BY MR. EDWARDS)  Would it concern you, as the

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

|  | 265:18 | Department of Criminal Justice, if there were 13 deaths |  |  |
|  | 265:19 | annually as a consequence of the heat inside the Texas |  |  |
|  | 265:20 | Prison System? |  |  |
|  | 265:21 | MR. CALB:  Objection; form. |  |  |
|  | 265:22 Q. | (BY MR. EDWARDS)  On average. |  |  |
|  | 265:23 A. | If it was a heat-specific death?  Is that your |  |  |
|  | 265:24 | question? |  |  |
|  | 265:25 Q. | I'd like you to just answer my question.  I'm |  |  |
|  | 266:01 | done with the word games, sir.  I don't have enough time |  |  |
|  | 266:02 | to play anymore.  Now we're just -- you're getting full |  |  |
|  | 266:03 | Jeff here, okay? |  |  |

| 266:04 - 266:24 | **Sweetin, David 2024-07-25** | 00:01:18 | **DS.154** |
|---|---|---|---|

|  | 266:04 | Does it -- Would it concern you if there |
|  | 266:05 | were 13 deaths that were associated with the heat due to |
|  | 266:06 | a lack of air conditioning in the Texas Prison System? |
|  | 266:07 | Can you please answer my question, sir. |
|  | 266:08 A. | There again, it's -- it's -- I'm not |
|  | 266:09 | understanding your -- your question.  Because what I |
|  | 266:10 | speak on is on behalf of what is related specific to |
|  | 266:11 | heat.  Again, heat can be a variable in regard to a |
|  | 266:12 | debt, but that doesn't make it a heat death. |
|  | 266:13 | If -- if you're asking me if there were 13 |
|  | 266:14 | heat-related deaths specific to heat, yes, sir, that |
|  | 266:15 | would be a problem. |
|  | 266:16 Q. | Why? |
|  | 266:17 A. | Because of our preventative measures that we |
|  | 266:18 | put in place, as well as our -- |
|  | 266:19 Q. | It would -- |
|  | 266:20 | MR. CALB:  Let him finish. |
|  | 266:21 A. | Go ahead. |
|  | 266:22 Q. | (BY MR. EDWARDS)  Let me finish for you.  It |
|  | 266:23 | would be a problem because your preventative measures |
|  | 266:24 | are worthless.  That's what it would indicate, right? |

| 266:25 - 266:25 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.310** |
|---|---|---|---|

|  | 266:25 | MR. CALB:  Objection; argumentative, form. |

| 267:01 - 267:05 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.155** |
|---|---|---|---|

