UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Bernhardt Tiede II §
§ CIVIL NO:
vs. § AU:23-CV-01004-RP
§
Bryan Collier §

# LIST OF WITNESSES AT PRELIMINARY INJUNCTEION HEARING JULY 30, 2024-AUGUST 2, 2024

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Marci Marie Simmons | 1. | Bobby Lumpkin |
| 2. | Dr. Antonella Zanobetti | 2. | Dr. Jane Leonardson |
| 3. | Bernhardt Tiede | 3. | Timothy Fitzpatrick |
| 4. | Dr. Julie Skarha | 4. | Cody Ginsel |
| 5. | Charlie Malouff | 5. | Paul Morales |
| 6. | David Sweetin- video depo | 6. | John Baldwin |
| 7. | Dr. Susi Vassallo | 7. | Ronald Hudson |
| 8. | Michele Deitch | 8. | Bryan Collier |
| 9. | Dr. Jhilam Biswas | 9. | |
| 10. | Dean Williams | 10. | |
| 11. | Dr. Paul Uribe | 11. | |
| 12. | Dr. Amite Dominick | 12. | |
| 13. | Britany Robertson | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |