UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG - 5 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

TIEDE

v

COLLIER

CIVIL ACTION NO.1:23-cv-1004

## RESPONSE TO DEFENDANT'S OPPOSITION TO CLASS-INTERVENTION

COMES NOW, The #4-Intervenors CLASS pursuant to Fed.R.Civ.P.-19 and 24, and moves this Court to reject the Defendant's request to disallow intervention and Class Certification. In support thereof would show as follows:

1. First, and foremost the example of what is happening with these DEfendants in the Pack Unit Heat Lawsuit; these same Defendants are continuing to house these same prisoners in Exterme Heat, and WEAPONIZING the repeated transfers (allegedly) to accomedate one for the heat. They do this by placing prisoners in Ad.Seg. and/or leaving them in transit for months before either transfering them to another unit away from his Family. Thus, when one is moved to an airconditioned place, he will only be there for awhile, then they may end up anywhere. This discourages one from seeking relief from the heat;

2. These Defendants allege that they will be harmed. This is false for they will have information from all of these Intervenors because these same facts have been placed before these Defendants since 2017-18 in multiple lawsuit.-see **ARMOUR v DAVIS, 6:18-cv-535** This case shows that there have has been hundreds of grievances filed about the EXTREME HEAT and other unconstional living conditions. Plus it shows evidence that was placed before the Courts. The Defadants alleged that the Interventors related issues that go back twenty-six years ago;the reason being because the same conditions still exist inspite the settlemant in the Pack Unit lawsuit. Their treatment of the Plaintiffs in that lawsuit is even more evidence as to why this lawsuit must be a Class-Action that includes every prisoner and every unit in TDCJ. Without such TDCJ will continue to play hide and seek with the relief that they are suppose to provide.

3. These Defendants allege that these Intervenors are already represented. How can this be so without this case being Certifide as a Class-Action. This is how they give prisoners the runaround when they ask for relief that was offered in other cases.

4. Finally, each of the 34-Interventors meet each of the Four Part test for leave to Intervene as set-out in Fed.R.Civ.P.-24(a)(2) and 24(b)(2).-see **EEOC v COMMERCIAL SERVICE, 220 F.R.D. 300(TX S.D.2004)**

## CONCLUSION

**The** Extreme Heat is an issue that has been grived to these Defendants for years, if not decades, which dates back to when $800,000 was spent for aircondition facilities for the hogs.-see **ARMOUR,Supra. The** Pliantiff Tiede can not protect the interest of these 34-Interventors nor the interest of the 130,000 prisoners who are subjected to the Extreme Heat of the Texas Summers. The protocals that the Defendants would allege that they provide are just PAPERWORK! The reality is another story that only a thorough investion of each unit will reveal the magnitude of this ongoing abuse;and it can only be accomplished by a Special Master from the Department of Justice. Anything less will only result in this matter to come before the Court year after. Thus, Intervention should be permitted and this matter certifide as a Class-Action, not only for these 34-Interventors, but for the entire body of TDCJ Prisoners.

RESPECTFULLY REQUESTED,

*Delance Griffin*

*Marris Hicks*

*Ishmael Debrow*

*Andre Boyd*

*Kenneth P. Nelson*

## CERTIFICATE OF SERVICE

We, The Undersigned Intervenors, do hereby certify and declare that on this 30th Day of July 2024, pursuant to 28 USC 1746, **CALDWELL v AMEND**, 30 F.3d 1119, and under penalty of perjury that we have served the Defendants with the Foregoing Response To The Defendant's Opposition To Class-Intervention by placing same in a sealed envelope, addressed to the Clerk of the Western District of Texas/501 W. 5th St., Rm.1100 Austin, TX 78701, and placing a copy of same in a sealed envelope, addressed to the Texas Attorney General's Office/BRANDON LIVENGOOD P.O.Box 12548 with first class postage prepaid, and placed in the U.S. Mail.

_[signatures]_

```
THE UNDERSIGNED                          CLERK-U.S.DISTRICT COURT
COFFIELD UNIT                            WESTERN DISTRICT TEXAS
2661 FM 2054                             501 W. 5th St., Rm.1100
TENN.COLONY,TX 75884                     AUSTIN,TX 78701
```

RECEIVED AUG - 5 2024 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY_____ DEPUTY CLERK

JULY 30, 2024

RE: TIEDE v COLLIER, 1:23-cv-1004

Dear Clerk,

Please find enclosed for filing INSTANTER Our Request/Response To Defendant's Opposition to Class-Intervention. Please file and return to us one stamped-filed copy of same. Also, be advised that a copy of same has been mailed to the parties.

THANKING YOU IN ADVANCE FOR YOUR PROMPT ASSISTANCE.

SINCERELY,

Delango _____
Ishmael _____
Roedore Boyd

CC: LEAD ATTORNEY GENERAL-BRANDON LIVENGOOD
    LEAD ATTORNEY-TATIANA SANTOLLO

Delango Griffin #5967141
Coffield Unit
2661 FM 2054
Tenn. Colony, TX 75884

LEGAL

NORTH TEXAS TX P&DC
DALLAS TX 750
2 AUG 2024 PM 5  L

Clerk, U.S. District Court
Western District of Texas
501 W. 5th St., Rm. 1100
Austin, TX 78701

SCREENED BY CSC
AUG 05 2024