# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, <br><br> Defendant. | Civil Action No.: 1:23-cv-01004-RP |

## ORDER ON DEFENDANT'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCITON HEARING

The Court, having considered Defendant's objections to Plaintiffs' deposition designations for the preliminary injunction hearing held on July 30, 2024 - August 2, 2024, Plaintiffs' response, any reply, any evidence presented, all pleadings on file, any argument of counsel, and all relevant law, hereby OVERRULES the objections in their entirety.

IT IS SO ORDERED.

Dated:_____, 2024.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE