RECEIVED

AUG 1 2 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

FILED

AUG 1 2 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY

Jerry Lee Canfield
TDCJ# 01848978
H.H. Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884-5000

August 07, 2024
~~July 15, 2024~~

United States District Court
for the Western District of
Texas, at Austin.
ATTN: Clerk's Office
U.S. Courthouse
501 West 5th Street, RM., 1100
Austin, Texas 78701

RE: Bernhardt Tiede II

Vs.                              Civil Action No. 1:~~03~~-CV-1004-RP

Bryan Collier, TDCJ, Dir.

Dear Clerk of the Court:

Greetings! Enclosed are heat survey documents completed by inmate's
incarcerated in the Texas Department of Criminal Justice, H.H. Cof-
field Unit in Tennessee Colony, County of Anderson, Texas. Please
file in the above cause.

~~I have sent the same documents to Texas Prison Community Advocates~~
~~and the original's to this Court, due to Legal Mail and General Mail~~
~~not arriving at its destination. This is to assur that the documents~~
~~at least arrive at an outside destination.~~

Thank you for your time and help with my request. If the Court has
any requests or order's for the filing of the enclosed, please reply
to me at the address above at your earliest convenience.

                              Sincerely,

                              Jerry Lee Canfield
                              Pro se Litigant.

Certified Mail#9589-0710-5270-0944-2874-65

CC: File

Your Name James Helpmith
TDCJ Number 1559537
Unit name Coffield

TPCA

Date 7/1/24
Ethnicity White
Birth Date 3/29/77

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [x] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
The Officer do not pass out water, while we are    also the is contaminated, roach infected
racked up for count-time, even after count clears 2hrs later 5hrs in hot, 5x9 cell with 2 men

If yes, how often are you allowed to take a cold shower? daily

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
Sometimes they do deny your respite / and sometimes only for 2hrs

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Only 2hrs only

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [x] Yes [ ] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail.com www.TPCAdvocates.org

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _None_

Do you have a heat related illness? (Describe) _the ones down belowe, but, its not on_ _My medical file, I try to drink water and soda x in front of fens_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_yes, all thatbove_

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☐ No  Is there always air conditioning in Ad. Seg? ☐ Yes ☒No
~~Have after being moved to a Seg area~~ _We get little to no Day Room, mainly stay rack-up_ have you being denied any of the following? _is the oven hot box cells_

☒Dayroom access
☒Outside recreation
  Inside recreation
☐Commissary

☐Physical access to Law Library
☐Educational Classes
☐Phone privileges
☐Access to showers

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

**JOB**

What is your job? _Med Sq_  Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _N/A_  Are you allowed water breaks for your job? ☐Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No  Are you heat sensitive ☐ Yes ☐ No

☒Step I Grievance filed (1)  ☐Step II Grievance filed (2)
Results from Step I & Step II Grievance _waiting for results_

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX ~~78358~~

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name JOHNNY FRANS

TDCJ Number 01672824

Unit name Coffield

Date JULY 1, 2024

Ethnicity WHITE

Birth Date JULY 18 1974

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- ☒ No Cups
- ☒ No Ice
- ☐ Broken Ice Machines
- ☒ No water
- ☐ No Heat policy posted
- ☐ Cold Shower not working
- ☐ Low/no water pressure in shower
- ☒ Denied access to the respite area
- ☐ No access to cool down showers

- ☐ No Bottled water available through Commissary
- ☐ No electrolyte sports drinks available through Commissary
- ☐ No cooling towels on Commissary
- ☐ No cooling shirts on Commissary
- ☐ No water breaks while working (specifically outside jobs)
- ☒ Health crisis disregarded
- ☒ No wellness checks being conducted

- ☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- ☐ No access to Unit fans
- ☐ Broken Unit fans
- ☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas

Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

9+ hours without a cooler, at times no ice, sometimes coolers

Are dirty at times, locked out of dayroom, no access to water

If yes, how often are you allowed to take a cold shower? _____

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_____
_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____
_____
_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? ☐ Yes ☒ No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? ☐ Yes  ☒ No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? ☐ Yes ☒ No

Are you prescribed a heat sensitive medication? ☐ Yes ☒ No Have you been asked to stop your medication? ☐ Yes ☐ No Did you decide to stop taking your medication? ☐ Yes ☒ No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? *NO*

Do you have a heat related illness? (Describe) *Yes, Heat-Related Asthma; hard to Breathe when The Temp Rises. While Breathing Through a "Wet Blanket"*

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

*Dizziness, Light-headed, Loss of appetite, Severe stomach Cramps often, Hard to Breathe*

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☒No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? *NONE*          Time frame held? _____   How many hours a day do you work? _____

How many days a week do you work? _____   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☒ Yes ☐ No

☐ Step I Grievance filed (1)    ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name *Saul Lozano*

TDCJ Number *02410312*

Unit name *Coffield*

Date *July 1, 2024*

Ethnicity *Latin Ame.*

Birth Date *09 · 16 · 80*

**TPCA**

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- ☐ No Cups
- ☐ No Ice
- ☐ Broken Ice Machines
- ☐ No water
- ☐ No Heat policy posted
- ☐ Cold Shower not working
- ☒ Low/no water pressure in shower
- ☐ Denied access to the respite area
- ☐ No access to cool down showers

- ☐ No Bottled water available through Commissary
- ☐ No electrolyte sports drinks available through Commissary
- ☐ No cooling towels on Commissary
- ☐ No cooling shirts on Commissary
- ☐ No water breaks while working (specifically outside jobs)
- ☒ Health crisis disregarded
- ☒ No wellness checks being conducted

- ☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- ☐ No access to Unit fans
- ☐ Broken Unit fans
- ☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas

Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

*Not Regularly, At Times Hot Well, Warm*

If yes, how often are you allowed to take a cold shower? *Once*

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances *Stay on lock down*

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans?

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? ☐ Yes ☒ No  Please describe your heat restriction

Have you been asked to wave their Heat restrictions? ☐ Yes  ☒ No

If yes, who asked you to wave their heat restriction?

Have you chosen to wave their heat restriction themselves? ☐ Yes ☒ No

Are you prescribed a heat sensitive medication ? ☐ Yes ☒ No  Have you been asked to stop your medication? ☐ Yes ☐ No  Did you decide to stop taking your medication? ☐ Yes ☒ No  If yes then why?

