United States District Court
Western District
Exhibits Log: A-23-cv-1004
Tiede v Collier, 7/30/2024

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-3 | Morbidity and Mortality | No |
| Pla-6 | Heat Related Deaths During the July 1995 Heat Wave in Chicago | No |
| Pla-10 | Changing Heat Related Mortality in the United States | No |
| Pla-11 | Excessive Heat Events Guidebook | No |
| Pla-13 | Prognostic Factors in Heat Wave Related Deaths | No |
| Pla-15 | CA Heat Wave Morbidity | No |
| Pla-17 | The Effects of Temperature and Use of Air Conditioning on Hospitalizations | No |
| Pla-23 | Multiple Trigger Points | No |
| Pla-24 | NWS Heat Index Chart | No |
| Pla-28 | Old Autopsies Part 1 | No |
| Pla-29 | Old Autopsies Part 2 | No |
| Pla-31 | TDCJ Health Services Liaison Facility Types List | No |
| Pla-33 | Risk Characterization of Hospitalizations | No |
| Pla-34 | Interim Report 2018 by the House Committee | No |
| Pla-35 | Influence of Heat Waves on Daily Hospital Visits | No |
| Pla-36 | Correctional Managed Health Care Policy Manual Heat Stress | No |
| Pla-42 | Heat Related Deaths | No |
| Pla-43 | The Implications of Hypothalamic Abnormalities | No |
| Pla-44 | Use of Multiple Anticholinergic Medications | No |
| Pla-45 | After Sweltering Temperatures Killed Texas Prisoners | No |
| Pla-46 | Global Mortality From Nonoptimal Temperatures | No |
| Pla-50 | Antipsychotic Medication Induced Hyperthermia | No |
| Pla-54 | Association of Extreme Heat with All Cause Mortality | No |
| Pla-55 | Extreme Temperatures and Covid19 | No |
| Pla-62 | Lioness Members Inside Data AEO | No |
| Pla-69 | TBCJ 225th Meeting Minutes | No |
| Pla-70 | Provision of Air Conditioning and Heat-Related Mortality v2 | No |
| Pla-73 | 2022 Associations Between Extreme Temperatures and Cardiovascular | No |
| Pla-75 | Heat Related Mortality | No |
| Pla-76 | Schizophrenia Pinpointed as a Key Factor in Heath Deaths | No |
| Pla-81 | Picture of Mr Bernhardt Tiede II | No |
| Pla-84 | Pulvino Email TIEDE DEF0107957 | No |
| Pla-85 | Attachment to Pulvino Email | No |
| Pla-91 | Extreme Heat and Suicide Watch | No |
| Pla-102 | Temperature Report by TDCJ | No |
| Pla-103 | Mental Illness and Increased Vulnerability | No |
| Pla-113 | Vassallo Declaration | No |
| Pla-124 | Unit Directory by the TDCJ | No |
| Pla-128 | High Value Data Sets-reduced | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-132 | TDCJ Temperature Report FY2020 | No |
| Pla-137 | Jason Wilson Emsg | No |
| Pla-146 | TPCA Mailing List of Incarcerated Individuals | No |
| Pla-147 | Examples of More than 25 Official TPCA Team Member Incarcerated Volunteers | No |
| Pla-148 | TX CURE Inmate Master Mailing List | No |
| Pla-150 | TDCJ Air Conditioning Construction Projects | No |
| Pla-152 | Wilson Death Report | No |
| Pla-161 | Castillo Death Packet UPDATED | No |
| Pla-161-A | Castillo OIG UPDATED | No |
| Pla-161-B | Castillo AIR UPDATED | No |
| Pla-168 | Gonzales Death Packet UPDATED | No |
| Pla-168-A | Gonzales AIR UPDATED | No |
| Pla-169 | Hargerty Death Packet UPDATED | No |
| Pla-169-A | Hagerty AIG UPDATED | No |
| Pla-191 | Skinner Death Packet UPDATED | No |
| Pla-192 | Southards Death Packet UPDATED | No |
| Pla-192-A | Southards OIG Report UPDATED | No |
| Pla-192-B | Southards AIR UPDATED | No |
| Pla-200 | Womack Death Packet UPDATED | No |
| Pla-200-A | Womack OIG UPDATED | No |
| Pla-200-B | Womack AIR UPDATED | No |
