UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BERNHARDT TIEDE II, et al.
　　　Plaintiffs,

vs.

BRYAN COLLIER,
　　　Defendant.

Civil Action No. 1:23-CV-1004-RP

FILED
AUG 28 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## INTERVENOR FAIRFAX'S MOTION FOR HEARING ON MOTION FOR INTERVENE

Intervenor, CLIFFORD FAIRFAX, pursuant to the provisions of Fed. R. Civ. Proc. and in conjunction with the U.S. Const. Amends. I & XIV, respectfully requests for a hearing to be held by Legal Zoom by this honorable Court on his pro se motion to intervene.

Defendant's attorney on August 7, 2024, has filed an opposition to his motion to intervene, and falsely claimed

1

that his motion to intervene is untimely, and he does not have a matter of right under Rule 24(a) of Fed. R. Civ. Proc. to intervene in this instant civil action and he should not be allowed permissive intervention in this action under Rule 24(b) of Fed. R. Civ. Proc.. Therefore, this honorable Court should hold a hearing to determine if his motion to intervene was timely filed and if he is entitled to intervene as a matter of right and/or granted permissive intervention in this action.

WHEREFORE, Intervenor Fairfax prays that this Court grant this motion and by holding a hearing by Legal Zoom on his motion to intervene.

Respectfully submitted,

CLIFFORD FAIRFAX
Intervenor, Pro se
TDCJ # 418151
1300 FM 655 - Terrell Unit
Rosharon, Texas 77583

CLIFFORD PASRFAX
TDCJ #41815
1300 FM 655 - Terrell Unit
Rosharon, Texas 77583

LEGAL MAIL

HOUSTON TX RPDC 773
23 AUG 2024 PM 5 L



SCANNED BY CCD
AUG 28 2024

78701-151855

Clerk of the Court
United States District Court
Western District of Texas
501 W. 5th Street Ste. 2100
Austin, Texas
78701-2800