

| PHILIP J. DEVLIN<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>501 West Fifth Street, Suite 1100<br>Austin, Texas 78701 | ANNETTE FRENCH<br>CHIEF DEPUTY |

**September 5, 2024**

Clifford Fairfax
TDCJ#418151
1300 FM 655 - Terrell Unit
Rosharon, TX 77583

**Re**: **CASE #: 1:23-cv-01004-RP**

Dear Mr. Fairfax;

We are in receipt of your correspondence request regarding copies of several documents.

*Copies are 50 cents a page.*

Docket sheet – 27 pages

Plaintiff's Amended Complaint – 57 pages

Motion for Preliminary Injunction – 678 pages (with all exhibits)

Please mail in a check or money order and make sure to note the case number.

Thank you,

                                                     Sincerely,

                                                   PHILIP J. DEVLIN, Clerk

                                                   By: Deputy Clerk/CC