TO: CLERK, U.S. DISTRICT COURT; WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5th STREET SUITE 1100
AUSTIN, TX. 78701

RECEIVED OCT 02 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED OCT 3 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

ENCLOSED ARE A "BRIEF" ACKNOWLEDGING I RECIEVED NOTICE OF THE CLERKS ORDER: 9-17-24, RESPONDANCE WITHIN TIME FRAME OF THE ATTEMPT OF SERVICE, VIA U.S. POSTAL MAIL; DATE OF RETURN RESPONSE: 9-23-2024. BY "PRO SE" APPELLATE: NAME: Tifford Byrone Crosby   PLACE OF CONFINEMENT: Telford Unit
TDCJ #: 836746

NOW COMES APPELLATE "PRO SE" ANSWER(S) TO THE ORDER(S) OF SAID COURT, WITH A WRITTEN RESPONSE TO THE RESPECTED AUTHORITYS OF THE SAID COURT WHICH REQUEST FACTS & REASONS, AND CITINGS OF LAW, HEREIN IS A BRIEF SUMMARY OF REASONS OF (1) DELAYANCE(S) (2) DATES OF SERVICES & RETURNED (3) NOTICE OF MAIN INGREDIENT(S) [MISSING TRANSCRIPT] CASE IN CHIEF, (4) INEFFECTIVE ASSISTANCE OF COUNSEL (5) APPELLATES REQUEST FOR CORRECTIVE ACTIONS, TO BE REFRAMED FROM FURTHER COLLATERAL CONSEQUENCES OF THE MISCONDUCTS FROM THESE UNKNOWN PARTIES CONSPIRACY(S) TO COMMITT MORE VIOLATIONS OF THE 5TH & 14TH AMENDMENTS BY BEING A U.S. CITIZEN THE U.S. CONSTITUTION GOVERENS & AFFORDS ME THESE RIGHTS OF PROTECTIONS WHICH STATES NO LEGAL OR ILLEGAL AUTHORITYS ARE ABOVE THE LAW(S) OF THE LAND NOR THE COURTS OR CONGRESS, WITH BRIEF INTENTIONS TO SHOW THE COURTS REASONS TO CONSIDER RIGHTS TO A NEW TRAIL OR RELEASE THE APPELLATE FROM THESE ILLEGAL RESTRAINTS UNTIL FURTHER CORRECTIVE ACTIONS OF THE IMPROPER IMPOSITION BE SETTLED OR DETERMINED BY THE COURTS WHO HAS JURISDICTIONS TO AWARD APPELLATE; TIME SERVED TO DENY THE APPELLATE THESE SIMPLE RIGHTS WOULD NEGLECT THE "DUE PROCESS" BECOME(S) CRUEL AND UNUSAL SUFFERING, OR THE AUTHORITYS HAS NO DISDAIN FOR THE LAW OR THE FEDERAL DUE PROCESS CLAUSE THAT GRANTS, PROTECTS, AND ARE GOVER'N BY THE U.S.C. APPELLATE REQUEST RELIEF WHICH WOULD RECTIFY THESE CRIMINAL ACTS, AND RESOLVE THE MATTERS PEACEFULLY & RESPECTFULLY...... FOLLOWS BELOW;

(1) REASONS OF DELAYANCE(S); SHOWS GOOD CAUSE FOR LATE FILING AND DUE TO TRANSFERRING FROM "UNIT TO UNIT" DELAYED RESPONDANCES IN ORDER TO BE REHOUSED & CLASSIFIED WHICH DENYED ME THE ABILITY TO RECIEVE THE ORDER FROM THE COURTS THAT WAS VIA U.S. POSTAL MAIL WHICH HAD TO "CATCH UP" WITH ME AT MY ASSIGNED UNIT WHERE I RECIEVED THE ORDER 9-17-24 WHICH SHOWED THE MAIL HAD TO BE EXAMINED BY THE AUTHORITYS OF THE "TDCJ" POLICYS, RULES, AND REGULATIONS

ACCORDINGLY, WHICH CONSTITUTES GOOD CAUSE FOR WAIVER OF TIME LIMITS AND ARE UNAVOIDABLE CIRCUMSTANCES IN THE DELAYANCE IN THE HANDLING OF THE MAIL MATTERS HERE IN "TDCJ" (SEE; WOMACK Vs. MERIT SYS. PROTECTION Bd. 748 F.2d. 453 (FED.CIR.1986)

