Case 1:23-cv-01004-RP   Document 195   Filed 09/30/24   Page 1 of 2

FILED
September 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: cc DEPUTY

TO:
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE
U.S. DIATRICT COURT
501 W. 5th STREET, ROOM ~~5305~~ 1100
AUSTIN, TEXAS 78701

FROM:
david Turner
TDCJ-ID No. 02411482
Ramsey One Unit
1100 F M Rd 655
Rosharon, Texas 77583

SEPTEMBER 20, 2024

Re: Cause No. 1:23-CV-1004-RP

YOUR HONOR:

My name is David Turner, A Texas State Inmate #02411482, and I am writing in SUPPORT of Cause #1:23-CV-1004-RP, in which TDCJ Inmates are in DIRE need of AIR CONDITIONING in Texas prisons due to the INHUMANE and DEVASTATING living conditions in which Inmates are forced to live in, every day.

I am asking you to ORDER the State of Texas, pursuant to the above Cause Number, to IMMEDIATELY fund and implement a statewide air-conditioning program for ALL TDCJ UNITS. TDCJ staff routinely DENY access to respite areas to Inmates requesting to partake.

This matter is DIRE and DESERVING of your judicial attention and plenary authority.

THANK YOU SIR

*[signature]*
David Turner

RECEIVED
SEP 3 0 2024
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

NORTH HOUSTON TX 773
PRIVILEGED OFFENDER MAIL
NOT INSPECTED 26 SEP 2024 EXP 3 L
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

UNITED STATES DISTRICT COURT
(ATTN: CLERK OF THE COURT)
501 W. 5th STREET
ROOM # 1100
AUSTIN TX 78701

DAVID TURNER
TDCJ # 2411482
RAMSEY 1
1100 FM 655
ROSHARON, TX 77583