RE: TIEDE V. COLLIER  1:23-CV-1004-RP

#1

YOUR HONOR, HON. "ROBERT PITMAN"
SIR:

My name is Richard Chuba #2498581 I am a T.D.C.J.-I.D. inmate and found Tiede V. Collier C.V. # 1:23-CV-1004-RP on my tablet law library app.

I am sending you a grievance that I was "forced" to file for fear of my death and others housed around me.

At the time I was housed at the T.D.C.J.-I.D. Holliday Unit in Huntsville Texas. The Holliday Unit consists of silver metal shop type buildings with "no windows". The only air circulation is provided by 3 phase, high voltage exhaust fans that pull the hot air trapped inside of the building outside and allows for air circulation. (Many of the exhaust fans at Holliday do not work)! T.D.C.J.-I.D. forcing us to live in these hot metal buildings in the dead of summer without

THE FEDERAL BUILDING CODE A.S.M.E./ H.U.A.C. "MADATORY" VENTALATION SYSTEM! (ITS NO DIFFERENT THAN LOCKING US IN A HOT CAR IN THE DEAD OF SUMMER WITH THE WINDOWS ROLLED UP)! (THEY ARE KNOWINGLY AND WILLINGLY PLACING OUR LIVES IN DANGER)! THIS "IS" CRIMINAL NEGLIGENCE! THESE BUILDINGS CAN EASILY REACH 120° F WITHOUT THE CODE EXHAUST FANS.

ON 6-16-24 I FILED A GRIEVANCE CONCERNING THE BROKEN EXHAUST FANS AND EXTREEM DORMATORY TEMPRATURES INFORMING THE GRIEVANCE COORDINATOR THAT DANGEROUS SITUATION DEMANDS THERE IMMEDIATE ATTENTION (SEE ENCLOSED GRIEVANCE, EXHIBIT #1). BUT SHE RUNS THE CLOCK ON MY GRIEVANCE FOR 40 ADITIONAL DAYS, THEN ON 7-26-24 (THE MIDDLE OF SUMMER) SHE FILES FOR A 40 DAY EXTENTION, ON 8-20-24 (84 DAYS AFTER FILING MY INICIAL GRIEVANCE) ASST. WARDEN L. ASHWORTH FINALLY RESPONDS TO

# 3.

My grievance (84 days of extreme summer heat and the exhaust fans are still broken)! This is criminal. The Holliday Unit has "NO" windows and the exhaust fans are "CODE", (A.S.M.E. / H.V.A.C. CODE).

It is illegal for Warden Ashworth (or any loving person) to force us to live in these modern day torture devices without the federally mandated (mandatory) ventilation systems designed to remove the hot air of the building.

There are 54 men in A-4 Dorm. There needs to be 54 counts of criminal negligence filed against Warden Ashworth along with official oppression and deliberate indifference using both his signature and his response to my grievance.

84 days without once attempting to address this

#4.

EXTREAMLY DANGEROUS AND LIFE THREATENING ENVIRONMENT THAT WAS THE DIRECT RESULT OF DELIBERATE INDIFFERENCE! THIS IS ILLEGAL!

I AM NO LONGER AT THE HOLLIDAY UNIT BUT THE FAN WAS <u>NEVER FIXED</u>! ITS BEEN ALMOST 5 MONTHS SINCE I FILED MY GRIEVANCE AND I GUARANTEE YOU THAT TO DATE THE "MANDATORY" GOVERNMENT BUILDING CODE SYSTEM IS STILL BROKEN AND 54 MEN ARE STILL BEING FORCED TO LIVE IN THAT <u>DEATH CHAMBER</u>...

CAN YOU SAY "ADOLPH HITLER" WITH ALL DUE RESPECT, WHAT'S THE DIFFERENCE, THEY ARE KNOWINGLY AND WILLINGLY TRYING TO KILL US...

I'm ENCLOSING A SECOND GRIEVANCE DATED 5-24-24 (EXHIBIT #2.)

#5.

THIS GRIEVANCE WAS FILED TO ADDRESS THE HORIBAL AND DEPLORIBAL THIRD WORLD LIVING CONDITIONS AT THE HOLLIDAY UNIT TO INCLUDE LIVING QUARTER THAT ARE FLOODED WITH SEWER WATER 24 HOURS A DAY, 7 DAYS A WEEK. POISONOUS SEWER GAS VENTING TO THE INDOOR ATMOSPHERE AND OTHER MAJOR SAFETY AND HEALTH VIOLATIONS.

