CLIFFORD FAIRFAX
402 N. Brady Ave
Denver City, Texas
79323

FILED
FEB 13 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

RECEIVED
FEB 1 3 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

February 8, 2025

Clerk
United States District Court
Western District of Texas
501 W. 5th Street
Austin, Texas   78701

RE: Civil Action No. 1:23-CV-01004-RP
Bernhardi Trede, et al., vs. Bryan Collier

Clerk:
Please make the "new" address change for me (i.e., Intervenor/Interest Party CLIFFORD FAIRFAX) in the above-reference civil action case. And as my "new" address as shown above.
Also, please send me a free "Docket Statement."
Thank you and have a bless day.

Cordially,
[signature]

LUBBOCK TX 794

10 FEB 2025 PM 2 L

Clerk
United States District Court
Western District of Texas
501 W. 5th Street
Austin, Texas
78701

CLIFFORD FAIRFAX
402 N. Brady Ave.
Denver City, Texas 79323

SCREENED BY CSO'S

FEB 13 2025