UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. a/k/a LIONESS: JUSTICE IMPACTED WOMEN'S ALLIANCE; and COALITION FOR TEXANS WITH DISABILITIES, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |

**ORDER RE: PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE REGARDING DEFENDANTS' FAILURE
TO NOTIFY THE COURT OF FALSIFIED EVIDENCE**

Before the Court is Plaintiffs' Motion for an Order to Show Cause Regarding Defendants' Failure to Notify the Court of Falsified Evidence (ECF 199). At last summer's preliminary injunction hearing, this Court ordered Defendant Bryan Collier to investigate whether the July 12, 2022 temperature log on Defendant's Exhibit 76 was fabricated and report the results of that investigation to the Court. Mr. Collier promised to do so. Several months have passed since the investigation was completed in November 2024, and Mr. Collier's counsel still has not provided that report to the Court. Nor did Mr. Collier or his counsel even apprise the Court of the results of that investigation until March 18, 2025—i.e., after Plaintiffs conferred with Mr. Collier about their Motion.

Given the foregoing, the Court hereby issues an order to show cause as to why Mr. Collier and his counsel should not be sanctioned for their failure to timely update the Court on the results of their investigation into falsified temperature logs. The Court directs the parties to confer and provide their mutual availability for an in-person evidentiary hearing, and inform the Court of that availability by no later than March 21, 2025. Thereafter, the Court will schedule an evidentiary hearing to determine why the investigative report was not provided to the Court, and who is responsible for the violation of this Court's order.

SIGNED ON _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE