# Exhibit 2



# CONFIDENTIAL REPORT

### ON AN INVESTIGATION RELATED TO THE INTRODUCTION OF A FALSIFIED DOCUMENT DURING A FEDERAL COURT PROCEEDING

*November 8, 2024*

## OUR MISSION

*The mission of the Office of the Independent Auditor is to assist agency administrators by furnishing independent analyses, appraisals, and recommendations concerning the adequacy and effectiveness of the agency's system of internal control procedures, and the quality of performance in carrying out assigned responsibilities.*

## TABLE OF CONTENTS

Results of Investigation ................. 2

Evidentiary Exhibits ..................... 4

## DISTRIBUTION

Eric Nichols, TBCJ Chairman
Stephanie Greger, General Counsel
Bobby Lumpkin, Chief Operating Officer
Eric Miller, Deputy General Counsel
Michael Britt, Region III Director
James Danheim, Stiles Senior Warden

Mr. Collier:

I have completed my investigation into the circumstances surrounding the July 12, 2022, Stiles Unit *Outside Temperature Log* introduced into evidence in U.S. District Court, Western District of Texas, on August 2, 2024. It is my opinion, although the log was not reflective of actual events, there was no intent to deceive the court, plaintiffs, or respective counsels.

I would like to express my thanks to you, the Office of General Counsel, and Correctional Institutions Division leadership for your cooperation during the investigation. I also extend additional thanks to CID Region III Director Michael Britt, current Stiles unit Senior Warden James Danheim, and participating Stiles unit employees for their assistance and transparency in these matters.

This investigation was performed as a service to the agency and did not constitute an audit. No inference related to the system of controls related to temperatures should be made. This report is confidential and only intended for those specifically listed. Additional distribution may occur at your discretion and at the discretion of the TBCJ Chairman.

Sincerely,

Chris Cirrito, CIA, CFE, CGAP
Chief Audit Executive
Texas Board of Criminal Justice

TIEDE_DEF0168225

# RESULTS OF INVESTIGATION

I have completed my investigation into the circumstances surrounding the July 12, 2022, Stiles Unit outside temperature log (Exhibit 1) introduced into evidence during proceedings in U.S. District Court, Western District of Texas, on August 2, 2024.  It is my opinion, although the log was not reflective of actual events, there was no intent to deceive the court, Office of the Attorney General, plaintiffs, or counsel.  Instead, the log appears to have been created as part of the unit's actions to comply with an agency-wide effort to collect temperature logs for all prison units in response to one or more open records requests occurring during the summer of 2022.  Collectively, the evidence supports periods of carelessness in record creation and/or retention and an attempt by the unit to avoid reporting missing temperature logs.

This investigation concluded the log in question was falsified.  Key indicators of falsification included, but were not limited to:

- Employee testimony that certain logs were "recreated" for various reasons.
- All entries on the log appeared to be written in the same ink and in the same handwriting (Exhibit 1).
- A second log (Exhibit 2), representing the same date as  Exhibit 1, was maintained in the unit file, completed in different handwriting, but contained the same irregularities.
- The handwriting for one officer on both logs (Exhibit 1 and 2), was not consistent with the officer's handwriting on a current log (Exhibit 3).
- The officers on the log were not listed on the shift rosters (Exhibits 4 – 6) as working the position (Perimeter Picket A) responsible for completing the log at the times in question.
- Numerous logs for other dates contained the same indicators of falsification mentioned in the second bullet (Exhibit 9).
- The unit file coversheet for June 2022 (Exhibit 10) contained several dates in which there was a "?" in the remarks section subsequently covered with a "✓".  A search of employee emails resulted in discovery of a document (Exhibits 11 – 12) titled "Logs Not Turned In", although the unit file contained logs for dates listed in the document.  Comparison of the unit file coversheet to the "Logs Not Turned In" document revealed most of the dates aligned.

The temperature log displayed in court was obtained by the Office of the General Counsel via coordination of an open records request occurring in the summer of 2022.  Through interviews with current staff and staff formerly assigned to the Stiles Unit, and a review of relevant documentation, I was able to create an evidence-based conclusion I believe accurately reflects events.

On August 10, as a coordinated effort to respond to an open records request, a systemwide email (Exhibit 13) informed all units to upload all temperature logs to a shared drive.  It appears, from context, other communications related to the request occurred prior to the creation of this email.  The email, originating from the office of a Correctional Institutions Division Deputy Director, instructed units to upload the logs and, "…please ensure an IOC justification is submitted for each missing date and scanned in order with that month's logs.  When your region is complete and logs

TIEDE_DEF0168226

# RESULTS OF INVESTIGATION

have been checked for accuracy by the regional office, please notify our office. Please have this information uploaded by August 19." It is my opinion the use of the word "justification" may have induced a perceived pressure related to being unable to locate logs.

In response to the email, unit staff collected the logs for the dates requested. However, staff reported there were logs the unit could not locate or had been defaced (e.g., doodles, stick figure cartoons, etc.) by staff working the duty post. According to this discussion, the unit's approach was to "recreate" these logs by either approximating the hourly temperatures using other sources such as logs for the same date from two other local units or directly copying those that had been defaced. In fact, the unit file coversheet for July 2022 (Exhibit 7) contained a bracketed note, "Gist and LeBlanc logs for 7/7 to 7/11 for review" and logs in the Stiles unit file for those dates (Exhibit 8) have headings from these units. However, upon comparison, often, they did not align with the documents that were uploaded. It should be noted that July 12, 2022, was not on this coversheet.

In addition, it appears several unit employees were assigned to compile the missing or defaced logs, including the Risk Manager and Administrative Directive - 10.20 Officer. Specifically, evidence supports the Risk Manager (Shahnawazshah Sayed) compiled the documents and the Administrative Directive 10.20 Officer (Stacy Smith) provided testimony regarding the method to address missing or defaced documents. Circumstances suggest they may have been among those physically creating the documents. However, I believe others were involved but could not identify them. The most likely explanation for the two separate but identical falsified logs dated July 12, 2022, as noted above, is that two staff members independently chose that date to address. One version was uploaded to the shared drive, while the other was retained in the unit file, without either staff member being aware of the other's actions. This duplication appears to have been undetected until this investigation.

