UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN COLLIER, in his official capacity as Executive Director of Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § <br><br> Civil Action No.: 1:23-cv-01004-RP |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO SHOW CAUSE**

In light of the Court's order on the motion for preliminary injunction, which specifically considers the report by TDCJ on the issue of its fabricated temperature records, Plaintiffs respectfully withdraw any remaining aspect of their motion to show cause seeking relief other than that which was already granted by the Court. Doc. 200.

Dated: March 28, 2025.                    Respectfully submitted,

                                          /s/ Jeff Edwards
                                          _____

Brandon Duke                              Thomas A. Olsen (*pro hac vice*)
Texas Bar No. 24094476                    Kevin D. Homiak (*pro hac vice*)
O'MELVENY & MYERS LLP                     Ellen R. Blatt (*pro hac vice*)
700 Louisiana St., Suite 2900             Wheeler Trigg O'Donnell LLP
Houston, Texas 77002                      370 Seventeenth Street, Suite 4500
Telephone: (832) 254-1500                 Denver, CO 80202-5647
Facsimile: (832) 254-1501                 Telephone:   303.244.1800
Email: bduke@omm.com                      Facsimile:   303.244.1879
                                          Email:   olsen@wtotrial.com
                                                   homiak@wtotrial.com
                                                   blatt@wtotrial.com

Jeff Edwards                              Erica Grossman (*pro hac vice*)
Texas Bar No. 24014406                    Holland, Holland Edwards & Grossman, LLC
Mike Singley                              1437 High Street
Texas Bar No. 00794642                    Denver, CO 80218
David Anthony James                       Telephone:   303.860.1331
Texas Bar No. 24092572                    Email:   erica@hheglaw.com
Lisa Snead
Texas Bar No. 24062204                    Jodi Cole
Paul Samuel                               Texas Bar No. 24045602
Texas Bar No. 24124463                    Law Office of Jodi Cole, PLLC
Edwards Law                               203 East Murphy Street
603 W. 17th Street                        Alpine, TX 79830
Austin, TX 78701                          Telephone:   432.837.4266
Telephone:   512.623.7727                 Facsimile:   512.692.2575
Facsimile:   512.623.7729                 Email:   jcole@jodicole.com
Email:   jeff@edwards-law.com
         mike@edwards-law.com
         david@edwards-law.com
         lisa@edwards-law.com
         paul@edwards-law.com

                                          **ATTORNEYS FOR PLAINTIFFS**


                      **CERTIFICATE OF SERVICE**

    By my signature below, I certify that the foregoing document has been electronically served on all counsel of record by filing with the Court's electronic case files system.

                                    */s/ Jeff Edwards*
                                    Jeff Edwards

2