UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Bernhardt Tiede II, Texas Citizens United for §
Rehabilitation of Errants, Inc., Coalition for §
Texans with Disabilities, Inc., Texas Prisons §   NO:  AU:23-CV-01004-RP
Community Advocates, Build Up, Inc. §
§
vs. §

Bryan Collier, The Texas Department of
Criminal Justice (TDCJ), Kenneth Paxton,
Angela Colmenero, Texas Office of Attorney
General, Texas Department of Criminal
Justice-NON PARTY, Delango C. Griffin,
Texas Civil Rights Project, Louis Ray Green,
Emanual D. Fields, Jose L. Guerra, Matthew
Ryan Horner, Noe Castillo, David L. Reed,
Tifford Crosby, Darin Howard, Antonio
Moore, Gabriel Delgato, Jackie Webster
Dennis, Daniel Canada, Demarkeithon
Terrellious Ross, Juan Domingo Ramirez,
Billy Gene Shook III, Daniel Henson, Zachary
Kapel, Francisco Javier Samaniego, Daniel
Harper, Jesus Medrano Jr.

# ORDER SETTING INITIAL PRETRIAL CONFERENCE

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on  04/29/2025  at  10:00 AM. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

\*\*Please call in 5 minutes before the hearing starts.\*\*

1. Toll free number: (855) 244-8681

2. Access code: 2308 722 6901

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile

phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

      If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Stephanie Cruz at Stephanie_Cruz@txwd.uscourts.gov.

April 11, 2025

                                         _____

                                         MARK LANE
                                         UNITED STATES MAGISTRATE JUDGE