C/o! DONNY CURRY
2661 FM 2054 #2066860, TENN COLONY, TX 75884-5000

Attn.of! U.S. District Court Clerk (Annette French-2001 Director)
U.S. Courthouse
501 W. 5th St., Room 1100
Austin, Texas 78701

**FILED**

MAY 09 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

Re.: <u>Contact information</u> for joindered <u>Co-Plaintiffs</u> in <u>Tiede v. Collier</u> 1:23-CV-1004-RP.

Dear Clerk,

    I'm being denied legal addresses by some of Governor Gregg Abbott's Co-trustees (T.D.C.J. Access to Courts, Counsel, and Public Officials / A.R.R.M.).

    Would you be so kind as to provide me mailing addresses, AND Attorney's names associated with:

1. <u>Coalition For Texans With Disabilities</u>;
2. <u>Texas Prisons Community Advocates</u>;
~~and~~
3.   I enclose a stamped envelope; I ask you to address it for me in hopes The D.R.C./Mailroom DOES NOT BREACH TRUST IN ILLEGALLY OPENING THE REPLY.

                              Thank You

                              Curry Donny-Joe

NORTH TEXAS TX P&DC
DALLAS TX 750
6 MAY 2025 PM 4  L

FOREVER
PURPLE HEART

Attn. of: Annette Frechor officer
U.S. District Court Clerk
U.S. Courthouse
501 W. 5th St, Ste @ 9100
Austin, TX 78701

SCREENED BY OSCB

RECEIVED

MAY 09 2025

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

2664 Fm 2054
Tennessee Colony, TX 75886-5000

15884

Log Act No 03.9.1
2 5f1/541me