

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**501 West Fifth Street, Suite 1100**
**Austin, Texas 78701**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**June 18, 2025**

Kirk John Northup #2376144
Pack-1 Unit
2400 Wallack Pack Rd.
Navasota, TX 77868

**Re**: **CASE #: 1:23-CV-01004-RP**

Dear Mr. Northup;

We are in receipt of your correspondence request regarding copies

*Copies are 50 cents a page.*

We don't see an *Opinion* filed on that date (3/26/25). However, there is an <u>ORDER DENYING Motion for Preliminary Injunction</u> filed on that same date.

The order is 91 pages.

Please mail in a check or money order and make sure to note the case number.

Thank you,

                                                      Sincerely,

                                                      PHILIP J. DEVLIN, Clerk

                                                      By: Deputy Clerk/CC