United States District Court
Austin, Texas Division

Tiede
v.
Collier

RECEIVED
JUL 14 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

No.: 1:23-CV-1004-RP

FILED
JUL 14 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## NOTICE TO COURT
## FRAUDULENT DELAY OF MAILS

Comes now Petitioner and Amicus Curia Curry Donny Joe in The above styled cause giving NOTICE That his attempted April 2nd, 2025 filing, a 2 page "Motion To Take Judicial Notice", a 4/5 page "Affidavit of Facts in Support of... (The above)", and Certificate of Service, and "Letter of Request" to The Court's Clerk was criminally delayed. – The State Paid United States Trustee(s) deliberately denying Claimant's access to your Court in The above cited case.

The parcel was entrusted to unknown A.R.R.M. Division Access to Courts, Counsel, and Public Officials employed with remuneration made in Public Funds by BRIAN COLLIER on 2nd April at San Saba 76877, and returned to me opened at NAVASOTA, Texas (77868) on 9th July of 2025. See attached envelope w/ violated U.S. postage.

New Address:
C/o: DONNY J. CURRY
P.O. Box 4567 #2066860
Navasota, Tex. 77868

Yours,
Curry Donny Joe, Proper

To: Annette French, U.S. District Court Clerk
501 W. 5th St., Room 1100
Austin TX 78701

Re: Class Member's Filing - 3 page Affidavit, w/ 2 pages attachments, and 2 page Motion to Take Judicial Notice, w/ Cert. of Service - in Cause No 1:23-CV-1004-RP.

Clerk French,

I ask you to file the enclosed eight pages into The Docket for Tiede v. Collier, 1:23-CV-1004-RP. I've sent copies of the affidavit, sans attachments, and motion to The Texas State Attorney General.

I ask you to supply all Plaintiffs' Counsel, and Myself, Copies of all said documents after filing/file stamping.

Further, I ask you to provide me Plaintiffs' Counsel's Names, Bar Numbers, and Mailing addresses, and to put me on The active parties mailing list until such time as Cause Number 1:23-CV-1004-RP is finally adjudicated.

19th May of 2025         Thank You,
                         Curry, Donny Joe

C/O: DONNY J. CURRY®™ (a TRUST)
P.O. Box 9516
San Saba, Texas
  Special maritime zone 76877

In The United States District Court
Austin, Texas Division

Tiede, Plaintiff                              # 1:23-CV-1004-RP
V.
Collier, Defendant

State of Texas )
San Saba County )

<u>Certificate of Service</u>

I, Donny-Joe, Curry, The Undersigned Declarant make The following certification That I did:

1. Serve upon The Texas State Attorney General a two (2) page Motion to take Judicial Notice of a Fraud Upon The Court, and a Three (3) page affidavit in support Thereof, by placing same in an envelope addressed to: Attorney General's Office, State Capitol Mailbox 12548, Austin, TX 78711-2548, and sealing same; and

2. Then placing same in a A.T.C. Supplied "Truck Mail" Envelope with completed Form I-302 "Trust Chit" for mailing by Paid U.S. Trustee in BRIAN COLLIER / GREG ABBOTTS' employ at 206 S. Wallace Creek Road at Special maritime jurisdictional zone 76877 on The 18th Day of May of 2025.      <u>JURAT</u>

I certify The foregoing true under The Laws of The United States of America, 28 USC § 1746.1 on This 19th Day of May 2025.

19th May of 2025

Curry © Donny-Joe

(p.1)

In The United States District Court
For The Western District of Texas
AUSTIN, TX Division

Tiede, et al, Plaintiffs

v.

Brian Collier, et al

#1:23-CV-1004-RP

## Class Members Motion to Take Judicial Notice of Fraud Committed Upon The Court

Comes now Class Member Curry, Donny "Joe", d.b.a. Principal and Grantor to trust number DONNY J. CURRY© No. 2066860, seeking to inform The Court of a Criminal Fraud Upon The Court by BRIAN COLLIER, the Texas Department of Criminal Justices' State Classification Committee, MELISSA BENNETT et seq, and the Texas Department of Criminal Justices' Medical Liaison "Department"; in That

1. Brian Collier et al conspired, under Court's Order, Mandate, and/or Stipulation, in Tiede v. Collier to illegally move Plaintiff Class Prisoners Sixty Five (65) Years and Older, and being Americans with Disabilities Act qualified, onto T.D.C.J. Facilities which he knew, or should have known, were NOT A.D.A. equipped facilities; and

2. Said actions by Defendants were carried out in com-

(2) plete disregard for Class Members' Rights and needs and/or with malice aforethought for Defendants' own unjust enrichment and self serving convenience; and

3. To Take Judicial Notice of Defendants' actions, as delineated above and in Class Member Curry's attached affidavit, were in violation of Texas Constitution's Article I Sections 2, 3a, 6-a, 13, 19, 22, 28 and 29; and

   a. Take Judicial Notice That Defendants' actions, as delineated above, were in violation of The State of Texas' Statutes Staple found at Texas Penal Code Sections 71.02.(a)(1)(A); 71.021; 22.041 and elsewhere.

