UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, *Plaintiff*, v. BRYAN COLLIER, *et al.*, *Defendants.* | Case No. 1:23-cv-01004-RP |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Kristin L. McGough of Winston & Strawn LLP as counsel for Plaintiff Bernhardt Tiede II.

Respectfully Submitted,

*/s/ Kristin L. McGough*
Kristin L. McGough
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, DC 20036
Tel: (202) 282-5090
kmcgough@winston.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends a notification of filing to all counsel of record.

*/s/ Kristin L. McGough*
Kristin L. McGough