**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II;** <br> **TEXAS PRISONS COMMUNITY** <br> **ADVOCATES; BUILD UP, INC. A/K/A** <br> **JUSTICE IMPACTED WOMEN'S** <br> **ALLIANCE; TEXAS CITIZENS UNITED** <br> **FOR REHABILITATION OF ERRANTS;** <br> and **COALITION FOR TEXANS** <br> **WITH DISABILITIES,** <br>     *Plaintiffs,* <br><br> **v.** <br><br><br> **BRYAN COLLIER, in his official capacity** <br> **as Executive Director of Texas Department** <br> **of Criminal Justice,** <br>     *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | **Civil Action No.:** <br> **1:23-CV-01004-RP** |

---

**JOINT ADR DOCKETING STATEMENT**

---

**NOW COME** the Parties, Plaintiffs Bernhardt Tiede, II, Texas Prisons Community Advocates, Build Up, Inc. A/K/A Justice Impacted Women's Alliance, Texas Citizens United for Rehabilitation of Errants, and Coalition for Texans With Disabilities, and Defendant Bryan Collier, in his official capacity, by and through his attorneys of record, the Office of the Attorney General for the State of Texas, and submit this Alternative Dispute Docketing Statement in accordance with Local Rule CV-88, of the Western District of Texas.

**I.**

**Nature of Relief Sought (Check all that apply):**

      1.    __**X**__      Injunctive Relief

      2.    _____      Damages:
                            Amount _____

3.    __X__                  Declaratory Relief (Describe):

From Plaintiffs' First Amended Complaint:

A. Remedy ongoing violations of law and the Constitution by granting declaratory and injunctive relief, as set out in this First Amended Complaint, on behalf of the individual and Organizational Plaintiffs in their representative capacity;

B. Declare TDCJ's current Heat Policy to be constitutionally inadequate under the Eighth Amendment to the U.S. Constitution;

C. Enjoin Defendant to maintain a safe indoor temperature in all TDCJ facilities of between 65° to 85° Fahrenheit inside each of the prison housing and occupied areas, or enter other injunctive relief sufficient to protect the health and safety of the prisoners and to prevent cruel and unusual suffering from extreme heat condition; and

D. Declare the conditions under which TDCJ houses people to be unconstitutional.

4.    __X__            Attorney Fees            Amount   __u/k__

5.    _____            Other

**Brief Description of Nature of Action:**

Plaintiffs' lawsuit was filed against TDCJ Director Bryan Collier, in his official capacity, seeking system-wide air conditioning of all TDCJ facilities.

**Status of Settlement Negotiations to Date:**

Have settlement negotiations been held? _____ Yes    __X__ No

If yes:           _____  Only Counsel Participated
                  _____  Parties as Well as Counsel Participated

What is the present status of negotiations?

On August 13, 2025, Defendants received correspondence from Plaintiffs indicating

they are interested in engaging in potential settlement negotiations.

If settlement negotiations have not been held, why not?

Defendants are reviewing Plaintiffs August 13, 2025, correspondence and will respond

on or before the Court's September 15, 2025, deadline.

**Evaluation:**

Could this dispute benefit from the use of some form of ADR?

\_\_\_\_\_ Yes

**X** No

Reason for choice (must be completed)

Given the scope of claims, relief requested, and the respective positions, the parties do not believe

ADR will be beneficial. Further, because the parties only recently began to explore even the possibility

of settlement discussions, ADR would be premature.

If yes, what form of ADR would best suit this case[2]

Describe any discovery you believe necessary to utilize ADR effectively:

Have you discussed ADR with other counsel and their clients?
\_\_\_\_\_ Yes    \_\_\_\_\_ No

Will all parties agree to submit the case to ADR?
\_\_\_\_\_ Yes    **X** No    \_\_\_\_\_ Unsure

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil
Litigation

**BRIANA M. WEBB**
Acting Division Chief
Law Enforcement Defense Division

/s/ *Brandon J. Mickle*
**BRANDON J. MICKLE**
Assistant Attorney General
Texas State Bar No. 24123140

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994
Brandon.Mickle@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, **BRANDON J. MICKLE**, Assistant Attorney General of Texas, do hereby certify that

a true and correct copy of the foregoing has been electronically served on all parties on August

15, 2025, via the Court's Electronic Filing System.

/s/ *Brandon J Mickle*
**BRANDON J MICKLE**
Assistant Attorney General

4