IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; BUILD UP, INC. a/k/a JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; and COALITION FOR TEXANS WITH DISABILITIES,<br>    *Plaintiffs*,<br><br>v.<br><br>BOBBY LUMPKIN, in his official capacity as Executive Director of Texas Department of Criminal Justice,<br>    *Defendant*. | CIVIL ACTION NO. 1:23-CV-01004-RP |

## DEFENDANT'S NOTICE OF SUBSTITUTION OF PARTIES UNDER FRCP 25(d)

Defendant, Bobby Lumpkin, in his official capacity as Executive Director of the Texas Department of Criminal Justice hereby notifies the Court of the substitution of officials under Federal Rule of Civil Procedure 25(d).[1] Mr. Bryan Collier recently resigned from his position as Executive Director of Texas Department of Criminal Justice and was replaced by Mr. Bobby Lumpkin. Accordingly, Defendant should now be identified as Bobby Lumpkin, in his official capacity as Executive Director of Texas Department of Criminal Justice. Defendant respectfully requests that the Clerk of the Court update the style of this case as reflected above.

---

[1] A defendant sued in his official capacity is "automatically substituted as a party" by operation of law, Fed. R. Civ. P. 25(d), with no action required by any party or by the Court to effectuate this. *See also id*. ("The court may order substitution at any time, but the absence of such an order does not affect the substitution.").

<div style="display: flex;">

<div>

Date: September 15, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

RYAN G. KERCHER
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1700
Fax: (512) 457-4410
Wade.Johnson@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Abigail.Carter@oag.texas.gov
Brandon.Mickle@oag.texas.gov
Lauren.McGee@oag.texas.gov

</div>

<div>

Respectfully submitted.

*/s/ Wade A. Johnson*
**WADE A. JOHNSON**
Special Counsel
Special Litigation Division
Texas State Bar No. 24062197

KYLE S. TEBO
Special Counsel
Legal Strategy Division
Texas State Bar No. 24137691

ABIGAIL K. CARTER
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24126376

BRANDON J. MICKLE
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24123140

LAUREN MCGEE
Assistant Attorney General
Texas State Bar No. 24128835
Administrative Law Division

**COUNSEL FOR DEFENDANT**

</div>

</div>

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on September 29 2025, a true and correct copy of the foregoing has been electronically served using the CM/ECF system to all counsel and parties of record.

*/s/ Wade A. Johnson*
**WADE A. JOHNSON**
Special Counsel