UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Bernhardt Tiede II, et al | § § | |
| vs. | § § | NO:   AU:23-CV-01004-RP |
| Bobby Lumpkin, et al | § | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Thursday, January 15, 2026 at 02:00 PM in the United States Courthouse, Courtroom #4, Fifth Floor, 501 West 5th Street, Austin, Texas.

The parties should consult Local Rules CV-16(f)–(g) regarding matters to be filed in advance of the final pretrial conference. Each party is expected to file the materials required by Local Rule CV-16(e) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document.

If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(f).

The parties' witnesses shall be available and ready to testify on trial days for the full day, including any cross-examination, redirect examination, and recross-examination. The parties are responsible for ensuring that their witnesses, including their witnesses who are called to testify by another party, are available and ready to testify without any disruption or delay to the trial. The Court warns the parties that trials often move more quickly than anticipated. The Court may impose

sanctions on a party if a witness is not available to testify, including: (1) deducting allotted trial hours, (2) disallowing testimony of witnesses, or (3) imposing some other reasonable sanction.

The parties shall submit a joint draft jury charge one week before the trial start date to the Courtroom Deputy by email: Julie_Golden@txwd.uscourts.gov. The parties shall meet and confer and reach agreements where possible on the content. If disputes remain, the parties still shall submit a joint draft jury charge that contains redlines or otherwise indicates the areas of disagreement and, if applicable, includes case citations or other support.

**SIGNED** on 3rd day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE