**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BERNHARDT TIEDE , II; TEXAS PRISONS COMMUNITY ADVOCATES; LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.; AND COALITION FOR TEXANS WITH DISABILITIES, INC., | § | |
| | § | Civil Action No.: 1:23-cv-01004-RP |
| Plaintiffs, | § | |
| v. | § | |
| BOBBY LUMPKIN, | § | |
| Defendant. | § | |

**PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURES**

Plaintiffs Bernhardt Tiede, II, Texas Prisons Community Advocates, Lioness Justice Impacted Women's Alliance, Texas Citizens United For Rehabilitation of Errants, Inc., and Coalition for Texas With Disabilities, Inc. (collectively, Plaintiffs), make the following preliminary expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiffs reserve the right to supplement or amend these disclosures with additional designations of expert testimony with additional evidence or to respond to any further disclosure of expert witness opinions by Defendant or alterations of same, pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

**A. Retained Experts under Rule 26(a)(2)(B)**

The following individuals have been retained by Plaintiffs to provide expert testimony in this matter:

**1. Dr. Jhilam Biswas**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Biswas is an expert in psychiatry and forensic psychiatry in the psychiatric treatment of individuals in the criminal justice system. Dr. Biswas is board certified in forensic psychiatry by the American Board of Psychiatry and Neurology. She currently serves as the director of the Psychiatry, Law and Society Program at Brigham and Women's Hospital in Boston, Massachusetts and is on the faculty of Harvard Medical School.

Dr. Biswas's qualifications are set forth more fully in her CV. Her CV and report are provided in Exhibit 1. Pursuant to Rule 26(a)(2)(B), Dr. Biswas's written report and the appendices thereto set forth her opinions and the basis and reasons for them, a list of documents and information she considered, her qualifications, her testimonial history, and a statement of her compensation. She will provide testimony in this case consistent with the opinions contained in her report and as supplemented by any testimony she gives during her deposition.

Plaintiffs may ask Dr. Biswas to address additional information as discovery progresses, to supplement her report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's expert.

**2. Brian Carroll, J.D.**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Brian Carroll is designated as an expert in Texas procurement law. Mr. Carroll is a Texas attorney Board Certified in construction law by the Texas Board of Legal Specialization. Mr.

Carroll is the managing shareholder of Sanderford & Carroll, P.C. in Belton, Texas and is an adjunct professor of construction law at Baylor University Law School.

Mr. Carroll's qualifications are set forth more fully in his CV. His CV and report are provided in Exhibit 2. Pursuant to Rule 26(a)(2)(B), Mr. Carroll's written report and the appendices thereto set forth his opinions and the basis and reasons for them, a list of documents and information he considered, his qualifications, his testimonial history, and a statement of his compensation. He will provide testimony in this case consistent with the opinions contained in his report and as supplemented by any testimony he gives during his deposition.

Plaintiffs may ask Mr. Carroll to address additional information as discovery progresses, to supplement his report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's expert.

**3. Dr. Julie Skarha**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Skarha is designated as an expert in epidemiology. Dr. Skarha is a Post-Doctoral Associate in the Department of Mathematics and Statistics at the University of Vermont. She received a PhD in epidemiology from the School of Public Health at Brown University and worked as Public Health Data Analyst at the Vermont Department of Health.

Dr. Skarha's qualifications are set forth more fully in her CV. Her CV and report are provided in Exhibit 3. Pursuant to Rule 26(a)(2)(B), Dr. Skarha's written report and the exhibits thereto set forth her opinions and the basis and reasons for them, a list of documents and information she considered, her qualifications, her testimonial history, and a statement of her compensation. She will provide testimony in this case consistent with the opinions contained in her report and as supplemented by any testimony she gives during her deposition.

Plaintiffs may ask Dr. Skarha to address additional information as discovery progresses, to supplement her report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's expert.

