IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BERNHARDT TIEDE, II;** § <br> **TEXAS PRISONS COMMUNITY** § <br> **ADVOCATES; LIONESS JUSTICE** § <br> **IMPACTED WOMEN'S ALLIANCE;** § <br> **TEXAS CITIZENS UNITED** § <br> **FOR REHABILITATION OF ERRANTS;** § <br> **and COALITION FOR TEXANS** § <br> **WITH DISABILITIES,** § <br>     *Plaintiffs*, § <br> **v.** § <br> § <br> § <br> **BOBBY LUMPKIN, in his official capacity** § <br> as Executive Director of the Texas § <br> Department of Criminal Justice, § <br>     *Defendant*. § | **Civil Action No.: 1:23-CV-01004-RP** |

**JOINT REQUEST FOR STATUS CONFERENCE**

The Parties jointly request a telephonic status conference before December 12, 2025, if possible, to discuss the following topics:

1) Resetting the Final Pretrial Conference to a date closer to the March 30, 2026, trial setting;

2) Waiving certain requirements in the Court's Pre Trial Order (ECF No. 237) and Local Rule CV-16(f) for the March 30, 2026, trial;

3) Anticipated trial length and daily schedule;

4) Submission of proposed findings of fact and conclusions of law after the bench trial when the parties have the benefit of the trial record (rather than before trial); and

5) Whether the testimony presented and evidence submitted in connection with the preliminary injunction hearing needs to be re-presented and re-submitted at the permanent injunction hearing.

Date: November 17, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

RYAN G. KERCHER
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1700
Fax: (512) 457-4410
Wade.Johnson@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Abigail.Carter@oag.texas.gov
Brandon.Mickle@oag.texas.gov
Lauren.McGee@oag.texas.gov

Respectfully submitted.

*/s/ Wade A. Johnson*
**WADE A. JOHNSON**
Special Counsel
Texas State Bar No. 24062197

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691

ABIGAIL K. CARTER
Assistant Attorney General
Texas State Bar No. 24126376

BRANDON J. MICKLE
Assistant Attorney General
Texas State Bar No. 24123140

LAUREN MCGEE
Assistant Attorney General
Texas State Bar No. 24128835

**COUNSEL FOR DEFENDANT**

*/s/ Kevin D. Homiak*
Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email:   olsen@wtotrial.com
        homiak@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:   303.860.1331
Email:   erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:   512.623.7727
Facsimile:   512.623.7729
Email:   jeff@edwards-law.com
        david@edwards-law.com
        lisa@edwards-law.com
        paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:   432.837.4266
Facsimile:   512.692.2575
Email:   jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:   (832) 254-1500
Facsimile:   (832) 254-1501
Email:   bduke@omm.com
        cgernert@omm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that pursuant to Local Rule 7(i), counsel for Defendant conferred with counsel for Plaintiffs regarding the relief sought herein. Plaintiffs indicated that they join this request.

                                                      */s/ Wade A. Johnson*
                                                     **WADE A. JOHNSON**
                                                     Special Counsel

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on November 17, 2025, a true and correct copy of the foregoing has been electronically served using the CM/ECF system to all counsel and parties of record.

                                                       */s/ Wade A. Johnson*
                                                     **WADE A. JOHNSON**
                                                     Special Counsel