UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Bernhardt Tiede II, et al | § |
| | §    CIVIL NO: |
| vs. | §    AU:23-CV-01004-RP |
| | § |
| Bobby Lumpkin, *in his official capacity as Executive Director of Texas Department of Criminal Justice,* et al | § |

## ORDER SETTING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRETRIAL CONFERENCE** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, December 10, 2025 at 09:00 AM**.

IT IS SO ORDERED this 18th day of November, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE