UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Bernhardt Tiede II, et al | § | |
| vs. | § | |
| | § | NO:   AU:23-CV-01004-RP |
| Bobby Lumpkin, et al | § | |
| | § | |

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear for a final pretrial conference on Wednesday, March 11, 2026 at 09:00 AM in the United States Courthouse, Courtroom #4, Fifth Floor, 501 West 5th Street, Austin, Texas.

The parties should consult Local Rules CV-16(f)–(g) regarding matters to be filed in advance of the final pretrial conference. As discussed at the status conference on December 10, 2025, rules pertaining only to jury trials are waived for this bench trial. Also as discussed, the parties shall file proposed findings of fact and conclusions of law after the trial has concluded. Additionally, in their Local Rule CV-16(f)(5) identification of witnesses, the parties shall identify any witnesses who the parties propose to have testify remotely via Zoom and the reason why any such witnesses are unable to appear in person. For witnesses that the parties propose to have appear by Zoom, the parties shall file a motion to appear via Zoom on or before March 16, 2026. The parties are reminded that the Court has a strong preference for witnesses to appear in person. Each party is expected to file the materials required by Local Rule CV-16(f) as one electronic document, styled as a "Notice to the Court," with each of the 10 submissions identified in the Local Rules (as applicable) attached as an exhibit to that electronic document.

If a party deems it necessary to file any of those submissions under seal, it may file one separate electronic document, styled as a "Motion for Leave to File Under Seal," and attach those

submissions as exhibits. Any such motion should explain in detail why sealing the attached exhibits is necessary. Similar expectations govern the submissions required by Local Rule CV-16(g).

The parties' witnesses shall be available and ready to testify on trial days for the full day, including any cross-examination, redirect examination, and recross-examination. The parties are responsible for ensuring that their witnesses, including their witnesses who are called to testify by another party, are available and ready to testify without any disruption or delay to the trial. The Court warns the parties that trials often move more quickly than anticipated. The Court may impose sanctions on a party if a witness is not available to testify, including: (1) deducting allotted trial hours, (2) disallowing testimony of witnesses, or (3) imposing some other reasonable sanction.

After the trial concludes, the parties shall be prepared to submit proposed findings of fact and conclusions of law, on a timeframe to be set by the Court at or near the end of trial.  The parties shall be prepared to propose an agreed date or time frame by which they will file their respective proposed findings of fact and conclusions of law.

**SIGNED** on 10th day of December, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE