UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.; AND COALITION FOR TEXANS WITH DISABILITIES, INC., § § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |
| Plaintiffs, | |
| v. | |
| BOBBY LUMPKIN, | |
| Defendant. | |

**PLAINTIFFS' RULE 26(a)(2) DISCLOSURE OF REBUTTAL EXPERTS**

Plaintiffs Bernhardt Tiede, II, Texas Prisons Community Advocates, Lioness Justice Impacted Women's Alliance, Texas Citizens United For Rehabilitation of Errants, Inc., and Coalition for Texas With Disabilities, Inc. (collectively, Plaintiffs), make the following rebuttal expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiffs reserve the right to supplement or amend these disclosures with additional designations of expert testimony with additional evidence or to respond to any further disclosure of expert witness opinions by Defendant or alterations of same, pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence, as additional information is disclosed by Defendant.

### A. Retained Experts under Rule 26(a)(2)(B)

The following individuals, retained by Plaintiffs to provide expert testimony in this matter and previously disclosed in Plaintiffs' November 3, 2025 preliminary disclosure of expert witnesses, will also be providing rebuttal opinions as described below.

1. **Dr. Jhilam Biswas**
   c/o Wheeler Trigg O'Donnell LLP
   370 17th Street, Suite 4500
   303-144-1949

Dr. Biswas is an expert in psychiatry and forensic psychiatry in the psychiatric treatment of individuals in the criminal justice system. Dr. Biswas is board certified in forensic psychiatry by the American Board of Psychiatry and Neurology. She currently serves as the director of the Psychiatry, Law and Society Program at Brigham and Women's Hospital in Boston, Massachusetts and is on the faculty of Harvard Medical School. Dr. Biswas was disclosed in Plaintiffs' initial expert disclosures and her initial report sets forth her full qualifications.

Dr. Biswas's rebuttal report is attached as Exhibit 1. She will also discuss any additional specific conclusions of Defendant's experts that she disagrees with and the bases for any disagreements in her deposition and at trial.

Plaintiffs may ask Dr. Biswas to address additional information as discovery progresses, to supplement her initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

2. **Brian Carroll, J.D.**
   c/o Wheeler Trigg O'Donnell LLP
   370 17th Street, Suite 4500
   303-144-1949

Brian Carroll is designated as an expert in Texas procurement law. Mr. Carroll is a Texas attorney Board Certified in construction law by the Texas Board of Legal Specialization. Mr. Carroll is the managing shareholder of Sanderford & Carroll, P.C. in Belton, Texas and is an

adjunct professor of construction law at Baylor University Law School. Mr. Carroll was disclosed in Plaintiffs' preliminary disclosure and his Initial Report sets forth his full qualifications.

Mr. Carroll's rebuttal report is attached as Exhibit 2. He will also discuss any additional specific conclusions of Defendant's experts that he disagrees with and the bases for any disagreements in his deposition and at trial.

Plaintiffs may ask Mr. Carroll to address additional information as discovery progresses, to supplement his initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

    **3.**    **Dr. Susi Vassallo**
           c/o Wheeler Trigg O'Donnell LLP
           370 17th Street, Suite 4500
           303-144-1949

Dr. Vassallo is designated as an expert in toxicology, emergency room medicine, and heat and medicine and the effects on the human body. Dr. Vassallo is a clinical professor of emergency medicine at the New York University School of Medicine and worked 34 years as a doctor in the emergency department at New York City's Bellevue Hospital, the primary receiving hospital for males detained in New York City jails. Dr. Vassallo is Board Certified in emergency medicine and medical toxicology. Dr. Vassallo was disclosed in Plaintiffs' preliminary disclosure and her Initial Report sets forth her full qualifications.

Dr. Vassallo's rebuttal report is attached as Exhibit 3. She will also discuss any additional specific conclusions of Defendant's experts that she disagrees with and the bases for any disagreements in her deposition and at trial.

Plaintiffs may ask Dr. Vassallo to address additional information as discovery progresses, to supplement her initial or rebuttal reports, and to provide additional rebuttal opinions, if any additional information is disclosed.

4. **Dr. Paul Uribe**
   c/o Wheeler Trigg O'Donnell LLP
   370 17th Street, Suite 4500
   303-144-1949

Dr. Uribe is designated as an expert in forensic pathology. Dr. Uribe is the Deputy Chief Medical officer at the Fort Bend County Medical Examiner's Office and a part-time forensic pathologist for the State of Mississippi and Clark County, Nevada. Dr. Uribe is Board Certified in Forensic Pathology and Anatomic and Clinical Pathology. Dr. Uribe was disclosed in Plaintiffs' preliminary disclosure and his Initial Report sets forth his full qualifications.

Dr. Uribe's rebuttal report is attached as Exhibit 4. He will also discuss any additional specific conclusions of Defendant's experts that he disagrees with and the bases for any disagreements in his deposition and at trial.

Plaintiffs may ask Dr. Uribe to address additional information as discovery progresses, to supplement his initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

5. **Dean Williams**
   c/o Wheeler Trigg O'Donnell LLP
   370 17th Street, Suite 4500
   303-144-1949

Dean Williams is designated as an expert in corrections and prison facility management. Mr. Williams is the former executive director of the Colorado Department of Corrections (CDOC) and was awarded the Head of Service Award from the International Corrections and Prison Association. Before leading the CDOC, Mr. Williams was the Commissioner of the

Alaska Department of Corrections. Mr. Williams was disclosed in Plaintiffs' preliminary disclosure and his Initial Report sets forth his full qualifications.

