IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BERNHARDT TIEDE, II;** § <br> **TEXAS PRISONS COMMUNITY** § <br> **ADVOCATES; LIONESS** § <br> **JUSTICE IMPACTED WOMEN'S** § <br> **ALLIANCE; TEXAS CITIZENS UNITED** § <br> **FOR REHABILITATION OF ERRANTS;** § <br> **and COALITION FOR TEXANS** § <br> **WITH DISABILITIES,** § <br> *Plaintiffs*, § <br> **v.** § <br> § <br> § <br> **BOBBY LUMPKIN, in his official capacity** § <br> **as Executive Director of the Texas** § <br> **Department of Criminal Justice,** § <br> *Defendant*. § | **Civil Action No.: 1:23-CV-01004-RP** |

**FILED**
February 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
DEPUTY

### ORDER GRANTING THE PARTIES' JOINT MOTION TO MOVE FINAL PRETRIAL CONFERENCE

On this day, the Court considered the Parties' Joint Motion to Move Final Pretrial Conference. After considering the Motion, the Court finds that good cause exists to move the Final Pretrial Conference from its current March 6, 2026 setting (Dkt. 278).

It is hereby **ORDERED** that the Parties' Joint Motion to Move Final Pretrial Conference is **GRANTED**.

The Final Pretrial Conference is now set for March 19, 2026 at 9:30 A.M. The remaining associated deadlines under Local Rule CV-16(f) for this bench trial are as follows:

February 25, 2026 – Deadline for the parties to (i) file their respective witness lists and deposition designations, (ii) identify any witnesses who the parties propose to have testify remotely via Zoom, and (iii) identify any witnesses who the parties know (or expect) to be unavailable to testify live at trial under Rule 32(a)(4) of the Federal Rules of Civil Procedure such that the parties intend to present their testimony exclusively via trial preservation deposition or deposition designations;

<u>March 2, 2026</u> – Deadline for the parties to file their respective exhibit lists and any counter deposition designations;

<u>March 9, 2026</u> – Deadline to file any objections to (i) deposition testimony designated or counter designated by the other party; and (ii) the parties' exhibits; and

<u>March 16, 2026</u> – Deadline to file motion a witness to appear via Zoom.

The foregoing deadlines do not affect the parties' ability to present designated deposition testimony via Rule 32(a)(3) of the Federal Rules of Civil Procedure.

The parties shall file proposed findings of fact and conclusions of law after the trial has concluded, on a specific deadline to be determined by the Court during trial.

**SIGNED** on this  9th   day of _____February_____, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE