FILED
March 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-1004-RP |
| BOBBY LUMPKIN, | § § | |
| Defendant. | § § | |

## ORDER

Before the Court are Defendant Bobby Lumpkin's ("Defendant") Motion for Summary Judgment, (Dkt. 251), Plaintiffs Coalition for Texans with Disabilities, Inc., Lioness Justice Impacted Women's Alliance, Texas Citizens United for Rehabilitation of Errants, Inc., Texas Prisons Community Advocates, and Bernhardt Tiede, II's ("Tiede") (together, "Plaintiffs") Response, (Dkt. 257), and Defendant's Reply, (Dkt. 262).

The Court notes that Plaintiffs' Response to Defendant's Motion for Summary Judgment does not address Defendant's assertion that Plaintiff Tiede failed to exhaust administrative remedies under the Prison Litigation Reform Act ("PLRA"). (*See* Mot., Dkt. 251, at 21–22; Reply, Dkt. 262, at 4). Federal Rule of Civil Procedure 56(e) provides that, when considering a motion for summary judgment, "[i[f a party fails to properly . . . address another party's assertion of fact as required by Rule 56(c), the court may . . . give an opportunity to properly support or address the fact." Fed. R. Civ. P. 56(e). In the interest of fully and carefully adjudicating all issues in this case, the Court will direct Plaintiffs to address Defendant's assertion that Tiede has failed to exhaust as required by the PLRA.

Therefore, **IT IS ORDERED** that Plaintiffs shall file a response addressing Tiede's exhaustion under the PLRA, which is not to exceed four (4) pages,[1] **on or before March 6, 2026**. Defendant may file a reply, also not to exceed four (4) pages, **on or before March 10, 2026**.

**SIGNED** on March 2, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Page limits for both sides are exclusive of the caption, the signature block, any certificate, and any accompanying documents