UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BERNHARDT TIEDE , II; TEXAS PRISONS COMMUNITY ADVOCATES; LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.; AND COALITION FOR TEXANS WITH DISABILITIES, INC., <br><br>　　　　　Plaintiffs, <br>v. <br><br>BOBBY LUMPKIN, <br><br>　　　　　Defendant. | § § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |

## PLAINTIFFS' RULE 26(a)(2) SUPPLEMENTAL EXPERT DISCLOSURES

Plaintiffs Bernhardt Tiede, II, Texas Prisons Community Advocates, Lioness Justice Impacted Women's Alliance, Texas Citizens United For Rehabilitation of Errants, Inc., and Coalition for Texas With Disabilities, Inc. (collectively, Plaintiffs), make the following supplemental expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiffs reserve the right to supplement or amend these disclosures with additional designations of expert testimony with additional evidence or to respond to any further disclosure of expert witness opinions by Defendant or alterations of same, pursuant to the Federal Rules of Civil Procedure and Federal Rules of Evidence.

A. **Retained Experts under Rule 26(a)(2)(B)**

The following individuals have been retained by Plaintiffs to provide expert testimony in this matter:

1. **Dr. Paul Uribe**
    c/o Wheeler Trigg O'Donnell LLP
    370 17th Street, Suite 4500
    303-144-1949

Dr. Uribe is designated as an expert in forensic pathology. Dr. Uribe is the Deputy Chief Medical officer at the Fort Bend County Medical Examiner's Office and a part-time forensic pathologist for the State of Mississippi and Clark County, Nevada. Dr. Uribe is Board Certified in Forensic Pathology and Anatomic and Clinical Pathology.

Dr. Uribe's qualifications and opinions are set forth in his initial report (dated October 31, 2025) and his rebuttal report (dated December 17, 2025).

In addition to the facts and data identified in his initial and rebuttal reports, Dr. Uribe provides this supplemental report based on recently disclosed documents, **Exhibit 1**.

DATED this 12th day of March, 2026.   Respectfully submitted,

/s/ Erica Grossman
Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:   303.860.1331
Email:   erica@hheglaw.com

Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email:   olsen@wtotrial.com
            homiak@wtotrial.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:   jeff@edwards-law.com
             david@edwards-law.com
             lisa@edwards-law.com
             paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575
Email:   jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:  (832) 254-1500
Facsimile:  (832) 254-1501
Email:       bduke@omm.com
             cgernert@omm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

**I HEREBY CERTIFY** that on March 12, 2026, I electronically filed the foregoing on all counsel of record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following emails:

- **Michael Jason Calb**
  michael.calb@oag.texas.gov, james.rheams@oag.texas.gov, courtney.sawhill@oag.texas.gov

- **Abigail Kathryn Carter**
  abigail.carter@oag.texas.gov, stephanie.greger@tdcj.texas.gov, jennifer.childress@tdcj.texas.gov, Lesli.Fitzpatrick@tdcj.texas.gov, James.Rheams@oag.texas.gov, Britney.Mcfield@oag.texas.gov, eric.miller@tdcj.texas.gov, gloriana.ojeda@oag.texas.gov

- **Alyssa C Cervantes**
  alyssa.cervantes@oag.texas.gov, carlos.samudio@oag.texas.gov

- **Lauren Elise Saeger**
  lauren.saeger@oag.texas.gov, amaireny.rodriguez@oag.texas.gov

- **Kyle S. Tebo**
  kyle.tebo@aog.texas.gov, bonnie.freymuth@oag.texas.gov

- **Wade A. Johnson**
  wade.johnson@aog.texas.gov, amaireny.rodriguez@oag.texas.gov, bonnie.freymuth@oag.texas.gov, jessica.yvarra@oag.texas.gov, tamera.martinez@oag.texas.gov

- **Lauren Elizabeth McGee**
  lauren.mcgee@oag.texas.gov, jennifer.foster@oag.texas.gov

- **Brandon Joshua Mickle**
  brandon.mickle@oag.texas.gov, courtney.sawhill@oag.texas.gov

- **Adrianna Nicole Perez**
  adrianna.perez@oag.texas.gov, gloriana.ojeda@oag.texas.gov, deborah.woltersdorf@oag.texas.gov

- **Ryan G. Kercher**
  ryan.kercher@oag.texas.gov, amaireny.rodriguez@oag.texas.gov, bonnie.freymuth@oag.texas.gov, jessica.yvarra@oag.texas.gov, ryan.kercher@gmail.com, tamera.martinez@oag.texas.gov

- **Lauren Hunt Brogdon**
  lauren.brogdon@haynesboone.com, edna.taylor@haynesboone.com

- **Jodi Callaway Cole**
  jcole@jodicole.com, hprice@jodicole.com, acallaway@jodicole.com

- **Brandon W. Duke**
  bduke@omm.com, aberkowitz@omm.com, brandon--duke--2108@ecf.pacerpro.com

- **Caitlin E. Gernert**
  cgernert@omm.com, caitlin.gernert@gmail.com, caitlin-gernert-4451@ecf.pacerpro.com

- **Jeremy James Marshall**
  jmarshall@omm.com

- **Molly Billings Shuminer**
  mshuminer@omm.com, molly-shuminer-0970@ecf.pacerpro.com

- **Kevin D. Homiak**

homiak@wtotrial.com, mellett@wtotrial.com

- **Audrey Pham**
  pham@wtotrial.com

- **Marissa Carolyn Joers**
  joers@wtotrial.com

- **Kai Alexander Thompson**
  kthompson@wtotrial.com

- **Joe Henry Legan**
  legan@wtotrial.com

- **Michael Roger Krantz**
  krantz@wtotrial.com, lorubbio@wtotrial.com

- **Thomas Austin Jones Olsen**
  olsen@wtotrial.com, koehler@wtotrial.com, umaguing@wtotrial.com

- **Erica Grossman**
  erica@hheglaw.com, brooke@hheglaw.com

- **Kristin Leigh McGough**
  kmcgough@winston.com, kristin-mcgough-7066@ecf.pacerpro.com, ecf_houston@winston.com

- **Matthew Wilson Frost**
  mfrost@winston.com

- **Molly Beryl Petchenik**
  molly@texascivilrightsproject.org, latoya@texascivilrightsproject.org, 1735004420@filings.docketbird.com

- **Dustin Rynders**
  dustin@texascivilrightsproject.org, georgina@texascivilrightsproject.org

- **Paul G Samuel**
  paul@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, stephen@edwards-law.com

- **Jeffrey S. Edwards**
  jeff@edwards-law.com, jeffedwardslaw@gmail.com, carson@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, breann@edwards-law.com, lisa@edwards-law.com, marlee@edwards-law.com, stephen@edwards-law.com, ben@edwards-law.com, paul@edwards-law.com, david@edwards-law.com, walker@edwards-law.com

- **David Anthony James**
  david@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com

- **Michael Singley**
  mike@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com

- **Lisa A. Snead**
  lisa@edwards-law.com, carson@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, ben@edwards-law.com, stephen@edwards-law.com

                                          */s/ Brooke Thiele-LaForest*
                                          Brooke Thiele-LaForest, Paralegal