**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II;** | § | |
| **TEXAS PRISONS COMMUNITY** | § | |
| **ADVOCATES; BUILD UP, INC. A/K/A** | § | |
| **JUSTICE IMPACTED WOMEN'S** | § | |
| **ALLIANCE; TEXAS CITIZENS UNITED** | § | |
| **FOR REHABILITATION OF ERRANTS;** | § | |
| **and COALITION FOR TEXANS** | § | |
| **WITH DISABILITIES,** | § | |
| *Plaintiffs*, | § | **Civil Action No.: 1:23-CV-01004-RP** |
| **v.** | § | |
| | § | |
| | § | |
| **BOBBY LUMPKIN, in his official capacity** | § | |
| **as Executive Director of the Texas** | § | |
| **Department of Criminal Justice,** | § | |
| *Defendant*. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR LEAVE FOR DR. NICHOLAS RAVENELLI TO APPEAR BY ZOOM**

On this day the Court considered Defendant's Unopposed Motion for Dr. Nicholas Ravenelli to Appear by Zoom [Dkt. 300]. After consideration, the Court is of the opinion that Motion is meritorious and hereby GRANTS the motion.

Therefore, it is ORDERED that Defendant's expert witness, Dr. Nicholas Ravenelli may appear and testify by Zoom.

SIGNED on _____, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE