**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BERNHARDT TIEDE, II;** | § | |
| **TEXAS PRISONS** | § | |
| **COMMUNITY** | § | |
| **ADVOCATES; BUILD UP, INC. A/K/A** | § | |
| **JUSTICE IMPACTED WOMEN'S** | § | |
| **ALLIANCE; TEXAS CITIZENS UNITED** | § | |
| **FOR REHABILITATION OF ERRANTS;** | § | |
| **and COALITION FOR TEXANS** | § | **CIVIL ACTION NO.: 1:23-CV-01004-RP** |
| **WITH DISABILITIES**, | § | |
| *Plaintiffs,* | § | |
| V. | § | |
| | § | |
| | § | |
| **BOBBY LUMPKIN, in his official** | § | |
| **capacity as Executive Director of the** | § | |
| **Texas Department of Criminal Justice,** | | |
| *Defendant.* | | |

**DEFENDANT'S SUPPLEMENTAL DEPOSITION**
**DESIGNATIONS AND TESTIMONY BY**
**DEPOSITION LIST**

Defendant files the following supplemental deposition designations and testimony by deposition list to include two of Plaintiffs' expert witnesses. Plaintiffs recently confirmed, in writing, they would not be calling Julie Skarha and Antonelli Zanobetti at trial, two of Plaintiffs' testifying witnesses at the preliminary injunction hearing in this matter. Both individuals are authors on a report which Plaintiffs have frequently referenced throughout this case's litigation.

Defendant originally listed both expert witnesses on his trial witness list as "Expects to Call." Considering (1) the importance that Plaintiffs have placed on both expert witnesses' report(s), and (2) that both parties traveled to the east coast to complete several deposition for this case (including the depositions of these expert witnesses), Defendant was surprised that Plaintiffs listed only expert witness Julie Skarha on their trial witness list, and only a "may call" at that.

Expert witness Zanobetti was not listed among Plaintiffs' trial witnesses.

Plaintiffs' trial designations prompted Defendant to inquire with Plaintiffs' counsel about these two witnesses' appearances at trial. In response, Defendant was told in writing on March 10, 2026, that Plaintiffs would not be calling expert witness Zanobetti, and that Plaintiffs would "not guarantee to call"[1] expert witness Skarha.

Defendant hereby files this amended deposition designation list and testimony by deposition list to include portions of these two witnesses' deposition transcripts. Plaintiffs have not agreed to produce them, both individuals reside out of state and more than one hundred miles away. The inclusion of these deposition designations poses no risk of surprise to either party, as both parties were present for both depositions. Moreover, as Plaintiffs' counsel has stated in writing while explaining the reasons for the designations in their witness lists, "both sides had the opportunity to (and did) depose each other's experts to examine the bases of their opinions, and that is all that the rules require."[2]

Prior deposition designations and testimony by deposition are incorporated herein, and the following designations are not intended to replace Defendant's witness list and/or designations previously filed. (ECF. nos. 283, 283-1). The following designations are supplemental. Defendant respectfully submits the following:

**Julie Skarha – Deposition Dated 1/29/2026**

| Page | Line(s) |
|------|---------|
| 13 | 2 - 7 |
| 16 | 19 - 25 |

---

[1] Email from Plaintiffs' Counsel, Mr. Kevin Homiak, to Defendant's Counsel, dated 3/10/2026.
[2] *Id.*

| | |
|---|---|
| 17 | 1 - 21 |
| 18 | 2 - 5 |
| 46 | 19 - 25 |
| 47 | 1 - 25 |
| 48 | 1 - 25 |
| 49 | 1 - 25 |
| 50 | 1 - 25 |
| 51 | 1 - 25 |
| 52 | 1 - 25 |
| 54 | 15 - 25 |
| 55 | 1 - 16 |
| 56 | 10- 23 |
| 57 | 7- 19 |
| 59 | 4 - 25 |
| 60 | 1 - 25 |
| 61 | 1 - 5 |
| 64 | 1 - 24 |
| 65 | 15 - 19 |
| 67 | 25 |
| 68 | 1 - 7 |
| 70 | 21 - 25 |
| 71 | 1 - 3, 15 - 24 |
| 78 | 13 - 25 |
| 79 | 1 - 25 |
| 80 | 1 - 25 |
| 81 | 1 - 7 |

| 91 | 9 - 20 |
| 97 | 11 - 19 |
| 108 | 5 - 25 |
| 109 | 1 - 14 |
| 114 | 7 - 25 |
| 115 | 1 - 25 |

**Antonella Zanobetti – Deposition Dated 2/2/2026**

| **Page** | **Line(s)** |
| --- | --- |
| 27 | 12 - 25 |
| 28 | 1 - 25 |
| 29 | 1- 19 |
| 32 | 11 - 13 |
| 57 | 21 - 25 |
| 58 | 1 - 3 |
| 58 | 20 - 25 |
| 59 | 1 |
| 60 | 9 - 13 |
| 73 | 16 - 19 |
| 85 | 8 - 25 |
| 86 | 1 - 25 |
| 87 | 1 - 2 |
| 90 | 17 - 25 |
| 91 | 1 - 11 |
| 108 | 1 - 7 |
| 112 | 1 - 15 |

| 117 | 6 - 25 |
| 118 | 1 - 25 |
| 119 | 1 - 25 |
| 120 | 1 - 25 |
| 121 | 1 - 25 |
| 122 | 1 - 25 |
| 123 | 1 - 25 |
| 124 | 1 - 25 |
| 125 | 1 - 25 |
| 126 | 1 - 25 |
| 127 | 1 - 25 |
| 128 | 1 - 25 |
| 129 | 1 - 25 |

### TESTIMONY BY DEPOSITION

Defendant identifies the following supplemental witness list. These witnesses' testimony Defendant expects to present by deposition at trial in this case. Defendant offers this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and (4) because the witnesses are adverse parties or are located more than 100 miles from the place of trial. Defendant reserves the right to amend or supplement these designations and objections in response to depositions or testimony that Plaintiffs may offer at trial. Should any of the witnesses designated herein testify live during the trial, Defendant asks the Court to consider those witnesses' deposition designations to be withdrawn.

| Witness Name |
|---|
| Dr. Julie Skarha |
| Dr. Antonella Zanobetti |

Date: March 18, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

RYAN G. KERCHER
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1700
Fax: (512) 457-4410
Ryan.Kercher@oag.texas.gov
Wade.Johnson@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Abigail.Carter@oag.texas.gov
Brandon.Mickle@oag.texas.gov
Lauren.McGee@oag.texas.gov
Lauren.Saeger@oag.texas.gov

Respectfully submitted.

*/s/ Wade A. Johnson*
WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691

ABIGAIL K. CARTER
Assistant Attorney General
Texas State Bar No. 24126376

BRANDON J. MICKLE
Assistant Attorney General
Texas State Bar No. 24123140

LAUREN MCGEE
Assistant Attorney General
Texas State Bar No. 24128835

LAUREN E. SAEGER
Assistant Attorney General
TEXAS BAR NO. 24149365

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on March 18, 2026, a true and correct copy of the foregoing has been electronically served using the CM/ECF system to all counsel and parties of record.

*/s/ Wade A. Johnson*
**WADE A. JOHNSON**
Deputy Chief, Special Litigation Division

2