# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS PRISONS COMMUNITY ADVOCATES; AND TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOBBY LUMPKIN, in his official capacity as Executive Director of the Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |

## PLAINTIFFS' FOURTH[1] AMENDED TRIAL EXHIBIT LIST

---

[1] The PDFs of the two exhibits highlighted in orange have been updated in the ShareFile previously sent to Defendant. PX 424 was updated to the most recent version of the document. PX 580 was not previously marked as an exhibit, but it was previously disclosed as Exhibit 7 to Ron Hudson's deposition. Every exhibit on Plaintiffs' Fourth Amended Trial Exhibit List— including the updated version of PX 424 and new PX 580—was provided to the Court in an external hard drive on March 26, 2026.

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 1 | *Development of Heat Pyrexia* by Joseph Gold (July 16, 1960) | | | |
| 2 | *Acute Heat Stroke: Epidemiologic, Biochemical, Renal, and Coagulation Studies* by Thomas F. O'Donnell, Jr. (Nov. 24, 1975) | | | |
| 3 | *Morbidity and Mortality Associated With the July 1980 Heat Wave in St. Louis and Kansas City, MO* by Stephen Jones (June 25, 1982) | | | Yes (PI Hearing)[1] |
| 4 | *Extreme High-Temperature Events: Changes in Their Probabilities with Changes in Mean Temperature* by Mearns, Katz and Schneider (Dec. 1, 1984) | | | |
| 5 | *Heat-Related Illnesses and Deaths — United States, 1994–1995* by MWWR (June 30, 1995) | | | |
| 6 | *Heat-Related Deaths During the July 1995 Heat Wave in Chicago* by Jan C. Semenza (July 11, 1996) | | | Yes (PI Hearing) |
| 7 | *Heat-Related Death and Mental Illness During the 1999 Cincinnati Heat Wave* by Reinhard Kaiser, et al. (Sept. 3, 2001) | | | |
| 8 | *Southern Medical Journal: Drug-Associated Heat Stroke* (August 1, 2002) | | | |

---

[1] Per the parties' agreement on the record at the December 10, 2025 status conference, the Court may consider any evidence and testimony introduced in connection with Plaintiffs' Emergency Motion for Preliminary Injunction and Request for Expedited Hearing (Dkt. 50) in deciding Plaintiffs' request for permanent injunction. That evidence "need not be repeated at [the] trial" on Plaintiffs' request for a permanent injunction. Fed. R. Civ. P. 65(a)(2). Accordingly, Plaintiffs have included as Plaintiffs' Exhibits 1-277 the exhibits listed on Plaintiffs' Second Amended Exhibit List of Exhibits for Preliminary Injunction Hearing (Dkt. 164) and indicated which of those exhibits were admitted by the Court at the Preliminary Injunction Hearing.

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 9 | *Future Climate: What We Know, What We Don't Know* by Linda O. Mearns (Oct. 10, 2002) | | | |
| 10 | *Changing Heat-Related Mortality in the United States* by Robert E. Davis (Nov. 1, 2003) | | | Yes (PI Hearing) |
| 11 | *Excessive Heat Events Guidebook* as published by the U.S. EPA Office of Atmospheric Programs (March 1, 2006) | | | Yes (PI Hearing) |
| 12 | *Dividing the Waters – High Resolution Climate Scenarios* by L. O. Mearns (May 14, 2007) | | | |
| 13 | *Prognostic Factors in Heat Wave-Related Deaths: A Meta-Analysis* by Abderrezak Bouchama (Nov. 12, 2007) | | | Yes (PI Hearing) |
| 14 | *Drug-Induced Hyperhidrosis and Hypohidrosis* by William P. Cheshire, Jr., et al. (2008) | | | |
| 15 | *The 2006 California Heat Wave: Impacts on Hospitalizations and Emergency Department Visits* by Kim Knowlton (Jan. 1, 2009) | | | Yes (PI Hearing) |
| 16 | *Heat-Related Illnesses During the 2003 Heat Wave in an Emergency Service* by M. Oberlin, et al. (July 8, 2009) | | | |
| 17 | *The Effects of Temperature and Use of Air Conditioning on Hospitalizations* by Ban Ostro (Sept. 9, 2010) | | | Yes (PI Hearing) |
| 18 | *The Impact of Extreme Heat on Morbidity in Milwaukee, Wisconsin* by Bo Li, et al. (June 8, 2011) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 19 | Temperature Log from the Texas Department of Criminal Justice's Hutchins Unit (July 15, 2011) | | | |
| 20 | *Diagnosis and Treatment of Drug-Induced Hyperthermia* by Megan E. Musselman, et al. (Jan. 1, 2013) | | | |
| 21 | Deposition of Roy Storie in *McCollum v. Livingston*, No. 312-cv-02037, USDC ND TX (March 4, 2014) | | | |
| 22 | *Identifying Individual Risk Factors and Documenting the Pattern of Heat-Related Illness through Analyses of Hospitalization and Patterns of Household Cooling* by Michael T. Schmeltz (March 5, 2015) | | | |
| 23 | *Multiple Trigger Points for Quantifying Heat-Health Impacts: New Evidence from a Hot Climate* by Diana B. Petitti (Feb. 1, 2016) | | | Yes (PI Hearing) |
| 24 | National Weather Service Heat Index Chart (Feb. 26, 2016) | | | Yes (PI Hearing) |
| 25 | Deposition of Bryan Collier in *McCollum v. Livingston*, No. 414-cv-3253 in the USDC SD TX (March 30, 2016) | | | |
| 26 | Testimony of Susanna Vassallo in *Bailey v. Livingston*, No. 414-cv-01698, USDC SD TX (June 1, 2016) | | | |
| 27 | Testimony of Phyllis McWhorter in *Cole v. Collier*, No. 414-cv-1698, USDC SD TX (June 23, 2017) | | | |
| 28 | Old Autopsies, Part 1 (filed June 29, 2017) | | | Yes (PI Hearing) |
| 29 | Old Autopsies, Part 2 (filed June 29, 2017) | | | Yes (PI Hearing) |

