**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.; and TEXAS PRISONS COMMUNITY ADVOCATES, <br><br> Plaintiffs, <br><br> v. <br><br> BOBBY LUMPKIN, in his official capacity as Executive Director of the Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § § § § § § § <br><br> Civil Action No.: 1:23-cv-01004-RP |

**PLAINTIFFS' THIRD[1] AMENDED LIST OF TRIAL WITNESSES AND DESIGNATIONS**

**Witness List**

Plaintiffs submit the following second amended list of trial witnesses. The witnesses are not listed in the order in which they will be called at trial. In addition to the individuals listed below, Plaintiffs may call any of the witnesses Defendant designates as trial witnesses. Plaintiffs reserve the right to call such rebuttal and other witnesses as they deem appropriate based on the testimony and other evidence admitted.

---

[1] The deposition designations attached to Plaintiffs' Initial List of Trial Witnesses and Witness Designations (Dkt. 284-1) inadvertently omitted an answer on lines 1 and 2 of page 97 of Mr. Lumpkin's October 14, 2025 deposition. This Third Amended List of Trial Witnesses and Designations corrects that error. The witnesses from Plaintiffs' Second Amended List of Trial Designations (Dkt. 291) remain unchanged, and the other witnesses' deposition designations in Dkt. 284-1 remain unchanged.

Plaintiffs expect they will call the following witnesses at trial:

1. Dean Williams

2. Dr. Susi Vassallo

3. Dr. Paul Uribe

4. Dr. Jhilam Biswas

5. Prof. Michele Deitch

6. Craig Steigerwalt

7. Brian Carroll

8. Bryan Collier

9. Bobby Lumpkin

Plaintiffs expects they may call the following witnesses for trial, if the need arises:

1. Michael Barry

2. Shannon Ramey

3. Marci Simmons

4. Jennifer Toon

5. Scott Bethel

6. Charlie Malouff

7. Dr. Julie Skarha

8. Dr. Amite Dominick

9. Dale Cox

10. Ronald Hudson

11. Chris Cirrito

12. Ron Steffa

13. Chase Bearden

14. Rodney Moss

15. Brittany Robertson

16. Bernhardt Tiede, II

17. Eric Guerrero

18. Dr. Michelle Felicella

19. Leonard Echessa

20. Todd Ishee

21. Italia Campuzano

### **Testimony by Deposition**

Plaintiffs identify the following witnesses whose testimony Plaintiffs expect to present by deposition at trial in this case. Plaintiffs offer this testimony by deposition pursuant to Federal Rule of Civil Procedure 32(a)(3) and 32(a)(4). Plaintiffs reserve the right to amend or supplement these designations and objections in response to depositions or testimony that Defendant may offer at trial.

- Dale Cox

- Ronald Hudson

- Ronald Steffa

- Bryan Collier

- Bobby Lumpkin

Plaintiffs identify the following witness whose testimony Plaintiffs expect to present by deposition if the witness is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4).

- Todd Ishee

- Leonard Echessa

Plaintiffs' page and line deposition designations for the above-referenced witnesses were previously filed as Dkt. 284-1. Those designations are unchanged, with the exception of the highlighted addition below to the designations of Mr. Lumpkin's deposition testimony.

**Bobby Lumpkin – Deposition Dated October 14, 2025**

| Page | Line(s) |
|------|---------|
| 4 | 22–24 |
| 5 | 6–12 |
| 6 | 10 (beginning with "Do") – 13 |
| 7 | 11 (beginning with "Have you") – 16 |
| 9 | 18–22 |
| 15 | 15–24 |
| 16 | 1–5 |
| 20 | 22 (beginning with "Do you know") – 25 |
| 21 | 1–25 |
| 22 | 1–4, 11–15, 20–25 |
| 23 | 1–2 |
| 25 | 16–21 |
| 26 | 12–17 |
| 27 | 4–8 |
| 31 | 8–25 |
| 32 | 1–5 |
| 33 | 2–25 |
| 34 | 1–12 |
| 35 | 5–10 |
| 38 | 2 (beginning with "do you know") – 6, 21–25 |
| 40 | 1–21 |
| 41 | 1–20 |
| 44 | 9–14 |
| 46 | 2–17 |
| 47 | 16–24 (ending with "I do not know") |
| 48 | 3–15 |
| 49 | 19–22 |
| 52 | 5–25 |

| Page | Line(s) |
|---|---|
| 53 | 1–3 |
| 54 | 13–16 |
| 57 | 5–22 |
| 59 | 8–10 |
| 61 | 4–10 |
| 62 | 8–12 |
| 63 | 12–18 |
| 64 | 18–25 |
| 65 | 1 |
| 75 | 4–25 |
| 76 | 15–25 |
| 77 | 1–15 |
| 80 | 23–25 |
| 81 | 1–3, 18–25 |
| 82 | 1–12, 18–25 |
| 83 | 1–15, 24–25 |
| 84 | 1–3, 19–23 |
| 85 | 3–25 |
| 86 | 1 |
| 87 | 25 |
| 88 | 1–2, 23–25 |
| 89 | 1–4, 25 |
| 90 | 1–14 |
| 91 | 2–9 (ending with "Right") |
| 93 | 3–25 |
| 94 | 7–22 |
| 95 | 8–25 |
| 96 | 1–10, 19–25 |
| 97 | 1–2, 11–25 |
| 98 | 1 |
| 99 | 9–24 |
| 100 | 7–20 |
| 102 | 2–8 |
| 103 | 5–8 |
| 104 | 1–6 |
| 105 | 6–9 |

