IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BERNHARDT TIEDE, II; TEXAS PRISONS COMMUNITY ADVOCATES; LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.; AND COALITION FOR TEXAS WITH DISABILITIES, INC., | § § § § § § § § § | |
| *Plaintiffs*, | § § | Civil Action No.: 1-23-cv-01004-RP |
| v. | § § | |
| BOBBY LUMPKIN, in his official capacity as Executive Direct of the Texas Department of Criminal Justice | § § § § | |
| *Defendant.* | § § | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS'
THIRD AND FOURTH AMENDED EXHIBITS**

Defendant Bobby Lumpkin, in his official capacity as Executive Director of the Texas Department of Criminal Justice, in response to Plaintiffs' first amended exhibit list filed on March 12, 2026 (ECF 298) and second amended exhibit list filed on March 17, 2026 (ECF 303), respectfully submits the following objections in accordance with Federal Rule of Civil Procedure 26(a)(3) and the Court's Scheduling Order of February 9, 2026 (EC 281). Defendant incorporates by reference its objections to Plaintiffs original exhibit list (ECF 293) as if fully set forth herein and those objections are therefore not duplicated in this filing.

**OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST**

Per Federal Rule of Civil Procedure 26(a)(3)(B), Defendant reserves the right to object to any exhibit based on relevance under Federal Rule of Evidence 402, or any basis under Federal Rule of Evidence 403. Defendant reserves the right to revise or supplement these objections within a reasonable time before trial or due to newly received information. Defendant also reserves the right to object to any demonstratives or exhibits improperly used for impeachment.

The following code shall be used to identify objections:

A = Authentication

H = Hearsay

P = Prejudicial (FRE 403)

D = Duplicative

F = Foundation

I = Improper purpose

N = Not relevant or reflective of current TDCJ conditions.

**PLAINTIFFS' THIRD AMENDED EXHIBITS**

| No. | Description | Objection | Admitted Date |
|---|---|---|---|
| 577 | Workforce Trends in State Departments of Corrections A 50-State Analysis | A, F, H | |
| 578 | TDCJ FY 2026-2027 Legislative Appropriations Request (Aug. 23, 2023) | A | |
| 579 | List of Construction and Engineering Contractors for Justic Projects | A, F, H | |

**PLAINTIFFS' FOURTH AMENDED EXHIBITS**

| No. | Description | Objection | Admitted Date |
|---|---|---|---|
| 580 | Installing Air Conditioning in Facilities | | |

Date: March 27, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

RYAN G. KERCHER
Chief, Special Litigation Division

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1700
Fax: (512) 457-4410
Ryan.Kercher@oag.texas.gov
Wade.Johnson@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Abigail.Carter@oag.texas.gov
Brandon.Mickle@oag.texas.gov
Lauren.McGee@oag.texas.gov
Lauren.Saeger@oag.texas.gov

Respectfully submitted.

/s/ Wade A. Johnson
WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691

ABIGAIL K. CARTER
Assistant Attorney General
Texas State Bar No. 24126376

BRANDON J. MICKLE
Assistant Attorney General
Texas State Bar No. 24123140

LAUREN MCGEE
Assistant Attorney General
Texas State Bar No. 24128835

LAUREN E. SAEGER
Assistant Attorney General
TEXAS BAR NO. 24149365

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on March 27, 2026, a true and correct copy of the foregoing has been electronically served using the CM/ECF system to all counsel and parties of record.

/s/ Wade A. Johnson
WADE A. JOHNSON