TDCJ # 836746
Name Tifford Byrone Crosby
D.O.B 12-31-69

Dear: District Clerk. & Tifford Byrone Crosby

My Request is for a number docket to a motion I File to The court in 2024 due to A respond Argument from Dallas County Court House, In Dallas Texas.

It was filed 1yr 9mth ago; I am incarcerated and has been for the last 28yrs. and been moved around to different units and got my Request late due to it coming through regular Mail.

I explain in my Motion, My paper work with my case#numbers has all been lost.

My Original Case was In Dallas County, Dallas Texas Court House in 1998. My Records has been lost and I Have New Evidence and cann't do my Research because the Court Lost, or failed to present them to me. I offer to pay for Them put Have not Had A direct response. I Have File the proper motions to the Court to obtain them within my rights.

The only Respond I Have ever go Is From The western District of Texas US Court House Askim Me My Grievances and I Respond as Soon as I Recived The Request.

From. Mr. Tifford Closey # 836746

Texas Department of Criminal Justice

Telford Unit
3899 State Hwy 98
New Boston, Tx 75570

SHREVEPORT LA 710

21 MAR 2026  AM 3  L

FOREVER

SCREENED BY CSO'S

MAR 27 2026

To: District Clerk

Western District of Texas
US Court House
501 w 5th Street Suite 1100
Austin Tx 78701

78701-381275

