IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TEXAS CITIZENS UNITED           §
FOR REHABILITATION OF           §
ERRANTS, INC., et al.,          §
                                §
            Plaintiffs,         §
                                §
v.                              §                    1:23-CV-1004-RP
                                §
BOBBY LUMPKIN,                  §
                                §
            Defendant.          §

## **ORDER**

A bench trial in this action was held from March 30 through April 9, 2026. (Dkts. 321, 322, 324, 325, 326, 327, 328, 329). As discussed with the parties and jointly agreed, the Court wishes to review post-trial findings of fact and conclusions of law that thoroughly cite to the transcript from the trial. The Parties represented at the conclusion of trial that they are agreed that proposed findings of fact and conclusions of law should be due 30 days after the final trial transcript is available.

Therefore, **IT IS ORDERED** that Plaintiffs and Defendant shall submit proposed findings of fact and conclusions of law within 30 days of the final trial transcript becoming available. **IT IS FURTHER ORDERED** that the Parties shall notify the Court when they have received the final transcript.

**SIGNED** on April 20, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE