RECEIVED

4.7.2026

MAY 07 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY CLERK

FROM:
DAVID TURNER
TDCJ # 02411482
RAMSEY ONE UNIT
1100 FM 655
ROSHARON, TEXAS  77583

TO:
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
(ATTN: CLERK OF THE COURT)  ~~504 LAVACA ST.~~
~~727 E. CESAR E CHAVEZ BLVD~~  ~~SUITE #1960~~
~~STE. A500~~
~~SAN ANTONIO, TEXAS  78206~~  AUSTIN, TX 78701

RE: CIVIL ACTION # 1:23-cv-1004-RP

NOTICE OF INTENT TO APPEAR / MOTION TO INTERVENE

TO THE HONORABLE CLERK OF SAID COURT,

COMES NOW, David Turner, pro se petitioner, TDCJ # 2411482, an inmate housed at the Ramsey One unit located in Rosharon, Texas, seeks to INTERVENE in the above civil action due to public policy interest and as a similarly situated inmate and in support of the vindication of the rights, privileges and immunities provided and protected by the U.S. Constitution for petitioner, intervention is necessary.

Petitioner has an interest in the outcome of the above action and will be directly effected by same.

While exhausting administrative remedies, under 42 USCS § 1997e, I am hereby giving notice of my intent to intervene in the above action upon exhaustion of same.

Due to the lack of technology and pursuant to FRCP R5(b)(2)(d), petitioner respectfully requests the clerk to serve a copy of this notice to all parties as required by FRCP R5.

In an effort to demonstrate personal participation as an INTERESTED and IMPACTED inmate due to the EXTREME HEAT / HUMIDITY of Texas prisons, specifically in the Houston and regional area, petitioner seeks that the Honorable court ORDER the TDCJ to provide air-conditioning to maintain a temperature range of 65f to 85f at the Ramsey Unit as well as across the entire prison system as a remedy to the extreme heat since the current mitigation policy (AD 10.64) is clearly insufficient on the reports of personal injuries and deaths of inmates and therefore poses an unreasonable and foreseeable risk of personal injury and death to petitioner.

1

## AFFIDAVIT OF DAVID TURNER

I am over 18 years of age, competent to make this affidavit, and I have personal knowledge of the facts stated herein and swear and affirm the statements made herein are true and correct.

David Turner
Petitioner

2

DAVID TURNER

TDCT # 2411482

RAMSEY ONE

1100 FM 685

ROSHARON, TX

77583

HOUSTON TX RPDC 773

5 MAY 2026  PM 1  L

UNITED STATES
OF AMERICA

FOREVER/USA

MAY 07 2026

PRIVILEGED INMATE MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

U.S. DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

501 W. FIFTH ST.

SUITE 1100

AUSTIN, TX 78701

78701-3812

RAMSEY UNIT