**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS PRISONS COMMUNITY ADVOCATES; and TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOBBY LUMPKIN, in his official capacity as Executive Director of the Texas Department of Criminal Justice, <br><br> Defendant. | § § § § § § § § § § § § § § § § § | Civil Action No.: 1:23-cv-01004-RP |

**JOINT NOTICE OF RECEIPT OF FINAL TRIAL TRANSCRIPTS AND DEADLINE
FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to the Court's Order dated April 20, 2026, the Parties hereby jointly provide notice that they received the final trial transcripts on May 6, 2026. Accordingly, the Parties' proposed findings of fact and conclusions of law are due on June 5, 2026 (30 days after receipt of the final transcript).

DATED this 8th day of May, 2026.

Respectfully submitted,

*/s/ Kevin D. Homiak*

Thomas A. Olsen (admitted *pro hac vice*)
Kevin D. Homiak (admitted *pro hac vice*)
Joe Henry "Hank" Legan (admitted *pro hac vice*)
Marissa Joers (admitted *pro hac vice*)
Audrey K. Pham (admitted *pro hac vice*)
Kai Thompson (admitted *pro hac vice*)
Michael Krantz  (admitted *pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500

1

Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email:    olsen@wtotrial.com
            homiak@wtotrial.com
            legan@wtotrial.com
            joers@wtotrial.com
            pham@wtotrial.com
            thompson@wtotrial.com
            krantz@wtotrial.com

Erica Grossman (admitted *pro hac vice*)
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
Telephone:    303.860.1331
Email:    erica@hheglaw.com

Jeff Edwards
Texas Bar No. 24014406
David Anthony James
Texas Bar No. 24092572
Lisa Snead
Texas Bar No. 24062204
Paul Samuel
Texas Bar No. 24124463
Mike Singley
Texas Bar No. 00794642
EDWARDS LAW
603 W. 17th Street
Austin, TX 78701
Telephone:    512.623.7727
Facsimile:    512.623.7729
Email:    jeff@edwards-law.com
            david@edwards-law.com
            lisa@edwards-law.com
            paul@edwards-law.com
            mike@edwards-law.com

Jodi Cole
Texas Bar No. 24045602
LAW OFFICE OF JODI COLE, PLLC
203 East Murphy Street
Alpine, TX 79830
Telephone:    432.837.4266
Facsimile:    512.692.2575

2

Email:    jcole@jodicole.com

Brandon Duke
Caitlin E. Gernert
Texas Bar No. 24094476
O'MELVENY & MYERS LLP
700 Louisiana St., Suite 2900
Houston, Texas 77002
Telephone:  (832) 254-1500
Facsimile:  (832) 254-1501
Email:        bduke@omm.com
                  cgernert@omm.com

Molly B. Shuminer
Jeremy J. Marshall
Texas Bar No. 24116106
O'MELVENY & MYERS LLP
401 West 4th Stret, Suite 3300
Austin, TX 78701-5056
Email:    mshuminer@omm.com
              jmarshall@omm.com

*Attorneys for Plaintiffs Lioness Justice Impacted
Women's Alliance; Texas Prisons Community
Advocates; and Texas Citizens United for
Rehabilitation of Errants, Inc.*

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on May 8, 2026, I electronically filed the foregoing **JOINT NOTICE OF RECEIPT OF FINAL TRIAL TRANSCRIPTS AND DEADLINE FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email:

- **Abigail Kathryn Carter**
  abigail.carter@oag.texas.gov, stephanie.greger@tdcj.texas.gov, jennifer.childress@tdcj.texas.gov, Lesli.Fitzpatrick@tdcj.texas.gov, James.Rheams@oag.texas.gov, Britney.Mcfield@oag.texas.gov, eric.miller@tdcj.texas.gov, gloriana.ojeda@oag.texas.gov

- **Adrianna Nicole Perez**
  adrianna.perez@oag.texas.gov, gloriana.ojeda@oag.texas.gov, deborah.woltersdorf@oag.texas.gov

- **Alyssa C Cervantes**
  alyssa.cervantes@oag.texas.gov, jordan.stricklen@oag.texas.gov, carlos.samudio@oag.texas.gov

