**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

<table>
<tr>
<td>
LIONESS JUSTICE IMPACTED WOMEN'S ALLIANCE; TEXAS PRISONS COMMUNITY ADVOCATES; and TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC.,<br><br>

    *Plaintiffs*,<br><br>

v.<br><br>

BRYAN COLLIER, *et al*.,<br><br>

    *Defendants.*
</td>
<td>
Case No. 1:23-cv-01004-RP
</td>
</tr>
</table>

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

The Clerk of the Court will please take notice that the firm name and email address for Kristin McGough, counsel for Plaintiffs, has changed, and requests that the Court update the docket in the above-captioned case as follows:

Kristin McGough
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC  20036
Tel:  202-282-5000
kristin.mcgough@winstontaylor.com

Dated: June 3, 2026                    Respectfully submitted,


_____

Kristin McGough
**WINSTON TAYLOR LLP**
1901 L Street NW
Washington, DC  20036
Tel.  202-282-5000
kristin.mcgough@winstontaylor.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2026, I caused a true and accurate copy of the foregoing to be served via the Court's electronic filing system on all counsel of record.

_____

Kristin McGough