IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:23-CV-1004-RP |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this day, the Court issued its Findings of Fact and Conclusions of Law following a bench trial. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Plaintiffs Lioness Justice Impacted Women's Alliance, Texas Prisons Community Advocates, and Texas Citizens United for Rehabilitation of Errants, Inc. **IT IS FURTHER ORDERED** that declaratory and injunctive relief is granted as described in the Court's Findings of Fact and Conclusions of Law.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **ADMINSTRATIVELY CLOSED**. The Court will retain jurisdiction while the relief mandated in its Findings of Fact and Conclusions of Law is accomplished.

**IT IS FINALLY ORDERED** that the parties shall file further briefing on attorney's fees and costs on the schedule ordered in the Court's Findings of Fact and Conclusions of Law.

**SIGNED** on September 22, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE