**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **TEXAS CITIZENS UNITED FOR REHABILITATION OF ERRANTS; TEXAS PRISONS COMMUNITY ADVOCATES; JUSTICE IMPACTED WOMEN'S ALLIANCE;** *Plaintiffs*, | § § § § § § § | |
| | § | **Civil Action No.: 1:23-CV-01004-RP** |
| **v.** | § § § | |
| **BOBBY LUMPKIN, in his official capacity as Executive Director of the Texas Department of Criminal Justice,** *Defendant.* | § § § § | |

## DEFENDANT'S NOTICE OF APPEAL

Please take notice that Defendant Bobby Lumpkin, in his official capacity as Executive Director of the Texas Department of Criminal Justice, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's final judgment (ECF 351) entered on September 22, 2026. Under Fed. R. App. P.3(c)(4), this notice of appeal encompasses all orders merged into the final judgment.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

**WILLIAM D. WASSDORF**
Deputy Attorney General for Civil Litigation

BRIANA M. WEBB
Chief, Law Enforcement Defense Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1700
Fax: (512) 457-4410
Brandon.Mickle@oag.texas.gov
Kyle.Tebo@oag.texas.gov
Abigail.Carter@oag.texas.gov
Lauren.McGee@oag.texas.gov

*/s/ Brandon J. Mickle*
**BRANDON J. MICKLE**
Deputy Chief
Law Enforcement Defense Division
Texas State Bar No. 24123140

**KYLE S. TEBO**
Special Counsel
Texas State Bar No. 24137691

**ABIGAIL K. CARTER**
Assistant Attorney General
Texas State Bar No. 24126376

**LAUREN MCGEE**
Assistant Attorney General
Texas State Bar No. 24128835

**COUNSEL FOR DEFENDANT**

**Certificate of Service**

I hereby certify that on October 8, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Brandon J. Mickle*
Brandon J. Mickle
Deputy Chief, Law Enforcement Defense Division