|  | 267:01 A. | Means we could potentially have some problems, |
|  | 267:02 | yes, sir. |
|  | 267:03 Q. | (BY MR. EDWARDS)  Well, do you think it's |
|  | 267:04 | appropriate for the agency to stick its head in the sand |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 267:05    and ignore studies by competent epidemiologists? | | |
| 267:06 - 267:06 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.311** |
| | 267:06    MR. CALB: Objection; form. | | |
| 267:07 - 267:20 | **Sweetin, David 2024-07-25** | 00:00:47 | **DS.156** |
| | 267:07  A.  No, sir, it wouldn't be appropriate for us to | | |
| | 267:08    stick our heads in the sand on any topic. | | |
| | 267:09  Q.  (BY MR. EDWARDS)  It would -- it would be | | |
| | 267:10    the -- it would be the epitomy of indifference, being | | |
| | 267:11    made aware of a problem and ignoring it, right? | | |
| | 267:12    MR. CALB: Objection; form. | | |
| | 267:13  A.  I understand there's a difference in medical | | |
| | 267:14    opinions and people's opinions.  And, again, just | | |
| | 267:15    because I've got a study here in front of me, that | | |
| | 267:16    doesn't provide me with any insight as to the accuracy | | |
| | 267:17    of the data.  So, therefore, I don't have an opinion of | | |
| | 267:18    it one way or the other. | | |
| | 267:19  Q.  (BY MR. EDWARDS)  Well, again, isn't it time | | |
| | 267:20    for you to get an opinion and seek one out? | | |
| 267:21 - 267:21 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.312** |
| | 267:21    MR. CALB: Objection to form. | | |
| 267:22 - 268:09 | **Sweetin, David 2024-07-25** | 00:00:39 | **DS.157** |
| | 267:22  A.  Yes, sir.  And I believe we've done that. | | |
| | 267:23  Q.  (BY MR. EDWARDS)  Okay.  Who gave you an | | |
| | 267:24    opinion about -- about Dr. Skarha's study, which | | |
| | 267:25    actually reflects an incidence of 14 deaths annually due | | |
| | 268:01    to the heat, not 13.  But who gave you an opinion that | | |
| | 268:02    leads you to be able to discount this study? | | |
| | 268:03  A.  I wasn't referring to this particular study. | | |
| | 268:04  Q.  Okay.  Well, let's talk about this particular | | |
| | 268:05    study.  You've read it, or you haven't?  Well, | | |
| | 268:06    withdrawn.  You told me you read it.  You told me you | | |
| | 268:07    reviewed it in preparation for this deposition, yet | | |
| | 268:08    you're disregarding it even though you're not an | | |
| | 268:09    epidemiologist.  Why, sir? | | |
| 268:11 - 268:19 | **Sweetin, David 2024-07-25** | 00:00:36 | **DS.159** |
| | 268:11  A.  As I previously stated, the information that's | | |
| | 268:12    provided in the report has not necessarily come from any | | |
| | 268:13    reliable sources.  And because we were not involved in | | |
| | 268:14    it, nor did we sanction it, then, for that reason, I | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 268:15    have no opinion of it one way or another when it comes | | |
| | 268:16    to what we're doing. | | |
| | 268:17  Q.  (BY MR. EDWARDS) What evidence do you have to | | |
| | 268:18    suggest that the data that Dr. Skarha relied upon is | | |
| | 268:19    unreliable? | | |
| 268:20 - 268:20 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.313** |
| | 268:20    MR. CALB:  Objection; form. | | |
| 268:21 - 268:21 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.160** |
| | 268:21  A.  No data, sir. | | |
| 269:04 - 269:07 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.161** |
| | 269:04  Q.  Well, would a thirtyfold increase in heat- | | |
| | 269:05    attributed deaths, when compared with estimates in the | | |
| | 269:06    general U.S. population, cause a responsible | | |
| | 269:07    administrator some concern? | | |
| 269:08 - 269:08 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.314** |
| | 269:08    MR. CALB:  Objection; form. | | |
| 269:09 - 269:09 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.162** |
| | 269:09  A.  Is that an excerpt out of the report? | | |
| 269:10 - 269:17 | **Sweetin, David 2024-07-25** | 00:00:13 | **DS.315** |
| | 269:10  Q.  (BY MR. EDWARDS) Does it matter? | | |
| | 269:11  A.  Yes, sir, if you're asking me to -- | | |
| | 269:12  Q.  Yes, it's an excerpt out of the report. | | |
| | 269:13    (Speaking simultaneously.) | | |
| | 269:14  Q.  Does that -- does that excerpt cause you | | |
| | 269:15    concern? | | |
| | 269:16    THE REPORTER:  Sorry.  You're speaking over | | |
| | 269:17    each other. | | |
| 269:18 - 270:01 | **Sweetin, David 2024-07-25** | 00:00:31 | **DS.163** |
| | 269:18  Q.  (BY MR. EDWARDS) Yes, sir, it's an excerpt | | |
| | 269:19    from the report.  Does that excerpt from the report from | | |
| | 269:20    Dr. Skarha cause you concern as an agency? | | |
| | 269:21  A.  No, sir. | | |
| | 269:22  Q.  So the fact that 13 percent of deaths -- 271 | | |
| | 269:23    deaths that may be attributed to extreme heat during | | |
| | 269:24    warm months in Texas prisons, without universal air | | |
| | 269:25    conditioning, between 2001 and 2019 does not cause you | | |
| | 270:01    concern? | | |
| 270:02 - 270:02 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.316** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 270:02    MR. CALB:  Objection to form. | | **DS.316** |
| 270:03 - 270:11 | **Sweetin, David 2024-07-25** | 00:00:45 | **DS.165** |
| | 270:03  A.  Well, again, I will say that there's not much | | |
| | 270:04        merit in regard to these particular studies because we | | |
| | 270:05        don't -- we don't know the -- the reliability of the | | |
| | 270:06        data that was provided to them during the study. | | |
| | 270:07  Q.  (BY MR. EDWARDS)  Okay.  So -- all right. | | |
| | 270:08        Don't you think it's incredibly dangerous to discount or | | |
| | 270:09        not find out about the efficacy of a study when it's so | | |
| | 270:10        important to the -- the well-being and safety of the men | | |
| | 270:11        and women in your custody and control? | | |
| 270:12 - 270:12 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.317** |
| | 270:12        MR. CALB:  Objection; form. | | |
| 270:13 - 270:18 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.166** |
| | 270:13  A.  Sir, what I can say is there all -- all kinds | | |
| | 270:14        of documents that I can pull up that -- and read to you. | | |
| | 270:15        But that doesn't necessarily mean that they're accurate. | | |
| | 270:16  Q.  (BY MR. EDWARDS)  Does it mean they're -- does | | |
| | 270:17        it mean that all studies are inaccurate if they are | | |
| | 270:18        something that you don't like reading? | | |
| 270:19 - 270:19 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.318** |
| | 270:19        MR. CALB:  Objection; form. | | |
| 270:20 - 270:25 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.167** |
| | 270:20  A.  No, sir. | | |
| | 270:21  Q.  (BY MR. EDWARDS)  Do you consider Texas A&M to | | |
| | 270:22        be a reliable institution when it comes to putting out | | |
| | 270:23        papers on the dangers of extreme temperatures? | | |
| | 270:24  A.  I believe Texas A&M has a good reputation, a | | |
| | 270:25        solid reputation. | | |
| 271:01 - 271:13 | **Sweetin, David 2024-07-25** | 00:00:54 | **DS.319** |
| | 271:01  Q.  Well, the lead author for the study that's -- | | |
| | 271:02        that you've also reviewed, Extreme Temperatures in | | |
| | 271:03        COVID-19 in Texas Prisons, was J. Carlee Purdum, a PhD | | |
| | 271:04        from Texas A&M, right? | | |
| | 271:05  A.  Yes, sir. | | |
| | 271:06  Q.  And the group that put out this paper was the | | |
| | 271:07        Hazard Reduction and Recovery Center at Texas A&M, | | |
| | 271:08        right? | | |
| | 271:09  A.  It would appear so, yes, sir. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 271:10  Q.  Okay.  It concluded that mitigation measures | | |
| | 271:11        that purportedly are being used by TDCJ are -- are | | |
| | 271:12        inconsistently followed throughout the system.  Isn't | | |
| | 271:13        that really concerning to you? | | |
| 271:14 - 271:14 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.320** |
| | 271:14        MR. CALB:  Objection to form. | | |
| 271:15 - 271:25 | **Sweetin, David 2024-07-25** | 00:00:38 | **DS.169** |
| | 271:15  A.  No, sir, not at all. | | |
| | 271:16  Q.  (BY MR. EDWARDS)  And it concluded that | | |
| | 271:17        22 percent of inmates, not just those surveyed, who were | | |
| | 271:18        cool-bed priority offenders because of heat sensitivity | | |
| | 271:19        did not have access to cool beds at the time, | | |
| | 271:20        August 2020.  Does that concern you? | | |
| | 271:21  A.  And I'm curious how they would know that. | | |
| | 271:22  Q.  Well, did you try to find out if that -- did | | |
| | 271:23        you do anything to try to determine whether or not that | | |
| | 271:24        conclusion was accurate? | | |
| | 271:25  A.  No, sir. | | |
| 272:01 - 272:11 | **Sweetin, David 2024-07-25** | 00:00:34 | **DS.170** |
| | 272:01  Q.  Okay.  Did you do anything to determine whether | | |
| | 272:02        or not the conclusion that mitigation measures were | | |
| | 272:03        inconsistently followed throughout the system?  Did you | | |
| | 272:04        do anything to examine that? | | |
| | 272:05  A.  No, sir. | | |
| | 272:06  Q.  Did you do anything to examine their conclusion | | |
| | 272:07        that 60 percent of inmates serviced -- surveyed reported | | |
| | 272:08        wellness checks were not being done? | | |
| | 272:09  A.  No, sir. | | |
| | 272:10  Q.  Now, if that were true, that would be terrible | | |
| | 272:11        and -- and a true danger to the inmates, right? | | |
| 272:12 - 272:12 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.321** |
| | 272:12        MR. CALB:  Objection; form. | | |
| 272:13 - 272:15 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.171** |
| | 272:13  A.  Yeah.  If it was substantiated, yes. | | |
| | 272:14  Q.  (BY MR. EDWARDS)  Well, in order to determine | | |
| | 272:15        if something's true, you got to investigate it, right? | | |
| 272:16 - 272:16 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.322** |
| | 272:16        MR. CALB:  Objection; form. | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 272:17 - 273:02 | **Sweetin, David 2024-07-25** | 00:00:36 | **DS.172** |