1

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? __No__

Do you have a heat related illness? (Describe) _____No_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Heat Rash, Pale, clammy skin_

Do you know of any heat related deaths? (name) __No__

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐ G1 ☐ G2 ☒ G3 ☐ G4 ☐ G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐ No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

## JOB

What is your job? ___N/A___ Time frame held? ___N/A___ How many hours a day do you work? __N/A__

How many days a week do you work? __N/A__   Are you allowed water breaks for your job? ☐ Yes ☐ No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) ____N/A____

Are you allowed water breaks for field jobs? ☐ Yes ☐ No   Are you heat sensitive ☐ Yes ☒ No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX~~78~~

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail.com www.TPCAdvocates.org

Your Name **MARTINEZ PATRICK**

TDCJ Number **1962692**

Unit name **H.H. COFFIELD**

Date **1 JULY 2024**

Ethnicity **HISPANIC**

Birth Date

**TPCA**

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- ☒ No Cups
- ☒ No Ice
- ☐ Broken Ice Machines
- ☐ No water
- ☐ No Heat policy posted
- ☐ Cold Shower not working
- ☐ Low/no water pressure in shower
- ☐ Denied access to the respite area
- ☐ No access to cool down showers

- ☐ No Bottled water available through Commissary
- ☐ No electrolyte sports drinks available through Commissary
- ☐ No cooling towels on Commissary
- ☐ No cooling shirts on Commissary
- ☐ No water breaks while working (specifically outside jobs)
- ☐ Health crisis disregarded
- ☒ No wellness checks being conducted

- ☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- ☐ No access to Unit fans
- ☐ Broken Unit fans
- ☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- ☐ Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

**WATER IS NOW BEING DELIVERED WITHOUT ICE.**

If yes, how often are you allowed to take a cold shower? _____

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? ☐ Yes ☒ No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? ☐ Yes ☒ No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? ☐ Yes ☒ No

Are you prescribed a heat sensitive medication? ☐ Yes ☒ No  Have you been asked to stop your medication? ☐ Yes ☐ No  Did you decide to stop taking your medication? ☐ Yes ☐ No  If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _HIGH BLOOD PRESSURE_

Do you have a heat related illness? (Describe) _No_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_NO_

Do you know of any heat related deaths? (name) _NO_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

## JOB

What is your job? _MEN    UNASGN_. Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐ Yes ☐ No

☐ Step I Grievance filed (1)    ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78320

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Justin Cannon_

TDCJ Number _2007876_

Unit name _Coffield_

**TPCA**

Date _____

Ethnicity _W_

Birth Date _1990.04.13_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

☐ No Cups
☑ No Ice
☐ Broken Ice Machines
☑ No water
☐ No Heat policy posted
☐ Cold Shower not working
☐ Low/no water pressure in shower
☐ Denied access to the respite area
☐ No access to cool down showers

☐ No Bottled water available through Commissary
☐ No electrolyte sports drinks available through Commissary
☐ No cooling towels on Commissary
☐ No cooling shirts on Commissary
☐ No water breaks while working (specifically outside jobs)
☐ Health crisis disregarded
☑ No wellness checks being conducted

☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
☐ No access to Unit fans
☐ Broken Unit fans
☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_sporadically, without ice_

If yes, how often are you allowed to take a cold shower? _____

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? ☐ Yes ☑ No  Please describe your heat restriction _____

Have you been asked to ~~wave~~ _waive_ their Heat restrictions? ☐ Yes ☑ No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? ☐ Yes ☑ No

Are you prescribed a heat sensitive medication? ☐ Yes ☑ No  Have you been asked to stop your medication? ☐ Yes ☑ No  Did you decide to stop taking your medication? ☐ Yes ☑ No  If yes then why? _____

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer?_____

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_____

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒No   Is there always air conditioning in Ad. Seg? ☐ Yes ☒No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _____ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No   Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

*Due to concerns about retaliation from several long term ranking officer's I choose not to give Personal Identification info.*

Your Name _____

TDCJ Number _____

Unit name **Coffield**

Date **Mon. July 1. 2024**

Ethnicity **caucation**

Birth Date _____

### Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [x] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [x] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [ ] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [x] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

*We recieve 6-8 gallons of ~~iced~~ water in ice ~~dated~~ about 4 times a week to be share between 176 inmates. The bottom of the cooler is usually litered with unidentifiable debri.*

If yes, how often are you allowed to take a cold shower? *Once a day?*

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

*denial of respite is common. Recieving / denial of respite depends on who's working. we've all been denied repite @ some point by long time ranking officer's down to co's. Its rare for anyone to document it.*

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

*~~TCPA~~ ~~appro~~ Barber shop respite is not cold air ~~like~~ like in chapel or office's. limited seating.*

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

*not yet*

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes   [ ] No *I've ~~havente~~ been asked about any heat related symptoms.*

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [ ] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [ ] No If yes then why? _____

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _?_

Do you have a heat related illness? (Describe) _I.D.K._

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe. _I suffer daily from one or any combination of the ~~various~~ underlined symptoms_

Do you know of any heat related deaths? (name) _someone is always dying in TDCJ. The true reasons as to why the death accured are likely hidden._

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☑No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access

☐Outside recreation
☐Inside recreation
☐Commissary

☐Physical access to Law Library
☐Educational Classes
☐Phone privileges
☐Access to showers

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

**JOB**

What is your job? _____ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☑Yes ☐No

☐ Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _Step one's are not always returned._

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name Samuel Wade

Date 1 July 2024

TDCJ Number 0253293

Ethnicity White

Unit name Coffield

Birth Date 05/24/78

**TPCA**

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply.** *

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [x] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas

Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
Receiving water with no ice from kitchen
Water coolers not cleaned/bleached daily. Sediment in coolers

If yes, how often are you allowed to take a cold shower? Once daily (Around 7 pm)

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom? _____

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [ ] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No Have you been asked to stop your medication? [ ] Yes [x] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail. com www.TPCAdvocates.org

1

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _No_

Do you have a heat related illness? (Describe) _____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Dizziness, Heat rash, headache, loss of appetite, excessive sweating, cramps_

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access                   ☐ Physical access to Law Library      ☐ Marriage Seminars
☐ Outside recreation               ☐ Educational Classes                 ☐ Rehabilitation Programs
☐ Inside recreation                ☐ Phone privileges                    ☐ Visitation
☐ Commissary                       ☐ Access to showers                   ☐ Denied water

## JOB

What is your job? _Medical Squad_   Time frame held? _6-12_   How many hours a day do you work? _0_

How many days a week do you work? _0_   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☐Yes ☐No      Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)      ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail.com www.TPCAdvocates.org

Your Name _TUTANKHAMUN  HOLT_

TDCJ Number _02230356_

Unit name _COFFIELD_

TPCA

Date _1 JULY 2024_

Ethnicity _AMERICAN_

Birth Date _7 JULY 1982_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [x] No Heat policy posted
- [x] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [x] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_WATER OR ICE RECIEVED EVERY SIX OR MORE HOURS W/ INSECTS_