| Pla-204 | Colliers Response to ROG 2 | No |
| Pla-207 | Mr Colliers Response to ROG 10 | No |
| Pla-210 | Mr Colliers Response to RFP 20Part1-reduced | No |
| Pla-214 | Follow up call on WC | No |
| Pla-214-A | Follow up call on WC | No |
| Pla-238 | Picture of Mr Bernhardt Tiede II 2016 | No |
| Pla-239 | Tiede OAG Medical Records | No |
| Pla-241 | Video of Mr Tiede 1 | No |
| Pla-241-A | Video of Mr Tiede 1 | No |
| Pla-242 | Video of Mr Tiede 2 | No |
| Pla-242-A | Video of Mr Tiede 2 | No |
| Pla-243 | Video of Mr Tiede 3 | No |
| Pla-243-A | Video of Mr Tiede 3 | No |
| Pla-244 | Video of Mr Tiede 4 | No |
| Pla-244-A | Video of Mr Tiede 4 | No |
| Pla-245 | Video of Mr Tiede 5 | No |
| Pla-245-A | Video of Mr Tiede 5 | No |
| Pla-246 | Video of Mr Tiede 6 | No |
| Pla-246-A | Video of Mr Tiede 6 | No |
| Pla-247 | Video of Mr Tiede 7 | No |
| Pla-247-A | Video of Mr Tiede 7 | No |
| Pla-248 | Video of Mr Tiede 8 | No |
| Pla-248-A | Video of Mr Tiede 8 | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-249 | Video of Mr Tiede 9 | No |
| Pla-249-A | Video of Mr Tiede 9 | No |
| Pla-251 | Uribe CV | No |
| Pla-254 | Mr Colliers Responses to Plaintiffs First Set of Interrogatories | No |
| Pla-264 | Coffield Emsg 2024 | No |
| Pla-265 | Email from Kate Blifford to Bryan Collier re HAC Agenda | No |
| Pla-266 | TDCJ Self Evaluation Report | No |
| Pla-269 | Texas Prison Letter Chris Flores | No |
| Pla-272 | Email re JAMA Study Related to Heat and TDCJ Prison Deaths | No |
| Pla-274 | Common comorbities | No |
| Pla-275 | Severe nonexertional hyperthermia (classic heat stroke) in adults - UpToDate - 8-1-24 | No |
| Pla-276 | Drugs Associated with Heat Stress | No |
| Pla-277 | Region VI, Administrative Incident review re: Smith | No |
| Pla-277-A | detailed - Region VI, Administrative Incident review re: Smith | No |
| Def-1 | TDCJ AD-10.64 (r. 9-11) | No |
| Def-3 | [49870] INHET003 Curent HSS Inmates 7-23-24.pdf | No |
| Def-4 | [49871] INHET004 Changed HSS Inmates 7-23-24.pdf | No |
| Def-8 | [47618-47624] 2024 CID Seasonal Prepard Eml.pdf | No |
| Def-9 | TDCJ-CID 2024 Seasonal Prepard Chklsts [47666-48172].pdf | No |
| Def-10 | [48303-48315] 2024 Heat Strike Team Rprts.pdf | No |
| Def-12 | [67997-68002] Posters & Pocket Card.pdf | No |
| Def-13-C | Correct Awar - Inf Cntrl, First Aid, CPR [49893-49917].pdf | No |
| Def-13-D | Pre-Srvc - Go Home to Your Family [49918-49935].pdf | No |
| Def-17 | [69489] 2023 AC Projects Phase I Update.pdf | No |
| Def-18 | [69490-69491] Architect-Engineer Require.pdf | No |
| Def-19 | [69495] Outside A-E.pdf | No |
| Def-21 | [69497] Draft Four-Phase Installation.pdf | No |
| Def-23 | [69499] HVAC FY 22-23 Projects.pdf | No |
| Def-31 | LIONESS 8-23 - BUI Bylaws.pdf | No |
| Def-33 | [69559-69562] 20240725 SOS Request.pdf | No |
| Def-34 | TPCA 1-6 - TPCA Articles of incorporation.pdf | No |
| Def-35 | TPCA 7-12 - TPCA Bylaws.pdf | No |
| Def-51 | DOJ Table 2_2022 prison pop by state.pdf | No |
| Def-53 | [68003-68005] Seasonal Prep Tele agenda 2024.pdf | No |
| Def-54 | [00139-00159] TDCJ-CID Seas Prep Direct 2019-2023.pdf | No |
| Def-56 | [67989-67991] I-204 comb.pdf | No |
| Def-69 | Certif Copy Build-up Inc | No |
| Def-70 | TDCJ FY202 Temperature Report | No |
| Def-72 | Email regarding mail | No |
| Def-76 | TDCJ Temperature Logs | No |
| Def-78 | email chain | No |
| Def-79 | TDCJ Unit Prototypes chart | No |