(2). DATE OF SERVICES RECIEVED & RETURNED; HEREIN LIES THE DATES OF THE ATTEMPTS OF SERVICES BEARING THE MARKINGS ON THE ENVOLOPE INDICATING THE ORDER WAS BEING SENT FROM UNIT TO UNIT THAN "TRUCK MAILED" TO ME DELIVERED BY A 'TDCJ' OFFICER, SERVICE BY MAIL DEEM EFFECTIVE WHEN THE ACKNOWLEDGEMENT IS RETURNED BY APPELLATE (SEE; CAL. CODE. CIV. PRAC. § 415.30(c) ; BARLOW 39. Id. F.3d. AT 234

(3). NOTICE OF MAIN INGREDIENTS [MISSING TRANSCRIPTS] CASE IN CHIEF;

(a) MISSING TRANSCRIPTS; ATTEMPTING TO modify THE RECORDS FOR PROSECUTION BENEFITS ARBITRATES THY EFFECTIVENESS OF AN APPEAL. MY TRANSCRIPTS WAS DESTROYED ON OR PURPOSE OR MISHANDLED OR, JUST PLAINLY DISAPPEARED WHICH DENIES ME THE RIGHT OF ACTIONS TO SEARCH, ANALYSIS, FIND, POINT-OUT CONSTITUTIONAL ERRORS, AND DENIES THE TIME TO ADEQUATELY REVIEW THE RECORDS FOR CROSS-EXAMINATIONS OF ALL OF THE WITNESS, AND EXPERT-WITNESS, GOVERMENT WITNESS. ETC. IT FURTHER DENIES ME THE PROPER TIME TO PREPARE A SOLID APPEAL WITHOUT THE RECORDS OF WHAT TOOK PLACE AT THE HEARING(S) OF EVIDENCE, ACCUSSATIONS, SENTENCEING STAGE, TESTIMONYS ETC, DENIES ME OF THE FEDERAL DUE PROCESS, WHICH ON APPEAL BY LAW THE [TRANSCRIPTS] BECOMES THE MOST "VALUABLE PLAYER" IN PREPARING FOR AN APPEAL TO BE DENIED OR NEGLECTED OF THESE RIGHTS THATS SO GOVERNERED BY THE U.S.C. IS CLEARLY REASONS FOR NEW TRIAL OR GIVEN THE OPTIONS OF TIME SERVED, AND VACATED FROM THE ALLEGED CONVICTION, ITS MORE SO DESTROYED OR MISSING BEING THAT THE TRANSCRIPTS WOULD REVEAL, MISCONDUCTS OF THESE ACTS MISTREATMENTS OF THE PARTIES INVOLVED IN THE ILLEGAL ACTS; (1) PROSECUTIONAL MISCONDUCT, (2) WRONGFUL PROSECUTION (3) TAMPERING WITH STATE EVIDENCE, (4) POLICE MISCONDUCT, (5) PROCEDURE ERRORS, (6) ERROR OF LAW OCCURRING AT TRIAL & SENTENCING PHRASE, (7) FEDERAL ERRORS....
SEE; UNITED STATES V. PALIK 84 MJ. 284

(4). INEFFECTIVENESS OF THE COUNSELS ASSISTANCE; COUNSELS HAVE A DUTY TO CONSULT AND REVIEW AS WELL AS TO MAKE SURE CERTAIN RIGHTS ARE NOT TO BE VIOLATED BY THE COURTS, NOR TO ALLOW WORDAGE MANIPULATIONS OF THE PROSECUTIONER, JUDGE, OR HIMSELF BECAUSE OF LACK OF EDUCATION OF THE LANGUAGE UNDERSTANDING OF WORDAGE USED BY THE LAW, HE'S TO MAKE SURE THE APPELLATE DO SO UNDERSTAND IN TERMS OF ERRORS, PROCEEDINGS, AN TO BE TOLD WHATS TAKING PLACE WHILE THE TRAIL OR WHAT MAYBE TRANSPIRING THROUGH ADD. BACK AND FORTH OF THE DEFENSE & PROSECUTIONS, ITS HIS DUTY TO BE AWARE AND MAKE