PLEASE ADD ME AS A WITNESS AND/OR "PLANTIFF" TO TINDE V. COLLIER CV.-1004-RP.

THEY ARE TRYING TO KILL US...

"UNSWORN DECLARATION"

I, RICHARD CHUBA #2498581 DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE INFORMATION IN THIS BRIEF IS TRUE AND CORRECT

EXECUTED ON THIS 28TH DAY OF OCTOBER 2024

*[signature]*
RICHARD CHUBA.

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2024116685
Date Received: JUN 18 2024
Date Due: 07-28-24
Grievance Code: 522/598
Investigator ID #: I2525
Extension Date: 09-26-24
Date Retd to Offender: OCT 15 2024

CM
EXHIBIT #1
D2-35

Offender Name: RICHARD CHUBA   TDCJ #: 2498581
Unit: HOLLIDAY   Housing Assignment: A4-~~19~~
Unit where incident occurred: HOLLIDAY

rec'd @ CM

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? M. WIESS, MAINTENANCE (I DON'T CARE)   When? 6-6-24
What was their response? M. WIESS ~~MAINT. SUP.~~ (I HAVE OTHER SHIT TO DO.)
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

* CRUEL & UNUSUAL PUNISHMENT, OFFICIAL OPPRESSION, CRIMINAL NEGLIGENCE.

IT IS MID JUNE, THE EXHAUST FAN IN A-4 DOES NOT WORK. THIS A.S.M.E./H.V.A.C. CODE SYSTEM WAS A "MANDATORY" COMPONENT IN THE DESIGN AND CONSTRUCTION OF THIS FACILITY. (IT REMOVES THE HOT AIR TRAPPED IN THIS BUILDING)! YOU "CANNOT" HOUSE US IN THESE BUILDINGS, IN THESE EXTREME TEMPERATURES WITHOUT EXHAUST FANS THAT MEET OR EXCEED A.S.M.E./H.V.A.C. BUILDING CODES. TO DO SO NOT ONLY CONSTITUTES CRUEL AND UNUSUAL PUNISHMENT BUT IT'S CRIMINAL NEGLIGENCE. (THE SYSTEM IS FEDERALLY MANDATED IN THE CONSTRUCTION OF THIS BUILDING AND "NOT" AN OPTION. IT IS "MANDATORY"...

YOU DO UNDERSTAND THAT IF ONE OF US DIES FROM HEAT EXHAUSTION AND THIS GRIEVANCE IS DISCOVERED IT WILL BECOME "CRIMINALLY NEGLIGENT HOMICIDE" A FELONY!

THIS GRIEVANCE DEMANDS YOUR IMMEDIATE ATTENTION. (YOU CANNOT RUN THE CLOCK ON THIS GRIEVANCE AS YOU DO EVERY OTHER GRIEVANCE THAT RUNS ACROSS YOUR DESK.) TO DO SO IS "CRIMINAL NEGLIGENCE". THE 4:00 PM TEMPERATURE IN OUR DORM EASILY EXCEEDS 110° F. THIS IS NOT LEGAL, IT'S CRUEL & UNUSUAL PUNISHMENT. "FLIP"

YOUR HONOR ↑
JUN 18 2024   (OVER)

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   Appendix F

YOUR HONOR, THEY RAN THE CLOCK ANYWAY THEN DID "NOTHING" TO FIX THIS "MANDATORY" SYSTEM

IT IS "DANGEROUSLY" HOT IN THIS DORM
ANY REASONABLE PERSON CAN SEE THIS, IT'S JUNE AND THE
TEMPRATURES HAVE BEEN EXTREMLY HOT, 98° PLUS.
P.S. A RESPIT ROOM IS "NOT" A SUBSTITUTH FOR A FEDERALLY
MANDATED COOL SYSTEM, PLUS, MOST OF THE TIME WE
ARE DENIED ACCESS TO RESPIT!

WE ARE NOT ANIMALS, PLEASE LOG THE
4:00 PM TEMPRATURE OF A-4 DORM.   JUN 18 2024

**Action Requested to resolve your Complaint.** REPAIR OUR HVAC COOL EXHAST FAN OR
MOVE THE ENTIRE DORM

**Offender Signature:** [signature]        **Date:** 6-16-2024

**Grievance Response:**

Your complaint has been investigated. Information obtained by this office indicates a work order was opened to address the defective fan. Records confirmed you were transferred to another unit, with your transfer, any issues you had while at the Holliday unit no longer exists. No further action warranted.
Asst. Warden L. Ashworth