While it is conceivable the involved employees acted of their own accord when "recreating" these documents, it is unlikely they would have done so without knowledge and/or consent of unit administrators (Exhibit 14). Ultimately, I believe responsibility for ensuring an accurate response resided with the senior warden, who is no longer employed by the agency. Both the Unit Risk Manager and Administrative Directive – 10.20 Officer have since been promoted and, according to the testimony of their superiors, are valued employees.

As an additional observation, the July 12, 2022 log was not the only document with irregularities regarding temperature. For example, the log for June 8, 2022 (Exhibit 15) recorded the temperature as 84 degrees for the entire day, without variation, when in fact, the temperature ranged from 76 to 91 degrees. As an additional example, the July 31, 2022, log (Exhibit 16) recorded the temperatures between 3:30 and 5:30 a.m. as 60, 59, and 58 degrees, respectively, while the lowest actual recorded temperature for that day was 76 degrees.

TIEDE_DEF0168227

# EVIDENTIARY EXHIBITS

**Exhibit 1:  July 12, 2022 Log Entered into Evidence** (Return to Page 2)

AD-10.64 (rev. 10)
Attachment C

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

#### UNIT: MARK W. STILES

| DATE: 7/12/22 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 79° | 97%/0 | 70' | JULES |
| 1:30 a.m. | 79° | 97%/0 | 75.4' | JULES |
| 2:30 a.m. | 79° | 97%/0 | 70.4 | JULES |
| 3:30 a.m. | 79° | 97%/0 | 75.4' | JULES |
| 4:30 a.m. | 79° | 97%/6 | 75. | HENRY |
| 5:30 a.m. | 79° | 97%/0 | 75.1 | HENRY |
| 6:30 a.m. | 79° | 97%/6 | 79.° | HENRY |
| 7:30 a.m. | 79° | 97%/6 | 79.° | HENRY |
| 8:30 a.m. | 79° | 94%/. | 80. | HENRY |
| 9:30 a.m. | 79° | 99%/. | 80. | JONES |
| 10:30 a.m. | 79° | 94%/. | 80. | JONES |
| 11:30 a.m. | 79° | 99%/. | 82. | JONES |
| 12:30 p.m. | 79° | 97%/. | 82. | JULES |
| 1:30 p.m. | 79° | 97%/. | 83 | JULES |
| 2:30 p.m. | 79° | 97%/. | 83. | JULES |
| 3:30 p.m. | 79° | 94%/. | 83. | JULES |
| 4:30 p.m. | 79° | 47%/. | 83. | JULES |
| 5:30 p.m. | 87° | 71%/. | 85. | JULES |
| 6:30 p.m. | 87° | 79%/. | 83. | JULES |
| 7:30 p.m. | 85° | 84%/. | 84. | JULES |
| 8:30 p.m. | 82° | 84%/. | 84 | JULES |
| 9:30 p.m. | 80° | 84%' | 83. | JULES |
| 10:30 p.m. | 78° | 84%' | 83. | JULES |
| 11:30 p.m. | 77° | 84%. | 83 | JULES |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B). Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168228

# EVIDENTIARY EXHIBITS

**Exhibit 2:  July 12, 2022 Log Found in Unit File** (Return to Page 2)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

Unit: STILES

| Date: 7-12-22 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 79° | 97% | 70° | Jones |
| 1:30 a.m. | 79° | 97% | 75° | Jones |
| 2:30 a.m. | 79° | 97% | 70° | Jones |
| 3:30 a.m. | 79° | 97% | 75° | Jones |
| 4:30 a.m. | 79° | 97% | 75° | Jones |
| 5:30 a.m. | 79° | 97% | 75° | Jones |
| 6:30 a.m. | 79° | 97% | 79° | Hardy |
| 7:30 a.m. | 79° | 97% | 79° | Hardy |
| 8:30 a.m. | 79° | 99% | 80° | Hardy |
| 9:30 a.m. | 79° | 99% | 80° | Hardy |
| 10:30 a.m. | 79° | 99% | 80° | Hardy |
| 11:30 a.m. | 79° | 99% | 82° | Hardy |
| 12:30 p.m. | 79° | 97% | 82° | Hardy |
| 1:30 p.m. | 79° | 97% | 83° | Hardy |
| 2:30 p.m. | 79° | 97% | 83° | Hardy |
| 3:30 p.m. | 79° | 64% | 83° | Hardy |
| 4:30 p.m. | 79° | 67% | 83° | Hardy |
| 5:30 p.m. | 87° | 71% | 85° | Hardy |
| 6:30 p.m. | 87° | 79% | 85° | Jones |
| 7:30 p.m. | 85° | 84% | 84% | Jones |
| 8:30 p.m. | 82° | 84% | 84° | Jones |
| 9:30 p.m. | 80° | 86% | 83° | Jones |
| 10:30 p.m. | 78° | 86% | 83° | Jones |
| 11:30 p.m. | 77° | 86% | 83° | Jones |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B).  Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168229