I. Wherefor Class Member Curry Donny Joe, underwriter of T.D.C.J. public works TRUST NUMBER 2066860 asks This Court to take judicial notice of The Defendants' fraud upon The Court by unlawfully housing Americans With Disabilities Act qualified wards of The State on Units of Assignment which were not equipped for people with disabilities and to issue such findings, and

II. Class Member Curry asks This Court to direct The Clerk of Court to issue Certified Copies of This Motion, and any notice findings, as well as Curry's Affidavit to all named Tiede Co-Plaintiffs.* It is so Prayed on This 16th Day of May of 2025.   c/o: Donny J. Curry ⓡ™
P.O. Box 9576  #2066860
*To include Curry's   San Saba, Texas 76877-9579

Curry Donny Joe

<u>In the United States District Court</u>
<u>Austin, Tex. Division</u>

Tiede, et al, Plaintiffs

v.

Collier, et al, Defendants

No. 1:23-CV-1004-RP

State of Texas )  Subscribed True and Correct Under The Laws
San Saba County )  of The United States - 28 USC § 1746.1

<u>Affidavit of Facts in Support of</u>
<u>Motion to Take Judicial Notice</u>

1. Declarant Herein, Curry Donny-Joe, declares The following under The Laws of The United States of America:
   a. Affiant is of Age of Majority, has first hand knowledge of That asserted and is competent to make The following declarations.

2. Prior to being transferred to The San Saba T.D.C.J. Unit at 206 S. Wallace Creek Rd, San Saba, Texas Declarant was housed at The Coffield T.D.C.J. Unit where he was afforded sufficient Americans with Disabilities Act fixtures with exeption of Windham Library access;
   a. Declarant provides herewith copies of his official T.D.C.J Health Summary for Classification (HSM-18), 19 May 2025, and Official T.D.C.J. Medical Passes, 13th Dec. 2024, pp 4 & 5.

3. On 9th May, 2025 Declarant was transferred to The San Saba, Texas T.D.C.J. unit where he was denied the following equal rights as he was afforded at The Coffield, Texas unit:

   a. Ability to have/use a reading light;
   b. Ability to have/use a radio, and FM booster/amplifier as The taxpayers provide on Institutional Division (manufactured) units;
   c. Ability to use, access "A.D.A. equipped" showers.

4. On, or about, 14th May, 2025, in discussing The T.D.C.J.'s arbitrarily violating Declarant's Rights to Americans with Disabilities Act facilities one R.N. Hoyt informed Declarant That "When U.T.M.B. Staff at San Saba reviewed Declarant's (and numerous others') files They immediately e-mailed T.D.C.J.'s Medical Liaison's Office, on 5th May, 2025, telling Defendants 'We are not A.D.A. compliant; DO NOT SEND THESE, ~~Detend~~ At Declarant here'".

5. Prior to This (app.) 14th May discussion, on 9th May at Declarant's arrival at and attendance with one Unit Classification employee DEBERRY, DeBerry told Declarant "You can sign a "Cold Bed" waiver and we must process it in two days";

6. Declarant chose, instead of waiving his right to "Cooler conditions" to file Step 1 on The horrendous, unconstitutional housing conditions he'd been "thrown into" by Defendants, to wit:

(p 3)

a. While housed in 3A, 9Th - 12Th, at San Saba; Declarant was:
   i. Housed with 28 other wards in housing approximately 11 yards by 18 yards in measurement;
   ii. Allowed only showers with (app.) 4½" rim to avoid;
   iii. Constantly under subjection to illicit second hand smoke from "Warden's" K2 customers*

\* K2 is saturating ALL T.D.C.J. units ward has been subjected to since his arrival at Wayne Scott/Retrieve Unit, and saturation has intensified since Collier set up his T.D.C.J. Mail Scanning System - Guaranteeing Unit Wardens "Institutionalized" Drug Dealing Monopolies.

Jurat

The foregoing is True and Correct, Certified so under The undersigned's full unlimited Commercial Liability Capacity and in accord with United States Laws, on this 18Th Day of May of 2025.

[signature] ©

Curry Donny-Joe, Statesman,
Grantor & Publisher
c/o: DONNY J. CURRY® TM Fed. TRUST
P.O. Box 9516 # 2066860
San Saba, TX 76877-9516
zone - special maritime