**4. Dr. Paul Uribe**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Uribe is designated as an expert in forensic pathology. Dr. Uribe is the Deputy Chief Medical officer at the Fort Bend County Medical Examiner's Office and a part-time forensic pathologist for the State of Mississippi and Clark County, Nevada. Dr. Uribe is Board Certified in Forensic Pathology and Anatomic and Clinical Pathology.

Dr. Uribe's qualifications are set forth more fully in his CV. His CV and report are provided in Exhibit 4. Pursuant to Rule 26(a)(2)(B), Dr. Uribe's written report and the exhibits thereto set forth his opinions and the basis and reasons for them, a list of documents and information he considered, his qualifications, his testimonial history, and a statement of his compensation. He will provide testimony in this case consistent with the opinions contained in his report and as supplemented by any testimony he gives during his deposition.

Plaintiffs may ask Dr. Uribe to address additional information as discovery progresses, to supplement his report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's expert.

**5. Dr. Susi Vassallo**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Vassallo is designated as an expert in toxicology, emergency room medicine, and heat and medicine and the effects on the human body. Dr. Vassallo is a clinical professor of

emergency medicine at the New York University School of Medicine and worked 34 years as a doctor in the emergency department at New York City's Bellevue Hospital, the primary receiving hospital for males detained in New York City jails. Dr. Vassallo is Board Certified in emergency medicine and medical toxicology.

Dr. Vassallo's qualifications are set forth more fully in her CV. Her CV and report are provided in Exhibit 5. Pursuant to Rule 26(a)(2)(B), Dr. Vassallo's written report and the exhibits thereto set forth her opinions and the basis and reasons for them, a list of documents and information she considered, her qualifications, her testimonial history, and a statement of her compensation. She will provide testimony in this case consistent with the opinions contained in her report and as supplemented by any testimony she gives during her deposition.

Plaintiffs may ask Dr. Vassallo to address additional information as discovery progresses, to supplement her report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's expert.

**6. Dean Williams**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dean Williams is designated as an expert in corrections and prison facility management. Mr. Williams is the former executive director of the Colorado Department of Corrections (CDOC) and was awarded the Head of Service Award from the International Corrections and Prison Association. Before leading the CDOC, Mr. Williams was the Commissioner of the Alaska Department of Corrections.

Mr. Williams's qualifications are set forth more fully in his CV. His CV and report are provided in Exhibit 6. Pursuant to Rule 26(a)(2)(B), Mr. Williams's written report and the exhibits thereto set forth his opinions and the basis and reasons for them, a list of documents and

information he considered, his qualifications, his testimonial history, and a statement of his compensation. He will provide testimony in this case consistent with the opinions contained in his report and as supplemented by any testimony he gives during his deposition.

Plaintiffs may ask Mr. Williams to address additional information as discovery progresses, to supplement his report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's experts.

**7. Dr. Antonella Zanobetti**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Zanobetti is designated as an expert in environmental epidemiology. Dr. Zanobetti is a Principal Research Scientist in Environmental Health at Harvard University's T.H. Chan School of Public Health. She received a PhD in applied statistics from the University of Florence and has published more than 260 peer-reviewed journal articles in her field.

Dr. Zanobetti's qualifications are set forth more fully in her CV. Her CV and report are provided in Exhibit 7. Pursuant to Rule 26(a)(2)(B), Dr. Zanobetti's written report and the exhibits thereto set forth her opinions and the basis and reasons for them, a list of documents and information she considered, her qualifications, her testimonial history, and a statement of her compensation. She will provide testimony in this case consistent with the opinions contained in her report and as supplemented by any testimony she gives during her deposition.

Plaintiffs may ask Dr. Zanobetti to address additional information as discovery progresses, to supplement her report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's experts.

**8. Shannon D. Ramey**
**Craig Steigerwalt**
**Michael Barry**

c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Mr. Ramey, Mr. Steigerwalt, and Mr. Berry all work for the engineering and scientific consulting firm Exponent.

**Shannon Ramey, P.E., CFEI.** Mr. Ramey is an expert in the fields of engineering, HVAC installation, and HVAC project management. He is a Principal Mechanical Engineer with over 40 years of broad experience. He received his Bachelor of Science in Mechanical Engineering from the University of Washington in 1987. He has an extensive background with building mechanical systems, machinery, building design, structural analysis, construction work, and codes. He owned and operated engineering and contracting businesses for 17 years. He designed, installed, and serviced HVAC, refrigeration, plumbing and fire sprinkler systems. He has 12 years of paper industry experience with design and installation of processing equipment, automated industrial machinery, and conveyor systems; as well as safety standards for their design and operation. Mr. Ramey specializes in forensic analysis of HVAC, refrigeration, and plumbing systems. He has 12 years' experience investigating incidents involving machinery, maritime vessels, fuel and gas piping, fire sprinkler systems, and hydraulic systems. His qualifications are set forth in more detail in his CV, which is included in Exhibit 8.

**Craig Steigerwalt, MBA, P.E., PMP, CCM, PSP.** Mr. Steigerwalt is an expert in project management and project controls. He received his Bachelor of Science in Civil Engineering from the University of Delaware in 2006. He has two decades of experience in all phases of construction projects, specializing in heavy highway, utility, power generation, and mass transit projects. His past experience includes construction management, contracting, project controls, CPM scheduling, program/project management, and engineering design. Prior to joining Exponent, Mr. Steigerwalt

worked as a construction manager/owner's representative on a combination of heavy highway and mass transit projects. During that time, he gained experience with construction management best practices, claims avoidance, and quality assurance. He has also worked as a contract/business manager for a large electric infrastructure contractor in which he gained extensive experience in contract/subcontract management, construction insurance policies, and teaming agreements. Prior to that, he worked as a professional design engineer for one of the world's largest design firms specializing in roadway design, traffic control plans, drainage and stormwater facilities, and site development upgrades. His qualifications are set forth in more detail in his CV, which is included in Exhibit 8.

**Dr. Michael Barry, Ph.D., P.E., CFEI.** Dr. Barry is an expert in mechanical engineering and HVAC design. He received his Bachelor of Science in Mechanical Engineering from Rutgers University in 2004, his Master's of Science in Mechanical Engineering from Rutgers University in 2005, and his PhD in Mechanical Engineering from the Massachusetts Institute of Technology in 2014. While at Exponent, Dr. Barry has addressed standard of care issues with respect to mechanical/HVAC building systems and investigated many failures of mechanical equipment (fires, explosions, water losses, carbon monoxide poisonings). Prior to working at Exponent, Dr. Barry worked at a Mechanical, Electrical, and Plumbing design firm (Jaros, Baum, & Bolles, JB&B) designing HVAC systems for large commercial buildings. At JB&B, his responsibilities included performing heating and cooling load calculations, designing ductwork and HVAC piping, specifying mechanical equipment, reviewing shop drawings and submittals, and coordinating with other design trades. His qualifications are set forth in more detail in his CV, which is included in Exhibit 8.

As is common practice on HVAC design and construction projects, Dr. Berry, Mr. Ramey, and Mr. Steigerwalt collaborated to prepare a single report. Their combined report is included in Exhibit 8. Pursuant to Rule 26(a)(2)(B), their written report and the exhibits thereto set forth their opinions and the basis and reasons for them, a list of documents and information they considered, their qualifications, testimonial history, and a statement of compensation. They will provide testimony in this case consistent with the opinions contained in their report and as supplemented by any testimony she gives during their deposition.

Plaintiffs may ask Dr. Berry, Mr. Ramey, and Mr. Steigerwalt to address additional information as discovery progresses, to supplement their report, and to provide rebuttal opinions or otherwise address any opinions of Defendant's experts.

**B. Non-Retained Experts under Rule 26(a)(2)(C)**

**1. Bryan Collier**
c/o Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Mr. Collier is the former Executive Director of TDCJ. If called to testify at trial, he will offer opinions consistent with those given during his prior testimony in this case at the preliminary injunction hearing and during his deposition—including (but not limited to) opinions regarding TDCJ policies and procedures, TDCJ's use (or failure to use) inmates' core body temperatures, inmate deaths and injuries, staffing, investigatory practices, the processes for requesting and receiving funding from the Texas Legislature, TDCJ's response to the Court's order on Plaintiffs' preliminary injunction motion, what amount of funding can be encumbered during a biennium, and the timeline and feasibility of installing permanent air conditioning throughout inmate living areas in TDCJ facilities.

**2. Dale Cox**
c/o Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Dale Cox is the Director of Engineering at TDCJ. If called to testify at trial, he will offer opinions consistent with those given during his testimony in his deposition—including (but not limited to) opinions regarding the processes for procuring and completing contracts for designing and installing air conditioning in TDCJ facilities, the processes for TDCJ to request and receive funding from the Texas Legislature, and the timeline and feasibility of installing permanent air conditioning throughout inmate living areas in TDCJ facilities.

**3. Ron Hudson**
c/o Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Ron Hudson is the Chief Operations Officer of TDCJ. If called to testify at trial, he will offer opinions consistent with those given during his prior testimony in this case at the preliminary injunction hearing and during his deposition—including (but not limited to) opinions regarding TDCJ policies and procedures, TDCJ's use (or failure to use) inmates' core body temperatures, inmate deaths and injuries, staffing, investigatory practices, the processes for requesting and receiving funding from the Texas Legislature, TDCJ's response to the Court's order on Plaintiffs' preliminary injunction motion, what amount of funding can be encumbered during a biennium, and the timeline and feasibility of installing permanent air conditioning throughout inmate living areas in TDCJ facilities.

**4. Bobby Lumpkin**
c/o Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Bobby Lumpkin is the current Executive Director of TDCJ. If called to testify at trial, he will offer opinions consistent with those given during his prior testimony in this case at the preliminary injunction hearing and during his deposition—including (but not limited to) opinions regarding TDCJ policies and procedures, TDCJ's use (or failure to use) inmates' core body temperatures, inmate deaths and injuries, staffing, investigatory practices, the processes for requesting and receiving funding from the Texas Legislature, TDCJ's response to the Court's order on Plaintiffs' preliminary injunction motion, what amount of funding can be encumbered during a biennium, and the timeline and feasibility of installing permanent air conditioning throughout inmate living areas in TDCJ facilities.

**5. Ron Steffa**
c/o Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

Ron Steffa is the Chief Financial Officer of TDCJ. If called to testify at trial, he will offer opinions consistent with those given during his prior testimony in this case at the preliminary injunction hearing and during his deposition—including (but not limited to) opinions regarding TDCJ policies and procedures, the processes for requesting and receiving funding from the Texas Legislature, TDCJ's response to the Court's order on Plaintiffs' preliminary injunction motion, what amount of funding can be encumbered during a biennium, and the timeline and feasibility of installing permanent air conditioning throughout inmate living areas in TDCJ facilities.

**6. Michele Deitch**
LBJ School of Public Affairs, University of Texas – Austin
2315 Red River St., Stop E2700
Sid Richardson Hall, Unit 3
Austin, TX 78712-1536
512-471-3200

Professor Deitch is an expert in prison conditions and prison policy. If called to testify at trial, she will offer opinions consistent with those she provided during her testimony in the preliminary injunction hearing in this case—including (but not limited to) opinions regarding TDCJ's heat-mitigation measures, staffing issues, complaints by corrections officers, and need for permanent air conditioning.

DATED this 3rd day of November, 2025.

Respectfully submitted,

*/s/ Kevin D. Homiak*

Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: olsen@wtotrial.com
homiak@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone: 303.860.1331
Email: erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone: 512.623.7727
Facsimile: 512.623.7729
Email: jeff@edwards-law.com
david@edwards-law.com

lisa@edwards-law.com
paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone: 432.837.4266
Facsimile: 512.692.2575
Email: jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone: (832) 254-1500
Facsimile: (832) 254-1501
Email: bduke@omm.com
cgernert@omm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE (CM/ECF)**

**I HEREBY CERTIFY** that on November 3, 2025, I electronically filed the foregoing on all counsel of record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following emails:

- **Lauren Hunt Brogdon**
  lauren.brogdon@haynesboone.com, edna.taylor@haynesboone.com
- **Michael Jason Calb**
  michael.calb@oag.texas.gov, james.rheams@oag.texas.gov, courtney.sawhill@oag.texas.gov
- **Abigail Kathryn Carter**
  abigail.carter@oag.texas.gov, stephanie.greger@tdcj.texas.gov, jennifer.childress@tdcj.texas.gov, Lesli.Fitzpatrick@tdcj.texas.gov, James.Rheams@oag.texas.gov, Britney.Mcfield@oag.texas.gov, eric.miller@tdcj.texas.gov, gloriana.ojeda@oag.texas.gov, tiffany.lopez@oag.texas.gov
- **Alyssa C Cervantes**
  alyssa.cervantes@oag.texas.gov, jordan.stricklen@oag.texas.gov
- **Jodi Callaway Cole**
  jcole@jodicole.com, hprice@jodicole.com
- **Brandon W. Duke**
  bduke@omm.com, aberkowitz@omm.com, brandon--duke--2108@ecf.pacerpro.com
- **Jeffrey S. Edwards**
  jeff@edwards-law.com, jeffedwardslaw@gmail.com, carson@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, breann@edwards-law.com, lisa@edwards-law.com, marlee@edwards-law.com, stephen@edwards-law.com, ben@edwards-law.com, paul@edwards-law.com, david@edwards-law.com
- **Marlayna Marie Ellis**
  marlayna.ellis@oag.texas.gov, lashanda.green@oag.texas.gov, shannon.benson@oag.texas.gov, jill.couey@oag.texas.gov
- **Caitlin E. Gernert**
  cgernert@omm.com, caitlin.gernert@gmail.com, caitlin-gernert-4451@ecf.pacerpro.com, ecf_houston@winston.com
- **Erica Grossman**
  erica@hheglaw.com, brooke@hheglaw.com
- **Kevin D. Homiak**
  homiak@wtotrial.com, mellett@wtotrial.com
- **David Anthony James**
  david@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com
- **Lauren Elizabeth McGee**
  lauren.mcgee@oag.texas.gov, jennifer.foster@oag.texas.gov
- **Kristin Leigh McGough**
  kmcgough@winston.com, kristin-mcgough-7066@ecf.pacerpro.com
- **Brandon Joshua Mickle**
  brandon.mickle@oag.texas.gov, jessica.martinez4@austintexas.gov, jessica.best@austintexas.gov
- **Thomas Austin Jones Olsen**
  olsen@wtotrial.com, koehler@wtotrial.com, umaguing@wtotrial.com

- **Adrianna Nicole Perez**
  adrianna.perez@oag.texas.gov, gloriana.ojeda@oag.texas.gov, deborah.woltersdorf@oag.texas.gov
- **Molly Beryl Petchenik**
  molly@texascivilrightsproject.org, latoya@texascivilrightsproject.org
- **Zachary Louis Rhines**
  zachary.rhines@oag.texas.gov, carrisa.stiles@oag.texas.gov, bonnie.freymuth@oag.texas.gov
- **Dustin Rynders**
  dustin@texascivilrightsproject.org, georgina@texascivilrightsproject.org
- **Paul G Samuel**
  paul@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, stephen@edwards-law.com
- **Michael Singley**
  mike@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com
- **Lisa A. Snead**
  lisa@edwards-law.com, carson@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, ben@edwards-law.com, stephen@edwards-law.com
- **Texas Civil Rights Project**
  lauren.brogdon@haynesboone.com
- **Kyle S. Tebo**
  kyle.tebo@aog.texas.gov
- **Wade A. Johnson**
  wade.johnson@aog.texas.gov

*/s/ Kevin D. Homiak*