Mr. Williams's rebuttal report is attached as Exhibit 5. He will also discuss any additional specific conclusions of Defendant's experts that he disagrees with and the bases for any disagreements in his deposition and at trial.

Plaintiffs may ask Mr. Williams to address additional information as discovery progresses, to supplement his initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

**6.    Shannon D. Ramey**
**Craig Steigerwalt**
**Michael Barry**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Mr. Ramey, Mr. Steigerwalt, and Mr. Berry all work for the engineering and scientific consulting firm Exponent.

**Shannon Ramey, P.E., CFEI.** Mr. Ramey is an expert in the fields of engineering, HVAC installation, and HVAC project management. He is a Principal Mechanical Engineer with over 40 years of broad experience. He received his Bachelor of Science in Mechanical Engineering from the University of Washington in 1987. He has an extensive background with building mechanical systems, machinery, building design, structural analysis, construction work, and codes. Mr. Ramey was disclosed in Plaintiffs' preliminary disclosure and his qualifications are set forth more fully in his Initial Report.

**Craig Steigerwalt, MBA, P.E., PMP, CCM, PSP.** Mr. Steigerwalt is an expert in project management and project controls. He received his Bachelor of Science in Civil Engineering from the University of Delaware in 2006. He has two decades of experience in all phases of construction

5

projects, specializing in heavy highway, utility, power generation, and mass transit projects. His past experience includes construction management, contracting, project controls, CPM scheduling, program/project management, and engineering design. Mr. Steigerwalt was disclosed in Plaintiffs' preliminary disclosure and his qualifications are set for more fully in his Initial Report.

**Dr. Michael Barry, Ph.D., P.E., CFEI.** Dr. Barry is an expert in mechanical engineering and HVAC design. He received his Bachelor of Science in Mechanical Engineering from Rutgers University in 2004, his Master's of Science in Mechanical Engineering from Rutgers University in 2005, and his PhD in Mechanical Engineering from the Massachusetts Institute of Technology in 2014. Dr. Barry was disclosed in Plaintiffs' preliminary disclosure and his qualifications are set forth more fully in his Initial Report.

As is common practice on HVAC design and construction projects, Dr. Berry, Mr. Ramey, and Mr. Steigerwalt collaborated to prepare a single rebuttal report. Exponent's rebuttal report is attached as Exhibit 6. He will also discuss any additional specific conclusions of Defendant's experts that he disagrees with and the bases for any disagreements in his deposition and at trial. Plaintiffs may ask Exponent to address additional information as discovery progresses, to supplement his initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

    7.    **Dr. Julie Skarha**
c/o Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
303-144-1949

Dr. Skarha is designated as an expert in epidemiology. Dr. Skarha is a Post-Doctoral Associate in the Department of Mathematics and Statistics at the University of Vermont. She received a PhD in epidemiology from the School of Public Health at Brown University and worked

as Public Health Data Analyst at the Vermont Department of Health. Dr. Skarha was disclosed in Plaintiffs' preliminary disclosure and her Initial Report sets forth her full qualifications.

Dr. Skarha's rebuttal report is attached as Exhibit 7. She will also discuss any additional specific conclusions of Defendant's experts that she disagrees with and the bases for any disagreements in her deposition and at trial.

Plaintiffs may ask Dr. Skarha to address additional information as discovery progresses, to supplement her initial or rebuttal reports, and to provide additional rebuttal opinions, when additional information is disclosed by Defendant.

    **B.**    **Non-Retained Experts under Rule 26(a)(2)(C)**

    **1.**    **Michele Deitch**
          LBJ School of Public Affairs, University of Texas – Austin
          2315 Red River St., Stop E2700
          Sid Richardson Hall, Unit 3
          Austin, TX 78712-1536
          512-471-3200

Professor Deitch was previously disclosed. She is an expert in prison conditions and prison policy. If called to testify at trial, she will offer rebuttal opinions consistent with those she provided during her testimony in the preliminary injunction hearing in this case—including (but not limited to) opinions regarding TDCJ's heat-mitigation measures, staffing issues, inmate population growth and overcrowding, complaints by corrections officers, and need for permanent air conditioning.

    **2.**    **Rodney Moss**
          2626 Cole Avenue, Suite 510
          Dallas, TX 75204

Mr. Moss will offer rebuttal opinions regarding the availability and number of general contractors that can install (or design and install) air conditioning in TDCJ prisons.

DATED this 17th day of December, 2025.   Respectfully submitted,

/s/ Kevin D. Homiak
Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email:   olsen@wtotrial.com
         homiak@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:   303.860.1331
Email:   erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:   512.623.7727
Facsimile:   512.623.7729
Email:   jeff@edwards-law.com
         david@edwards-law.com
         lisa@edwards-law.com
         paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:     432.837.4266
Facsimile:      512.692.2575
Email:   jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:  (832) 254-1500
Facsimile:   (832) 254-1501
Email:        bduke@omm.com
                    cgernert@omm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on December 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email.

                                                     */s/ Kevin D. Homiak*
                                                     Kevin D. Homiak