3

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 30 | Orders and Discovery Responses, _Webb v. Livingston_, _Cole v. Livingston_, and _Cole v. Collier_ | | | |
| 31 | Texas Department of Criminal Justice's Health Services Liaison Facility Types List | | | Yes (PI Hearing) |
| 32 | _"Cooking Them to Death" The Lethal Toll of Hot Prisons_ by Maurice Chammah (Oct. 11, 2017) | | | |
| 33 | _Risk Characterization of Hospitalizations for Mental Illness and/or Behavioral Disorders with Concurrent Heat-Related Illness_ by Michael T. Schmeltz, et al. (Oct. 16, 2017) | | | Yes (PI Hearing) |
| 34 | _Interim Report 2018_ by the House Committee on Corrections of the Texas House of Representatives (Nov. 16, 2018) | | | |
| 35 | _Influence of Heat Waves on Daily Hospital Visits for Mental Illness in Jinan, China – A Case-Crossover Study_ by Xuena Liu, et al. (Dec. 30, 2018) | | | Yes (PI Hearing) |
| 36 | _Correctional Managed Health Care Policy Manual, Heat Stress, D-27.2, Effective Date 05/28/2019_, as published by the Texas Department of Criminal Justice (May 28, 2019) | | | Yes (PI Hearing) |
| 37 | TBCJ 205th Meeting Minutes (June 21, 2019) | | | |
| 38 | Hearing transcript, _Cole v. Collier_ (Sept. 10, 2019) | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 39 | *Guidelines for Completing the Health Summary for Classification Form Policy A-08.4, Attachment A*, as published by the Texas Department of Criminal Justice (Nov. 5, 2019) | | | |
| 40 | TDCJ's Seasonal Preparedness Memos and Communications, Mr. Collier's Response to RFP # 4 | | | |
| 41 | TBCJ 208th Meeting Minutes (Dec. 12, 2019) | | | |
| 42 | *Heat-Related Deaths – United States, 2004-2018* by Ambarish Vaidyanathan (June 19, 2020) | | | Yes (PI Hearing) |
| 43 | *The Implications of Hypothalamic Abnormalities for Schizophrenia* by Hans-Gert Bernstein, et al. (2021) | | | Yes (PI Hearing) |
| 44 | *Use of Multiple Anticholinergic Medications Can Predispose Patients to Severe Non-exertional Hyperthermia* by Ahila Manivannan, et al. (March 23, 2021) | | | Yes (PI Hearing) |
| 45 | *After Sweltering Temperatures Killed Texas Prisoners, Lawmakers Vote to Install Air Conditioning* by The Texas Tribune (May 14, 2021) | | | Yes (PI Hearing) |
| 46 | *Global, Regional, and National Burden of Mortality Associated with Non-Optimal Ambient Temperatures from 2000 to 2019: a Three-Stage Modelling Study* as published by the Lancet (July 1, 2021) | | | Yes (PI Hearing) |
| 47 | *The Causal Effect of Heat on Violence: Social Implications of Unmitigated Heat Among the Incarcerated* by the National Bureau of Economic Research (July 1, 2021) | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 48 | TDCJ's Purchase Orders for Temporary Air Conditioning Units | | | |
| 49 | _Extreme Weather in Texas_ by Texas A&M University (Oct. 7, 2021) | | | |
| 50 | _Antipsychotic Medication – Induced Hyperthermia Leading to Cerebrovascular Accident: A Case Report_ by Karimah Best, et al. (Oct. 11, 2021) | | | Yes (PI Hearing) |
| 51 | Michelle Deitch CV | | | |
| 52 | Correctional Managed Health Care Policy Manual No. H-65.1 (Nov. 22, 2021) | | | |
| 53 | Lioness Members Outside Data - AEO | | | |
| 54 | _Association of Extreme Heat With All-Cause Mortality in the Contiguous US, 2008-2017_ by Sameed Ahmed | | | Yes (PI Hearing) |
| 55 | _Extreme Temperatures and Covid19 in Texas Prisons_ by J. Carlee Purdum, Ph.D. et al. (July 2022) | | | Yes (PI Hearing) |
| 56 | _Temperatures Inside Texas Prison Units Regularly Reach 110 Degrees, new report says_ by Claire Colbert (July 23, 2022) | | | |
| 57 | _Temperature Inside Baking Texas Prisons With No AC Regularly Hits 110 Degrees, Study Finds_ by Josh Marcus (July 26, 2022) | | | |
| 58 | _Drug-Induced Hyperthermia Review_ by Michael Horseman, et al. (July 26, 2022) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 59 | *New Study Details How Extreme Heat is Affecting Texas Prisons* by Texas Standard (July 29, 2022) | | | |
| 60 | *Incarceration Rate Report – Highest and Lowest August 1, 2022*, published by the Texas Commission on Jail Standards (Aug. 1, 2022) | | | |
| 61 | *'I Thought I Was Going to Die There.' What's it's Like to Live with Rising Temperatures in Prison* by Hannah Grabenstein (Aug. 19, 2022) | | | |
| 62 | Lioness Members Inside Data - AEO | | | Yes (PI Hearing) |
| 63 | Communications Between Dr. Dominick and Collier, TIEDE_DEF0110695 (Aug. 23, 2022) | | | |
| 64 | *In a Sweltering Texas Jail, Cool Towels but No Air-Conditioners* by NY Times (Aug. 26, 2022) | | | |
| 65 | TDCJ Fiscal Year 2023 Operating Budget (Aug. 26, 2022) | | | |
| 66 | *Heatwaves kill more Americans than hurricanes, tornadoes and floods*, published by The Economist (Sept. 3, 2022) | | | |
| 67 | *Preparing Patients with Serious Mental Illness for Extreme Heat* by Carol Lim, et a (Sept. 2022) | | | |
| 68 | TDCJ Joint Budget Hearing (Sept. 30, 2022) | | | |
| 69 | TBCJ 225th Meeting Minutes (Oct. 14, 2022) | | | Yes (PI Hearing) |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 70 | *Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons* and Supplement by Julianne Skarha et al. (Nov. 2, 2022) | | | Yes (PI Hearing) |
| 71 | TX Prison Heat Averages 2022-2023 | | | |
| 72 | *Statistical Report Fiscal Year 2023* as published by the Texas Department of Criminal Justice | | | |
| 73 | *2022 Associations Between Extreme Temperatures and Cardiovascular Cause-Specific Mortality: Results From 27 Countries* by Barrak Alahmad, et al. (Jan. 3, 2023) | | | Yes (PI Hearing) |
| 74 | TBCJ 227th Meeting Minutes (Feb. 10, 2023) | | | |
| 75 | *Heat-Related Mortality in U.S. State and Private Prisons: A Case-Crossover Analysis* by Julianne Skarha et al. (March 1, 2023) | | | Yes (PI Hearing) |
| 76 | *Schizophrenia Pinpointed as a Key Factor in Heath Deaths* by Warren Cornwall (March 17, 2023) | | | Yes (PI Hearing) |
| 77 | Charlie Malouff Testimony for HB1355 (March 24, 2023) | | | |
| 78 | Charlie Malouff Testimony for HB2950 (March 24, 2023) | | | |
| 79 | Charlie Malouff Testimony for HB1708 (March 24, 2023) | | | |
| 80 | TBCJ 228th Meeting Minutes (April 21, 2023) | | | |
| 81 | Picture of Mr. Bernhardt Tiede II (2023) | | | Yes (PI Hearing) |
| 82 | TBCJ 229th Meeting Minutes (June 23, 2023) | | | |
| 83 | *'Man Down!': Surviving the Texas Heat in Prisons Without Air-conditioning* by NY Times (June 29, 2023) | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 84 | Email from John Pulvino (UTMB) to TDCJ and TTUHSC entitled "June 23 Heat Injury Report," Bates No. TIEDE_DEF0107957 (June 30, 2023) | | | Yes (PI Hearing) |
| 85 | Attachment to Pulvino Email, Entitled "Heat Related Illnesses Report," TIEDE_DEF0107958 (June 30, 2023) | | | Yes (PI Hearing) |
| 86 | *Inmates are Dying in Stifling Texas Prisons, but the State Seldom Acknowledges Heat as a Cause of Death* by TEX. TRIBUNE (July 3, 2023) | | | |
| 87 | *People in Prison Struggle to Survive Unrelenting Heat Without Air Conditioning* by PBS News Weekend (July 15, 2023) | | | |
| 88 | *Texas Says No Inmates Have Died Due to Stifling Heat in its Prisons Since 2012. Some Data May Suggest Otherwise*, as published by CBS News | | | |
| 89 | Email Complaint re: Hughes Unit Demonstrating How Staffing Issues Hurt Respite Access, TIEDE_DEF0109642 (July 19, 2023) | | | |
| 90 | *Texas Prisons Are Cooking People Alive. Are We Okay With That? Part 1 in a series about heat in prison*, published by the Austin Chronicle (Aug. 11, 2023) | | | |
| 91 | *Extreme Heat and Suicide Watch Incidents Among Incarcerated Men* by David H. Cloud, et al. (Aug. 11, 2023) | | | Yes (PI Hearing) |
| 92 | *The State Claims No One Is Dying From 120+°F in Prisons, Part 2 The State's Response to the Prison Heat Crisis*, published by the Austin Chronicle (Aug. 18, 2023) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 93 | *'Why Didn't They Just Kill Us?' Three Women Talk About Life in a Texas Prison Without AC* by KUT News (Aug. 18, 2023) | | | |
| 94 | *As the death toll in stifling Texas prisons climbs, congressional Democrats ask for investigation* by Jodie McCullough (Aug. 21, 2023) | | | |
| 95 | *Lobbying to Save Lives in Texas Prisons, It'll Cost $500 Million to Ger A/C in Prisons* by Austin Chronicle (Aug. 25, 2023) | | | |
| 96 | *Texas Inmates Using Toilet Water to Cool Off in Prisons Without A/C, According to Woman's Viral Testimony* by WFAA (Aug. 29, 2023) | | | |
| 97 | *Texas Congressman Calls for an Investigation as Prisoner Deaths Spike in Heat* by NPR News (Sept. 4, 2023) | | | |
| 98 | *Extreme Heat Can be a Death Sentence in Texas Prisons* by Yale Climate Connections (Sept. 29, 2023) | | | |
| 99 | *Incarcerated People Endure Sweltering Heat and Freezing Cold Inside Ill-Equipped Facilities* by the 19TH (Oct. 5, 2023) | | | |
| 100 | *Prisoners in 2022 – Statistical Tables* as published by the United States Department of Justice, Bureau of Justice Statistics (November 2023) | | | |
| 101 | TDCJ Complaints and Policies re Temperature in TDCJ Facilities (Nov. 30, 2023) | | | |
| 102 | TDCJ Report "Monitoring of Temperature and Temperature-Related Deaths Fiscal Year 2023 Report" (Dec. 5, 2023) | | | Yes (PI Hearing) |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 103 | *Mental Illness and Increased Vulnerability to Negative Health Effects from Extreme Heat Events: A Systematic Review* by Julia Meadows, et al. (Dec. 15, 2023) | | | Yes (PI Hearing) |
| 104 | Priya Banerjee, M.D. CV (January 2024) | | | |
| 105 | Linda Mearns CV (February 2024) | | | |
| 106 | Declaration of Antonella Zanobetti (April 10, 2024) | | | |
| 107 | Dean Williams CV | | | |
| 108 | Declaration of Dean Williams (April 11, 2024) | | | |
| 109 | Declaration of Linda Mearns (April 11, 2024) | | | |
| 110 | Declaration of Jennifer Toon (April 12, 2024) | | | |
| 111 | Resume of Charles A. Malouff, Jr., M.P.O.Ret. | | | |
| 112 | Declaration of Priya Banerjee (April 15, 2024) | | | |
| 113 | Declaration of Susi Vassallo (April 15, 2024) | | | Yes (PI Hearing) |
| 114 | Susi Vassallo CV | | | |
| 115 | Declaration of Charlie Malouff (April 17, 2024) | | | |
| 116 | Declaration of Chase Bearden (April 17, 2024) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 117 | Third Declaration of Jennette Cross, MD (April 18, 2024) | | | |
| 118 | Antonella Zanobetti, PhD. CV (April 22, 2024) | | | |
| 119 | Declaration of Brandon Duke (April 23, 2024) | | | |
| 120 | *Exceptional Heat of Summer 2023* as maintained by the National Weather Service | | | |
| 121 | *Heat Index* as maintained by the National Weather Service | | | |
| 122 | *TDCJ Air Conditioning Construction Projects* as maintained by the Texas Department of Criminal (April 17, 2024) | | | |
| 123 | *Texas Profile* as maintained by the Prison Policy Initiative | | | |
| 124 | *Unit Directory* as maintained by the Texas Department of Criminal Justice | | | Yes (PI Hearing) |
| 125 | *What is the heat index* as maintained by the National Weather Service | | | |
| 126 | Plaintiff's First Set of Interrogatories to Defendant Bryan Collier in his Official Capacity (June 4, 2024) | | | |
| 127 | Plaintiff's First Set of Requests for Production to Defendant Bryan Collier in his Official Capacity (April 29, 2024) | | | |
| 128 | High Value Data Sets | | | Yes (PI Hearing) |
| 129 | Subpoena Return for Texas Department of Criminal Justice Hospital | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 130 | Subpoena Return for University of Texas Medical Branch – Texas Department of Criminal Justice | | | |
| 131 | Jhilam Biswas CV (May 13, 2024) | | | |
| 132 | TDCJ Temperature Report FY2020, TIEDE DEF_17696 | | | Yes (PI Hearing) |
| 133 | Plaintiffs' Rule 30(b)(6) Notice of Deposition to the Texas Department of Criminal Justice | | | |
| 134 | Tex. Dep't State Health Services License Details for 301 University Blvd. Hospital | | | |
| 135 | TDCJ Hospital Website | | | |
| 136 | Julianne (Julie) Skarha CV | | | |
| 137 | Jason Wilson EMessaging (May 26, 2024 – July 8, 2024) | | | Yes (PI Hearing) |
| 138 | Jason Wilson Letter and Grievance | | | |
| 139 | Defendant Collier's Responses to Plaintiff Tiede's First Set of Interrogatories (May 31, 2024) | | | |
| 140 | Defendant Collier's Responses to Plaintiff Tiede's First Set of Requests for Production, Bates Nos. TIEDE DEF_00087-13923 (May 31, 2024) | | | |
| 141 | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories (May 31, 2024) | | | |

13

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 142 | Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production, Bates Nos. TIEDE DEF_00087-13923 (June 4, 2024) | | | |
| 143 | Second Declaration of Charlie Malouff (June 4, 2024) | | | |
| 144 | Second Declaration of Amite Dominick (June 6, 2024) | | | |
| 145 | Second Declaration of Jennifer Toon (June 6, 2024) | | | |
| 146 | TPCA's Mailing List of Individuals Incarcerated in TDCJ Facilities | | | Yes (PI Hearing) |
| 147 | Examples of More than 25 Official TPCA Team Member Incarcerated Volunteers | | | Yes (PI Hearing) |
| 148 | T.X. CURE Inmate Master Mailing List | | | Yes (PI Hearing) |
| 149 | Email from K. Blifford to C. Vega re: McConnell Lockdown and Issues with Respite Area Access, TIEDE_DEF0110764 (June 24, 2024) | | | |
| 150 | TDCJ Air Conditioning Construction Projects | | | Yes (PI Hearing) |
| 151 | Letter from Billy Mitchell to Charlie Malouff (July 1, 2024) | | | |
| 152 | Wilson – Custodial Death Report (July 11, 2024) | | | Yes (PI Hearing) |
| 153 | Regional Fact Sheet North and Central America | | | |
| 154 | *Humane Temperatures Potential Cost Savings Report* by TPCA | | | |
| 155 | Odis Banks Death Investigation Materials | | | |

14

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 156 | Jose Barajas Death Investigation Materials | | | |
| 157 | Mario Benitez Death Investigation Materials | | | |
| 158 | Adam Birchprice Death Investigation Materials | | | |
| 159 | Randy Butler Death Investigation Materials | | | |
| 160 | James Cardona Death Investigation Materials | | | |
| 161 | John Castillo Death Investigation Materials: <br> A – OIG Report <br> B – AIR <br> C – Autopsy Report <br> D – Felicella emails re: Castillo Death | | | 161 – Yes (PI Hearing) <br> 161A – Yes (PI Hearing) <br> 161B – Yes (PI Hearing) |
| 162 | Christopher Chavez Death Investigation Materials | | | |
| 163 | Clifton Choyce Death Investigation Materials | | | |
| 164 | Diego Duenas Death Investigation Materials | | | |
| 165 | Jordan Dupree Death Investigation Materials | | | |
| 166 | Robert Evitts Death Investigation Materials | | | |
| 167 | Lakeith Ford Death Investigation Materials | | | |
| 168 | Armando Gonzales Death Investigation Materials <br> A – AIR <br> B – Autopsy Report <br> C – OIG Report <br> D – Urgent Care Record | | | 168 – Yes (PI Hearing) <br> 168A – Yes (PI Hearing) |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 169 | Elizabeth Hagerty Death Investigation Materials<br>A – AIR<br>_B – Autopsy Report_<br>_C – Urgent Care Record_<br>_D – OIG Report_ | | | 169 – Yes (PI Hearing)<br>169A – Yes (PI Hearing) |
| 170 | Adrian Hayward Death Investigation Materials | | | |
| 171 | Carlos Hernandez Death Investigation Materials | | | |
| 172 | Clifford Hill Death Investigation Materials | | | |
| 173 | John Hurst Death Investigation Materials | | | |
| 174 | Michael Ingram Death Investigation Materials | | | |
| 175 | Antonio Ishmon Death Investigation Materials | | | |
| 176 | Marshall Isome Death Investigation Materials | | | |
| 177 | Anthony Jennings Death Investigation Materials | | | |
| 178 | Brian Loud Death Investigation Materials | | | |
| 179 | Marcus Lumpkins Death Investigation Materials | | | |
| 180 | Iram Maynez Death Investigation Materials | | | |
| 181 | Michael McCann Death Investigation Materials | | | |
| 182 | Paul Morales Death Investigation Materials | | | |
| 183 | Joel Morris Death Investigation Materials | | | |
| 184 | Jamie Nonn Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 185 | Andres Ortiz Death Investigation Materials | | | |
| 186 | Stephen Pardue Death Investigation Materials | | | |
| 187 | Michael Peek Death Investigation Materials | | | |
| 188 | Peyton Pendley Death Investigation Materials | | | |
| 189 | Paul Rojas Death Investigation Materials | | | |
| 190 | Eddie Sanchez Death Investigation Materials | | | |
| 191 | John Skinner Death Investigation Materials | | | Yes (PI Hearing) |
| 192 | Jon Anthony Southards Death Investigation Materials<br>A – OIG Report<br>B – AIR<br>*C – Autopsy Report*<br>*D – Urgent Care Record*<br>*E – Felicella Emails* | | | 192 – Yes (PI Hearing)<br>192A – Yes (PI Hearing)<br>192B – Yes (PI Hearing) |
| 193 | Cantrell Spears Death Investigation Materials | | | |
| 194 | Arelandis Spiller Death Investigation Materials | | | |
| 195 | Johnny Teeters Death Investigation Materials | | | |
| 196 | Olga Torres Death Investigation Materials | | | |
| 197 | Allen Turner Death Investigation Materials | | | |
| 198 | Adam Williams Death Investigation Materials | | | |
| 199 | Clint Wilson Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 200 | Patrick Womack Death Investigation Materials<br>A – OIG Report<br>B – AIR<br>*C – Autopsy Report*<br>*D – TDCJ Timeline of Patrick Womack's death* | | | 200 – Yes (PI Hearing)<br>200A – Yes (PI Hearing)<br>200B – Yes (PI Hearing) |
| 201 | Marvin Wyatt Death Investigation Materials | | | |
| 202 | Juan Young Death Investigation Materials | | | |
| 203 | Collier's Response to Interrogatory No. 2, *Webb v. Livingston* (January 30, 2017) | | | |
| 204 | Mr. Collier's Response to Interrogatory No. 2, *Tiede v. Collier* (July 15, 2024) | | | Yes (PI Hearing) |
| 205 | Mr. Collier's Response to Interrogatory No. 6, *Tiede v. Collier* (July 15, 2024) | | | |
| 206 | Inmate and Employees Heat-Related Illnesses Mr. Collier's Responses to Interrogatory Nos. 8 & 9, *Tiede v. Collier* (July 15, 2024) | | | |
| 207 | Spreadsheet of TDCJ Employees' Workers' Compensation Complaints, Mr. Collier's Response to Interrogatory No. 10, *Tiede v. Collier* (July 15, 2024) | | | Yes (PI Hearing) |
| 208 | Bernhardt Tiede's Housing Placements, Mr. Collier's Response to Interrogatory No. 15, *Tiede v. Collier* (July 15, 2024) | | | |
| 209 | TDCJ's Livestock Management Policies, Mr. Collier's Response to Request for Production No. 17, *Tiede v. Collier* (July 15, 2024) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 210 | Bernhardt Tiede's Medical Records, Mr. Collier's Response to Request for Production No. 20, *Tiede v. Collier* | | | Yes (PI Hearing) |
| 211 | Inmates' Lawsuits re: Heat-Related Issues, Mr. Collier's Response to Request for Production No. 21, *Tiede v. Collier* | | | |
| 212 | Audio File – J. Wilson Hang up (July 7, 2024) | | | |
| 213 | Audio File – J. Wilson Request for Check (July 7, 2024) | | | |
| 214 | Audio File – Follow up call on WC (July 7, 2024)<br>A – Follow-Up Call on WC | | | 214 – Yes (PI Hearing)<br>214A – Yes (PI Hearing) |
| 215 | Appropriations Committee—S/C on Arts. I, IV, & V (Feb. 14, 2019) | | | |
| 216 | Corrections Committee Collier Testimony (March 21, 2019) | | | |
| 217 | Collier Testimony to Texas State House Committee on Corrections (April 21, 2021) | | | |
| 218 | 87th Legislature Corrections Committee (Sept. 27, 2021) | | | |
| 219 | Appropriations Committee Hearing (July 12, 2022) | | | |
| 220 | TDCJ Public Information Request (Aug. 31, 2023) | | | |
| 221 | Letter from Elizabeth Guthrie to Lioness (May 28, 2024) | | | |
| 222 | Letter from Samantha Rodman to Lioness (June 10, 2024) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 223 | Mr. Collier's Heat-Related Meetings, Mr. Collier's Response to Request for Production No. 5, *Tiede v. Collier* | | | |
| 224 | TDCJ's Temperature Reports, Mr. Collier's Responses to Request for Production Nos. 7, 8, 10, *Tiede v. Collier* | | | |
| 225 | Clifton Buchanan and Dr. Carlee Purdum Testimony at House Appropriations Committee (July 12, 2022) | | | |
| 226 | Collier Testimony at House Appropriations Committee (July 12, 2022) | | | |
| 227 | TDCJ's Cost Estimates, Mr. Collier's Response to Request for Production No. 14, *Tiede v. Collier* | | | |
| 228 | Heat-Related Grievances, Mr. Collier's Response to Request for Production No. 15, *Tiede v. Collier* | | | |
| 229 | Heat-Related WC Complaints, Mr. Collier's Response to Request for Production No. 24, *Tiede v. Collier* | | | |
| 230 | TDCJ Temperature Logs | | | |
| 231 | Sanctions Order, *Cole v. Collier* (Dec. 11, 2019) | | | |
| 232 | Heat Preparedness Posters and Pocket Card | | | |
| 233 | TDCJ Heat Related Illness Video (2017) | | | |
| 234 | TDCJ Heat Related Illness Video (2014) | | | |
| 235 | TDCJ Heat Related Illness Patient Education Video | | | |
| 236 | TDCJ Seasonal Preparedness Memos | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 237 | Dr. Jeanette Cross CV | | | |
| 238 | Picture of Mr. Bernhardt Tiede II 2016 | | | Yes (PI Hearing) |
| 239 | Tiede OAG Medical Records (2023) | | | |
| 240 | Tiede Huntsville Memorial Medical Records | | | |
| 241 | Video of Mr. Tiede 1<br>A – Video of Mr. Tiede 1 | | | 241 – Yes (PI Hearing)<br>241A – Yes (PI Hearing) |
| 242 | Video of Mr. Tiede 2<br>A – Video of Mr. Tiede 2 | | | 242 – Yes (PI Hearing)<br>242A – Yes (PI Hearing) |
| 243 | Video of Mr. Tiede 3<br>A – Video of Mr. Tiede 3 | | | 243 – Yes (PI Hearing)<br>243A – Yes (PI Hearing) |
| 244 | Video of Mr. Tiede 4<br>A – Video of Mr. Tiede 4 | | | 244 – Yes (PI Hearing)<br>244A – Yes (PI Hearing) |
| 245 | Video of Mr. Tiede 5<br>A – Video of Mr. Tiede 5 | | | 245 – Yes (PI Hearing)<br>245A – Yes (PI Hearing) |
| 246 | Video of Mr. Tiede 6<br>A – Video of Mr. Tiede 6 | | | 246 – Yes (PI Hearing)<br>246A – Yes (PI Hearing) |
| 247 | Video of Mr. Tiede 7<br>A – Video of Mr. Tiede 7 | | | 247 – Yes (PI Hearing)<br>247A – Yes (PI Hearing) |
| 248 | Video of Mr. Tiede 8<br>A – Video of Mr. Tiede 8 | | | 248 – Yes (PI Hearing)<br>248A – Yes (PI Hearing) |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 249 | Video of Mr. Tiede 9<br>A – Video of Mr. Tiede 9 | | | 249 – Yes (PI Hearing)<br>249A – Yes (PI Hearing) |
| 250 | Emailed Attachments from A. Carter | | | |
| 251 | Paul S. Uribe, M.D. CV | | | Yes (PI Hearing) |
| 252 | Luis Sanchez Death Investigation Materials | | | |
| 253 | Marcus Lumpkins Death Investigation Materials | | | |
| 254 | Mr. Collier's Responses to Plaintiffs' First Set of Interrogatories (July 22, 2024) | | | Yes (PI Hearing) |
| 255 | Official Transcript of TDCJ Rule 30(b)(6) Witness David Sweetin (July 25, 2024) | | | |
| 256 | Order for Preliminary Injunction, _Cole v. Livingston_ (June 21, 2016) | | | |
| 257 | Memorandum and Order Granting Class Certification, _Cole v. Livingston_ (Jan. 22, 2016) | | | |
| 258 | Memorandum and Opinion regarding Preliminary Injunction, _Cole v. Collier_ (July 19, 2017) | | | |
| 259 | Memorandum and Order regarding Sanctions, _Cole v. Collier_ (Dec. 11, 2019) | | | |
| 260 | TDCJ's Second Supplemental Responses to Webb's First Set of Interrogatories, _Webb v. Livingston_ (June 29, 2017) | | | |

**Lioness v. Lumpkin** – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 261 | TDCJ's Third Supplemental Responses to Webb's First Set of Interrogatories, *Webb v. Livingston* (June 29, 2017) | | | |
| 262 | Mr. Collier's Responses to Plaintiff's First Set of Requests for Production (July 22, 2024) | | | |
| 263 | Declaration of Dr. Jeanette Cross with Attachments (Aug. 29, 2023) | | | |
| 264 | Messages between Brittany Robertson and Jason Lee Wilson (May-July 2024) | | | Yes (PI Hearing) |
| 265 | Email from Kate Blifford to Bryan Collier, *et al.* (July 11, 2022) | | | Yes (PI Hearing) |
| 266 | Texas Department of Criminal Justice Self-Evaluation Report (August 31, 2023) | | | Yes (PI Hearing) |
| 267 | *KCBD Investigates: TDCJ requests millions in funding to help with staffing crisis* (Oct. 12, 2022) | | | |
| 268 | TDCJ Report Temperatures and Temperature Related Deaths FY 22 | | | |
| 269 | Texas Prison Letter from Christopher Flores (July 22, 2024) | | | Yes (PI Hearing) |
| 270 | TDCJ Report Monitoring of Temperatures and Temperature Related Deaths FY 21 | | | |
| 271 | Email to Brad Livingston from Lannette Linthicum (June 26, 2009) | | | |
| 272 | Email re JAMA Study Related to Heat and TDCJ Prison Deaths | | | Yes (PI Hearing) |
| 273 | ----- Not Used ----- | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 274 | Common Comorbidities | | | Yes (PI Hearing) |
| 275 | *Severe Nonexertional Hyperthermia (Classic Heat Stroke) in Adults –* UpToDate (Aug. 1, 2024) | | | Yes (PI Hearing) |
| 276 | Drugs Associated with Heat Stress | | | Yes (PI Hearing) |
| 277 | Region VI, Administrative Incident Review re: Smith A – Detailed, Region VI, Administrative Incident Review re: Smith | | | 277 - Yes (PI Hearing) 277A – Yes (PI Hearing) |
| 278 | Order Denying Plaintiffs' Motion for Preliminary Injunction | | | |
| 279 | TDCJ "Monitoring of Temperature and Temperature-Related Deaths Fiscal Year 2024 Report" with notes [97688-97718] | | | |
| 280 | TDCJ "Monitoring of Temperature and Temperature-Related Deaths Fiscal Year 2025 Report" [492591-492616] | | | |
| 281 | Adult Criminal Justice Correctional Population Projections – LBB Biennial Report – TDCJ – FY 2018 to 2030 (January 2025) | | | |
| 282 | Sunset Advisory Commission Staff Report with Final Results 2024-2025 – September 2024 | | | |
| 283 | LBB vs Sunset Commission Projection of TDCJ Population | | | |
| 284 | TDCJ – Adult/Juvenile Correctional Population Projections Fiscal Years 2024-2028 - [090718-090727] | | | |
| 285 | TDCJ Heat-Related Grievances (2023) | | | |
| 286 | TDCJ Heat-Related Grievances (2024) | | | |
| 287 | TDCJ Heat-Related Grievances (2025) | | | |
| 288 | Heat Grievances Charts (2022-2025) [452451-452456] | | | |
| 289 | IO Heat Related Complaints (2022-2025) [425759-425900] | | | |
| 290 | TDCJ Workers Comp Packets (2023) | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 291 | TDCJ Workers Comp Packets (2024) | | | |
| 292 | TDCJ Workers Comp Packets (2025) | | | |
| 293 | TDCJ Heat Litigation Complaints [85157-85385] | | | |
| 294 | TDCJ Legislative Appropriations Request (FY18-19) | | | |
| 295 | TDCJ Legislative Appropriations Request (FY20-21) | | | |
| 296 | TDCJ Legislative Appropriations Request (FY22-23) | | | |
| 297 | TDCJ Legislative Appropriations Request (FY24-25) | | | |
| 298 | TDCJ Capital Expenditure Plans for 85th through 89th legislative sessions | | | |
| 299 | TDCJ 85th through 89th Capital Expenditure Plans | | | |
| 300 | TDCJ's Repair and Restoration of Facilities Exceptional Line Item Requests | | | |
| 301 | TDCJ Inmate Heat Injuries Report (2023) | | | |
| 302 | TDCJ Inmate Heat Injuries Report (2024) | | | |
| 303 | TDCJ Inmate Heat Injuries Report (2024-2025) [516457-67] | | | |
| 304 | TDCJ Temperature Logs (2023) | | | |
| 305 | TDCJ Temperature Logs (2024) | | | |
| 306 | TDCJ Temperature Logs (2025) | | | |
| 307 | TDCJ Automated Temp Logs (May-September 2025) [425534] | | | |
| 308 | Heat Strike Team Audits, Reports, and Plans (2024) | | | |
| 309 | Heat Strike Team Audits, Reports, and Plans (2025) | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 310 | Texas Unit Map with Regions [383366] | | | |
| 311 | TDCJ HVAC Construction Cost Estimates [249390, 368415, 368416, 382899-383365] | | | |
| 312 | Response to Rog. 21 – TDCJ Heat UTMB Medical Diagnosis 22-24 [249391] | | | |
| 313 | Units with and without A/C [248319-248320] | | | |
| 314 | _HVAC Applications_, Chapter 10, ASHRAE (2023) | | | |
| 315 | Andrews-Hudson Email Correspondence [248824] | | | |
| 316 | July 12, 2022 presentation to the House Appropriations Committee related to AC in TDCJ Facilities [364285-364388] | | | |
| 317 | TBCJ Meeting Minutes and Agendas (2023-2026) | | | |
| 318 | FRB Approval & Disapproval [367862-367875] | | | |
| 319 | TDCJ Commissary Price Lists (2024-2025) [424861-424903] | | | |
| 320 | TDCJ Unit Respite Locations (2025) [425538] | | | |
| 321 | TDCJ-UTMB Contracts (2022-2026) | | | |
| 322 | TDCJ Flyer "Installing Air Conditioning in TDCJ Facilities" [368418] | | | |
| 323 | TDCJ Four-Phase Air Conditioning Plan and Draft [69497] [109943] | | | |
| 324 | TDCJ AD-10.64 (rev. 11) – May 1, 2024 [121-138] | | | |
| 325 | TDCJ AD-10.64 (rev. 12) – April 14, 2025 [367748-367766] | | | |
| 326 | TDCJ AD-10.64 Updates & Training (April 17, 2025) [367801-367823] | | | |
| 327 | At Hand Population Heat Scoring (Apr. 8, 2024) [49985] | | | |
| 328 | At Hand Population Heat Scoring (Apr. 10, 2025) | | | |

**Lioness v. Lumpkin** – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 329 | At Hand Population Heat Scoring (Feb. 2, 2026) [519452] | | | |
| 330 | Intake Population Scoring (Apr. 10, 2025) [519451] | | | |
| 331 | TDCJ Seasonal Preparedness Checklists, Memos, and Communications (2023-2026) | | | |
| 332 | CMHC Policy Manual D-27.2 – Heat Stress (eff. April 16, 2025) | | | |
| 333 | CMHC D-27.2 Attachment A – Drugs associated with heat stress (eff. April 2, 2025) | | | |
| 334 | CMHC D-27.2 Attachment B | | | |
| 335 | CMHC Policy Manual A-11.1 – Procedure to Be Followed in Cases of Inmate Death (eff. April 15, 2025) [516255-516260] | | | |
| 336 | CMHC A-11.1, Attachment A [516261] | | | |
| 337 | CMHC A-11.1, Attachment B [516262-516264] | | | |
| 338 | CMHC A-11.1, Attachment C [516265] | | | |
| 339 | OIG Open Investigations [516514-516516] | | | |
| 340 | Alfred Alexander Death Investigation Materials | | | |
| 341 | Patrick Baker Death Investigation Materials | | | |
| 342 | Ricky Barnhart Death Investigation Materials | | | |
| 343 | Tommy Bice Death Investigation Materials | | | |
| 344 | Timothy Bowie Death Investigation Materials | | | |
| 345 | Jackie Boyd Death Investigation Materials | | | |
| 346 | James Boyette Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 347 | Oscar Brown Death Investigation Materials | | | |
| 348 | James Burkey Death Investigation Materials | | | |
| 349 | Robert Clincy Death Investigation Materials | | | |
| 350 | Santos Correa Death Investigation Materials | | | |
| 351 | Justin Cowan Death Investigation Materials | | | |
| 352 | Toney Curtis Death Investigation Materials | | | |
| 353 | Craig Dixon Death Investigation Materials | | | |
| 354 | Lloyd Doyle Death Investigation Materials | | | |
| 355 | James Ebarb Death Investigation Materials | | | |
| 356 | Hoke Eberhardt Death Investigation Materials | | | |
| 357 | Kenneth Emory Death Investigation Materials | | | |
| 358 | Ryan Fairchild Death Investigation Materials | | | |
| 359 | Raul Felan Death Investigation Materials | | | |
| 360 | Martin Flores Death Investigation Materials | | | |
| 361 | Kelly Gage Death Investigation Materials | | | |
| 362 | Randall Garcia Death Investigation Materials | | | |
| 363 | Julian Garcia Death Investigation Materials | | | |
| 364 | David Gardner Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 365 | Daniel Gomez Death Investigation Materials | | | |
| 366 | Sherrod Goodspeed Death Investigation Materials | | | |
| 367 | Antoine Griffin Death Investigation Materials | | | |
| 368 | Clifton Hall Death Investigation Materials | | | |
| 369 | Larry Hancock Death Investigation Materials | | | |
| 370 | Tywin Harris Death Investigation Materials | | | |
| 371 | Keithen Harris Death Investigation Materials | | | |
| 372 | Detion Henderson Death Investigation Materials | | | |
| 373 | Ronnie Hill Death Investigation Materials | | | |
| 374 | Billy Howard Death Investigation Materials | | | |
| 375 | Lakendrick Jacobs Death Investigation Materials | | | |
| 376 | Johnny Johns Death Investigation Materials | | | |
| 377 | Eddie Johnson Death Investigation Materials | | | |
| 378 | Robert Jones Death Investigation Materials | | | |
| 379 | Jerry Kennedy Death Investigation Materials | | | |
| 380 | Randy Mairs Death Investigation Materials | | | |
| 381 | Robert Martinez Death Investigation Materials | | | |
| 382 | William Mason Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 383 | Deb McDonald Death Investigation Materials | | | |
| 384 | Montel McKinley Death Investigation Materials | | | |
| 385 | Kendral McNeil Death Investigation Materials | | | |
| 386 | Cornell Meredith Death Investigation Materials | | | |
| 387 | Ruben Meza Death Investigation Materials | | | |
| 388 | Adolpho Montoya Death Investigation Materials | | | |
| 389 | Michael Myers Death Investigation Materials | | | |
| 390 | Able Oyervides Death Investigation Materials | | | |
| 391 | Richard Pierce Death Investigation Materials | | | |
| 392 | De'Eric Pratt Death Investigation Materials | | | |
| 393 | Bradley Pruitt Death Investigation Materials | | | |
| 394 | Joseph Prystash Death Investigation Materials | | | |
| 395 | Keith Pursifull Death Investigation Materials | | | |
| 396 | Robert Rae Death Investigation Materials | | | |
| 397 | Ramon Reyes Death Investigation Materials | | | |
| 398 | Hector Reyes Death Investigation Materials | | | |
| 399 | Phillip Scoggins Death Investigation Materials | | | |
| 400 | Bradley Sheets Death Investigation Materials | | | |
| 401 | Tyrone Sommers Death Investigation Materials | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 402 | Julian Starks Death Investigation Materials | | | |
| 403 | Wayne Straway Death Investigation Materials | | | |
| 404 | Dontoya Thomas Death Investigation Materials | | | |
| 405 | Brandon Tom Death Investigation Materials | | | |
| 406 | Robert Wallace Death Investigation Materials | | | |
| 407 | Jimmy Waller Death Investigation Materials | | | |
| 408 | Jay Walters Death Investigation Materials | | | |
| 409 | Alfred Williams Death Investigation Materials | | | |
| 410 | Fredrick Williams Death Investigation Materials | | | |
| 411 | Chauncey Wilson Death Investigation Materials | | | |
| 412 | Jason Wilson Death Investigation Materials | | | |
| 413 | Shawn Wooten Death Investigation Materials | | | |
| 414 | Frank Ynostrosa Death Investigation Materials | | | |
| 415 | Leandre Young Death Investigation Materials | | | |
| 416 | Dr. Michael Barry CV | | | |
| 417 | Dr. Jhilam Biswas CV | | | |
| 418 | Brian Carroll CV | | | |
| 419 | Michele Deitch CV and LBJ School of Public Affairs Bio | | | |
| 420 | Rodney Moss CV | | | |
| 421 | Shannon Ramey CV | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 422 | Dr. Julie Skarha CV | | | |
| 423 | Craig Steigerwalt CV | | | |
| 424 | Dr. Paul Uribe CV | | | |
| 425 | Dr. Susi Vassallo CV | | | |
| 426 | Dean Williams CV | | | |
| 427 | Transcript of Deposition of Christopher Cirrito (Oct. 15, 2025) | | | |
| 428 | Transcript of Deposition of Bryan Collier (Oct. 20, 2025) | | | |
| 429 | Transcript of Deposition of Dale Cox (July 29, 2025) | | | |
| 430 | Transcript of Deposition of Eric Guerrero (Aug. 8, 2025) | | | |
| 431 | Transcript of Deposition of Ron Hudson (Sept. 4, 2025) | | | |
| 432 | Transcript of Deposition of Bobby Lumpkin (Oct. 14, 2025) | | | |
| 433 | Transcript of Deposition of Ron Steffa (Sept. 8, 2025) | | | |
| 434 | Defendant's Responses to Plaintiffs' First RFPs | | | |
| 435 | Defendant's Responses to Plaintiffs' First Set of Interrogatories | | | |
| 436 | Defendant's Responses to Plaintiffs' Second RFPs | | | |
| 437 | Defendant's Responses to Plaintiffs' Second Set of Interrogatories | | | |
| 438 | Defendant's Responses to Plaintiffs' Third Set of RFPs | | | |
| 439 | Defendant's Responses to Plaintiffs' Third Set of Interrogatories | | | |
| 440 | Defendant's Responses to Plaintiffs' Fourth Set of RFPs | | | |
| 441 | Defendant's Responses to Plaintiffs' Fourth Set of Interrogatories | | | |

***Lioness v. Lumpkin*** **– Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 442 | Defendant's Responses to Plaintiffs' Fifth Set of RFPs | | | |
| 443 | Defendant's Designation of Testifying Experts | | | |
| 444 | Defendant's Discovery Responses | | | |
| 445 | Affidavit of Leonard Echessa (Nov. 21, 2025) | | | |
| 446 | Felicella Emails [516304-516427] | | | |
| 447 | TBCJ's "Confidential Report on an Investigation Related to the Introduction of a Falsified Document During a Federal Court Proceeding" (Nov. 8, 2024) [168225-168243] | | | |
| 448 | Cirrito Investigation Documents and Communications [168223-169073] | | | |
| 449 | Testimony before the Texas House of Representatives Committee on Corrections regarding HB 3006, https://house.texas.gov/videos/21748 (from 13:30 - 1:11:05) (April 16, 2025) | | | |
| 450 | MMWR July 28, 2006 Heat Related deaths United States 1999-2003 | | | |
| 451 | Malamud, N. Heatstroke A Clinicopathologic Study | | | |
| 452 | Folkerth, et al, NEJM Forensic Pathology | | | |
| 453 | *Association between extreme ambient heat exposure and diabetes-related hospital admissions*, D. Gao (Dec. 2022) | | | |
| 454 | *Ambient heat and diabetes hospitalizations: Does the timing of heat exposure matter?* D. Gao (Feb. 2024) | | | |
| 455 | *Association between heat exposure and hospitalization for diabetic ketoacidosis, hyperosmolar hyperglycemic state, and hypoglycemia in Japan*, K. Miyamura (Jul. 2022) | | | |
| 456 | NIOSH Criteria for Rec. Std. re: Occupational Exposure to Heat and Hot Environments | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 457 | _Climate Change, Extreme Heat, and Health_, M. Bell (May 2024) | | | |
| 458 | _Influence of Heat Waves on Daily Hospital Visits for Mental Illness in Jinan, China—A Case-Crossover Study_, X. Liu (Dec. 2018) | | | |
| 459 | _Heat-Related Mortality in U.S. State and Private Prisons: A case-crossover analysis_, J. Skarha (Mar. 2023) | | | |
| 460 | _Extreme Heat and Suicide Watch Incidences Among Incarcerated Men_, D. Cloud (Aug. 2023) | | | |
| 461 | _Preparing patients with serious mental illness for extreme HEAT_, C. Lim (Sept. 2022) | | | |
| 462 | _Use of multiple anticholinergic medications can predispose patients to severe non-exertional hyperthermia_, A. Manivannan (Mar. 2021) | | | |
| 463 | _Chapter 8 – The implications of hypothalamic abnormalities for schizophrenia_, H. Bernstein (2021) | | | |
| 464 | _Risk characterization of hospitalizations for mental illness and/or behavioral disorders with concurrent heat-related illness_, M. Schmeltz (Oct. 2017) | | | |
| 465 | _Mental illness and increased vulnerability to negative health effects from extreme heat events: a systematic review_, J. Meadows (Dec. 2023) | | | |
| 466 | _Ambient temperature and mental health a systematic review_, R. Thompson (Aug. 2023) | | | |
| 467 | _Carceral heat exposure as harmful design_, K. Brunn (Jan. 2025) | | | |
| 468 | _Schizophrenia pinpointed as a key factor in heat deaths_, W. Cornwall (Mar. 2023) | | | |
| 469 | _About Criminal and Juvenile Justice_, SAMHSA (May 2024) | | | |
| 470 | _Treatment and Prevention of Heat-Related Illness_, C. Sorensen (Sept. 2022) | | | |
| 471 | _Drug-induced Hyperhidrosis and Hypohidrosis Incidence_, W. Cheshire (2008) | | | |
| 472 | _Drug-Associated Heat Stroke_, M. Martinez (Aug. 2002) | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 473 | _Drug-induced Hyperthermia Review_, M. Horseman (Jul. 2022) | | | |
| 474 | _Neuroleptic Malignant Syndrome_, E. Wijdicks (Sept. 2024) | | | |
| 475 | _Serotonin syndrome – A focused review_, N. Mikkelsen (Jun. 2023) | | | |
| 476 | _Thermal and Cardiovascular Responses during Exertional Heat Stress after Diphenhydramine Use: A Randomized Crossover Trial_, D. Newhouse (July 2024) | | | |
| 477 | _The Effect of Oral Antihistamines on the Sweating Response During Heat Stress in Adults_, D. Newhouse (Nov. 2024) | | | |
| 478 | _Chronic diphenhydramine abuse and withdrawal_, J. Saran (Oct. 2017) | | | |
| 479 | _Diphenhydramine overdone mimicking serotonin syndrome_, Psychiatry and Clinical Neurosciences (May 2011) | | | |
| 480 | _An Overlooked Crisis: Extreme Temperature Exposures in Incarceration Settings_, J. Skarha (AJPH 2020) | | | |
| 481 | _Provision of Air Conditioning and Heat-Related Mortality in Texas Prisons_, J. Skarha (Dec. 2022) | | | **P.I. Ex. 70** |
| 482 | _The ASA's Statement on p-Values: Context, Process, and Purpose_, The American Statistician (2016) | | | |
| 483 | _Statistical tests, P values, confidence intervals, and power: a guide to misinterpretations_, S. Greenland (May 2016) | | | |
| 484 | _Evaluation of 2 Heat-Mitigation Methods in Army Trainees_, J. Sefton (Nov. 2016) | | | |
| 485 | Excerpt of Dr. De La Cruz report with handwritten margin notes | | | |
| 486 | Correspondence between Grossman and Collier re: Settlement Requests | | | |
| 487 | TDCJ Design Criteria Manual [TIEDE DEF_367878-368118] | | | |
| 488 | State of Texas Procurement & Contract Management Guide – Version 3.0 [367473-367745] | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 489 | State Agency Emergency Procurement Phases | | | |
| 490 | TDCJ Contract Management Handbook | | | |
| 491 | Texas A&M Report on Design-Build Project Delivery | | | |
| 492 | UT Arlington University Center Renovation RFQ | | | |
| 493 | UT Arlington University Center Renovation Contract | | | |
| 494 | UNT Renovation CMAR contract | | | |
| 495 | TWU renovation CMAR contract | | | |
| 496 | AIA Project Delivery Methods | | | |
| 497 | Design Build vs. Design Bid Build Choosing the Best Approach for Your Project | | | |
| 498 | _An Owner's Guide to Project Delivery Methods_, CMAA | | | |
| 499 | All figures and tables in Exponent's Initial and Rebuttal Reports | | | |
| 500 | Spreadsheet of AC Projects responsive to Interrogatories 26, 27, and 28 [380892] | | | |
| 501 | TDCJ Deferred Maintenance List (June 15, 2024) | | | |
| 502 | TDCJ – Installing Air Conditioning in Facilities (FY18-19, 20-21, 22-23, 24-25) | | | |
| 503 | TDCJ Cost Estimate by Facility [47641-42] | | | |
| 504 | TDCJ List of Unit Prototypes & Affidavit [520396-97] | | | |
| 505 | TDCJ HVAC Cost Estimate Update [368415] | | | |
| 506 | TDCJ Table of Units by A/C Beds and Non A/C Beds | | | |
| 507 | TDCJ A/C Dashboards 2023-2026 | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 508 | TDCJ Organizational Chart | | | |
| 509 | TDCJ CID Organizational Chart | | | |
| 510 | TDCJ CID Organizational Chart – Updated | | | |
| 511 | Parkhill Design Services Proposal | | | |
| 512 | Parkhill Design Services Contract | | | |
| 513 | Parkhill Design Services Contract Renewal | | | |
| 514 | Email from D. Cox to R. Hudson re: Expansion Dorm (July 23, 2024) | | | |
| 515 | TDCJ Presentation to House Appropriations Committee [69500-04] | | | |
| 516 | TDCJ Table of Completed and In-progress AC renovations [382348-49] | | | |
| 517 | *Revisiting Project Delivery Performance*, K. Molenaar (Dec. 2018) | | | |
| 518 | Guidelines for Liquidated Damages in Construction Contracts, Univ. of California Facilities Manual | | | |
| 519 | *Post-Disaster Infrastructure Delivery for Resilience*, M. Chester (Mar. 2021) | | | |
| 520 | *Is Design Build Right for my Project*, (GBA) | | | |
| 521 | *Bundled Facilities Overview*, Federal Highway Administration | | | |
| 522 | *An Analysis of the Use of Incentive/Disincentive Contracting Provisions for Early Project Completion*, Texas Transportation Institute (May 1986) | | | |
| 523 | Charlie Malouff Declaration | | | |
| 524 | Brandy Jackson Declaration | | | |
| 525 | *2021 International Building Code*, Int'l Code Council | | | |
| 526 | Letter dated August 14, 2023 | | | |

*Lioness v. Lumpkin* – **Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 527 | Email from C. Malouff to B. Patrick re: Connally unit | | | |
| 528 | TX CURE Certification of Formation of Nonprofit Corporation | | | |
| 529 | TX CURE Bylaws | | | |
| 530 | TX CURE meeting minutes | | | |
| 531 | Jennifer Toon Declaration | | | |
| 532 | Melissa Mendez Declaration | | | |
| 533 | Lioness Emails re: Member Concerns [LIONESS_000105, 107, 109] | | | |
| 534 | Lioness Member List [LIONESS_000229] | | | |
| 535 | Lioness Bylaws and Amended Bylaws | | | |
| 536 | Lioness Membership Policy | | | |
| 537 | Lioness email to Buildup re: Membership | | | |
| 538 | Email correspondence between Toon and TDCJ officials re: heat/respite complaints | | | |
| 539 | Dr. Amite Dominick Declaration | | | |
| 540 | TPCA Membership List | | | |
| 541 | Charles Garrett Declaration | | | |
| 542 | Monsour Owolabi Declaration | | | |
| 543 | Donations and Complaints regarding TPCA constituents | | | |
| 544 | Donations and Complaints to Lioness | | | |
| 545 | Donations and Complaints to T.X. C.U.R.E. | | | |
| 546 | Coalition of Texans With Disabilities (CTD) By-Laws | | | |

**Lioness v. Lumpkin – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 547 | Letter from CTD to Texas Bd. of Pardons and Paroles (Oct. 21, 2024) | | | |
| 548 | CTD Raise Your Voice Informational Flyer | | | |
| 549 | CTD Board Meeting Minutes | | | |
| 550 | TDCJ Heat and Health Pocket Card FN-1181 | | | |
| 551 | Italia Rosas HR File | | | |
| 552 | Jewell Thomas Grievances | | | |
| 553 | Bryan Maes Grievances | | | |
| 554 | Ricky Fleeks Grievances | | | |
| 555 | Richard Sears Grievances | | | |
| 556 | Curtis Ellis Grievances | | | |
| 557 | John Patrick Grievances | | | |
| 558 | Christopher Flores Declaration | | | |
| 559 | HTX Bundling Offer to TDCJ (March and May, 2025) [0386961-63] | | | |
| 560 | TDCJ Website Facilities Division Overview | | | |
| 561 | CTD Flyer for 2023 Raise Your Voice! Advocacy Efforts [CTD_000023] | | | |
| 562 | *Texas prisons are regularly topping 90 degrees*, KUT (Feb. 2, 2026) and temperature analysis referenced therein | | | |
| 563 | Preliminary Injunction Hearing Transcripts | | | |
| 564 | *Choosing a Project Delivery Method: A Design-Build Done Right Primer*, DBIA (April 2015) | | | |
| 565 | TDCJ HVAC Renovation Bid Solicitation Documents | | | |

**_Lioness v. Lumpkin_ – Plaintiffs' Fourth Amended List of Trial Exhibits for Permanent Injunction Hearing**

| Exhibit No. | Description of Exhibit | Stip. | Obj. | Admitted? (Date) |
|---|---|---|---|---|
| 566 | TDCJ Production Documents Related to Building Layouts, Blueprints, and Design Documents | | | |
| 567 | _NFPA 101: Life Safety Code_, NFPA (2024) | | | |
| 568 | _NFPA 92: Standard for Smoke Control Systems_, NFPA (2018) | | | |
| 569 | _NFPA 204: Standard for Smoke and Heat Venting_, NFPA (2018) | | | |
| 570 | _Handbook of Fire Protection Engineering_, SFPE (2016) | | | |
| 571 | TDCJ AC vs Non-AC Spreadsheet & Affidavit [520401-02] | | | |
| 572 | TDCJ Installing AC in Facilities FYs 2018-2027 [520403] | | | |
| 573 | TDCJ Prioritized Listing for HVAC Installation & Affidavit [520405-07] | | | |
| 574 | TDCJ Capacity Change Log [520409] | | | |
| 575 | TDCJ Cool Beds (March 1, 2026) | | | |
| 576 | TDCJ Dashboard Yearly Summary [520411] | | | |
| 577 | Workforce Trends in State Departments of Corrections, A 50-State Analysis | | | |
| 578 | TDCJ FY 2026-2027 Legislative Appropriations Request (Aug. 23, 2024) | | | |
| 579 | List of Construction and Engineering Contractors for Justice Projects | | | |
| 580 | Installing Air Conditioning in Facilities | | | |

DATED this 26th day of March, 2026.        Respectfully submitted,


*/s/ Kevin D. Homiak*
Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
Joe Henry "Hank" Legan (admitted *pro hac vice*)
Marissa Joers (admitted *pro hac vice*)
Audrey K. Pham (admitted *pro hac vice*)
Kai Thompson (admitted *pro hac vice*)
Michael Krantz  (admitted *pro hac vice*)
Meghan Berglind (*pro hac vice* anticipated)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:   olsen@wtotrial.com
        homiak@wtotrial.com
        legan@wtotrial.com
        joers@wtotrial.com
        pham@wtotrial.com
        thompson@wtotrial.com
        krantz@wtotrial.com
        berglind@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:    303.860.1331
Email:   erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
Mike Singley
Texas Bar No. 00794642
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:    jeff@edwards-law.com
            david@edwards-law.com
            lisa@edwards-law.com
            paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575
Email:    jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:  (832) 254-1500
Facsimile:  (832) 254-1501
Email:      bduke@omm.com
            cgernert@omm.com

Molly B. Shuminer
Jeremy J. Marshall
Texas Bar No. 24116106
O'MELVENY & MYERS LLP
401 West 4th Stret, Suite 3300
Austin, TX 78701-5056
Email:    mshuminer@omm.com
              jmarshall@omm.com

*Attorneys for Plaintiffs Texas Prisons Community
Advocates; Lioness Justice Impacted Women's
Alliance; Texas Citizens United for
Rehabilitation of Errants, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on March 26, 2026, I electronically filed the foregoing **PLAINTIFFS' FOURTH AMENDED TRIAL EXHIBIT LIST** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses of all counsel of record.


/s/ Kevin D. Homiak