| Page | Line(s) |
| --- | --- |
| 108 | 2–6, 12–19 |
| 110 | 24–25 |
| 111 | 1–13 |
| 112 | 5–12, 21–25 |
| 113 | 1–13 |
| 117 | 14–18 |
| 118 | 17–24 |
| 119 | 7–25 |
| 120 | 1–5 |
| 121 | 1–10, 19–25 |
| 122 | 1–4, 13–25 |
| 123 | 1–3 |
| 125 | 1–10 |
| 127 | 19–25 |
| 128 | 1–12 |
| 129 | 15–20 |
| 130 | 16–25 |
| 131 | 1–6, 13–25 |
| 134 | 11–14, 19–25 |
| 135 | 1–25 |
| 136 | 1–11 |
| 137 | 8–14 |
| 138 | 6–11 |
| 139 | 10–25 |
| 140 | 13–25 |
| 141 | 1–3 |
| 146 | 11–16 |
| 148 | 10–25 |
| 149 | 1–7 (ending with "yes") |
| 151 | 13–25 |
| 152 | 1–12 |
| 153 | 1–11, 12–17 |
| 154 | 1–8 |
| 156 | 22 (beginning with "But you") – 25 |
| 157 | 1 |
| 158 | 16–25 |

| Page | Line(s) |
|------|---------|
| 159 | 1–4 |
| 163 | 5–7 |
| 164 | 10–25 |
| 165 | 1–14 |
| 166 | 6–13 |
| 167 | 1–10 |
| 168 | 1–18 |
| 169 | 14–21 |
| 170 | 10–25 |
| 172 | 16–25 |
| 173 | 1–14, 24–25 |
| 174 | 1–25 |
| 175 | 22–25 |
| 176 | 1–10 |
| 176 | 4–7 |
| 177 | 19–25 |
| 178 | 1–5, 18–25 |
| 179 | 1–24 |
| 180 | 2–12, 16–25 |
| 181 | 1–15, 18–25 |
| 182 | 1–14 |
| 184 | 2–18 |
| 185 | 5–8, 13–18 |
| 190 | 21–25 |
| 191 | 1–7, 11–25 |
| 192 | 1 |
| 197 | 10–25 |
| 198 | 1–3, 20–25 |
| 199 | 1–3, 20–25 |
| 200 | 1–3, 22–25 |
| 201 | 1–21 |
| 202 | 3–25 |
| 203 | 1–7 |
| 204 | 13–23 |
| 205 | 2–17 |
| 206 | 18–21 |

| Page | Line(s) |
|------|---------|
| 208 | 16–19 (ending with "Right") |
| 209 | 15–25 |
| 210 | 1–13 |
| 212 | 15–25 |
| 213 | 1–9 |
| 214 | 18–25 |
| 215 | 1–12 |
| 228 | 15–20 |
| 231 | 20–25 |
| 232 | 1–13 |
| 233 | 16–19 |
| 252 | 14–17 |
| 254 | 23–25 |
| 255 | 1–4 |
| 258 | 16–23 |
| 271 | 14–25 |
| 272 | 1–3 |
| 274 | 15–19 |
| 275 | 23–25 |
| 276 | 1–4 |

DATED this 26th day of March, 2026.    Respectfully submitted,


/s/ Kevin D. Homiak

Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
Joe Henry "Hank" Legan (admitted *pro hac vice*)
Marissa Joers (admitted *pro hac vice*)
Audrey K. Pham (admitted *pro hac vice*)
Kai Thompson (admitted *pro hac vice*)
Michael Krantz  (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:    olsen@wtotrial.com
          homiak@wtotrial.com
          legan@wtotrial.com
          joers@wtotrial.com
          pham@wtotrial.com
          thompson@wtotrial.com
          krantz@wtotrial.com
          berglind@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:    303.860.1331
Email:    erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:   jeff@edwards-law.com
           david@edwards-law.com
           lisa@edwards-law.com
           paul@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575
Email:   jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:  (832) 254-1500
Facsimile:  (832) 254-1501
Email:       bduke@omm.com
              cgernert@omm.com

Molly B. Shuminer
Jeremy J. Marshall
Texas Bar No. 24116106
O'MELVENY & MYERS LLP
401 West 4th Stret, Suite 3300
Austin, TX 78701-5056
Email:   mshuminer@omm.com
           jmarshall@omm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on March 26, 2026, I electronically filed the foregoing **PLAINTIFFS' THIRD AMENDED LIST OF TRIAL WITNESSES AND DESIGNATIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kevin D. Homiak*