- **Audrey Pham**
  pham@wtotrial.com

- **Brandon Joshua Mickle**
  brandon.mickle@oag.texas.gov, courtney.sawhill@oag.texas.gov

- **Brandon W. Duke**
  bduke@omm.com, aberkowitz@omm.com, brandon--duke--2108@ecf.pacerpro.com

- **Caitlin E. Gernert**
  cgernert@omm.com, caitlin.gernert@gmail.com, caitlin-gernert-4451@ecf.pacerpro.com

- **David Anthony James**
  david@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com

- **Dustin Rynders**
  dustin@texascivilrightsproject.org, georgina@texascivilrightsproject.org

- **Erica Grossman**
  erica@hheglaw.com, brooke@hheglaw.com

- **Jeffrey S. Edwards**
  jeff@edwards-law.com, jeffedwardslaw@gmail.com, carson@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, breann@edwards-law.com, walker@edwards-law.com, lisa@edwards-law.com, marlee@edwards-law.com, stephen@edwards-law.com, ben@edwards-law.com, paul@edwards-law.com, david@edwards-law.com

- **Jeremy James Marshall**
  jmarshall@omm.com

- **Jodi Callaway Cole**
  jcole@jodicole.com, hprice@jodicole.com

- **Joe Henry "Hank" Legan**
  legan@wtotrial.com

- **Kai Thompson**
  thompson@wtotrial.com

- **Kevin D. Homiak**

homiak@wtotrial.com, mellett@wtotrial.com

- **Kristin Leigh McGough**
  kmcgough@winston.com, kristin-mcgough-7066@ecf.pacerpro.com

- **Kyle Stephen Tebo**
  kyle.tebo@oag.texas.gov, bonnie.freymuth@oag.texas.gov

- **Lauren Elise Saeger**
  lauren.saeger@oag.texas.gov, amaireny.rodriguez@oag.texas.gov

- **Lauren Elizabeth McGee**
  lauren.mcgee@oag.texas.gov, jennifer.foster@oag.texas.gov

- **Lauren Hunt Brogdon**
  lauren.brogdon@haynesboone.com, edna.taylor@haynesboone.com

- **Lisa A. Snead**
  lisa@edwards-law.com, carson@edwards-law.com, matthew@edwards-law.com,
  clemens@edwards-law.com, ben@edwards-law.com, stephen@edwards-law.com

- **Marissa Joers**
  joers@wtotrial.com

- **Michael Jason Calb**
  michael.calb@oag.texas.gov, james.rheams@oag.texas.gov,
  courtney.sawhill@oag.texas.gov

- **Matthew Frost**
  mfrost@winston.com

- **Michael Krantz**
  krantz@wtotrial.com

- **Michael Singley**
  mike@edwards-law.com, willy@edwards-law.com, greg@edwards-law.com

- **Molly Beryl Petchenik**
  molly@texascivilrightsproject.org, latoya@texascivilrightsproject.org,
  1735004420@filings.docketbird.com

- **Molly Billings Shuminer**
  mshuminer@omm.com, molly-shuminer-0970@ecf.pacerpro.com

- **Paul G Samuel**
  paul@edwards-law.com, matthew@edwards-law.com, clemens@edwards-law.com, stephen@edwards-law.com

- **Ryan G. Kercher**
  ryan.kercher@oag.texas.gov, ryan.kercher@gmail.com,
  jessica.yvarra@oag.texas.gov, bonnie.freymuth@oag.texas.gov,
  tamera.martinez@oag.texas.gov, amaireny.rodriguez@oag.texas.gov

- **Texas Civil Rights Project**
  lauren.brogdon@haynesboone.com

- **Thomas Austin Jones Olsen**
  olsen@wtotrial.com, koehler@wtotrial.com, umaguing@wtotrial.com

- **Wade A. Johnson**
  wade.johnson@oag.texas.gov, jessica.yvarra@oag.texas.gov,
  bonnie.freymuth@oag.texas.gov, tamera.martinez@oag.texas.gov,
  amaireny.rodriguez@oag.texas.gov

*/s/ Kevin D. Homiak*