272:17  A.  That is correct.

272:18  Q.  (BY MR. EDWARDS)  Did the agency investigate

272:19      this conclusion from this study, that 60 percent of

272:20      inmates who were surveyed noted wellness checks not

272:21      being done?

272:22  A.  I'm not aware of any type of investigation in

272:23      regard to either one of these reports.

272:24  Q.  Okay.  Let's go through another conclusion.

272:25      43 percent of inmates surveyed reported that in 2020

273:01      they had a health crisis disregarded.  That seems

273:02      concerning to me.  It's not concerning to the agency?

| 273:03 - 273:03 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.323** |

273:03      MR. CALB:  Objection; form.

| 273:04 - 273:12 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.174** |

273:04  A.  Not in the form of this report, no, sir.

273:05  Q.  (BY MR. EDWARDS)  Two-thirds of the inmates who

273:06      were surveyed said they had no access to cool-down extra

273:07      showers.  That would concern me.  It doesn't concern

273:08      you?

273:09  A.  If that were the case.

273:10  Q.  And in order -- You did -- and you did nothing

273:11      to deter -- you, as an agency, did nothing to determine

273:12      if this conclusion were accurate or not, correct?

| 273:13 - 273:13 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.324** |

273:13      MR. CALB:  Objection to form.

| 273:14 - 273:23 | **Sweetin, David 2024-07-25** | 00:00:39 | **DS.175** |

273:14  A.  As I stated, I'm not aware of any kind of

273:15      investigative measures that we conducted on either one

273:16      of these studies.

273:17  Q.  (BY MR. EDWARDS)  This -- this report noted

273:18      that there were almost 1200 grievances between

273:19      September 2019 and August 2020 just about water and ice

273:20      being unavailable.  Did you do anything to investigate

273:21      that conclusion?

273:22  A.  No, sir.

273:23  Q.  Don't you think you should have?

| 273:24 - 273:24 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.325** |

273:24      MR. CALB:  Objection to form.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 273:25 - 273:25 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.176** |

273:25  A.  No, sir.

| 274:01 - 274:03 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.177** |

274:01  Q.  (BY MR. EDWARDS)  Well, were there 1200
274:02       grievances about water and ice not being available, or
274:03       do you know?

| 274:04 - 274:04 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.326** |

274:04       MR. CALB:  Objection; outside the scope.

| 274:05 - 274:10 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.178** |

274:05  A.  No, sir.  That's what their assertion is, but I
274:06       do not know that to be the case.
274:07  Q.  (BY MR. EDWARDS)  Well, Good Lord.  Did you
274:08       check the grievances to see if there were that many
274:09       grievances about a lack of ice and water being
274:10       available?

| 274:11 - 274:11 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.327** |

274:11       MR. CALB:  Objection; outside the scope.

| 274:12 - 274:25 | **Sweetin, David 2024-07-25** | 00:00:51 | **DS.179** |

274:12  A.  I'll say it again.  We did no investigative
274:13       measures in regard to either one of these reports.  We
274:14       rely on our internal data.
274:15  Q.  (BY MR. EDWARDS)  Okay.  Well, you know, on
274:16       July 12th, 2022, Bryan Collier testified to the house
274:17       appropriations committee about Texas prisons, and
274:18       Dr. Purdum testified immediately after him about the
274:19       report while Director Collier was still there.
274:20       And to your knowledge, nobody investigated
274:21       the conclusions in the report or the testimony that
274:22       Dr. Purdum gave?
274:23  A.  To my knowledge, you are correct.
274:24  Q.  During that same time period, according to
274:25       the -- the report, or the study, there were more than, I

| 275:01 - 275:11 | **Sweetin, David 2024-07-25** | 00:00:35 | **DS.180** |

275:01       think, 1255, but let's give or take ten or 20 grievances
275:02       about not having access to respite areas.  Nobody at
275:03       TDCJ investigated this?
275:04  A.  Again, I don't know that the information is
275:05       accurate to investigate it.

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

275:06 Q. Well, let's say that there were 1200-plus
275:07     grievances about not having access to respite areas.
275:08     That would cause any administrator who cares about the
275:09     health and well-being of the men in his care and control
275:10     some serious concern, right?
275:11 A. Sure.

| 275:12 - 276:02 | **Sweetin, David 2024-07-25** | 00:00:58 | **DS.328** |
|---|---|---|---|

275:12     MR. CALB: Objection; form.
275:13 Q. (BY MR. EDWARDS) Okay. 47 percent of the
275:14     people surveyed reported that they were denied access to
275:15     respite areas. TDCJ undertook no investigation of that
275:16     conclusion or that survey result, right?
275:17 A. We did not, simply because I don't know how
275:18     that data was -- they came about that particular data.
275:19 Q. Did you talk to the author of the study and ask
275:20     him or her about how they came to get that data?
275:21 A. Again, I'm not aware of any investigative
275:22     measures that we went through in regard to either one of
275:23     these reports.
275:24 Q. I mean, if you care about the health and
275:25     well-being of the men and women in your -- in your
276:01     custody and control, shouldn't you investigate these
276:02     things?

| 275:13 - 276:02 | **Sweetin, David 2024-07-25** | 00:00:56 | **DS.181** |
|---|---|---|---|

275:13 Q. (BY MR. EDWARDS) Okay. 47 percent of the
275:14     people surveyed reported that they were denied access to
275:15     respite areas. TDCJ undertook no investigation of that
275:16     conclusion or that survey result, right?
275:17 A. We did not, simply because I don't know how
275:18     that data was -- they came about that particular data.
275:19 Q. Did you talk to the author of the study and ask
275:20     him or her about how they came to get that data?
275:21 A. Again, I'm not aware of any investigative
275:22     measures that we went through in regard to either one of
275:23     these reports.
275:24 Q. I mean, if you care about the health and
275:25     well-being of the men and women in your -- in your
276:01     custody and control, shouldn't you investigate these
276:02     things?

| 276:03 - 276:03 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.329** |
|---|---|---|---|

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 276:03    MR. CALB:  Objection to form. | | **DS.329** |
| 276:04 - 276:08 | **Sweetin, David 2024-07-25** | 00:00:18 | **DS.183** |

276:04  A.  Not necessarily, no, sir.

276:05  Q.  (BY MR. EDWARDS)  What's it take to get you to

276:06       conduct an investigation as to whether or not you're

276:07       actually doing the mitigation measures you report to the

276:08       legislature and the public you're doing?

| 276:09 - 276:10 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.330** |

276:09  MR. CALB:  Objection to form, outside the

276:10  scope.

| 276:11 - 276:20 | **Sweetin, David 2024-07-25** | 00:00:46 | **DS.184** |

276:11  A.  Again, we rely on our internal data and

276:12       reporting, whether it be inmate grievances, verbal

276:13       complaints, information passed on from department to

276:14       department.  Yes, sir, there's -- there's --

276:15  Q.  (BY MR. EDWARDS)  Look, sir, you've got a

276:16       doctor, an epidemiologist, pointing out to you that --

276:17       that more than 200 people died as a consequent --

276:18       consequence of exposure to heat in the Texas Prison

276:19       System.  And are you seriously telling me you did

276:20       nothing to investigate her conclusions?

| 276:21 - 276:21 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.331** |

276:21  MR. CALB:  Objection; form.

| 276:22 - 277:02 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.185** |

276:22  A.  What I'm telling you is that we did not

276:23       authorize or sanction or had any administrative

276:24       involvement in any -- either one of these reports.  For

276:25       that reason, I don't know the -- the reliability of the

277:01       information that was provided other than what's written

277:02       on the paper.

| 277:08 - 277:18 | **Sweetin, David 2024-07-25** | 00:00:44 | **DS.187** |

277:08  Q.  Okay.  Patrick Womack is an individual who had

277:09       a 106-degree core body temperature, and his cause of

277:10       death is hyperthermia due to serotonin syndrome from

277:11       sertraline toxicity.  Environmental heat is a contrib --

277:12       is a possible contributory factor.  That's what the

277:13       autopsy said.

277:14       Do you know the significance of 106-degree

277:15       core body temperature, sir?

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

277:16  A.  Yes, sir.  I know that it's not good.

277:17  Q.  I respect understatement as much as the next

277:18      person.  It's deadly, isn't it?

| 277:19 - 277:19 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.332** |
|---|---|---|---|

277:19      MR. CALB:  Objection; outside the scope.

| 277:20 - 278:03 | **Sweetin, David 2024-07-25** | 00:00:36 | **DS.188** |
|---|---|---|---|

277:20  A.  Yes, sir.

277:21  Q.  (BY MR. EDWARDS)  There is going to be

277:22      testimony that that death was a direct consequence of

277:23      Mr. Womack's exposure to the heat.  You just don't --

277:24      don't believe that to be the case, based on the autopsy.

277:25      Is that correct?

278:01  A.  As I previously stated, the heat was a

278:02      contributing factor, not the -- not the sole causal

278:03      factor of the death.

| 278:11 - 278:25 | **Sweetin, David 2024-07-25** | 00:00:51 | **DS.190** |
|---|---|---|---|

278:11  Q.  Sure.  The Texas A&M study that you've

278:12      reviewed, the -- the conclusions that I went through

278:13      with you that ice -- ice and water were not being

278:14      regularly distributed, that respite areas were not --

278:15      that people were not being taken to respite areas, air

278:16      conditioning was denied to people, that's in direct

278:17      violation of your policies if it were happening, right?

278:18  A.  Yes, sir, I agree with that, if it was

278:19      happening.

278:20  Q.  And, you know, again, I've pointed out two

278:21      deaths that are causally related to indoor exposure to

278:22      heat that your response to me is, we're not going to

278:23      change what we're doing; we're simply going to

278:24      categorize this as a not-solely-related-to-heat death.

278:25      Is that -- do I hear you correctly?

| 279:01 - 279:01 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.333** |
|---|---|---|---|

279:01      MR. CALB:  Objection; form.

| 279:02 - 279:02 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.191** |
|---|---|---|---|

279:02  A.  Yes, sir.  When we review the autopsy --

| 279:03 - 279:03 | **Sweetin, David 2024-07-25** | 00:00:00 | **DS.334** |
|---|---|---|---|

279:03  Q.  (BY MR. EDWARDS)  Oh, God.

| 279:04 - 279:09 | **Sweetin, David 2024-07-25** | 00:00:21 | **DS.192** |
|---|---|---|---|

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 279:04  A.  -- based on the medical professional's opinion,<br>279:05      that's how we draw our conclusion.<br>279:06  Q.  Yeah.  Well, the medical professional's opinion<br>279:07      is that heat is a contributing factor in the person's<br>279:08      death.  That's what the medical professional's opinion<br>279:09      is, right? | | DS.192 |
| 279:10 - 279:10 | **Sweetin, David 2024-07-25**<br>279:10      MR. CALB:  Objection to form. | 00:00:04 | DS.335 |
| 279:11 - 279:11 | **Sweetin, David 2024-07-25**<br>279:11  A.  Could possibly be. | 00:00:01 | DS.193 |
| 279:12 - 279:19 | **Sweetin, David 2024-07-25**<br>279:12  Q.  (BY MR. EDWARDS)  Yeah.  So how dare you<br>279:13      represent to the public that there aren't any<br>279:14      heat-related deaths when you know that to be false?<br>279:15      MR. CALB:  Objection.  It's unnecessarily<br>279:16      badgering the witness.<br>279:17      MR. EDWARDS:  Well, you know what, it was<br>279:18      pretty harsh.  Let me ask it -- I'll withdraw it.  Let<br>279:19      me ask it this way. | 00:00:19 | DS.336 |
| 279:20 - 279:25 | **Sweetin, David 2024-07-25**<br>279:20  Q.  (BY MR. EDWARDS)  Sir, you know that<br>279:21      environmental exposure to heat was a contributing factor<br>279:22      in multiple deaths.  Given that knowledge, how can you<br>279:23      responsibly relay to the public that there haven't been<br>279:24      any heat-related deaths when you know that not to be<br>279:25      true? | 00:00:23 | DS.194 |
| 280:01 - 280:01 | **Sweetin, David 2024-07-25**<br>280:01      MR. CALB:  Objection to form. | 00:00:04 | DS.337 |
| 280:02 - 280:03 | **Sweetin, David 2024-07-25**<br>280:02  A.  That's our opinion based on our analysis of the<br>280:03      data that was provided. | 00:00:04 | DS.195 |
| 280:08 - 280:15 | **Sweetin, David 2024-07-25**<br>280:08  Q.  (BY MR. EDWARDS)  Would anything change your<br>280:09      opinion, sir?<br>280:10  A.  I'm not going to say anything, no, sir.<br>280:11  Q.  Well, I -- I've given you evidence that would<br>280:12      change your -- most people's opinions in the form of Mr.<br>280:13      Castillo and Mr. Womack's autopsy results.  That hasn't | 00:00:21 | DS.196 |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

280:14    changed your opinion, correct?

280:15  A.  No, sir.

| 280:16 - 280:16 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.338** |

280:16    MR. CALB: Objection; form. (Inaudible.)

| 280:17 - 280:21 | **Sweetin, David 2024-07-25** | 00:00:22 | **DS.197** |

280:17  Q.  (BY MR. EDWARDS) And I've put forward and I've

280:18    talked to you about the two studies you reviewed that

280:19    have alarming conclusions. That hasn't changed your

280:20    opinion, right?

280:21  A.  No, sir, it has not.

| 281:04 - 281:14 | **Sweetin, David 2024-07-25** | 00:00:43 | **DS.198** |

281:04  Q.  (BY MR. EDWARDS) Okay. Well, all right, let's

281:05    see if you disregard the next autopsy -- next dead

281:06    person we talk about from the heat. Do you know who

281:07    Elizabeth Haggerty is?

281:08  A.  Yes, sir.

281:09  Q.  Okay. The autopsy says that elevated

281:10    environmental temperatures, i.e., heat stress, obesity

281:11    and diabetes may be contributed -- contributory factors

281:12    to her death. Does that impact your belief that there

281:13    still have been no heat-related deaths?

281:14  A.  I believe the keyword there is "may."

| 281:15 - 282:15 | **Sweetin, David 2024-07-25** | 00:01:28 | **DS.339** |

281:15  Q.  Okay. Well, there's going to be -- there's

281:16    going to be testimony from a board-certified doctor that

281:17    it did cause and it was one of the causes of her death,

281:18    okay? That's going to be presented at trial, okay? If

281:19    you hear from a doctor that it -- it did cause her

281:20    death, are you going to disregard that doctor's opinion?

281:21    MR. CALB: Objection to form.

281:22  A.  So you're asking me to disregard the first bit

281:23    of information we got to go along with this other one?

281:24  Q.  (BY MR. EDWARDS) Well, do you know --

281:25    (Speaking simultaneously.)

282:01  Q.  -- do you know if -- Well, all right. I don't

282:02    think anything will change your opinion. But I did want

282:03    to give you a chance.

282:04    Ms. Haggerty. Was a -- was a core body

282:05    temperature taken?

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

282:06  A.  That, I'm not aware of.

282:07  Q.  Okay.  You know, if heat worsens an underlying

282:08       condition and contributes to a death, isn't heat

282:09       partially responsible for that death?

282:10       MR. CALB:  Objection to form.

282:11  A.  That's a very broad question that you asked

282:12       there.  I don't -- I don't --

282:13  Q.  (BY MR. EDWARDS)  Did you not understand my

282:14       question?  I'm happy to reask it.

282:15  A.  Sure.  Why don't you.

| | | | |
|---|---|---|---|
| 282:16 - 282:25 | **Sweetin, David 2024-07-25** | 00:00:36 | **DS.199** |

282:16  Q.  Okay.  If a doctor testifies that -- that the

282:17       heat and Ms. Haggerty's exposure to this extreme heat

282:18       worsened her underlying medical conditions and

282:19       contributed to or partly caused her death, you just

282:20       totally disagree with that, right?

282:21  A.  No, sir.  I would respect that doctor's

282:22       opinion.  But that's not the only opinion.

282:23  Q.  Would you then consider it to be a heat-related

282:24       death?

282:25  A.  No, sir.

| | | | |
|---|---|---|---|
| 283:01 - 283:17 | **Sweetin, David 2024-07-25** | 00:00:43 | **DS.340** |

283:01  Q.  Okay.  So you're going to continue to -- Just

283:02       as of now, despite what I've put forward to you, you're

283:03       going to continue to tell the public there have been no

283:04       heat-related deaths, correct?

283:05  A.  We're going to continue to evaluate the

283:06       information provided to us, and our interpretation of

283:07       it, yes, sir.

283:08  Q.  Well, that's wrong on so many levels, it's hard

283:09       for me to deal with it.  You just said you're going to

283:10       evaluate the information you're provided and then make a

283:11       determination.  Did I hear you correctly?

283:12  A.  Yes, sir, you did.

283:13  Q.  But you don't evaluate the information you're

283:14       given and make determinations.  You completely disregard

283:15       it.  Isn't that the case?

283:16       MR. CALB:  Objection; argumentative, form.

283:17  A.  No, sir, I disagree with that.

| | | | |
|---|---|---|---|
| 283:18 - 283:19 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.200** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 283:18  Q.  (BY MR. EDWARDS)  Well, you completely<br>283:19      disregarded Dr. Skarha's study, right? | | **DS.200** |
| 283:20 - 283:20 | **Sweetin, David 2024-07-25**<br>283:20      MR. CALB:  Objection to form. | 00:00:05 | **DS.341** |
| 283:21 - 283:23 | **Sweetin, David 2024-07-25**<br>283:21  A.  That is correct.  I have no --<br>283:22  Q.  (BY MR. EDWARDS)  And you've completely<br>283:23      disregarded Dr. Purdum's study, right? | 00:00:10 | **DS.201** |
| 283:24 - 283:24 | **Sweetin, David 2024-07-25**<br>283:24      MR. CALB:  Objection; form. | 00:00:02 | **DS.342** |
| 283:25 - 284:02 | **Sweetin, David 2024-07-25**<br>283:25  A.  We didn't question the doctor's integrity, or<br>284:01      the professor's integrity.  What was in question was the<br>284:02      reliability of the information that -- | 00:00:14 | **DS.202** |
| 284:03 - 284:03 | **Sweetin, David 2024-07-25**<br>284:03  Q.  (BY MR. EDWARDS)  You ignored the -- | 00:00:02 | **DS.343** |
| 284:04 - 284:06 | **Sweetin, David 2024-07-25**<br>284:04  A.  -- that allowed them to arrive at their<br>284:05      decision.<br>284:06  Q.  Right.  You ignored their conclusions. | 00:00:06 | **DS.204** |
| 284:07 - 284:07 | **Sweetin, David 2024-07-25**<br>284:07      MR. CALB:  Objection; form. | 00:00:02 | **DS.344** |
| 284:08 - 284:12 | **Sweetin, David 2024-07-25**<br>284:08  Q.  (BY MR. EDWARDS)  Right?<br>284:09  A.  We didn't find any merit in it.<br>284:10  Q.  You didn't find my merit in it.  But you didn't<br>284:11      evaluate or investigate it.  So how can you credibly say<br>284:12      you didn't find any merit in it? | 00:00:14 | **DS.205** |
| 284:13 - 284:13 | **Sweetin, David 2024-07-25**<br>284:13      MR. CALB:  Objection; form. | 00:00:05 | **DS.345** |
| 284:14 - 284:14 | **Sweetin, David 2024-07-25**<br>284:14  A.  We didn't. | 00:00:03 | **DS.206** |
| 285:05 - 285:13 | **Sweetin, David 2024-07-25**<br>285:05  Q.  (BY MR. EDWARDS)  Or are you going to do<br>285:06      anything differently?<br>285:07  A.  Well, what I can tell you is that there's not a<br>285:08      day goes by that we don't evolve in some capacity, some | 00:00:29 | **DS.346** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 285:09    form or fashion.  And that's based on the information | | |
| | 285:10    that we have at the time.  For me to sit here and tell | | |
| | 285:11    you that we're not going to take heed or -- or give | | |
| | 285:12    credibility to somebody's statement or testimony, no. | | |
| | 285:13    We -- we very much would. | | |
| 286:10 - 286:14 | **Sweetin, David 2024-07-25** | 00:00:19 | **DS.207** |
| | 286:10  Q.  (BY MR. EDWARDS)  Okay.  Well, let's say the | | |
| | 286:11    court makes a conclusion that people have died as a | | |
| | 286:12    consequence of exposure to the heat.  Is it -- are you | | |
| | 286:13    going to disregard the judge's conclusions as well, or | | |
| | 286:14    will you take those conclusions more seriously? | | |
| 286:15 - 286:16 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.347** |
| | 286:15    MR. CALB:  Objection; outside the scope, | | |
| | 286:16    form. | | |
| 286:17 - 286:25 | **Sweetin, David 2024-07-25** | 00:00:35 | **DS.208** |
| | 286:17  A.  No.  Just as we've done in the past, when we | | |
| | 286:18    were instructed to -- to do something, to execute | | |
| | 286:19    something or change the manner in which we do certain | | |
| | 286:20    protocols -- or have certain protocols, then we go along | | |
| | 286:21    with it.  We've never not done that when we were | | |
| | 286:22    directed to do so. | | |
| | 286:23  Q.  (BY MR. EDWARDS)  All right.  The agency -- | | |
| | 286:24    Other than the two studies you've mentioned, the agency | | |
| | 286:25    is unfamiliar with any other studies that show that air | | |
| 287:01 - 287:04 | **Sweetin, David 2024-07-25** | 00:00:15 | **DS.209** |
| | 287:01    conditioning protects people from the dangers of -- of | | |
| | 287:02    extreme heat exposure? | | |
| | 287:03  A.  Yes, sir.  These are the only two that I'm | | |
| | 287:04    aware of. | | |
| 292:06 - 292:08 | **Sweetin, David 2024-07-25** | 00:00:09 | **DS.210** |
| | 292:06  Q.  Okay.  And there's no penological purpose to | | |
| | 292:07    exposing prisoners or correctional officers to | | |
| | 292:08    dangerous, hot temperatures, right? | | |
| 292:09 - 292:09 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.348** |
| | 292:09    MR. CALB:  Objection; form. | | |
| 292:10 - 292:10 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.211** |
| | 292:10  A.  No, sir.  There's no intended purpose. | | |
| 292:20 - 292:23 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.212** |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 292:20  Q.  You're -- are you -- are you aware that during | | **DS.212** |
| | 292:21      heat waves, it's even more dangers than other times for | | |
| | 292:22      inmates exposed to these -- to heat waves? | | |
| | 292:23  A.  Potentially, yes, sir. | | |
| 294:11 - 294:23 | **Sweetin, David 2024-07-25** | 00:00:40 | **DS.213** |
| | 294:11  Q.  But -- but heat waves -- heat waves are | | |
| | 294:12      particularly dangerous times.  I mean, what if it was a | | |
| | 294:13      seven-day heat wave?  Are there any policies or | | |
| | 294:14      procedures to evacuate the prison, to get them to a | | |
| | 294:15      cooler, safer temperature? | | |
| | 294:16  A.  No, sir, just because there's a -- | | |
| | 294:17  Q.  Okay -- | | |
| | 294:18  A.  -- certain amount of consecutive days, we would | | |
| | 294:19      continue to follow our -- follow our typical protocol. | | |
| | 294:20  Q.  Are there any plans or procedures in place to | | |
| | 294:21      rent or install temporary air conditioning during | | |
| | 294:22      lengthy heat waves? | | |
| | 294:23  A.  No, sir. | | |
| 295:02 - 295:09 | **Sweetin, David 2024-07-25** | 00:00:23 | **DS.349** |
| | 295:02  Q.  (BY MR. EDWARDS)  During heat waves. | | |
| | 295:03  A.  Well, again, they have access to air | | |
| | 295:04      conditioning upon request. | | |
| | 295:05  Q.  Okay.  But -- | | |
| | 295:06  A.  Are you -- If you're saying just as a measure | | |
| | 295:07      of comfort, no, sir.  If -- if there's a medical reason | | |
| | 295:08      or they're having difficulties or struggles, absolutely | | |
| | 295:09      they -- they have access to that through the respite. | | |
| 304:05 - 304:07 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.214** |
| | 304:05  Q.  Okay.  And, again, Representative Terry Canales | | |
| | 304:06      is somebody that you guys communicate with on a regular | | |
| | 304:07      basis, given his role on this committee? | | |
| 304:08 - 304:08 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.350** |
| | 304:08      MR. CALB:  Objection; form. | | |
| 304:09 - 305:02 | **Sweetin, David 2024-07-25** | 00:01:09 | **DS.215** |
| | 304:09  A.  Yes, sir.  He's very much involved in -- | | |
| | 304:10  Q.  (BY MR. EDWARDS)  Well, here's what -- here's | | |
| | 304:11      what Representative Canales said, okay?  "The reality | | |
| | 304:12      is, in Texas, we are cooking people in prisons."  Does | | |
| | 304:13      that -- does that comment from a legislator cause you | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 304:14 | significant concern about the way you're handling | | |
| | 304:15 | prisoner safety with regards to extreme temperatures? | | |
| | 304:16 A. | No, sir.  That, in and of itself, no, sir. | | |
| | 304:17 Q. | Okay.  Well, if it were true that you were | | |
| | 304:18 | cooking people in prisons, or metaphorically cooking | | |
| | 304:19 | people in prison, you know, that's about as damning a | | |
| | 304:20 | statement as -- as -- as you could make to an | | |
| | 304:21 | administrator who's supposed to protect people, right? | | |
| | 304:22 A. | Correct. | | |
| | 304:23 Q. | Okay.  Now, this part I think you may agree | | |
| | 304:24 | with, okay?  This, installing air conditioning, is the | | |
| | 304:25 | right thing to do, it is the humane thing to do, and it | | |
| | 305:01 | is something we should have done a long time ago. | | |
| | 305:02 | You, as an agency, agree with that, fair? | | |

| 305:03 - 305:03 | **Sweetin, David 2024-07-25** | 00:00:02 | **DS.351** |
| | 305:03    MR. CALB:  Objection; form. | | |

| 305:04 - 305:04 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.217** |
| | 305:04 A.  Yes, sir.  I think that's a fair assertion. | | |

| 305:11 - 305:16 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.218** |
| | 305:11 Q.  (BY MR. EDWARDS)  Does that make sense to you | | |
| | 305:12    that just because you lack the money -- if you're | | |
| | 305:13    violating The Constitution and exposing people to | | |
| | 305:14    dangerous conditions when you have an obligation to | | |
| | 305:15    protect them, that an excuse, "We don't have the money," | | |
| | 305:16    really is pretty hollow?  Do you agree with that? | | |

| 305:17 - 305:17 | **Sweetin, David 2024-07-25** | 00:00:06 | **DS.352** |
| | 305:17    MR. CALB:  Objection; outside the scope. | | |

| 305:18 - 305:19 | **Sweetin, David 2024-07-25** | 00:00:07 | **DS.219** |
| | 305:18 A.  It could be if it was in that person's rightful | | |
| | 305:19    hands to be able to make a difference. | | |

| 306:01 - 306:12 | **Sweetin, David 2024-07-25** | 00:00:40 | **DS.220** |
| | 306:01 Q.  (BY MR. EDWARDS)  You see the quote where it | | |
| | 306:02    begins, "The reality"? | | |
| | 306:03 A.  Yes, sir, I see it. | | |
| | 306:04 Q.  Would you read that paragraph, just those | | |
| | 306:05    three -- three lines, to Judge Pittman, please. | | |
| | 306:06 A.  "'The reality is what we're doing is | | |
| | 306:07    disgusting.  It's truly disheartening,' Canales told the | | |
| | 306:08    House Corrections Committee last month.  'I don't think | | |

**DS - David Sweetin**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

| | 306:09 | we have a money problem.  I think we have a give-a-damn | | |
| | 306:10 | problem.'" | | |
| | 306:11  Q. | Now, that's pretty damning -- a damning | | |
| | 306:12 | critique of the agency in the state of Texas, right? | | |

| 306:13 - 306:13 | **Sweetin, David 2024-07-25** | 00:00:03 | **DS.353** |
| | 306:13 | MR. CALB:  Objection; outside the scope. | | |

| 306:14 - 306:14 | **Sweetin, David 2024-07-25** | 00:00:10 | **DS.221** |
| | 306:14  A. | Yes, sir, I would agree with that. | | |

| 307:08 - 307:11 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.222** |
| | 307:08  Q. | Well, if you know something is hurting people | | |
| | 307:09 | and you know how to fix it, but you don't fix it, | | |
| | 307:10 | couldn't -- couldn't someone credibly say you don't give | | |
| | 307:11 | a damn? | | |

| 307:12 - 307:12 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.354** |
| | 307:12 | MR. CALB:  Objection; outside the scope. | | |

| 307:13 - 307:14 | **Sweetin, David 2024-07-25** | 00:00:05 | **DS.223** |
| | 307:13  A. | Well, someone could credibly say that about the | | |
| | 307:14 | legislature as well. | | |

| 309:01 - 309:09 | **Sweetin, David 2024-07-25** | 00:00:30 | **DS.224** |
| | 309:01  Q. | Sure.  You would tell Lieutenant Governor | | |
| | 309:02 | Patrick or Governor Abbott, or any senator, if asked, | | |
| | 309:03 | "Should we provide the money to air-condition the Texas | | |
| | 309:04 | Prison System," you -- you would say, "Yes, please fund | | |
| | 309:05 | us for the good of the men and women working at TDCJ, | | |
| | 309:06 | for the good" -- "for the good it will do in terms of | | |
| | 309:07 | staffing and protecting those men, and for the good it | | |
| | 309:08 | will do to protect the inmates from these dangers." | | |
| | 309:09 | That's who you would say, right? | | |

| 309:10 - 309:10 | **Sweetin, David 2024-07-25** | 00:00:01 | **DS.355** |
| | 309:10 | MR. CALB:  Objection; form. | | |

| 309:11 - 309:14 | **Sweetin, David 2024-07-25** | 00:00:12 | **DS.225** |
| | 309:11  A. | I don't know that it would be articulated like | | |
| | 309:12 | that.  But what I can tell you is, yes, sir, if given | | |
| | 309:13 | the appropriate funding to do more than what we're | | |
| | 309:14 | doing, absolutely.  There's no reason why we wouldn't. | | |

| 310:16 - 310:22 | **Sweetin, David 2024-07-25** | 00:00:28 | **DS.226** |
| | 310:16  Q. | (BY MR. EDWARDS)  No, no.  Sir, this -- this | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|

310:17    person on the committee is saying, we'd like an
310:18    independent cost analysis, not -- not controlled by
310:19    TDCJ, given the agency's history of inflating the
310:20    numbers.  In response to that, did the agency conduct or
310:21    seek out an independent cost analysis?
310:22  A.  No, sir, not that I'm aware of.

| 313:21 - 313:24 | **Sweetin, David 2024-07-25** | 00:00:14 | **DS.227** |

313:21    Last -- last couple of questions go to this
313:22    heat sensitivity score.  You have no idea how it's
313:23    actually calculated, correct?
313:24  A.  No, sir.

| 314:08 - 314:09 | **Sweetin, David 2024-07-25** | 00:00:04 | **DS.356** |

314:08  Q.  (BY MR. EDWARDS)  No, and I -- I appreciate
314:09    that.  You know, I could make an argument that you ought

| 314:10 - 314:14 | **Sweetin, David 2024-07-25** | 00:00:16 | **DS.228** |

314:10    to.  But I -- I don't know for sure that -- As you
314:11    testify here today, though, you don't know what
314:12    percentage of people who are medically vulnerable are
314:13    not currently housed in air conditioning, correct?
314:14  A.  No, sir, I do not.

| 315:14 - 315:24 | **Sweetin, David 2024-07-25** | 00:00:34 | **DS.229** |

315:14  Q.  (BY MR. EDWARDS)  Now, in this paragraph it
315:15    says approximately 80 percent of the heat-sensitive
315:16    inmates that -- however TDCJ categorizes them -- have
315:17    been relocated to air-conditioned beds.  Do you see
315:18    that?
315:19  A.  Yes, sir, I see that.
315:20  Q.  That means 20 percent of heat-sensitive
315:21    inmates, according to you guys, which may very well be
315:22    very under inclusive, aren't in air-conditioned beds, at
315:23    least as of 2020.  Do you agree with that?
315:24  A.  I'm not sure I agree with that interpretation.

| Plaintiff Designations | 00:34:26 |
|---|---|
| Defendant Cross-Designations | 00:46:28 |
| Overlaps | 00:51:15 |
| **TOTAL RUN TIME** | **02:12:09** |