If yes, how often are you allowed to take a cold shower? _ONCE A DAY (IRREGULARLY)_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _AT THE BEGINNIG OF THE HOTTEST PART OF THE DAY_

If you have ever been denied access to the respite area, why were you denied, date, and by whom? _5-6 PM_

_TURN KEY , AFRICAN , RESPITE CLOSED SHOULD HAVE RESPITE SHOWER_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes    [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No _BUT HEAT IS UNIVERSAL IN UNIT_

Are you prescribed a heat sensitive medication ? [ ] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? *NOT APPLY* NO

Do you have a heat related illness? (Describe) NO

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

YES

Do you know of any heat related deaths? (name) NO

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access                    ☐ Physical access to Law Library      ☐ Marriage Seminars
                                     ☐ Educational Classes                 ☐ Rehabilitation Programs
☐ Outside recreation                 ☐ Phone privileges                    ☐ Visitation
☐ Inside recreation                  ☐ Access to showers                   ☐ Denied water
☐ Commissary

**JOB**

What is your job? NONE _____ Time frame held? M/R ___ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

Are you allowed water breaks for field jobs? ☐Yes ☐No      Are you heat sensitive ☐Yes ☐ No

☐ Step I Grievance filed (1)      ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail.com www.TPCAdvocates.org

**Your Name** Alandis Russaw, Jr.

**TDCJ Number** 02113821

**Unit Name** Coffield

**Date** 7/1/2024

**Ethnicity** Black

**Birth Date** 08/29/1990

As TPCA grows we would like to address some of the issues that are most important to you all as they fall within our organization's agenda. As many of you have already responded to our heat survey we did not include that topic here.

1. *Please rank the following topics in order of priority for you using numbers between 1-14 (1 being "most important topic for me" and 14 being "the least important").*

| | | | | | |
|---|---|---|---|---|---|
| 2 | Medical care | 10 | Visitation | 14 | Education |
| 12 | Mental Health Care | 8 | Tablets | 7 | Programs |
| 5 | Disciplinary Process | 9 | Phones | 1 | Legislation |
| 4 | Food | 11 | Mail | 13 | Recreation |
| 3 | Water | 6 | Abuse | | |

*Please rate the following areas in order of priority for you using numbers between 1-5 (1 -most important, 2 -very important, 3- somewhat important, 4 -not really important, and 5- the least important).*

## 2. Medical Care

| | | | | | |
|---|---|---|---|---|---|
| 3 | Prescription medication access | 1 | Sleep deprivation | 5 | Acess to Hearing devices or treatment |
| 1 | Denial of meaningful healthcare | 3 | Access to vision care | 4 | Over the counter medication access |
| 4 | Compassionate release MRIS/EMR | 2 | Cost of medical care | 1 | Responsiveness to medical requests/I60s |
| 3 | Hospital transport | 2 | Access to Dental care | 3 | Timing of medication distribution (KOPS) |
| 3 | Denied access to medical | | | 1 | Lack of attention to medical emergencies |

## 3. Mental Health Care

| | | | |
|---|---|---|---|
| 1 | System responsiveness to mental health care requests | 3 | Information on mental health programs availiblity |
| 1 | Concerns regarding suicide in the system | | |
| 1 | Concerns about the current treatment and recovery options | 2 | Grief counseling/Suicide Intervention counseling |

## 4. Food

| | | | | | |
|---|---|---|---|---|---|
| 1 | Not enough food | 1 | Lack of Protien | 1 | Lack of Protien options |
| 3 | Not recieving meals | 1 | Lack of carbs | 1 | Spoiled or rotten food |
| 3 | Breakfast chow timing | 1 | Lack of Vegetables | 1 | Johhny sacs |
| | | 3 | Dietary restitions not being adheard to | | |

## 5. Commissary

| | |
|---|---|
| 1 | Variety of items |
| 1 | Lack of availibility of items |
| 2 | Limited access |
| 1 | Pricing |

## 6. Water

| | |
|---|---|
| 1 | Lack of access to water |
| 1 | Dirty water recepticles |
| 2 | Smelly or discolored Water |

## 7. Mail

| | |
|---|---|
| 3 | Lost mail |
| 2 | Denied mail |
| 2 | Denial of books |

## 8. Visitation

[1] Not enough visitation time
[2] Not enough visitation opportunities
[3] Family/child friendly area

[2] Would like to have more than 12 people on visitation list
[2] Healthy vending machine choice

## 9. Education

[3] Acess to higher education opportunities
[2] Denial of educational opportunities
[2] Assitance with educational process

[2] Educational Cost
[3] Access to certifications
[4] Personal disability preventing education

[4] Educational Counseling

## 10. Programs

[1] Lack of program availibility
[2] Need more programs that offer credentials
[2] Need more information on programs

[3] Denial of programs
[3] Variety of programs

## 11. MISC

[1] Retaliation
[1] Disciplinary process
[1] Miss classification

[1] PREA
[1] Phone
[1] Tablets

[2] Recreation

12. What are the "BEST" programs at TDCJ? Why do you consider those programs to be the."BEST"?

The best programs are the trade schools that teach you applicable workplace skills, but G3s are not allowed into most of these programs.

13. Would you like ALL TDCJ units to have video surveillance systems throughout the facilites?

[✓] Yes  [ ] No

14. Tell us your suggestions for making your visitation experiences better. Fully stocked vending machines, at reasonable prices. Shorter distances to qualify for extended, or special visits.

15. Is there anything else that you would like to share

Your Name La Anthony D. Murphy

TDCJ Number 2389819

Unit name Coffield

Date July 1, 2024

Ethnicity Black

Birth Date Sept. 17, 1989

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- [ ] No Cups
- [X] No Ice
- [ ] Broken Ice Machines
- [X] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [X] Low/no water pressure in shower
- [X] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [X] Health crisis disregarded
- [X] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [X] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
7-10am water in coolers go from cold to luke warm with hair floating water or grass if not a roach; hottest parts of day hardly any cold water

If yes, how often are you allowed to take a cold shower? once a day after dinner hours

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
because they wanted us to pack up for count and we weren't allow to leave the wing during count times. All most every 2pm count on Nadaila shift

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [X] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes   [X] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [X] No

Are you prescribed a heat sensitive medication? [ ] Yes [X] No  Have you been asked to stop your medication? [ ] Yes [X] No  Did you decide to stop taking your medication? [ ] Yes [X] No  If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail. com www.TPCAdvocates.org

1

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _board line diabietes, high blood Pressure_

Do you have a heat related illness? (Describe) _No_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Excessive sweating feeling sick and body cramps_

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access

☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _Work SQ9_____ Time frame held? _1 year_____ How many hours a day do you work? _none_

How many days a week do you work? _None____   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☐ Yes ☐No     Are you heat sensitive ☐ Yes ☒ No

☐ Step I Grievance filed (1)     ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Mark Douglas_

TDCJ Number _1877189_

Unit name _Coffield_

Date _7-1-24_

Ethnicity _White_

Birth Date _01-29-65_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [ ] No Cups
- [x] No Ice
- [x] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [x] No cooling towels on Commissary
- [x] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_every summer at lease once a day to every other day_

If yes, how often are you allowed to take a cold shower? _Usualy once a day in evening 7 - 7:30 pm_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom? _Fuller - cox_
_last summer 2 times they claimed to crowded (no room) 1 time no passes_
_for turn key to fill out. 3 times I was sent back after 20 min - Blain_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
_again last summer. Conditions fair, I usually stayed 2-3 hours, Frequency - everyday_
_when it gets bad hot for me up 90° with high humity, When they start racking up_
_for afternoon count which happened in the last 2 summers._

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction _I take several med. that cause prob, with Heat._

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [x] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [x] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

1

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _yes_

Do you have a heat related illness? (Describe) _yes  Heat Rash, dizziness_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_yes  see above and others but not sure if they are a result of other med conditions_

Do you know of any heat related deaths? (name) _yes but I don't know their name only nick names_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access

☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _Inside med. Spd._ Time frame held? _6am - 12pm_ How many hours a day do you work? _haven't_

How many days a week do you work? _____   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No      Are you heat sensitive ☑Yes ☐No

☐ Step I Grievance filed (1)      ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 00000

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Alandis Russaw Jr._    Date _7/1/2024_

TDCJ Number _02113821_    Ethnicity _Black_

Unit name _Coffield_    Birth Date _08/29/1990_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [ ] No Cups
- [x] No Ice
- [x] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [x] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas

Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_Very infrequently, often times it is without ice. During_
_peak summer temps; sometimes no cold water at all._

If yes, how often are you allowed to take a cold shower? _once a day in the late evening._

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom? _____

_____

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [ ] Yes [x] No Have you been asked to stop your medication? [ ] Yes [x] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _No_

Do you have a heat related illness? (Describe) _No_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Excessive sweating, headaches - during times where humidity is high as well._

Do you know of any heat related deaths? (name)

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No  Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _Clothes Exchange_ Time frame held? _1 month_  How many hours a day do you work? _9_

How many days a week do you work? _6_   Are you allowed water breaks for your job? ☑Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _Because we work in the shower area,_

_humidity is high, and the exhaust fans are currently not working._

Are you allowed water breaks for field jobs? ☐Yes ☐No   Are you heat sensitive ☐ Yes ☑No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78382

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _David Williams_

TDCJ Number _#02379040_

Unit name _Coffield_

Date _July 1, 2024_

Ethnicity _African American_

Birth Date _10-17-79_

**TPCA**

### Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- ☑ No Cups
- ☑ No Ice
- ☐ Broken Ice Machines
- ☑ No water
- ☐ No Heat policy posted
- ☐ Cold Shower not working
- ☐ Low/no water pressure in shower
- ☐ Denied access to the respite area
- ☐ No access to cool down showers

- ☐ No Bottled water available through Commissary
- ☐ No electrolyte sports drinks available through Commissary
- ☐ No cooling towels on Commissary
- ☐ No cooling shirts on Commissary
- ☐ No water breaks while working (specifically outside jobs)
- ☐ Health crisis disregarded
- ☑ No wellness checks being conducted

- ☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- ☐ No access to Unit fans
- ☐ Broken Unit fans
- ☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_only in day room, when it's full, in the cell they don't pass out water and ice._

If yes, how often are you allowed to take a cold shower? _once a day_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? ☐ Yes ☐ No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? ☐ Yes   ☐ No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? ☐ Yes ☐ No

Are you prescribed a heat sensitive medication ? ☐ Yes ☐ No Have you been asked to stop your medication? ☐ Yes ☐ No Did you decide to stop taking your medication? ☐ Yes ☐ No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer?_____

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_____

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No  Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access                 ☐ Physical access to Law Library      ☐ Marriage Seminars
☐ Outside recreation             ☐ Educational Classes                 ☐ Rehabilitation Programs
☐ Inside recreation              ☐ Phone privileges                    ☐ Visitation
☐ Commissary                     ☐ Access to showers                   ☐ Denied water

## JOB

What is your job? _Work Squad_____ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____  Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No      Are you heat sensitive ☐ Yes ☐ No

☐ Step I Grievance filed (1)      ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX ~~78358~~

**Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.**
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail.com www.TPCAdvocates.org

Your Name _Addam Whiddon_
TDCJ Number _2285614_
Unit name _Cofield_

Date _7-1-24_
Ethnicity _White_
Birth Date _12/21/90_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [ ] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_Depending on the day we sometimes_
_only get Iced water Every 12~18 hours_

If yes, how often are you allowed to take a cold shower? _1 per/day_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
_N/A_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [ ] No If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail.com www.TPCAdvocates.org

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _High blood pressure_

Do you have a heat related illness? (Describe) _No_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Heat Rash and headaches_

Do you know of any heat related deaths? (name) _No_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access

☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _Field squad_      Time frame held? _6:00 AM - 12 PM_ How many hours a day do you work? _6_

How many days a week do you work? _4 - 5_      Are you allowed water breaks for your job? ☒ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

Are you allowed water breaks for field jobs? ☒Yes ☐No      Are you heat sensitive ☐ Yes ☒ No

☐ Step I Grievance filed (1)      ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX ~~00000~~

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.
Texas Prisons Community Advocates P.O. Box 1974 Fulton, ~~TX 78358~~ TPCAdvocates@gmail.com www.TPCAdvocates.org
TX,78358

Your Name _Hugh L. Pierce_         Date _7 - 1 - 2024_
TDCJ Number _1590078_              Ethnicity _Other_
Unit name _Coffield_              Birth Date _5 - 4 - 55_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups  _in Chow Hall_
- [ ] No Ice
- [ ] Broken Ice Machines
- [x] No water  _cold_
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)  _But can't Plug it..._
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_____

_____

If yes, how often are you allowed to take a cold shower? _____

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_____

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

1

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _No_

Do you have a heat related illness? (Describe) _No_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_No_

Do you know of any heat related deaths? (name) _No_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐ No

Have after being moved to a Seg area have you being denied any of the following?

☑ Dayroom access _its off, & on_
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☑ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _None_   Time frame held? ___   How many hours a day do you work? ___

How many days a week do you work? _none_   Are you allowed water breaks for your job? ☐ Yes ☐ No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)___

Are you allowed water breaks for field jobs? ☐ Yes ☐ No   Are you heat sensitive ☐ Yes ☑ No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance ___

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

**Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.**
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358   TPCAdvocates@gmail.com www.TPCAdvocates.org

2

Your Name Dudley Bernard

TDCJ Number 2421978

Unit name Coffield

Date 6-26-2024

Ethnicity African American

Birth Date 8-4-1979

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- ☒ No Cups
- ☐ No Ice
- ☐ Broken Ice Machines
- ☐ No water
- ☐ No Heat policy posted
- ☐ Cold Shower not working
- ☐ Low/no water pressure in shower
- ☐ Denied access to the respite area
- ☐ No access to cool down showers

- ☐ No Bottled water available through Commissary
- ☐ No electrolyte sports drinks available through Commissary
- ☐ No cooling towels on Commissary
- ☐ No cooling shirts on Commissary
- ☐ No water breaks while working (specifically outside jobs)
- ☐ Health crisis disregarded
- ☒ No wellness checks being conducted

- ☐ Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- ☐ No access to Unit fans
- ☐ Broken Unit fans
- ☐ Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- ☐ Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

We receive cold water once a day.

If yes, how often are you allowed to take a cold shower? Once per day

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? ☒ Yes ☐ No  Please describe your heat restriction High blood pressure

Have you been asked to wave their Heat restrictions? ☐ Yes  ☒ No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? ☐ Yes ☒ No

Are you prescribed a heat sensitive medication? ☐ Yes ☒ No  Have you been asked to stop your medication? ☐ Yes ☒ No Did you decide to stop taking your medication? ☐ Yes ☒ No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _high blood pressure_

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.
_I have had and am developing all of these symptoms during the summer months at TDCJ._

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☒G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No    Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access                    ☐Physical access to Law Library      ☐Marriage Seminars
☐Outside recreation               ☐Educational Classes                       ☐Rehabilitation Programs
☐Inside recreation                  ☐Phone privileges                            ☐Visitation
☐Commissary                          ☐Access to showers                          ☐Denied water

**JOB**

What is your job? _Medical Squad #2_ Time frame held? _N/A_    How many hours a day do you work? _N/A_

How many days a week do you work? _N/A_    Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _N/A._ _____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐ Yes ☐ No

☐ Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78~~862~~ 358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name VElbRuggE MARt_N          Date 6-26-24

TDCJ Number 337061          Ethnicity White

Unit name CoFFuld          Birth Date 2-18-16

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [ ] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_____

_____

If yes, how often are you allowed to take a cold shower? _1 Time A DAY_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes    [ ] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [ ] No

Are you prescribed a heat sensitive medication ? [ ] Yes [ ] No  Have you been asked to stop your medication? [ ] Yes [ ] No  Did you decide to stop taking your medication? [ ] Yes [ ] No  If yes then why? _____

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer?_____

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_____

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☑G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑ No    Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access          ☐Physical access to Law Library      ☐Marriage Seminars
☐Outside recreation      ☐Educational Classes                 ☐Rehabilitation Programs
☐Inside recreation        ☐Phone privileges                   ☐Visitation
☐Commissary               ☐Access to showers                  ☐Denied water

**JOB**

What is your job? F I S          Time frame held? 2 YRS      How many hours a day do you work? 10

How many days a week do you work? ___6___    Are you allowed water breaks for your job? ☑ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358
    358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Thomas Anderson-Hatfield_          Date _6/26/24_
TDCJ Number _1803981_                          Ethnicity _Caucasian_
Unit name _Coffield_                           Birth Date _01/25/90_

**Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice  _chow hall water_
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [x] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_The reception of water is arbitrary based on_
_officer and inmate staffing_

If yes, how often are you allowed to take a cold shower? _Once a day_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
_____

Where are the non working fans? _Living areas, work areas_

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [x] Yes [ ] No  If yes then why? _So I could work_

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _none known_

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_____

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☑G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No  Is there always air conditioning in Ad. Seg? ☐ Yes ☑No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access                  ☐Physical access to Law Library      ☐Marriage Seminars
☐Outside recreation              ☐Educational Classes                 ☐Rehabilitation Programs
☐Inside recreation               ☐Phone privileges                    ☐Visitation
☐Commissary                      ☐Access to showers                   ☐Denied water

**JOB**

What is your job? _Scullary_        Time frame held? _0300 - 1200_ How many hours a day do you work? _8_

How many days a week do you work? _6_        Are you allowed water breaks for your job? ☑Yes ☐No _Sort of_

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _I work with hot water_
_my entire shift. Breaks are whenever we (my coworkers_
_and I) can make them happen._

Are you allowed water breaks for field jobs? ☐Yes ☐No     Are you heat sensitive ☐Yes ☑No

☐Step I Grievance filed (1)     ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78~~484~~
        358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name **Rocky Longoria**    Date **6/26/24**

TDCJ Number **02107560**    Ethnicity **Indiano**

Unit name **C.O.**    Birth Date **6/12/81**

**Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [x] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [x] Broken Unit fans
- [x] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_About 2 time a day and water is with out Ice sometime_

If yes, how often are you allowed to take a cold shower? _0-1 a day_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_n/o_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_wen give in respite it okay for two-three hr. it cool but they will not give you all day for respite._

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes  [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes  [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _NO_

Do you have a heat related illness? (Describe) _NO_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_yes when it get over 99-109 in the cell i get dizciness constantly_

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☑No

Have after being moved to a Seg area have you being denied any of the following?

☑Dayroom access          ☐Physical access to Law Library      ☐Marriage Seminars
                         ☐Educational Classes                 ☐Rehabilitation Programs
☐Outside recreation      ☐Phone privileges                    ☐Visitation
☐Inside recreation       ☑Access to showers                   ☐Denied water
☐Commissary

**JOB**

What is your job? _N/A_ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☐Yes ☐No   Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78~~382~~ _358_

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Richard Carranza_    Date _06/26/24_

TDCJ Number _02445170_    Ethnicity _H_

Unit name _Cotield_    Birth Date _05/15/1988_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [ ] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [ ] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_Twice a Day_

If yes, how often are you allowed to take a cold shower? _Twice in the Summer_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _N/A_

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
_N/A_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
_One Hour_

Where are the non working fans? _None_

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _N/A_

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [ ] Yes [x] No Have you been asked to stop your medication? [ ] Yes [x] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _Never Had Any_

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _NO_

Do you have a heat related illness? (Describe) _____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_NO_

Do you know of any heat related deaths? (name) _YES / MARVIN_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☑G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑ No   Is there always air conditioning in Ad. Seg? ☑ Yes ☐ No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _Unassigned on medical_ Time frame held? _____ How many hours a day do you work? _NONE_

How many days a week do you work? _NONE_   Are you allowed water breaks for your job? ☑ Yes ☐ No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _not given the option to work (only stating others who have complained due to other specifics of ordinary)_

Are you allowed water breaks for field jobs? ☑ Yes ☐ No   Are you heat sensitive ☐ Yes ☑ No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Makris Ioannis_    Date _06/26/24_

TDCJ Number _02250685_



Ethnicity _Greek_

Unit name _HH Coffield_    Birth Date _04/01/78_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [x] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [x] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_When they bring Ice in the wings they don't have enough ice for all coolers so they eather put just 1/4 cooler full. or some times they fill it up with cool down ice. They do it very sporodically so 10 to 15 min after it is emp_

If yes, how often are you allowed to take a cold shower? _1 time about 7pm_ Due to that reason when w
get racked up we end up ha
ving no cold water for hours.

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
_On 06/25/24 I asked for a respite pass and I was told they didn't have passes. when they finaly got 1 I was given a pass at 12:10 for 30min. Didn't make it to the respite area till 12:25._

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example).
_Miss Riley the officer arranged to the chapel doesn't allow us to go there for respite although it is asinged as respite area._

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _N/A_

Have you been asked to wave their Heat restrictions? [ ] Yes [ ] No

If yes, who asked you to wave their heat restriction? _N/A_

Have you chosen to wave their heat restriction themselves? [ ] Yes [ ] No

Are you prescribed a heat sensitive medication? [ ] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [ ] No If yes then why? _N/A_

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? *I am hypoglasimic.*

Do you have a heat related illness? (Describe) *When my blood sugar is down I have the sakes and coldswet and feeling week. Those symptoms multiply when is Hot*

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

*Dizzines and fainting is multiplied expodentialy when my bloodsugar is down.*

Do you know of any heat related deaths? (name) *There was 1 I believe on 2023.*

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No *don't know*

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access
☐Outside recreation
☐Inside recreation
☐Commissary

☐Physical access to Law Library
☐Educational Classes
☐Phone privileges
☐Access to showers
*N/A*

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

## JOB

What is your job? *Med Squad #4* Time frame held? *6-12*   How many hours a day do you work? *∅*

How many days a week do you work? *∅*   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) *N/A*

Are you allowed water breaks for field jobs? ☐Yes ☐No   Are you heat sensitive ☐Yes ☐No

☐Step I Grievance filed (1)   ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name **Bobby Guillory**
TDCJ Number **82222125**
Unit name **Coffield**

Date **6-26-2024**
Ethnicity **Wht**
Birth Date **7-18-63**

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- [x] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [x] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [ ] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [x] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
Not much more wet. Only Hot Water.

If yes, how often are you allowed to take a cold shower? | Some Times

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
Yes by 6w duty Co and 2 others.

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction Dizzy Fainting

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [x] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [x] No If yes then why? _____

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? *all except Canber*

Do you have a heat related illness? (Describe) _____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.
*all of this.*

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☑G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☑ Dayroom access          ☐ Physical access to Law Library      ☐ Marriage Seminars
☑ Outside recreation       ☐ Educational Classes                ☐ Rehabilitation Programs
☐ Inside recreation        ☐ Phone privileges                   ☐ Visitation
☐ Commissary               ☐ Access to showers                  ☐ Denied water

## JOB

What is your job? _____ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)    ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78~~44~~ 358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name KREUTZER, CHRISTOPHER

TDCJ Number 01270865

Unit name COFFIELD

Date 6·26·04

Ethnicity W

Birth Date 8·24·78

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. \***

- [ ] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [x] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [x] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
NO COLD, OR ICE WATER IN CHOW-HALL DINNER OR LUNCH
I LIVE ON 3&4 ROW WHICH IS LOCKED, LUCKY, WE A COOLER ICE (1)s A DAY

If yes, how often are you allowed to take a cold shower? ONCE IF ANY

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances UNDERSTAFFING PROBLEMS

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
SAID I WAS NOT GIVEN A PASS BY SGT. WAS NOT ALLOWED TO LEAVE
WINS TO GET TO RESPITE AREA - 3:45 pm DATE 6·23·04

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
ALWAYS, 80° & UP

Where are the non working fans? P1 & P2 RESTIVE HOUSEING

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes  [ ] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [ ] No

Are you prescribed a heat sensitive medication? [ ] Yes [ ] No Have you been asked to stop your medication? [ ] Yes [ ] No Did you decide to stop taking your medication? [ ] Yes [ ] No If yes then why? _____

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer?_____

Do you have a heat related illness? (Describe) _____

_____

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

*I HAVE HEAT RASH'S, HEADACHE, LOSS OF APPETITE, BREATHING PROBLEMS*

Do you know of any heat related deaths? (name)_____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☒G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No    Is there always air conditioning in ⬤. Seg? ☐ Yes ☒No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access          ☐Physical access to Law Library     ☐Marriage Seminars
☐Outside recreation      ☐Educational Classes                ☐Rehabilitation Programs
☐Inside recreation       ☐Phone privileges                   ☐Visitation
☐Commissary              ☐Access to showers                  ☐Denied water

## JOB

What is your job? A. PATIO _____ Time frame held? 7-3pm ____ How many hours a day do you work? 8

How many days a week do you work? ___5___    Are you allowed water breaks for your job? ☒ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)_____

_____

_____

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☒Yes ☐ No

☐ Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78~~1974~~ 358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Jerry Lee Canfield_    Date _June 27, 2024_
TDCJ Number _01848978_    Ethnicity _White_
Unit name _Coffield_    Birth Date _08-28-1982_

Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [ ] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [x] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [x] No cooling shirts on Commissary SX
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_____

If yes, how often are you allowed to take a cold shower? _Once per day (depending on Staffing)(Short Staff ≥ No Show_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _Short-Staffing_

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_We're constantly harassed when requesting respite by officers. Allowed 30 minutes._

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [x] Yes [ ] No _So, I am not retaliated against for having over._

Are you prescribed a heat sensitive medication? [x] Yes [ ] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

Do you have underlying health conditions such as: <u>diabetes</u>, <u>high blood pressure</u>, cancer? _Yes_

Do you have a heat related illness? (Describe) _Heat rash covering my legs, back, adbomen, and neck, Some bumps have gotten infected._

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_heat rash, headache, loss of appetite, excessive sweating, fast pulse_

Do you know of any heat related deaths? (name) _Not by names_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒No    Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access
☐Outside recreation
☐Inside recreation
☐Commissary

☐Physical access to Law Library
☐Educational Classes
☐Phone privileges
☐Access to showers

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

## JOB

What is your job? _O/s Med. Sq # 6_    Time frame held? _No hours_    How many hours a day do you work? _N/A_

How many days a week do you work? _N/A_    Are you allowed water breaks for your job? ☒ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _N/A_

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☒Yes ☐No

☐Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _N/A_

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _RALPHEL ALEXANDER_    Date _6-27-2024_

TDCJ Number _525421_    Ethnicity _BLACK_

Unit name _COFFIELD_    Birth Date _07-19-66_

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [ ] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [x] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [x] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).

_Water is only distributed at the convenience_
_of the SSI, the majority of the time the ice is being sold for commiss_

If yes, how often are you allowed to take a cold shower? _1x daily dependent upon staffing_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _no posted protocols_

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_respite areas are only available with an official pass_
_issued by an officer_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_If allowed to an respite area the officer overseeing that area_
_dictated the duration of respite_

Where are the non working fans? _Currently the fans work in my area, but the_
**HEAT RELATED MEDICAL CONCERNS** _offenders try to dictate where they blow air_

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction _no extreme temperatures_

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _N/A_

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail.com www.TPCAdvocates.org

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _High Blood Pressure_

Do you have a heat related illness? (Describe) _Pre-Diabetes._

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

_Heat Rash, Dehydration, Cramps, Loss of Appetite, Feeling Sick_

Do you know of any heat related deaths? (name) _most recently, in P-6 outside dorm_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☑G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No    Is there always air conditioning in Ad Seg? ☐ Yes ☑No

Have after being moved to a Seg area have you being denied any of the following?

☐Dayroom access
☐Outside recreation
☐Inside recreation
☐Commissary

☐Physical access to Law Library
☐Educational Classes
☐Phone privileges
☐Access to showers

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

## JOB

What is your job? _N/A_    Time frame held? _N/A_    How many hours a day do you work? _N/A_

How many days a week do you work? _N/A_    Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _N/A_

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐Yes ☐No

☐Step I Grievance filed (1)    ☐Step II Grievance filed (2)

Results from Step I & Step II Grievance _N/A, Grievances are filed on unit, always denied_

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed. _Grievance worthless without outside help._

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78182
    358

**Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.**

Your Name Christopher Keeton

TDCJ Number 01922331

Unit name Cuffield

Date 6-28-24

Ethnicity Black

Birth Date 01-22-83

Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [ ] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
We dont receive water except out Faucets, this water has been Known to give some inmates H. pylori.

If yes, how often are you allowed to take a cold shower? Once a day

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
I was denied last summer by Officer Freda Fuller For no reason

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
Everyone is only allowed 15 minute access up to twice a day

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [ ] Yes [x] No  Please describe your heat restriction _____

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [ ] No  Have you been asked to stop your medication? [ ] Yes [ ] No  Did you decide to stop taking your medication? [ ] Yes [ ] No  If yes then why? _____

1

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? **No**

Do you have a heat related illness? (Describe) **No**

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

Do you know of any heat related deaths? (name) **unknown There have been many, but listed C.O.D. are inaccurate**

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☒G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☒ Yes ☐ No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? **inside medical squad** Time frame held? **6 months**   How many hours a day do you work? **0**

How many days a week do you work? **0**   Are you allowed water breaks for your job? ☐ Yes ☐ No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided)

Are you allowed water breaks for field jobs? ☐ Yes ☐ No   Are you heat sensitive ☐ Yes ☐ No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name Walter Hinton

TDCJ Number 1839405

Unit name H.H. Coffield

Date June 27, 2024

Ethnicity Black Man

Birth Date 7-12-73

**Please check all that apply. Please add any additional information on a separate sheet of paper Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [x] No Cups
- [x] No Ice
- [x] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [x] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [x] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- (Transported/left in hot bus)

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
water is provided from a contaminated source, H.pylori. is known to cause serious stomach virus.

If yes, how often are you allowed to take a cold shower? Once to none, at night, not at peak hours.

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
yes, denied access by medical, stated, "I only had 15 minutes, last summer.

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
officer fuller and officer floyd threaten to write disciplinary cases for not following direct orders, but the rule states "as long as necessary 24 hrs. daily, 7 day weekly.

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction Medications

Have you been asked to wave their Heat restrictions? [x] Yes [ ] No

If yes, who asked you to wave their heat restriction? administration / just to be moved outside. dorms.

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [x] Yes [ ] No  Have you been asked to stop your medication? [x] Yes [ ] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _high blood pressure_

Do you have a heat related illness? (Describe) _yes, at times my body temp. heats up, I get dizzy when I stand-up fast, breathing fast,_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

Do you know of any heat related deaths? (name) _yes, don't know their entire ful name_

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☑G2 ☐G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☑No   Is there always air conditioning in Ad. Seg? ☐ Yes ☑No

Have after being moved to a Seg area have you being denied any of the following?

☑Dayroom access
☐Outside recreation
☐Inside recreation
☐Commissary

☑Physical access to Law Library
☑Educational Classes
☑Phone privileges
☐Access to showers

☐Marriage Seminars
☐Rehabilitation Programs
☐Visitation
☐Denied water

**JOB**

What is your job? _Inside Medical Sq_ Time frame held? _5 yrs._   How many hours a day do you work? _6 hrs._

How many days a week do you work? ___5___   Are you allowed water breaks for your job? ☑Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☑Yes ☐No   Are you heat sensitive ☑Yes ☐No

☑Step I Grievance filed (1)   ☑Step II Grievance filed (2)

Results from Step I & Step II Grievance _to all grievances are rubber-stamped, no further action warranted._

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.
Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail.com www.TPCAdvocates.org

2

Your Name *Felipe M. Moreno*

TDCJ Number *2315090*

Unit name *Cotfeld*

Date *7-1-24*

Ethnicity _____

Birth Date *5-11-79*

Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

Please check all the following that apply. *

- [ ] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [ ] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [ ] Denied access to the respite area
- [ ] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [ ] No cooling towels on Commissary
- [ ] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [ ] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
*There are many time when we run out of ice and at times the water is not clean.*

If yes, how often are you allowed to take a cold shower? *1 @ 7:00 pm*

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?

_____

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)
*I have been granted but @ times it very hard to get a pass from officers. The conditions are fine for the most part allowed to stay till I feel better.*

Where are the non working fans? _____

## HEAT RELATED MEDICAL CONCERNS

*# 20A, 21A    (have med cond (Asthma))*

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction *No Temperature & Humidity Extremes*

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? *N/A*

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication? [ ] Yes [x] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? *N/A*

Do you have underlying health conditions such as: diabietes, high blood pressure, cancer? _Asthma_

Do you have a heat related illness? (Describe) _There are time  when  there  is  Extremes Temp_
_& Humility  when I have had those symptoms Dizziness, headach, feeling sick etc_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐G1 ☐G2 ☒G3 ☐G4 ☐G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐No

Have after being moved to a Seg area have you being denied any of the following?

☐ Dayroom access

☐ Outside recreation
☐ Inside recreation
☐ Commissary

☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☐ Access to showers

☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _N/A_   Time frame held? _N/A_   How many hours a day do you work? _N/A_

How many days a week do you work? _N/A_   Are you allowed water breaks for your job? ☐ Yes ☐No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _N/A_

Are you allowed water breaks for field jobs? ☐Yes ☐No    Are you heat sensitive ☐Yes ☐No

☐ Step I Grievance filed (1)    ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

Your Name _Thomas L. Atchison II_

TDCJ Number _2397122_

Unit name _Coffield_

Date _____

Ethnicity _____

Birth Date _____

**Please check all that apply. Please add any additional information on a separate sheet of paper. Thank You!**

TDCJ has begun enforcing their heat protocols for 2022. We are aware that these policies are not always followed at the unit level. So to hold TDCJ accountable we need your help!

**Please check all the following that apply. ***

- [ ] No Cups
- [x] No Ice
- [ ] Broken Ice Machines
- [x] No water
- [ ] No Heat policy posted
- [ ] Cold Shower not working
- [ ] Low/no water pressure in shower
- [x] Denied access to the respite area
- [x] No access to cool down showers

- [ ] No Bottled water available through Commissary
- [ ] No electrolyte sports drinks available through Commissary
- [x] No cooling towels on Commissary
- [x] No cooling shirts on Commissary
- [ ] No water breaks while working (specifically outside jobs)
- [ ] Health crisis disregarded
- [x] No wellness checks being conducted

- [ ] Denied a personal fan (Inmates are allowed 2 personal fans with the exception of inmates at transfer facilities.)
- [ ] No access to Unit fans
- [ ] Broken Unit fans
- [ ] Not being allowed to wear shorts and t-shirts in dayrooms and recreational areas
- [ ] Transported/left in hot bus

Please describe how often you receive water, the condition of the water (ex. Hot, with or without ice, infested with vermin etc.).
_We get water at the beginning of each shift and again at lunch time_

If yes, how often are you allowed to take a cold shower? _Every other day_

If no, please describe the nature, frequency, time frame, duration, reasons given, other circumstances _____

If you have ever been denied access to the respite area, why were you denied, date, and by whom?
_CO Allen on the infirmary denies everyone that comes to the infirmary for respite every day she works_

If you were granted access to the respite area, please describe its conditions and how long you were allowed in the area. (frequency, nature, applicable time frame, reasons given, and other circumstances, including most recent example)

_____

_____

_____

Where are the non working fans? _____

**HEAT RELATED MEDICAL CONCERNS**

Are you heat restricted? [x] Yes [ ] No  Please describe your heat restriction _Hypertension, Diabetes and Kidney Problems_

Have you been asked to wave their Heat restrictions? [ ] Yes [x] No

If yes, who asked you to wave their heat restriction? _____

Have you chosen to wave their heat restriction themselves? [ ] Yes [x] No

Are you prescribed a heat sensitive medication ? [x] Yes [ ] No  Have you been asked to stop your medication? [ ] Yes [x] No  Did you decide to stop taking your medication? [ ] Yes [x] No  If yes then why? _____

Texas Prisons Community Advocates P.O. Box 1974 Fulton, TX 78358    TPCAdvocates@gmail.com www.TPCAdvocates.org

Do you have underlying health conditions such as: diabetes, high blood pressure, cancer? _diabetes, high blood pressure_

Do you have a heat related illness? (Describe) _Kidney failure dehydrate easily_

Have you had a heat related illness or symptoms following heat related symptoms such as: dizziness; fainting; heat rash; headache, dizziness, and confusion; loss of appetite and feeling sick; excessive sweating; pale, clammy skin; cramps in the arms, legs, and stomach; fast breathing or pulse. Please describe.
_dizziness, headache, loss of appetite stomach & leg cramps_

Do you know of any heat related deaths? (name) _____

We have received a lot of complaints about "heat restricted" incarcerated being transferred to air-conditioned units, or "cool beds" within Segregation areas of a unit and denied access to numerous privileges. Some are being treated as if they are in solitary or Ad Seg when their classification level is not consistent with segregation restrictions. Therefore, the following questions are designed to investigate this issue

What is your classification level? ☐ G1  ☐ G2  ☐ G3  ☐ G4  ☐ G5

Has you been moved to Seg area for "cool bed"? ☐ Yes ☒ No   Is there always air conditioning in Ad. Seg? ☐ Yes ☐ No

Have after being moved to a Seg area have you being denied any of the following?

☒ Dayroom access
☐ Outside recreation
☐ Inside recreation
☐ Commissary
☐ Physical access to Law Library
☐ Educational Classes
☐ Phone privileges
☒ Access to showers
☐ Marriage Seminars
☐ Rehabilitation Programs
☐ Visitation
☐ Denied water

**JOB**

What is your job? _____ Time frame held? _____ How many hours a day do you work? _____

How many days a week do you work? _____ Are you allowed water breaks for your job? ☐ Yes ☐ No

Please describe any circumstances during work related to the heat conditions? (including sunlight exposure, whether you are given the option not to work, whether requested protections are given, whether adequate water is provided, whether different work is offered, whether other benefits are provided) _____

Are you allowed water breaks for field jobs? ☐ Yes ☐ No   Are you heat sensitive ☐ Yes ☐ No

☐ Step I Grievance filed (1)   ☐ Step II Grievance filed (2)

Results from Step I & Step II Grievance _____

Helpful Information - If you become aware of a situation where the TDCJ Heat Directive is not being followed, it should be reported immediately and if not remedied, a Step 1 Grievance should be filed. If a heat situation continues after a Step 1 Grievance has been filed, a Step 2 Grievance should be filed.

If you would like to share any additional information, or have any relevant documentation and/or, have anything you feel may be helpful you write to us at;
Texas Prisons Community Advocates
P. O. Box 1974
Fulton, TX 78358

Thank you! Hopefully your feedback will help to improve the heat conditions within TDCJ.

LEGAL MAIL

Jerry L. Canfield
TDCJ# 01848978
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884-5000



United States District Court
for the Western District of Texas
Austin Division
501 West 5th Street, Room 1100
Austin, TX 78701