APPELLATE AWARE OF WHATS TAKING PLACE STEP BY STEP, ALL THE COUNSELS KNOWS OR DONT KNOW IS IRRELIVANT TO THE FACTS OF HIGHER STANDARDS WHEN THE COUNSEL REFUSE TO AFFORD APPELLATE WITH THE (TRANSCRIPTS) EVEN AFTER THE DEFENDANT REQUEST TO PAY THE FEE FOR THE TRANSCRIPTS, AND MADE THE ATTEMPT TO PAY FOR THEM SEVERAL TIMES BEFORE THEY DISAPPEARED OR WAS DESTROYED, HE HAD MORE THAN THE ADEQUATE TIME TO RETRIEVE AN GIVE TO APPELLATE BUT FAIL TO DO SO FALLS WAY BELOW THE MEANS & STANDARDS OF DUTIES, AND BEING THAT TEXAS HAS AN OPEN FILE POLICY "AKA" OPEN TO THE PUBLIC FOR REVIEW & STUDY, FAMILY MEMBERS, AND FRIENDS EVEN MADE THE ATTEMPTS TO RECOVER THE (TRANSCRIPTS) DUE TO THE FACTS THAT COUNSEL KNEW THAT APPELLATE RECOGNIZED THAT HIS CONSTITUTIONAL RIGHTS HAD BEEN DAMAGED HE REQUEST FOR THE TRANSCRIPTS TO SHOW THE COURTS ERRORS, THE TRAIL WAS RECORDED BY THE COURTS, BUT THE COURTS "CAN NOT" PRODUCE OR SUPPLEMENT THE TRANSCRIPT, WHICH INSIDE THE "TRANSCRIPT" WOULD SHOW ITS OWN NEGLIGENCE, DENIAL OF FUNDAMENTAL FAIRNESS, AND REVEAL COUNSELS POOR PERFORMANCE(S) WHICH FAIL BELOW THE STANDARD OF LAW, THE RESULTS OF COUNSELS INEFFECTIVENESS RESULTED IN PRESUDICE, RELEASE THE "TRANSCRIPT" TO THE APPELLATE SO HE COULD PROPERLY PREPARE HIS DEFENSE ON DIRECT APPEAL SHOWS INEFFECTIVE OF COUNSEL WHEN ANY OTHER COUNSEL WOULD HAVE RETRIEVED THEM BY KNOWING ITS SIGNIFICANTS OF THE TRANSCRIPT, AND THE MEANINGFULNESS OF THE "MOST VALUABLE PLAYER: (TRANSCRIPTS)

(5). APPELLATES REQUEST OF CORRECTIVE ACTIONS, TO BE RELEASED FROM FURTHER COLLATERAL CONSEQUENCES;

THEREFORE APPELLATE PRAYS THAT THE "BRIEF" WILL BE ACCEPTED AS A JUSTIFIABLE, OUTSTANDING, THOROUGHLY, AND RESPECTFULLY CONSIDERED BY THE COURTS WHO HAS THE JURISDICTIONS TO ACCEPT & ACT WITH DUE DILIGENCE TO ANSWER THE "BRIEF" WITH THE COURTS DISCRETIONS BE AFFIRMED TO THE APPELLATE WITHOUT FOR DENIAL OF "DUE PROCESS" THAT IMPEDES THE LIFE, AND LIBERTY OF THE APPELLATE, ALL PREMISES CONSIDERED......

RESPECTFULLY SUBMITTED BY: _Tifford Byrone Crosley_ TDCJ #836746
2024, Time: 6:30 AM    DATE 9-23-24

## UNSWORN DECLARATION

My Name Is **Tifford** Middle **Byrone** Last **Crosby** My Date of Birth Is **12-31-69** And my Inmate Identifying Number is **836746**. I am presently incarcerated in **Texas Department of Criminal Justice**, City **New Boston** County **Bowie** State **Texas** Zip Code **75570**. I declare under penalty of perjury that the contents of this "Brief" and the facts stated are true and correct.

Executed on the day of **9-23** Year **2024**

Signature of ~~Declaration~~ DECLARANT: *Tifford Byrone Crosby*

## "Notary of Service"

To **U.S. District Court Western District of Texas United States Courthouse** Date **9-23-2024** Time **6:30 AM**

**Postal Mail Service**

Signature of Reciever

_____ X

From: Telford Crosby #836746
Telford Unit
3899 State Hwy 98
New Boston, Tex 75570

Legal

To: Clerk, U.S. District Court
Western District of Texas
United States Courthouse
501 W. 5th Street Suite 1100
Austin, Texas 78701