84 DAYS LATER AND STILL
NOT FIXED,
THEY DON'T CARE IF WE DIE ---

**Signature Authority:** [signature]        **Date:** 8/20/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**2nd Submission**      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
**3rd Submission**      UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

EXHIBIT #2

Offender Name: Richard Chuba    TDCJ #: 2498581
Unit: Holliday    Housing Assignment: C4-09  D2-35
Unit where incident occurred: Holliday

**OFFICE USE ONLY**
Grievance #: 2024108294
Date Received: MAY 29 2024
Date Due: 07.08.24
Grievance Code: 522
Investigator ID #: J2525
Extension Date: 08.17.24  OCT 15 2024
Date Retd to Offender: rec'd @ CM

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Wrote to Mr. Bickford "Safety"    When? 5-23-24
What was their response? He refuses to acknowledge my complaints
What action was taken? The can continues to be kicked down the road...

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Third world living quarters and filth / T.C.E.Q. violations. Uniform Standard Plumbing Code violation and National Fire Code violations, inhumane living quarters, building code violations. It would be very difficult for "ANY" competent person to enter any dorm at this third world facility and not witness major T.C.E.Q. violations, uniform standard plumbing code violations and even fire code violations (the safety, health and environmental issues at this facility are almost too bad to believe).

For weeks there has been a constant flood of sewer water pouring in from C4 pipe chase flooding 27-28, 29-30 bunks and the day room. We live in a 54 man dorm, 75% of the plumbing is "NOT FUNCTIONAL"! We have only "ONE" (1) working toilet, "ONE" (1) working urinal and 3 half working sinks (FOR 54 MEN); one shower & "NO" respite shower.

The uniform standard plumbing code violations at this facility violate both state and federal laws & statutes. (Well established state & federal law prohibits you from housing us in these inhumane third world living quarters.

On a good day you can smell sewer gas (methane & H2S) inside of the living quarters. There are open 4" clean outs and open and missing vent pipes that allow this toxic sewer gas to pour in to the indoor atmosphere poisoning both staff and offenders. Yet again "NO ONE CARES"...

MAY 29 2024

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

YOUR MAINTENANCE DEPARTMENT WILL Y'ALL DROPPED THE BALL, THEY KICKED IT DOWN THE ROAD AND A DOG ATE IT. I'M NOT TRYING TO BE FUNNY, IT'S GOING TO TAKE A LOT OF MONEY AND A LOT OF TIME TO BRING THIS FACILITY BACK IN TO COMPLIANCE. YOU CANNOT CONTINUE KICKING THIS CAN DOWN THE ROAD AND YOU CANNOT CONTINUE FORCING US TO LIVE IN THESE THIRD WORLD CONDITIONS. OUR RIGHT SIDE REST ROOM HAS "NO" SHOWERS, "NO" TOILETS AND "NO" URINALS, WE HAVE NO RESPIT SHOWER AND YOUR FIRE HOSE REALY DO NOT MEET THE MINIMUM 1 1/2" FIRE RATARED HOSE STANDARD. THEY FAIL!

**Action Requested to resolve your Complaint.**
T.D.C.J. GRIEVANCE SYSTEM PROGRAM, BRING T.C.E.Q. AND WALKER COUNTY BLDG. INSPECTOR TO VIEW THIS THIRD WORLD FACILITY.

**Offender Signature:** [signature]    **Date:** 5-24-24

**Grievance Response:**

THE ENTIRE FACILITY IS IN HORIBAL DEPLORIBAL THIRD WORLD CONDITION AND NEED'S TO BE SHUT DOWN FOR SAFTY, HEALTH & ENVIRONMENTAL REASONS.

Your grievance has been investigated. Maintenance has conducted a thorough inspection of the bathroom area in C4 dormitory. Several of the deficiencies have been repaired and maintenance is aware of other pending work orders and are doing everything they can to fix them expeditiously. Assigned dorm janitors are tasked with alleviating water removal from dorm floor. Your grievance has been addressed and no further action is warranted at this time.
Asst. Warden L. Ashworth    IT IS NOT THE DORM JANITORS JOB TO SPEND ALL DAY MOPING SHIT WATER EVERY DAY

**Signature Authority:** L. Ashworth    **Date:** 7/10/24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials: ___ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: ___ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: ___ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

Richard Chuba #2498581
Choice Moore Unit
1700 North FM 87
Bonham, Texas 75418

Honorable Robert Pitman
U.S. District Court Judge
501 West 5TH St., Suite 5300
Austin, Texas 28701

SCREENED BY CSO
NOV 26 2024

RECEIVED
NOV 26 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

1:23-CV-1004-RP