# EVIDENTIARY EXHIBITS

**Exhibit 3:  Officer Jones Handwriting Sample** (Return to Page 2)

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _Shila_

| 8-Date | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 79° | N/A | N/A | N/A |
| 1:30 a.m. | 79° | N/A | N/A | N/A |
| 2:30 a.m. | 78° | N/A | N/A | N/A |
| 3:30 a.m. | 79° | N/A | N/A | N/A |
| 4:30 a.m. | 78° | N/A | N/A | N/A |
| 5:30 a.m. | 77° | N/A | N/A | N/A |
| 6:30 a.m. | 77° | N/A | N/A | N/A |
| 7:30 a.m. | 78° | 95% | N/A | Channey |
| 8:30 a.m. | 80° | 91% | NA | Channell |
| 9:30 a.m. | 85° | 80% | 95 | Channell |
| 10:30 a.m. | 91° | 64% | 105 | Channey |
| 11:30 a.m. | 91° | 59% | 101 | Channell |
| 12:30 p.m. | 94° | 59% | 107 | Channell |
| 1:30 p.m. | 95° | 53% | 106 | Channell |
| 2:30 p.m. | 97° | 48% | 108 | Channell |
| 3:30 p.m. | 95° | 48% | 103 | Channell |
| 4:30 p.m. | 94° | 57% | 108 | Channell |
| 5:30 p.m. | 92° | 63% | 107 | Channell |
| 6:30 p.m. | 92° | 63% | 107° | Chestnut |
| 7:30 p.m. | 91° | 63% | 104° | Chestnut |
| 8:30 p.m. | 87° | 72% | 100° | Chestnut |
| 9:30 p.m. | 85° | 79% | 94° | Chestnut |
| 10:30 p.m. | 84° | 75% | 92° | Chestnut |
| 11:30 p.m. | 82° | 81% | 90° | Chestnut |

* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B). Indicate (N/A) in these fields when applicable.

TIEDE  DEF0168230

# EVIDENTIARY EXHIBITS

## Exhibit 4:  July 11, 2022 Second Shift Roster (Return to Page 2)

### Stiles Unit -  2nd Shift GP Turnout Roster

| Date: 07-11-2022 | | | Supervisor's Signature: | | |
|---|---|---|---|---|---|
| Day of Week: Monday | | | Supervisor's Name: | Capt. B. Dean | |
| **Priority 1 Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** | **Priority 1 Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** |
| 1 Perimeter Picket A | Hardy | Wilson | 43 Corridor Control 3/4 | Not Filled | Not Filled |
| 2 Perimeter Picket B | Valastro | Hardy | 44 Corridor Control 7/8 | Not Filled | Not Filled |
| 3 Perimeter Picket C | Wilson | Valastro | 45 Corridor Control 18/19 | Not Filled | Not Filled |
| 4 Central Control | D. Jones | D. Jones | 46 Front Gate | Stokes | Stokes |
| 5 3 Building A Picket (Housing) | Ogunmola | Sales(AJ) | 47 Gate Control ODR | Not Filled | Not Filled |
| 6 3 Building B Picket (Housing) | Akero(R3) | Nzie | 48 Turnout Door A | Gabrieel | Gabrieel |
| 7 3 Building C Picket (Housing) | Stewart(GC) | Stewart(GC) | 49 Mobile Patrol | Brazil(Vot) | Brazil(Vot) |
| 8 4 Building D Picket (Housing) | Lambeth(LT) | Kazim | 50 Utility / Highway Gate | Not Filled | Not Filled |
| 9 4 Building E Picket (Housing) | Moukoudi(R2) | Moukoudi(R2) | 51 Shakedown / Escort | Not Filled | Not Filled |
| 10 4 Building F Picket (Housing) | Ikekwem | Sibandze | 52 Shakedown / Escort | Not Filled | Not Filled |
| 11 7 Building G Picket (Housing) | Ebere(R2) | Ebere(R2) | 53 Shakedown / Escort | Not Filled | Not Filled |
| 12 7 Building H Picket (Housing) | Bell(HG) | Emenike | **Priority 2 Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** |
| 13 7 Building I Picket (Housing) | Enyong(R1) | Momoh(R1) | 54 Utility | Not Filled | Not Filled |
| 14 8 Building J Picket (Housing) | Idled | Idled | 55 Recreation | Not Filled | Not Filled |
| 15 8 Building K Picket (Housing) | Idled | Idled | 56 Recreation | Not Filled | Not Filled |
| 16 8 Building L Picket (Housing) | Idled | Idled | 57 Recreation | Not Filled | Not Filled |
| 17 18 Dorm Picket (Housing) | McCoy | Thansilas | 58 Recreation | Not Filled | Not Filled |
| 18 19 Dorm Picket (Housing) | Thansilas | McCoy | 59 Recreation | Not Filled | Not Filled |
| 19 3 Building A Rover (Housing) | Sales(AJ) | Ogunmola | 60 Recreation | Idled | Idled |
| 20 3 Building B Rover (Housing) | Nzie | Anero(R3) | 61 Rotation | Not Filled | Not Filled |
| 21 3 Building C Rover (Housing) | Not Filled | Not Filled | 62 Rotation | | |
| 22 4 Building D Rover (Housing) | Kazim | Lambeth(LT) | | | |
| 23 4 Building E Rover (Housing) | Not Filled | Odogwu(R3)(0200-0600) | | | |
| 24 4 Building F Rover (Housing) | Sibandze | Ikekwem | | | |
| 25 7 Building G Rover (Housing) | Not Filled | Theriot(0200-0600) | | | |
| 26 7 Buildilng H Rover (Housing) | Emenike | Bell(HG) | | | |
| 27 7 Building I Rover (Housing) | Momah(R1) | Enyong(R1) | | | |
| 28 8 Building J Rover (Housing) | | Idled | | | |
| 29 8 Building K Rover (Housing) | Idled | Idled | | | |
| 30 8 Building I Rover (Housing) | Idled | Idled | | | |
| 31 Close Custody (housing) | Idled | Idled | | | |
| 32 Close Custody (housing) | Idled | Idled | | | |
| 33 Close Custody (housing) | Idled | Idled | | | |
| 34 Close Custody (housing) | Idled | Idled | | | |
| 35 18 Building R/S Rover (Housing) | Ikekwem | Not Filled | | | |
| 36 18 Building T/U Rover (Housing) | Not Filled | Ikekwem | | | |
| 37 19 Building W/X Rover (Housing) | Not Filled | Iworie | | | |
| 38 19 Building Y/Z Rover (Housing) | Iworie | Not Filled | | | |
| 39 Housing Control Desk-3 Bldg | Jackson | Robinson | **Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** |
| 40 Housing Control Desk-4 Bldg | Emeh | Jackson | Unit Entrance Shakedown | Osagie | Not Filled |
| 41 Housing Control Desk-7 Bldg | Robinson | Emeh | Unit Entrance Shakedown | Not Filled | Osagie |
| 42 Housing Control Desk-8 Bldg | Idled | Idled | | | |

Changes to the shift rosters may only be made pursuant to SS-08.05

TIEDE_DEF0168231

# EVIDENTIARY EXHIBITS

## Exhibit 5:  July 12, 2022 First Shift Roster (Return to Page 2)

### Stiles Unit -  1st Shift GP Turnout Roster

Date:        07-12-2022                                   Supervisor's Signature:
Day of Week: TUESDAY                                      Supervisor's Name:        LT. BOYKIN

| # | Priority 1 Positions | Officer's Name-1st Half | Officer's Name-2nd Half | # | Priority 1 Positions | Officer's Name-1st Half | Officer's Name-2nd Half |
|---|---|---|---|---|---|---|---|
| 1 | Perimeter Picket A | WILLIAMS-HARRIS | BENNETT | 45 | Searchers Desk | SMITH(H-CARD) | FOREMAN |
| 2 | Perimeter Picket B | BENNETT | OROCK(LJ) | 46 | Corridor Control 3/4 | NOT FILLED | NOT FILLED |
| 3 | Perimeter Picket C | OROCK(LJ) | WILLIAMS-HARRIS | 47 | Corridor Control 7/8 | EMENIKE(0600-1000) | NOT FILLED |
| 4 | Central Control | FOREMAN | SMITH(H-CARD) | 48 | Corridor Control 18/19 | EMEH(0600-1000) | NOT FILLED |
| 5 | 3 Building A Picket (Housing) | ODOGWU(R3) | SIMS(J4) | 49 | Front Gate | NWAZOJIE | BRANTLEY |
| 6 | 3 Building B Picket (Housing) | NZEH(0600-1000) AKANGBE(R3) | KADLEMYER(HI) | 50 | Gate Control ODR | NOT FILLED | NOT FILLED |
| 7 | 3 Building C Picket (Housing) | K. MATTHEWS | EZEKWO(R1) | 51 | Turnout Door A | SHARP | THEROIT |
| 8 | 4 Building D Picket (Housing) | BATIST | H. WILLIAMS | 52 | Turnout Door B | THEROIT | SHARP |
| 9 | 4 Building E Picket (Housing) | WHITEMORE | J. WILLIAMS | 53 | Utility 19 MEDICAL | BRANTLEY | NWAZOJIE |
| 10 | 4 Building F Picket (Housing) | BEASLEY | ADEKUNLE(R1) | 54 | Utility / Highway Gate | NOT FILLED | NOT FILLED |
| 11 | 7 Building G Picket (Housing) | BRODREAUX | ALAO(R3) | 55 | CHAPLE | BATIST(VOT) | WOODCOCK |
| 12 | 7 Building H Picket (Housing) | ROBINSON(R3) | BAMIGBE(R3) | 56 | PERIMETER D PICKET | WOODCOCK | BATIST(VOT) |
| 13 | 7 Building I Picket (Housing) | CALVIN | BAZUNU(R1) | 57 | Shakedown / Escort | NOT FILLED | NOT FILLED |
| 14 | 8 Building J Picket (Housing) | Idled | Idled | 58 | Shakedown / Escort | NOT FILLED | NOT FILLED |
| 15 | 8 Building K Picket (Housing) | Idled | Idled | | Priority 2 Positions | Officer's Name-1st Half | Officer's Name-2nd Half |
| 16 | 8 Building L Picket (Housing) | Idled | Idled | 59 | Central Control | NOT FILLED | NOT FILLED |
| 17 | 18 Dorm Picket (Housing) | NIXON | L.JOHNSON | 60 | Mobile Patrol | NOT FILLED | NOT FILLED |
| 18 | 19 Dorm Picket (Housing) | L.JOHNSON | NIXON | 61 | Recreation | NOT FILLED | NOT FILLED |
| 19 | 3 Building A Rover (Housing) | SIMS(J4) | ODOGWU(R3) | 62 | Recreation | NOT FILLED | NOT FILLED |
| 20 | 3 Building B Rover (Housing) | KADLEMYER(HI) | AKANGBE(R3) | 63 | Recreation | NOT FILLED | NOT FILLED |
| 21 | 3 Building C Rover (Housing) | EZEKWO(R1) | K. MATTHEWS | 64 | Recreation | NOT FILLED | NOT FILLED |
| 22 | 4 Building D Rover (Housing) | H. WILLIAMS | BATIST | 65 | Recreation | NOT FILLED | NOT FILLED |
| 23 | 4 Building E Rover (Housing) | J. WILLIAMS | WHITEMORE | 66 | Recreation | Idled | Idled |
| 24 | 4 Building F Rover (Housing) | SIBANDZE(0600-1000) ADEKUNLE(R1) | BEASLEY | 67 | Rotation | NOT FILLED | NOT FILLED |
| 25 | 7 Building G Rover (Housing) | ALAO(R3) | BRODREAUX | 68 | Rotation | NOT FILLED | NOT FILLED |
| 26 | 7 Building H Rover (Housing) | BAMIGBE(R3) | ROBINSON(R3) | 69 | Rotation | NOT FILLED | NOT FILLED |
| 27 | 7 Building I Rover (Housing) | BAZUNU(R1) | CALVIN | 70 | Rotation | NOT FILLED | NOT FILLED |
| 28 | 8 Building J Rover (Housing) | Idled | Idled | 71 | Rotation | NOT FILLED | NOT FILLED |
| 29 | 8 Building K Rover (Housing) | Idled | Idled | 72 | Rotation | NOT FILLED | NOT FILLED |
| 30 | 8 Building I Rover (Housing) | Idled | Idled | 73 | Rotation | NOT FILLED | NOT FILLED |
| 31 | Close Custody (housing) | Idled | Idled | 74 | Rotation | Idled | Idled |
| 32 | Close Custody (housing) | Idled | Idled | | | | |
| 33 | Close Custody (housing) | Idled | Idled | | | | |
| 34 | Close Custody (housing) | Idled | Idled | | | | |
| 35 | 18 Building R/S Rover (Housing) | IKEKWEM(0600-1000) SAKO(HM)RUFFIN(OJT) | SAKO(HM)RUFFIN(OJT) | | | | |
| 36 | 18 Building T/U Rover (Housing) | NOT FILLED | NOT FILLED | | | | |
| 37 | 18 Building Rover (Housing) | NOT FILLED | NOT FILLED | | | | |
| 38 | 19 Building W/X Rover (Housing) | KAZIM(0600-1000) UCHEDU(R1) | DE JESUE(HM) | | | | |
| 39 | 19 Building Y/Z Rover (Housing) | IWORIE(0600-1000) DE JESUE(HM) | UCHEDU(R1) | | | | |
| 40 | 19 Building Rover (Housing) | NOT FILLED | NOT FILLED | | Positions | Officer's Name-1st Half | Officer's Name-2nd Half |
| 41 | Housing Control Desk-3 Bldg | ALEXANDER | COLLINS | | Unit Entrance Shakedown | WATT(H-CARD) | NIPPER(R1) |
| 42 | Housing Control Desk-4 Bldg | COLLINS | S. MATTHEWS | | Unit Entrance Shakedown | NOT FILLED(0600-1000) NIPPER(R1) | WATT(H-CARD) |
| 43 | Housing Control Desk-7 Bldg | S. MATTHEWS | ALEXANDER | | | | |
| 44 | Housing Control Desk-8 Bldg | Idled | Idled | | | | |

Changes to the shift rosters may only be made pursuant to SS-08.05

TIEDE_DEF0168232

# EVIDENTIARY EXHIBITS

**Exhibit 6: July 12, 2022 Second Shift Roster** (Return to Page 2)

## Stiles Unit - 2nd Shift GP Turnout Roster

Date: July 12, 2022 — Supervisor's Signature:
Day of Week: Tuesday — Supervisor's Name: Capt. B. Dean

| # | Priority 1 Positions | Officer's Name-1st Half | Officer's Name-2nd Half | # | Priority 1 Positions | Officer's Name-1st Half | Officer's Name-2nd Half |
|---|---|---|---|---|---|---|---|
| 1 | Perimeter Picket A | J. Jones | Wilson(vot) | 43 | Corridor Control 3/4 | Adeyeye | Wohu Owo Obla(R1) |
| 2 | Perimeter Picket B | K. Jones | Brazil | 44 | Corridor Control 7/8 | Wohu Owo Obla(R1) | Adeyeye |
| 3 | Perimeter Picket C | Wilson(vot) | Miranda | 45 | Corridor Control 18/19 | Not Filled | Not Filled |
| 4 | Central Control | Leonard | Leonard | 46 | Front Gate | Emenogu | Emenogu |
| 5 | 3 Building A Picket (Housing) | Antoine | Lambeth(LT) | 47 | Gate Control OOR | Emeh(vot) | Emeh(vot) |
| 6 | 3 Building B Picket (Housing) | Bland(GC) | Ebong | 48 | Turnout Door A | Onuoha | Onuoha |
| 7 | 3 Building C Picket (Housing) | Clark | Ogunyemi(R3) | 49 | Mobile Patrol | Brazil | J. Jones |
| 8 | 4 Building D Picket (Housing) | Shonoiki | Chukwuma(R3) | 50 | Utility / Highway Gate | Not Filled | Odogwu(R3) |
| 9 | 4 Building E Picket (Housing) | Ikellun(R3) | Gage | 51 | Shakedown / Escort | Carter(vot) | Oduntan(R3) |
| 10 | 4 Building F Picket (Housing) | Balandra | Moduniami(R3) | 52 | Shakedown / Escort | Adamson(R3) | Carter(vot) |
| 11 | 7 Building G Picket (Housing) | Bell | Kayode(R3) | 53 | Shakedown / Escort | Oduntan(R3) | Adamson |
| 12 | 7 Building H Picket (Housing) | Kazim(vot) | Oladejo(R1) | | **Priority 2 Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** |
| 13 | 7 Building I Picket (Housing) | White | Babalogbon(R3) | 54 | Utility | | |
| 14 | 8 Building J Picket (Housing) | Idled | Idled | 55 | Recreation | | |
| 15 | 8 Building K Picket (Housing) | Idled | Idled | 56 | Recreation | | |
| 16 | 8 Building L Picket (Housing) | Idled | Idled | 57 | Recreation | | |
| 17 | 18 Dorm Picket (Housing) | Roberts | Roberts | 58 | Recreation | | |
| 18 | 19 Dorm Picket (Housing) | Shelton | Shelton | 59 | Recreation | | |
| 19 | 3 Building A Rover (Housing) | Lambeth(LT) | Antoine | 60 | Recreation | Idled | Idled |
| 20 | 3 Building B Rover (Housing) | Ebong | Bland(GC) | 61 | Rotation | | |
| 21 | 3 Building C Rover (Housing) | Ogunyemi(R3) | Clark | 62 | Rotation | | |
| 22 | 4 Building D Rover (Housing) | Chukwuma(R3) | Shonoiki(R3) | | | | |
| 23 | 4 Building E Rover (Housing) | Gage / Matthews1800-2000 | Ikellun(R3) | | | | |
| 24 | 4 Building F Rover (Housing) | Oduntani(R3) / Boudreaux1800-2110 | Balandra | | | | |
| 25 | 7 Building G Rover (Housing) | Kayode(R3) / Nwachukwu1800-2100 | Bell | | | | |
| 26 | 7 Building H Rover (Housing) | Oladejo(R1) / Camm1800-2122 | Kazim | | | | |
| 27 | 7 Building I Rover (Housing) | Babalogbon(R3) | White | | | | |
| 28 | 8 Building J Rover (Housing) | Idled | Idled | | | | |
| 29 | 8 Building K Rover (Housing) | Idled | Idled | | | | |
| 30 | 8 Building L Rover (Housing) | Idled | Idled | | | | |
| 31 | Close Custody (housing) | Idled | Idled | | | | |
| 32 | Close Custody (housing) | Idled | Idled | | | | |
| 33 | Close Custody (housing) | Idled | Idled | | | | |
| 34 | Close Custody (housing) | Idled | Idled | | | | |
| 35 | 18 Building R/S Rover (Housing) | Malone(vot) | Malone(vot) * | | | | |
| 36 | 18 Building T/U Rover (Housing) | Olunwa(R2) | Adebisi(R2) | | | | |
| 37 | 19 Building W/X Rover (Housing) | Ansah | Ansah | | | | |
| 38 | 19 Building Y/Z Rover (Housing) | Tchoula(R2) | Akindoyi(R2) | | | | |
| 39 | Housing Control Desk-3 Bldg | Dudley | Dudley | | **Positions** | **Officer's Name-1st Half** | **Officer's Name-2nd Half** |
| 40 | Housing Control Desk-4 Bldg | Knoblock | Knoblock | | Unit Entrance Shakedown | Osagie(vot) | Tucker(R2) |
| 41 | Housing Control Desk-7 Bldg | Upokolo | Upokolo | | Unit Entrance Shakedown | Not Filled | Osagie(vot) |
| 42 | Housing Control Desk-8 Bldg | Idled | Idled | | | | |

Changes to the shift rosters may only be made pursuant to SS-08.05

TIEDE_DEF0168233

# EVIDENTIARY EXHIBITS

**Exhibit 7: July 2022 Unit File Coversheet** (Return to Page 2) (Return to Page 3)

AD 10.64 (rev. 10) Attachment C

## TEMPERATURE LOGS

July 2022

*\* Heat Index discrepency but attached Gist/LeBlanc for review.*

| DATE | RECEIVED/ REVIEWED | REMARKS |
|---|---|---|
| 1 | ☒ | |
| 2 | ☒ | |
| 3 | ☒ | |
| 4 | ☒ | |
| 5 | ☒ | |
| 6 | ☒ | |
| 7 | ☒ | Gist and LeBlanc logs for 7/7 to 7/11 for review |
| 8 | ☒ | |
| 9 | ☒ | |
| 10 | ☒ | |
| 11 | ☒ | |
| 12 | ☒ | |
| 13 | ☒ | |
| 14 | ☒ | |
| 15 | ☒ | |
| 16 | ☒ | |
| 17 | ☒ | |
| 18 | ☒ | |
| 19 | ☒ | |
| 20 | ☒ | |
| 21 | ☒ | |
| 22 | ☒ | |
| 23 | ☒ | |
| 24 | ☒ | |
| 25 | ☒ | |
| 26 | ☒ | |
| 27 | ☒ | |
| 28 | ☒ | |
| 29 | ☒ | |
| 30 | ☒ | |
| 31 | ☒ | |

TIEDE_DEF0168234

# EVIDENTIARY EXHIBITS

**Exhibit 8:  July 8, 2022 Gist Unit Log Found in Stiles Unit File** (Return to Page 2) (Return to Page 3)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: G-51

7-8-2022

| Date: | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 80 | 88 | 88 | Doyle |
| 1:30 a.m. | 80 | 90% | 88 | Doyle |
| 2:30 a.m. | 79 | 94% | 80 | Doyle |
| 3:30 a.m. | 79 | 95% | 86 | Doyle |
| 4:30 a.m. | 74 | 95% | 86 | Doyle |
| 5:30 a.m. | 77 | 97% | 83 | Doyle |
| 6:30 a.m. | 77 | 97% | 83 | Manuel |
| 7:30 a.m. | 80 | 96% | 85 | Manuel |
| 8:30 a.m. | 84 | 88% | 90 | Manuel |
| 9:30 a.m. | 87 | 78% | 102 | Manuel |
| 10:30 a.m. | 90 | 71% | 104 | Manuel |
| 11:30 a.m. | 91 | 68% | 110 | Manuel |
| 12:30 p.m. | 90 | 72% | 107 | Manuel |
| 1:30 p.m. | 92 | 65% | 108 | Manuel |
| 2:30 p.m. | 91 | 64% | 112 | Manuel |
| 3:30 p.m. | 93 | 55% | 113 | Payton |
| 4:30 p.m. | 94 | 62% 112 | | Payton |
| 5:30 p.m. | 93 | 68% | 114 | Payton |
| 6:30 p.m. | 92 | 66% | 110 | Payton |
| 7:30 p.m. | 90 | 65% | 103 | Payton |
| 8:30 p.m. | 83 | 84% | 92 | Payton |
| 9:30 p.m. | 83 | 84% | 92 | Payton |
| 10:30 p.m. | 81 | 88% | 91 | Doyle |
| 11:30 p.m. | 81 | 90% | 91 | Doyle |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B). Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168235

# EVIDENTIARY EXHIBITS

**Exhibit 9:  Example of Log with Attributes of Falsification** (Return to Page 2)

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

### UNIT: MARK W. STILES

| DATE: 7/7/22 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 80° | 90% | 77 | JONES |
| 1:30 a.m. | 80° | 90% | 77 | JONES |
| 2:30 a.m. | 79° | 90% | 75 | JONES |
| 3:30 a.m. | 79° | 91 | 75 | JONES |
| 4:30 a.m. | 79° | 90% | 75 | JONES |
| 5:30 a.m. | 79° | 90% | 75 | JONES |
| 6:30 a.m. | 77° | 90% | 74 | JONES |
| 7:30 a.m. | 81° | 90% | 74 | JONES |
| 8:30 a.m. | 81° | 65% | 77 | L. BROWN |
| 9:30 a.m. | 81° | 58% | 101 | L. BROWN |
| 10:30 a.m. | 81° | 55% | 104 | L. BROWN |
| 11:30 a.m. | 86° | 53% | 103 | L. BROWN |
| 12:30 p.m. | 91° | 61% | 103 | L. BROWN |
| 1:30 p.m. | 92° | 61% | 77 | L. BROWN |
| 2:30 p.m. | 95° | 90% | 77 | L. BROWN |
| 3:30 p.m. | 91° | 90% | 77 | L. BROWN |
| 4:30 p.m. | 91° | 90% | 77 | L. BROWN |
| 5:30 p.m. | 91° | 90% | 77 | L. BROWN |
| 6:30 p.m. | 91° | 90% | 77 | L. BROWN |
| 7:30 p.m. | 81° | 90% | 77 | L. BROWN |
| 8:30 p.m. | 81° | 90% | 77 | L. BROWN |
| 9:30 p.m. | 81° | 90% | 77 | L. BROWN |
| 10:30 p.m. | 81° | 90% | 77 | L. BROWN |
| 11:30 p.m. | 81° | 90% | 77 | L. BROWN |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B).  Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168236

# EVIDENTIARY EXHIBITS

**Exhibit 10:  Stiles Unit File June 2022 Coversheet** (Return to Page 2)

## TEMPERATURE LOGS
### June 2022

| DATE | RECEIVED/ REVIEWED | REMARKS |
|---|---|---|
| 1 | ☒ | |
| 2 | ☒ | |
| 3 | ☒ | |
| 4 | ☒ | ✓ |
| 5 | ☒ | |
| 6 | ☒ | |
| 7 | ☒ | |
| 8 | ☒ | |
| 9 | ☒ | ✓ |
| 10 | ☒ | |
| 11 | ☒ | ✓ |
| 12 | ☒ | ✓ |
| 13 | ☒ | ✓ |
| 14 | ☒ | ✓ |
| 15 | ☒ | |
| 16 | ☒ | |
| 17 | ☒ | |
| 18 | ☒ | |
| 19 | ☒ | |
| 20 | ☒ | |
| 21 | ☒ | |
| 22 | ☒ | |
| 23 | ☒ | |
| 24 | ☒ | |
| 25 | ☒ | |
| 26 | ☒ | |
| 27 | ☒ | |
| 28 | ☒ | ✓ |
| 29 | ☒ | |
| 30 | ☐ | ✓ |
| | ☐ | |

TIEDE_DEF0168237

# EVIDENTIARY EXHIBITS

**Exhibit 11:  Logs Not Turned In Attachment to Email** (Return to Page 2)

TEMPERATURE LOGS
MARK W. STILES UNIT

| DATE | REMARKS |
|---|---|
| 01/01/2022 | |
| 01/02/2022 | |
| 02/26/2022 | |
| 02/27/2022 | |
| 02/28/2022 | |
| 04/16/2022 | |
| 04/17/2022 | |
| 06/04/2022 | |
| 06/09/2022 | |
| 06/11/2022 | |
| 06/12/2022 | |
| 06/13/2022 | |
| 06/14/2022 | |
| 06/04/2021 | |
| 06/05/2021 | |
| 06/10/2021 | |
| 06/15/2021 | |
| 06/17/2021 | |
| 06/19/2021 | |
| 06/20/2021 | |
| 06/21/2021 | NOT TURNED IN |
| 06/27/2021 | |
| 06/28/2021 | |
| 06/29/2021 | |
| 12/01/2021 | |
| 12/02/2021 | |
| 12/09/2021 | |
| 12/10/2021 | |
| 12/11/2021 | |
| 12/17/2021 | |
| 12/18/2021 | |
| 12/20/2021 | |
| 12/21/2021 | |
| 12/22/2021 | |
| 12/23/2021 | |
| 12/24/2021 | |
| 12/25/2021 | |
| 12/26/2021 | |
| 12/28/2021 | |
| 12/29/2021 | |
| 12/30/2021 | |
| 12/31/2021 | |

TIEDE_DEF0168238

# EVIDENTIARY EXHIBITS

**Exhibit 12:  Document Properties for Exhibit 12** (Return to Page 2)



TIEDE_DEF0168239

# EVIDENTIARY EXHIBITS

## Exhibit 13: Email to Field (Return to Page 2)

FW: Request - Logs

 Brittanie Silvertooth-Dugas
To  ● Chris Cirrito



Wed 10/23/2024 4:10 PM

**From:** Brittanie Silvertooth-Dugas
**Sent:** Wednesday, August 10, 2022 4:12 PM
**To:** Joel Gauna <Joel.Gauna@tdcj.texas.gov>; Carol Monroe <Carol.Monroe@tdcj.texas.gov>; Maricia Jackson <Maricia.Jackson@tdcj.texas.gov>; David Blackwell <david.blackwell@tdcj.texas.gov>; Stephen Bryant <Stephen.Bryant@tdcj.texas.gov>; Denise Williams <Denise.Williams@tdcj.texas.gov>; Andrea Lozada <Andrea.Lozada@tdcj.texas.gov>
**Cc:** Breanna Weatherspoon <Breanna.Weatherspoon@tdcj.texas.gov>; Summer Pettigrew <Summer.Pettigrew@tdcj.texas.gov>; Richard Babcock <Richard.Babcock@tdcj.texas.gov>; Marisa Lopez <Marisa.Lopez@tdcj.texas.gov>; Brenda Pulido <Brenda.Pulido@tdcj.texas.gov>; Samantha Dodd <Samantha.Dodd@tdcj.texas.gov>; Eric Guerrero <Eric.Guerrero@tdcj.texas.gov>; Miguel Martinez <Miguel.Martinez@tdcj.texas.gov>; Rhea Shaunty-Docis <Rhea.Shaunty-Docis@tdcj.texas.gov>; Lindsey Derden <Lindsey.Derden@tdcj.texas.gov>; Samantha Rolfes <SAMANTHA.ROLFES@tdcj.texas.gov>; Alecia Dudley <Alecia.Dudley@tdcj.texas.gov>; Amberly Northcutt <Amberly.Northcutt@tdcj.texas.gov>
**Subject:** Request - Logs

Good afternoon,

We have received a request for outdoor temperature logs from each unit, January 2021 through July 2022. I will be sending you a OneDrive link to your region's folder which you will be able to share with the units. All logs will need to be uploaded into the appropriate folder in order by date.

As before, please ensure an IOC justification is submitted for each missing date and scanned in order with that month's logs. When your region is complete and logs have been checked for accuracy by the regional office, please notify our office. Please have this information uploaded by **August 19, 2022.**

Thank you,

*Brittanie Dugas*

Executive Assistant I
Office of Deputy Division Director – CID
936.437.6318

TIEDE_DEF0168240

# EVIDENTIARY EXHIBITS

### Exhibit 14: Email to Unit Administration of Missing Logs (Return Page 3)

Temperature Logs Folder - Stiles



Shahnawazshah Sayed
To  ○ Christopher Norsworthy; ◉ LaShaunda Fisher; ○ Chibuike Onwuka; ◉ Cedric Washington; ◉ Zachary Davis; ◉ Kristenia Davis

↩ Reply    ↩ Reply All    → Forward    •••
Wed 8/10/2022 7:36 PM

Temperature Logs Report.docx
21 KB

Here's a OneDrive link to Temperature Logs.

Warden Norsworthy/ Fisher/ Onwuka
CC: Major Washington/ Davis/ Sgt. Davis


Please find attached Temperature Logs Folder link for Stiles Unit for your kind review.


-Attachments:   1. Temperature Logs Report for any temperature logs not turned in for review as well
                2. Temperature Logs from June 2021 to April 2022 and June-2022, July-2022 for review as well

TIEDE_DEF0168241

# EVIDENTIARY EXHIBITS

**Exhibit 15: June 08, 2022 Log With Erroneous Temperatures** (Return Page 3)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### Temperature Log

Unit: _Stiles_

| Date: 6-8-22 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 84° | 85% | 95° | Broussard |
| 1:30 a.m. | 84° | 85% | 95° | Broussard |
| 2:30 a.m. | 84° | 85% | 95° | Broussard |
| 3:30 a.m. | 84° | 85% | 95° | Broussard |
| 4:30 a.m. | 84° | 85% | 95° | Broussard |
| 5:30 a.m. | 84° | 85% | 95° | Broussard |
| 6:30 a.m. | 84° | 85% | 95° | Wheeler |
| 7:30 a.m. | 84° | 85% | 95° | Wheeler |
| 8:30 a.m. | 84° | 85% | 95° | Wheeler |
| 9:30 a.m. | 84° | 85% | 95° | Wheeler |
| 10:30 a.m. | 84° | 85% | 95° | Wheeler |
| 11:30 a.m. | 84° | 85% | 95° | Wheeler |
| 12:30 p.m. | 84° | 85% | 95° | Wheeler |
| 1:30 p.m. | 84° | 85% | 95° | Wheeler |
| 2:30 p.m. | 84° | 85% | 95° | Wheeler |
| 3:30 p.m. | 84° | 85% | 95° | Wheeler |
| 4:30 p.m. | 84° | 85% | 95° | Wheeler |
| 5:30 p.m. | 84° | 85% | 95° | Wheeler |
| 6:30 p.m. | 84°F | 85% | 95°F | T Thompson |
| 7:30 p.m. | 84°F | 85% | 95°F | T Thompson |
| 8:30 p.m. | 84°F | 85% | 95°F | T Thompson |
| 9:30 p.m. | 84°F | 85% | 95°F | T Thompson |
| 10:30 p.m. | 84°F | 85% | 95°F | T Thompson |
| 11:30 p.m. | 84°F | 85% | 95°F | T Thompson |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B). Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168242

# EVIDENTIARY EXHIBITS

**Exhibit 16:  July 31, 2022 Log With Erroneous Temperatures** (Return Page 3)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Temperature Log

### Unit:   Mark W. Stiles

| Date: 7/31/2022 | Outside Air Temperature | Humidity or Wind Speed | Heat Index or Wind Chill* | Person Recording |
|---|---|---|---|---|
| 12:30 a.m. | 80° | 77% | 89° | Hardy |
| 1:30 a.m. | 77° | 80% | 89° | Hardy |
| 2:30 a.m. | 75° | 90% | 88° | Hardy |
| 3:30 a.m. | 60° | 92% | 92° | Hardy |
| 4:30 a.m. | 59° | 92% | 89° | Hardy |
| 5:30 a.m. | 58° | 89% | 89° | Hardy |
| 6:30 a.m. | 84° | 80% | 90° | Wheeler |
| 7:30 a.m. | 83° | 79% | 93° | Wheeler |
| 8:30 a.m. | 83° | 79% | 93° | Wheeler |
| 9:30 a.m. | 86° | 74% | 97° | Wheeler |
| 10:30 a.m. | 90° | 59% | 99° | Wheeler |
| 11:30 a.m. | 90° | 59% | 99° | Wheeler |
| 12:30 p.m. | 91° | 55% | 101° | Wheeler |
| 1:30 p.m. | 92° | 55% | 101° | Wheeler |
| 2:30 p.m. | 94° | 55% | 104° | Wheeler |
| 3:30 p.m. | 94° | 55% | 104° | Wheeler |
| 4:30 p.m. | 93° | 55% | 104° | Wheeler |
| 5:30 p.m. | 92° | 55% | 102° | Wheeler |
| 6:30 p.m. | 90° | 55% | 101° | Hardy |
| 7:30 p.m. | 89° | 68% | 91° | Hardy |
| 8:30 p.m. | 85° | 66% | 90° | Hardy |
| 9:30 p.m. | 81° | 80% | 80° | Hardy |
| 10:30 p.m. | 81° | 87% | 87° | Hardy |
| 11:30 p.m. | 78° | 81% | 81° | Hardy |

\* Temperatures between 51 and 79 degrees Fahrenheit (°F) are not represented on the Wind Chill Index (Attachment A) or the Heat and Humidity Index (Attachment B).  Indicate (N/A) in these fields when applicable.

TIEDE_DEF0168243