# Current Patient Restrictions
Patient: CURRY, DONNY J   MRN: 2066860   DOB: 12/16/1958   Sex: MALE   Race: WHITE

| Order Provider | Section | Element | Restriction | Start Date | # Days | Exp. Date | Cont | Data | Units |
|---|---|---|---|---|---|---|---|---|---|
| HOYT, SHARLA K | I | Facility Assignment | Single Level Facility | 05/08/2025 | | | Yes | | |
| HINKLE, MARCUS E | II | Bunk Assignment | Lower Only | 03/18/2019 | | | Yes | | |
| HATCHETT, BRANDY R | II | Extended Medical Hours | Psych Non-KOP | 07/30/2024 | | | Yes | | |
| ISBELL, STEPHEN P | II | Row Assignment | Ground Floor Only | 05/02/2022 | | | Yes | | |
| WILLIAMS, RONALD D | III | | 1. Medically Unassigned | 08/03/2021 | | | Yes | | |
| WRIGHT, FAYE | III | | 10. No Bending at Waist | 08/07/2017 | | | Yes | | |
| WRIGHT, FAYE | III | | 11. No Repetitive Squatting | 08/07/2017 | | | Yes | | |
| WRIGHT, FAYE | III | | 12. No Climbing | 08/07/2017 | | | Yes | | |
| UNKNOWN, UNKNOWN | III | | 20a. Medical - No Temperature Extremes | 04/03/2017 | | | Yes | | |
| UNKNOWN, UNKNOWN | III | | 22. No Exposure to Environmental Pollutants | 04/03/2017 | | | Yes | | |
| UNKNOWN, UNKNOWN | III | | 23. No Work With Chemicals or Irritants | 04/03/2017 | | | Yes | | |
| OLUSANYA, JOHNSON O | III | | 7. Limited Standing | 01/08/2019 | | | Yes | | |
| WRIGHT, FAYE | III | | 9. No Lifting > | 08/07/2017 | | | Yes | 35 | Lbs |
| HATCHETT, BRANDY R | IV | Disciplinary Process | Consult Representative of Mental Health Department before taking disciplinary action | 07/30/2024 | | | Yes | | |
| HATCHETT, BRANDY R | V | | Mental Health Representative Required | 07/30/2024 | | | Yes | | |
| ALI, DOLORES H | | | RESEND | 11/04/2021 | | | | | |
| ALI, DOLORES H | | | RESEND | 02/25/2021 | | | | | |
| WILLIAMS, RONALD D | | | RESEND | 08/03/2021 | | | | | |
| ALI, DOLORES H | | | RESEND | 05/19/2021 | | | | | |
| ALI, DOLORES H | | | RESEND | 04/18/2022 | | | | | |

**PULHES Management**

| DESIG | CODE | MODIFIER |
|---|---|---|
| P | 3 | M | P |
| U | 1 | A | - |
| L | 2 | B | P |
| H | 1 | A | - |
| E | 2 | B | P |
| S | 3 | N | T |

---

*PLEASE NOTE: HSM-18 in the mainframe will be updated from these orders hourly from 6AM to 5PM.*

User Name: GOLDMAN, LINDA M                [1]                Run Date: 5/19/2025 7:16:58 AM

(p.5)

LEXUS 105904

# OFFENDER MEDICAL PASS

Name: CURRY, DONNY J        TDCJ#: 2066860
AGE: 65   RACE: WHITE   SEX: MALE                                         PRINT DATE: 12/13/2024

*This document supersedes all previous.*

## MEDICAL PASSES

| Pass Description: | **Shower Shoes** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 07/15/2024 | Expiration Date: **07/15/2025** |

| Pass Description: | **Walker/Rollator** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 07/15/2024 | Expiration Date: **07/15/2025** |

*Includes walkers, rolling walkers with wheels, knee walkers, etc. Pass includes permission to use attachable mesh bag.*

| Pass Description: | **Medical Locker Box** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 07/15/2024 | Expiration Date: **07/15/2025** |

*Locker box should be within reach and not require climbing or reaching over head.*

| Pass Description: | **Blanket (ADS/Post-OP)** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 07/15/2024 | Expiration Date: **07/15/2025** |

*Extra blanket and/or pillow in addition to standard allowance.*

| Pass Description: | **Disability Shower** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 08/21/2024 | Expiration Date: **08/21/2025** |

| Pass Description: | **Toilet Paper** | | |
|---|---|---|---|
| Ordering Provider: | D.MCINTYRE | Issue Date: 08/21/2024 | Expiration Date: **08/21/2025** |

Page: 1 of 1                                                              PRINT DATE: 12/13/2024

DENNY CURRY #1717
P.O. Box 9516
San Saba, TX
76877-9516

#DC0o8600

Legal

(Need Correct Address)

"Addressor" asks the court to verify proper custody could be "Zip + 4" and add as further Fraudulent Court evidence.

Annette Feuds, Clerk
US. District Court
501 W. 5TH ST, Room 1100
Austin, Tex. 78701

TO SAN SABA Unit ATC on 2 April, 2025
THIS WAS ENTRUSTED

TO SAN SABA Unit ATC on 2 April, 2025
RECEIVED UNPOSTED/ AND LIKEWISE ORDERED
AT PACK I UNIT MANAGOTO, 9TH JULY.

Denny Joe Curry

[Purple Heart Forever USA stamp]

D14-40 9 July 2025
(Navasota Mouris)

Name: DONNY T. CURRY
TDCJ No.: 2066860
WALLACE PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX 77868-4567

SCREENED BY CSO'S
JUL 14 2025

HOUSTON TX RPDC 773
12 JUL 2025 PM 4

Attn. ANNETTE FRENCH, Clerk
U.S. DISTRICT COURT
501 W. 5TH STREET, RM 1100
AUSTIN, TX
78701

78701-381275

PRIVILEGED LEGAL MAIL
NOT INSPECTED
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION